ACCEPTED
15-25-00124-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/3/2025 8:37 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/3/2025 8:37:48 AM
CHRISTOPHER A. PRINE
Clerk

5. Threaded Joints: Thread pipe with tapered pipe threads according to ASME B1.20.1. Cut threads full and clean using sharp dies. Ream threaded pipe ends to remove burrs and restore full ID. Join pipe fittings and valves as follows:

    a. Note internal length of threads in fittings or valve ends, and proximity of internal seat or wall, to determine how far pipe should be threaded into joint.

    b. Apply appropriate tape or thread compound to external pipe threads, unless dry seal threading is specified.

    c. Align threads at point of assembly.

    d. Tighten joint with wrench. Apply wrench to valve end into which pipe is being threaded.

    e. Damaged Threads: Do not use pipe or pipe fittings with threads that are corroded or damaged. Do not use pipe sections that have cracked or open welds.

6. Welded Joints: Construct joints according to AWS D10.12, "Recommended Practices and Procedures for Welding Low Carbon Steel Pipe," using qualified processes and welding operators according to "Quality Assurance" Article.

7. Flanged Joints: Align flange surfaces parallel. Select appropriate gasket material, size, type, and thickness for service application. Install gasket concentrically positioned. Assemble joints by sequencing bolt tightening to make initial contact of flanges and gaskets as flat and parallel as possible. Use suitable lubricants on bolt threads. Tighten bolts gradually and uniformly using torque wrench.

8. Plastic Piping Solvent-Cement Joints: Clean and dry joining surfaces by wiping with clean cloth or paper towels. Join pipe and fittings according to the following:

    a. Comply with ASTM F 402 for safe-handling practice of cleaners, primers, and solvent cements.

    b. CPVC Piping: ASTM D 2846 and ASTM F 493.

    c. PVC Pressure Piping: ASTM D 2672.

    d. PVC Nonpressure Piping: ASTM D 2855.

9. Plastic Piping Heat-Fusion Joints: Clean and dry joining surfaces by wiping with clean cloth or paper towels. Join according to ASTM D 2657 procedures and manufacturer's written instructions.

    a. Plain-End Pipe and Fittings: Use butt fusion.

    b. Plain-End Pipe and Socket Fittings: Use socket fusion.

## 3.2 ESCUTCHEON REQUIREMENTS

A. Install escutcheons at pipe penetrations of walls, ceilings, and floors in finished areas.

1. Escutcheons for New Piping:

    a. Piping exposed through floors and walls in finished areas: One piece, cast brass with polished chrome-plated finish with set screw. Deep escutcheons to be provided where standard depth will not fit.

    b. Escutcheons shall cover entire hole penetration.

    c. Escutcheon to be appropriately sized for pipe.

2. Escutcheons for Existing piping:

    a. Piping exposed through floors and walls in finished areas: Split plate, cast brass with polished chrome-plated finish with set screw. Deep escutcheons to be provided where standard depth will not fit.

    b. Escutcheons shall cover entire hole penetration.

    c. Escutcheon to be appropriately sized for pipe.

3. Install escutcheons at wall, floor, and ceiling penetrations in exposed finished locations and within cabinets and millwork. Use deep-pattern escutcheons if required to conceal protruding pipe fittings.

## 3.3 PIPE SLEEVE INSTALLATION REQUIREMENTS

A. Pipe sleeves are required at all through wall and floor penetrations.

1. Sleeves are to be of the following material:

    a. Galvanized-Steel-Pipe Sleeves: ASTM A 53/A 53M, Type E, Grade B, Schedule 40, zinc-coated, with plain ends.

2. Sleeves are required for all through floor and wall penetrations. Sleeves to be set and poured in place (in slab applications), secure all sleeves with fasteners.

3. Sleeves to extend 2 inches past face of floor or wall. Pipe sleeve in finished areas to be flush with wall or floor for installation of escutcheon.

4. Install sleeves in new partitions, slabs, and walls as they are built.
5. For interior wall penetrations, seal annular space between sleeve and pipe or pipe insulation using joint sealants appropriate for size, depth, and location of joint. Comply with requirements in Division 07 Section "Joint Sealants" for joint sealants.
6. For exterior wall penetrations above grade, seal annular space between sleeve and pipe using joint sealants appropriate for size, depth, and location of joint. Comply with requirements in Division 07 Section "Joint Sealants" for joint sealants.
7. For exterior wall penetrations below grade, seal annular space between sleeve and pipe using sleeve seals specified in this Section.
8. Install sleeves that are large enough to provide 1/4-inch (6.4-mm) annular clear space between sleeve and pipe or pipe insulation unless otherwise indicated. Seal annular space with water tight sealant. (equal to NP-1). All sleeves and penetrations to maintain rating of wall / floor. Seal pipe penetrations with fire-stopping materials.
9. Install sleeve materials according to the following applications:
   a. Sleeves for Piping Passing through Concrete Floor Slabs: galvanized steel pipe.
   b. Sleeves for Piping Passing through Concrete Floor Slabs of Mechanical Equipment Areas or Other Wet Areas: Galvanized-steel pipe sleeves.
      1) Extend sleeves 2 inches above finished floor level.
      2) For pipes penetrating floors with membrane waterproofing, extend cast-iron sleeve fittings below floor slab as required to secure clamping ring if ring is specified. Secure flashing between clamping flanges. Install section of cast-iron soil pipe to extend sleeve to 2 inches (50 mm) above finished floor level. Comply with requirements in Division 07 Section "Sheet Metal Flashing and Trim" for flashing.
10. Sleeves for Piping Passing through Gypsum-Board Partitions:
    a. Galvanized-steel pipe sleeves.
    b. Exception: Sleeves are not required for water supply tubes and waste pipes for individual mechanical fixtures if escutcheons will cover openings.
11. Sleeves for Piping Passing through Concrete Roof Slabs: Reference details.
12. Sleeves for Piping Passing through Exterior Concrete Walls:
    a. Galvanized-steel pipe sleeves.
    b. Install sleeves that are large enough to provide 1-inch annular clear space between sleeve and pipe or pipe insulation when sleeve seals are used.
13. Sleeves for Piping Passing through Interior Concrete Walls:
    a. Galvanized-steel pipe sleeves.
14. Mechanical sleeve seals
    a. Install sleeve seals in sleeves in exterior concrete walls at water-service piping entries into building. Sleeves must be poured in place. Installation of sleeves after wall is constructed is not acceptable.
    b. Select type and number of sealing elements required for pipe material and size. Position pipe in center of sleeve. Assemble sleeve seal components and install in annular space between pipe and sleeve. Tighten bolts against pressure plates that cause sealing elements to expand and make watertight seal.

B. Piping Connections: Make connections according to the following, unless otherwise indicated:
1. Install unions, in piping 2-inch NPS and smaller, adjacent to each valve and at final connection to each piece of equipment with 2-inch NPS or smaller threaded pipe connection.
2. Install flanges, in piping 2-1/2-inch NPS and larger, adjacent to flanged valves and at final connection to each piece of equipment with flanged pipe connection.
3. Dry Piping Systems: Install dielectric unions and flanges to connect piping materials of dissimilar metals.
4. Wet Piping Systems: Install dielectric coupling and nipple fittings to connect piping materials of dissimilar metals.

3.4 DIELECTRIC FITTING INSTALLATION

A. Install unions, in piping 2-inch NPS and smaller, adjacent to each valve and at final connection to each piece of equipment with 2-inch NPS or smaller threaded pipe connection.

B. Install flanges, in piping 2-1/2-inch NPS and larger, adjacent to flanged valves and at final connection to each piece of equipment with flanged pipe connection.

3.5     EQUIPMENT INSTALLATION – COMMON REQUIREMENTS

A.     Install equipment to provide maximum possible headroom, if mounting heights are not indicated.

B.     Install equipment according to approved submittal data.  Portions of the Work are shown only in diagrammatic form.  Refer conflicts to Architect.

C.     Install equipment level and plumb, parallel and perpendicular to other building systems and components in exposed interior spaces, unless otherwise indicated.

D.     Install mechanical equipment to facilitate service, maintenance, and repair or replacement of components.  Connect equipment for ease of disconnecting, with minimum interference to other installations.  Extend grease fittings to accessible locations.

E.     Install equipment giving right of way to piping installed at required slope.

3.6     PAINTING AND FINISHING

A.     Apply paint to exposed piping according to the following, unless otherwise indicated:
       1.     Interior, Ferrous Piping:  Use semigloss, acrylic-enamel finish.  Include finish coat over enamel undercoat and primer.
       2.     Interior, Galvanized-Steel Piping:  Use semigloss, acrylic-enamel finish.  Include two finish coats over galvanized metal primer.
       3.     Interior, Ferrous Supports:  Use semigloss, acrylic-enamel finish.  Include finish coat over enamel undercoat and primer.
       4.     Exterior, Ferrous Piping:  Use semigloss, acrylic-enamel finish.  Include two finish coats over rust-inhibitive metal primer.
       5.     Exterior, Galvanized-Steel Piping:  Use semigloss, acrylic-enamel finish.  Include two finish coats over galvanized metal primer.
       6.     Exterior, Ferrous Supports:  Use semigloss, acrylic-enamel finish.  Include two finish coats over rust-inhibitive metal primer.

B.     Do not paint piping specialties with factory-applied finish.

C.     Damage and Touchup:  Repair marred and damaged factory-painted finishes with materials and procedures to match original factory finish.

3.7     ERECTION OF METAL SUPPORTS AND ANCHORAGE

A.     Cut, fit, and place miscellaneous metal supports accurately in location, alignment, and elevation to support and anchor mechanical materials and equipment.

B.     Field Welding:  Comply with AWS D1.1, "Structural Welding Code--Steel."

3.8     ERECTION OF WOOD SUPPORTS AND ANCHORAGE

A.     Cut, fit, and place wood grounds, nailers, blocking, and anchorage to support and anchor mechanical materials and equipment (not to be used at pipe supports).

B.     Select fastener sizes that will not penetrate members if opposite side will be exposed to view or will receive finish materials.  Tighten connections between members.  Install fasteners without splitting wood members.

C.     Attach to substrates as required to support applied loads.

3.9     DEMOLITION

A.     Cut, channel, chase, and drill floors, walls, partitions, ceilings, and other surfaces necessary for mechanical installations.  Perform cutting by skilled mechanics of trades involved.

B.     Repair cut surfaces to match adjacent surfaces.

3.10     CUTTING AND PATCHING

A.     Disconnect, demolish, and remove Work specified in Mechanical Sections.

B.     If pipe, ductwork, insulation, or equipment to remain is damaged or disturbed, remove damaged portions and install new products of equal capacity and quality.

C.     Accessible Work:  Remove indicated exposed pipe and ductwork in its entirety.

D.     Work Abandoned in Place:  Cut and remove underground pipe a minimum of 2 inches beyond face of adjacent construction.  Cap and patch surface to match existing finish.

E.     Removal:  Remove indicated equipment from Project site.

F.     Temporary Disconnection:  Remove, store, clean, reinstall, reconnect, and make operational equipment indicated for relocation.

3.11     GROUTING

A.     Install nonmetallic, nonshrink, grout for mechanical equipment base bearing surfaces, pump and other equipment base plates, and anchors.  Mix grout according to manufacturer's written instructions.

B.     Clean surfaces that will come into contact with grout.

C.     Provide forms as required for placement of grout.

D.     Avoid air entrapment during placing of grout.

E.     Place grout, completely filling equipment bases.

F.     Place grout on concrete bases to provide smooth bearing surface for equipment.

G.     Place grout around anchors.

H.     Cure placed grout according to manufacturer's written instructions.

**END OF SECTION**

**SECTION 230553 - MECHANICAL IDENTIFICATION**

**PART 1 - GENERAL**

1.1     RELATED DOCUMENTS

A.     Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 1 Specification Sections, apply to this Section.

1.2     SUMMARY

A.     This Section includes the following mechanical identification materials and their installation:
1.     Equipment nameplates.
2.     Equipment markers.
3.     Equipment signs.
4.     Access panel and door markers.
5.     Pipe markers.
6.     Duct markers.
7.     Stencils.
8.     Valve tags.
9.     Valve schedules.
10.    Warning tags.

1.3     SUBMITTALS

A.     Product Data:  For each type of product indicated.

B.     Valve Schedules:  For each piping system.  Furnish extra copies (in addition to mounted copies) to include in maintenance manuals.  Reproduce on 8½ ☐ 11 bond.  Tabulate valve number, piping system, system abbreviation as shown on tag, room or space location of valve, and variations for identification. Mark valves intended for emergency shutoff and similar special uses.  Indicate normal operating positions (open, closed, modulating, or balance).

1.4     QUALITY ASSURANCE

A.     ASME Compliance:  Comply with ASME A13.1, "Scheme for the Identification of Piping Systems," for letter size, length of color field, colors, and viewing angles of identification devices for piping.

1.5     COORDINATION

A.     Coordinate installation of identifying devices with completion of covering and painting of surfaces where devices are to be applied.

B.     Coordinate installation of identifying devices with location of access panels and doors.

C.     Install identifying devices before installing acoustical ceilings and similar concealment.

**PART 2 - PRODUCTS**

2.1     GENERAL

A.     Products specified are for applications referenced in other Mechanical sections.  If more than a single type is specified for listed applications, selection is installer's choice; however, all equipment shall have an engraved nameplate.

## 2.2 EQUIPMENT IDENTIFICATION DEVICES

A. Equipment Nameplates: Metal, with data engraved or stamped, for permanent attachment on equipment. Equipment shall be tagged with construction document mark reference (i.e. AHU-1, VAV-1, UH-1, etc.).
1. Data:
   a. Manufacturer, product name, model number, and serial number.
   b. Capacity, operating and power characteristics, and essential data.
   c. Labels of tested compliances.
2. Location: Accessible and visible.
3. Fasteners: As required to mount on equipment.
4. Material: Brass.

B. Equipment Markers: Engraved, color-coded laminated plastic. Include contact-type, permanent adhesive.
1. Terminology: Match schedules as closely as possible.
2. Data:
   a. Name and plan number.
   b. Equipment service.
   c. Design capacity.
   d. Other design parameters such as pressure drop, entering and leaving conditions, and speed.
3. Size: 2-1/2 by 4 inches for control devices, dampers, and valves; 4-1/2 by 6 inches or equipment.

C. Equipment Signs: ASTM D 709, Type I, cellulose, paper-base, phenolic-resin-laminate engraving stock; Grade ES-2, black surface, black phenolic core, with white melamine subcore, unless otherwise indicated. Fabricate in sizes required for message. Provide holes for mechanical fastening.
1. Data: Instructions for operation of equipment and for safety procedures.
2. Engraving: Manufacturer's standard letter style, of sizes and with terms to match equipment identification.
3. Thickness: 1/8 inch, unless otherwise indicated.
4. Fasteners: Self-tapping, stainless-steel screws or contact-type, permanent adhesive.

D. Access Panel and Door Markers: 1/16-inch thick, engraved laminated plastic, with abbreviated terms and numbers corresponding to identification. Provide 1/8-inch center hole for attachment.
1. Fasteners: Self-tapping, stainless-steel screws or contact-type, permanent adhesive.

## 2.3 PIPING IDENTIFICATION DEVICES

A. Manufactured Pipe Markers, General: Manufacturers standard preprinted, semi-rigid, snap-on type.
1. Colors: Comply with ASME A13.1, unless otherwise indicated.
2. Pipes with OD, Including Insulation, Less Than 6 Inches: Full-band pipe markers extending 360 degrees around pipe at each location.
3. Pipes with OD, Including Insulation, 6 Inches and Larger: Either full-band or strip-type pipe markers at least three times letter height and of length required for label.
4. Arrows: Integral with piping system service lettering to accommodate both directions; or as separate unit on each pipe marker to indicate direction of flow.
5. Lettering: Manufacturers standard preprinted.

## 2.4 DUCT IDENTIFICATION DEVICES

A. Duct Markers: Engraved, color-coded laminated plastic. Include direction and quantity of airflow and duct service (such as supply, return, and exhaust). Include contact-type, permanent adhesive. See Execution section for color scheme.

## 2.5 VALVE TAGS

A. Valve Tags: Stamped or engraved with 1/4-inch letters for piping system abbreviation and 1/2-inch sequenced numbers. Provide 5/32-inch hole for fastener.

1. Material:  0.032-inch thick aluminum.
2. Valve-Tag Fasteners:  Brass S-hook.
3. Size:  1½ inches in diameter, unless otherwise indicated.

## 2.6     VALVE SCHEDULES

A. Valve-Schedule Frames:  Glazed display frame for removable mounting on masonry walls for each page of valve schedule.  Include mounting screws.

B. Frame:  Extruded aluminum.

C. Glazing:  ASTM C 1036, Type I, Class 1, Glazing Quality B, 2.5-mm, single-thickness glass.

## 2.7     WARNING TAGS

A. Warning Tags:  Preprinted or partially preprinted, accident-prevention tags; of plasticized card stock with matte finish suitable for writing.
   1. Size:  3 by 5-1/4 inches **minimum**.
   2. Fasteners:  Brass grommet and wire.
   3. Nomenclature:  Large-size primary caption such as DANGER, CAUTION, or DO NOT OPERATE.
   4. Color:  Yellow background with black lettering.

## PART 3 -  EXECUTION

## 3.1     APPLICATIONS, GENERAL

A. Products specified are for applications referenced in other Mechanical Sections.  If more than single-type material, device, or label is specified for listed applications, selection is Installer's option.

## 3.2     EQUIPMENT IDENTIFICATION

A. Install and permanently fasten equipment nameplates on each major item of mechanical equipment that does not have nameplate or has nameplate that is damaged or located where not easily visible.  Locate nameplates where accessible and visible.  Include nameplates for the following general categories of equipment:
   1. Fuel-burning units, including boilers, furnaces, heaters, stills, and absorption units.
   2. Pumps, compressors, chillers, condensers, and similar motor-driven units.
   3. Heat exchangers, coils, evaporators, cooling towers, heat recovery units, and similar equipment.
   4. Fans, blowers, primary balancing dampers, and mixing boxes.
   5. Packaged HVAC central-station and zone-type units.

B. Install equipment markers with permanent adhesive on or near each major item of mechanical equipment.  Data required for markers may be included on signs, and markers may be omitted if both are indicated.
   1. Letter Size:  Minimum 1/4 inch for name of units if viewing distance is less than 24 inches, ½ inch for viewing distances up to 72 inches, and proportionally larger lettering for greater viewing distances.  Include secondary lettering two-thirds to three-fourths the size of principal lettering.
   2. Data:  Distinguish among multiple units, indicate operational requirements, indicate safety and emergency precautions, warn of hazards and improper operations, and identify units.
   3. Locate markers where accessible and visible.  Include markers for the following general categories of equipment:
      a. Main control and operating valves, including safety devices and hazardous units such as gas outlets.
      b. Fire department hose valves and hose stations.
      c. Meters, gages, thermometers, and similar units.
      d. Fuel-burning units, including boilers, furnaces, heaters, stills, and absorption units.
      e. Pumps, compressors, chillers, condensers, and similar motor-driven units.

     f.     Heat exchangers, coils, evaporators, cooling towers, heat recovery units, and similar equipment.

     g.     Fans, blowers, primary balancing dampers, and mixing boxes.

     h.     Packaged HVAC central-station and zone-type units.

     i.     Tanks and pressure vessels.

     j.     Strainers, filters, humidifiers, water-treatment systems, and similar equipment.

C.     Install equipment signs with screws or permanent adhesive on or near each major item of mechanical equipment. Locate signs where accessible and visible.

     1.     Identify mechanical equipment with equipment markers in the following color codes:

          a.     Green: For cooling equipment and components.

          b.     Yellow: For heating equipment and components.

          c.     Green and Yellow, Orange: For combination cooling and heating equipment and components.

          d.     Brown: For energy-reclamation equipment and components.

     2.     Letter Size: Minimum 1/2 inch for name of units if viewing distance is less than 24 inches, 3/4 inch for viewing distances up to 72 inches, and proportionately larger lettering for greater viewing distances. Include secondary lettering two-thirds to three-fourths the size of principal lettering.

     3.     Data: Distinguish among multiple units, indicate operational requirements, indicate safety and emergency precautions, warn of hazards and improper operations, and identify units.

     4.     Include signs for the following general categories of equipment:

          a.     Main control and operating valves, including safety devices and hazardous units such as gas outlets.

          b.     Fuel-burning units, including boilers, furnaces, heaters, stills, and absorption units.

          c.     Pumps, compressors, chillers, condensers, and similar motor-driven units.

          d.     Heat exchangers, coils, evaporators, cooling towers, heat recovery units, and similar equipment.

          e.     Fans, blowers, primary balancing dampers, and mixing boxes.

          f.     Packaged HVAC central-station and zone-type units.

          g.     Tanks and pressure vessels.

          h.     Strainers, filters, humidifiers, water-treatment systems, and similar equipment.

D.     Install access panel markers with screws on equipment access panels.

## 3.3     PIPING IDENTIFICATION

A.     Install manufactured pipe markers indicating service on each piping system. Install with flow indication arrows showing direction of flow.

     1.     Pipes with OD, Including Insulation, Less Than 6 Inches: Snap-on application of pretensioned, semi-rigid plastic pipe marker.

     2.     Pipes with OD, Including Insulation, 6 Inches and Larger: Shaped pipe markers. Use size to match pipe and secure with manufacturer's stainless steel bands.

     3.     Fasten Option: Laminated or bonded application of pipe marker to pipe or insulation.

B.     Locate pipe markers and color bands where piping is exposed in finished spaces; in machine rooms; in accessible maintenance spaces such as shafts, tunnels and plenums; and in exterior nonconcealed locations such as rooftops and chiller yards, as follows:

     1.     Near each valve and control device.

     2.     Near each branch connection, excluding short takeoffs for fixtures and terminal units. Where flow pattern is not obvious, mark each pipe at branch.

     3.     Near penetrations through walls, floors, ceilings, and nonaccessible enclosures.

     4.     At access doors, manholes, and similar access points that permit view of concealed piping.

     5.     Near major equipment items and other points of origination and termination.

     6.     Spaced at maximum intervals of 50 feet along each run. Reduce intervals to 25 feet in areas of congested piping and equipment.

     7.     On piping above removable acoustical ceilings.

## 3.4     DUCT IDENTIFICATION

A.     Install duct markers with permanent adhesive on air ducts in the following color codes:

     1.     Green: For cold-air supply ducts.

2. Yellow:  For hot-air supply ducts.
3. Blue:  For exhaust-, outside-, relief-, return-, and mixed-air ducts.
4. ASME A13.1 Colors and Designs:  For hazardous material exhaust.
5. Letter Size:  Minimum 1/2 inch for name of units if viewing distance is less than 24 inches, 3/4 inch for viewing distances up to 72 inches, and proportionately larger lettering for greater viewing distances.  Include secondary lettering two-thirds to three-fourths the size of principal lettering.

B. Locate markers near points where ducts enter into concealed spaces and at maximum intervals of 50 feet in each space where ducts are exposed or concealed by removable ceiling system.  Reduce intervals to 25 feet in areas of high duct congestion.

## 3.5    VALVE-SCHEDULE INSTALLATION

A. Mount valve schedule on wall in accessible location in each major equipment room.

## 3.6    WARNING-TAG INSTALLATION

A. Write required message on, and attach warning tags to, equipment and other items where required.

## 3.7    VALVE TAGS

A. Install on valves and control devices in piping systems, except check valves, valves within factory-fabricated equipment units, plumbing fixture supply stops, shutoff valves, and HVAC terminal devices and similar roughing-in connections of end-use fixtures and units.  List tagged valves in valve schedule.

B. Valve Tag Application Schedule:  Tag valves according to size, shape, color scheme, and with captions similar to those indicated in the following:

C. Tag Material:  Aluminum.

D. Tag Size and Shape:  1-1/2 inches, round.

E. Tag Color:  According to the following:
1. Chilled Water:  Blue.
2. Cold Water:  Black.
3. Hot Water:  Red.
4. Fire Protection:  Red.
5. Sprinkler:  White.
6. Gas:  Yellow.
7. Steam:  Red.

F. Letter Color:  White.

G. Install mounted valve schedule in each major equipment room.

## 3.8    EQUIPMENT SIGNS AND MARKERS

A. Install engraved plastic-laminate signs or equipment markers on or near each major item of mechanical equipment.  Include signs for the following general categories of equipment:
1. Main control and operating valves, including safety devices and hazardous units such as gas outlets.
2. Meters, gages, thermometers, and similar units.
3. Fuel-burning units, including boilers, furnaces, heaters, stills, and absorption units.
4. Pumps, compressors, chillers, condensers, and similar motor-driven units.
5. Heat exchangers, coils, evaporators, cooling towers, heat recovery units, and similar equipment.
6. Fans, blowers, primary balancing dampers, and mixing boxes.
7. Packaged HVAC central-station and zone-type units.
8. Tanks and pressure vessels.
9. Strainers, filters, humidifiers, water-treatment systems, and similar equipment.

10. Any concealed appurtenances requiring access for maintenance shall be clearly identified by sign (to include but not be limited to unions, strainers, valves, etc.).

B. Duct Systems: Identify air supply, return, exhaust, intake, and relief ducts with duct markers; or provide stenciled signs and arrows showing service and direction of flow.
1. Location: Locate signs near points where ducts enter into concealed spaces and at maximum intervals of 50 feet in each space where ducts are exposed or concealed by removable ceiling system.

## 3.9 ADJUSTING AND CLEANING

A. Relocate mechanical identification materials and devices that have become visually blocked by work of this or other Divisions.

B. Clean faces of identification devices and glass frames of valve charts.

**END OF SECTION**

**SECTION 230593 - TESTING, ADJUSTING AND BALANCING**

**PART 1 - GENERAL**

1.1     SCOPE OF WORK

A.     The work included in this section consists of the furnishing of all labor, instruments, tools, and services required in connection with the testing, adjusting and balancing (TAB) of the heating, ventilating, and air conditioning systems as described in the mechanical specifications and/or shown on the mechanical plans, or reasonable implied therefrom.

B.     TAB of the HVAC systems will be performed by an impartial technical firm that is a member of NEBB and whose operations are limited to the field of professional testing and balancing.

C.     Mechanical Contractor to obtain TAB services from an independent TAB contractor.

D.     Qualified TAB firms shall submit cost, scope of work, qualifications, time line, and references.

E.     The TAB firm is responsible to and shall submit five (5) copies of all reports directly to the Architect/Engineer and one copy to the Owner.

F.     TAB services shall result in the optimum temperature, airflow, and noise levels in the conditioned space of the project.

G.     The following basic components of the HVAC systems shall be tested, adjusted, and balanced:
1.     Air distribution systems.
2.     Air moving equipment.
3.     HVAC pumps (chilled water, hot water, condenser water, etc.).
4.     Heating systems (HVAC).
5.     Control systems verification.

1.2     SUMMARY

A.     This Section includes testing, adjusting, and balancing HVAC systems to produce design objectives, including the following:
1.     Balancing airflow and water flow within distribution systems, including submains, branches, and terminals, to indicated quantities according to specified tolerances.
2.     Adjusting total HVAC systems to provide indicated quantities.
3.     Measuring electrical performance of HVAC equipment.
4.     Setting quantitative performance of HVAC equipment.
5.     Verifying that automatic control devices are functioning properly.
6.     Measuring sound and vibration.
7.     Reporting results of the activities and procedures specified in this Section.

B.     Related  sections include the following:
1.     Testing and adjusting requirements unique to particular systems and equipment are included in the Sections that specify those systems and equipment.  See all related HVAC mechanical sections.
2.     Field quality-control testing to verify that workmanship quality for system and equipment installation is specified in system and equipment Sections.

1.3     DEFINITIONS

A.     Adjust:  To regulate fluid flow rate and air patterns at the terminal equipment, such as to reduce fan speed or adjust a damper.

B.     Balance:  To proportion flows within the distribution system, including submains, branches, and terminals, according to design quantities.

C.   Draft:  A current of air, when referring to localized effect caused by one or more factors of high air velocity, low ambient temperature, or direction of airflow, whereby more heat is withdrawn from a person's skin than is normally dissipated.

D.   Procedure:  An approach to and execution of a sequence of work operations to yield repeatable results.

E.   Report Forms:  Test data sheets for recording test data in logical order.

F.   Static Head:  The pressure due to the weight of the fluid above the point of measurement.  In a closed system, static head is equal on both sides of the pump.

G.   Suction Head:  The height of fluid surface above the centerline of the pump on the suction side.

H.   System Effect:  A phenomenon that can create undesired or unpredicted conditions that cause reduced capacities in all or part of a system.

I.   System Effect Factors:  Allowances used to calculate a reduction of the performance ratings of a fan when installed under conditions different from those presented when the fan was performance tested.

J.   Terminal:  A point where the controlled medium, such as fluid or energy, enters or leaves the distribution system.

K.   Test:  A procedure to determine quantitative performance of a system or equipment.

L.   Testing, Adjusting, and Balancing Agent:  The entity responsible for performing and reporting the testing, adjusting, and balancing procedures.

M.   NEBB:  National Environmental Balancing Bureau.

N.   SMACNA:  Sheet Metal and Air Conditioning Contractors' National Association.

1.4   SUBMITTALS

A.   Quality-Assurance Submittals:  Within 30 days from the Contractor's Notice to Proceed, submit 2 copies of evidence that the testing, adjusting, and balancing Agent and this Project's testing, adjusting, and balancing team members meet the qualifications specified in the "Quality Assurance" Article below.

B.   Contract Documents Examination Report: Within 45 days from the Contractor's Notice to Proceed, submit 2 copies of the Contract Documents review report as specified in Part 3 of this Section.

C.   Strategies and Procedures Plan: Within 60 days from the Contractor's Notice to Proceed, submit 2 copies of the testing, adjusting and balancing strategies and step-by-step procedures as specified in Part 3 "Preparation" Article below. Include a complete set of report forms intended for use on this Project.

D.   Certified Testing, Adjusting and Balancing Reports: Submit 2 copies of reports prepared, as specified in this Section, on approved forms certified by the testing, adjusting and balancing Agent.

E.   Sample Report Forms: Submit 2 sets of sample testing, adjusting and balancing report forms.

F.   Warranty: Submit 2 copies of special warranty specified in the "Guarantee" Article below.

1.5   QUALITY ASSURANCE

A.   Agent Qualifications:  Engage a testing, adjusting, and balancing agent certified by NEBB.

B.   Testing, Adjusting, and Balancing Conference:  Meet with the Owner's and the Architect's representatives on approval of the testing, adjusting, and balancing strategies and procedures plan to develop a mutual understanding of the details.  Ensure the participation of testing, adjusting, and balancing team members, equipment manufacturers' authorized service representatives, HVAC controls Installer, and other support personnel.  Provide 7 days' advance notice of scheduled meeting time and location.
1.   Agenda Items:  Include at least the following:
a.   Submittal distribution requirements.

b. Contract Documents examination report.
c. Testing, adjusting, and balancing plan.
d. Work schedule and Project site access requirements.
e. Coordination and cooperation of trades and subcontractors.
f. Coordination of documentation and communication flow.

C. Certification of Testing, Adjusting, and Balancing Reports: Certify the testing, adjusting, and balancing field data reports. This certification includes the following:
1. Review field data reports to validate accuracy of data and to prepare certified testing, adjusting, and balancing reports.
2. Certify that the testing, adjusting, and balancing team complied with the approved testing, adjusting, and balancing plan and the procedures specified and referenced in this Specification.

D. Testing, Adjusting, and Balancing Reports: Use standard forms from NEBB's "Procedural Standards for Testing, Adjusting, and Balancing of Environmental Systems."

E. Instrumentation Type, Quantity, and Accuracy: As described in NEBB's "Procedural Standards for Testing, Adjusting, and Balancing of Environmental Systems," Section II, "Required Instrumentation for NEBB Certification."

F. Instrumentation Calibration: Calibrate instruments at least every 12 months or more frequently if required by the instrument manufacturer.

## 1.6 PROJECT CONDITIONS

A. Partial Owner Occupancy: The Owner may occupy completed areas of the building before Substantial Completion. Cooperate with the Owner during testing, adjusting, and balancing operations to minimize conflicts with the Owner's operations.

## 1.7 COORDINATION

A. Coordinate the efforts of factory-authorized service representatives for systems and equipment, HVAC controls installers, and other mechanics to operate HVAC systems and equipment to support and assist testing, adjusting, and balancing activities.

B. Notice: Provide 7 days' advance notice for each test. Include scheduled test dates and times.

C. Perform testing, adjusting, and balancing after leakage and pressure tests on air and water distribution systems have been satisfactorily completed.

## 1.8 GUARANTEE

A. General: The national project performance guarantee specified in this Article shall not deprive the Owner of other rights the Owner may have under other provisions of the Contract Documents and shall be in addition to, and run concurrent with, other warranties made by the Contractor under requirements of the Contract Documents.

## PART 2 - PRODUCTS (Not Applicable)

## PART 3 - EXECUTION

## 3.1 EXAMINATION

A. Examine Contract Documents to become familiar with project requirements and to discover conditions in systems' designs that may preclude proper testing, adjusting, and balancing of systems and equipment.
1. Contract Documents are defined in the General and Supplementary Conditions of the Contract.

2. Verify that balancing devices, such as test ports, gage cocks, thermometer wells, flow-control devices, balancing valves and fittings, and manual volume dampers, are required by the Contract Documents. Verify that quantities and locations of these balancing devices are accessible and appropriate for effective balancing and for efficient system and equipment operation.

B. Examine approved submittal data of HVAC systems and equipment.

C. Examine Architect's and Engineer's design data, including HVAC system descriptions, statements of design assumptions for environmental conditions and systems' output, and statements of philosophies and assumptions about HVAC system and equipment controls.

D. Examine equipment performance data, including fan and pump curves. Relate performance data to project conditions and requirements, including system effects that can create undesired or unpredicted conditions that cause reduced capacities in all or part of a system. Calculate system effect factors to reduce the performance ratings of HVAC equipment when installed under conditions different from those presented when the equipment was performance tested at the factory. To calculate system effects for air systems, use tables and charts found in AMCA 201, "Fans and Systems," Sections 7 through 10; or in SMACNA's "HVAC Systems--Duct Design," Sections 5 and 6. Compare this data with the design data and installed conditions.

E. Examine system and equipment installations to verify that they are complete and that testing, cleaning, adjusting, and commissioning specified in individual Specification Sections have been performed.

F. Examine system and equipment test reports.

G. Examine HVAC system and equipment installations to verify that indicated balancing devices, such as test ports, gage cocks, thermometer wells, flow-control devices, balancing valves and fittings, and manual volume dampers, are properly installed, and their locations are accessible and appropriate for effective balancing and for efficient system and equipment operation.

H. Examine systems for functional deficiencies that cannot be corrected by adjusting and balancing.

I. Examine air-handling equipment to ensure clean filters have been installed, bearings are greased, belts are aligned and tight, and equipment with functioning controls is ready for operation.

J. Examine terminal units, such as variable-air-volume boxes and mixing boxes, to verify that they are accessible and their controls are connected and functioning.

K. Examine plenum ceilings, utilized for supply air, to verify that they are airtight. Verify that pipe penetrations and other holes are sealed.

L. Examine strainers for clean screens and proper perforations.

M. Examine 3-way valves for proper installation for their intended function of diverting or mixing fluid flows.

N. Examine heat-transfer coils for correct piping connections and for clean and straight fins.

O. Examine open-piping-system pumps to ensure absence of entrained air in the suction piping.

P. Examine equipment for installation and for properly operating safety interlocks and controls.

Q. Examine automatic temperature system components to verify the following:
1. Dampers, valves, and other controlled devices operate by the intended controller.
2. Dampers and valves are in the position indicated by the controller.
3. The Integrity of valves and dampers for free and full operation and for tightness of fully closed and fully open positions. This includes dampers in multizone units, mixing boxes, and variable-air-volume terminals.
4. Automatic modulating and shutoff valves, including 2-way valves and 3-way mixing and diverting valves, are properly connected.
5. Thermostats and humidistats are located to avoid adverse effects of sunlight, drafts, and cold walls.
6. Sensors are located to sense only the intended conditions.
7. Sequence of operation for control modes is according to the Contract Documents.

8.    Controller set points are set at design values.  Observe and record system reactions to changes in conditions.  Record default set points if different from design values.

9.    Interlocked systems are operating.

10.    Changeover from heating to cooling mode occurs according to design values.

R.    Report deficiencies discovered before and during performance of testing, adjusting, and balancing procedures.

3.2    PREPARATION

A.    Prepare a testing, adjusting, and balancing plan that includes strategies and step-by-step procedures.

B.    Complete system readiness checks and prepare system readiness reports.  Verify the following:
1.    Permanent electrical power wiring is complete.
2.    Hydronic systems are filled, clean, and free of air.
3.    Automatic temperature-control systems are operational.
4.    Equipment and duct access doors are securely closed.
5.    Balance, smoke, and fire dampers are open.
6.    Isolating and balancing valves are open and control valves are operational.
7.    Ceilings are installed in critical areas where air-pattern adjustments are required and access to balancing devices is provided.
8.    Windows and doors can be closed so design conditions for system operations can be met.
9.    Motors are wired properly with appropriate overloads and correct rotation.

3.3    GENERAL TESTING AND BALANCING PROCEDURES

A.    Perform testing and balancing procedures on each system according to the procedures contained in NEBB's "Procedural Standards for Testing, Adjusting, and Balancing of Environmental Systems" and this Section.

B.    Cut insulation, ducts, pipes, and equipment cabinets for installation of test probes to the minimum extent necessary to allow adequate performance of procedures.  After testing and balancing, close probe holes and patch insulation with new materials identical to those removed.  Restore vapor barrier and finish according to the insulation Specifications for this Project.

C.    Mark equipment settings with paint or other suitable, permanent identification material, including damper-control positions, valve indicators, fan-speed-control levers, and similar controls and devices, to show final settings.

3.4    FUNDAMENTAL AIR SYSTEMS' BALANCING PROCEDURES

A.    Prepare test reports for both fans and outlets.  Obtain manufacturer's outlet factors and recommended testing procedures.  Crosscheck the summation of required outlet volumes with required fan volumes.

B.    Prepare schematic diagrams of systems' "as-built" duct layouts.

C.    For variable-air-volume systems, develop a plan to simulate diversity.

D.    Determine the best locations in main and branch ducts for accurate duct airflow measurements.

E.    Check the airflow patterns from the outside-air louvers and dampers and the return- and exhaust-air dampers, through the supply-fan discharge and mixing dampers.

F.    Locate start-stop and disconnect switches, electrical interlocks, and motor starters.

G.    Verify that motor starters are equipped with properly sized thermal protection.

H.    Check dampers for proper position to achieve desired airflow path.

I.    Check for airflow blockages.

J.   Check condensate drains for proper connections and functioning.

K.   Check for proper sealing of air-handling unit components.


3.5   VARIABLE-AIR-VOLUME SYSTEMS' ADDITIONAL PROCEDURES

A.   Pressure-Dependent, Variable-Air-Volume Systems without Diversity:  After the fan systems have been adjusted, adjust the variable-air-volume systems as follows:
   1.   Balance systems similar to constant-volume air systems.
   2.   Set terminal units and supply fan at full-airflow condition.
   3.   Adjust inlet dampers of each terminal unit to design airflow and verify operation of the static-pressure controller.  When total airflow is correct, balance the air outlets downstream from terminal units as described for constant-volume air systems.
   4.   Readjust fan airflow for final maximum readings.
   5.   Measure operating static pressure at the sensor that controls the supply fan, if one is installed, and verify operation of the static-pressure controller.
   6.   Set supply fan at minimum airflow if minimum airflow is indicated.  Measure static pressure to verify that it is being maintained by the controller.
   7.   Set terminal units at minimum airflow and adjust controller or regulator to deliver the designed minimum airflow.  Check air outlets for a proportional reduction in airflow as described for constant-volume air systems.
      a.   If air outlets are out of balance at minimum airflow, report the condition but leave the outlets balanced for maximum airflow.
   8.   Measure the return airflow to the fan while operating at maximum return airflow and minimum outside airflow.  Adjust the fan and balance the return-air ducts and inlets as described for constant-volume air systems.


3.6   FUNDAMENTAL PROCEDURES FOR HYDRONIC SYSTEMS

A.   Prepare test reports with pertinent design data and number in sequence starting at pump to end of system.  Check the sum of branch-circuit flows against approved pump flow rate.  Correct variations that exceed plus or minus 5 percent.

B.   Prepare schematic diagrams of systems' "as-built" piping layouts.

C.   Prepare hydronic systems for testing and balancing according to the following, in addition to the general preparation procedures specified above:
   1.   Open all manual valves for maximum flow.
   2.   Check expansion tank liquid level.
   3.   Check makeup-water-station pressure gage for adequate pressure for highest vent.
   4.   Check flow-control valves for specified sequence of operation and set at design flow.
   5.   Set differential-pressure control valves at the specified differential pressure.  Do not set at fully closed position when pump is positive-displacement type, unless several terminal valves are kept open.
   6.   Set system controls so automatic valves are wide open to heat exchangers.
   7.   Check pump-motor load.  If motor is overloaded, throttle main flow-balancing device so motor nameplate rating is not exceeded.
   8.   Check air vents for a forceful liquid flow exiting from vents when manually operated.


3.7   HYDRONIC SYSTEMS' BALANCING PROCEDURES

A.   Determine water flow at pumps.  Use the following procedures, except for positive-displacement pumps:
   1.   Verify impeller size by operating the pump with the discharge valve closed.  Verify with the pump manufacturer that this will not damage pump.  Read pressure differential across the pump. Convert pressure to head and correct for differences in gage heights.  Note the point on the manufacturer's pump curve at zero flow and confirm that the pump has the intended impeller size.
   2.   Check system resistance.  With all valves open, read pressure differential across the pump and mark the pump manufacturer's head-capacity curve.  Adjust pump discharge valve until design water flow is achieved.

      3.     Verify pump-motor brake horsepower.  Calculate the intended brake horsepower for the system based on the pump manufacturer's performance data.  Compare calculated brake horsepower with nameplate data on the pump motor.  Report conditions where actual amperage exceeds motor nameplate amperage.

      4.     Report flow rates that are not within plus or minus 5 percent of design.

B.     Set calibrated balancing valves, if installed, at calculated presettings.

C.     Measure flow at all stations and adjust, where necessary, to obtain first balance.

      1.     System components that have Cv rating or an accurately cataloged flow-pressure-drop relationship may be used as a flow-indicating device.

D.     Measure flow at main balancing station and set main balancing device to achieve flow that is 5 percent greater than design flow.

E.     Adjust balancing stations to within specified tolerances of design flow rate as follows:

      1.     Determine the balancing station with the highest percentage over design flow.

      2.     Adjust each station in turn, beginning with the station with the highest percentage over design flow and proceeding to the station with the lowest percentage over design flow.

      3.     Record settings and mark balancing devices.

F.     Measure pump flow rate and make final measurements of pump amperage, voltage, rpm, pump heads, and systems' pressures and temperatures, including outdoor-air temperature.

G.     Measure the differential-pressure control valve settings existing at the conclusions of balancing.

## 3.8    VARIABLE-FLOW HYDRONIC SYSTEMS' ADDITIONAL PROCEDURES

A.     Balance systems with automatic 2- and 3-way control valves by setting systems at maximum flow through heat-exchange terminals and proceed as specified above for hydronic systems.

## 3.9    PRIMARY-SECONDARY-FLOW HYDRONIC SYSTEMS' ADDITIONAL PROCEDURES

A.     Balance the primary system crossover flow first, then balance the secondary system.

## 3.10    MOTORS

A.     Motors, 1/2 HP and Larger:  Test at final balanced conditions and record the following data:

      1.     Manufacturer, model, and serial numbers.

      2.     Motor horsepower rating.

      3.     Motor rpm.

      4.     Efficiency rating if high-efficiency motor.

      5.     Nameplate and measured voltage, each phase.

      6.     Nameplate and measured amperage, each phase.

      7.     Starter thermal-protection-element rating.

B.     Motors Driven by Variable-Frequency Controllers:  Test for proper operation at speeds varying from minimum to maximum.  Test the manual bypass for the controller to prove proper operation.  Record observations, including controller manufacturer, model and serial numbers, and nameplate data.

## 3.11    BOILERS

A.     Measure entering- and leaving-water temperatures and water flow.

## 3.12    HEAT-TRANSFER COILS

A.     Water Coils:  Measure the following data for each coil:

      1.     Entering- and leaving-water temperatures.

      2.     Water flow rate.

3. Water pressure drop.
4. Dry-bulb temperatures of entering and leaving air.
5. Wet-bulb temperatures of entering and leaving air.
6. Airflow.
7. Air pressure drop.

B. Electric-Heating Coils: Measure the following data for each coil:
1. Nameplate data.
2. Airflow.
3. Entering- and leaving-air temperatures at full load.
4. Voltage and amperage input of each phase at full load and at each incremental stage.
5. Calculated kW at full load.
6. Fuse or circuit-breaker rating for overload protection.

3.13 TEMPERATURE TESTING

A. During testing, adjusting, and balancing, report need for adjustment in temperature regulation within the automatic temperature-control system.

B. Measure indoor wet- and dry-bulb temperatures every other hour for a period of 2 successive 8-hour days, in each separately controlled zone, to prove correctness of final temperature settings. Measure when the building or zone is occupied.

C. Measure outside-air, wet- and dry-bulb temperatures.

3.14 TEMPERATURE-CONTROL VERIFICATION

A. Verify that controllers are calibrated and commissioned.

B. Check transmitter and controller locations and note conditions that would adversely affect control functions.

C. Record controller settings and note variances between set points and actual measurements.

D. Verify operation of limiting controllers (i.e., high- and low-temperature controllers).

E. Verify free travel and proper operation of control devices such as damper and valve operators.

F. Verify sequence of operation of control devices. Note air pressures and device positions and correlate with airflow and water-flow measurements. Note the speed of response to input changes.

G. Confirm interaction of electrically operated switch transducers.

H. Confirm interaction of interlock and lockout systems.

I. Record voltages of power supply and controller output. Determine if the system operates on a grounded or nongrounded power supply.

J. Note operation of electric actuators using spring return for proper fail-safe operations.

3.15 TOLERANCES

A. Set HVAC system airflow and water flow rates within the following tolerances:
1. Supply, Return, and Exhaust Fans: -5 to plus 10 percent.
2. Air Outlets and Inlets: $\pm$ 10 percent.
3. Heating-Water Flow Rate: $\pm$ 10 percent.
4. Cooling-Water Flow Rate: $\pm$ 5 percent.

3.16 REPORTING

A.   Initial Construction-Phase Report:  Based on examination of the Contract Documents as specified in "Examination" Article above, prepare a report on the adequacy of design for systems' balancing devices. Recommend changes and additions to systems' balancing devices to facilitate proper performance measuring and balancing.  Recommend changes and additions to HVAC systems and general construction to allow access for performance measuring and balancing devices.

B.   Status Reports:  As Work progresses, prepare reports to describe completed procedures, procedures in progress, and scheduled procedures.  Include a list of deficiencies and problems found in systems being tested and balanced.  Prepare a separate report for each system and each building floor for systems serving multiple floors.

C.   Preliminary Report: Submit preliminary TAB reports to the design engineer for each floor, the central plant, and the chilled and hot water hydronic system.

3.17    FINAL REPORT

A.   General:  Typewritten, or computer printout in letter-quality font, on standard bond paper, in 3-ring binder, tabulated and divided into sections by tested and balanced systems.

B.   Include a certification sheet in front of binder signed and sealed by the certified testing and balancing engineer.
   1.   Include a list of the instruments used for procedures, along with proof of calibration.

C.   Final Report Final Report Contents:  In addition to the certified field report data, include the following:
   1.   Pump Curves.
   2.   Fan curves.
   3.   Manufacturers' test data.
   4.   Field test reports prepared by system and equipment installers.
   5.   Other information relative to equipment performance, but not include approved Shop Drawings and Product Data.

D.   General Report Data:  In addition to the form titles and entries, include the following data in the final report, as applicable:
   1.   Title page.
   2.   Name and address of testing, adjusting and balancing Agent.
   3.   Project name.
   4.   Project location.
   5.   Architect's name and address.
   6.   Engineer's name and address.
   7.   Contractor's name and address.
   8.   Report date.
   9.   Signature of testing, adjusting and balancing Agent who certifies the report.
   10.   Summary of contents, including the following:
      a.   Design versus final performance.
      b.   Notable characteristics of systems.
      c.   Description of system operation sequence if it varies from the Contract Documents.
   11.   Nomenclature sheets for each item of equipment.
   12.   Data for terminal units, including manufacturer, type size and fittings.
   13.   Notes to explain why certain final data in the body of reports vary from design values.
   14.   Test conditions for fans and pump performance forms, including the following:
      a.   Settings for outside-return-and exhaust-air dampers.
      b.   Conditions of filters.
      c.   Cooling coil, wet-and dry-bulb, conditions.
      d.   Face and bypass damper settings at coils.
      e.   Fan drive settings, including settings and percentage of maximum pitch diameter.
      f.   Inlet vane settings for variable-air-volume, systems.
      g.   Settings for supply-air, static-pressure, controller.
      h.   Other system operating conditions that affect performance.

E.   System Diagrams:  Include schematic layouts of air and hydronic distribution systems.  Present with single-line diagrams and include the following:
   1.   Quantities of outside, supply, return and exhaust airflows.

2. Water and steam flow rates.
3. Duct, outlet and inlet sizes.
4. Pipe and valve sizes and locations.
5. Terminal units.
6. Balancing stations.
7. Locations of duct traverse(s) of duct layout.

F. Air-Handling Unit Test Reports: For air-handling units with coils, include the following:
1. Unit Data: Include the following:
   a. Unit identification.
   b. Location.
   c. Make and type.
   d. Model number and unit size.
   e. Manufacturer's serial number.
   f. Unit arrangement and class.
   g. Discharge arrangement.
   h. Sheave make, size in inches and bore.
   i. Sheave dimension, center-to-center and amount of adjustments in inches (mm).
   j. Number of belts, make and size.
   k. Number of filters, type and size.
2. Motor Data: Include the following:
   a. Make and frame type and size.
   b. Horsepower and rpm.
   c. Volts, phase and hertz.
   d. Full-load amperage and service factor.
   e. Sheave make, size in inches and bore.
   f. Sheave dimensions, center-to-center and amount of adjustments in inches.
3. Test Data: Include design and actual values for the following:
   a. Unit identification.
   b. Location.
   c. Make and type.
   d. Model number and unit size.
   e. Manufacturer's serial number.

G. Apparatus-Coil Test Reports: For apparatus coils, include the following:
1. Coil Data: Include the following:
   a. System Identification.
   b. Location.
   c. Coil type.
   d. Number of rows.
   e. Fin spacing in fins per inch.
   f. Make and model number.
   g. Face area in sq.ft.
   h. Tube size in NPS.
   i. Tube and fin materials.
   j. Circuiting arrangement.
2. Test Data: Include design and actual values for the following:
   a. Airflow rate in cfm.
   b. Average face velocity in fpm.
   c. Air pressure drop in inches wg.
   d. Outside-air, wet and dry-bulb temperatures in deg F.
   e. Return-air, wet and dry-bulb temperatures in deg F.
   f. Entering-air, wet and dry-bulb temperatures in deg F.
   g. Leaving-air, wet and dry bulb temperatures in deg F.
   h. Return-air, wet and dry-bulb temperatures in deg F.
   i. Entering water temperature in deg F.
   j. Leaving water temperature in deg F
   k. Water flow rate in gpm.
   l. Water pressure differential in feet of head or psig.

H. Water Chiller Test Reports: For chillers (Air Cooled or Water Cooled)
1. Unit Data: Include the following:

        a.     Unit Identification.
        b.     Location.
        c.     Make and type.
        d.     Model number and unit size.
        e.     Manufacturer's serial number.
        f.     Unit arrangement and class.

2. Motor Data:
        a.     Make and frame type and size.
        b.     Volts, phase and hertz.
        c.     Full-load amperage and service factor.

3. Test Data:
        a.     Total chilled water flow rate in gpm.
        b.     Total condenser water flow rate in gpm.
        c.     WPD in ft across chilled water.
        d.     WPD in ft across condenser water.
        e.     Chilled water supply and return temperatures ˚F.
        f.     Condenser water supply and return temperatures in ˚F.

I. Cooling Tower Test Reports:  For condenser water cooling tower:
1. Unit Data:  Include the following:
        a.     Unit identification.
        b.     Location.
        c.     Make and type.
        d.     Model number and unit size.
        e.     Manufacturer's serial number.
        f.     Unit arrangement and class.
        g.     Discharge arrangement.

2. Motor Data (Fan or Pump):  Include the following:
        a.     Make and frame type and size.
        b.     Horsepower and rpm.
        c.     Volts, phase, and hertz.
        d.     Full-load amperage and service factor.

3. Test Data:  Include design and actual values for the following:
        a.     Total condenser under flowrate in gpm.
        b.     Total wpd in ft across condenser water.
        c.     Condenser water supply and return temperatures in ˚F.
        d.     Fan rpm.

J. Electric-Coil Test Reports:  For electric furnaces, duct coils, and electric coils installed in central-station air-handling units, include the following:
1. Unit Data:  Include the following:
        a.     System identification.
        b.     Location.
        c.     Coil identification.
        d.     Capacity in Btuh (kW).
        e.     Number of stages.
        f.     Connected volts, phase, and hertz.
        g.     Rated amperage.
        h.     Airflow rate in cfm.
        i.     Face area in sq. ft.
        j.     Minimum face velocity in fpm.

2. Test Data:  Include design and actual values for the following:
        a.     Heat output in Btuh.
        b.     Airflow rate in cfm.
        c.     Air velocity in fpm.
        d.     Entering-air temperature in deg F.
        e.     Leaving-air temperature in deg F.
        f.     Voltage at each connection.
        g.     Amperage for each phase.

K. Fan Test Reports:  For supply, return, and exhaust fans, include the following:
1. Fan Data:  Include the following:

        a.     System identification.
        b.     Location.
        c.     Make and type.
        d.     Model number and size.
        e.     Manufacturer's serial number.
        f.     Arrangement and class.
        g.     Sheave make, size in inches, and bore.
        h.     Sheave dimensions, center-to-center and amount of adjustments in inches (mm).

2.    Motor Data:  Include the following:
        a.     Make and frame type and size.
        b.     Horsepower and rpm.
        c.     Volts, phase, and hertz.
        d.     Full-load amperage and service factor.
        e.     Sheave make, size in inches, and bore.
        f.     Sheave dimensions, center-to-center and amount of adjustments in inches.
        g.     Number of belts, make, and size.

3.    Test Data:  Include design and actual values for the following:
        a.     Total airflow rate in cfm.
        b.     Total system static pressure in inches wg.
        c.     Fan rpm.
        d.     Discharge static pressure in inches wg.
        e.     Suction static pressure in inches wg.

L.    Round, Flat-Oval, and Rectangular Duct Traverse Reports:  Include a diagram with a grid representing the duct cross-section and record the following:
1.    Report Data:  Include the following:
        a.     System and air-handling unit number.
        b.     Location and zone.
        c.     Locate traverse location on duct work layout.
        d.     Traverse air temperature in deg F.
        e.     Duct static pressure in inches wg.
        f.     Duct size in inches.
        g.     Duct area in sq. ft.
        h.     Design airflow rate in cfm.
        i.     Design velocity in fpm.
        j.     Actual airflow rate in cfm.
        k.     Actual average velocity in fpm.
        l.     Barometric pressure in psig.

M.    Air-Terminal-Device Reports:  For terminal units, include the following:
1.    Unit Data:  Include the following:
        a.     System and air-handling unit identification.
        b.     Location and zone.
        c.     Test apparatus used.
        d.     Area served.
        e.     Air-terminal-device make.
        f.     Air-terminal-device number from system diagram.
        g.     Air-terminal-device type and model number.
        h.     Air-terminal-device size.
        i.     Air-terminal-device effective area in sq. ft.

2.    Test Data:  Include design and actual values for the following:
        a.     Airflow rate in cfm.
        b.     Air velocity in fpm.
        c.     Preliminary airflow rate as needed in cfm.
        d.     Preliminary velocity as needed in fpm.
        e.     Final airflow rate in cfm.
        f.     Final velocity in fpm.
        g.     Space temperature in deg F.

N.    System-Coil Reports:  For reheat coils and water coils of terminal units, include the following:
1.    Unit Data:  Include the following:
        a.     System and air-handling unit identification.

        b.     Location and zone.
        c.     Room or riser served.
        d.     Coil make and size.
        e.     Flowmeter type.

2. Test Data: Include design and actual values for the following:
   a. Airflow rate in cfm.
   b. Entering-water temperature in deg F.
   c. Leaving-water temperature in deg F.
   d. Water pressure drop in feet of head or psig.
   e. Entering-air temperature in deg F.
   f. Leaving-air temperature in deg F.

O. Instrument Calibration Reports: For instrument calibration, include the following:
   1. Report Data: Include the following:
      a. Instrument type and make.
      b. Serial number.
      c. Application.
      d. Dates of use.
      e. Dates of calibration.

**END OF SECTION**

**SECTION 230719 - MECHANICAL INSULATION**


**PART 1 - GENERAL**


1.1     RELATED DOCUMENTS

A.      Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 1 Specification Sections, apply to this Section.


1.2     SUMMARY

A.      This Section includes mechanical insulation for duct, equipment, and pipe, including the following:
1.      Insulation Materials:
    a.      Cellular glass.
    b.      Flexible elastomeric.
    c.      Mineral fiber.
    d.      Phenolic
2.      Adhesives.
3.      Mastics.
4.      Sealants.
5.      Factory-applied jackets.
6.      Field-applied fabric-reinforcing mesh.
7.      Field-applied tape.
8.      Field-applied jackets.
9.      Securements.
10.     Corner angles.

B.      Related Sections include the following:
1.      Specification Section "Metal Ducts" for duct liners.
2.      Specification Section "Hangers and Supports" for high-density inserts at hangers; **wood inserts at hangers are not acceptable.**
3.      Specification Section "Special Conditions for All Mechanical Work".
4.      Specification Section "Basic Mechanical Materials and Methods".

C.      Not all items listed within this specification are used. Use only items applicable per application schedule.


1.3     DEFINITIONS

A.      ASJ:  All-service jacket.

B.      CONCEALED: Covered or concealed by a ceiling (gypsum or lay-in acoustical tile) or wall.

C.      EXPOSED: Open to view; not concealed by a ceiling or wall of any sort.

D.      FSK:  Foil, scrim, kraft paper.

E.      UNDERFLOOR: Accessible crawl space beneath lowest floor level. (considered "outdoors")


1.4     SUBMITTALS

A.      Product Data:  For each type of product indicated, identify thermal conductivity, thickness, and jackets (both factory and field applied, if any). Provide submittal data on all products to be used.


1.5     QUALITY ASSURANCE

A.   Installer Qualifications:  Skilled mechanics who have successfully completed an apprenticeship program or another craft training program certified by the Department of Labor, Bureau of Apprenticeship and Training.

B.   Fire-Test-Response Characteristics:  Insulation and related materials shall have fire-test-response characteristics indicated, as determined by testing identical products per ASTM E 84, by a testing and inspecting agency acceptable to authorities having jurisdiction.  Factory label insulation and jacket materials and adhesive, mastic, and cement material containers, with appropriate markings of applicable testing and inspecting agency.
   1.   Insulation Installed Indoors:  Flame-spread index of 25 or less, and smoke-developed index of 50 or less.

## 1.6   DELIVERY, STORAGE, AND HANDLING

A.   Packaging:  Insulation material containers shall be marked by manufacturer with appropriate ASTM standard designation, type and grade, and maximum use temperature.

B.   All products to be stored in a dry location, protected from the elements. All damaged insulation to be replaced.

## 1.7   COORDINATION

A.   Coordinate size and location of supports, hangers, and high-density insulation inserts and shields specified in Specification Section "Hangers and Supports."  Coordinate with drawing details where applicable; wood inserts at hangers are not acceptable.

B.   Coordinate clearance requirements with piping Installer for piping insulation application, duct Installer for duct insulation application, and equipment Installer for equipment insulation application.  Before preparing piping and ductwork Shop Drawings, establish and maintain clearance requirements for installation of insulation and field-applied jackets and finishes and for space required for maintenance.

## 1.8   SCHEDULING

A.   Schedule insulation application after pressure testing systems and, where required, after installing and testing heat tracing.  Insulation application may begin on segments that have satisfactory test results.

B.   Complete installation and concealment of plastic materials as rapidly as possible in each area of construction.

C.   Insulation not to be installed until building is dried in.

## PART 2  - PRODUCTS

## 2.1   MANUFACTURERS

A.   In other Part 2 articles where titles below introduce lists, the following requirements apply to product selection:
   1.   Manufacturers:  Subject to compliance with requirements, provide products by one of the manufacturers specified.

## 2.2   INSULATION MATERIALS

A.   Refer to Part 3 schedule articles for requirements about where insulating materials shall be applied.

B.   Products shall not contain asbestos, lead, mercury, or mercury compounds.

C.   Products that come in contact with stainless steel shall have a leachable chloride content of less than 50 ppm when tested according to ASTM C 871.

D. Insulation materials for use on austenitic stainless steel shall be qualified as acceptable according to ASTM C 795.

E. Foam insulation materials shall not use CFC or HCFC blowing agents in the manufacturing process.

F. Phenolic:
1. Products
   a. Insul-phen
2. 100% CFC-free, HCFC-free, and halogen-free, closed cell rigid phenolic foam insulation.
3. Minimal thermal conductivity @ 75° F
   a. Green, 2.5 lb/ft³: 0.15 (Btu.in/hr.ft². F)
   b. Pink, 5.0 lb/ft³: 0.21 (Btu.in/hr.ft². F)

G. Cellular Glass:
1. Products:
   a. Pittsburgh Corning Corporation; Foamglas Super K.
2. Block Insulation: ASTM C 552, Type I.
3. Special-Shaped Insulation: ASTM C 552, Type III.
4. Board Insulation: ASTM C 552, Type IV.
5. Preformed Pipe Insulation with Factory-Applied ASJ: Comply with ASTM C 552, Type II, Class 2.
6. Factory fabricate shapes according to ASTM C 450 and ASTM C 585.
7. Inorganic, incombustible, foamed or cellulated glass with annealed, rigid, hermetically sealed cells. Minimal thermal conductivity at 75° F of 0.29 (Btu.in/hr.ft². F) (R-value of 10.34 @ 3 inches thickness). Factory-applied jacket requirements are specified in Part 2 "Factory-Applied Jackets" Article.

H. Flexible Elastomeric:
1. Products:
   a. Aeroflex USA Inc.; Aerocel.
   b. Armacel LLC; AP Armaflex.
2. Closed-cell, sponge- or expanded-rubber materials. Comply with ASTM C 534, Type I for tubular materials and Type II for sheet materials.
3. Minimal thermal conductivity at 75° F of 0.25 (Btu.in/hr.ft². F).

I. Mineral-Fiber Blanket Insulation:
1. Products:
   a. Johns Manville; Microlite.
   b. Knauf Insulation; Duct Wrap
   c. Owens-Corning; All-Service Duct Wrap.
2. Mineral or glass fibers bonded with a thermosetting resin. Comply with ASTM C 553, Type II and ASTM C 1290, Type III with factory-applied FSP jacket. Factory-applied jacket requirements are specified in Part 2 "Factory-Applied jackets" Article.
3. Minimal density of 0.75 lb/ft³, installed R-value of 5.6 (at 2" thick).

J. Mineral-Fiber Board Insulation:
1. Products:
   a. Johns Manville; 800 Series Spin-Glas.
   b. Knauf Insulation; Insulation Board.
   c. Owens Corning; Fiberglas 700 Series.
2. Mineral or glass fibers bonded with a thermosetting resin. Comply with ASTM C 612, Type IA or Type IB. For duct and plenum applications, provide insulation with factory-applied FSK jacket. For equipment applications, provide insulation with factory-applied FSK jacket. Factory-applied jacket requirements are specified in Part 2 "Factory-Applied Jackets" Article.
3. Minimal density of 2.25 lb/ft³, with a R-value of 8.7 (at 2" thickness).

K. Mineral-Fiber, Preformed Pipe Insulation:
1. Products:
   a. Johns Manville; Micro-Lok.
   b. Knauf Insulation; 1000° Pipe Insulation.
   c. Owens Corning; Fiberglas Pipe Insulation.

TAMU x0123

2.  Type I, 850 deg F Materials:  Mineral or glass fibers bonded with a thermosetting resin.  Minimum thermal conductivity at 75˚ F of 0.23 (Btu.in/hr.ft². F). Comply with ASTM C 547, Type I, Grade A, with factory-applied ASJ.  Factory-applied jacket requirements are specified in Part 2 "Factory-Applied Jackets" Article.

2.3    ADHESIVES

A.  Materials shall be compatible with insulation materials, jackets, and substrates and for bonding insulation to itself and to surfaces to be insulated, unless otherwise indicated. All products are to contain low V.O.C. as defined/governed by LEED IEQ 4.1 and 4.2 (Regardless of project type).

B.  Cellular-Glass, Solvent-based resin adhesive, with a service temperature range of minus 75 to plus 300 deg F.
    1.  Products:
        a.  Foamglas: Pittseal 444N or equal

C.  Flexible Elastomeric:  Comply with MIL-A-24179A, Type II, Class I.
    1.  Products:
        a.  K-Flex: 720 LVOC or equal

D.  Phenolic: Water based adhesive with a service temp of minus 20°F to 700°F.
    1.  Products:
        a.  Foster 97-15

E.  Mineral-Fiber Adhesive:  Comply with MIL-A-3316C, Class 2, Grade A.
    1.  Products:
        a.  Design Polymerics, DP2502 (or approved equal).

2.4    MASTICS

A.  Materials shall be compatible with insulation materials, jackets, and substrates; comply with MIL-C-19565C, Type II. All products are to contain low V.O.C. as defined/governed by LEED IEQ 4.1 and 4.2 (Regardless of project type).

B.  Vapor-Barrier Mastic:  Water based; suitable for outdoor use on below ambient services, or indoor vapor barrier use.
    1.  Products:
        a.  Childers Products, Division of ITW; CP-35.
    2.  Water-Vapor Permeance:  ASTM F 1249, 0.09 perm at 55-mils film thickness.
    3.  Service Temperature Range:  Minus 20 to plus 190 deg F.
    4.  Solids Content:  ASTM D 1644, 60 percent by volume and 73 percent by weight.
    5.  Color:  White.
    6.  VOC:  36 g/l

2.5    SEALANTS

A.  Joint Sealants:
    1.  Joint Sealants for Cellular-Glass Products:
        a.  Pittsburgh Corning Corporation; Pittseal 444N.
    2.  Joint Sealant for Phenolic Products
        a.  Foster 95-50

B.  Metal Jacket:
    1.  Products:
        a.  Foster 95-44 or equal.
        b.  Childers Products, Division of ITW; CP-76.

C.  Mineral Fiber:
    1.  Design Polymerics DP 2502.
    2.  Childers Products, Division of ITW; CP-35.

D. PVC Jacket:
1. Childers Products, Division of ITW; CP-35.

2.6 FACTORY-APPLIED JACKETS

A. Insulation system schedules indicate factory-applied jackets on various applications. When factory-applied jackets are indicated, comply with the following:
1. ASJ: White, kraft-paper, fiberglass-reinforced scrim with aluminum-foil backing; complying with ASTM C 1136, Type I.
2. ASJ-SSL: ASJ with self-sealing, pressure-sensitive, acrylic-based adhesive covered by a removable protective strip; complying with ASTM C 1136, Type I.
3. FSK Jacket: Aluminum-foil, fiberglass-reinforced scrim with kraft-paper backing; complying with ASTM C 1136, Type II.

2.7 FIELD-APPLIED FABRIC-REINFORCING MESH

A. Woven Glass-Fiber Fabric: Comply with MIL-C-20079H, Type I, plain weave, and presized a minimum of 2.2 oz./sq. yd. 10 x 10 strand count per square inch, minimum 4" wide band.
1. Available Products:
a. Chil-glas #10.
b. Charles Harmon and Co. white weaveset.

2.8 FIELD-APPLIED JACKETS

A. Field-applied jackets shall comply with ASTM C 921, Type I, unless otherwise indicated.

B. PVC Jacket: High-impact-resistant, UV-resistant PVC complying with ASTM D 1784, 25/50 ASTM-F 84, Class 16354-C; thickness as scheduled; roll stock ready for shop or field cutting and forming. Thickness is indicated in field-applied jacket schedules.
1. Products:
a. Johns Manville; Zeston.
b. Proto PVC Corporation; LoSmoke.
2. Color: White:
3. Factory-fabricated fitting covers to match jacket if available; otherwise, field fabricate.
a. Shapes: 45- and 90-degree, short- and long-radius elbows, tees, valves, flanges, unions, reducers, end caps, soil-pipe hubs, traps, mechanical joints, and P-trap and supply covers for lavatories.
4. Factory-fabricated tank heads and tank side panels.

C. Metal Jacket:
1. Products:
a. Childers Products, Division of ITW; Metal Jacketing Systems.
2. Aluminum Jacket: Comply with ASTM B 209 (ASTM B 209M), Alloy 3003, 3005, 3105 or 5005, Temper H-14.
a. Factory cut and rolled to size.
b. Finish and thickness are indicated in field-applied jacket schedules.

2.9 TAPES

A. ASJ Tape: White vapor-retarder tape matching factory-applied jacket with acrylic adhesive, complying with ASTM C 1136 and UL listed.
1. Width: 4 inches.
2. Thickness: 14.0 mils.
3. Adhesion: 73 ounces force/inch in width.
4. Elongation: 2 percent.
5. Tensile Strength: 55 lbf/inch in width.
6. Color: White

B. FSK Tape: Foil-face, vapor-retarder tape matching factory-applied jacket with acrylic adhesive; complying with ASTM C 1136 and UL listed.

1. Width:  4 inches.
2. Thickness:  13 mils.
3. Adhesion:  73 ounces force/inch in width.
4. Elongation:  2 percent.
5. Tensile Strength:  40 lbf/inch in width.
6. Color: Silver

2.10    SECUREMENTS

A.    Bands:
   1.    Products:
      a.    Childers Products; Bands.
   2.    Stainless Steel:  ASTM A 167 or ASTM A 240/A 240M, Type 316; 0.015 inch thick, 3/4  inch wide with wing or closed seal.
   3.    Aluminum:  ASTM B 209 (ASTM B 209M), Alloy 3003, 3005, 3105, or 5005; Temper H- 14, 0.020 inch thick, 1/2 inch with wing or closed seal.
   4.    Springs:  Twin spring set constructed of stainless steel with ends flat and slotted to      accept metal bands.  Spring size determined by manufacturer for application.

B.    Insulation Pins and Hangers:
   1.    Cupped-Head, Capacitor-Discharge-Insulated Weld Pins:  Zinc-coated steel pin, fully annealed for capacitor-discharge welding, 12 Gauge shank, length to suit depth of insulation indicated with integral 1-1/2-inch galvanized carbon-steel washer.  **Contractor to field verify, integrity of pin weld on ductwork with sheet metal thickness less than 22-gauge.  Integrity to be verified prior to concealment with insulation.**
      a.    Products:
         1)    GEMCO; Cupped Head Weld Pin or equal.
   2.    Metal, "Peel and Press" Base Insulation Hangers:  Baseplate welded to projecting spindle that is capable of holding insulation, of thickness indicated, securely in position indicated when self-locking washer is in place.  Comply with the following requirements:
      a.    Products:
         1)    GEMCO; Peel and Press or equal.
      b.    Baseplate:  Galvanized carbon-steel sheet, 0.030 inch thick by 2 inches square.
      c.    Spindle:  Copper- or zinc-coated, low carbon steel, fully annealed, 12 Gauge diameter shank, length to suit depth of insulation indicated.
      d.    Adhesive:  Recommended by hanger manufacturer.  Product with demonstrated capability to bond insulation hanger securely to substrates indicated without damaging insulation, hangers, and substrates.
   3.    Insulation-Retaining Washers and Cap:  Self-locking cap washers formed from 12 Gauge, galvanized-steel sheet, with beveled edge sized as required to hold insulation securely in place but not less than 1-1/2 inches in diameter.
      a.    Products:
         1)    AGM Industries, Inc.; RC-150.
         2)    GEMCO; R-150.
      b.    Protect ends with capped self-locking washers incorporating a spring steel insert to ensure permanent retention of cap in exposed locations.

C.    Staples:  Outward-clinching insulation staples, nominal 3/4-inch- wide, stainless steel or Monel.

2.11    CORNER ANGLES

A.    PVC Corner Angles:  30 mils thick, minimum 1 by 1 inch, PVC according to ASTM D 1784, Class 16354-C.  White or color-coded to match adjacent surface.

**PART 3 - EXECUTION**

3.1    EXAMINATION

A. Examine substrates and conditions for compliance with requirements for installation and other conditions affecting performance of insulation application.
1. Verify that systems and equipment to be insulated have been tested and are free of defects.
2. Verify that surfaces to be insulated are clean and dry.
3. Proceed with installation only after unsatisfactory conditions have been corrected.

3.2 PREPARATION

A. Surface Preparation: Clean and dry surfaces to receive insulation. Remove materials that will adversely affect insulation application. For Stainless Steel; apply a corrosion coating to insulated surfaces with an epoxy primer and an epoxy finish 5 mils thick.

B. Verify and coordinate insulation installation with the systems and trades installing heat tracing. Comply with requirements for heat tracing that applies to insulation.

3.3 COMMON INSTALLATION REQUIREMENTS

A. Requirements in this Article generally apply to all insulation materials except where more specific requirements are specified in various pipe insulation material installation articles.

B. Install insulation materials, accessories, and finishes with smooth, straight, and even surfaces; free of voids throughout the length of equipment, ducts and fittings, and piping including fittings, valves, and specialties.

C. Install insulation materials, forms, vapor barriers or retarders, jackets, and thicknesses required for each item of equipment, duct system, and pipe system as specified in insulation system schedules.

D. Install accessories compatible with insulation materials and suitable for the service. Install accessories that do not corrode, soften, or otherwise attack insulation or jacket in either wet or dry state.

E. Install high-density inserts at hanger locations prior to insulating (duct and pipe); wood or block inserts are not acceptable.

F. Install insulation with longitudinal seams at top and bottom of horizontal runs.

G. Where multiple layers of insulation are required, longitudinal and end seams are to be staggered.

H. Do not weld brackets, clips, pins or other attachment devices to piping, fittings, tanks, coils, equipment, vessel, and specialties.

I. Keep insulation materials clean and dry before, during application, and finishing.

J. Install insulation with tight longitudinal seams and end joints.

K. Install insulation with least number of joints practical.

L. Install insulation so that material is not over compressed. Install corner angles prior to insulating; to protect all insulation from damage.

M. Seal all joints, and seams, including penetrations in insulation, at supports, and other projections with insulation of same material overlapped by 2". Secure strips with outward clinching staples along edge of overlap, (spaced 1 inch on center) and seal entire joint or seam with mastic and embedded fiberglass reinforcing mesh, minimum 4", cover mesh with finish coat of mastic.

N. Do not insulate, conceal, or enclose pipe hangers, channel and steel supports, etc. not directly fasten to duct.

O. Cover inserts with jacket material matching adjacent pipe insulation. Install shields over jacket, arranged to protect jacket from tear or puncture by hanger, support, and shield.

P.   Apply adhesives, mastics, and sealants at manufacturer's recommended coverage rate and wet and dry film thicknesses. Do not water down products unless directed by manufacture. Use clean potable demineralized water when required.

Q.   Finish installation with systems at operating conditions.  Repair joint separations and cracking due to thermal movement.

R.   Repair all damage insulation prior to concealment as noted above.

S.   Do not insulate or conceal vibration-control devices, labels, stamps, nameplates, data plates, manholes, cleanouts, etc. require for maintenances.

T.   Install insulation over fittings, valves, strainers, flanges, unions, and other specialties with continuous thermal and vapor-retarded integrity, unless otherwise indicated.

U.   Insulate pipe elbows, tees, valves, strainers, flanges, etc., using preformed fitting insulation, mitered fittings or oversized preformed pipe insulation made from same material thickness and density as adjacent pipe insulation.  Each piece shall be butted tightly against adjoining piece and bonded with adhesive. Overlap adjoining pipe insulation by not less than two times the thickness of pipe insulation, or one pipe diameter, whichever is thicker. Fill joints, seams, voids, and irregular surfaces with insulating mastic finished to a smooth, hard, and uniform contour that is uniform with adjoining pipe insulation. Provide a removable reusable insulation cover; design that maintains vapor barrier. For valves, insulate up to and including the bonnets, valve stuffing-box studs, bolts, and nuts.

V.   Cover segmented insulated surfaces with a layer of finishing adhesive and coat with a vapor-barrier mastic. Reinforce the mastic with fabric-reinforcing mesh.  Trowel the mastic to a smooth and well-shaped contour.

W.   For services not specified to receive a field-applied jacket except for flexible elastomeric and polyolefin, install fitted PVC cover over elbows, tees, strainers, valves, flanges, and unions.  Terminate ends with PVC end caps.  Secure PVC covers to adjoining insulation facing using staples and ASJ tape. Seal PVC fitting covers with mastic.

X.   Insulate instrument connections for thermometers, pressure gages, pressure temperature taps, test connections, flow meters, sensors, switches, and transmitters on insulated pipes, vessels, and equipment.  Shape insulation at these connections by tapering it to and around the connection with insulating adhesive and finish with mastic. All connections are to be accessible.

Y.   Install removable insulation segment and covers at flanges, valves, controls, unions, equipment access doors, manholes, hand holes, and other elements that require frequent removal for service and inspection. Unless a PVC jacket is indicated in field-applied jacket schedules, finish exposed surfaces with a metal jacket.

3.4   PENETRATIONS

A.   Install insulation continuously through all walls, floors, and partitions penetrations and sleeves.

B.   Extend jacket of outdoor installation into wall and roof jacks by 2 inches. Seal jacket to roof flashing with approved flashing sealant.

C.   Insulation Installation at Fire-Rated Walls, floors and Partitions Penetrations for duct work were fire/smoke dampers are required: Terminate insulation at fire damper sleeves as require by damper manufacturer. Externally insulate damper sleeves to match adjacent insulation and overlap duct insulation at least 2 inches.

3.5   GENERAL PIPE INSULATION INSTALLATION (IN ADDITION TO COMMON REQUIREMENTS)

A.   Preformed Pipe Insulation Installation on Pipe, Fittings, Valves, Flanges, Tanks, Elbows, and Appurtenances for Cellular- Glass, Mineral- Fiber, Flexible Elastomeric, and Phenolic insulations:
     1.   Install insulation in a manner that secures material to system being insulated with staples, tape and mastic.

2. When insulation with preformed pipe insulation, seal all longitudinal seams, end joints, and protrusions with manufacturers recommended tape matching jacket, vapor-barrier mastic, joint sealant, and adhesive to eliminate openings in insulation that allow passage of air to surface being insulated.

3. Secure fittings, jacket, cover, etc. with tape matching jacket and secure with outward clinched staples 1 inch on center. Apply vapor-barrier mastic over staples.

4. Arrange insulation to permit access to valves packing, flanges, unions, etc. and valve operation for maintenance without disturbing insulation. Install insulation so that it can be removed without damage to surrounding insulation or access enclosure.

5. Pipe hangers are not to be concealed in insulation.

6. Seal all exposed insulation ends with mastic.

7. Seal all mitered joints prior to installing covers with vapor-barrier sealant and mastic.

8. Install preformed pipe insulation to outer diameter of pipe flange.

9. Make width of insulation section same as overall width of flange and bolts, plus twice the thickness of pipe insulation.

10. Fill voids between inner circumference of valves, flange, elbows, and bolts insulation and outer circumference of adjacent straight pipe segments with cut sections of sheet insulation of same thickness as pipe insulation.

11. Install preformed sections of same material insulation when available. When preformed insulation elbows and fittings are not available, install mitered sections of pipe insulation, to a thickness equal to adjoining pipe insulation. Install PVC cover over fitting or mitered section.

12. Arrange insulation to permit access to valves packing, flanges, unions, etc. and valve operation for maintenance without disturbing insulation. Install insulation so that it can be removed without damage to surrounding insulation or access enclosure.

3.6 GENERAL BLANKET AND BOARD INSULATION INSTALLATION (IN ADDITION TO COMMON REQUIREMENTS)

A. Blanket and Board Insulation Installation on Duct, Tanks, Vessels, Elbows, and Appurtenances:

1. Apply adhesives according to manufacturer's recommended coverage rates per unit area, for a minimum of 50 percent coverage of duct and plenum and 100 percent coverage of equipment, tanks, etc.; to secure insulation to surfaces. Apply adhesive to entire circumference of all surfaces; including fittings and transitions.

2. Install cupped-head, capacitor-discharge-weld pins surfaces to secure insulation to ductwork. On sides and bottom of horizontal and vertical ducts on 16 inches center and 3 inches maximum from insulation joints. Install additional pins to hold insulation tightly against surface as required by manufacturer recommendation. Use approved adhesive stick anchor pins with washers for all equipment, tanks, etc. Cut excess portion of stick anchor pins and install washer's caps. Cover exposed pins and washers caps with tape and mastic matching insulation facing.

3. Install PVC corner angles prior to installing blanket insulation.

4. Do not over compress insulation during installation. Cover exposed pins and washers with tape matching insulation facing and mastic.

5. Install a continuous unbroken vapor barrier. Create a facing lap for longitudinal seams and end joints with insulation by removing 2 inches from 1 edge and 1 end of insulation segment. Secure laps to adjacent insulation section with 3/4-inch outward-clinching staples, 1 inch on center. Coat all seams/joints with mastic and embed with fiberglass reinforced mesh, minimum 4", cover mesh with finish coat of mastic.

6. Repair punctures, tears, penetrations and protrusions with 6-inch-wide strips of same material used to insulate duct. Seal all seams with staples, cover with mastic and cover with embedded fiberglass reinforced mesh, cover mesh with finish coat of mastic.

7. Install vapor stops for ductwork and plenums operating below 50 deg F at 18-foot intervals. Vapor stops shall consist of vapor-barrier mastic applied in a Z-shaped pattern over insulation face, along butt end of insulation, and over the surface. Cover insulation face and surface to be insulated a width equal to 2 times the insulation thickness but not less than 3 inches.

8. Install insulation on rectangular duct elbows and transitions with a full insulation section for each surface. Groove and score insulation to fit as closely as possible to outside and inside radius of elbows. Install insulation on round and flat-oval duct elbows with individually mitered gores cut to fit the elbow.

9. Insulate hangers attached to duct work. Do not insulate or enclose channel, supports, etc. not directly fasten to duct.

10. Insulation termination:  Butt insulation up to termination point.  Apply mastic no less than 3" overlap on insulation, and 3" on metal surface.  Embed fiberglass reinforced mesh overlapping full 3" of termination point, 6" strip.  Cover mesh with finish coat of mastic.

### 3.7 FIELD-APPLIED JACKET INSTALLATION

A. Install with 2-inch overlap at longitudinal seams and end joints.  Overlap longitudinal seams arranged to shed water.  Seal end joints with weatherproof sealant recommended by insulation manufacturer.  Apply two continuous beads of adhesive to seams and joints, one bead under lap and the finish bead along seam and joint edge. Secure metal jacket with stainless-steel bands 12 inches on center and at end joints.

### 3.8 FINISHES

A. Duct, Equipment, and Pipe Insulation with ASJ, Glass-Cloth, or Other Paintable Jacket Material:  Paint jacket with paint system identified below and as specified in Division 9 painting Sections.
1. Flat Acrylic Finish: Two (2) finish coats over a primer that is compatible with jacket material and finish coat paint. Add fungicidal agent to render fabric mildew proof.
    a. Finish Coat Material: Interior, flat, latex-emulsion size.

B. Flexible Elastomeric Thermal Insulation: After adhesive has fully cured, apply two coats of insulation manufacturer's recommended protective coating.

C. Color: Final color as selected by Architect. Vary first and second coats to allow visual inspection of the completed Work.

D. Do not field paint aluminum or stainless-steel jackets.

### 3.9 FIELD QUALITY CONTROL

A. Perform the following field tests and inspections and prepare test reports:
1. Inspect insulated duct, pipe, and equipment, randomly selected by Engineer, by removing field-applied jacket and insulation in layers in reverse order of their installation.  Extent of inspection shall be limited to two (3) location(s) for each system.
2. All insulation applications will be considered defective work if sample inspection reveals noncompliance with requirements.
3. Remove all defective work and install new insulation and jackets to replace insulation and jackets removed for inspection.  Repeat inspection procedures as needed.

### 3.10 INSULATION SCHEDULE, GENERAL

A. Plenums and Ducts Requiring Insulation:
1. Indoor, concealed/exposed supply, return, relief and outdoor air.
2. Outdoor, concealed/exposed supply, return and relief air.

B. Piping Requiring Insulation:
1. Indoor and outdoor hydronics.
2. All pipe and appurtenances that are susceptible to sweating.
3. All pipe and appurtenances carrying water or refrigerant, for space conditioning.
4. Any piping not specifically scheduled for insulation below to be insulated with the code minimum required insulation.

C. Items Not Insulated:
1. Fibrous-glass ducts.
2. Double-wall metal ducts or lined metal ducts, both with sufficient insulation thickness to  comply with 2009 IECC and ASHRAE/ IESNA 90.1.
3. Factory-insulated flexible ducts.
4. Factory-insulated plenums and casings.
5. Flexible connectors.
6. Vibration-control devices.

7.    Factory-insulated access panels and doors.
8.    General building exhaust duct.

3.11    DUCT AND PLENUM INSULATION SCHEDULE

A.    Indoor, concealed, all duct insulation shall be of the following (Including dishwasher exhaust):
1.    Mineral-Fiber Blanket: 2 inches thick and 0.75-lb/cu. ft. nominal density.

B.    Indoor, exposed (including mechanical rooms and utility rooms), rectangular, all duct insulation shall be of the following:
1.    Mineral-Fiber Board: 2 inches thick and 2.25-lb/cu. ft. nominal density.

C.    Indoor, exposed round or flat oval ductwork shall be double-wall construction.

D.    Outdoor (including underfloor), all duct insulation shall be any of the following:
1.    Rectangular Duct:  Cellular Glass, 3 inches thick and 7.5-lb/cu. ft. nominal density. (minimum R-value of 8)
2.    Round/Flat Oval:  Double wall construction (reference Metal Ducts Specification).

3.12    AIR DEVICE INSULATION SCHEDULE

A.    Supply-air devices (all styles/sizes): Field insulate backside of all devices that are not factory lined:
1.    Mineral-Fiber Blanket: 1-1/2 inches thick and 0.75-lb/cu. ft. nominal density. Secured to air device with FSK tape, all sides.

3.13    EQUIPMENT INSULATION SCHEDULE

A.    Insulate indoor and outdoor equipment in paragraphs below that is not factory insulated.

B.    Expansion/compression/buffer tanks, Air-separators, filter feeders, etc. insulation shall be any of the following:
1.    Cellular Glass:  3 inches. (chilled water service)
2.    Phenolic: 2 inches. (chilled water service)
3.    Mineral Fiber Board:  3 inches. (hot water service)

C.    Steam-to-hot water heat exchanger insulation:
1.    Mineral-Fiber board:  3" thick, 3lb/cu. ft. density.
2.    Cellular Glass:  3" thick, 7.5 lb/cu. ft density.

3.14    PIPING INSULATION SCHEDULE

A.    Acceptable preformed pipe and tubular insulation materials and thicknesses are identified for each piping system and pipe size range.

B.    Condensate and Equipment Drains:
1.    All Pipe Sizes:  Insulation shall be any of the following:
a.    Flexible Elastomeric:  1 inch thick.

C.    Chilled Water Supply and Return:
1.    All Pipe Sizes:  Insulation shall be any of the following:
a.    Pre-insulated Pipe: Reference Hydronic Piping Specification (for use underfloor, buried, and outdoors).
b.    Cellular Glass: (for use indoors and outdoors, not accepted in underfloor or buried). Reference schedule below for thickness.
c.    Phenolic: (for use indoors and outdoors, not accepted in underfloor or buried). Reference schedule below for thickness.

D.    Hot Water Supply and Return:
1.    All pipe sizes:
a.    Mineral-Fiber (for use indoors) Reference table below for thickness.

b.    Pre-insulated Pipe:  Reference Hydronic Piping Specification (for use underfloor  and outdoors).  Reference table below for thickness.

c.    Phenolic:  (for use indoors and outdoors, not accepted in underfloor or buried) Reference Schedule below for thickness.

d.    Cellular Glass:  (for use indoors and outdoors, not accepted in underfloor or buried) Reference Schedule below for thickness.

E.    Phenolic Density Schedule:
1.    Indoors Concealed: 2.5 lb/ft.$^3$ (Green)
2.    Indoors Exposed: 5 lb/ft.$^3$ (Pink)
3.    Outdoors: 5 lb/ft.$^3$ (Pink)

F.    Steam and Steam Condensate, 350˚ F and below:
1.    All pipe sizes:
a.    Mineral-Fiber, Preformed pipe, Type I: 3" thick.

| | **≤1.5" Pipe Size** | | | | | **>1.5" Pipe Size** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Fluid** | Cellular Glass | Phenolic | Pre-Insulated | Mineral Fiber | Flex Elastomeric | Cellular Glass | Phenolic | Pre-Insulated | Mineral Fiber | Flex Elastomeric |
| Chilled Water | 2" | 1.5" | 1.5" | N/A | N/A | 2" | 1.5" | 1.5" | N/A | N/A |
| Hot Water | 2" | 1.5" | 1.5" | 1.5" | N/A | 2.5" | 2" | 2" | 2" | N/A |
| Steam/ Condensate | N/A | N/A | N/A | 3" | N/A | N/A | N/A | N/A | 3" | N/A |
| Condensate | N/A | N/A | N/A | N/A | 1" | N/A | N/A | N/A | N/A | 1" |
| Refrigerant Suction/Hot Gas Piping | N/A | N/A | N/A | N/A | 1.5" | N/A | N/A | N/A | N/A | 1" |

**Insulation Thickness Schedule**

G.    Refrigerant Suction and Hot Gas Piping:
1.    All pipe sizes:  Insulation shall be the following:
a.    Flexible elastomeric:  1-½ inch thick.

3.15    FIELD-APPLIED JACKET SCHEDULE

A.    Install jacket over insulation material.  For insulation with factory-applied jacket, install the field-applied jacket over the factory-applied jacket.

B.    Ducts/Piping exposed in finished indoor areas, outdoors, underfloor and mechanical rooms.
1.    Aluminum, Stucco Embossed: 0.016 inch thick.

C.    Indoor hydronic piping fitting or elbows.
1.    PVC: 0.015 inch thick.

**END OF SECTION**

**SECTION 23 3113 - METAL DUCTS**

**PART 1 - GENERAL**

1.1     RELATED DOCUMENTS

A.     Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 01 Specification Sections, apply to this Section.

1.2     SUMMARY

A.     Section Includes:
1.     Single-wall rectangular ducts and fittings.
2.     Double-wall rectangular ducts and fittings.
3.     Single-wall round and flat-oval ducts and fittings.
4.     Double-wall round and flat-oval ducts and fittings.
5.     Sheet metal materials.
6.     Duct liner.
7.     Sealants and gaskets.
8.     Hangers and supports.
9.     Ductwork Handling and Plenum Protection.
10.    Ductwork Cleaning

B.     Related Sections:
1.     Mechanical Specification Section "Testing, Adjusting, and Balancing for HVAC" for testing, adjusting, and balancing requirements for metal ducts.
2.     Mechanical Specification Section "Air Duct Accessories" for dampers, sound-control devices, duct-mounting access doors and panels, turning vanes, and flexible ducts.
3.     Mechanical Specification Section "Hangers & Supports".
4.     Mechanical Specification Section "Mechanical Means and Methods".
5.     Mechanical Specification Section "Special Conditions for Mechanical Work".

1.3     PERFORMANCE REQUIREMENTS

A.     Delegated Duct Design:  Duct construction, including sheet metal thicknesses, seam and joint construction, reinforcements, and hangers and supports, shall comply with SMACNA's "HVAC Duct Construction Standards - Metal and Flexible" and performance requirements and design criteria indicated.
1.     Static-Pressure Classes:  Variable Volume Systems
a.     Supply Ducts:  (Upstream from Air Terminal Units):  3-inch wg.
b.     Supply Ducts (Downstream from Air Terminal Units):  1-inch wg.
c.     Return Ducts (Negative Pressure):  1-inch wg.
d.     Outside Air Ducts (Negative Pressure):  1-inch wg.
2.     Static-Pressure Classes:  Constant Volume Systems
a.     Supply Ducts:  2-inch wg.
b.     Return Ducts (Negative Pressure):  1-inch wg.
c.     Outside Air Ducts (Negative Pressure):  1-inch wg.
3.     Static-Pressure Classes:  Other Systems
a.     Fume Hood Exhaust (negative Pressure):  3-inch wg.
b.     General Exhaust (Negative Pressure):  1-inch wg.
c.     Relief Air:  1-inch wg.
4.     Leakage Class:
a.     Round Supply-Air Duct:  3 cfm/100 sq. ft. at static pressure class.
b.     Flat-Oval Supply-Air Duct:  3 cfm/100 sq. ft. at static pressure class.
c.     Rectangular Supply-Air Duct:  6 cfm/100 sq. ft. at static pressure class.
d.     Flexible Supply-Air Duct:  6 cfm/100 sq. ft. at static pressure class.

    B.     Structural Performance:  Duct hangers and supports shall withstand the effects of gravity loads and stresses within limits and under conditions described in SMACNA's "HVAC Duct Construction Standards - Metal and Flexible."

## 1.4 DEFINITIONS

    A.     Exposed: Open to view; not concealed by a ceiling.
        1.     Includes mechanical rooms.

    B.     Concealed:  Covered or Concealed by a ceiling, solid inaccessible or lay-in acoustical tile.

## 1.5 SUBMITTALS

    A.     Product Data:  For each type of the following products:
        1.     Liners and adhesives.
        2.     Sealants and gaskets.
        3.     Insulation.
        4.     Metal.
        5.     Fasteners.
        6.     Hangers.
        7.     Double Wall Ductwork (Round or Flat Oval).
        8.     Single Wall (Round or Flat Oval).

    B.     Shop Drawings/Coordination Drawings:  CADD generated, ¼" scale.  Show fabrication and installation details for metal ducts.
        1.     Fabrication, assembly, and installation, including plans, elevations, sections, components, and attachments to other work.
        2.     Factory- and shop-fabricated ducts and fittings.
        3.     Duct layout indicating sizes, configuration, liner material, and static-pressure classes.
        4.     Elevation of top of ducts.
        5.     Dimensions of main duct runs from building grid lines.
        6.     Fittings.
        7.     Reinforcement and spacing.
        8.     Seam and joint construction.
        9.     Penetrations through fire-rated and other partitions.
        10.    Equipment installation based on equipment being used on Project.
        11.    Locations for duct accessories, including dampers, turning vanes, and access doors and panels.
        12.    Hangers and supports, including methods for duct and building attachment, and vibration isolation (where applicable).
        13.    Ceiling suspension assembly members.
        14.    Other systems installed in same space as ducts, including fire sprinkler piping; electrical conduits; cable trays; hydronic, domestic, and sanitary piping; and structural members.
        15.    Ceiling-and-wall-mounting access doors and panels required to provide access to dampers and other operating devices.
        16.    Ceiling-mounting items, including lighting fixtures, diffusers, grilles, speakers, sprinklers, access panels, and special moldings.

    C.     Welding certificates.

    D.     Field quality-control reports.

    E.     Field Pressure test Reports.

## 1.6 QUALITY ASSURANCE

    A.     Welding Qualifications: Qualify procedures and personnel according to the following:
        1.     AWS D1.1/D1.1M, "Structural Welding Code - Steel," for hangers and supports.
        2.     AWS D9.1M/D9.1, "Sheet Metal Welding Code," for duct joint and seam welding.

**PART 2 - PRODUCTS**

2.1     SINGLE-WALL RECTANGULAR DUCTS AND FITTINGS

A.      General Fabrication Requirements:  Comply with SMACNA's "HVAC Duct Construction Standards - Metal and Flexible" based on indicated static-pressure class unless otherwise indicated.

B.      Transverse Joints:  Select joint types and fabricate according to SMACNA's "HVAC Duct Construction Standards - Metal and Flexible," Figure 1-4, "Transverse (Girth) Joints," for static-pressure class, materials involved, duct-support intervals, and other provisions in SMACNA's "HVAC Duct Construction Standards - Metal and Flexible."

C.      Longitudinal Seams:  Select seam types and fabricate according to SMACNA's "HVAC Duct Construction Standards - Metal and Flexible," Figure 1-5, "Longitudinal Seams - Rectangular Ducts," for static-pressure class, materials involved, duct-support intervals, and other provisions in SMACNA's "HVAC Duct Construction Standards - Metal and Flexible."

D.      Elbows, Transitions, Offsets, Branch Connections, and Other Duct Construction:  Select types and fabricate according to SMACNA's "HVAC Duct Construction Standards - Metal and Flexible," Chapter 2, "Fittings and Other Construction," for static-pressure class, materials involved, duct-support intervals, and other provisions in SMACNA's "HVAC Duct Construction Standards - Metal and Flexible."

E.      Seal all duct transverse joints, longitudinal seams, flanges, and duct wall penetrations (SMACNA Seal Class-A regardless of static pressure construction class).

2.2     DOUBLE-WALL RECTANGULAR DUCTS AND FITTINGS

A.      Manufacturers:  Subject to compliance with requirements, available manufacturers offering products that may be incorporated into the Work include, but are not limited to, the following:
        1.      McGill Airflow LLC.

B.      Rectangular Ducts:  Fabricate ducts with indicated dimensions for the inner duct.

C.      Outer Duct:  Comply with SMACNA's "HVAC Duct Construction Standards - Metal and Flexible" based on indicated static-pressure class unless otherwise indicated.

D.      Transverse Joints:  Select joint types and fabricate according to SMACNA's "HVAC Duct Construction Standards - Metal and Flexible," Figure 1-4, "Transverse (Girth) Joints," for static-pressure class, materials involved, duct-support intervals, and other provisions in SMACNA's "HVAC Duct Construction Standards - Metal and Flexible."

E.      Longitudinal Seams:  Select seam types and fabricate according to SMACNA's "HVAC Duct Construction Standards - Metal and Flexible," Figure 1-5, "Longitudinal Seams - Rectangular Ducts," for static-pressure class, materials involved, duct-support intervals, and other provisions in SMACNA's "HVAC Duct Construction Standards - Metal and Flexible."

F.      Interstitial Insulation:  Fibrous-glass liner complying with ASTM C 1071, NFPA 90A, or NFPA 90B; and with NAIMA AH124, "Fibrous Glass Duct Liner Standard."
        1.      Maximum Thermal Conductivity:  0.27 Btu x in./h x sq. ft. x deg F at 75 deg F mean temperature.
        2.      Thickness:
                a.      1 inch, minimum for INDOOR, exposed ducts in conditioned spaces.
                b.      1-1/2 inches, minimum for INDOOR ducts in unconditioned spaces, including, but not limited to return-air plenums and mechanical rooms.
                c.      2-1/2 inches, minimum for OUTDOOR ducts.
        3.      Install spacers that position the inner duct at uniform distance from outer duct without compressing insulation.
        4.      Coat insulation with antimicrobial coating.

G.      Formed-on Transverse Joints (Flanges):  Select joint types and fabricate according to SMACNA's "HVAC Duct Construction Standards - Metal and Flexible," Figure 1-4, "Traverse (Girth) Joints," for

static-pressure class, applicable sealing requirements, materials involved, duct-support intervals, and other provisions in SMACNA's "HVAC Duct Construction Standards - Metal and Flexible."

H.    Seal all duct transverse joints, longitudinal seams, flanges and duct wall penetrations (SMACNA Seal Class-A regardless of static pressure construction class).

2.3    SINGLE-WALL ROUND AND FLAT-OVAL DUCTS AND FITTINGS

A.    General Fabrication Requirements:  **Spiral seams** complying with SMACNA's "HVAC Duct Construction Standards - Metal and Flexible," Chapter 3, "Round, Oval, and Flexible Duct," based on indicated static-pressure class.  **Longitudinal-seams (snap-lock) are not acceptable for any application.**
   1.    Manufacturers:  Subject to compliance with requirements, available manufacturers offering products that may be incorporated into the Work include, but are not limited to, the following:
      a.    Lindab Inc.
      b.    McGill AirFlow LLC.
      c.    SEMCO Incorporated.
      d.    Spiral Pipe of Texas

B.    Flat-Oval Ducts:  Indicated dimensions are the duct width (major dimension) and diameter (diameter of the round sides connecting the flat portions of the duct).

C.    Transverse Joints:  Select joint types and fabricate according to SMACNA's "HVAC Duct Construction Standards - Metal and Flexible," Figure 3-2, "Transverse Joints - Round Duct," for static-pressure class, materials involved, duct-support intervals, and other provisions in SMACNA's "HVAC Duct Construction Standards - Metal and Flexible."
   1.    Transverse Joints in Ducts Larger Than 60 Inches in Diameter:  Flanged.

D.    Seams:  Fabricate according to the **spiral seam requirements** of SMACNA's "HVAC Duct Construction Standards - Metal and Flexible," Figure 3-1, "Seams - Round Duct and Fittings," for static-pressure class, materials involved, duct-support intervals, and other provisions in SMACNA's "HVAC Duct Construction Standards - Metal and Flexible."  **Longitudinal-seams (snap-lock) are not acceptable for any application, except where indicated below.**
   1.    Fabricate round ducts larger than 90 inches in diameter with butt-welded longitudinal seams.
   2.    Fabricate flat-oval ducts larger than 72 inches in width (major dimension) with butt-welded longitudinal seams.

E.    Tees and Laterals:  Select types and fabricate according to SMACNA's "HVAC Duct Construction Standards - Metal and Flexible," Figure 3-4, "90 Degree Tees and Laterals," and Figure 3-5, "Conical Tees," for static-pressure class, applicable sealing requirements, materials involved, duct-support intervals, and other provisions in SMACNA's "HVAC Duct Construction Standards - Metal and Flexible."

F.    Seal all duct transverse joints, longitudinal seams, flanges and duct wall penetrations (SMACNA Seal Class-A regardless of static pressure construction class).

2.4    DOUBLE-WALL ROUND AND FLAT-OVAL DUCTS AND FITTINGS

A.    Manufacturers:  Subject to compliance with requirements, available manufacturers offering products that may be incorporated into the Work include, but are not limited to, the following:
   1.    Lindab Inc.
   2.    McGill AirFlow LLC.
   3.    SEMCO Incorporated.
   4.    Spiral Pipe of Texas

B.    Flat-Oval Ducts:  Indicated dimensions are the duct width (major dimension) and diameter (diameter of the round sides connecting the flat portions of the duct) of the inner duct.

C.    Outer Duct Fabrication Requirements:  **Spiral seams** complying with SMACNA's "HVAC Duct Construction Standards - Metal and Flexible," Chapter 3, "Round, Oval, and Flexible Duct," based on indicated static-pressure class.  **Longitudinal-seams (snap-lock) are not acceptable for any application.**

1. Transverse Joints: Select joint types and fabricate according to SMACNA's "HVAC Duct Construction Standards - Metal and Flexible," Figure 3-2, "Transverse Joints - Round Duct," for static-pressure class, applicable sealing requirements, materials involved, duct-support intervals, and other provisions in SMACNA's "HVAC Duct Construction Standards - Metal and Flexible."
   a. Transverse Joints in Ducts Larger Than 60 Inches in Diameter: Flanged.
2. Seams: Fabricate according to the **spiral seam requirements** of SMACNA's "HVAC Duct Construction Standards - Metal and Flexible," Figure 3-1, "Seams - Round Duct and Fittings," for static-pressure class, applicable sealing requirements, materials involved, duct-support intervals, and other provisions in SMACNA's "HVAC Duct Construction Standards - Metal and Flexible." **Longitudinal-seams (snap-lock) are not acceptable for any application, except where indicated below.**
   a. Fabricate round ducts larger than 90 inches in diameter with butt-welded longitudinal seams.
   b. Fabricate flat-oval ducts larger than 72 inches in width (major dimension) with butt-welded longitudinal seams.
3. Tees and Laterals: Select types and fabricate according to SMACNA's "HVAC Duct Construction Standards - Metal and Flexible," Figure 3-4, "90 Degree Tees and Laterals," and Figure 3-5, "Conical Tees," for static-pressure class, applicable sealing requirements, materials involved, duct-support intervals, and other provisions in SMACNA's "HVAC Duct Construction Standards - Metal and Flexible."

D. Inner Duct: Minimum 0.028-inch perforated galvanized sheet steel having 3/32-inch- diameter perforations, with overall open area of 23 percent.

E. Interstitial Insulation: Fibrous-glass liner complying with ASTM C 1071, NFPA 90A, or NFPA 90B; and with NAIMA AH124, "Fibrous Glass Duct Liner Standard."
1. Maximum Thermal Conductivity: 0.27 Btu x in./h x sq. ft. x deg F at 75 deg F mean temperature.
2. Thickness:
   a. 1 inch, minimum for INDOOR, exposed ducts in conditioned spaces.
   b. 1-1/2 inches, minimum for INDOOR ducts in unconditioned spaces, including, but not limited to return-air plenums and mechanical rooms.
   c. 2-1/2 inches, minimum for OUTDOOR ducts.
3. Install spacers that position the inner duct at uniform distance from outer duct without compressing insulation.
4. Coat insulation with antimicrobial coating.
5. Cover insulation with polyester film complying with UL 181, Class 1.

## 2.5 SHEET METAL MATERIALS

A. General Material Requirements: Comply with SMACNA's "HVAC Duct Construction Standards - Metal and Flexible" for acceptable materials, material thicknesses, and duct construction methods unless otherwise indicated. Sheet metal materials shall be free of pitting, seam marks, roller marks, rust, stains, discolorations, and other imperfections. All ductwork shall be a minimum of 24 gage, with a minimum thickness of 0.023 inches. Where in the SMACNA "HVAC Duct Construction Standards-Metal Flexible" it indicates that a lighter gage may be utilized, a minimum of 24 gage shall be used.

B. Galvanized Sheet Steel: Comply with ASTM A 653/A 653M.
1. Galvanized Coating Designation: G60 (Z180).
2. Finishes for Surfaces Exposed to View: Mill phosphatized.

C. PVC-Coated, Galvanized Sheet Steel: Comply with ASTM A 653/A 653M.
1. Galvanized Coating Designation: G60 (Z180).
2. Minimum Thickness for Factory-Applied PVC Coating: 4 mils thick on sheet metal surface of ducts and fittings exposed to corrosive conditions, and minimum 4 mils thick on opposite surface.
3. Coating Materials: Acceptable to authorities having jurisdiction for use on ducts listed and labeled by an NRTL for compliance with UL 181, Class 1.

D. Carbon-Steel Sheets: Comply with ASTM A 1008/A 1008M, with oiled, matte finish for exposed ducts.

E. Stainless-Steel Sheets: Comply with ASTM A 480/A 480M, Type 304 or 316, as indicated in the "Duct Schedule" Article; cold rolled, annealed, sheet. Exposed surface finish shall be No. 2B, No. 2D, No. 3, or No. 4 as indicated in the "Duct Schedule" Article.

F. Aluminum Sheets:  Comply with ASTM B 209 (ASTM B 209M) Alloy 3003, H14 temper; with mill finish for concealed ducts, and standard, one-side bright finish for duct surfaces exposed to view.

G. Reinforcement Shapes and Plates:  ASTM A 36/A 36M, steel plates, shapes, and bars; black and galvanized.
    1. Where black- and galvanized-steel shapes and plates are used to reinforce aluminum ducts, isolate the different metals with butyl rubber, neoprene, or EPDM gasket materials.

H. Tie Rods:  Galvanized steel, 1/4-inch minimum diameter for lengths 36 inches or less; 3/8-inch minimum diameter for lengths longer than 36 inches.

I. Plastic Connectors are not acceptable.

## 2.6   DUCT LINER

A. Fibrous-Glass Duct Liner:  Comply with ASTM C 1071, NFPA 90A, or NFPA 90B; and with NAIMA AH124, "Fibrous Glass Duct Liner Standard."
    1. Manufacturers:  Subject to compliance with requirements, provide products by one of the following:
        a. CertainTeed Corporation; Insulation Group.
        b. Johns Manville.
        c. Knauf Insulation.
        d. Owens Corning.
        e. Maximum Thermal Conductivity:
            1) Type I, Flexible:  0.27 Btu x in./h x sq. ft. x deg F at 75 deg F mean temperature.
            2) Type II, Rigid:  0.23 Btu x in./h x sq. ft. x deg F at 75 deg F mean temperature.
    2. Antimicrobial Erosion-Resistant Coating:  Apply to the surface of the liner that will form the interior surface of the duct to act as a moisture repellent and erosion-resistant coating. Antimicrobial compound shall be tested for efficacy by an NRTL and registered by the EPA for use in HVAC systems.
    3. Water-Based Liner Adhesive:  Comply with NFPA 90A or NFPA 90B and with ASTM C 916. Equal to DP 2502.

B. Insulation Pins and Washers:
    1. Cupped-Head, Capacitor-Discharge-Weld Pins:  Copper- or zinc-coated steel pin, fully annealed for capacitor-discharge welding, 0.106-inch- diameter shank, length to suit depth of insulation indicated with integral 1-1/2-inch galvanized carbon-steel washer. Equal to CS-10.

C. Shop Application of Duct Liner:  Comply with SMACNA's "HVAC Duct Construction Standards - Metal and Flexible," Figure 2-19, "Flexible Duct Liner Installation."
    1. Adhere a single layer of indicated thickness of duct liner with at least 90 percent adhesive coverage at liner contact surface area.  Attaining indicated thickness with multiple layers of duct liner is prohibited.
    2. Apply adhesive to transverse edges of liner facing upstream that do not receive metal nosing.
    3. Butt transverse joints without gaps, and coat joint with adhesive.
    4. Fold and compress liner in corners of rectangular ducts or cut and fit to ensure butted-edge overlapping.
    5. Do not apply liner in rectangular ducts with longitudinal joints, except at corners of ducts, unless duct size and dimensions of standard liner make longitudinal joints necessary.
    6. Secure liner with mechanical fasteners 4 inches from corners and at intervals not exceeding 12 inches transversely; at 3 inches from transverse joints and at intervals not exceeding 18 inches longitudinally.
    7. Secure transversely oriented liner edges facing the airstream with metal nosings that have either channel or "Z" profiles or are integrally formed from duct wall.  Fabricate edge facings at the following locations:
        a. Fan discharges.
        b. Intervals of lined duct preceding unlined duct.
        c. Upstream edges of transverse joints in ducts where air velocities are higher than 2500 fpm or where indicated.
    8. Terminate inner ducts with buildouts attached to fire-damper sleeves, dampers, turning vane assemblies, or other devices.  Fabricated buildouts (metal hat sections) or other buildout means are optional; when used, secure buildouts to duct walls with bolts, screws, rivets, or welds.

2.7     SEALANT AND GASKETS

A.     General Sealant and Gasket Requirements:  Surface-burning characteristics for sealants and gaskets shall be a maximum flame-spread index of 25 and a maximum smoke-developed index of 50 when tested according to UL 723; certified by an NRTL. All products are to contain low V.O.C. as defined/governed by LEED IEQ 4.1 and 4.2 (Regardless of project type).

B.     Water-Based Joint and Seam Sealant (for indoor installation):
1.     Application Method:  Brush on.
2.     Solids Content:  Minimum 68 percent.
3.     Water resistant.
4.     Mold and mildew resistant.
5.     VOC:  less than 30 g/l (less water).
6.     Maximum Static-Pressure Class:  15-inch wg, positive and negative.
7.     Service:  Indoor.
8.     Substrate:  Compatible with galvanized sheet steel (both PVC coated and bare), stainless steel, or aluminum sheets.
9.     DP 1020 or approved equal.

C.     Water-Based Joint and Seam Sealant (for outdoor installation):
1.     Application Method:  Tube application or dry tooling.
2.     Service Temp Range (degrees F): -40 to 180.
3.     Water resistant.
4.     Mold and mildew resistant.
5.     Service:  Indoor.
6.     Substrate:  Compatible with galvanized sheet steel (both PVC coated and bare), stainless steel, or aluminum sheets.
7.     Sonolastic NP-1 or approved equal.

D.     Flanged Joint Sealant:  Comply with ASTM E-84.
1.     General: Butyl gasket tape.
2.     Type: Butyl Rubber.
3.     Service Temperature: Minus 40°F to 245°F
4.     Pressure Class: All
5.     DP 1040

2.8     HANGERS AND SUPPORTS

A.     Hanger Rods for Noncorrosive Environments:  Cadmium-plated steel rods and nuts.

B.     Hanger Rods for Corrosive Environments:  Electrogalvanized, all-thread rods or galvanized rods with threads painted with zinc-chromate primer after installation.

C.     Strap and Rod Sizes:  Comply with SMACNA's "HVAC Duct Construction Standards - Metal and Flexible," Table 4-1 (Table 4-1M), "Rectangular Duct Hangers Minimum Size," and Table 4-2, "Minimum Hanger Sizes for Round Duct."

D.     Steel Cables for Galvanized-Steel Ducts:  Galvanized steel complying with ASTM A 603.

E.     Steel Cables for Stainless-Steel Ducts:  Stainless steel complying with ASTM A 492.

F.     Steel Cable End Connections:  Cadmium-plated steel assemblies with brackets, swivel, and bolts designed for duct hanger service; with an automatic-locking and clamping device.

G.     Duct Attachments:  Sheet metal screws, blind rivets, or self-tapping metal screws; compatible with duct materials.

H.     Trapeze and Riser Supports:
1.     Supports for Galvanized-Steel Ducts:  Galvanized-steel shapes and plates.
2.     Supports for Stainless-Steel Ducts:  Stainless-steel shapes and plates.
3.     Supports for Aluminum Ducts:  Aluminum or galvanized steel coated with zinc chromate.

## PART 3 - EXECUTION

### 3.1 DUCT INSTALLATION

A. Drawing plans, schematics, and diagrams indicate general location and arrangement of duct system. Indicated duct locations, configurations, and arrangements were used to size ducts and calculate friction loss for air-handling equipment sizing and for other design considerations. Install duct systems as indicated unless deviations to layout are approved on Shop Drawings and Coordination Drawings.

B. Install ducts according to SMACNA's "HVAC Duct Construction Standards - Metal and Flexible".

C. Install round and flat-oval ducts in maximum practical lengths.

D. Install ducts with fewest possible joints.

E. Install factory- or shop-fabricated fittings for changes in direction, size, and shape and for branch connections.

F. Unless otherwise indicated, install ducts vertically and horizontally, and parallel and perpendicular to building lines.

G. Conceal ducts from view in finished spaces. Do not encase horizontal runs in solid partitions unless specifically indicated.

H. Coordinate layout with suspended ceiling, fire-and smoke-control dampers, lighting layouts, and similar finished work.

I. Seal all joints and seams. Apply sealant to male end connectors before insertion, and afterward to cover entire joint and sheet metal screws. Sealant of seems/joints to include (but not limited to): all joints (including gasketed joints) metal seams, taps, any connections, etc.

J. Paint interiors of metal ducts that do not have duct liner, for 24 inches (600 mm) upstream of return air registers and grilles. Apply one coat of flat, black, latex finish coat over a compatible galvanized-steel primer. Paint materials and application requirements are specified in Division 9 painting Sections.

K. Install ducts close to walls, overhead construction, columns, and other structural and permanent enclosure elements of building.

L. Install ducts with a clearance of 1 inch, plus allowance for insulation thickness. Compression of insulation by other trades (pipe, conduit, etc) is not acceptable.

M. Route ducts to avoid passing through transformer vaults and electrical equipment rooms and enclosures.

N. Where ducts pass through non-fire-rated interior partitions and exterior walls and are exposed to view, cover the opening between the partition and duct or duct insulation with sheet metal flanges of same metal thickness as the duct. Overlap openings on four sides by at least 1-1/2 inches.

O. Where ducts pass through fire-rated interior partitions and exterior walls, install fire dampers. Comply with requirements in Mechanical Specification Section "Air Duct Accessories" for fire and smoke dampers.

P. Protect duct interiors from moisture, construction debris and dust, and other foreign materials. Comply with SMACNA's "Duct Cleanliness for New Construction Guidelines."

### 3.2 DUCTWORK HANDLING AND PLENUM PROTECTION

A. All ductwork shall be delivered to site and stored with all openings protected from the elements. Protection to include 2.5 mil thick polyethylene plastic film secured with tape or integral elastic band.

B. Each segment/section of ductwork installed is to be appropriately protected from elements.

C.	Any ductwork damaged during delivery, installation, or at any time during construction will be removed from job and replaced.

D.	Ductwork found onsite (installed or stored) without approved protection will be removed from job and replaced.

E.	Ductwork installed exposed to the elements to be sealed (joints and seems) immediately after installation.  Any ductwork not sealed is susceptible to rejection and removed from job.

F.	Under no circumstances shall insulation be applied to ductwork prior to the building being fully dried in (i.e.:  building sealed, windows and roof installed, etc).  Any ductwork being insulated prior to building dry-in is susceptible to rejections and removed from job.

G.	If ductwork is found onsite not protected or the newly installed ductwork is deemed as dirty, engineer can elect for the contractor to clean all duct at no cost to the owner per NADCA 1992.

3.3	SEAM AND JOINT SEALINGS

A.	Seal all duct transverse joints, longitudinal seams, flanges and duct wall penetrations (SMACNA Seal Class-A regardless of static pressure construction class).

3.4	HANGERS AND SUPPORT INSTALLATION

A.	Comply with SMACNA's "HVAC Duct Construction Standards – Metal and Flexible," Chapter 4 "Hangers and Supports," unless otherwise indicated.
	1.	Support ducts greater than 36 inches with width with trapeze threaded rod and angle or channel supports.  Straps not acceptable.
	2.	Hangers Exposed to View:  Threaded rod and channel supports (do not use steel angles).

B.	Building Attachments:  Concrete inserts or structural-steel fasteners appropriate for construction materials to which hangers are being attached.
	1.	Where practical, install concrete inserts before placing concrete.

C.	Hanger Spacing:  Comply with SMACNA's "HVAC Duct Construction Standards-Metal and Flexible," Table4-1 (Table 4-1M), "Rectangular Duct Hangers Minimum Size," and Table 4-2, "Minimum Hanger Sizes for Round Duct," for maximum hanger spacing; install hangers and supports within 24 inches of each elbow and within 48 inches of each branch intersection. Elbows 36" and larger to be individually supported.

D.	Support vertical ducts with steel angles or channel secured to the sides of the duct with welds, bolts, sheet metal screws, or blind rivets; support at each floor and at a maximum intervals of 16' feet.

E.	Install upper attachments to structures.  Select and size upper attachments with pull-out, tension, and shear capacities appropriate for supported loads and building materials where used.
	1.	Do not attach hangers to metal deck roof assemblies with built-up insulation only (no concrete). Attach only to structural steel members.

F.	Support vertical ducts at maximum intervals of 16 feet and at each floor.

3.5	CONNECTIONS

A.	Make all connections to all fan-bearing equipment with flexible connectors complying with Specification Section "Air Duct Accessories".

B.	Comply with SMACNA's "HVAC Duct Construction Standards – Metal and Flexible" for branch, outlet and inlet, and terminal unit connections.  Reference detail for specific additional items required.

3.6	PAINTING

A. Paint interior of metal ducts that are visible through registers and grilles and that do not have duct liner. Apply one coat of flat, black, latex paint over a compatible galvanized-steel primer. Paint materials and application requirements are specified in Division 09 painting Sections.

3.7 FIELD QUALITY CONTROL

A. Perform tests and inspections.

B. Leakage Tests:
1. Comply with SMACNA's "HVAC Air Duct Leakage Test Manual." Leakage Class defined in previous sections of specification. Amount of ductwork to be tested to be determined by Engineer or Field Inspector).
2. Test the following systems:
a. Supply air: Testing amount to be determined onsite by engineer or field inspector (VAV systems).
b. Supply air: Testing amount to be determined onsite by engineer or field inspector. (constant volume systems).
3. Disassemble, reassemble, and seal segments of systems to accommodate leakage testing and for compliance with test requirements.
4. Test for leaks before insulation application.

C. Duct system will be considered defective if it does not pass tests and inspections.

D. Contractor to disassemble, reassemble and seal segments of systems to accommodate leakage testing and for compliance with test requirements / leakage rates.

E. All testing equipment to be calibrated (by manufacturer) within 3 years of onsite duct pressure testing. Documentation to be provided for verification of certification to Engineer through submittal process.

F. Test Coupons: Cut out three (3) 4x4" test coupons in random locations selected by the design engineer for verification of gage thickness. Coupons shall be taken at the time of pressure testing.

G. Prepare test and inspection reports.

3.8 DUCT SCHEDULE

A. Fabricate ducts with galvanized sheet steel except as follows:
1. Acid-Resistant (Fume-Handling) Ducts:
a. Type 304, stainless-steel sheet – welded.
b. Exposed to View: No. 4 finish.
c. Concealed: No. 2D finish.
2. Moist Environment Ducts: Aluminum.
3. Spaces with pools, spas, hot tubs or water features: Aluminum.
4. Kitchen Exhaust – Reference applicable specification.

B. Intermediate Reinforcement:
1. Galvanized-Steel Ducts: Galvanized steel.
2. Stainless-Steel Ducts: Galvanized steel.
3. Aluminum Ducts: Aluminum or galvanized sheet steel coated with zinc chromate.

C. Liner:
1. Transfer Ducts: Fibrous glass, Type I 1 inch thick.

D. Double-Wall Duct Schedule:
1. All exposed Round/Flat Oval Ductwork.

E. Elbow Configuration:
1. Rectangular Duct: Comply with SMACNA's "HVAC Duct Construction Standards – Metal and Flexible," Figure 2-2, "Rectangular Elbows".
a. Velocity 1000 fpm or Lower:
1) Radius Type RE 1 with minimum 0.5 radius-to-diameter ratio.

        2)     Mitered Type RE 4 without vanes.
     b.     Velocity 1000 to 1500 fpm:
        1)     Radius Type RE 1 with minimum 1.0 radius-to-diameter ratio.
        2)     Radius Type RE 3 with minimum 0.5 radius-to-diameter ratio and two vanes.
        3)     Mitered Type RE 2 with vanes complying with SMACNA's "HVAC Duct Construction Standards – Metal and Flexible," Figure 2-3, "Vanes and Vane Runners," and Figure 2-4, "Vane Support Elbows."
     c.     Velocity 1500 fpm (7.6 m/s) or Higher:
        1)     Radius Type RE 1 with minimum 1.5 radius-to-diameter ratio.
        2)     Radius Type RE 3 with minimum 1.0 radius-to-diameter ratio and two vanes.
        3)     Mitered Type RE 2 with vanes complying with SMACNA's "HVAC Duct Construction Standards – Metal and Flexible," Figure 2-3, "Vanes and Vane Runners," and Figure 2-4, "Vane Support in Elbows.
  2.     Round Duct: Comply with SMACNA's "HVAC Duct Construction Standards – Metal and Flexible," Figure 3-3, "Round Duct Elbows".
     a.     Minimum Radius-to-Diameter Ratio and Elbow Segments: Comply with SMACNA's "HVAC Duct Construction Standards – Metal and Flexible," Table 3-1, "Mitered Elbows." Elbows with less than 90-degree change of direction have proportionately fewer segments.
        1)     Velocity 1000 fpm or Lower: 0.5 radius-to-diameter ratio and three segments for 90-degree elbow.
        2)     Velocity 1000 to 1500 fpm: 1.0 radius-to-diameter ratio and four segments for 90-degree elbow.
        3)     Velocity 1500 fpm or higher: 1.5 radius-to-diameter and five segments for 90-degree elbow.
     b.     Round Elbows, 12 inches and smaller diameter: Stamped or pleated.
     c.     Round Elbows, 14 inches and larger in diameter: Welded.

 F.     Branch Configuration
  1.     Rectangular Duct: Comply with SMACNA's "HVAC Duct Construction Standards-Metal and Flexible," Figure 2-6, "Branch Connections."
     a.     Rectangular Main to Rectangular Branch: 45-degree entry.
     b.     Rectangular Main to Round Branch: Side takeoff fitting.
  2.     Round and Flat Oval: Comply with SMACNA's "HVAC Duct Construction Standards – Metal and Flexible," Figure 3-4, "90 Degree Tees and Laterals," and Figure 3-5, "Conical Tees." Saddle taps are permitted in existing duct.
     a.     Velocity 1000 fpm or Lower: 90-degree tap.
     b.     Velocity 1000 to 1500 fpm: Conical tap.
     c.     Velocity 1500 fpm or higher: 45-degree lateral.

## 3.9    CLEANING NEW SYSTEMS

A. If ductwork is found onsite not protected or the newly installed ductwork is deemed as dirty, engineer can elect for the contractor to clean all duct at no cost to the owner per NADCA 1992.

B.     System Cleaning: (If required)
  1.     Mark position of dampers and air-directional mechanical devices before cleaning, and perform cleaning before air balancing.
  2.     Provide service openings (approved duct access doors), as required, for physical and mechanical entry during cleaning and for inspection. All duct access doors to be installed prior to any duct pressure tests.
     a.     Removed and reinstall ceiling sections to gain access during the cleaning process.
  3.     Vent vacuuming system to the outside. Include filtration to conation debris removed from HVAC systems, and locate exhaust down wind and minimum of 20 feet away from air intakes and other points of entry into building.
  4.     Clean the following metal duct systems by removing surface contaminants and deposits:
     a.     Air outlets and inlets (registers, grilles and diffusers).
     b.     Supply, return and exhaust fans including fan housings, plenums (except ceiling supply and return plenums), scrolls, blades or vanes, shafts, baffles, dampers and drive assemblies.

     c.    Air-handling unit internal surfaces and components including mixing box, coil section, condensate drain pans, humidifiers and dehumidifiers, filters and filter sections, and condensate collectors and drains.

     d.    Coils and related components.

     e.    Return-air ducts, dampers and actuators except in ceiling plenums and mechanical equipment rooms.

     f.    Supply-air ducts, dampers, actuators and turning vanes.

5.    Mechanical Cleaning Methodology:

     a.    Clean metal duct systems using mechanical cleaning methods that extract contaminants from within duct systems and remove contaminants from building.

     b.    Use vacuum-collection devices that are operated continuously during cleaning. Connect vacuum device to downstream end of duct sections so areas being cleaned are under negative pressure.

     c.    Use mechanical agitation to dislodge debris adhered to interior duct surfaces without damaging integrity of metal ducts, duct liner or duct accessories.

     d.    Clean fibrous-glass duct liner with HEPA vacuuming equipment; do no permit duct liner to get wet.

     e.    Clean coils and coil drain pans according to NADCA 1992. Keep drain pan operational. Rinse coils with clean water to remove latent residues and cleaning materials; comb and straighten fins.

6.    Cleanliness Verification:

     a.    Visually inspect metal ducts for contaminants.

     b.    Where contaminants are discovered, re-clean and re-inspect ducts.

**END OF SECTION**

**SECTION 233300 - DUCT ACCESSORIES**


**PART 1 – GENERAL**


1.1     RELATED DOCUMENTS

A.     Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 1 Specification Sections, apply to this Section.


1.2     SUMMARY

A.     This Section includes the following:
1.     Backdraft dampers.
2.     Manual-volume dampers.
3.     Fire dampers
4.     Fire and smoke dampers.
5.     Turning vanes.
6.     Duct-mounted access doors and panels.
7.     Flexible ducts.
8.     Flexible connectors.
9.     Side takeoff fittings.
10.    Duct accessory hardware.
11.    Motorized control dampers.

B.     Related Sections include the following:
1.     Specification Section "Access Doors" for wall- and ceiling-mounted access doors and panels.
2.     Specification Section "Louvers and Vents" for intake and relief louvers and vents connected to ducts and installed in exterior walls.
3.     Specification Section "Air Terminals" for constant-volume and variable-air-volume control boxes and reheat boxes.
4.     Specification Section "Air Inlets and Outlets."
5.     Specification Section "HVAC Controls" for electric damper actuators.


1.3     SUBMITTALS

A.     Product Data:  For the following:
1.     Backdraft dampers.
2.     Manual-volume dampers.
3.     Fire dampers.
4.     Fire and smoke dampers.
5.     Duct-mounted access doors and panels.
6.     Flexible ducts.
7.     Motorized control dampers.
8.     Side takeoff fittings


1.4     QUALITY ASSURANCE

A.     NFPA Compliance:  Comply with the following NFPA standards:
1.     NFPA 90A, "Installation of Air Conditioning and Ventilating Systems."
2.     NFPA 90B, "Installation of Warm Air Heating and Air Conditioning Systems."


1.5     EXTRA MATERIALS

A.     Furnish extra materials described below that match products installed, are packaged with protective covering for storage, and are identified with labels describing contents.
1.     Fusible Links:  Furnish quantity equal to 10 percent of amount installed.

## PART 2 - PRODUCTS

2.1    SHEET METAL MATERIALS

   A.    Galvanized, Sheet Steel:  Lock-forming quality; ASTM A 653/A 653M, G90 (Z275) coating designation; mill-phosphatized finish for surfaces of ducts exposed to view.

   B.    Reinforcement Shapes and Plates:  Galvanized steel reinforcement where installed on galvanized, sheet metal ducts; compatible materials for aluminum and stainless-steel ducts.

   C.    Tie Rods:  Galvanized steel, 1/4-inch minimum diameter for 36-inch length or less; 3/8-inch minimum diameter for lengths longer than 36 inches.

2.2    BACKDRAFT DAMPERS

   A.    Description:  Suitable for horizontal or vertical installations.

   B.    Frame:  0.063-inch thick extruded aluminum, with mounting flange.

   C.    Blades:  0.050-inch thick aluminum sheet.

   D.    Blade Seals:  Felt.

   E.    Blade Axles:  Nonferrous.

   F.    Tie Bars and Brackets:  Aluminum.

   G.    Return Spring:  Adjustable tension.

2.3    MANUAL-VOLUME DAMPERS

   A.    General:  Factory fabricated with required hardware and accessories.  Stiffen damper blades for stability.  Include locking device to hold single-blade dampers in a fixed position without vibration.  Close duct penetrations for damper components to seal duct consistent with pressure class.
       1.    Pressure Classifications of 3-Inch wg or Higher:  End bearings or other seals for ducts with axles full length of damper blades and bearings at both ends of operating shaft.

   B.    Standard Volume Dampers:  Multiple- or single-blade, opposed-blade design, standard leakage rating, with linkage outside airstream, and suitable for horizontal or vertical applications.
       1.    Roll-Formed Steel Blades:  0.064-inch thick, galvanized, sheet steel.
       2.    Blade Axles:  Galvanized steel.
       3.    Tie Bars and Brackets:  Galvanized steel.
       4.    1-1/2-inch insulation buildout with locking quadrant.

   C.    Low-Leakage Volume Dampers:  Multiple- or single-blade, opposed-blade design, low-leakage rating, with linkage outside airstream, and suitable for horizontal or vertical applications.
       1.    Steel Frames:  Hat-shaped, galvanized, sheet steel channels, minimum of 0.064 inch thick, with mitered and welded corners; frames with flanges where indicated for attaching to walls; and flangeless frames where indicated for installing in ducts.
       2.    Roll-Formed Steel Blades:  0.064-inch thick, galvanized, sheet steel.
       3.    Blade Seals:  Felt.
       4.    Blade Axles:  Galvanized steel.
       5.    Tie Bars and Brackets:  Galvanized steel.
       6.    1-1/2-inch insulation buildout with locking quadrant.

   D.    Jackshaft:  1-inch diameter, galvanized steel pipe rotating within a pipe-bearing assembly mounted on supports at each mullion and at each end of multiple-damper assemblies.
       1.    Length and Number of Mountings:  Appropriate to connect linkage of each damper of a multiple-damper assembly.

E.   Damper Hardware:  Zinc-plated, die-cast core with dial and handle made of 3/32-inch thick zinc-plated steel, and a 3/4-inch hexagon locking nut.  Include center hole to suit damper operating-rod size. Include elevated platform for insulated duct mounting.

F.   Remotely Operated Damper Accessories:
1.   Galvanized steel rotary cable with termination for adjustment either at the diffuser face or at a wall- or ceiling-recessed box/cup as shown on drawings.  Secure other cable end to damper worm gear assembly.  Cable must be one-piece with no linkages along the length.  Provide mounting clips to support cables at all changes in direction and at 3-foot intervals.

2.4   FIRE DAMPERS

A.   General:  Labeled to UL 555 (sixth edition). Ruskin Model D1BD2-B (or design engineer approved equivalent).  Dampers shall be marked with a UL-Classified fire protection rating and marked "For Use in Dynamic Systems".

B.   Fire Rating:  One and one-half and/or three hours as indicated.

C.   Frame:  SMACNA Type B with blades out of airstream; fabricated with roll-formed, 0.034-inch- thick galvanized steel; with mitered and interlocking corners.

D.   Mounting Sleeve:  Provide factory-mounted sleeve and retaining angles.
1.   Minimum Thickness (Sleeve shall not extend more than 6" past wall or floor without factory installed access door): 16 gauge and length to suit application.

E.   Mounting Orientation:  Vertical or horizontal as indicated.

F.   Blades:  Roll-formed, interlocking, 0.034-inch thick, galvanized, sheet steel.  In place of interlocking blades, use full-length, 0.034-inch thick, galvanized steel blade connectors.

G.   Horizontal Dampers:  Include a blade lock and stainless-steel negator closure spring.

H.   Fusible Link:  Replaceable, 165 deg F rated as indicated.

2.5   COMBINATION FIRE / SMOKE DAMPERS (SFD)

A.   General:  Labeled to UL 555/UL 555S (sixth and fourth edition respectively) Combination fire and smoke dampers shall be labeled for one-and-one-half-hour rating to UL 555S.  Provide Class II leakage rating.  Dampers shall be marked with a UL-classified fire rating.  Ruskin FSD-60 or approved equivalent.  The SFD shall be listed to operate from the fire alarm control panel (FACP).  Each SFD shall have an associated smoke detector that shall be addressable from the FACP.  The smoke detector shall be provided by the Fire Alarm Contractor and installed by the Electrical Contractor. Coordinate damper installation with these trades.

B.   Electric Fusible Link (EFL):  165 or 212 deg F rated as applicable.

C.   Frame and Blades: 16 gauge, galvanized, sheet steel.  Damper blades shall be airfoil-shaped, single-piece construction, with blade seals mechanically locked into blade edge (adhesive clip-on seals are not acceptable).  Ruskin FSD-60 or equivalent.  Damper blades shall be minimum 14 gauge.  SFD's installed off vertical chases shall have vertical airfoil blades (Ruskin FSD 60-V or equivalent).

D.   Mounting Sleeve:  Factory-installed, 16 gauge, galvanized, sheet steel; length to suit wall or floor application.  Sleeve shall not extend more than 6" past wall or floor without factory installed access door.  SFD shall be capable of mounting on either side of wall and working with airflow in either direction.  Provide manufacturer-recommended duct-to-sleeve joints.

E.   Electric controlled closure is not less than 7 seconds or more than 10 seconds to prevent HVAC and duct damage.  Damper shall have local reset button and shall have automatic reset after test, smoke detection or power failure conditions.  Damper shall close upon loss of power or AHU shut down. Actuator shall be 120V.

F.   Provide with stainless steel jam seals and bearings. (Bronze bearings are not acceptable)

TAMU-01341

G. Furnish and install dampers according to manufacturer's instructions and in compliance with the latest edition of the SMACNA Duct Manual and NFPA Standards (90, 92A, and 92B).

2.6 TURNING VANES

A. Fabricate to comply with SMACNA's "HVAC Duct Construction Standards--Metal and Flexible."

B. Manufactured Turning Vanes: Fabricate of 1-1/2-inch wide, curved blades set 3/4 inch o.c.; support with bars perpendicular to blades set 2 inches o.c.; and set into side strips suitable for mounting in ducts.

2.7 DUCT-MOUNTED ACCESS DOORS AND PANELS

A. Manufactures:
   1. Greenheck
   2. Flexmaster
   3. Elgens
   4. No exceptions

B. Ratings
   1. Differential Pressure
      a. Access doors shall have a maximum differential pressure rating of 4.5 in.wg.

C. Construction
   1. Frame
      a. Access door shall be constructed of 27 ga. Galvanized steel on sizes up to 12 in. x 12 in. On sizes 14 in. x 14 in. and larger shall be constructed of 22 ga. Galvanized steel.
   2. Door Panel: Door panel is constructed of 24 ga. Galvanized steel on both sides of the insulation.
   3. Insulation: Insulation is 1 in. fiberglass.
   4. Gasket: Gasket is ½ in. wide dual gasket (compressible synthetic type). Gasket is to be used door to frame and frame to duct.
   5. Hinge: Continuous piano style.
   6. Latches: Latches is plated steel with galvanized steel strikes.
   7. Finish: Mill finish is standard.

2.8 FLEXIBLE CONNECTORS

A. General: Flame-retarded or noncombustible fabrics, coatings, and adhesives complying with UL 181, Class 1.

B. Standard Metal-Edged Connectors: Factory fabricated with a strip of fabric 3-1/2 inches wide attached to two strips of 2-3/4-inch wide, 0.028-inch thick, galvanized, sheet steel or 0.032-inch aluminum sheets. Select metal compatible with connected ducts.

C. Conventional, Indoor System Flexible Connector Fabric: Glass fabric double coated with polychloroprene.
   1. Minimum Weight: 26 oz./sq. yd.
   2. Tensile Strength: 480 lbf/inch in the warp, and 360 lbf/inch in the filling.

D. Conventional, Outdoor System Flexible Connector Fabric: Glass fabric double coated with a synthetic-rubber, weatherproof coating resistant to the sun's ultraviolet rays and ozone environment.
   1. Minimum Weight: 26 oz./sq. yd.
   2. Tensile Strength: 530 lbf/inch in the warp, and 440 lbf/inch in the filling.

2.9 INSULATED FLEXIBLE DUCT, LOW PRESSURE

A. Manufacturers:
   1. Flexmaster type 1M UL181 Class I Air Duct.
   2. Thermaflex MK-E
   3. No exceptions

B.   The duct shall be constructed of a CPE fabric supported by helical wound galvanized steel.

C.   The internal working pressure rating shall be at least 6" w.g. positive and 4" w.g. negative, with a bursting pressure of at least 2-1/2 times the working pressure.

D.   The duct shall be rated for a velocity of at least 4000 feet per minute.

E.   The duct must be suitable for continuous operation at a temperature range of -20 deg F to +250 deg F.

F.   Acoustical performance, when tested by an independent laboratory in accordance with the Air Diffusion Council's *Flexible Air Duct Test Code FD 72-R1*, Section 3.0, Sound Properties, shall be as follows:

1.   The insertion loss (dB) of a 6-foot length of straight duct when tested in accordance with ASTM E 477, at a velocity of 500 feet per minute, shall be at least:

| Octave Band | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Hz. | 125 | 250 | 500 | 1000 | 2000 | 4000 |
| 6" diameter | 11 | 33 | 36 | 37 | 19 | 14 |
| 8" diameter | 13 | 35 | 34 | 37 | 29 | 17 |
| 12" diameter | 10 | 26 | 26 | 32 | 24 | 11 |

G.   Factory insulate the flexible duct with fiberglass insulation.  The R-value shall be at least 6 at a mean temperature of 75 deg F.

H.   Cover the insulation with a fire retardant metalized vapor barrier jacket reinforced with crosshatched scrim (FSK) having a permeance of not greater than 0.05 perms when tested in accordance with ASTM E 96, Procedure A.

2.10   SIDE TAKEOFF FITTINGS

A.   Provide Flexmaster Model STOD or SBMD takeoff for sheet metal for all taps connecting to flex duct, except for air devices with OBD's and flow bar.  For devices with OBD, use Flexmaster Model STO- or SBM no exceptions.

B.   The side takeoff fittings shall maintain a ratio of 1:1 of inlet to outlet on all units over 7-inch diameter to allow proper sizing of the duct system.

C.   Model STOD side takeoff shall have a 1-inch offset rear edge for enhanced pressure drop characteristics and 1-1/2-inch insulation buildout with locking hand quadrant.

D.   Fittings shall have a 1-inch-wide prepunched mounting flange with corner clips and adhesive gasket for minimal leakage and ease of installation.

E.   The fittings shall be constructed of a two-piece 26-gauge G-90 galvanized steel body and collar.

F.   The overall length of the fitting shall be 13 inches with or without damper to reduce turbulence in the airstream.

G.   The round outlet shall be provided with a rolled stiffener bead for strength and ease of installation and sealing of spiral and flexible ductwork joints.

2.11   ACCESSORY HARDWARE

A.   Instrument Test Holes:  Cast iron or cast aluminum to suit duct material, including screw cap and gasket.  Size to allow insertion of pitot tube and other testing instruments, and length to suit duct insulation thickness.

B.	Splitter Damper Accessories:  Zinc-plated damper blade bracket; 1/4-inch, zinc-plated operating rod; and a duct-mounted, ball-joint bracket with flat rubber gasket and square-head set screw.

C.	Flexible Duct Clamps:  Stainless-steel band with cadmium-plated hex screw to tighten band with a worm-gear action, in sizes 3 to 18 inches to suit duct size.

D.	Adhesives:  High strength, quick setting, neoprene based, waterproof, and resistant to gasoline and grease.

2.12	MOTORIZED CONTROL DAMPERS

A.	Manufacturers:
1.	Greenheck.
2.	Nailor Industries Inc.
3.	Ruskin Company.
4.	Pottorff.

B.	General Description:  AMCA-rated, opposed-blade design; minimum of 0.1084-inch thick, galvanized-steel frames with holes for duct mounting; minimum of 0.0635-inch thick, galvanized-steel damper blades with maximum blade width of 8 inches.
1.	Secure blades to ½-inch diameter, zinc-plated axles using zinc-plated hardware, with nylon blade bearings, blade-linkage hardware of zinc-plated steel and brass, ends sealed against spring-stainless-steel blade bearings, and thrust bearings at each end of every blade.
2.	Operating Temperature Range:  From minus 40 to plus 200 deg F.
3.	Provide parallel- or opposed-blade design with inflatable seal blade edging, or replaceable rubber seals, rated for leakage at less than 10 cfm per sq. ft. of damper area, at differential pressure of 4-inch wg when damper is being held by torque of 50 in.✕lbf (5.6 N✕m); when tested according to AMCA 500D.

**PART 3 - EXECUTION**

3.1	INSTALLATION

A.	Install duct accessories according to applicable details shown in SMACNA's "HVAC Duct Construction Standards--Metal and Flexible" for metal ducts and NAIMA's "Fibrous Glass Duct Construction Standards" for fibrous-glass ducts.

B.	When installing volume dampers in lined duct, avoid damage to and erosion of duct liner.

C.	Install manual volume dampers at all main branch lines for ease of balancing.

D.	Provide test holes at fan inlet and outlet and elsewhere as indicated.

E.	Install fire and smoke dampers according to manufacturer's UL-approved written instructions.
1.	Install fusible links in fire dampers.

F.	Install mounting angles, minimum of 1 ½ "x 1 ½ "x 20 gauge steel on both sides of SFD or FD.

G.	Install duct access panels for access to both sides of duct coils. Install duct access panels downstream from volume dampers, fire dampers, smoke-fire dampers, turning vanes, and equipment.

H.	Install duct access panels to allow access to interior of ducts for cleaning, inspecting, adjusting and maintaining accessories and terminal units.
1.	Install access panels on side of duct where adequate clearance is available.
2.	Label access doors according to Specification Section "Mechanical Identification."

3.2	ADJUSTING

A.	Adjust duct accessories for proper settings.

B.     Adjust fire and smoke dampers for proper action.

C.     Final positioning of manual-volume dampers is specified in Specification Section "Testing, Adjusting, and Balancing."

**END OF SECTION**

**SECTION 233713 - DIFFUSERS, REGISTERS, AND GRILLES**


**PART 1 - GENERAL**


1.1   RELATED DOCUMENTS

    A.   Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 1 Specification Sections, apply to this Section.


1.2   SUMMARY

    A.   This Section includes ceiling- and wall-mounted diffusers, registers, and grilles.

    B.   Related Sections include the following:
       1.   Specification Section "Duct Accessories" for fire and smoke dampers and volume-control dampers not integral to diffusers, registers, and grilles.
       2.   Specification Section "Testing, Adjusting, and Balancing" for balancing diffusers, registers and grilles.


1.3   DEFINITIONS

    A.   Diffuser:  Circular, square, or rectangular air distribution outlet, generally located in the ceiling and comprised of deflecting members discharging supply air in various directions and planes and arranged to promote mixing of primary air with secondary room air.

    B.   Grille:  A louvered or perforated covering for an opening in an air passage, which can be located in a sidewall, ceiling, or floor.

    C.   Register:  A combination grille and damper assembly over an air opening.


1.4   SUBMITTALS

    A.   Product Data:  For each model indicated, include the following:
       1.   Data Sheet:  For each type of air outlet and inlet, and accessory furnished; indicate construction, finish, and mounting details.
       2.   Performance Data:  Include throw and drop, static-pressure drop, and noise ratings for each type of air outlet and inlet.
       3.   Schedule of diffusers, registers, and grilles indicating drawing designation, model number, size, and accessories furnished.
       4.   Assembly Drawing:  For each type of air outlet and inlet; indicate materials and methods of assembly of components.


1.5   QUALITY ASSURANCE

    A.   NFPA Compliance:  Install diffusers, registers, and grilles according to NFPA 90A, "Standard for the Installation of Air-Conditioning and Ventilating Systems."


**PART 2 - PRODUCTS**


2.1   MANUFACTURED UNITS

    A.   Manufacturers: Subject to compliance with requirements, provide products by one of the following:
       1.   Krueger
       2.   Metalaire

3.    Price

4.    Titus

B.    Performance characteristics, specific models, material, features, dimensions and finishes of diffusers, registers, and grilles are scheduled on Drawings.

## 2.2    SOURCE QUALITY CONTROL

A.    Testing:  Test performance according to ASHRAE 70, "Method of Testing for Rating the Performance of Air Outlets and Inlets."

## PART 3 - EXECUTION

### 3.1    EXAMINATION

A.    Examine areas where diffusers, registers, and grilles are to be installed for compliance with requirements for installation tolerances and other conditions affecting performance of equipment.  Do not proceed with installation until unsatisfactory conditions have been corrected.

### 3.2    INSTALLATION

A.    Install diffusers, registers, and grilles level and plumb, according to manufacturer's written instructions, Coordination Drawings, original design, and referenced standards.

B.    Ceiling-Mounted Outlets and Inlets:  Drawings indicate general arrangement of ducts, fittings, and accessories.  Air outlet and inlet locations have been indicated to achieve design requirements for air volume, noise criteria, airflow pattern, throw, and pressure drop.  Coordinate with architectural Reflected Ceiling Plans.  Locate devices where indicated, as much as practical.  Where architectural features or other items conflict with installation, notify Architect for a determination of final location.

C.    Install diffusers, registers, and grilles with airtight connection to ducts and to allow service and maintenance of dampers, air extractors, and fire dampers.

### 3.3    ADJUSTING

A.    After installation, adjust diffusers, registers, and grilles to air patterns indicated, or as directed, before starting air balancing.

### 3.4    CLEANING

A.    After installation of diffusers, registers, and grilles, inspect exposed finish.  Clean exposed surfaces to remove burrs, dirt, and smudges.  Replace diffusers, registers, and grilles that have damaged finishes.

**END OF SECTION**

**SECTION 260005 - ELECTRICAL DEMOLITION**

**PART 1 - GENERAL**

1.1     RELATED DOCUMENTS

A.     Drawings and general provisions of the Contract, including General and Supplementary Conditions and other Division 1 Specification Sections, apply to this Section.

1.2     SUMMARY

A.     This Section includes the following:
1.     Demolition and removal of selected portions of building or structure.
2.     Salvage of existing items to be reused.

B.     Related Sections include the following:
1.     Division 1 Section "Summary" for use of premises, phasing, and Owner-occupancy requirements.
2.     Division 1 Section "Temporary Facilities and Controls" for temporary construction and environmental-protection measures for selective demolition operations.
3.     Division 1 Section "Construction Waste Management" for disposal of demolished materials.
4.     Division 1 Section "Cutting and Patching" for cutting and patching procedures.

1.3     DEFINITIONS

A.     Remove or Demolish:  Detach items from existing construction and legally dispose    of  them  off-site, unless indicated to be removed and salvaged or removed and reinstalled.

B.     Remove and Reinstall:  Detach items from existing construction, prepare them for reuse, and reinstall them where indicated.

C.     Existing to Remain:  Existing items of construction that are not to be removed and that are not otherwise indicated to be removed, removed and salvaged, or removed and reinstalled.

1.4     MATERIALS OWNERSHIP

1.5     SUBMITTALS

A.     Schedule of Selective Demolition Activities:  Indicate the following:
1.     Detailed sequence of selective demolition and removal work, with starting and ending dates for each activity.
2.     Interruption of utility services.  Indicate how long utility services will be interrupted.
3.     Coordination for shut-off, capping, and continuation of utility services.
4.     Coordination of Owner's continuing occupancy of portions of existing building and of Owner's partial occupancy of completed Work.
5.     Means of protection for items to remain and items in path of waste removal from building.

B.     Inventory:  After selective demolition is complete, submit a list of items that have been salvaged.

1.6     QUALITY ASSURANCE

A.     Regulatory Requirements:  Comply with governing EPA notification regulations before beginning selective demolition.  Comply with hauling and disposal regulations of authorities having jurisdiction.
B.     Standards:  Comply with ANSI A10.6 and NFPA 241.

1.7     PROJECT CONDITIONS

A.      Owner will occupy the building during the electrical replacements.  Shutdowns should be limited as much as possible and closely coordinated with the owner.

B.      Conditions existing at time of inspection for bidding purpose will be maintained by Owner as far as practical.

C.      Notify Engineer of discrepancies between existing conditions and Drawings before proceeding with demolition.

D.      Hazardous Materials:  It is unknown whether hazardous materials will be encountered in the Work.
        1.      If materials suspected of containing hazardous materials are encountered, do not disturb; immediately notify Engineer and Owner.  Owner will remove hazardous materials under a separate contract.

E.      Storage or sale of removed items or materials on-site is not permitted.

F.      Utility Service:  Maintain existing service to the building until all loads have been transferred to the new service.  Once complete, shutdown existing service and remove the existing electrical gear.
        1.      Maintain fire-alarm systems or provide other safety means during demolition that affects the fire alarm system.


**PART 2 - PRODUCTS (Not Used)**


**PART 3 - EXECUTION**


3.1     EXAMINATION

A.      Survey existing conditions and correlate with requirements indicated to determine extent of selective demolition required.

B.      Inventory and record the condition of items to be removed and reinstalled and items to be removed and salvaged.

C.      When unanticipated mechanical, electrical, or structural elements that conflict with intended function or design are encountered, investigate and measure the nature and extent of conflict.  Promptly submit a written report to Engineer.


3.2     SELECTIVE DEMOLITION, GENERAL

A.      General:  Demolish and remove existing construction only to the extent required by new construction and as indicated.  Use methods required to complete the Work within limitations of governing regulations and as follows:
        1.      Proceed with selective demolition systematically.
        2.      Do not use cutting torches until work area is cleared of flammable materials.  At concealed spaces, such as duct and pipe interiors, verify condition and contents of hidden space before starting flame-cutting operations.  Maintain portable fire-suppression devices during flame-cutting operations.
        3.      Maintain adequate ventilation when using cutting torches.
        4.      Dispose of demolished items and materials promptly.

B.      Removed and Reinstalled Items:
        1.      Clean and repair items to functional condition adequate for intended reuse.  Paint equipment to match new equipment.
        2.      Pack or crate items after cleaning and repairing.  Identify contents of containers.

      3.    Protect items from damage during transport and storage.

      4.    Reinstall items in locations indicated. Comply with installation requirements for new materials and equipment. Provide connections, supports, and miscellaneous materials necessary to make item functional for use indicated.

C.    Existing Items to Remain: Protect construction indicated to remain against damage and soiling during selective demolition. When permitted by Engineer, items may be removed to a suitable, protected storage location during selective demolition and reinstalled in their original locations after selective demolition operations are complete.

3.3    DISPOSAL OF DEMOLISHED MATERIALS

A.    General: Except for items or materials indicated to be reused, salvaged, reinstalled, or otherwise indicated to remain Owner's property, remove demolished materials from Project site and legally dispose of them in an EPA- approved landfill.

      1.    Do not allow demolished materials to accumulate on-site.

      2.    Remove and transport debris in a manner that will prevent spillage on adjacent surfaces and areas.

B.    Burning: Do not burn demolished materials.

C.    Disposal: Transport demolished materials off Owner's property and legally dispose of them.

**END OF SECTION**

**SECTION 260015 - GENERAL CONDITIONS FOR ALL ELECTRICAL WORK**

**PART 1 - GENERAL**

1.1     RELATED DOCUMENTS

    A.     Drawings and general provisions of Contract, including Conditions of the Contract (General and Supplementary Conditions) and Division 1 specification sections, apply to work of this section.

    B.     The requirements of this section apply to all sections that are installed by the electrical, signal and life safety, and all sections that are installed by the electrical contractor to include electrical work done under the mechanical contractor.

1.2     DESCRIPTION OF WORK

    A.     This section covers the general provisions of the electrical specifications applicable to the following systems:
           1.     Electrical lighting.
           2.     All special systems (fire alarm).
           3.     Control wiring associated with the electrical or mechanical equipment.

    B.     The use of the word "pipe" shall refer to all electrical raceway.

    C.     The use of the word "electrical" in any specification contained within the electrical, signal, or life safety division sections shall include all aspects of each systems complete install.  This shall be extended to mechanical or plumbing signal systems.

    D.     The use of the word "mechanical" shall refer to both mechanical and plumbing.

1.3     DRAWINGS

    A.     These specifications are accompanied by drawings of the building and details of the installations showing the locations of equipment, lighting, panels, etc.  The drawings and these specifications are complementary to each other, and what is called for by one shall be as binding as if called for by both.

    B.     Drawings and specification conflicts shall be identified as early as possible to ensure conflict resolution prior to installation. The contractor shall not install any equipment with known conflicts or pending information requests. The contractor shall contact the Engineer of Record or their representative for information clarification prior to installing any item that is in question. The contractor shall not install any equipment that is not consistent with the manufacturers approved installation instructions unless directed by the engineer.

    C.     In all cases all installations shall be at least in accordance with all the approved codes and their local amendments. The drawings and specifications may exceed local code allowances and the most stringent applies. The existence or allowance of a practice or product by code does not supersede requirements of the drawings and specifications. In other words, just because it is allowed by code does not mean that it is allowed on this project.

    D.     If any departures from the drawings are deemed necessary by the Contractor, details of such departures and the reasons therefore shall be submitted to the Owner's Representative for approval. No departures shall be made without prior written approval by the Owner's Representative.

    E.     There are intricacies of construction which are impractical to specify or indicate in detail; however, in such cases, the current rules of good practice and applicable specifications shall govern.  In all cases the requirements specified in the NEC and local jurisdiction shall be followed.

F.   It is the Contractor's responsibility to properly use all information found on the Architectural, Structural, Mechanical and Electrical drawings and applicable shop drawings where such information affects his work.   The Contractor shall review the entire construction document set both prior to bid and construction.

G.   All dimensional information related to new structures shall be taken from the appropriate drawings.  All dimensional information relative to existing facilities shall be taken from actual measurements made by the Contractor on the site.

H.   Any installation that is not in compliance with these requirements shall be corrected at the contractors cost and responsibility.

1.4   BIDDING

A.   The contractor is responsible for bidding complete and working systems. In the event that some part of the system is not included in the construction document or the specifications and it is a necessary part of the system to work properly, the contractor shall include that work as part of the bid amount.

B.   The contractor shall review the entire set of specifications and contract documents for all equipment and connections requiring electrical work.

C.   Equipment Substitutions or Proposed Equivalents:
1.   Comply with Division 1 of the specifications
2.   The contractor is responsible for providing full comparison information for the products to be substituted.  Incomplete information is subject to immediate rejection.
3.   Bids taken for equipment that is not approved is under the contractor's own risk.  Should the equipment be rejected under the post bid submittal process, the contractor is responsible for providing the specified equipment at no cost to the owner.
4.   Under no circumstances should the contractor accept bids for non-specified equipment from vendors who do not have prior approval or "speculate" that it will be approved.  This is subject to immediate rejection and the specified equipment shall be required to be installed.
5.   No response from the Architect, Owner or Engineer shall not be considered an approval

1.5   CONSTRUCTION REQUIREMENTS

A.   The architectural, structural and electrical plans and specifications and other pertinent documents issued by the architect are a part of these specifications and the accompanying electrical drawings and shall be complied with in every respect.  All the above is included in the Contract Documents and shall be examined by all bidders.  Failure to comply shall not relieve the Contractor of responsibility or be used as a basis for additional compensation because architectural, structural, or mechanical details were not included in the electrical drawings.

B.   It is the intent of the Contract Documents to provide an installation complete in every respect.  In the event that additional details or special construction may be required for work indicated or specified in this section or work specified in other sections, it shall be the responsibility of the Contractor to provide same as well as to provide material and equipment usually furnished with such systems or required to complete the installation, whether mentioned or not.

C.   The Contractor shall be responsible for fitting his material and apparatus into the building and shall carefully lay out his work at the site to conform to the structural conditions, to avoid all obstructions, to comply with Codes, to facilitate the work of other trades, to conform to the details of the installation supplied by the manufacturer of the equipment to be installed, and thereby to provide an integrated satisfactory operating installation.

D.   The mechanical, electrical, and associated drawings are necessarily diagrammatic in character and do not show every connection in detail or every pipe or conduit in its exact location.  These details are subject to the requirements of ordinances and also structural and architectural conditions.  It shall be the contractor's responsibility to coordinate with other disciplines to facilitate their equipment installation.

E.  The Contractor shall carefully investigate structural and finish conditions and shall coordinate the separate trades in order to avoid interference between the various phases of work.  Work shall be laid out so that it will be concealed in furred chases and above suspended ceilings, etc. in finished portions of the building, unless specifically noted to be exposed.  Work shall be installed to avoid crippling of structural members; therefore, inserts to accommodate hangers shall be set before concrete is poured, and proper openings through floor, walls, beams, etc. shall be provided as hereinafter specified or as otherwise indicated or required.  All work shall be installed parallel or perpendicular to the lines of the building unless otherwise noted.

F.  Conduit and equipment are generally intended to be installed true and square to the building construction and located as high as possible against the structure in a neat and workmanlike manner.  The plans do not show all required offsets, elbows, and other location details.  Work shall be concealed in all finished areas.  Conduit is intended to be installed with factory fittings or bent in a professional, workmanlike manner.

G.  All parts of equipment requiring adjustment shall be easily accessible.  Equipment shall be so located and installed as to permit convenient and safe maintenance and future replacement.  The trade furnishing the equipment shall be responsible for notifying the Contractor, who shall notify the Owner's Representative prior to ordering same in the event that equipment specified and/or proposed is incompatible with this requirement.

H.  Location of Lighting in Rooms:
    1.  All lighting, plumbing, acoustical tile, modular lighting outlets, diffusers, sprinkler heads, grilles, registers, and other devices shall be referenced to coordinated, established data points and shall be located to present symmetrical arrangements with these points and to facilitate the proper arrangements of acoustical tile panels and other similar panels with respect to the mechanical outlets and electrical lighting and devices.  Those mechanical and electrical outlets shall be referenced to such features as wall and ceiling furring's, balanced border widths, masonry joints, etc.  Outlets in acoustical tile shall occur symmetrically in tile joints or in the centers of whole tiles.  The final determination of the exact location of each outlet and the arrangements to be followed shall be acceptable to the Owner's Representative.
    2.  The drawings show diagrammatically the locations of the various outlets and apparatus.  Exact locations of these outlets and apparatus shall be determined by reference to the general plans and to all detail drawings, equipment drawings, roughing-in drawings, etc. by measurements at the building, and in cooperation with the other trades.  The Owner reserves the right to make any reasonable change in location of any outlet or apparatus before installation, without additional cost to the Owner or the Architect.  Contractor shall coordinate work with architectural reflective ceiling plan.

I.  The Contractor, by submitting a bid on this work, sets forth that he has the necessary technical training and ability, and that he will install his work in a satisfactory and workmanlike manner which is up to the best standards of the trade, complete and in good working order.  If any of the requirements of the plans and specifications are impossible of performance, or if the installation when made in accordance with such requirements will not perform satisfactorily, he shall report same to the Owner's Representative for correction promptly after discovery of the discrepancy.

J.  No extra compensation will be allowed for extra work or change caused by failure to comply with the above requirements.

1.6  JOB CONDITIONS

A.  Submittal of bid implies bidder has read paragraphs of the specifications and will be bound by their conditions.

B.  Contractor Qualifications:  A minimum of five years' experience installing commercial electrical power lighting and special systems, similar to those described in these specifications, and make available at the owner or engineer's request a list of five previous projects including name of project and contact person names and phone numbers as a separate document in addition to the bid or proposal submitted.

C.  Contractor must be licensed and hold a current contracting license that has been valid for a minimum of five years in the local State.

D.    Contractor must be able to bond work for performance of work being bid and provide a written statement from the bonding agency proposed to be used for this project as a separate document in addition to the bid or proposal submitted. The bonding agency proposed to be used shall have a Best insurance rating of A or A+.

1.7    INSPECTION OF THE SITE

A.    The Contractor shall visit the site, verifying all existing items indicated on drawings and/or specified, and familiarize himself with the existing work conditions, hazards, grades, actual formations, soil conditions, structures, utilities, equipment, systems, facilities, and local requirements. The submission of bids shall be deemed evidence of such visits. All proposals shall take these existing conditions into consideration, and the lack of specific information shall not relieve the Contractor of any responsibility.

1.8    PERMITS, UTILITY CONNECTIONS, AND INSPECTIONS

A.    Fees and Costs: The contractor shall obtain and pay for all permits and pay all costs for inspection fees, for all work included therein.

B.    Compliance: The Contractor shall comply in every respect with all requirements of local inspection departments, Board of Fire Underwriters, local ordinances and codes, and utility company requirements. In no case does this relieve the Contractor of the responsibility of complying with these specifications and drawings where specified conditions are of a higher quality than the requirements of the above-specified offices. Where requirements of the specifications and drawings are below the requirements of the above offices having jurisdiction, the Contractor shall make installations in compliance with the requirements of the above offices.

C.    Certification: Prior to final acceptance, the Contractor shall furnish a certificate of acceptance from the inspection departments having jurisdiction over the work for any and all work installed under this Contract. Any additional labor costs incurred as a result of a substitution shall be the Contractor's responsibility.

1.9    EXISTING FACILITIES

A.    The Contractor shall be responsible for loss or damage to the existing facilities caused by him and his workmen and shall be responsible for repairing or replacing such loss or damage. The Contractor shall send proper notices, make necessary arrangements, and perform other services required for the care, protection, and in-service maintenance of all electrical and special systems for the new and existing facilities. The Contractor shall erect temporary barricades, with necessary safety devices, as required to protect personnel from injury, removing all such temporary protection upon completion of the work. Barricades shall clearly indicate with signage that which they are protecting. Contractor shall observe all OSHA rules.

B.    Where existing construction is removed to provide working and extension access to existing utilities, Contractor shall remove doors, piping, conduit, outlet boxes, wiring, light fixtures, and equipment, etc. to provide this access and shall reinstall same upon completion of work in the areas affected.

C.    Where partitions, walls, floors, or ceilings of existing construction are indicated to be removed, all Contractors shall remove and reinstall in locations approved by the Architect/Engineer all devices required for the operation of the various systems installed in the existing construction. This is to include but is not limited to temperature controls system devices, electrical switches, relays, fixtures, piping, conduit, etc.

D.    Outages of services as required by the new installation will be permitted but only at a time approved by the Owner. The Contractor shall allow the Owner two weeks in order to schedule required outages. The time allowed for outages will not be during normal working hours unless otherwise approved by the Owner. All costs of outages, including overtime charges, shall be included in the contract amount. Unless otherwise scheduled by the Owner, planned shutdowns of the existing facilities shall occur between 6 p.m. Friday through 5 am Monday. The existing building shall be ready for morning start-up by 5 am Monday.

1.10    SUBMITTAL DATA

A.    General: As soon as practical and within 30 days after the date of award of contract and before purchasing or starting installation of any materials or equipment, the Contractor prepare or cause to be prepared shop drawings, product data, materials and equipment lists, diagrams, data, samples, and other submittals as required by the contract documents, hereinafter referred to as "Submittal Data." The Contractor shall review and approve all submittal data for compliance with the contract documents, manufacturer's recommendations, adequacy, clearances, code compliance, safety, and coordination with associated work.

B.    The Contractor shall submit approved submittal data to the Owner's Representative for review and comment as to general conformance with the design concept and general compliance with information given in the contract documents.  Owner's Representative review shall not include review of quantities, dimensions, weights or gauges, fabrication processes, construction methods, coordination with other trades or work, or construction safety and precautions, all of which are the sole responsibility of the Contractor. The reviewers shall make every effort to "catch" discrepancies and identify these to the contractor prior to ordering equipment. However, it shall remain the contractor's responsibility to order and install the equipment as listed in the drawings and specifications. At the owner's representative discretion, a detailed submittal may be required.

C.    Substitutions shall be clearly identified as such in the submittal by a cover sheet indicating that items are different from what is specified or scheduled. It shall be the contractor responsibility to provide complete substitution information so an accurate comparison can be made.

D.    Detail Submittals:  Materials and equipment requiring detailed submittal data shall be submitted with sufficient data to indicate that all requirements of the specifications have been met and samples shall be furnished when requested.  All manufacturer's data used as part of the submittal shall have all non-applicable features crossed out or deleted in a manner that will clearly indicate exactly what is to be furnished. The detailed submittals shall be accompanied by the same number of sets of pictorial and descriptive data derived from the manufacturer's catalogs and sales literature or incorporated in the shop drawings.  The Contractor may provide a detailed submittal on any item even though not required by the Owner's Representative.

E.    The Engineer's review of Shop Drawings and Brochures shall not relieve the Contractor of the responsibility for dimensions, errors that may be contained therein, or deviations from Contract Document requirements.  It shall be clearly understood that the Engineer's noting some errors but overlooking others does not grant the Contractor permission to proceed in error.  Regardless of any information contained in the Shop Drawings, the requirements of the Contract Documents shall govern and are not waived or superseded in any way by the submittal data review.

F.    The Contractor shall clearly and specifically identify and call to the attention of the Owner's Representative any deviation from the contract documents for which Owner acceptance is desired.  The responsibility for such a deviation accepted by the Owner shall remain with the Contractor.

G.    Timeliness:  The burden of timeliness in the complete cycle of submittal data is on the Contractor.  The Contractor shall allow a minimum of Two (2) weeks' time frame for the submittal cycle of each submission by the Owner's Representative. The Contractor is responsible for allowing sufficient time in the construction schedule to cover the aforementioned cycles of data processing, including time for all re-submission cycles on non-conforming materials, equipment, etc. covered by the data submitted. Construction delays and/or lack of timeliness in the above regard are the responsibility of the Contractor and will not justify any request for scheduled construction time extensions or extra compensation.

H.    Work performed in accordance with approved submittal data that is not in accordance with the Contract Documents and did not have the specific acceptance of the Owner's Representative shall be replaced at Contractor's cost.

I.    Submittals shall be provided in the following format:
      1.    The submittal brochures shall be in pdf format.  The first page shall be titled "ELECTRICAL SUBMITTAL INFORMATION" and shall list the name and location of project, the Owner, the Engineer(s), the General Contractor, and the Subcontractors installing equipment represented in the brochure.

2. A table of contents will follow the first page and shall list all of the sections contained in the specification manual. Each section will be tabbed and will include its' respective brochures. All brochures will be three-hole punched and folded (if required). Each submittal section will correspond to the appropriate specification section number.

3. Provide submittal data for all materials to be used on this project as indicated in each specification manual section.

4. Brochures submitted shall contain only information which is relevant to the particular equipment or materials to be furnished. Do not submit catalogs that describe several different items other than those items to be used unless all irrelevant information is marked out or relevant information is clearly marked.

5. Brochures: Brochures submitted to the Engineer shall be published by the Manufacturers and shall contain complete and detailed engineering and dimensional information to show that the equipment will fit into the allotted space.

6. Any submittal that is disapproved must be resubmitted within two (2) weeks following notification of such disapproval. If no satisfactory material is submitted within the two-week period, the Engineer reserves the right to require the Contractor to furnish items exactly as described in the Contract Documents.

7. Unless a greater number is indicated within Division 1 of these specifications, submit six (6) copies of all submittal materials for review. Electronic copies are at the discretion of the owner.

8. No allowances will be made for submittals which are not made in a timely fashion or which are turned down because they do not meet the specifications. Should delivery problems arise due to the above, affecting the completion time of the project, the Contractor will furnish and install acceptable alternates until the proper materials arrive and then replace the alternate materials with the approved materials, all at no cost to the Owner, or Engineer. If the Contractor is not able to furnish an acceptable alternate until the proper materials arrive, he will assume all costs for furnishing and installing all alternates as directed by the Engineer.

9. Submittal shall have the certification information as listed hereafter.

10. Shop Drawings:
   a. All shop drawings shall have the certification as listed hereafter.
   b. Each Shop Drawing shall indicate in the lower right-hand corner and each Brochure shall indicate on the front cover the following: Title of the Sheet or Brochure; name and location of the building; names of the Engineer, Contractor, Manufacturer, Supplier, Vendor, etc., the date of submittal; and the date of each correction and revision. So far as is practical, each Shop Drawing and/or Brochure shall bear a cross-reference note to the sheet number or numbers of the Contract Drawings and Specifications showing the same work. Shop Drawings shall be prepared as follows:
      1) Shop Drawings: Drawings shall be newly prepared and not reproduced from the Contract Documents, drawn to a scale that can be easily read and shall contain sufficient plans, elevations, sections, and isometrics to describe clearly the items in question. Drawings shall be prepared by a draftsman skilled in this type of work. All equipment layouts and similar Shop Drawings shall be drawn to at least ¼ inch = 1'-0" scale.
      2) All Shop Drawings shall indicate the equipment actually purchased. The elevation, location, support points, load imposed on the structure at support and anchor points, shall be indicated. All beam penetrations and slab penetrations shall be indicated and sized and shall be coordinated. All Design Drawing space allocations shall be maintained, such as ceiling height, chase walls, equipment room size, etc., unless proper written authorization is required from the Engineer to change them. All associated equipment shall be coordinated and clearly shown on the Shop Drawings.

11. Submittal data for each section must be complete. Partial submittals, or submittals not in the specified format, will be rejected and returned to the Contractor without further review.

J. All equipment installed on this project shall have local (within 125 miles) representation, local factory-authorized service, and a local stock of repair parts. This requirement is essential and will be strictly reviewed by the Owner's Representative prior to concurrence with the Contractor's approval for all submittals covered by electrical division sections.

K. Physical Size of Equipment: Space is critical; therefore, equipment of larger sizes than shown, even though of approved manufacturer, will not be acceptable unless it can be demonstrated that ample space exists for proper installation, operation, and maintenance.

L.   These paragraphs related to electrical divisions submittal data rescind, amend, and supersede any provisions to the contrary contained in the Project Manual.

## 1.11   CERTIFICATION OF SUBMITTAL DATA

A.   The Contractor shall provide the following certification with all submittal data furnished to the Owner's Representative for review and comment.

Project Title:

Description of Submittal Data:

This is to certify that the above-described submittal data has been reviewed and is approved for compliance with the Contract Documents, manufacturer's recommendation, adequacy, clearances, code compliance, safety, and coordination with other trades and/or work except as follows: (list "none" or itemize and explain).  In addition, the Contractor shall submit to the Owner's Representative a signed statement from each representative certifying as follows:

EXCEPTIONS:

"I certify that the materials and/or equipment listed below have been personally inspected by the undersigned authorized manufacturer's representative and   is   properly installed and operating in accordance with the manufacturer's   recommendations and are asbestos free."

_____
Name and Company

## 1.12   ACCEPTANCE OF MATERIALS AND EQUIPMENT

A.   Owner's Manual:  After the submittals have been accepted the Contractor is requested to include a minimum of three (3) additional copies for insertion in the projects Owner's Manuals at the completion of the project.

B.   NOTICE:  The Contractor is responsible for providing materials and equipment that conform to the requirements of the project manual in every respect unless a deviation has been "accepted" in writing. Removal of any nonconforming materials and equipment and the replacement with conforming materials and equipment shall be at the Contractor's sole expense, regardless of when nonconformance was discovered. If the owner or owner's representative elects to keep the equipment it shall be contractor's responsibility to provide any additional connections or services required to make the equipment function as specified or required by the manufacturer. The contractor shall coordinate with other subs for any different material requirements (wire size, breakers, cooling, mounting requirements, etc.).

C.   Approval of materials and equipment shall be based on manufacturer's published data and shall be tentatively subject to the submission of complete shop drawings which comply with the contract documents.  Approval is also dependent upon the existence of adequate and acceptable clearances for entry, servicing, and maintenance.

D.   Approval of materials and equipment under this provision shall not be construed as authorizing any deviations from the specifications, unless the attention of the Owner's Representative has been directed in writing to the specific deviations.  Data submitted shall not contain unrelated information unless all pertinent information is properly identified.

## 1.13   SHOP DRAWINGS

A.   As soon as practicable after the award of contract and approval of materials and equipment, but prior to installation, complete and detailed shop drawings of the following shall be submitted for review and comment:

1.  Fire Alarm Systems

B. Work performed without benefit of reviewed and approved shop drawings will not be recommended for payment by the Engineer until such time as the shop drawings are submitted, reviewed, and approved. Any work performed without the benefit of reviewed and approved shop drawings may require removal, relocation, and/or replacement at the Contractor's sole expense in order to resolve conflicts between the various systems and provide the performance specified.

C. All installation of equipment, fixtures, terminal devices, etc. shall be made in accordance with approved composite shop drawings. The Contractor shall modify installation and relocate installed work to provide code clearances, service access, and eliminate conflict with other systems.

D. Submit one copy of shop drawings with each submittal. The shop drawing shall be marked with the O/E comments and returned to the Contractor for printing and distribution. Distribution shall include the return of three (3) prints of the approved shop drawings, with the O/E's comments included, to the O/E for the O/E's and Owner's use.

## 1.14 SITE OBSERVATION

A. Site observation by the Engineer, and/or Owner's Representative is for the express purpose of verifying compliance by the Contractor with the contract documents, and shall not be construed as construction supervision nor indication of approval of the manner or location in which the work is being performed as being a safe practice or place.

## 1.15 SUPERVISION

A. In addition to the Superintendent required under the conditions of the contract, each subcontractor shall keep a competent superintendent or foreman on the job at all times.

B. It shall be the responsibility of each superintendent to study all plans and familiarize himself with the work to be done by other trades. He shall coordinate his work with other trades and, before material is fabricated or installed, make sure that his work will not cause an interference with another trade. Where interferences are encountered, they shall be resolved at the jobsite by the superintendents involved. Where interferences cannot be resolved without major changes to the plans, the matter shall be referred to the Owner's Representative for comments.

## 1.16 OPERATION PRIOR TO COMPLETION

A. When any piece of electrical equipment is operable and it is to the advantage of the Contractor to operate the equipment, he may do so, providing that he properly supervises the operation and has the written permission of the Owner's Representative to do so. The contractor shall energize the power distribution in a timely manner to facilitate completion of other trades work. Electrical lighting shall be energized after ceiling has been completed. New permanent fixtures shall not be used as temporary under any circumstances. The warranty period shall not commence, however, until such time as the equipment is operated for the beneficial use of the Owner or date of substantial completion, whichever occurs first.

B. Regardless of whether or not the equipment has or has not been operated, the Contractor shall properly clean the equipment, properly adjust, and complete all deficiency list items before final acceptance by the Owner. The date of acceptance and the start of the warranty may not be the same date.

## 1.17 MANUFACTURER'S RECOMMENDATIONS

A. The manufacturer's published directions shall be followed in the delivery, storage, protection, installation, piping, and wiring of all equipment and material. The Contractor shall promptly notify the Owner's Representative, in writing, of any conflict between the requirements of the contract documents and the manufacturer's directions and shall obtain the Owner's Representative's comments before proceeding with the work. Should the Contractor perform any such work that does not comply with the

manufacturer's directions or applicable comments from the Owner's Representative, he shall bear all costs arising in connection with the correction of such deficiencies.

1.18    CHECKING AND TESTING MATERIALS AND/OR EQUIPMENT

A.    Before final acceptance of the work, an authorized representative of the manufacturer of the installed materials and/or equipment shall personally inspect the installation and operation of his materials and/or equipment to determine that it is properly installed and in proper operating order.  Testing and checking shall be accomplished during the course of the work where required by work being concealed, and at the completion of the work otherwise.   In addition, the Contractor shall submit to the Owner's Representative a signed statement from each representative certifying as follows:

"I certify that the materials and/or equipment listed below have been personally inspected by the undersigned authorized manufacturer's representative and is properly installed and operating in accordance with the manufacturer's recommendations and are asbestos free."

1.19    OPERATING AND MAINTENANCE INSTRUCTION

A.    The Contractor shall prepare for the owner's manual hereinafter specified complete sets of operating and maintenance instruction's, control and interlock diagrams, manuals, parts lists, etc. for each item of equipment.  These are to be assembled as hereinafter specified for owner's manual.

B.    In addition, the Contractor shall provide the service of a competent engineer or a technician acceptable to the Owner's Representative to instruct a representative of the Owner in the complete and detailed operation of all equipment and systems.  These instructions shall be provided for a period of sufficient duration to fully accomplish the desired results.  Upon completion of these instructions, a letter of release will be required, acknowledged by the Owner, stating the dates of instruction and personnel to whom instructions were given.

C.    Additional diagrams, operating instructions, etc. shall be provided as specified hereinafter in the other sections of these specifications.

1.20    MATERIAL AND EQUIPMENT SCHEDULES

A.    Contractor shall refer to both drawings and specification for schedules.  Where reference is made to items "scheduled on drawings" or "scheduled in specifications," same shall include schedules contained in both the drawings and the specifications.  The Contractor's attention is directed to the various specification sections and drawings for schedules.

1.21    APPLICABLE CODES AND STANDARDS

A.    The installation shall meet the minimum standards prescribed in the latest editions of the following listed codes and standards, which are made a part of these specifications, except as may be hereinafter specifically modified in these specifications and associated drawings.
   1.    National Fire Protection Association Standards (NFPA):
      a.    NFPA No. 10, Portable Fire Extinguishers
      b.    NFPA No. 54, National Fuel and Gas Code
      c.    NFPA No. 70, National Electrical Code
      d.    NFPA No. 101, Life Safety Code
      e.    NFPA No. 255, Method of Test of Surface Burning Characteristics of Building Materials
   2.    American National Standards Institute (ANSI):
      a.    C.2, 1984 National Electrical Safety Code
      b.    A117.1, Handicapped Code
   3.    American Society of Mechanical Engineers (ASME):  Section IV, V, CSD-1
   4.    American Society of Testing Materials (ASTM):  All applicable manuals and standards.
   5.    National Electrical Manufacturers' Association (NEMA):  All applicable manuals and standards.
   6.    State Occupational Safety Act:  All applicable safety standards.
   7.    Occupational Safety and Health ACT (OSHA):  National Sanitation Foundation, Standard No. 2
   8.    Americans with Disabilities Act, 1990

9.     TAMU UES Standards

10.    American Gas Association (AGA)

11.    Underwriters Laboratories, Inc. (UL)

12.    Applicable State Building Codes (Uniform Building Codes, as amended):

13.    All County codes related to mechanical, electrical, plumbing, and system equipment; piping; conduit; wiring; etc. furnished and installed under these specifications.

14.    All City ordinances related to mechanical, electrical, plumbing, and systems and equipment; piping; conduit; wiring; etc. furnished and installed under these specifications.

15.    Refer to specification sections heretofore bound for additional codes and standards.

B.    All materials and workmanship shall comply with all applicable city, state, and national codes, specifications, and industry standards.  All materials shall be listed by the Underwriters Laboratories, Inc. as conforming to its standards and so labeled in every case where such a standard has been established for the particular type of material in question.

C.    The contract documents are intended to comply with the aforementioned rules and regulations; however, some discrepancies may occur.  Where such discrepancies occur, the Contractor shall immediately notify the Owner's Representative in writing of said discrepancies and apply for an interpretation.  Should the discovery and notification occur after the execution of a contract, any additional work required for compliance with said regulations shall be paid for as covered by Division 1 of these contract documents, providing no work or fabrication of materials has been accomplished in a manner of noncompliance.  Should the Contractor fabricate and/or install materials and/or workmanship in such a manner that does not comply with the applicable codes, rules, and regulations, the Contractor who performed such work shall bear all costs arising in correcting these deficiencies to comply with said rules and regulations.

## 1.22    DEFINITIONS

A.    Refer to the condition of the contract for Division 1 for additional requirements regarding definitions.

B.    Where "as required" is used in these specifications or on the drawings, it shall mean "that situations exist that are not necessarily described in detail or indicated that may cause the Contractor certain complications in performing the work described or indicated.  These complications entail the normal coordination activities expected of the Contractor where multiple trades are involved and new or existing construction causes deviations to otherwise simplistic approaches to the work to be performed.  The term shall not be interpreted to permit an option on the part of the Contractor to achieve the end result.

C.    Where "and/or" is used in these specifications or on the drawings, it shall mean "that situations exist where either one or both conditions occur or are required and shall not be interpreted to permit an option on the part of the Contractor.

D.    Unless specifically indicated otherwise elsewhere in these specifications or on the drawings the word "furnish" or any of its derivatives shall be understood to indicate the purchase, delivery, storage and protection of an item at the job site in a location and manner suitable for use by the recipient who will be responsible for installation of this item.  The word "install" or any of its derivatives shall be understood to indicate taking receipt of an item, properly mounting it, and providing the related utilities (electrical, communication, etc.) for proper and complete operation of the item.  Installation shall also include calibration, programming and operational testing of said item.  The word "provide" or any of its derivatives shall be understood to indicate both furnishing and installing an item.

## 1.23    SUBSTANTIAL COMPLETION

A.    Refer to Division 1 for additional requirements for substantial completion.

B.    Substantial completion shall be defined as the level of project completion where the owner is ready to occupy the building. The contractor shall have ensured that all electrical and building systems are complete and in fully functional working order. This level of completion does not absolve the contractor from the requirements of final inspection or final acceptance. The contractor shall ensure there are no life safety issues unresolved with the project at the time of substantial completion.

C.  All "punch" list items shall have been resolved or shall be identified as pending resolution. Items listed as unresolved shall be either pending information or direction from the owner or owner's representative or shall be awaiting parts or supplies that are "on order". The contractor at the owner's discretion shall produce documentation of the part or supply on order status.

1.24  FINAL INSPECTION

A.  Refer to Division 1 for additional requirements for final inspection.

B.  It shall be the responsibility of the Contractor to personally conduct a careful inspection, assuring himself that the work on the project is ready for final acceptance and developing his own "punchlists," before calling upon the Owner's Representative to make a final inspection. Failure of the Contractor to conduct such inspections and provide the Owner's Representative with a copy of his "punchlists" prior to the final inspection shall be adequate cause for the Owner's Representative to cancel any Contractor-requested final inspection.

C.  In order not to delay final acceptance of the work, the Contractor shall conduct his own "final inspections" prior to requesting the Owner's Representative to "final" the project; will have all necessary bonds, guarantees, receipts, affidavits, etc. called for in the various articles of this specification prepared and signed in advance; and together with a letter of transmittal listing each paper included, shall deliver the same to the Owner's Representative at or before the time of said final inspection. The Contractor is cautioned to check over each bond, receipt, etc. before preparing same for submission to see that the terms check with the requirements of the specifications.

D.  The final inspection will be made jointly by the Owner's Representative and the Owner.

1.25  REQUIREMENTS FOR FINAL ACCEPTANCE

A.  Requirements for final acceptance shall include but not be limited to the Contractor accomplishing the following:
1.  Construction:  Complete all construction.
2.  Deficiency Lists:  Correct all deficiencies listed at time of Substantial Completion.
3.  Owner's Manual:  Submit at least 30 days prior to final acceptance one (1) copy of the owner's manual for the Owner's Representative's review and comments. Following acceptance, prepare three (3) copies of bound and indexed owner's manual, to be delivered at the time of final acceptance, which shall include but not be limited to the following:
   a.  System operating instructions.
   b.  System control drawings.
   c.  System interlock drawings.
   d.  System maintenance instructions.
   e.  Manufacturers', suppliers, and subcontractor's names, addresses, and telephone numbers, both local representatives and manufacturers service headquarters.
   f.  Equipment operating and maintenance instructions and parts lists.
   g.  Manufacturers' certifications (see Checking and Testing Materials and/or Equipment, this section).
   h.  Contractor's warranty.
   i.  Acceptance certificates of authorities having jurisdiction.
   j.  Log of all tests made during course of work.
   k.  Owner's acknowledgment of receipt of instruction, enumerating items in owner's manual.
   l.  List of manufacturers guarantees executed by the Contractor.
   m.  Owner's acknowledgment of items of equipment or accessories indicated or specified to be turned over to Owner.
4.  Instructions:
   a.  Verbal, as herein specified.
   b.  Posted, framed under glass or plastic laminated:
      1)  System operating instructions.
      2)  System control drawings.
      3)  System interlock drawings.
5.  Record Drawings:  Deliver the specified record drawings to the Owner's Representative.

1.26     RECORD DRAWINGS

A.     The Contractor shall maintain a set of contract drawings at the job site on which he shall indicate the installed locations of all equipment and electrical feeders. These drawings shall be used for reference or construction and shall not leave the field office. Upon completion of the work, the Contractor shall obtain and pay for Mylar's and/or disks (if available as CAD files) of the contract drawings from the Owner's Representative and transfer the above information to these Mylar's to provide "Record Drawings." The above-mentioned prints and "Record Drawings" shall then be delivered to the Owner's Representative. Refer to paragraph entitled "Record Drawings" of the Supplemental General Conditions.

1.27     WARRANTY

A.     General: All work performed (including equipment and materials furnished) under the various sections of these specifications shall be 100% warranted, for a period of one (1) year from the date of substantial completion thereof, against defective materials, design, and unauthorized substitution. Upon receipt of note of failure of any part of the guaranteed equipment and/or facilities during the guaranty period, the affected part(s) or facilities shall be replaced promptly with new parts, etc. by and at the expense of the Contractor. Further, the Contractor shall properly obtain, execute, and forward any and all manufacturer's warranties on equipment furnished under the Contract. Refer to Division 1 for additional requirements.

**PART 2 - PRODUCTS**

2.1     MATERIALS AND WORKMANSHIP

A.     All materials, unless otherwise specified, shall be current United States manufacture, new, free from all defects, and of the best quality. Foreign goods specifically approved for use by the Owner's Representative prior to bidding may be furnished.

B.     Materials and equipment shall be installed in accordance with the manufacturer's recommendations and the best standard practice for the type of work involved. All work shall be executed by electricians skilled in their respective trades, and the installations shall present a neat, precise appearance.

C.     The responsibility for the furnishing and intended installation of the proper electrical equipment and/or material as intended rests entirely upon the Contract. The Contractor shall request advice and supervisory assistance from the representative of specific manufacturers during the installation.

2.2     MATERIAL AND EQUIPMENT REQUIREMENTS

A.     Manufacturer's Instructions: The manufacturer's published instructions shall be followed for preparing, assembling, installing, erecting, and cleaning manufacturer materials or equipment, unless otherwise indicated. The Contractor shall promptly notify the Owner's Representative in writing of any conflict between the requirements of the Contract Documents and the manufacturer's direction and shall obtain the clarification of the Owner's Representative before proceeding with the work. Should the Contractor perform any such work that does not comply with the manufacturer's directions or such clarification by the Owner's Representative, he shall bear all costs arising in connection with the correction of the deficiencies.

B.     Storage at Site: The Contractor shall not receive material or equipment at the jobsite until there is suitable space provided to properly protect equipment from rust, drip, humidity, and dust damage from surrounding work. All new or relocated equipment shall be stored inside or protected from the environment. Equipment that is not properly stored shall be replaced by the contractor at no cost to the owner.

C.     Capacities shall be not less than those indicated and shall be such that no component or system becomes inoperative or is damaged because of startup or other overload conditions.

D.    Conformance to Agency Requirements:  Where materials or equipment are specified to be approved, listed, tested, or labeled by the Underwriters Laboratories, Inc., or constructed and/or tested in accordance with the standards as listed in the NEC, the Contractor shall submit proof that the items furnished under this section of the specifications conform to such requirements.  The label of the Underwriters Laboratories, Inc. applied to the item will be acceptable as sufficient evidence that the items conform to such requirements.

E.    Nameplates:  Each major component of equipment shall have the manufacturer's name, address, and model-identification number embossed on a plate securely attached to the item of equipment.  All data on nameplates shall be legible at the time of Final Inspection.  All equipment starters and disconnects shall be tagged with the equipment designated mark and circuit.

F.    Prevention of Rust:  Standard factory finish will be acceptable on equipment specified by model number otherwise surfaces of ferrous metal shall be given a rust-inhibiting coating.  The treatment shall withstand 200 hours in salt-spray fog test, in accordance with Method 6061 of Federal Standard No. 141.  Immediately after completion of the test, the specimen shall show no signs of wrinkling or cracking and no signs of rust creepage beyond 1/8 inch on either side of the scratch mark.  Where rust inhibitor coating is specified hereinafter, any treatment that will pass the above test is acceptable unless a specific coating is specified, except that coal tar or asphalt-type coatings will not be acceptable unless so stated for a specific item.  Where steel is specified to be hot-dip galvanized, mill-galvanized sheet steel may be used provided all raw edges are painted with a zinc-pigmented paint conforming to Military Specification MIL-P-26915.

G.    Protection of Connections:  Switches, breaker handles, keys setscrews, handles and other parts not listed for normal occupied operation (light switches, etc.) shall be located accessible to but out of paths to prevent their accidental shutoff.

H.    Verifications of Dimensions:  The Contractor shall be responsible for the coordination and proper relation of his work to the building structure and to the work of all trades.  The Contractor shall visit the premises and thoroughly familiarize himself with all details of the work and working conditions, to verify all dimensions in the field, and to advise the Owner's Representative of any discrepancy before performing any work.  Adjustments to the work required in order to facilitate a coordinated installation shall be made at no additional cost to the Owner, Architect, or Engineer.

I.    Standard Products:  Materials and equipment to be provided shall be the standard catalog products of manufacturers regularly engaged in the manufacture of products conforming to these specifications and shall essentially duplicate materials and equipment that have been in satisfactory use at least two years.

2.3    SUBSTITUTION OF MATERIALS AND EQUIPMENT

A.    No substitution of materials or equipment herein specified or called for on the drawings will be permitted, except by written permission of the Owner's Representative.  Where several makes of equipment or material are mentioned, any item named may be bid upon provided it meets space, capacity specifications, finish, usage, and looks and functions as what was specified.

B.    Do not submit substitutions that do not match in whole what was specified or scheduled. Deviations from scheduled or specified items are installed at the contractor's risk and are subject to replacement if the owner/engineer deems the product different from the specified item.

C.    If the specified item is no longer available, it is the contractor's responsibility to contact the engineer and notify that the item is not available and suggest a suitable substitution that matches in whole the form, function, and appearance of the scheduled or specified item.

D.    Refer to Conditions of the Contract and Division 1 for additional requirements regarding substitutions.

2.4    FLAME SPREAD AND SMOKE DEVELOPED PROPERTIES OF MATERIALS

A.    Conduit, insulation, equipment supports and mounting hardware, tapes, adhesives, core materials, jackets, and other materials in concealed locations, including any above-ceiling area, shall have a flame spread rating not over 25 without evidence of continued progressive combustion and a smoke

developed rating no higher than 50. Flame spread and smoke developed ratings shall be in accordance with NFPA Standard No. 255.

2.5    SLEEVES, INSERTS, AND FASTENINGS

A.    General:  Proper openings through floors, masonry walls, roofs, etc. for the passage of conduits shall be provided.  All conduit through floors and walls must pass through sleeves, except conduit that is cast-in-place.  Sleeves shall be set in new construction before concrete is poured, as cutting holes through any part of the concrete will not be permitted unless acceptable to the Owner's Representative.

B.    Materials:  Sleeves shall be of standard weight galvanized iron pipe, except heavy-gauge galvanized iron sleeves may be utilized in concrete pours where acceptable to the Owner's Representative for size and metal gauge.  Sleeves in fittings, grade beams, and where pipes enter or leave the building or pass through concrete or masonry shall be Schedule 40 PVC along the pipe route from the underground installation to the insulating coupling installed above ground.

2.6    ACCESS DOORS

A.    General: Provide wall, ceiling, or duct access doors for unrestricted access to all concealed items of electrical equipment.

B.    Manufacturers shall be Inland-Milcor, Bilco, Miami Carey, or approved equal.

C.    UL labeled when in fire-rated construction, one and one-half hour rating.

D.    Equipment access doors shall be of sufficient size to remove/replace equipment and provide routine maintenance as necessary, unless otherwise noted.  All doors shall have wedge-type latches except where cylinder locks are otherwise indicated or specified.  Doors shall be set flush with adjacent finish surfaces.  Exterior doors shall be provided with cylinder locks.

E.    Access doors into ductwork shall be 14-gauge insulated galvanized steel with 16-gauge galvanized gasketed steel frame and cam-type locks.  Access door shall be a minimum of 12" $\times$ 12" in size.

2.7    CONDITION OF MATERIALS

A.    All materials required for the installation of the electrical systems shall be new and unused.  Any material or equipment damaged in transit from the factory, during delivery to premises, while in storage on premises, while being erected and installed, or while being tested, until time of final acceptance, shall be replaced by this Contractor without extra cost to Owner.

**PART 3 - EXECUTION**

3.1    SPACE AND EQUIPMENT ARRANGEMENTS

A.    The size of electrical equipment indicated on the drawings is based on the dimensions of a particular manufacturer.  While other manufacturers will be acceptable, it is the responsibility of the Contractor to determine whether the equipment he proposes to furnish will fit in the space.  Shop drawings shall be prepared when required by the Owner' Representative to indicate a suitable arrangement.

B.    All equipment shall be installed in a manner to permit access to all surfaces.

3.2    HOISTING, SCAFFOLDING, AND TRANSPORTATION

A.    Provide hoisting and scaffolding facilities as required to set materials and equipment in place

3.3    PROTECTION

A. The Contractor shall take such precautions as may be necessary to properly protect all materials and equipment from damage from the time of delivery until the completion of work. This shall include the erection of all required temporary shelters and supports to adequately protect any items stored in the open on the site from the weather, the ground and surrounding work; the cribbing of any items above the floor of the construction; and the covering of items in the uncompleted building with tarpaulins or other protective covering. Failure on the part of the Contractor to comply with the above will be sufficient cause for the rejection of the items in question.

B. The Contractor shall protect existing facilities, the work of others, and the premises from any and all damages that may be made possible by the execution of work.

C. Equipment and materials shall be protected from rust both before and after installation. Any equipment or materials found in a rusty condition at the time of final inspection must be cleaned of rust and repainted as specified elsewhere in these specifications.

3.4 COOPERATION BETWEEN TRADES AND WITH OTHER CONTRACTORS

A. Each trade, subcontractor, and/or Contractor must work in harmony with the various trades, subcontractors, and/or Contractors on the job as may be required to facilitate the progress to the best advantage of the job as a whole. Each trade, subcontractor, and/or Contractor must pursue its work promptly and carefully so as not to delay the general progress of the job. This Contractor shall work in harmony with Contractors working under other contracts on the premises.

B. It shall be the responsibility of each trade to cooperate fully with the other trades on the job to help keep the jobsite in a clean and safe condition. At the end of each days work, each trade shall properly store all of its tools, equipment, and materials and shall clean its debris from the job. Upon the completion of the job, each trade shall immediately remove all of its tools, equipment, any surplus materials, and all debris caused by its portion of the work.

3.5 PRECEDENCE OF MATERIALS

A. These specifications and the accompanying drawings are intended to cover systems which will not interfere with the structural design of the building, which will fit into the several available spaces, and which will ensure complete and satisfactory systems. Each subcontractor and/or trade shall be responsible for the proper fitting of his material and apparatus into the building.

B. The work of the various trades shall be performed in the most direct and workmanlike manner without hindering or handicapping the work of other trades. Piping interferences shall be handled by giving precedence to pipe lines which require a stated grade for proper operation. Where space requirements conflict, the following order or precedence shall, in general, be observed:
1. Building lines.
2. Structural members.
3. Soil and drain piping.
4. Condensate drains.
5. Vent piping.
6. Supply, return, and outside air ductwork.
7. Exhaust ductwork.
8. HVAC water and steam piping.
9. Steam condensate piping.
10. Fire protection piping.
11. Natural gas piping.
12. Domestic water (cold and hot).
13. Refrigerant piping.
14. Electrical conduit.

3.6 CONNECTIONS FOR OTHERS

A. This Contractor shall rough-in for and make all electrical connections to all fixtures, equipment, machinery, etc. provided by others in accordance with detailed roughing-in drawings provided by the equipment suppliers, by actual measurements of the equipment connections, or as detailed.

B.    After the equipment is set in place, this Contractor shall make all final connections and shall provide all required conduit, fittings, whips, connectors, etc.

C.    The Mechanical Contractors will set in place, ready for connection, all motors to be provided under their Contracts.  The Mechanical Contractors will furnish and deliver all starter and control equipment not shown in motor control centers for any motors which they furnish.  The Mechanical Contractor shall be responsible for the complete installation of all automatic temperature control systems, including wire, conduit, and interlocking connections.

D.    The Electrical Contractor shall connect all motors and shall set in place all control devices, furnishing supports if and as necessary, and shall furnish and install all interconnecting line voltage wiring and make all connections ready for operation between motors, starters, and disconnect switches, as required.  The Electrical Contractor shall furnish and install all motor control centers, including breakers, starters, etc.  The Contractor shall refer to the Mechanical drawings and specifications for his scope of the connections to equipment furnished under these Contracts.

3.7      INSTALLATION METHODS

A.    Where to Conceal:  All conduits shall be concealed in chases, walls, furred spaces, below suspended floors, or above the ceilings of the building unless otherwise indicated. All concealed conduit shall be run in a professional manner, and parallel or perpendicular to the building lines.

B.    Where to Expose:  In mechanical rooms, only where necessary, conduit may be run exposed.  All exposed conduit shall be run in the neatest, most inconspicuous manner, and parallel or perpendicular to the building lines. Conduit shall be bent in a manner as to run parallel to other conduits and not cross at angles.

C.    Support:  All conduit shall be adequately and properly supported from the building structure by means of hangers or clamps to walls as herein specified.

D.    Maintaining Clearance:  Where limited space is available above the ceilings and below concrete beams or other deep projections, conduit shall be sleeved through the projection where it crosses, rather than hung below them, in a manner to provide maximum above-floor clearance.  Sleeves shall be as herein specified.  Approval shall be obtained from the Owner's Representative for each penetration.

E.    All conduits, etc. shall be cut accurately to measurements established at the building and shall be worked into place without springing or forcing.  All conduits run exposed in machinery and equipment rooms shall be installed parallel to the building lines.  Conduits in furred ceilings and in other concealed spaces may be run at angles to the construction but shall be neatly grouped and racked indicating good workmanship.  All conduit openings shall be kept closed until the systems are closed with final connections.

F.    Special Requirements:
1.    The Contractor shall study all construction documents and carefully lay out all work in advance of fabrication and erection in order to meet the requirements of the extremely limited spaces. Where conflicts occur, the Contractor shall meet with all involved trades and the Owner's Representative and resolve the conflict prior to erection of any work in the area involved.
2.    All conduit not directly buried in the ground or installed outside shall be considered as "interior."
3.    Prior to the installation of any ceiling material, gypsum, plaster, or acoustical board, the Contractor shall notify the Owner's Representative so that arrangements can be made for an inspection of the above-ceiling area about to be "sealed off."  The Contractor shall give as much advance notice as possible up to ten (10) working days, but in no case less than five (5) working days.
4.    The purpose of this inspection is to verify the completeness and quality of the installation of the electrical systems and any other special above-ceiling systems, such as data, fire alarm, security.  The ceiling supports (tee bar or lath) should be in place so that access panel and light fixture locations are identifiable and so that clearances and access provisions may be evaluated.
5.    No ceiling material shall be installed until the deficiencies listed from this inspection have been corrected to the satisfaction of the Owner's Representative.

3.8      CUTTING AND PATCHING

A. General:  Cut and patch walls, floors, etc. resulting from work in existing construction or where made necessary by failure to provide proper openings or recesses in new construction.

B. Methods of Cutting:  Openings cut through concrete and masonry shall be made with masonry saws and/or core drills and at such locations acceptable to the Owner's Representative.  Impact-type equipment will not be used except where specifically acceptable to the Owner's Representative. Openings in concrete for pipes, conduits, outlet boxes, etc. shall be core drilled to exact size. Determine location of embedded conduit and reinforcing bars prior to cutting.

C. Restoration:  All openings shall be restored to "as-new" condition under the appropriate specification section for the materials involved, and shall match remaining surrounding materials and/or finishes.

D. Masonry:  Where openings are cut through masonry walls, provide and install lintels or other structural supports to protect the remaining masonry.  Adequate supports shall be provided during the cutting operation to prevent any damage to the masonry occasioned by the operation.  All structural members, supports, etc. shall be of the proper size and shape, and shall be installed in a manner acceptable to the Owner's Representative.

E. Plaster:  All mechanical work in area containing plaster shall be completed prior to the application of the finish plaster coat.  Cutting of finish plaster coat will not be permitted.

F. Weakening:  No cutting, boring, or excavating which will weaken the structure shall be undertaken.

3.9  SLEEVES, INSERTS, AND FASTENINGS

A. Sleeves:  The minimum clearance between horizontal conduit and sleeve shall be ¼ inch, except that the minimum clearance shall be ½ inch where piping contacts the ground.  Sleeves through floors shall extend ¾ inch above the floor; sleeves through walls and partitions shall be installed flush with exposed surfaces.  Sleeves are not required for piping indicated to the cast-in-concrete slabs-on-fill.

B. Inserts:  Suitable concrete inserts for conduit and equipment hangers shall be set and properly located for all conduit and equipment to be suspended from concrete construction.

C. Fasteners:  Fastening of pipes, conduits, etc. in the building shall be as follows:
1. To wood members:  by wood screws.
2. To masonry and concrete:  by threaded metal inserts, metal expansion screws, or toggle bolts, whichever is appropriate for the particular type of masonry or concrete.
3. To steel:  machine screws or welding (when specifically permitted or directed), or bolts.

D. Weatherproofing:  The annular space between a conduit and its sleeve in exterior walls or through floor to below grade shall be filled with polyurethane foam rods 50% greater in diameter than the space as backing and fill material and made watertight with a permanent elastic polysulfide compound.  Seal both surfaces of wall or floor with a fire-resistant sealant.

3.10  FIRE AND SMOKE PARTITION, WALL, AND/OR FLOOR PENETRATIONS

A. Conduit passing through fire- or smoke-rated floors, partitions, walls, or other barriers within a UL-listed assembly which shall maintain the rating of the applicable wall, floor, partition, or barrier.  Flexible conduit shall not be used in rated walls.  Provide connections between "hard" pipe and flexible whips on either side of wall.  Fireproof around conduits.

B. The Contractor shall review the architectural and structural drawings and determine the location of the fire-rated building elements.  Where these elements are penetrated, UL-listed fire-rated penetration assemblies approved by the local authority shall be provided in accordance with the manufacturer's instructions to obtain the required rating.

3.11  CONDUIT SUPPORT

A. Conduit Support:  All conduits throughout the building, both horizontal and vertical, shall be adequately supported from the construction to line of grade, with proper provision for expansion, contraction,

vibration elimination, and anchorage.  Vertical conduits shall be supported from floor lines with riser clamps sized to fit the lines and to adequately support their weight.  At the bases of lines, where required for proper support, provide anchor base fittings or other approved supports.

B.      Conduit shall not be supported from any other system.


3.12    HANGERS

A.      General:  Each hanger shall be properly sized to fit the supported pipe or to fit the outside of the insulation on lines where specified.

B.      Attachment:
        1.      The load on each hanger and/or insert shall not exceed the safe allowable load for any component of the support system, including the concrete which holds the inserts.  Reinforcement at inserts shall be provided as required to develop the strength required.
        2.      Where pipes are supported under steel beams, approved-type beam clamps shall be used.
        3.      Where conduit is supported under wood joists, hanger rods shall be attached to joists with side beam brackets or angle clips.

C.      Spacing:  All hangers shall be so located as to properly support horizontal lines without appreciable sagging of these lines.

D.      Trapezes:  Where multiple lines are run horizontally at the same elevation and grade, they may be supported on trapezes of Kindorf, Elcen, or approved equal, channel-suspended on rods or pipes.  Trapeze members including suspension rods shall each be properly sized for the number, size, and loaded weight of the lines they are to support.

E.      Ceiling-Mounted Devices:  All lighting and devices or assemblies mounted in lay-in-type ceilings and which are supported by the ceiling grid, directly or indirectly, and which weigh in excess of 2 lbs., shall be provided with at least two 12-gauge minimum wire supports connected securely between the device or assembly and the structure, to serve as a safety support in the event of the collapse of or a disturbance in the support of the ceiling system that might cause the device or assembly to fall through the ceiling.  This includes, but is not limited to, light fixtures, J-boxes, and heavy speakers.  Provide additional support as required where the weight of the device or assembly will exceed the safe limits of the wire supports.

F.      Perforated strap iron or wire will not be acceptable as hanger material.

G.      Miscellaneous:  Provide any other special foundations, hangers, and supports indicated on the drawings, specified elsewhere herein, or required by conditions at the site.  Hangers and supporting structures for suspended equipment shall be provided as required to support the load from the building structure in a manner acceptable to the Owner's Representative.

H.      "Helicopter" box hangers are not acceptable.  The use of plate box hangers is allowed.


3.13    ACCESS DOORS

A.      Provide in walls, floors, and ceilings to permit access to all equipment and piping requiring service or adjustment.  Examples of such equipment needing access are disconnects, actuators, contacts, and equipment needing periodic or replacement maintenance.

B.      Use panels equal to Milcor Style M for masonry and drywall construction, equal to Milcor Style K for plastered masonry walls and ceilings.  Stainless steel panels shall be used in ceramic tile or glazed structural tile.

C.      Access doors located outside or in a moisture-laden environment (e.g., toilet room, dressing area, shower area, etc.) shall be stainless steel.


3.14    TESTS AND INSPECTIONS

A. Refer to conditions of the contract and Division 1 for additional requirements regarding tests and inspections.

B. General: The Contractor shall make all tests deemed necessary by the inspection departments of the authority having jurisdiction, Board of Underwriters, etc. He shall provide all equipment, materials, and labor for making such tests. Fuel and electrical energy for system operational tests following beneficial occupancy by the Owner will be paid for by the Owner.

C. Other: Additional tests specified hereinafter under the various specification sections shall be made.

D. Notification: The Owner's Representative shall be notified at his office 36 hours prior to each test and other specifications requirements requiring action on the part of the Owner, Engineer, and/or Owner's Representative.

E. Test Logs: All tests which the Contractor conducts shall have pertinent data logged by the Contractor at the time of testing. Data shall include date, time, personnel, description and extent of system tested, test conditions, test results, specified results, and any other pertinent data. Data shall be delivered to the Owner's Representative as specified under "Requirements for Final Acceptance."

F. Inspections: In general, an inspection by the Owner's Representative shall be required prior to closing up any work and prior to beneficial occupancy or final project completion. The closing up of work includes, but is not limited to, conduit installations prior to backfilling; electrical and fire protection work prior to placement of concrete; or closing up walls and overhead electrical and fire protection work prior to installation of the ceiling.

## 3.15 CLEANING AND PAINTING

A. The contractor shall at all times keep the premises free from accumulations of waste material or rubbish. Debris shall be removed from the site and from any street or alley adjacent to the site.

B. Thoroughly clean and touch up the finish on all parts of the materials and equipment. Exposed parts in equipment rooms, and all other spaces except sealed chases and attics shall be thoroughly cleaned of cement, plaster, and other materials, and all oil and grease spots shall be removed. Such surfaces shall be carefully wiped and all cracks and corners scraped out.

C. Exposed metal work which is not galvanized shall be carefully brushed down with steel brushes to remove rust and other spots and left smooth and clean and then painted with a suitable rust resistant primer. Exposed metal work includes work exterior to the building; exposed in mechanical or electrical equipment rooms and storage rooms; and other areas where occupants could see the work, whether normally occupied or not.

D. All other painting shall be accomplished under the Painting Section of Division 9 of the specifications.

E. At completion of the project, the Contractor shall remove all tools, scaffolding, and surplus materials. Contractor shall leave the area "broom clean". Before final acceptance, vacuum all panels, switchboards, starters, and other electrical devices. Wipe clean all fixture lenses and reflectors, all panelboard and switchboard interior and exterior surfaces, being careful to remove all stray paint, construction materials, dust, and particles. Touch-up all marred surfaces to restore existing conditions to those provided by the manufacturer.

## 3.16 IDENTIFICATION AND LABELING

A. General: The Contractor shall make it possible for the personnel operating and maintaining the equipment and systems in this project to readily identify the various pieces of equipment, disconnects, panels, etc. by marking them. All disconnects/starters/panels shall be labeled for the equipment they serve. Marks shall be the same as the drawings.

## 3.17 COORDINATION OF WORK

A. The light fixture grid layout as indicated on the drawings must be maintained. This Contractor shall refer to all light fixture plans and details indicated on the drawings.

B. The electrical trades shall locate all junction boxes, pull boxes, conduits, etc. to avoid interference with the diffusers, dampers, grilles, etc. The mechanical trades shall furnish to all other trades copies of approved ductwork shop drawings to assist in the coordination of the rough-in and installation of all items of work.

C. The order of space allocation priority in plan and in elevation shall be as follows.
1. 1st Light Fixtures, at Ceiling Soffit + 6"
2. 2nd Grade Plumbing Waste and Vent Systems
3. 3rd Ductwork
4. 4th Pressurized Piping Systems
5. 5th Electrical Conduit
6. 6th Ceiling Support System, where required

3.18 DISCHARGE OF WASTES FROM CONSTRUCTION SITE

A. The Contractor shall comply with all applicable provisions of local, state, and federal laws regarding the discharge of wastes into sewer and waterways. Special caution shall be exercised to prevent the discharge of wastes which contain oil, tar, asphalt, roofing compound, kerosene, gasoline, paint, mud, cement, lime, or other materials which would degrade the water quality of the receiving water course.

3.19 OPERATING AND MAINTENANCE MANUAL

A. The Contractor shall furnish indexed operating and maintenance manuals with complete technical data for each electrical system, piece of equipment, and material installed under this Contract.

B. The manuals shall be identified on the cover as "Operating and Maintenance Manual" and shall list the name and location of project, the Owner, the Engineers, the General Contractor, and the Subcontractors installing equipment represented in the brochure.

C. Two (2) copies of the manual, bound in three-ring hardback binders shall be provided. One copy shall be completed and delivered to the Engineer prior to the time that system and equipment tests are performed. The second copy shall be delivered prior to final acceptance. The manual shall have a Table of Contents and shall be grouped in tabbed sections according to the specification sections. Each section shall be organized as follows:
1. Approved engineering submittals with complete performance and technical data.
2. Manufacturer's local representative and/or distributor's name and address.
3. Manufacturer's installation instructions and brochures.
4. Manufacturer's operating and maintenance brochures.
5. Manufacturer's installation wiring diagram.
6. Contractor's field wiring diagram, if different.
7. Manufacturer's brochure listing recommended spare parts.
8. Manufacturer's brochure listing replacement part numbers and descriptions.

D. Provide a final section entitled, "Warranties and Guarantees", for all equipment as well as Contractor's warranty.

3.20 CONDITIONS OF EQUIPMENT AT FINAL ACCEPTANCE

A. At the time of acceptance, the Contractor shall have inspected all installed systems to assure the following has been completed:
1. Panelboards have all conductors neatly formed, bundled, and made-up tight. Cans shall be vacuum cleaned and surfaces cleaned of stray paint, dust, grease, and fingerprints. All circuit directories to be neatly typed and in place.
2. Safety and disconnect switches and motor starters to be vacuum cleaned of debris and dust, and all surfaces free of stray paint, grease, and fingerprints.
3. Switchgear, transformers, and system devices shall be cleaned internally and externally and have all surfaces restored to original surface conditions.

4. Touch-up all scratched surfaces using paint matching the existing equipment paint. Where paint cannot be matched, the entire surface shall be repainted in a color and manner approved by the Engineer.

**END OF SECTION**

## SECTION 260050 - BASIC ELECTRICAL MATERIALS AND METHODS

### PART 1 - GENERAL

1.1     RELATED DOCUMENTS

    A.     Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 1 Specification Sections, apply to this Section.

1.2     SUMMARY

    A.     This Section includes the following:
        1.     Raceways.
        2.     Building wire and connectors.
        3.     Supporting devices for electrical components.
        4.     Cutting and patching for electrical construction.
        5.     Touchup painting.

1.3     DEFINITIONS

    A.     EMT:  Electrical metallic tubing.

    B.     FMC:  Flexible metal conduit.

    C.     LFMC:  Liquidtight flexible metal conduit.

    D.     RNC:  Rigid nonmetallic conduit.

1.4     SUBMITTALS

    A.     Submittals not required.

1.5     QUALITY ASSURANCE

    A.     Electrical Components, Devised, and Accessories:  Listed and labeled as defined in NFPA 70, Article 100, by a testing agency acceptable to authorities having jurisdiction, and marked for intended use.

    B.     Comply with NFPA 70.

1.6     COORDINATION

    A.     Sequence, coordinate, and integrate installing electrical materials and equipment for efficient flow of the Work.

### PART 2 - PRODUCTS

2.1     RACEWAYS

    A.     See Section "Raceways and Boxes."

2.2     CONDUCTORS

A.    See Section "Conductors and Cables."

2.3    SUPPORTING DEVICES

A.    Material:  Cold-formed steel, with corrosion-resistant coating acceptable to authorities having jurisdiction.

B.    Metal items for Use Outdoors or in Damp Locations:  Hot-dip galvanized steel.

C.    Slotted-Steel Channel Supports:  Flange edges turned toward web, and 9/16-inch- diameter slotted holes at a maximum of 2 inches o.c., in webs.

D.    Nonmetallic Channel and Angle Systems:  Structural-grade, factory-formed, glass-fiber-resin channels and angles with 9/16-inch- diameter holes at a maximum of 8 inches o.c., in at least one surface.
1.    Fittings and Accessories:  Products of the same manufacturer as channels and angles.
2.    Fittings and Accessory Materials:  Same as channels and angles, except metal items may be stainless steel.

E.    Raceways and Cable Supports:  Manufactured clevis hangers, riser clamps, straps, threaded C-clamps with retainers, ceiling trapeze hangers or wall brackets.

F.    Pipe Sleeves:  ASTM A 53, Type E, Grade A, Schedule 40, galvanized steel, plain ends.

G.    Expansion Anchors:  Carbon-steel wedge or sleeve type.

H.    Toggle Bolts:  All-steel springhead type.

I.    Powder-Driven Threaded Studs:  Heat-treated steel.

2.4    TOUCHUP PAINT

A.    For Equipment:  Equipment manufacturer's paint selected to match installed equipment finish.

B.    Galvanized Surfaces:  Zinc-rich paint recommended by item manufacturer.

**PART 3 - EXECUTION**

3.1    ELECTRICAL EQUIPMENT INSTALLATION

A.    Headroom Maintenance:  If mounting heights or other location criteria are not indicated, arrange and install components and equipment to provide the maximum possible headroom.

B.    Materials and Components:  Install level, plumb, and parallel and perpendicular to other building systems and components, unless otherwise indicated.

C.    Equipment:  Install to facilitate service, maintenance, and repair or replacement of components. Connect for ease of disconnecting, with minimum interference with other installations.

3.2    ELECTRICAL SUPPORTING DEVICE APPLICATION

A.    Damp Locations and Outdoors:  Hot-dip galvanized materials or nonmetallic, U-channel system components.

B.    Dry Locations:  Steel materials.

C.    Support Clamps for PVC Raceways:  Click-type clamp system.

D.    Selection of Supports:  Comply with manufacturer's written instructions.

E.    Strength of Supports:  Adequate to carry present and future loads, times a safety factor of at least four; minimum of 200-lb design load.


3.3    SUPPORT INSTALLATION

A.    Install support devices to securely and permanently fasten and support electrical components.

B.    Install individual and multiple raceway hangers and riser clamps to support raceways.  Provide U-bolts, clamps, attachments, and other hardware necessary for hanger assemblies and for securing hanger rods and conduits.

C.    Support parallel runs of horizontal raceways together on trapeze- or bracket-type hangers.

D.    Support individual horizontal raceways with separate, malleable-iron pipe hangers or clamps.

E.    Install ¼-inch-diameter or larger threaded steel hanger rods, unless otherwise indicated.

F.    Spring-steel fasteners specifically designed for supporting single conduits or tubing may be used instead of malleable-iron hangers for 1½ inch and smaller raceways serving lighting and receptacle branch circuits above suspended ceilings and for fastening raceways to slotted channel and angle supports.

G.    Arrange supports in vertical runs so the weight of raceways and enclosed conductors is carried entirely by raceway supports, with no weight load on raceway terminals.

H.    Simultaneously install vertical conductor supports with conductors.

I.    Separately support cast boxes that are threaded to raceways and used for fixture support.  Support sheet-metal boxes directly from the building structure or by bar hangers.  If bar hangers are used, attach bar to raceways on opposite sides of the box and support the raceway with an approved fastener not more than 24 inches from the box.

J.    Install metal channel racks for mounting cabinets, panelboards, disconnect switches, control enclosures, pull and junction boxes, transformers, and other devices unless components are mounted directly to structural elements of adequate strength.

K.    Install sleeves for cable and raceway penetrations of concrete slabs and walls unless core-drilled holes are used.  Install sleeves for cable and raceway penetrations of masonry and fire-rated gypsum walls and of all other fire-rated floor and wall assemblies.  Install sleeves during erection of concrete and masonry walls.

L.    Securely fasten electrical items and their supports to the building structure, unless otherwise indicated. Perform fastening according to the following unless other fastening methods are indicated:
1.    Wood:  Fasten with wood screws or screw-type nails.
2.    Masonry:  Toggle bolts on hollow masonry units and expansion bolts on solid masonry units.
3.    Existing Concrete:  Expansion bolts.
4.    Steel:  Welded threaded studs or spring-tension clamps on steel.
      a.    Field Welding:  Comply with AWS D1.1.
5.    Welding to steel structure may be used only for threaded studs, not for conduits, pipe straps, or other items.
6.    Light Steel:  Sheet-metal screws.
7.    Fasteners:  Select so the load applied to each fastener does not exceed 25 percent of its proof-test load.


3.4    FIRESTOPPING

A.    Apply firestopping to cable and raceway penetrations of fire-rated floor and wall assemblies to achieve fire-resistance rating of the assembly.  Firestopping materials and installation requirements are specified in Division 7 Section "Firestopping."

3.5    CUTTING AND PATCHING

A.    Cut, channel, chase, and drill floors, walls, partitions, ceilings, and other surfaces required to permit electrical installations.  Perform cutting by skilled mechanics of trades involved.

B.    Repair and refinish disturbed finish materials and other surfaces to match adjacent undisturbed surfaces.  Install new fireproofing where existing firestopping has been disturbed.  Repair and refinish materials and other surfaces by skilled mechanics of trades involved.

3.6    FIELD QUALITY CONTROL

A.    Inspect installed components for damage and faulty work, including the following:
1.    Raceways.
2.    Building wire and connectors.
3.    Supporting devices for electrical components.
4.    Electrical identification.
5.    Cutting and patching for electrical construction.
6.    Touchup painting.

3.7    REFINISHING AND TOUCHUP PAINTING

A.    Refinish and touch up paint.  Paint materials and application requirements are specified in Division 9 Section "Painting."
1.    Clean damaged and disturbed areas and apply primer, intermediate, and finish coats to suit the degree of damage at each location.
2.    Follow paint manufacturer's written instructions for surface preparation and for timing and application of successive coats.
3.    Repair damage to galvanized finishes with zinc-rich paint recommended by manufacturer.
4.    Repair damage to PVC or paint finishes with matching touchup coating recommended by manufacturer.

3.8    CLEANING AND PROTECTION

A.    On completion of installation, including outlets, fittings, and devices, inspect exposed finish.  Remove burrs, dirt, paint spots, and construction debris.

B.    Protect equipment and installations and maintain conditions to ensure that coatings, finishes, and cabinets are without damage or deterioration at time of Substantial Completion.

**END OF SECTION**

## SECTION 260519 - CONDUCTORS AND CABLES

### PART 1 - GENERAL

1.1    RELATED DOCUMENTS

A.    Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 1 Specification Sections, apply to this Section.

1.2    SUMMARY

A.    This Section includes building wires and cables and associated connectors, splices, and terminations for wiring systems rated 600 V and less.

1.3    SUBMITTALS

A.    Product Data:  For each type of product indicated.

B.    Qualification Data:  For testing agency.

C.    Field Quality-Control Test Reports:  From Contractor.

1.4    QUALITY ASSURANCE

A.    Electrical Components, Devices, and Accessories:   Listed and labeled as defined in NFPA 70, Article 100, by a testing agency acceptable to authorities having jurisdiction, and marked for intended use.

B.Comply with NFPA 70.

### PART 2 - PRODUCTS

2.1    MANUFACTURERS

A.    Available Manufacturers:  Subject to compliance with requirements, all conductors shall be listed for the application, temperature, and insulation rating to which they are intended.

2.2    CONDUCTORS AND CABLES

A.    Refer to Part 3 "Conductor and Insulation Applications" Article for insulation type, cable construction, and ratings.

B.    Conductor Material:
1.    Copper complying with NEMA WC-70.
2.    Solid conductors, sizes 10 and 12, uncoated copper per ASTM B3.
3.    Stranded conductor, all other sizes, uncoated copper per ASTM B3, ASTM B787, and ASTM B8.

C.    Conductor Insulation Types:  Type THHN-THWN and complying with NEMA WC-70. Type XHHW-2 and complying with UL 44.
1.    Rated for sunlight resistance all colors.
2.    Conductors shall be color coded for voltage and phase as per NEC and any TAMU design guideline requirements and local amendments.
3.    Larger conductors shall have taped color coding.
4.    Size, rating, temperature, and type shall be permanently marked on conductor jacket.

TAMU-01586

5. Insulation shall be PVC, heat and moisture resistant, flame retardant compound as per UL-83 and UL-1063.
6. Jacket shall be polyamide outer nylon covering per UL-83 and UL-1063.

D. Rated for sunlight resistance all colors.

2.3 CONNECTORS

A. Wire Connectors:
1. Description: Factory-fabricated UL listed connected and of size, ampacity rating, material, type, and class for application and service indicated.
2. Provide self-locking square wire spring grab screw on wire connectors sized as per NEC and the number of conductors to be connected.
3. Thermoplastic deep shell design, with wings on smaller connectors, rated for application temperature, Minimum 105 degrees C.
4. Copper to copper connection, 600V.
5. Provide high temp wire connectors for all high temperature equipment applications.

B. Push-in wire connectors are Not Approved and shall not be used for any power or lighting circuits above 50V.


**PART 3 PART 3 - EXECUTION**


3.1 CONDUCTOR AND INSULATION APPLICATIONS

A. Branch Circuits Concealed in Ceilings, Walls, and Partitions: Type THHN-THWN, single conductors in raceway.


3.2 INSTALLATION

A. Conceal cables in finished walls, ceilings, and floors, unless otherwise indicated.

B. Minimum line voltage conductor size is #12 AWG.

C. Minimum control cabling is #14 AWG.

D. Neutrals shall not be shared on any single pole circuit.

E. Use manufacturer-approved pulling compound or lubricant where necessary; compound used must not deteriorate conductor or insulation. Do not exceed manufacturer's recommended maximum pulling tensions and sidewall pressure values.

F. Use pulling means; including fish tape, cable, rope, and basket-weave wire/cable grips that will not damage cables or raceway.

G. Install exposed cables parallel and perpendicular to surfaces of exposed structural members and follow surface contours where possible.

H. Support cables according to Section "Basic Electrical Materials and Methods."

I. Seal around cables penetrating fire-rated elements according to Section "Through-Penetration Firestop Systems."

J. Identify and color-code conductors and cables according to Section "Electrical Identification" and adhere to local color code requirements.

K. "Plug & Play" or "Push-In" connections are not acceptable for this project.

L. Wire connectors similar or equal to Wagos are not acceptable for this project.

3.3     CONNECTIONS

    A.     Tighten electrical connectors and terminals according to manufacturers published torque-tightening values.  If manufacturer's torque values are not indicated, use those specified in UL 486A and UL 486B.

    B.     Make splices and taps that are compatible with conductor material and that possess equivalent or better mechanical strength and insulation ratings than unspliced conductors.
        1.     Use oxide inhibitor in each splice and tap conductor for aluminum conductors.

    C.     Wiring at Outlets:  Install conductor at each outlet, with at least 12 inches of slack.

3.4     FIELD QUALITY CONTROL

    A.     Testing:  Engage a qualified testing agency to perform the following field quality-control testing:
        1.     After installing conductors and cables and before electrical circuitry has been energized, test for compliance with requirements.
        2.     Perform each electrical test and visual and mechanical inspection stated in NETA ATS, Section 7.3.1.  Certify compliance with test parameters.

    B.     Test Reports:  Prepare a written report to record the following:
        1.     Test procedures used.
        2.     Test results that comply with requirements.
        3.     Test results that do not comply with requirements and corrective action taken to achieve compliance with requirements.

**END OF SECTION**

**SECTION 260526 - GROUNDING AND BONDING**


**PART 1 - GENERAL**


1.1     RELATED DOCUMENTS

    A.     Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 1 Specification Sections, apply to this Section.


1.2     SUMMARY

    A.     This Section includes grounding of electrical systems and equipment. Grounding requirements specified in this Section may be supplemented by special requirements of systems described in other Sections.


1.3     SUBMITTALS

    A.     Product Data:  For each type of product indicated.

    B.     Qualification Data:  For firms and persons specified in "Quality Assurance" Article.


1.4     QUALITY ASSURANCE

    A.     Electrical Components, Devices, and Accessories:  Listed and labeled as defined in NFPA 70, Article 100, by a testing agency acceptable to authorities having jurisdiction, and marked for intended use.
        1.     Comply with UL 467.


**PART 2 - PRODUCTS**


2.1     MANUFACTURERS

    A.     Manufacturers:  Subject to compliance with requirements, provide products by one of the following:
        1.     Grounding Conductors, Cables, Connectors, and Rods:
            a.     Apache Grounding/Erico Inc.
            b.     Boggs, Inc.
            c.     Chance/Hubbell.
            d.     Copperweld Corp.
            e.     Dossert Corp.
            f.     Erico Inc.; Electrical Products Group.
            g.     Framatome Connectors/Burndy Electrical.
            h.     Galvan Industries, Inc.
            i.     Harger Lightning Protection, Inc.
            j.     Hastings Fiber Glass Products, Inc.
            k.     Heary Brothers Lightning Protection, Co.
            l.     Ideal Industries, Inc.
            m.     ILSCO.
            n.     Kearney/Cooper Power Systems.
            o.     Korns:  C.C. Korns Co.; Division of Robroy Industries.
            p.     Lightning Master Corp.
            q.     Lyncole XIT Grounding.
            r.     O-Z/Gedney Co.; a business of the EGS Electrical Group.
            s.     Raco, Inc.; Division of Hubbell.
            t.     Robbins Lightning, Inc.
            u.     Salisbury:  W.H. Salisbury & Co.
            v.     Superior Grounding Systems, Inc.
            w.     Thomas & Betts, Electrical.

2.2     GROUNDING CONDUCTORS

    A.     For insulated conductors, comply with Section "Conductors and Cables."

    B.     Material:  Copper.

    C.     Equipment Grounding Conductors:  Insulated with green-colored insulation.

2.3     CONNECTOR PRODUCTS

    A.     Comply with IEEE 837 and UL 467; listed for use for specific types, sizes, and combinations of conductors and connected items.

    B.     Bolted Connectors:  Bolted-pressure-type connectors, or compression type.

**2.4     - EXECUTION**

3.1     APPLICATION

    A.     Use only copper conductors for both insulated and bare grounding conductors in direct contact with earth, concrete, masonry, crushed stone, and similar materials.

    B.     In raceways, use insulated equipment grounding conductors.

    C.     Equipment Grounding Conductor Terminations:  Use bolted pressure clamps.

3.2     EQUIPMENT GROUNDING CONDUCTORS

    A.     Comply with NFPA 70, Article 250, for types, sizes, and quantities of equipment grounding conductors, unless specific types, larger sizes, or more conductors than required by NFPA 70 are indicated.

    B.     Install equipment grounding conductors in all feeders and circuits.

3.3     INSTALLATION

    A.     Grounding Conductors:  Route along shortest and straightest paths possible, unless otherwise indicated.  Avoid obstructing access or placing conductors where they may be subjected to strain, impact, or damage.

3.4     CONNECTIONS

    A.     General:  Make connections so galvanic action or electrolysis possibility is minimized.  Select connectors, connection hardware, conductors, and connection methods so metals in direct contact will be galvanically compatible.
        1.     Use electroplated or hot-tin-coated materials to ensure high conductivity and to make contact points closer to order of galvanic series.
        2.     Make connections with clean, bare metal at points of contact.
        3.     Make aluminum-to-steel connections with stainless-steel separators and mechanical clamps.
        4.     Make aluminum-to-galvanized steel connections with tin-plated copper jumpers and mechanical clamps.
        5.     Coat and seal connections having dissimilar metals with inert material to prevent future penetration of moisture to contact surfaces.

    B.Equipment Grounding Conductor Terminations:  For No. 8 AWG and larger, use pressure-type grounding lugs.  No. 10 AWG and smaller grounding conductors may be terminated with winged pressure-type connectors.

C.    Tighten screws and bolts for grounding and bonding connectors and terminals according to manufacturers published torque-tightening values. If manufacturer's torque values are not indicated, use those specified in UL 486A and UL 486B.

D.    Compression-Type Connections: Use hydraulic compression tools to provide correct circumferential pressure for compression connectors. Use tools and dies recommended by connector manufacturer. Provide embossing die code or other standard method to make a visible indication that a connector has been adequately compressed on grounding conductor.

**END OF SECTION**

## SECTION 260533 - RACEWAYS AND BOXES

### PART 1 - GENERAL

1.1     RELATED DOCUMENTS

   A.     Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 1 Specification Sections, apply to this Section.

1.2     SUMMARY

   A.     This Section includes raceways, fittings, boxes, enclosures, and cabinets for electrical wiring.

   B.     Related Sections include the following:
       1.     Division 7 Section "Firestopping" for firestopping materials and installation at penetrations through walls, ceilings, and other fire-rated elements.
       2.     Section "Basic Electrical Materials and Methods" for supports, anchors, and identification products.

1.3     DEFINITIONS

   A.     EMT:  Electrical metallic tubing.

   B.     ENT:  Electrical nonmetallic tubing.

   C.     FMC:  Flexible metal conduit.

   D.     LFMC:  Liquidtight flexible metal conduit.

   E.     LFNC:  Liquidtight flexible nonmetallic conduit.

   F.     RNC:  Rigid nonmetallic conduit.

   G.     PVC: Rigid Polyvinyl chloride conduit.

1.4     SUBMITTALS

   A.     Submittals not required.

1.5     QUALITY ASSURANCE

   A.     Electrical Components, Devices, and Accessories:  Listed and labeled as defined in NFPA 70, Article 100, by a testing agency acceptable to authorities having jurisdiction, and marked for intended use.

   B.     Comply with NFPA 70.

### PART 2 - PRODUCTS

2.1     MANUFACTURERS

   A.     In other Part 2 articles where subparagraph titles below introduce lists, the following requirements apply for product selection:

1.  Available Manufacturers:  Subject to compliance with requirements, manufacturers offering products that may be incorporated into the Work include, but are not limited to, the manufacturers specified.
2.  Refer to 3.1, RACEWAY APPLICATION, for materials to be used.

2.2     METAL CONDUIT AND TUBING

A.  Available Manufacturers:
    1.   AFC Cable Systems, Inc.
    2.   Alflex, Inc.
    3.   Anamet Electrical, Inc.; Anaconda Metal Hose.
    4.   Electri-Flex Co.
    5.   Grinnell Co./Tyco International; Allied Tube and Conduit Div.
    6.   Republic Conduit.
    7.   Manhattan/CDT/Cole-Flex.
    8.   O-Z Gedney; Unit of General Signal.
    9.   Wheatland Tube Co.
    10.  Perma-Cote
    11.  Plasti Bond
    12.  KorKap

B.EMT:  ANSI C80.3.

C.  Fittings:  NEMA FB 1; compatible with conduit and tubing materials.  Provide fittings factory matched with conduit types.
    1.   Indoor Fittings: Steel Compression
    2.   Outdoor Fittings: Threaded fittings on IMC or Rigid Conduit
    3.   Outdoor Fittings: Compression fittings with gaskets on all transitions to flexible conduit.
    4.   Die cast fittings are not acceptable anywhere.
    5.   EMT crimp type or set screw fittings are not acceptable.
    6.   All conduits 1 ¼" and below shall be terminated with insulated throat fittings.  All conduits 1 ½" and larger shall be terminated with bonding bushings.

2.3     BOXES, ENCLOSURES, AND CABINETS

A.  Available Manufacturers:
    1.   Cooper Crouse-Hinds; Div. of Cooper Industries, Inc.
    2.   Emerson/General Signal; Appleton Electric Company.
    3.   Erickson Electrical Equipment Co.
    4.   Hoffman.
    5.   Hubbell, Inc.; Killark Electric Manufacturing Co.
    6.   O-Z/ Gedney; Unit of General Signal.
    7.   RACO; Division of Hubbell, Inc.
    8.   Stahlin
    9.   Scott Fetzer Co.; Adalet-PLM Division.
    10.  Spring City Electrical Manufacturing Co.
    11.  Thomas & Betts Corporation.
    12.  Walker Systems, Inc.; Wiremold Company (The).
    13.  Woodhead, Daniel Company; Woodhead Industries, Inc. Subsidiary.

B.  Sheet Metal Outlet and Device Boxes:  NEMA OS 1.

C.  Cast-Metal Outlet and Device Boxes:  NEMA FB 1, Type FD, with gasketed cover.

D.  Nonmetallic Outlet and Device Boxes:  NEMA OS 2.

E.  Small Sheet Metal Pull and Junction Boxes:  NEMA OS 1.

F.  Cast-Metal Pull and Junction Boxes:  NEMA FB 1, cast aluminum with gasketed cover.

2.4     FACTORY FINISHES

A.      Finish:  For raceway, enclosure, or cabinet components, provide manufacturer's standard prime-coat finish ready for field painting.

B.      Finish:  For raceway, enclosure, or cabinet components, provide manufacturer's standard paint applied to factory-assembled surface raceways, enclosures, and cabinets before shipping.

## PART 3 - EXECUTION

3.1     RACEWAY APPLICATION

A.      Indoors:
        1.      Exposed in Mechanical/Electrical/Unfinished Spaces:  EMT.
        2.      Exposed in Finished Spaces: Metal Surface Raceway painted/finished to match space finishes.
        3.      Concealed:  EMT.
        4.      Connection to Vibrating Equipment (Including Transformers and Hydraulic, Pneumatic, Electric Solenoid, or Motor-Driven Equipment):  FMC; except use LFNC in damp or wet locations or with water equipment. Minimum length shall be 18 inches, maximum length 72 inches.
        5.      Damp or Wet Locations: Sealed EMT with sealed fittings.
        6.      Underfloor:  Sealed EMT with sealed fittings or IMC.
        7.      Boxes and Enclosures:  NEMA 250, Type 1, except as follows:
                a.      Damp or Wet Locations:  NEMA 250, Type 4, nonmetallic.

B.      Minimum Raceway Size:  3/4-inch trade size for power circuits, 1/2-inch for control wiring.

C.      Aluminum conduit will not be accepted on this project.

D.      Connections to Luminaires (Fixture Whips): 1/2-inch flexible metal conduit may be used in 6-foot maximum lengths for tap conductors to luminaires above accessible suspended ceilings. Provide flexible metal conduit around manufacturer's plastic whip when exposed in ceiling plenum to j-box.

3.2     INSTALLATION

A.      Conduit Routing:
        1.      All branch circuit conduit shall be run overhead unless specifically directed by the engineer.
        2.      All conduit shall be run at right angles or parallel to the building lines to the limits that the structure will allow. Raceways shall not be run diagonal or curved.
        3.      Conduit should not be installed horizontal in walls except for power requirements for devices under windows.

B.      Keep raceways at least 6 inches away from parallel runs of flues and steam or hot-water pipes.  Install horizontal raceway runs above water and steam piping.

C.      Install raceways as high as possible and coordinate installation with other equipment.

D.      Install raceways to equipment mounted on the floor away from walls from overhead down to the equipment or disconnects. Do not run across the floor creating a tripping hazard. Rack support conduit at the disconnect.

E.      Provide clear access to all pull and j-boxes. Provide access doors over hard (non-lay-in ceilings) to all pull boxes.  Minimum access required 1.5 x box cover size or 18 inches.

F.      Label all j-box and pull box covers with circuits contained within box.

G.      Under no circumstances shall power and data be shared in the same raceway, tray, channel, or sleeve.

H.      Do not provide more than 270 degrees of conduit bends before adding a junction box as a pull point.

I.  Install raceways for power conductors (any conductor over 50V) 12 inches from any signal/communications conductor (data, fiber optics, telephone, fire alarm, PA, community antenna and radio distribution (CATV), low power or network powered broadband communications, systems controls, and any other system operating under 50V) not in conduit on J-hooks.

J.  Install raceways for power conductors (any conductor over 50V) 12 inches from communications raceways. Communications raceways include; data, fiber optics, telephone, fire alarm, PA, community antenna and radio distribution (CATV), low power or network powered broadband communications, systems controls, and any other system operating under 50V.

K.  Complete raceway installation before starting conductor installation.

L.  Support raceways as specified in Section "Basic Electrical Materials and Methods."

M.  Install temporary closures to prevent foreign matter from entering raceways during construction. Remove prior to completion of conduit.

N.  Protect stub-ups from damage where conduits rise through floor slabs. Arrange so curved portions of bends are not visible above the finished slab.

O.  Make bends and offsets so ID is not reduced. Keep legs of bends in the same plane and keep straight legs of offsets parallel, unless otherwise indicated.

P.  Firestop: Firestop all raceway penetrations in rated walls. Provide intumescent fill in all sleeve openings. Contractor shall be responsible for all wall repair and damage. Excessive firestop for holes too large (½ inch beyond the edge of the raceway) is unacceptable. Holes shall be repaired with suitable wall materials to maintain the integrity of the wall construction.

Q.  Cut openings in walls as per the outer edges of the raceway. Openings made with hammers or other wall damaging tools are not acceptable. Holes too large (½ inch beyond the edge of the raceway) are unacceptable and shall be repaired with suitable wall materials to maintain the integrity of the wall construction. Contractor shall be responsible for repair to match existing.

R.  Conceal conduit and EMT within finished walls, ceilings, and floors, unless otherwise indicated.
    1.  Install concealed raceways with a minimum of bends in the shortest practical distance, considering type of building construction and obstructions, unless otherwise indicated.

S.  Expansion Joints: Provide flexible connections suitable for use with conduit type for all conduit in structural expansion joints or independent slabs that are within another structural assembly.

T.  Install ALL exposed raceways parallel or at right angles to nearby surfaces or structural members and follow surface contours as much as possible.
    1.  Run parallel or banked raceways together on common supports.
    2.  Make parallel bends in parallel or banked runs. Use factory elbows only where elbows can be installed parallel; otherwise, provide field bends for parallel raceways.
    3.  Install conduit as high as possible.
    4.  Flexible cable or raceway for general circuiting is allowed exposed in mechanical or electrical spaces only. Not allowed in finished spaces.
        a.  Exception: As equipment connection only.

U.  Join raceways with fittings designed and approved for that purpose and make joints tight.
    1.  Use insulating bushings to protect conductors.

V.  Terminations:
    1.  Where raceways are terminated with locknuts and bushings, align raceways to enter squarely and install locknuts with dished part against box. Use two locknuts, one inside and one outside box.
    2.  Where raceways are terminated with threaded hubs, screw raceways or fittings tightly into hub so end bears against wire protection shoulder. Where chase nipples are used, align raceways so coupling is square to box; tighten chase nipple so no threads are exposed.
    3.  Provide grounding bushings with integral lug on all conduit terminations at switchboards, panelboards, transformers, and all electrical equipment.

W. Install raceway sealing fittings at suitable, approved, and accessible locations and fill them with UL-listed sealing compound.  For concealed raceways, install each fitting in a flush steel box with a blank cover plate having a finish similar to that of adjacent plates or surfaces. Label boxes "seal-off". Install raceway sealing fittings at the following points:
1. Where conduits pass from warm to cold locations, such as boundaries of refrigerated spaces.
2. Where otherwise required by NFPA 70.

X. Prime and Paint exposed conduit in finished spaces, unless pre-painted surface raceways is provided, as per owner/architect. Provide with paintable surface.

Y. All conduits shall be marked by color code at minimum before each box and before and after any poke through. Mark shall be minimum 3/8-inch band that completely wraps conduit and shall comply with color code Table 1, located in Section 26 05 53 "Electrical Identification". Refer to most recent table from TAMU Facilities Design Guide Division 26.

Z. Helicopter hangers/Fixed bar hangers are not acceptable on this project. Provide box and conduit ceiling support plates for boxes/conduit. Orbit #BCHS-XX or approved equal.

AA. Conduit shall only run horizontally in half walls and walls underneath a window, otherwise conduit is not to be routed horizontally on or within walls unless specifically indicated on drawings by engineer.

BB. Junction boxes in adjacent rooms shall not be installed back-to-back within the wall. Provide at least 12 inches of separation between outlet boxes located on opposite sides on common wall.

CC. Metal-clad Cable or MC Cable may be used for light switches and receptacle whips of no more than 25 feet, and as follows:

1. Only in general occupancy rooms, such as offices, classrooms and conference rooms. Do not use in rooms such as Mechanical Rooms, Electrical Rooms, Laboratories, or any other high equipment rooms or laboratories. Do not use in spaces with exposed to ceiling structure.
2. MC Cable must be installed to a minimum of NECA standards, additionally must be installed in straight runs with definite bends only and must be well secured. Well secured shall be no more than 1" deflection for straight runs and 3" of deflection for bends at 3 lbs of force.

DD. All outlet boxes shall be supported with mounting brackets that are supported by two stud walls.

## 3.3    PROTECTION

A. Provide final protection and maintain conditions that ensure coatings, finishes, and cabinets are without damage or deterioration at time of Substantial Completion.
1. Repair damage to galvanized finishes with zinc-rich paint recommended by manufacturer.
2. Repair damage to PVC or paint finishes with matching touchup coating recommended by manufacturer.
3. Provide cover over conduits during storage to prevent dirt and debris from entering conduits during storage.

## 3.4    CLEANING

A. After completing installation of exposed, factory-finished raceways and boxes, inspect exposed finishes and repair damaged finishes.

B. Remove debris from conduits prior to capping any spare conduits.

C. Blow-out empty conduits that are future spares in any exterior or underground installation prior to capping.

**END OF SECTION**

## SECTION 260553 - ELECTRICAL IDENTIFICATION

### PART 1 - GENERAL

1.1     RELATED DOCUMENTS

    A.     Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 1 Specification Sections, apply to this Section.

1.2     SUMMARY

    A.     This Section includes electrical identification materials and devices required to comply with ANSI C2, NFPA 70, OSHA standards, and authorities having jurisdiction.

1.3     SUBMITTALS

    A.     Product Data:  For each electrical identification product indicated.

    B.     Schedule of Nomenclature:  An index of electrical equipment and system components used in identification signs and labels.

1.4     QUALITY ASSURANCE

    A.     Comply with ANSI C2.

    B.     Comply with NFPA 70.

    C.     Comply with ANSI A13.1 and NFPA 70 for color-coding.

### PART 2 - PRODUCTS

2.1     RACEWAYS AND CABLE LABELS

    A.     Comply with ANSI A13.1, Table 3, for minimum size of letters for legend and for minimum length of color field for each raceway and cable size.
        1.     Color:  Black letters on orange field.
        2.     Legend:  Indicates voltage and service.

    B.     Adhesive Labels:  Preprinted, flexible, self-adhesive vinyl with legend overlaminated with a clear, weather- and chemical-resistant coating.

    C.     Colored Adhesive Tape:  Self-adhesive vinyl tape not less than 3 mils thick by 1 to 2 inches wide.

    D.     Tape Markers:  Vinyl or vinyl-cloth, self-adhesive, wraparound type with preprinted numbers and letters.

2.2     NAMEPLATES AND SIGNS

    A.     Safety signs:  Comply with 29 CFR, Chapter XVII, Part 1910.145.

    B.     Engraved Plastic Nameplates and Signs:  Engraving stock, melamine plastic laminate, minimum 1/16 inch thick for signs up to 20 sq. in. and 1/8 inch thick for larger sizes.
        1.     Engraved legend with black letters on white face.
        2.     Punched or drilled for mechanical fasteners.

C.    Baked-Enamel Signs for Interior Use:  Preprinted aluminum signs, punched or drilled for fasteners, with colors, legend, and size required for the application.  ¼-inch grommets in corners for mounting.

D.    Exterior, Metal-Backed, Butyrate Signs:  Weather-resistant, nonfading, preprinted, cellulose-acetate butyrate signs with 0.0396-inch galvanized-steel backing; and with colors, legend, and size required for the application.  ¼-inch grommets in corners for mounting.

E.    Fasteners for Nameplates and Signs:  Self-tapping, stainless-steel screws or No. 10/32, stainless-steel machine screws with nuts and flat and lock washers.

2.3    MISCELLANEOUS IDENTIFICATION PRODUCTS

A.    Cable Ties:  fungus-inert, self-extinguishing, one-piece, self-locking, Type 6/6 nylon cable ties.
    1.    Minimum Width:  3/16 inch.
    2.    Tensile Strength:  50 lb minimum.
    3.    Temperature Range:  Minus 40 to plus 185 deg F.
    4.    Color:  According to color-coding.

B.    Paint:  Formulated for the type of surface and intended use.
    1.    Primer for Galvanized Metal:  Single-component acrylic vehicle formulated for galvanized surfaces.
    2.    Primer for Concrete Masonry Units:  Heavy-duty-resin block filler.
    3.    Primer for Concrete:  Clear, alkali-resistant, binder-type sealer.
    4.    Enamel:  Silicone-alkyd or alkyd urethane as recommended by primer manufacturer.

**PART 3 - EXECUTION**

3.1    INSTALLATION

A.    Identification Materials and Devices:  Install at locations for most convenient viewing without interference with operation and maintenance of equipment.

B.    Lettering, Colors, and Graphics:  Coordinate names, abbreviations, colors, and other designations with corresponding designations in the Contract Documents or with those required by codes and standards.  Use consistent designations throughout Project.

C.    Sequence of Work:  If identification is applied to surfaces that require finish, install identification after completing finish work.

D.    Self-Adhesive Identification Products:  Clean surfaces before applying.

E.    Install painted identification according to manufacturer's written instructions and as follows:
    1.    Clean surfaces of dust, loose material, and oily films before painting.
    2.    Prime surfaces using type of primer specified for surface.
    3.    Apply one intermediate and one finish coat of enamel.

F.    Electric Box Color Coding:
    1.    All junction boxes and pull boxes shall be labeled as to the circuits contained within the box, including panel name and shall be painted as indicated below.
    2.    Each of the connected conduits shall also have approx. 1 to 2 inches of paint applies near the box.
    3.    Do not paint over the box cover identification tags.
    4.    Exclusions:
        a.    Exposed boxes in occupied spaces. Paint exposed boxes as directed by Architect.
        b.    Where direct mounted for aesthetic purposes.

| System | Conduit Band Color | Cover Identification | Color |
|---|---|---|---|
| Fire Alarm | Red | FA | Red |
| Emergency Power | White | EM/Panel ID/Ckt No | White |
| 208/120 Normal Pwr | Blue | Panel ID/Ckt No | Blue |
| 480/277 Normal Pwr | Yellow | Panel ID/Ckt No | Yellow |
| Data/Telecom/Fiber/A/V | Orange | Data/Tele/Fiber Optic/AV | Orange |
| HVAC Controls | Green | HVAC | Green |
| Security | Purple | SEC | Purple |

G. Color Banding Raceways and Exposed Cables:  Band exposed and accessible raceways of the systems listed below:
   1. Bands:  Pretensioned, wraparound plastic sleeves; colored adhesive tape; or a combination of both.  Make each color band 2 inches wide, completely encircling conduit, and place adjacent bands of two-color markings in contact, side by side.
   2. Band Locations:  At changes in direction, at penetrations of walls and floors, at 50-foot maximum intervals in straight runs, and at 25-foot maximum intervals in congested areas.
   3. Apply the following colors to the systems listed below:
      a. Medium Voltage Conduits.

H. Caution Labels for Indoor Boxes and Enclosures for Power:  Install pressure-sensitive, self-adhesive labels identifying system voltage with black letters on orange background.  Install on exterior of door or cover.

I. Circuit Identification Labels on Boxes:  Install labels externally.
   1. Exposed Boxes:  Pressure-sensitive, self-adhesive plastic label on cover.
   2. Labeling Legend:  Permanent, waterproof listing of panel and circuit number or equivalent.
   3. Normal Power Circuits: Black lettering and numbers
   4. Emergency Power Circuits: Red lettering and numbers

J. Color-Coding of Secondary Branch Circuit Conductors: Use the following colors for service, feeder, and branch-circuit branch circuit conductors:
   1. 120/208V 3 Phase Conductors:
      a. Phase A:  Black.
      b. Phase B:  Red.
      c. Phase C:  Blue.
      d. Neutral:  White.
      e. Ground:  Green.
      f. Switched Leg: Pink.
   2. 277/480V 3 Phase Conductors:
      a. Phase A:  Brown.
      b. Phase B:  Purple.
      c. Phase C:  Yellow.
      d. Neutral:  Gray.
      e. Ground:  Green.
      f. Switched Leg: Pink.
   3. Factory apply color the entire length of conductors, except the following field-applied, color-coding methods may be used instead of factory-coded wire for sizes larger than No. 10 AWG:
      a. Colored, pressure-sensitive plastic tape in half-lapped turns for a distance of 6 inches from terminal points and in boxes where splices or taps are made.  Apply last two turns of tape with no tension to prevent possible unwinding.  Use 1-inch-wide tape in colors specified. Adjust tape bands to avoid obscuring cable identification markings.
      b. Colored cable ties applied in groups of three ties of specified color to each wire at each terminal or splice point starting 3 inches from the terminal and spaced 3 inches apart. Apply with a special tool or pliers, tighten to a snug fit, and cut off excess length.

K. In electrical room, permanently mark the floor with the NEC-required clear space in front of and behind switchgear, switchboards, transformers, panelboards, motor control centers, motor starters, and

disconnect switches. Install marking on the floor using color schemes conforming to ANSI Z535.1 for black and white striped border.

L.      In electrical room, all pull boxes and junction boxes shall have pressure sensitive, self adhesive plastic label on cover.

**END OF SECTION**

**SECTION 260923 - LIGHTING CONTROL DEVICES**

**PART 1 - GENERAL**

1.1     RELATED DOCUMENTS

    A.     Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 01 Specification Sections, apply to this Section.

1.2     SUMMARY

    A.     Section Includes:
        1.     Indoor occupancy sensors.

    B.     Related Requirements:
        1.     Section "Wiring Devices" for wall-box dimmers, wall-switch occupancy sensors, and manual light switches.

1.3     ACTION SUBMITTALS

    A.     Product Data: For each type of product.

1.4     INFORMATIONAL SUBMITTALS

    A.     Field quality-control reports.

1.5     CLOSEOUT SUBMITTALS

    A.     Operation and Maintenance Data: For each type of lighting control device to include in emergency, operation, and maintenance manuals.

**PART 2 - PRODUCTS**

2.1     CEILING MOUNTED OCCUPANCY SENSORS

    A.     Manufacturers:  Subject to compliance with requirements, available manufacturers offering products that may be incorporated into the Work include, but are not limited to, the following:
        1.     Cooper Industries, Inc.
        2.     Hubbell Building Automation, Inc.
        3.     Leviton Manufacturing Co., Inc.
        4.     Lithonia Lighting; Acuity Brands Lighting, Inc.
        5.     Lutron Electronics Co., Inc.
        6.     NSi Industries LLC; TORK Products.
        7.     Sensor Switch, Inc.
        8.     Square D.
        9.     Watt Stopper.

    B.     General Requirements for Sensors: Ceiling-mounted, 360 degree, solid-state indoor occupancy sensors with a separate power pack.
        1.     Listed and labeled as defined in NFPA 70, by a qualified testing agency, and marked for intended location and application.

2. Operation: Turn lights on or enable wall manual switch when coverage area is occupied, and turn them off when unoccupied; with a time delay for turning lights off, adjustable over a minimum range of 1 to 30 minutes.

3. Sensor Output: Contacts rated to operate the connected relay, complying with UL 773A. Sensor is powered from the power pack.

4. Power Pack: Dry contacts rated for 20-A load at 120- and 277-V ac, and for 1 hp at 120-V ac. Sensor has 24-V dc, 150-mA, Class 2 power source, as defined by NFPA 70.

5. Mounting:
   a. Sensor: Suitable for mounting in any position on a standard outlet box.
   b. Relay: Internal dry contact closure for SPDT.
   c. Time-Delay and Sensitivity Adjustments: Recessed and concealed behind hinged door.

6. Indicator: Digital display, to show when motion is detected during testing and normal operation of sensor.

7. Bypass Switch: Override the "on" function in case of sensor failure.

8. Automatic Light-Level Sensor: Adjustable from 2 to 200 fc (21.5 to 2152 lux); turn lights off when selected lighting level is present.

9. Dimming output to control 0-10 VDC.

10. Provides second occupancy time out period enabling lighting to go dim prior to off.

11. Adjustable maximum minimum.

12. Can be series or parallel connected.

13. Photo Cell:
   a. Auto set point
   b. On/Off mode during occupancy
   c. Dimming control

C. Standard Dual-Technology Type: Ceiling mounted; detect occupants in coverage area using PIR and ultrasonic detection methods. The particular technology or combination of technologies that control on-off functions is selectable in the field by operating controls on unit.
1. Sensitivity Adjustment: Separate for each sensing technology.
2. Detector Sensitivity: Detect occurrences of 6-inch- (150-mm-) minimum movement of any portion of a human body that presents a target of not less than 36 sq. in. (232 sq. cm), and detect a person of average size and weight moving not less than 12 inches (305 mm) in either a horizontal or a vertical manner at an approximate speed of 12 inches/s (305 mm/s).
3. Detection Coverage (Standard Room): Detect occupancy anywhere within a circular area of 15 ft. radius when mounted on a 108-inch high ceiling.

D. Extended Range Dual-Technology Type: Ceiling Mounted
1. Sensitivity Adjustment: Separate for each sensing technology.
2. Detector Sensitivity: Detect occurrences of 6-inch- (150-mm-) minimum movement of any portion of a human body that presents a target of not less than 36 sq. in. (232 sq. cm), and detect a person of average size and weight moving not less than 12 inches (305 mm) in either a horizontal or a vertical manner at an approximate speed of 12 inches/s (305 mm/s).
3. Detection Coverage (Standard Room): Detect occupancy anywhere within a circular area of 28 ft. radius when mounted on a 108-inch high ceiling.

2.2 SWITCHBOX-MOUNTED OCCUPANCY SENSORS

A. Manufacturers: Subject to compliance with requirements, available manufacturers offering products that may be incorporated into the Work include, but are not limited to, the following:

B. Basis-of-Design Product: Subject to compliance with requirements, provide product indicated on Drawings or comparable product by one of the following:
1. Bryant Electric.
2. Cooper Industries, Inc.
3. Hubbell Building Automation, Inc.
4. Leviton Manufacturing Co., Inc.
5. Lightolier Controls.
6. Lithonia Lighting; Acuity Brands Lighting, Inc.
7. Lutron Electronics Co., Inc.
8. NSi Industries LLC; TORK Products.
9. RAB Lighting.

10. Sensor Switch, Inc.
11. Square D.
12. Watt Stopper.

C. General Requirements for Sensors: Automatic-wall-switch occupancy sensor, suitable for mounting in a single gang switchbox.
1. Listed and labeled as defined in NFPA 70, by a qualified testing agency, and marked for intended location and application.
2. Operating Ambient Conditions: Dry interior conditions, 32 to 120 deg F (0 to 49 deg C).
3. Switch Rating: Not less than 800-VA fluorescent at 120 V, 1200-VA fluorescent at 277 V, and 800-W incandescent.

D. Wall-Switch Sensor:
1. Standard Range: 180-degree field of view, field adjustable from 180 to 40 degrees; with a minimum coverage area of 2100 sq. ft (196 sq. m).
2. Sensing Technology: Dual technology - PIR and ultrasonic.
3. Switch Type: SP. SP, field selectable automatic "on," or manual "on" automatic "off."
4. Voltage: Dual voltage, 120 and 277 V.
5. Ambient-Light Override: Concealed, field-adjustable, light-level sensor from 10 to 150 fc (108 to 1600 lux). The switch prevents the lights from turning on when the light level is higher than the set point of the sensor.
6. Concealed, field-adjustable, "off" time-delay selector at up to 30 minutes.
7. Concealed "off" time-delay selector at 30 seconds, and 5, 10, and 20 minutes.
8. Adaptive Technology: Self-adjusting circuitry detects and memorizes usage patterns of the space and helps eliminate false "off" switching.
9. Programmable for occupancy or vacancy mode.

## 2.3 EMERGENCY SHUNT RELAY

A. Description: Normally closed, electrically held relay, arranged for wiring in parallel with manual or automatic switching contacts; complying with UL 924.
1. Coil Rating: See drawing detail.

## 2.4 CONDUCTORS AND CABLES

A. Power Wiring to Supply Side of Remote-Control Power Sources: Not smaller than No. 12 AWG. Comply with requirements in Section "Conductors and Cables."

B. Classes 2 and 3 Control Cable: Plenum rated, multiconductor cable with stranded-copper conductors.

C. Class 1 Control Cable: Plenum rated, multiconductor cable with stranded-copper conductors.

D. All exterior or underground cabling shall be rated for location.

## PART 3 - EXECUTION

## 3.1 SENSOR INSTALLATION

A. Coordinate layout and installation of ceiling-mounted devices with other construction that penetrates ceilings or is supported by them, including light fixtures, HVAC equipment, smoke detectors, fire-suppression systems, and partition assemblies.

B. Install and aim sensors in locations to achieve not less than 90 percent coverage of areas indicated. Do not exceed coverage limits specified in manufacturer's written instructions.

C. Provide factory representative to locate and calibrate daylight sensors (both stand-alone and integral to fixture) for daylight harvesting (dimming). Verify operation and document settings.

D.    Contractor to verify all sensors intended operation and calibrate sensor field of view and sensitivity.

E.    Coordinate with owner for occupancy/vacancy sensor delay times.

3.2    CONTACTOR INSTALLATION

A.    Mount electrically held lighting contactors with elastomeric isolator pads to eliminate structure-borne vibration, unless contactors are installed in an enclosure with factory-installed vibration isolators.

B.    Mount cabinet to wall or unistrut frame.

3.3    WIRING INSTALLATION

A.    Wiring Method: Comply with Section "Control/Signal Transmission Media." Minimum conduit size is 1/2 inch (13 mm).

B.    Wiring within Enclosures: Comply with NECA 1. Separate power-limited and nonpower-limited conductors according to conductor manufacturer's written instructions.

C.    Size conductors according to lighting control device manufacturer's written instructions unless otherwise indicated.

D.    Splices, Taps, and Terminations: Make connections only on numbered terminal strips in junction, pull, and outlet boxes; terminal cabinets; and equipment enclosures.

3.4    IDENTIFICATION

A.    Identify components and power and control wiring according to "Electrical Identification."
       1.    Identify controlled circuits in lighting contactors.
       2.    Identify circuits or luminaires controlled by photoelectric and occupancy sensors at each sensor.

B.    Label time switches and contactors with a unique designation.

3.5    FIELD QUALITY CONTROL

A.    Manufacturer's Field Service: Engage a factory-authorized service representative to test and inspect components, assemblies, and equipment installations, including connections.

B.    Perform the following tests and inspections with the assistance of a factory-authorized service representative:
       1.    Operational Test: After installing time switches and sensors, and after electrical circuitry has been energized, start units to confirm proper unit operation.
       2.    Test and adjust controls and safeties. Replace damaged and malfunctioning controls and equipment.
       3.    Verify emergency lighting automatic switchover to generator power at all UL 924 rated light fixture locations.
       4.    Verification of sensor operation
              a.    Sensor turns lighting on/off at programmed times
              b.    Sensor automatically dims lighting
              c.    Sensor enables additional switching
              d.    Sensor works during emergency lighting generator operation with automatic changeover

C.    Lighting control devices will be considered defective and replaced with new if they do not pass tests and inspections.

D.    Prepare a written report to be sent to the engineer for review indicating the following:
       1.    Room Number

2.  Sensor Type (wall, ceiling, occupancy vacancy, daylighting)
3.  Delay time
4.  Operation Verification (Yes/No)

## 3.6    ADJUSTING

A.  Occupancy Adjustments: When requested within 12 months from date of Substantial Completion, provide on-site assistance in adjusting sensors to suit actual occupied conditions. Provide up to two visits to Project during other-than-normal occupancy hours for this purpose.
1.  For occupancy and motion sensors, verify operation at outer limits of detector range. Set time delay to suit Owner's operations.
2.  For daylighting controls, adjust set points and deadband controls to suit Owner's operations.
3.  Align high-bay occupancy sensors using manufacturer's laser aiming tool.

## 3.7    DEMONSTRATION

A.  Coordinate demonstration of products with Owner prior to substantial completion.

B.  Engage a factory-authorized service representative to train Owner's maintenance personnel to adjust, operate, and maintain lighting control devices.

**END OF SECTION**

**SECTION 261310 - PULL AND JUNCTION BOXES**

**PART 1 - GENERAL**

1.1     DESCRIPTION

    A.     Work covered by this Section includes furnishing of and paying for all materials, labor, services, equipment, licenses, taxes, other items, and appliances necessary for the execution, installation and completion of all work specified herein.

    B.     Pull and junction boxes of appropriate size and depth as specified hereinafter.

    C.     A pull or junction box is required in any conduit run with 270 degrees of bends.

1.2     SUBMITTALS

    A.     Submittals for products furnished under this section are not required.

**PART 2  - PRODUCTS**

2.1     MATERIALS

    A.     For interior work, provide galvanized sheet metal boxes of code thickness with lapped and welded joints, ¾-inch flanges, screw covers, etc.

B.Boxes with concentric knockouts are not acceptable.

    C.     Provide ground terminal strip and ground pull box and circuits.

**PART 3 - EXECUTION**

3.1     INSTALLATION

    A.     Provide junction boxes as required, sized according to number of conductors in box or type of service to be provided.  Minimum junction box size 4 inches square and 2⅛ inches deep.  Provide screw covers for junction boxes.

    B.     Use minimum 16-gauge steel for pull boxes and provide with screw cover.

    C.     Install boxes in conduit runs wherever necessary to avoid too long runs or too many bends.  Do not exceed 100-foot runs without pull boxes.

    D.     Rigidly secure boxes to structure.  Conduit runs will not be considered adequate support.

    E.     Install boxes with covers in accessible locations.

    F.     Observe maximum conductor fill as required by the National Electrical Code.

    G.     Helicopter hanger/Fixed bar hangers are not acceptable on this project.
    H.     Junction boxes in adjacent rooms shall not be installed back-to-back within the wall. Provide at least 12 inches of separation between outlet boxes located on opposite sides on common wall.

    I.     All outlet boxes shall be supported with mounting brackets that are supported by two stud walls.

**END OF SECTION**

**SECTION 265100 - INTERIOR LIGHTING**

**PART 1 - GENERAL**

1.1     RELATED DOCUMENTS

    A.     Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 1 Specification Sections, apply to this Section.

1.2     SUMMARY

    A.     This Section includes interior lighting fixtures, lighting fixtures mounted on exterior building surfaces, lamps, emergency lighting units, and accessories.

1.3     SUBMITTALS

    A.     Product Data:  For each type of lighting fixture indicated, arranged in order of fixture designation. Include data on features, accessories, and the following:
        1.     Dimensions of fixtures.
        2.     Certified results of independent laboratory tests for fixtures and lamps for electrical ratings and photometric data.
        3.     Certified results of laboratory tests for fixtures and lamps for photometric performance.
        4.     Types of lamps.

    B.     Field Test Reports:  Indicate and interpret test results for compliance with performance requirements.

    C.     Maintenance Data:  For lighting fixtures to include in maintenance manuals specified in Division 1.

1.4     QUALITY ASSURANCE

    A.     Fixtures, Emergency Lighting Units, and Accessories:  Listed and labeled as defined in NFPA 70, Article 100, by a testing agency acceptable to authorities having jurisdiction.

    B.     Comply with NFPA 70.

    C.     FM Compliance:  Fixtures for hazardous locations shall be listed and labeled for indicated class and division of hazard by FM.

    D.     NFPA 101 Compliance:  Comply with visibility and luminance requirements for exit signs.

1.5     COORDINATION

    A.     Fixtures, Mounting Hardware, and Trim:  Coordinate layout and installation of lighting fixtures with ceiling system and other construction.

1.6     WARRANTY

    A.     General Warranty:  Special warranty specified in this Article shall not deprive Owner of other rights Owner may have under other provisions of the Contract Documents and shall be in addition to, and run concurrent with, other warranties made by Contractor under requirements of the Contract Documents.
        1.     Warranties for LED Drivers; Written warranty, executed by manufacturer agreeing to replace LED drivers that fail in materials or workmanship within five years from date of manufacture, but not less than four years from date of Substantial Completion.

## PART 2 - PRODUCTS

2.1     MANUFACTURERS

A.      Available Manufacturers and Models:  As indicated on the drawings and lighting fixture schedule.  Additional manufacturers may be considered as equal after review from the design engineer. Submit two copies to the design engineer for review prior to bid. Include a cross reference for each fixture submitted.  Equipment submitted for "as-equal" without complete cutsheet cross reference, to include drawing fixture lettering, is subject to immediate rejection.
1.      Additional manufacturers will be considered on a case by case basis prior to bid. Post-bid non-approved manufacturers/models are subject to rejection and any cost difference for approved fixtures will be the contractors' responsibility.

2.2     FIXTURES AND FIXTURE COMPONENTS, GENERAL

A.      Metal Parts:  Free from burrs, sharp corners, and edges.

B.      Sheet Metal Components:
1.      Steel, unless otherwise indicated.
2.      Form and support to prevent warping and sagging.
3.      Housing painted after fabrication.
4.      Smooth hemmed sides and smooth inward formed end flanges.

C.      Doors, Frames, and Other Internal Access:
1.      Smooth operating, free from light leakage under operating conditions, and arranged to permit relamping without use of tools.  Arrange doors, frames, lenses, diffusers, and other pieces to prevent accidental falling during relamping and when secured in operating position.
2.      Standard extruded aluminum door frame has superior structural integrity with premium appearance and mitered corners.  Door frame is painted after fabrication, standard.  Powder-painted rotary cam latches provide easy, secure door closure.  Integral T-bar clips are standard.  Acrylic shielding materials is 100% UV stabilized.

D.      Reflecting Surfaces:  Minimum reflectance as follows, unless otherwise indicated:
1.      White Surfaces:  85 percent.
2.      Specular Surfaces:  83 percent.
3.      Diffusing Specular Surfaces:  75 percent.
4.      Laminated Silver Metallized Film:  90 percent.

E.      Lenses, Diffusers, Covers, and Globes:  100 percent virgin acrylic plastic or annealed crystal glass, unless otherwise indicated.
1.      Plastic:  High resistance to yellowing and other changes due to aging, exposure to heat, and ultraviolet radiation.
2.      Lens Thickness:  0.125-inch minimum, unless greater thickness is indicated.

F.      Electromagnetic Interference Filters:  Integral to fixture assembly.  Provide one filter for each ballast where indicated on drawings.  Suppress conducted electromagnetic interference filters as required by MIL-STD-461.

G.      Housings:  Manufacturers standard with integral heat sink.

2.3     LED LIGHTING

A.      General:  Comply with fixture component requirements.

B.      All LED products must be UL, ETL and/or CSA listed.

C.      All LED products must have LM-79 and LM-80 testing minimum and noted on specification sheet by an independent test lab and in accordance with the following:
1.      Lay-in Troffers: L90 at 60,000 hours at 25 degrees C.

    2.        Surface Mounted:      L80 at 60,000 hours at 25 degrees C.

    3.        Recessed Can: L70 at 50,000 hours at 25 degrees C.

D.      All LED products should be identified as L70 and/or L90 ratings based on independent test lab data.

E.      Long-life LEDs, coupled with high-efficiency drivers, provide superior level and quality of illumination for extended service life.

F.      All outdoor and wet location listed products must clearly state the IP rating carried on the fixture based on independent test lab data.

G.      All LED products must be serviceable for accessible for field repair needs. Drivers and internal components are accessible from floor. LED boards include plug-in connectors for easy replacement or servicing. Suitable for direct insulation contact. Suitable for damp location.

H.      Standard embedded controls continuously monitor system performance, allow for constant lumen management/compensation function, facilitate simple "plug-and-play' network and controls upgrading via Cat-5 cable.

I.      Minimum CRI 80.

J.      All indoor lighting color rendering should be within a 3 step McAdams ellipse. All indoor lighting should be 4000 Kelvin unless specifically noted.

K.      All LED drivers should be capable of 0-10 volt controls and DMX control and shall dim to 1% of total lumen output. Where specifically specified the dimming driver may be required to dim to .1% of lumen output, otherwise known as "dim to dark".

L.      Driver manufacturers must have a 5-year history producing dimmable electronic LED drivers for the North American market.

M.      Ambient driver temperatures must be within -20 degrees to 50 degrees C (-4 degrees to 122 degrees F).

N.      Driver must limit inrush current.
    1.        Base specification: meet or exceed NEMA 410 driver inrush standard of 430 amp per 10 amps load with a maximum of 370 amps/2 seconds
    2.        Preferred specification: Meet or exceed 30ma's at 277 VAC for up to 50 watts of load and 75A at 240us att 277 VAC for 100 watts of load
    3.        Withstand up to a 1,000 volt surge without impairment of performance as defined by ANSI C62.41 Category A
    4.        No visible change in light output with a variation of plus/minus 10percent line voltage input.
    5.        Total harmonic distortion less than 20% and meet ANSI C82.11 maximum allowable THD requirements at full output. THD shall at no point in the dimming curve allow imbalance current to exceed full output THD

O.      Any exceptions are at the engineer's discretion based on project needs and applicability.

## 2.4    EXIT SIGNS

A.      General Requirements: Comply with UL 924 and the following:
    1.        Sign Colors and Lettering Size: Comply with authorities having jurisdiction.
    2.        Die cast brushed metal finish exit signage with manufacturer's multi-style mounting (wall, surface, and top). Plastic exit signage is not acceptable.

B.      Internally Lighted Signs: As follows:
    1.        Lamps for AC Operation: Light-emitting diodes, 70,000 hours minimum rated lamp life.
    2.        All exit signs shall have battery back-up.
    3.        Provide with self-diagnostics as indicated on the drawings.

2.5     FIXTURE SUPPORT COMPONENTS

A.      Comply with Section "Basic Electrical Materials and Methods," for channel- and angle-iron supports and nonmetallic channel and angle supports.

B.      Single-Stem Hangers:  ½-inch steel tubing with swivel ball fitting and ceiling canopy.  Finish same as fixture.

C.      Twin-Stem Hangers:  Two, ½-inch steel tubes with single canopy arranged to mount a single fixture. Finish same as fixture.

D.      Rod Hangers: 3/16-inch- minimum diameter, cadmium-plated, threaded steel rod.

E.      Hook Hangers:  Integrated assembly matched to fixture and line voltage and equipped with threaded attachment, cord, and locking-type plug.

F.      Aircraft Cable Support:  Use cable, anchorages, and intermediate supports recommended by fixture manufacturer.

2.6     FINISHES

A.      Fixtures:  See fixture schedule for colors and finishes. Otherwise manufacturer's standard.
        1.      Paint Finish:  Applied over corrosion-resistant treatment or primer, free of defects.
        2.      Metallic Finish:  Corrosion resistant.

**PART 3 - EXECUTION**

3.1     INSTALLATION

A.      Fixtures, General:  Set level, plumb, and square with ceiling and walls, and secure according to manufacturer's written instructions and approved submittal materials.  Install lamps in each fixture.
        1.      Coordinate location of fixtures with architectural ceiling plan.
        2.      Review architectural elevations prior to rough-in for any wall mounted fixtures.  Mount at 84 inches or above, unless otherwise indicated.  All wall mounted fixtures shall be ADA compatible if below 84 inches.
        3.      Center single fixtures in rooms as much as possible.
        4.      Center fixtures in exposed ceilings. Provide equal distance between fixtures and structural elements (walls, columns, furrdowns, etc.).
        5.      Provide switching mechanisms for all fixtures whether indicated on the drawings or not.
        6.      Provide supports without causing deflection of ceiling or wall.
        7.      Secure to outlet box.

B.Support for Fixtures in or on Grid-Type Suspended Ceilings:  Use grid for alignment.
        1.      Install a minimum of four (4) ceiling support system rods or wires attached to the fixture structure on **EACH** fixture secured to the building structure.  Locate not more than 6 inches from fixture corners.
        2.      Support Clips:  Fasten to fixtures and to ceiling grid members at or near each fixture corner.
        3.      Fixtures of Sizes Less Than Ceiling Grid:  Arrange as indicated on reflected ceiling plans or center in acoustical panel, and support fixtures independently with at least two (2) ¾-inch metal channels spanning and secured to ceiling tees.

C.      Suspended Fixture Support:  As follows:
        1.      Pendants and Rods:  Where longer than 48 inches, brace to limit swinging.  Provide blocking for heavy fixtures.
        2.      Stem- Mounted, Single-Unit Fixtures:  Suspend with twin-stem hangers.  Support with approved outlet box and accessories that hold stem and provide damping of luminaire oscillations. Support outlet box vertically to building structure using approved devices.
        3.      Continuous Rows:  Use tubing or stem for wiring at one point and tubing or rod for suspension for each unit length of fixture chassis, including one at each end.

4. Coordinate mounting heights with Architect/Engineer. Consult prior to hanging. Stems may need to be field cut.
5. Chain hung fixtures are NOT acceptable unless indicated on the drawings.
6. Provide secondary support for all fixtures without canopy support from structure.
   a. All high and low bay fixtures shall have secondary support cables secured to structure.
7. Sized and rated for fixture weight.
8. Do not use ceiling grid as support for pendant luminaires. Connect support wired or rods to building structure.

D. Flush-Mounted Luminaire Support:
   1. Secured to outlet box.
   2. Attached to ceiling structural members at four points equally spaced around circumference of luminaire.
   3. Trim ring flush with finished surface.

E. Wall-Mounted Luminaire Support:
   1. Attached to structural members in walls.
   2. Do not attach luminaires directly to gypsum board.
   3. Provide blocking to support.

## 3.2 CONNECTIONS

A. Ground equipment:
   1. Tighten electrical connectors and terminals according to manufacturers' published torque-tightening values. If manufacturer's torque values are not indicated, use those specified in UL 486A and UL 486B.

B. Connect to switch mechanisms (wall switch, contactors, relays) room controllers.

C. Provide dual switching for room mounted dual ballast fixtures. Wire each switch leg to each ballast. Do not connect together unless directed by engineer.
   1. Exception: Step dimming fixtures in corridors may be connected together. Consult engineer prior to connections and installing switch legs.

D. Fixture Connections:
   1. Indoors
      a. With Lay-in ceilings: Provide EMT home runs to structure mounted J-boxes. Provide MC Cable from above ceiling j-boxes to fixtures. Do not daisy chain fixtures together unless specifically indicated on the drawings or allowed by engineer.
      b. With gypboard ceilings: Provide EMT home runs to structure mounted J-boxes. Provide access to j-boxes or locate above fixtures. Provide MC Cable from above ceiling j-boxes to fixtures. Do not wire daisy chain fixtures together, unless indicated on the drawings.
      c. Exposed (no ceiling) in finished spaces: Conceal EMT as much as possible in adjacent walls. Route EMT to fixtures in exposed spaces with steel compression fittings and install parallel along structural members to structural mounted j-boxes. Conceal conduit along structural members. DO NOT route conduit across open spaces suspended from structural members unless directed by architect or engineer. Mount fixtures from j-boxes. Center fixtures in spaces.
      d. Exposed unfinished spaces: Provide EMT runs to structural mounted j-boxes. Route parallel to structural members as much as possible. Mount fixtures or fixture support to j-boxes.
   2. Provide flexible metal conduit around manufacturer's plastic whip when exposed in ceiling plenum to j-box.

## 3.3 FIELD QUALITY CONTROL

A. Inspect each installed fixture for damage. Replace damaged fixtures and components.

B. Advance Notice: Give dates and times for field tests.

C.    Provide instruments to make and record test results.

D.    Tests:  As follows:
1.    Verify normal operation of each fixture after installation.
2.    Emergency Lighting:  Interrupt electrical supply to demonstrate proper operation.
3.    Verify normal transfer to battery source and retransfer to normal.
4.    Report results in writing.

E.    Malfunctioning LED Fixtures:  Replace fixture then retest. LED fixtures shall not be repaired.

F. Corrosive Fixtures:  Replace during warranty period.

3.4    CLEANING AND ADJUSTING

A.    Clean fixtures internally and externally after installation.  Use methods and materials recommended by manufacturer.

B.    Adjust aimable fixtures to provide required light intensities.

**END OF SECTION**

**SECTION 283200 - FIRE ALARM EXPANSION**

**PART 1 - GENERAL**

1.1     RELATED DOCUMENTS

    A.     Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 1 Specification Sections, apply to this Section.

1.2     SCOPE

    A.     Provide new devices and connect to existing fire alarm control panel.  All new devices shall be by existing manufacturer and shall fully integrate into the existing system.  Recalculate battery power required and EOL resistors.  Provide expansion panel if FACP cannot accommodate additional devices. The contractor shall be responsible prior to bid for a price for a complete system to include; manual stations, detectors, signal equipment, controls, expansion panels, and devices. The drawings are schematic in nature and include approximate locations of devices. The fire alarm contractor shall coordinate the exact location of the visual signaling device in accordance with the candela of the installed devices.

    B.     Daisy chain expansion panels to main FACP.

1.3     SUMMARY

    A.     This Section includes fire alarm systems with manual stations, detectors, signal equipment, controls, and devices.

1.4     DEFINITIONS

    A.     FACP:  Fire alarm control panel.

    B.     LED:  Light-emitting diode.

    C.     Definitions in NFPA 72 apply to fire alarm terms used in this Section.

1.5     SYSTEM DESCRIPTION

    A.     General:  Noncoded, addressable-analog system with manual and automatic alarm initiation; automatic sensitivity control of certain smoke detectors; and multiplexed signal transmission dedicated to fire alarm service only.  "System shall individually identify each addressable initiating device and other addressable monitor functions.  System shall be capable of individually operating each alarm notification appliance and other addressable monitor functions."  Zoning is not acceptable.

    B.     Provide a fully automatic fire alarm in all building.  Fire Alarm system shall be configured such that an alarm condition initiated in one building with activate annunciation devices in all other buildings on the campus.  Provide a complete intelligent analog addressable fire alarm system, compliant with the more stringent of local codes having jurisdiction.

    C.     A full system test/inspection shall be provided by the fire alarm Contractor for a period of one (1) year as a part of the contract.

    D.     The system as described shall be installed, programmed, tested and delivered to the Owner complete and in fully operational condition.  The system shall include all necessary hardware, software, raceways

and interconnecting wiring to accomplish the requirements of this specification and the Contract Drawings.

## 1.6    SUBMITTALS

A.    Product Data:  For each type of product indicated.

B.    Shop Drawings:  Show details of graphic annunciator.
1.    Wiring Diagrams:  Detail wiring and differentiate between manufacturer-installed and field-installed wiring.  Include diagrams for equipment and for system with all terminals and interconnections identified.
2.    Battery:  Sizing calculations.
3.    Floor Plans:  Indicate final outlet locations and routings of raceway connections.
4.    Device Address List:  Coordinate with final system programming.
5.    System Operation Description:  Detailed description for this Project, including method of operation and supervision of each type of circuit and sequence of operations for manually and automatically initiated system inputs and outputs.  Manufacturer's standard descriptions for generic systems are not acceptable.

C.    Operating Instructions:  For mounting at the FACP.

D.    Product Certificates:  Signed by manufacturers of system components certifying that products furnished comply with requirements.

E.    Installer Certificates:  Signed by manufacturer certifying that installers comply with requirements.

F.    Field Test Reports:  Indicate and interpret test results for compliance with performance requirements.  Comply with NFPA 72.

G.    Maintenance Data:  For fire alarm systems to include in maintenance manuals specified in Division 1.  Comply with NFPA 72.

H.    Submissions to Authorities Having Jurisdiction:  In addition to distribution requirements for Submittals specified in Section "Submittals," make an identical submission to authorities having jurisdiction.  Include copies of annotated Contract Drawings as needed to depict component locations to facilitate review.  Resubmit if required to make clarifications or revisions to obtain approval.  On receipt of comments from authorities having jurisdiction, submit them to Architect for review.

I.    Certificate of Completion:  Comply with NFPA 72, AHJ, and local amendments.

## 1.7    QUALITY ASSURANCE

A.    Installer Qualifications:  An experienced installer who is an authorized representative of the FACP manufacturer for both installation and maintenance of units required for this Project.

B.    Manufacturer Qualifications:  A firm experienced in manufacturing systems similar to those indicated for this Project and with a record of successful in-service performance.

C.    Source Limitations:  Obtain fire alarm system components through one source from a single manufacturer.

D.    Compliance with Local Requirements:  Comply with applicable building code, local ordinances and regulations, and requirements of authorities having jurisdiction.

E.    Comply with NFPA 72.

## PART 2 - PRODUCTS

2.1     MANUFACTURERS

A.     Provide products to match existing in both form and function.

2.2     FUNCTIONAL DESCRIPTION OF SYSTEM

A.     Control of System:  By the FACP.

B.     System Supervision:  Automatically detect and report open circuits, shorts, and grounds of wiring for initiating device, signaling line, and notification-appliance circuits.

C.     Priority of Signals:  Automatic alarm response functions resulting from an alarm signal from one zone or device are not altered by subsequent alarm, supervisory, or trouble signals.  An alarm signal is the highest priority.  Supervisory and trouble signals have second- and third-level priority.  Higher-priority signals take precedence over signals of lower priority, even when the lower-priority condition occurs first.  Annunciate and display all alarm, supervisory, and trouble signals regardless of priority or order received.

D.     System Reset:  All zones are manually resettable from the FACP after initiating devices are restored to normal.

E.     Transmission to Remote Alarm Receiving Station:  Automatically route alarm, supervisory, and trouble signals to a remote alarm station by means of a digital alarm communicator transmitter and telephone lines.

F.     System Alarm Capability during Circuit Fault Conditions:  System wiring and circuit arrangement prevent alarm capability reduction when an open circuit, ground or wire-to-wire short occurs, or an open circuit and a ground occur at the same time in an initiating device circuit, signal line circuit, or notification-appliance circuit.

G.     Loss of primary power at the FACP initiates a trouble signal at the FACP and the annunciator.  An emergency power light is illuminated at both locations when the system is operating on the secondary power supply.

H.     Basic Alarm Performance Requirements:  Unless otherwise indicated, operation of a manual station, automatic alarm operation of a smoke or flame or heat detector, or operation of a sprinkler flow device initiates the following:
        1.     Notification-appliance operation.
        2.     Identification at the FACP and the remote annunciator of the device originating the alarm.
        3.     Transmission of an alarm signal to the remote alarm receiving station.
        4.     Unlocking of electric door locks in designated egress paths.
        5.     Release of fire and smoke doors held open by magnetic door holders.
        6.     Recall of elevators.
        7.     Shutdown of fans and other air-handling equipment serving zone when alarm was initiated.
        8.     Closing of smoke dampers in air ducts of system serving zone where alarm was initiated.
        9.     Recording of the event in the system memory.

I.     Removal of an alarm-initiating device or a notification appliance initiates the following:
        1.     A "trouble" signal indication at the FACP and the annunciator for the device or zone involved.
        2.     Transmission of trouble signal to remote alarm receiving station.

J.     FACP Alphanumeric Display:  Plain-English-language descriptions of alarm, supervisory, and trouble events; and addresses and locations of alarm-initiating or supervisory devices originating the report. Display monitoring actions, system and component status, system commands, programming information, and data from the system's historical memory.

2.5     NOTIFICATION APPLIANCES

A.     Description:  Equipped for mounting as indicated and have screw terminals for system connections.

1. Combination Devices: Factory-integrated audible and visible devices in a single-mounting assembly.
2. Devices shall be red in color.

B. Audio Alarm Devices (Horns – Interior Installation):
1. Electronic-vibrating-polarized type, 24V dc; with provision for housing the operating mechanism behind a grille. Horns produce a minimum sound pressure level of 85 dB, measured 10 feet from the horn.
2. Device to be complete with outlet box, mounting plate, mounting hardware, and terminal strip for wiring connections.

C. Visual Alarm Devices (Strobe Lights): Xenon strobe lights listed under UL 1971 with clear or nominal white polycarbonate lens. Mount lens on an aluminum faceplate. The word "FIRE" is engraved shall be engraved on the device.
1. Rated Light Output: 75 candela (minimum), 110 candela in larger coverage spaces.
2. Strobe Leads: Factory connected to screw terminals.

D. Voice/Tone Speakers:
1. High-Range Units: Rated 2 to 5 W.
2. Low-Range Units: Rated 1 to 2 W.
3. Mounting: Flush, semi-recessed, surface, or surface-mounted; bidirectional as indicated.
4. Matching Transformers: Tap range matched to the acoustical environment of the speaker location.

E. Audio Visual Devices (Voice/Tone Speakers and Strobe Lights): Combination voice/tone speakers and visual alarm devices consisting of the same devices indicated above for "Voice/Tone Speakers" and "Visual Alarm Devices (Strobe Lights)" provided as a single combination alarm device.

2.6     EMERGENCY POWER SUPPLY

A. General: Components include sealed maintenance free battery, charger, and an automatic transfer switch.
1. Battery Nominal Life Expectancy: 20 years, minimum.

B. Battery Capacity: Comply with NFPA 72.
1. Magnetic door holders are not served by emergency power. Magnetic door holders are released when normal power fails.

C. Battery Charger: Solid-state, fully automatic, variable-charging-rate type. Provide capacity for 150 percent of the connected system load while maintaining batteries at full charge. If batteries are fully discharged, the charger recharges them completely within four hours. Charger output is supervised as part of system power supply supervision.

D. Integral Automatic Transfer Switch: Transfers the load to the battery without loss of signals or status indications when normal power fails.

2.7     WIRE

A. Non-Power-Limited Circuits: Red jacketed plenum rated solid-copper conductors with 600-V rated, 75 deg C, color-coded insulation.
1. Low-Voltage Circuits: No. 16 AWG, minimum.
2. Line-Voltage Circuits: No. 12 AWG, minimum.

B. Power-Limited Circuits: NFPA 70, Types FPL, FPLR, or FPLP, as recommended by manufacturer.


**PART 3 - EXECUTION**

3.1     EQUIPMENT INSTALLATION

A.      Connect the FACP with a disconnect switch with lockable handle or cover. Install smoke detectors above the FACP, all expansion panels, and all power supplies.

B.      Audible Alarm-Indicating Devices:  Install so the top of the device is no less than 90 inches above finish floor and not less than 6 inches below the ceiling. Do not install higher than 120 inches unless directed. Install bells and horns on flush-mounted back boxes with the device-operating mechanism concealed behind a grille.  Combine audible and visible alarms at the same location into a single unit.

C.      Visible Alarm-Indicating Devices:  Install so the top of the device is no less than 90 inches above finish floor and not less than 6 inches below the ceiling.  Do not install higher than 120 inches unless directed.

3.2     WIRING INSTALLATION

A.      Wiring Method:  Install wiring in metal raceway according to specification section "Raceways and Boxes."  Conceal raceway except in unfinished spaces and as indicated.

B.      Wiring within Enclosures:  Separate power-limited and non-power-limited conductors as recommended by the manufacturer.  Install conductors parallel with or at right angles to sides and back of the enclosure.  Bundle, lace, and train conductors to terminal points with no excess.  Connect conductors that are terminated, spliced, or interrupted in any enclosure associated with the fire alarm system to terminal blocks.  Mark each terminal according to the system's wiring diagrams.  Make all connections with approved crimp-on terminal spade lugs, pressure-type terminal blocks, or plug connectors.

C.      Cable Taps:  Use numbered terminal strips in junction, pull and outlet boxes, cabinets, or equipment enclosures where circuit connections are made.

D.      Color-Coding:  Red fire alarm plenum rated conductors.  Paint fire alarm system junction boxes and covers red.

3.3     IDENTIFICATION

A.      Identify system components, wiring, cabling, and terminals according to specification section "Electrical Identification."

3.4     APPLICATION SCHEDULE

A.      General Application:  Provide fire alarm devices where indicated on drawings or as scheduled below. Locations on drawings are approximate.  Contractor shall coordinate exact locations with architectural drawings.  Contractor shall submit locations of fire alarm devices to engineer/architect as part of fire alarm shop drawings. Locations shall be based upon ability to mount the device to building construction and coverage afforded the device.

B.      Audio/Visuals and Visuals:  Device locations indicated on the drawings are approximate.  Coordinate with architectural for exact locations and install as per coverage criteria.  Install devices in areas that are unobtrusive to room or space intent (e.g. do not install device at the back of the stage, but install stage device off to one side; or do not try to install device on glass block wall).

3.5     FIELD QUALITY CONTROL

A.      Manufacturer's Field Service:  Engage a factory-authorized service representative to inspect field-assembled components and connections and to supervise pretesting, testing, and adjustment of the system.  Report results in writing.

B.      Pretesting:  After installation, align, adjust, and balance the system and perform complete pretesting. Determine, through pretesting, the compliance of the system with requirements of Drawings and

Specifications. Correct deficiencies observed in pretesting. Replace malfunctioning or damaged items with new ones, and retest until satisfactory performance and conditions are achieved. Prepare forms for systematic recording of acceptance test results.

C. Report of Pretesting: After pretesting is complete, provide a letter certifying the installation is complete and fully operable, including the names and titles of witnesses to preliminary tests.

D. Final Test Notice: Provide a minimum of 10 days' notice in writing when the system is ready for final acceptance testing.

E. Minimum System Tests: Test the system according to procedures outlined in NFPA 72. Minimum required tests are as follows:
1. Verify the absence of unwanted voltages between circuit conductors and ground.
2. Test all conductors for short circuits using an insulation-testing device.
3. With each circuit pair, short circuit at the far end of the circuit and measure the circuit resistance with an ohmmeter. Record the circuit resistance of each circuit on record drawings.
4. Verify that the control unit is in the normal condition as detailed in the manufacturer's operation and maintenance manual.
5. Test initiating and indicating circuits for proper signal transmission under open circuit conditions. One connection each should be opened at not less than 10 percent of initiating and indicating devices. Observe proper signal transmission according to class of wiring used.
6. Test each initiating and indicating device for alarm operation and proper response at the control unit. Test smoke detectors with actual products of combustion.
7. Test the system for all specified functions according to the approved operation and maintenance manual. Systematically initiate specified functional performance items at each station, including making all possible alarm and monitoring initiations and using all communications options. For each item, observe related performance at all devices required to be affected by the item under all system sequences. Observe indicating lights, displays, signal tones, and annunciator indications. Observe all voice audio for routing, clarity, quality, freedom from noise and distortion, and proper volume level.
8. Test Both Primary and Secondary Power: Verify by test that the secondary power system is capable of operating the system for the period and in the manner specified.

F. Retesting: Correct deficiencies indicated by tests and completely retest work affected by such deficiencies. Verify by the system test that the total system meets Specifications and complies with applicable standards.

G. Report of Tests and Inspections: Provide a written record of inspections, tests, and detailed test results in the form of a test log. Submit log on the satisfactory completion of tests.

H. Tag all equipment, stations, and other components at which tests have been satisfactorily completed.

3.6    CLEANING AND ADJUSTING

A. Cleaning: Remove paint splatters and other spots, dirt, and debris. Touch up scratches and marred finish to match original finish. Clean unit internally using methods and materials recommended by manufacturer.

**END OF SECTION**

# BUDGET WORKSHEET

**Project:** Restroom Renovations (Kiest, Gainer and Lacy Halls) Construction Approval

**Project Number:** 2024-06316

**Programmed Amount:** see below

| ESTIMATE TYPE: | ☐ Program of Requirements | ☐ Preliminary Design | ☐ Detailed Design | ☑ Award |
|---|---|---|---|---|

| | | |
|---|---|---:|
| 1. | Construction (Spaw Glass Job Order Contract) | $ 1,796,279.00 |
| 2. | Construction/Project Contingency | $ 228,658.00 |
| 3. | Project Management/Feasibility Study (Project Control) | $ 225,000.00 |
| 4. | Architect/Engineer (A/E) Fee (Kirksey Architecture incl. reimbursables) | $ 228,963.00 |
| 5. | Surveys & Testing Allowance | $ 16,000.00 |
| 6. | Furniture, Fixtures & Equipment Allowance | $ 2,100.00 |
| 7. | Facilities Services/UES Support (Keying/fire alarms/utilities support/etc.) | $ 3,000.00 |
| | Subtotal | $ 2,500,000.00 |
| 8. | SSC Contract Administration @ 3.0% | $ 75,000.00 |
| | Total | $ 2,575,000.00 |

| | |
|---|---:|
| **Total Funding Required for Project:** | $ **2,575,000.00** |
| Less Previously Approved Expense Authorization: | $ (242,550.00) |
| **Additional Funding Required for Construction:** | $ **2,332,450.00** |



# Spence Hall Bathroom Renovations

Spence Hall Restroom Renovations || Weekly Progress Meeting

Subject:             Spence Hall Restroom Renovations || Weekly Progress Meeting
Meeting Type:        Construction
Meeting Number:      1
Start Date:          5/22/2024 3:00:00 PM
End Date:            5/22/2024 4:00:00 PM
Location:            Spence Hall TBD
Date Created:        5/14/2024 3:11:00 PM
Created By:          Garon, Mike
Description:

Published By:        Garon, Mike

## Attendees

| First Name | Last Name | Email | Company | Role | Attended |
|---|---|---|---|---|---|
| | | bmeredith@corps.tamu.edu | | Optional Attendee | Yes |
| Tracy | Ash | tracy@quadtex.net | QuadTex | Required Attendee | No |
| Patrick | Blaha | PatrickB@QuadTex.net | Quad-Tex Construction, Inc. | Required Attendee | Yes |
| Doug | Chmelar | Doug@QuadTex.net | Quad-Tex Construction, Inc. | Required Attendee | Yes |

TAMU-01617

| Wade | Duke | wade.duke@sscserv.com | SSC College Station | Required Attendee | Yes |
|------|------|------------------------|---------------------|-------------------|-----|
| Mike | Garon | michael.garon@sscserv.com | SSC College Station | Organizer | Yes |
| John | Hare | john@patarch.com | Patterson Architects | Required Attendee | No |
| Fred | Patterson | fred@patarch.com | Patterson Architects | Required Attendee | Yes |
| Troy | Taylor | Troyt@quadtex.net | Quad-Tex Construction, Inc. | Optional Attendee | Yes |
| Blake | Tucker | Blake.Tucker@sscserv.com | SSC College Station | Optional Attendee | No |
| Rob | Webber | rob_webber@reslife.tamu.edu | TAMU | Required Attendee | Yes |
| Gary | Williams | Gary.williams@tamu.edu | TAMU Campus Planning, Design and Construction | Required Attendee | Yes |
| David | Zeiger | dwzeiger@tamu.edu | TAMU - EHS | Required Attendee | Yes |

**Meeting Items**

## 1.1
**Topic:** General Comments          **Status:** Open
**Discussion Date:** 5/22/2024 4:14:00 PM

**Discussion:** Safety:
 Secure jobsite daily.
 Keep work areas clear and free of potential hazards. Weekly MDX inspections
Schedule/ Progress:
 See attached schedule
 Dumpster and laydown area in place
 Floor and wall protection completed
 Walls and floor tile demo complete
 GPR and concrete saw cutting completed
Next Week:
 Demo concrete for drain tie-ins.
 Complete demo of plumbing
 Complete demo of exhaust ductwork
 Install new drain piping
RFI / ASI:
 RFI 01: Fire Damper Voltage (see attached)
 RFI 02: Plumbing (see attached)
Change Orders:
 None at this time
Testing & Inspections:
 None at this time
Outages:
 Hot and cold water outage in progress
Questions/Comments:
 Discuss fire rated wall behind water closets
 Open for discussion

| # | Subject | Author | Company | Held By | Date Due | Status |
|---|---------|--------|---------|---------|----------|--------|



# Spence Hall Bathroom Renovations

Spence Hall Restroom Renovations || Weekly Progress Meeting

| | |
|---|---|
| Subject: | Spence Hall Restroom Renovations \|\| Weekly Progress Meeting |
| Meeting Type: | Construction |
| Meeting Number: | 2 |
| Start Date: | 5/29/2024 3:00:00 PM |
| End Date: | 5/29/2024 4:00:00 PM |
| Location: | Spence Hall 2nd Floor Lounge |
| Date Created: | 5/14/2024 3:11:00 PM |
| Created By: | Garon, Mike |
| Description: | |

| | |
|---|---|
| Published By: | Garon, Mike |

## Attendees

| First Name | Last Name | Email | Company | Role | Attended |
|---|---|---|---|---|---|
| Tracy | Ash | tracy@quadtex.net | QuadTex | Required Attendee | No |
| Patrick | Blaha | PatrickB@QuadTex.net | Quad-Tex Construction, Inc. | Required Attendee | Yes |
| Doug | Chmelar | Doug@QuadTex.net | Quad-Tex Construction, Inc. | Required Attendee | No |
| Wade | Duke | wade.duke@sscserv.com | SSC College Station | Required Attendee | No |

| | | | | | |
|---|---|---|---|---|---|
| Mike | Garon | michael.garon@sscserv.com | SSC College Station | Organizer | Yes |
| John | Hare | john@patarch.com | Patterson Architects | Required Attendee | Yes |
| Fred | Patterson | fred@patarch.com | Patterson Architects | Required Attendee | No |
| Troy | Taylor | Troyt@quadtex.net | Quad-Tex Construction, Inc. | Optional Attendee | Yes |
| Blake | Tucker | Blake.Tucker@sscserv.com | SSC College Station | Optional Attendee | Yes |
| Rob | Webber | rob_webber@reslife.tamu.edu | TAMU | Required Attendee | Yes |
| Gary | Williams | Gary.williams@tamu.edu | TAMU Campus Planning, Design and Construction | Required Attendee | Yes |
| David | Zeiger | dwzeiger@tamu.edu | TAMU - EHS | Required Attendee | No |

**Meeting Items**

## 2.1
**Topic:** General Comments              **Status:** Open
**Discussion Date:** 5/29/2024 4:24:00 PM
**Discussion:** Project Completion Date: 7/26/24
Safety:
 Secure jobsite daily.
 Keep work areas clear and free of potential hazards. Weekly MDX inspections
Schedule/ Progress:

See attached schedule
Concrete demo complete
Adjustments made for floor drains
Demo of exhaust duct complete
Concrete pour back complete
Wall layout completed
Installing new ductwork
Next Week:
Reset wall closet carrier
Install framing
Continue installing ductwork
Demo hot and cold water lines that are not needed
Install sheetrock
RFI / ASI:
RFI 02: Plumbing (see attached)
Change Orders:
None at this time
Testing & Inspections:
None at this time
Outages:
Hot and cold water outage in progress
Questions/Comments:
Discuss chase wall behind showers enclosures
Open for discussion

| # | Subject | Author | Company | Held By | Date Due | Status |
|---|---------|--------|---------|---------|----------|--------|

## 2.2

**Topic:** Schedule                    **Status:** Open

**Discussion Date:** 5/29/2024 4:24:00 PM

**Discussion:** On Schedule

| # | Subject | Author | Company | Held By | Date Due | Status |
|---|---------|--------|---------|---------|----------|--------|

*Confidential*

# Texas A&M University
# Corp Dorm Restroom Renovation Project

| DESCRIPTION | February 9, 2024<br><br>GMP Projection |
|---|---|
| **I.    HARD COSTS** | |
| Construction Services (SpawGlass Job Order Contract) | 1,740,426.00 |
| Change Orders | 0.00 |
| Total Costs of Work | 1,740,426.00 |
| | |
| Remaining Contingency | 91,601.00 |
| Expended Contingency | 0.00 |
| | 91,601.00 |
| | |
| Design/Pre-Construction Services | 179,729.00 |
| Pre-Construction Services Reimbursables | 13,640.00 |
| | 193,369.00 |
| | |
| **TOTAL HARD COSTS** | **2,025,396.00** |
| **II.    SOFT COSTS** | |
| Administration (Project Control + Support Services) | 228,000.00 |
| Design and Testing Costs | 31,000.00 |
| Furniture Fixtures and Equipment | 1,000.00 |
| Owner Contingency | 214,604.00 |
| **Current Soft Costs Total** | **474,604.00** |
| | |
| **TOTAL SOFT COSTS** | **474,604.00** |
| | |
| **SUBTOTAL** | **2,500,000.00** |
| | |
| SSC Management Fee (3%) | 75,000.00 |
| | |
| **ESTIMATED TOTAL PROJECT COST** | **2,575,000.00** |



Billing Department
**02 Environmental Health and Safety Department**
College Station, Texas 77843
Email: AR@tamu.edu

| Date | Invoice |
|---|---|
| 09/21/2023 04:48 PM | Q200706 |

| Bill To |
|---|
| Customer 6804222920000 |
| COMPASS GROUP SSC EDCS |
| 1225 E. WEISGARBER RD STE 200 |
| KNOXVILLE, TN 37909 |

| Total Amount Due |
|---|
| $1185.00 |

| Description of Goods/Services | Price | Quantity | Total |
|---|---|---|---|
| Asbestos Analysis | $1185.00 | 1 | $1185.00 |

| | |
|---|---|
| Sales Tax: | $0.00 |
| Total Due: | $1185.00 |

**Comments**

Asbestos analysis- Bldg 400- WO 2023-06030, Requested by: Michael Garon, EDCS (no PO# available)

**Additional Comments**

ALL PAYMENTS ARE DUE WITHIN 30 DAYS OF RECEIPT OF INVOICE.

Please make checks payable to **Texas A&M University** and reference the invoice number on the check.

REMIT CHECK PAYMENTS TO: FEIN:74-6000531 State Agency:3711711711 000 AggieBuy ID:X0101417012

Texas A&M University
FMO
Attn: Sales and Receivables Department
6000 TAMU
College Station, TX 77843

**To pay by credit card, please visit the below link:**
https://fmo.tamu.edu/invoice-payment-02
A 2.75% non-refundable fee is charged to all credit card payments.

TAMU-02628

OAC – 04/16/24 @ 2:00pm

Location MS Teams

Attendees:  Representatives from Project Control
Representatives from SpawGlass
Representatives from TAMU
Representatives from Kirksey

I.  Administration

Communication: No outside communication, comments, pictures, or videos regarding the project are to be taken, spoken of, or shared outside the project team.  All conversations in the meetings are to be considered confidential

    A.  Purpose – Provide project status update
    B.  Chair – SSC representative
    C.  Lead – SpawGlass filling in for Sam Lampe / TAMU Project Control
    D.  Comments and Corrections to previous meeting minutes are to be submitted to Seth Madison, cc: Sam Lampe, Gary Hall, Joy Lynn Winfrey, Austin Vader prior to the next scheduled meeting
    E.  Due Outs from last meeting – SpawGlass – Requested a submittal for flowable fill from Precision Site Services
    F.  Status of Proposals and Contracts

        1.  Kirksey Work Order – Executed
        2.  SpawGlass contract is waiting on Bond information

    G.  eBuilder/ Software

        1.  Pay Applications
        2.  Change Orders
        3.  Submittals / RFIs **- SpawGlass to upload final review copies to eBuilder**

    H.  Inspections
    I.  Meeting Schedule – The next project OAC will be on April 23rd 2024 at 2pm on MS Teams

II.  Design

    A.  Architectural / MEP

| | | |
|---|---|---|
| 1. DD 100% | 3/28/24 – Issued | |
| 2. DD Package Review | 3/28/24 – 4/04/24 | No Comments Received |
| 3. Construction Documents | 3/29/24 – 5/03/24 | **-tracking for 4/26** |
| 4. CD Package Review | 5/06/24 – 5/10/24 | |

    B.  All showers are required to have foot stool. Current design for the foot stool matches what is currently being proposed for the Spence renovation project

III.     Schedule

A.  Project Schedule

1.  Notice to Proceed          2/20/24
2.  Solicit for bid
3.  Buyout Subcontracts        3/08/24 – 3/28/24
4.  TAMU Spring Break          3/11/24 – 3/15/24
5.  Fiberglass Door/ Frame     3/15/24 – 6/19/24 – Ordered
6.  Solid Surface Proc         3/15/24 – 6/19/24 – Ordered
7.  Construction Start         5/13/24 **- Construction fence to be set up 5/12**
8.  Completed Demo             5/29/24
9.  MEP Rough- in              6/11/24
10. Floor and Wall Finishes    6/29/24
11. Trim and Finish Out        7/03/24
12. Project Completion         8/01/24

IV.     Budget

A.  AAOC = $1,796,279
B.  Preliminary SpawGlass Estimate $1,674,465

V.      Contractor Items

A.  Materials

1.  Fiberglass Doors and Frames **-SG and Project Controls to visit facility**
2.  Solid Surface
3.  Tile **- Being delivered and stored at Daltile San Antonio**

B.  Specification - SpawGlass is gathering flowable fill concrete submittal
**- SSC to get keys for mullions**

VI.     Owner Items – Construction fencing to be installed Sunday May 12th, 2024
**- Project Control to set up pre-con meeting**

VII.    New Business
**- All public questions and communication to go thru Gary Hall**

VIII.   Due Outs for future meetings



| Activity Name | Orig Dur | Remaining Duration | Start | Finish |
|---|---|---|---|---|
| **TAMU Corps Dorms RR Renovations** | 134 | 92 | 20-Feb-24 A | 02-Aug-24 |
| Pre-Construction | 110 | 65 | 20-Feb-24 A | 29-Jun-24 |
| Under Contract (Design NTP) | 0 | 0 | 20-Feb-24 A | |
| DD Package | 20 | 0 | 26-Feb-24 A | 28-Mar-24 A |
| Buyout Subcontracts | 15 | 0 | 14-Mar-24 A | 08-Apr-24 A |
| Fiberglass Doors and Frames Procurement | 72 | 60 | 01-Apr-24 A | 29-Jun-24 |
| Solid Surface Material Procurement | 72 | 60 | 02-Apr-24 A | 29-Jun-24 |
| Tile Procurement | 25 | 15 | 02-Apr-24 A | 01-May-24 |
| DD Package Review | 4 | 0 | 02-Apr-24 A | 05-Apr-24 A |
| CD Package | 20 | 13 | 08-Apr-24 A | 01-May-24 |
| CD Package Review | 5 | 5 | 02-May-24 | 08-May-24 |
| Milestones | 68 | 68 | 13-May-24 | 02-Aug-24 |
| Start Construction | 0 | 0 | 13-May-24 | |
| Complete Demo | 0 | 0 | | 30-May-24 |
| MEP Rough-In | 0 | 0 | | 12-Jun-24 |
| Floor and Wall Finishes | 0 | 0 | | 01-Jul-24 |
| Trim and Finish Out | 0 | 0 | | 08-Jul-24 |
| Project Completion | 0 | 0 | | 02-Aug-24 |
| Inspections | 17 | 17 | 24-May-24 | 14-Jun-24 |
| Mechanical Rough In Inspection | 0 | 0 | | 24-May-24 |
| Fire Suppression Testing | 0 | 0 | | 30-May-24 |
| Underground Plumbing Rough In Inspection | 0 | 0 | | 03-Jun-24 |
| Rebar Inspection | 0 | 0 | 04-Jun-24 | |
| Wall Framing Inspection | 0 | 0 | | 10-Jun-24 |
| Electrical Rough In Inspection | 0 | 0 | | 11-Jun-24 |
| Plumbing Rough In Inspection | 0 | 0 | | 12-Jun-24 |
| Ceiling Framing Inspection | 0 | 0 | | 14-Jun-24 |
| Construction | 82 | 82 | 15-Apr-24 | 22-Jul-24 |
| Dorm 2 (Kiest) | 58 | 58 | 13-May-24 | 22-Jul-24 |
| Demo | 15 | 15 | 13-May-24 | 30-May-24 |
| Mobilize Fence and Connexes | 2 | 2 | 13-May-24 | 14-May-24 |
| Make Safe of Electrical and Fire Safety | 1 | 1 | 13-May-24 | 13-May-24 |
| Demo/Salvage Fixtures | 2 | 2 | 14-May-24 | 15-May-24 |
| Demo/Salvage Partitions | 1 | 1 | 16-May-24 | 16-May-24 |
| Demo Floor and Wall Tile | 2 | 2 | 17-May-24 | 18-May-24 |
| Demo Ceiling | 2 | 2 | 20-May-24 | 21-May-24 |
| Demo Sheetrock and Framing | 2 | 2 | 22-May-24 | 23-May-24 |
| Demo Existing Electrical | 2 | 2 | 22-May-24 | 23-May-24 |
| Demo Existing In-Wall Plumbing | 2 | 2 | 22-May-24 | 23-May-24 |

Start Date: 20-Feb-24
Finish Date: 02-Aug-24
Data Date: 15-Apr-24
Run Date: 16-Apr-24

Actual Work
Remaining Work
Critical Remaining Work
◆ Milestone
Summary
Level of Effort
Actual Level of Effort

**TAMU Corps Dorms RR Renovations**
Print Format
Page 1 of 2

SpawGlass



| Activity Name | Orig Dur | Remaining Duration | Start | Finish |
|---|---|---|---|---|
| Sawcut and Demo Concrete | 2 | 2 | 24-May-24 | 28-May-24 |
| Demo Existing In-Slab Plumbing | 2 | 2 | 29-May-24 | 30-May-24 |
| Renovations | 48 | 48 | 22-May-24 | 22-Jul-24 |
| Install new Ductwork | 3 | 3 | 22-May-24 | 24-May-24 |
| Install Fire Suppression | 6 | 6 | 22-May-24 | 30-May-24 |
| Install new Above-Ceiling Elecrical | 3 | 3 | 24-May-24 | 29-May-24 |
| In-Slab Plumbing | 3 | 3 | 31-May-24 | 03-Jun-24 |
| Pour Back Concrete at Sawcut Areas | 2 | 2 | 04-Jun-24 | 05-Jun-24 |
| Install Wall Framing | 4 | 4 | 06-Jun-24 | 10-Jun-24 |
| Install new In-Wall Electrical | 3 | 3 | 08-Jun-24 | 11-Jun-24 |
| Install new In-Wall Plumbing | 4 | 4 | 08-Jun-24 | 12-Jun-24 |
| Install Ceiling Framing | 4 | 4 | 11-Jun-24 | 14-Jun-24 |
| Floor Prep | 4 | 4 | 11-Jun-24 | 14-Jun-24 |
| Install Wall Sheetrock | 4 | 4 | 13-Jun-24 | 17-Jun-24 |
| Install Ceiling Sheetrock | 3 | 3 | 15-Jun-24 | 18-Jun-24 |
| Install Floor Tile | 8 | 8 | 15-Jun-24 | 24-Jun-24 |
| Tape, Float, and Finish | 2 | 2 | 19-Jun-24 | 20-Jun-24 |
| Install Electrical Ceiling Fixtures | 3 | 3 | 21-Jun-24 | 24-Jun-24 |
| Install Mechanical Fixtures | 2 | 2 | 21-Jun-24 | 22-Jun-24 |
| Install Wall Tile | 6 | 6 | 25-Jun-24 | 01-Jul-24 |
| Install Solid Surface Materials | 5 | 5 | 01-Jul-24 | 09-Jul-24 |
| Paint Ceiling | 3 | 3 | 02-Jul-24 | 08-Jul-24 |
| Install Electrical Wall Fixtures | 3 | 3 | 02-Jul-24 | 08-Jul-24 |
| Install new Specialties | 2 | 2 | 02-Jul-24 | 03-Jul-24 |
| Install Plumbing Fixtures | 2 | 2 | 03-Jul-24 | 08-Jul-24 |
| Install Doors and Hardware | 2 | 2 | 09-Jul-24 | 10-Jul-24 |
| Contractor Punchlist | 10 | 10 | 11-Jul-24 | 22-Jul-24 |
| Dorm 5 (Gainer) | 61 | 61 | 15-Apr-24 | 25-Jun-24 |
| Dorm 6 (Lacey) | 61 | 61 | 15-Apr-24 | 25-Jun-24 |
| Close-Out | 22 | 22 | 09-Jul-24 | 02-Aug-24 |
| Commisioning | 10 | 10 | 09-Jul-24 | 19-Jul-24 |
| Owner Punchlist | 10 | 10 | 23-Jul-24 | 02-Aug-24 |

Start Date: 20-Feb-24
Finish Date: 02-Aug-24
Data Date: 15-Apr-24
Run Date: 16-Apr-24

Actual Work
Remaining Work
Critical Remaining Work
Milestone
Summary
Level of Effort
Actual Level of Effort

**TAMU Corps Dorms RR Renovations**
Print Format
Page 2 of 2

SpawGlass



*SpawGlass Construction Corp.*

**PROJECT MANAGEMENT - SUBMITTAL LOG**

**4024003 - TAMU Corps Dorms**

Page: 1 of 1
Date: Apr 16, 2024
Time: 10:17 AM EDT

| Submittal ID | Last Rev. | Title | Type | Status | Activity Start Date | Required Start | Required Finish | Received | Sent | Days Out | Returned | Forwarded | Responsibility |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SPEC SECTION:** | **NONE** | | | | | | | | | | | | |
| Spec Sub-Section | None | | | | | | | | | | | | |
| 211313-001 | 1 | Fire Suppression Piping Wet-Pipe Sprinkler System - Product Data | Product Data | Submitted for Approval | | | | 04/08/2024 | 04/10/2024 | 6 | | | Kirksey Architects, Inc. |
| 265100-001 | 1 | Interior Lighting - Product Data | Product Data | Submitted for Approval | | | | 04/09/2024 | 04/11/2024 | 5 | | | Kirksey Architects, Inc. |
| 260923-001 | 1 | Lighting Control Devices - Product Data | Product Data | Submitted for Approval | | | | 04/09/2024 | 04/11/2024 | 5 | | | Kirksey Architects, Inc. |

<span style="color:red">Electrical packages being revised and re-sent</span>

**Report Parameters**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Break By: | Spec. Section (S) | Sent To Partner: | | Status Class: | | Run Date: | Apr 16, 2024 |
| Package: | | Sent To Partner Type: | | Status: | SFA | Run Time: | 10:17 AM EDT |
| From Specification Section: | | Returned By Partner: | | Submittal Type: | COMPLETE | Operator: | JOSH.FARRIS |
| To Specification Section: | | Returned By Partner Type: | | Sort By: | Submittal Sort Order | Report Code: | PM3041 |
| Responsibilty Partner: | | Forwarded To Partner: | | Project: | 4024003 | | |
| Responsibility Partner Type: | | Forwarded To Partner Type: | | Show Notes: | | | |

TAMU-01629



### *40 - SpawGlass Construction Corp.*

### *PROJECT MANAGEMENT - REQUEST FOR INFORMATION LOG*
### *4024003 - TAMU Corps Dorms Restrooms Renovations*

Page: 1 of 1
Date: Apr 16, 2024
Time: 10:39 AM EDT



| RFI Number | Cost | Subject | From Company | To Company | Date Created | Date Required | Date Answered | Status | Answered By |
|---|---|---|---|---|---|---|---|---|---|
| 0001 | Potentially | Testing and Inspections | SpawGlass Construction Corp. | Kirksey Architects, Inc. | 04/16/2024 | 04/17/2024 | | Open | |
| | | Co-Author: | | | | | | | |

Answered on 4/16

**Report Parameters**

| | | | | | | |
|---|---|---|---|---|---|---|
| Company: | 40 | Restrict Value of: | Create Date | Status: | Run Date: | Apr 16, 2024 |
| Project: | 4024003 | From Date: | | Status Class: | Run Time: | 10:39 AM EDT |
| Sent To: | | To Date: | | | Operator: | JOSH.FARRIS |
| | | | | | Report Code: | PM3011 |

203

TAMU-01434



# TAMU Corp Dorm Restroom Renovation

## Estimate

| | | | |
|---|---|---|---|
| Estimate Date: | 02/09/2024 | Documents Date: | 10/20/2023 |
| Project Size (SF): | 1,500 | Project #: | 4022021 |
| Project Location: | College Station, TX | Lead Estimator: | Dustin Wilson |

| ITEM | COST | COST \| SF | % OF TOTAL |
|---|---|---|---|
| *Direct Costs* | *1,520,817* | *1,013.88* | *83.01 %* |
| Div. 01 - General Requirements | 174,686 | 116.46 | 9.54 % |
| Div. 02 - Existing Conditions | 81,192 | 54.13 | 4.43 % |
| Div. 03 - Concrete | 51,836 | 34.56 | 2.83 % |
| Div. 06 - Wood, Plastics, & Composites | 15,665 | 10.44 | 0.86 % |
| Div. 08 - Openings | 199,391 | 132.93 | 10.88 % |
| Div. 09 - Finishes | 413,347 | 275.56 | 22.56 % |
| Div. 10 - Specialties | 134,831 | 89.89 | 7.36 % |
| Div. 21 - Fire Suppression | 43,109 | 28.74 | 2.35 % |
| Div. 22 - Plumbing | 231,245 | 154.16 | 12.62 % |
| Div. 26 - Electrical | 175,515 | 117.01 | 9.58 % |

| ITEM | COST | COST \| SF | % OF TOTAL |
|---|---|---|---|
| *Indirect Costs* | *311,209* | *207.47* | *16.99 %* |
| General Conditions | 150,648 | 100.43 | 8.22 % |
| A/E CA Fee's | 68,960 | 45.97 | 3.76 % |
| Contractor's Contingency | 91,601 | 61.07 | 5.00 % |
| *Total Cost* | *$ 1,832,027* | *$ 1,221.35* | *100.00 %* |



# TAMU Corp Dorm Restroom Renovation

## Estimate

| | | |
|---|---|---|
| Estimate Date: | 02/09/2024 | Documents Date: | 10/20/2023 |
| Project Size (SF): | 1,500 | Project #: | 4022021 |
| Project Location: | College Station, TX | Lead Estimator: | Dustin Wilson |

| ITEM | QUANTITY \| UM | UNIT COST | TOTAL COST |
|---|---|---|---|
| *Div. 01 - General Requirements* | | | *174,686* |
| *Div. 01 - General Requirements* | | | *174,686* |
| General Requirements - General Labor/Maintenance | 1.0 LS | 83,409.97 | 83,410 |
| General Requirements - Temp Fence & Facilities | 1.0 LS | 21,700.16 | 21,700 |
| General Requirements - Connex/Dumpster | 1.0 LS | 18,716.38 | 18,716 |
| General Requirements - Final Clean | 1,500.0 SF | 6.78 | 10,172 |
| General Requirements - General Site Protection | 1.0 LS | 20,343.90 | 20,344 |
| General Requirements - Project Touch-ups | 1.0 LS | 20,343.90 | 20,344 |
| *Div. 02 - Existing Conditions* | | | *81,192* |
| *Div. 02 - Existing Conditions* | | | *81,192* |
| Restroom Demolition | 1,500.0 SF | 54.13 | 81,192 |
| *Div. 03 - Concrete* | | | *51,836* |
| *Div. 03 - Concrete* | | | *51,836* |
| Underground Utilities - Pour Back | 1,500.0 SF | 34.56 | 51,836 |
| *Div. 06 - Wood, Plastics, & Composites* | | | *15,665* |
| *Div. 06 - Wood, Plastics & Composites* | | | *15,665* |
| Rough Carpentry | 1,500.0 SF | 3.39 | 5,086 |
| Architectural Woodwork - Restroom Countertop Base/Framing | 3.0 Each | 3,526.28 | 10,579 |
| *Div. 08 - Openings* | | | *199,391* |
| *Div. 08 - Openings* | | | *199,391* |
| Fiberglass Doors & Frames & Hardware w/Install | 33.0 Each | 6,042.14 | 199,391 |
| *Div. 09 - Finishes* | | | *413,347* |
| *Div. 09 - Finishes* | | | *413,347* |
| Drywall | 1,500.0 SF | 131.54 | 197,315 |

*TAMU Corp Dorm Restroom Renovation*
*Estimate*

*Page 1 of 2*

*Estimate Date: 02/09/2024*
*Documents Date: 10/20/2023*

TAMU-01433

| ITEM | QUANTITY \| UM | UNIT COST | TOTAL COST |
|---|---|---|---|
| Ceramic Tile - Walls/Flooring/Base | 1,500.0 SF | 137.24 | 205,860 |
| Epoxy Painting | 1,500.0 SF | 6.78 | 10,172 |
| *Div. 10 - Specialties* | | | *134,831* |
| *Div. 10 - Specialties* | | | *134,831* |
| Solid Surface Shower Encloser & Countertops | 15.0 Each | 6,772.08 | 101,581 |
| Toilet/Shower Accessories | 3.0 Each | 11,083.35 | 33,250 |
| *Div. 21 - Fire Suppression* | | | *43,109* |
| *Div. 21 - Fire Suppression* | | | *43,109* |
| Fire Suppression | 1,500.0 SF | 28.74 | 43,109 |
| *Div. 22 - Plumbing* | | | *231,245* |
| *Div. 22 - Plumbing* | | | *231,245* |
| Plumbing & HVAC | 3.0 Each | 77,081.66 | 231,245 |
| *Div. 26 - Electrical* | | | *175,515* |
| *Div. 26 - Electrical* | | | *175,515* |
| Electrical | 3.0 Each | 58,504.97 | 175,515 |

*Total - Direct Costs*                                                      *$ 1,520,817*



# TEXAS A&M UNIVERSITY CORP DORM RESTROOM RENOVATION PROJECT ESTIMATE

**TAMU Corp Dorms**
**College Station, TX**
**February 09, 2024**

## GENERAL QUALIFICATIONS

1. This Estimate proposal is based on IFC documents and Specs by Patterson Architects, dated 10.20.23.
2. This Estimate includes the proposed demolition and renovations to (3) three Corp Dorm restroom and bathroom facilities. The (3) restroom and bathroom facilities being renovated are the north Kiest ground floor restroom and bathroom facility, the north Gainer ground floor restroom and bathroom facility and the north Lacy ground floor restroom and bathroom facility.
3. This Estimate assumes that the Owner will contract with a Testing Agency to conduct all special inspections that may be required by the local code authorities.
4. This estimate does not include any abatement or hazardous material removal activities.
5. Pricing assumes unlimited and un-hindered access to the work area in order to complete this project within the stipulated time frame.
6. The builder's risk policy for this project covers the cost and scope of work associated with this project and does not cover the entire building the project is located in.
7. The following project costs are EXCLUDED from SpawGlass' Conceptual Estimate Report:
   a. State of Texas Sales Tax and/or Remodeling Tax
   b. Material Testing, Surveys, Testing & Inspection and Soil Borings
   c. Fixtures, Furniture & Equipment; Moving & Storage
   d. Municipal/MUD/Utility Impact/Usage fees.
   e. Building Permit
8. Pricing assumes the use of Lot 26 for a storage/lay-down yard and for contractor parking.
   a. Pricing does not include any parking cost to park in Lot 26
9. Pricing assumes having sole access to the second-floor study/office room located in the north end-caps for use as a General Contractor office space.
10. Finish and material selection may have to change or be modified in order to complete the project within the stipulated time frame.
    a. These changes may impact overall costs.
11. Pricing assumes that an inspector is readily available to perform inspections in order to comply with the project schedule.

## Division 01 – General Requirements and General Conditions
1. Pricing includes a 5% contractor contingency.
2. Pricing assumes a 12-week schedule starting May 13, 2024, and going through August 2, 2024



**Division 02 – Demolition**

1. Pricing includes but is not limited to the demolition of the following:
    a. Framing/Walls/Ceilings and associated finishes
    b. Toilet and shower partitions
    c. Flooring/Floor tile and associated mud bed
    d. Doors, Frames and Hardware
    e. M.E.P. Equipment & Fixtures.
    f. Concrete Slab removal where new underground utilities are required.
2. Pricing includes presenting fixtures and equipment to the owner that are able to be salvaged.

**Division 03 – Concrete**

1. Pricing includes the pour-back of concrete in areas requiring to be trenched for new underground utilities. All other concrete work has been excluded from our pricing.

**Division 04 – Masonry**

1. Pricing **EXCLUDES** any interior or exterior masonry work.

**Division 05 – Metals**

1. Pricing **EXCLUDES** any structural steel or miscellaneous steel scope.

**Division 06 – Wood, Plastics, and Composites**

1. Pricing includes wood support and structure for the solid surface countertops.

**Division 08 – Openings**

1. Pricing includes fiberglass doors and frames not as specified in the specifications due to lead-time and procurement constraints. The current lead-time for the specified doors is approximately 16 weeks.
    a. This pricing includes fiberglass doors and frames from Tiger Doors which have an approximate lead-time of 8-10 weeks after submittals are approved.

**Division 09 – Finishes**

1. Pricing includes new framing and drywall for the walls and ceilings.
    a. This pricing includes the installation of new ceiling access doors.
    b. This pricing **EXCLUDES** corner guards.
2. Pricing includes new wall tile and floor tile where detailed in the drawings.
    a. Tile color has not been selected or determined. Specific owner required selections may impact lead time and material procurement.
3. Pricing includes epoxy paint on the ceilings only.
    a. The paint color has not been selected by the design team.

TAMU-01436



**Division 10 – Specialties**

1. Pricing includes the installation of toilet and bath accessories.
2. Pricing includes the installation of Solid Surface materials as shown:
   a. Shower Pans
   b. Shower Walls
   c. Counter Tops
   d. Shower Caddy
   e. Shower Footrest
3. Pricing includes the installation of wood blocking where necessary for specialty items.

**Division 11 - Equipment**

1. Pricing **EXCLUDES** any owner furniture, fixtures and equipment.

**Division 12 - Furnishings**

1. Pricing **EXCLUDES** any furnishings.

**Division 13 – Special Construction**

1. Pricing **EXCLUDES** any special construction.

**Division 21 – Fire Suppression**

1. Pricing includes the make-safe of existing fire sprinklers.
2. Pricing includes the installation of additional sprinkler heads and associated piping to each stall in the restrooms and showers areas.
3. Pricing **EXCLUDES** any drain-downs or re-charging of the existing fire sprinkler system each day.
   a. This assumes that level one and potentially the entire building will not have sprinkler coverage while the sprinkler rework is taking place.

**Division 22 – Plumbing**

1. Pricing includes the installation of new sanitary waste, vent, cold water, and hot water piping and associated components.
2. Pricing includes insulation for domestic water.

**Division 23 – HVAC**

1. Pricing includes the installation of new ductwork and associated fixtures.
2. Pricing includes the installation of new fire/smoke dampers.
3. Pricing includes the installation of previously removed fixtures.
4. Pricing **EXCLUDES** any new mechanical motorized systems.

**Division 26 – Electrical**

1. Pricing includes the installation of new light fixtures and associated raceways.
2. Pricing includes the installation of new occupancy light switches.
3. Pricing includes re-working the fire alarm system per the drawings.

TAMU-01631



**Division 27 – Communications**

1.  Pricing **EXCLUDES** any communications devices or wiring.

**Division 28 – Electronic Safety & Security**

1.  Pricing includes the installation of new visual and audible fire alarm devices.
2.  Pricing does not include any security or surveillance systems.

**Division 33 – Utilities**

1.  Pricing **EXLUDES** any site utilities work.

TAMU-01432

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nicole Myette on behalf of Jason Contreras
Bar No. 24092093
nicole.myette@oag.texas.gov
Envelope ID: 90476849
Filing Code Description: EXHIBIT LIST
Filing Description: Part1
Status as of 8/2/2024 12:33 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Patti Artavia | | patti@vbattorneys.com | 8/2/2024 11:44:12 AM | SENT |
| Brian ABeckcom | | brian@vbattorneys.com | 8/2/2024 11:44:12 AM | SENT |
| Brendan Fradkin | | brendan@vbattorneys.com | 8/2/2024 11:44:12 AM | SENT |

Associated Case Party: Texas A&M University

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jason Contreras | | Jason.contreras@oag.texas.gov | 8/2/2024 11:44:12 AM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 8/2/2024 11:44:12 AM | SENT |
| Thomas Silver | | tsilver@tamus.edu | 8/2/2024 11:44:12 AM | SENT |
| Jerri Low | | jlow@tamus.edu | 8/2/2024 11:44:12 AM | SENT |

Associated Case Party: Brian Beckcom

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| J DavidDodd III | | David@Jddoddlaw.com | 8/2/2024 11:44:12 AM | SENT |

| | |
|---|---|
| **From:** | Eddie Hare <ehare@eddiehare.com> |
| **Sent:** | Tuesday, October 24, 2023 2:06 PM |
| **To:** | barbie@patarch.com; Fred Patterson; Garon, Michael |
| **Subject:** | [Ext] FW: TABS Payment Receipt-Corps Dorm-Spence |

CAUTION:This email contains a link or attachment. Please make sure it's from a trusted source before you open the attachment or click on the link.

Here is the registration

**Eddie Hare** R.A.S. 0008

(979) 820-0149

**From:** tabs-noreply@tdlr.texas.gov <tabs-noreply@tdlr.texas.gov>
**Sent:** Tuesday, October 24, 2023 12:24 PM
**To:** Eddie Hare <ehare@eddiehare.com>
**Subject:** TABS Payment Receipt

Architectural Barriers Project Registration Online Receipt

## Architectural Barriers Project Registration Online Receipt

Your project has been successfully registered! However, this is only the registration of the construction project. The building/facility owner is ultimately responsible for ensuring that the registration number, project details and construction documents (in the instance that a design professional is not associated with the project) are mailed, scanned, or hand delivered to the Registered Accessibility Specialist (RAS) for the required review and inspection of the project.

Your project registration number is **TABS2024003825**.

**Project Name**
Corps Dorm Bathroom Renovations
**Project Number**
TABS2024003825
**Receipt Number**
452AB2032935515
**Reference Number**
2032935515
**Receipt Date**
10/24/2023
**Fee Description**
Project Registration Fee
**Amount**
$175.00
**Billing Name**
Eddie Hare
**Billing Address**

1

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nicole Myette on behalf of Jason Contreras
Bar No. 24032093
nicole.myette@oag.texas.gov
Envelope ID: 98750566
Filing Code Description: PLEA TO THE JURISDICTION
Filing Description: Defendant's First Supplement
Status as of 3/21/2025 4:10 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Patti Artavia | | patti@vbattorneys.com | 3/21/2025 3:03:37 PM | SENT |
| Brian ABeckcom | | brian@vbattorneys.com | 3/21/2025 3:03:37 PM | SENT |
| Brendan Fradkin | | brendan@vbattorneys.com | 3/21/2025 3:03:37 PM | SENT |
| Michael  Granado | | michael@vbattorneys.com | 3/21/2025 3:03:37 PM | SENT |
| Hunter Shurtleff | | hunter@shurtlefflaw.com | 3/21/2025 3:03:37 PM | SENT |

Associated Case Party: Texas A&M University

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jason Contreras | | Jason.contreras@oag.texas.gov | 3/21/2025 3:03:37 PM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 3/21/2025 3:03:37 PM | SENT |

**Received & Filed 3/21/2025 3:11 PM**
**Gabriel Garcia, District Clerk**
**Brazos County, Texas**
**Erika Garcia**
**Envelope# - 98751251**

5855 FOSTER ROAD
BRYAN TX 77807
US
**Billing Phone**
9798200149
**Billing Email**
ehare@eddiehare.com

Architectural Barriers Program
Regulatory Program Management Division
Texas Department of Licensing and Regulation
512-539-5669 Voice • 877-278-0999 Toll Free • 512-539-5690 Fax
Visit our Website: www.tdlr.texas.gov
Email: Techinfo@tdlr.texas.gov

*NOTE: This email has been generated based on activity in the Texas Architectural Barriers online System (TABS) and does not address issues related to the Americans with Disabilities Act (ADA) or any other state, local, or federal requirement. For information regarding the ADA, please contact the U.S.Department of Justice ADA Technical Assistance Program at 1-800-514-0301(voice) or 1-800-514-0383(ADD).*

*Email was sent to: ehare@eddiehare.com*

TAMU-01434



**TAMU CORPS DORMS RESTROOM RENOVATIONS**

**PROJECT DESIGN MEETING MINUTES NO. 01**

**DATE:**        Thursday, February 22, 2024

**TIME:**         4:00pm

**LOCATION:**   MS TEAMS

**PRESENT:**

| | |
|---|---|
| Gary Hall | Project Control |
| Russ Wallace | Project Control |
| Sam Lampe | Project Control |
| Lane Rutledge | Project Control |
| Michael Garon | SSC |
| Ben Sasse | TAMU |
| Garett Wheaton | SpawGlass |
| Layton Muehr | SpawGlass |
| Paul Gregg | SpawGlass |
| Josh Farris | SpawGlass |
| Verr Soltes | Kirksey |
| Michael Lindermann | Kirksey |

## I.    ADMINISTRATION

Communication: No outside communication, comments, pictures, or videos regarding the project are to be taken, spoken of, or shared outside the project team. All conversations in the meetings are to be considered confidential.

A.    Comments/Corrections to Previous Meeting Minutes

1.    Comments to the meeting minutes are to be submitted via email to Sam Lampe, cc: Gary Hall, Jo Lynn Winfrey prior to the next scheduled meeting.

B.    Status of Proposals and Contracts

1.    Michael Garon will be issuing the construction contract through eBuilder to SpawGlass. A UPB will need to be created at some point. This is a requirement for a Job Order Contract (JOC).

C.    eBuilder/Software

1.    All processes to be submitted and recorded within eBuilder, including Pay Applications and Changer Orders.

2.    SpawGlass will utilize CMIC to process Submittals and RFIs. They will then upload the finalized documentation into eBuilder.

D.    Inspections

1.    Project Control will conduct all building inspections.

2.    TAMU EH&S will conduct all life safety inspections.

E.    Meeting Schedule

    1. Project Control will coordinate with all parties to establish a reoccurring meeting schedule.

F. Project Directory

    1. Project Control will generate a project directory for the entire team. All parties to send their teams contact information to Project Control.

II. **DESIGN**

A. Architectural/MEP

    1. Design Schedule

| | | |
|---|---|---|
| a. | Design Development | 02/23/24 – 03/21/24 |
| b. | DD Package Review | 03/22/24 – 03/28/24 |
| c. | Construction Documents | 03/29/24 – 05/03/24 |
| d. | CD Package Review | 05/06/24 – 05/10/24 |

III. **SCHEDULE**

A. Project Schedule

| | | |
|---|---|---|
| 1. | Notice to Proceed | 02/20/24 |
| 2. | Solicit for Bid | |
| 3. | Buyout Subcontracts | 03/08/24 – 03/28/24 |
| 4. | TAMU Spring Break | 03/11/24 – 03/15/24 |
| 5. | Fiberglass Door/Frame | 03/15/24 – 06/19/24 |
| 6. | Solid Surface Proc | 03/15/24 – 06/19/24 |
| 7. | Construction Start | 05/13/24 |
| 8. | Completed Demo | 05/29/24 |
| 9. | MEP Rough-in | 06/11/24 |
| 10. | Floor and Wall Finishes | 06/29/24 |
| 11. | Trim and Finish Out | 07/03/24 |
| 12. | Project Completion | 08/01/24 |

IV. **BUDGET**

A. Budget Status

    1. AACC - $1,796,279
    2. Preliminary SpawGlass Estimate - $1,674,465

V. **CONTRACTOR ITEMS**

A. Logistics Plan Development.

    1. Parking Lot #26 – Laydown, Storage and Contractor Parking

        a. SpawGlass to send a preliminary site logistic plan to the project team for review and comment. SpawGlass to avoid having construction traffic through the Quad.

        b. SpawGlass will need a dumpster and temporary toilet facilities at each building. They will fence these areas off to prevent public access.

    2. Construction Offices – 2nd Floor Study/Office Room

      a.  SpawGlass will be utilizing the 2nd Floor Study/Office Room in all three building for temporary construction offices and light storage space.

**VI.     OWNER ITEMS**

   A.  <u>Site Coordination</u>

     1.  Accessing the Existing Corps Dorms

       a.  Kirksey has a couple of measurements to be acquired in the existing dorms restrooms. SpawGlass to identify and request a date to gain access to the restrooms. Access to the space can be conducted before Spring Break, but TAMU will need a couple of days' notice. Access to the space will need to be after 9am.

       b.  All existing card readers will be active throughout the duration of construction. SSC will issue access cards to the project team.

**VII.    NEW BUSINESS**

The meeting was adjourned at 4:35 PM.

                          **SUBMITTED BY:**  Sam Lampe

SL:sl (02/23/24)

**ATTACHMENTS:**

**DISTRIBUTION**
Gary Hall
Russ Wallace
Sam Lampe
Lane Rutledge
Jo Lynn Winfrey
Michael Garon
Ben Sasse
Garett Wheaton
Layton Muehr
Paul Gregg
Josh Farris
Berr Soltes
Michael Lindermann



**TAMU CORPS DORMS RESTROOM RENOVATIONS**

**PROJECT DESIGN MEETING MINUTES NO. 02**

**DATE:**        Thursday, March 5, 2024

**TIME:**        2:00pm

**LOCATION:**    MS TEAMS

**PRESENT:**     Gary Hall           Project Control
                 Sam Lampe           Project Control
                 Lane Rutledge       Project Control
                 Jo Lynn Winfrey     Project Control
                 Michael Garon       SSC
                 Ben Sasse           TAMU
                 Garett Wheaton      SpawGlass
                 Layton Muehr        SpawGlass
                 Paul Gregg          SpawGlass
                 Josh Farris         SpawGlass
                 Verr Soltes         Kirksey
                 Michael Lindermann  Kirksey

## I.    ADMINISTRATION

Communication: No outside communication, comments, pictures, or videos regarding the project are to be taken, spoken of, or shared outside the project team. All conversations in the meetings are to be considered confidential.

A. Comments/Corrections to Previous Meeting Minutes

   1. Comments to the meeting minutes are to be submitted via email to Sam Lampe, cc: Gary Hall, Jo Lynn Winfrey prior to the next scheduled meeting.

B. Status of Proposals and Contracts

   1. Kirksey's contract has been completed.

   2. SpawGlass's work order in currently in eBuilder pending submission of unit price breakdown. SpawGlass is working on the pricing and should have it completed by the end of the week.

C. eBuilder/Software

   1. Pay Applications

   2. Changer Orders

   3. Submittals/RFIs

D. Inspections

   1. Project Control

E. Meeting Schedule

    1. The next Project OAC Meeting will be on March 12, 2024, at 2:00pm on MS Teams.

## II. DESIGN

A. <u>Architectural/MEP</u>

1. Design Schedule

| | | |
|---|---|---|
| a. | Design Development | 02/23/24 – 03/21/24 |
| b. | DD Package Review | 03/22/24 – 03/28/24 |
| c. | Construction Documents | 03/29/24 – 05/03/24 |
| d. | CD Package Review | 05/06/24 – 05/10/24 |

2. Drawing Review

a. Kirksey to keep an emphasis on retaining 5 showers for each restroom. Due to space constraints Kiest and Gainer toilets will be reduced to 4, with an ADA and ambulatory stall. Kirksey to study Lacy restroom in more depth and revise the plans to accommodate 5 showers. Kirksey to reissue the drawing changes out to the team by the end of the week.

b. SpawGlass is planning on using Tiger Doors, which have a stated lead time of 8-10 weeks. Project Control to forward product data to SSC for review. Samples have been ordered and should ship to Kirksey this week.

## III. SCHEDULE

A. <u>Project Schedule</u>

| | | |
|---|---|---|
| 1. | Notice to Proceed | 02/20/24 |
| 2. | Solicit for Bid | |
| 3. | Buyout Subcontracts | 03/08/24 – 03/28/24 |
| 4. | TAMU Spring Break | 03/11/24 – 03/15/24 |
| 5. | Fiberglass Door/Frame | 03/15/24 – 06/19/24 |
| 6. | Solid Surface Proc | 03/15/24 – 06/19/24 |
| 7. | Construction Start | 05/13/24 |
| 8. | Completed Demo | 05/29/24 |
| 9. | MEP Rough-in | 06/11/24 |
| 10. | Floor and Wall Finishes | 06/29/24 |
| 11. | Trim and Finish Out | 07/03/24 |
| 12. | Project Completion | 08/01/24 |

## IV. BUDGET

A. <u>Budget Status</u>

1. AACC - $1,796,279
2. Preliminary SpawGlass Estimate - $1,674,465

## V. CONTRACTOR ITEMS

A. <u>Logistics Plan Development.</u>

1. Parking Lot #26 – Laydown, Storage and Contractor Parking

a. Project Control has forwarded the updated logistics plan to transportation for approval.

    b.    Project Control to forward next weeks OAC meeting invite to QuadTex and Aggieland Construction to discuss site logistics.

    2.    Construction Offices – 2nd Floor Study/Office Room

    a.    Project Control to coordinate with Ben Sasse in regard to removing signs, plaques and furniture out of the project area.

## VI.    OWNER ITEMS

    A.    <u>Site Coordination</u>

    1.    Accessing the Existing Corps Dorms

    a.    Project Control and SpawGlass need 4 access cards each.

## VII.    NEW BUSINESS

The meeting was adjourned at 4:55 PM.

**SUBMITTED BY**:  Sam Lampe

SL:sl (03/07/24)

**ATTACHMENTS:**

**DISTRIBUTION**
Gary Hall
Russ Wallace
Sam Lampe
Lane Rutledge
Jo Lynn Winfrey
Austin Vader
Michael Garon
Ben Sasse
Garett Wheaton
Layton Muehr
Paul Gregg
Josh Farris
Berr Soltes
Michael Lindermann

# TAMU Corps Dorms Restroom
## Renovations Overall Site Logistics Plan - Demo
## Phase May 10th - May 24th



**Legend**

= QuadTex Parking

= QuadTex Dumpster

= SpawGlass Dumpster & Restrooms Enclosure

= SpawGlass Work Area

= Truck Routes

= Trash Route

= Lot 26 Parking and Laydown

# TAMU Corps Dorms Restroom
## Renovations Kiest Hall Site Logistics Plan -
## Demo Phase May 10th - May 24th



Trucks to have flaggers when entering and

## Legend



= QuadTex Parking

= SpawGlass Work Area

= SpawGlass Dumpster & Restrooms Enclosure

→ Truck Routes

# TAMU Corps Dorms Restroom Renovations
## Gainer Hall Site Logistics Plan - Demo Phase May 10th - May 24th



**Legend**

- ☐ (yellow) = SpawGlass Restrooms Enclosure
- ☐ (cyan) = SpawGlass Work Area
- → = Trash Route

Protect

# TAMU Corps Dorms Restroom Renovations
## Lacy Hall Site Logistics Plan -
## Demo Phase May 10th - May 24th



Trucks to have flaggers when entering and

Sidewalk

### Legend

= SpawGlass Dumpster & Restrooms Enclosure

= SpawGlass Work Area

= Trash Route

= Truck Routes

# TAMU Corps Dorms Restroom Renovations

## Overall Site Logistics Plan - Renovation Phase

### May 24th - August 1st



**Legend**

- = QuadTex Parking
- = QuadTex Dumpster
- = SpawGlass Dumpster & Restrooms Enclosure
- = SpawGlass Work Area
- = Truck Routes
- = Trash Route
- = Lot 26 Parking and Laydown

QuadTex

QuadTex

Restrooms

Kiest

Restrooms

Lacy

Gainer

Lot

# TAMU Corps Dorms Restroom Renovations

## Kiest Hall Site Logistics Plan - Renovation Phase May 24th - August 1st



## Legend

| | |
|---|---|
| 🟥 | = QuadTex Parking |
| 🟦 | = SpawGlass Work Area |
| 🟨 | = SpawGlass Restrooms Enclosure |
| → | = Truck Routes |

Trucks to have flaggers when entering and

# TAMU Corps Dorms Restroom

## Renovations Gainer Hall Site Logistics Plan -

## Renovation Phase May 24th - August 1st

## Legend

= SpawGlass Restrooms Enclosure

= SpawGlass Work Area

= Truck Route



Protect

TAMU 01455

# TAMU Corps Dorms Restroom Renovations
## Lacy Hall Site Logistics Plan - Renovation Phase May 24th - August 1st



**Legend**

- 🟨 = SpawGlass Dumpster & Restrooms Enclosure
- 🟦 = SpawGlass Work Area
- → = Trash Route
- → = Truck Routes

Trucks to have flaggers when entering and

Sidewalk



<div align="center">

**TAMU CORPS DORMS RESTROOM RENOVATIONS**

**PROJECT DESIGN MEETING MINUTES NO. 03**

</div>

**DATE:**        Thursday, March 12, 2024

**TIME:**        2:00pm

**LOCATION:**   MS TEAMS

**PRESENT:**    Gary Hall              Project Control
               Sam Lampe             Project Control
               David Zeiger          TAMU
               Garett Wheaton        SpawGlass
               Layton Muehr          SpawGlass
               Paul Gregg            SpawGlass
               Josh Farris           SpawGlass
               Michael Lindermann    Kirksey


**I.      ADMINISTRATION**

Communication: No outside communication, comments, pictures, or videos regarding the project are to be taken, spoken of, or shared outside the project team. All conversations in the meetings are to be considered confidential.

A.  Comments/Corrections to Previous Meeting Minutes

 1.  Comments to the meeting minutes are to be submitted via email to Sam Lampe, cc: Gary Hall, Jo Lynn Winfrey prior to the next scheduled meeting.

B.  Status of Proposals and Contracts

 1.  Kirksey Work Order – Executed

 2.  SpawGlass Work Order

    a.  SpawGlass in currently working on the unit price breakdown and HUB plan. SpawGlass is working on this to be completed by the end of the week.

C.  eBuilder/Software

 1.  Pay Applications

 2.  Changer Orders

 3.  Submittals/RFIs

D.  Inspections

 1.  Project Control

E.  Meeting Schedule

 1.  The next Project OAC Meeting will be on March 19, 2024, at 2:00pm on MS Teams.

II.    **DESIGN**

   A.   Architectural/MEP

      1.   Design Schedule

         a.   Design Development          02/23/24 – 03/21/24
         b.   DD Package Review           03/22/24 – 03/28/24
         c.   Construction Documents      03/29/24 – 05/03/24
         d.   CD Package Review           05/06/24 – 05/10/24

      2.   Drawing Review – Lacy Option #1

         a.   Kirskey to move forward with Option #1. Option #2 is not feasible due to the existing chase between shower stall one and two. Relocation of the riser chase will not be conducive with the project schedule.

      3.   Fiber Glass Doors and Frames

         a.   Kirksey has selected a color for the fiber glass doors and frames. SpawGlass to create a formal submittal for approval.

III.   **SCHEDULE**

   A.   Project Schedule

      1.   Notice to Proceed          02/20/24
      2.   Solicit for Bid
      3.   Buyout Subcontracts       03/08/24 – 03/28/24
      4.   TAMU Spring Break         03/11/24 – 03/15/24
      5.   Fiberglass Door/Frame     03/15/24 – 06/19/24
      6.   Solid Surface Proc        03/15/24 – 06/19/24
      7.   Construction Start        05/13/24
      8.   Completed Demo            05/29/24
      9.   MEP Rough-in              06/11/24
     10.   Floor and Wall Finishes   06/29/24
     11.   Trim and Finish Out       07/03/24
     12.   Project Completion        08/01/24

IV.    **BUDGET**

   A.   Budget Status

      1.   AACC - $1,796,279
      2.   Preliminary SpawGlass Estimate - $1,674,465

V.     **CONTRACTOR ITEMS**

   A.   Logistics Plan Development.

      1.   Parking Lot #26 – Laydown, Storage and Contractor Parking

         a.   The project team reviewed the site logistics plan with QuadTex. Project Control to issue the site logistics plan with the meeting minutes for review.

      2.   Construction Offices – 2nd Floor Study/Office Room

VI.    **OWNER ITEMS**

    A.   <u>Site Coordination</u>

        1.   Project Control to reach out to SSC about getting into the existing restrooms to field verify the existing chases.

VII.   **NEW BUSINESS**

The meeting was adjourned at 2:30 PM.

**SUBMITTED BY**:  Sam Lampe

SL:sl (03/18/24)

**ATTACHMENTS:**

**DISTRIBUTION**
Gary Hall
Russ Wallace
Sam Lampe
Lane Rutledge
Jo Lynn Winfrey
Austin Vader
Les Williams
Michael Garon
Ben Sasse
Garett Wheaton
Layton Muehr
Paul Gregg
Josh Farris
Berr Soltes
Michael Lindermann

# TAMU Corps Dorms Restroom
## Renovations Overall Site Logistics Plan - Demo
### Phase May 10th - May 24th



# TAMU Corps Dorms Restroom
## Renovations Kiest Hall Site Logistics Plan -
Demo Phase May 10th - May 24th



## Legend

■ = QuadTex Parking

■ = SpawGlass Work Area

■ = SpawGlass Dumpster & Restrooms Enclosure

→ Truck Routes

Trucks to have flaggers when entering and

# TAMU Corps Dorms Restroom Renovations
## Gainer Hall Site Logistics Plan - Demo Phase May 10th - May 24th



**Legend**

■ = SpawGlass Restrooms Enclosure

■ = SpawGlass Work Area

→ = Trash Route

Protect

# TAMU Corps Dorms Restroom Renovations

## Lacy Hall Site Logistics Plan -
## Demo Phase May 10th - May 24th



### Legend

| | |
|---|---|
| 🟨 | = SpawGlass Dumpster & Restrooms Enclosure |
| 🟦 | = SpawGlass Work Area |
| → | = Trash Route |
| → | = Truck Routes |

Trucks to have flaggers when entering and

Sidewalk

# TAMU Corps Dorms Restroom
## Renovations Overall Site Logistics Plan -
### Renovation Phase May 24th - August 1st



**Legend**

= QuadTex Parking

= QuadTex Dumpster

= SpawGlass Dumpster & Restrooms Enclosure

= SpawGlass Work Area

= Truck Routes

= Trash Route

= Lot 26 Parking and Laydown

QuadTex

QuadTex

Restrooms

Kiest

Restrooms

Lacy

Gainer

Lot

# TAMU Corps Dorms Restroom Renovations
## Kiest Hall Site Logistics Plan - Renovation Phase May 24th - August 1st



**Legend**

- = QuadTex Parking
- = SpawGlass Work Area
- = SpawGlass Restrooms Enclosure
- = Truck Routes

Trucks to have flaggers when entering and

# TAMU Corps Dorms Restroom
## Renovations Gainer Hall Site Logistics Plan -
## Renovation Phase May 24th - August 1st



# TAMU Corps Dorms Restroom Renovations
## Lacy Hall Site Logistics Plan - Renovation Phase May 24th - August 1st



### Legend

| | |
|---|---|
| 🟨 | = SpawGlass Dumpster & Restrooms Enclosure |
| 🟦 | = SpawGlass Work Area |
| → | = Trash Route |
| → | = Truck Routes |

Trucks to have flaggers when entering and

Sidewalk



**DATE:**         Thursday, March 19, 2024

**TIME:**          2:00pm

**LOCATION:**   MS TEAMS

**PRESENT:**

| | |
|---|---|
| Gary Hall | Project Control |
| Sam Lampe | Project Control |
| Ben Sasse | TAMU |
| Rob Webber | TAMU |
| David Zeiger | TAMU |
| Mike Garon | SSC |
| Garett Wheaton | SpawGlass |
| Layton Muehr | SpawGlass |
| Paul Gregg | SpawGlass |
| Josh Farris | SpawGlass |
| Verr Soltes | Kirksey |

## I.     ADMINISTRATION

Communication: No outside communication, comments, pictures, or videos regarding the project are to be taken, spoken of, or shared outside the project team. All conversations in the meetings are to be considered confidential.

A.   Comments/Corrections to Previous Meeting Minutes

   1.   Comments to the meeting minutes are to be submitted via email to Sam Lampe, cc: Gary Hall, Jo Lynn Winfrey, Austin Vader prior to the next scheduled meeting.

B.   Status of Proposals and Contracts

   1.   Kirksey Work Order – Executed

   2.   Waiting on approval for SpawGlass Work Order

      a.   SpawGlass has submitted the unit pricing and HSP in eBuilder. SSC to execute contract.

C.   eBuilder/Software

   1.   Pay Applications

   2.   Changer Orders

   3.   Submittals/RFIs

D.   Inspections

   1.   Project Control

E. Meeting Schedule

1. The next Project OAC Meeting will be on March 26, 2024, at 2:00pm on MS Teams.

## II.    DESIGN

A. Architectural/MEP

1. Design Schedule

   a. Design Development        02/23/24 – 03/21/24
   b. DD Package Review         03/22/24 – 03/28/24
   c. Construction Documents    03/29/24 – 05/03/24
   d. CD Package Review         05/06/24 – 05/10/24

2. Existing Corridor Doors and Frames

   a. The Corps has requested the existing corridor doors and frames to remain. Kirksey confirm that keeping the doors can be accommodated within the redesign. Kirksey to clear with ADA &Cleary Zimmerman and reissue DD on 3/29/24

3. Option #1

   a. Revised option #1 for limiting sightline to be used in design

## III.    SCHEDULE

A. Project Schedule

   1. Notice to Proceed         02/20/24
   2. Solicit for Bid
   3. Buyout Subcontracts       03/08/24 – 03/28/24
   4. TAMU Spring Break         03/11/24 – 03/15/24
   5. Fiberglass Door/Frame     03/15/24 – 06/19/24
   6. Solid Surface Proc        03/15/24 – 06/19/24
   7. Construction Start        05/13/24
   8. Completed Demo            05/29/24
   9. MEP Rough-in              06/11/24
   10. Floor and Wall Finishes  06/29/24
   11. Trim and Finish Out      07/03/24
   12. Project Completion       08/01/24

## IV.    BUDGET

A. Budget Status

   1. AACC - $1,796,279
   2. Preliminary SpawGlass Estimate - $1,674,465

      a. SpawGlass currently receiving pricing and vetting. Current pricing received looks to be within budget.

V.      CONTRACTOR ITEMS

    A.    <u>Logistics Plan Development.</u>

        1.    Parking Lot #26 – Laydown, Storage and Contractor Parking

           a.    Approved

        2.    Construction Offices – 2nd Floor Study/Office Room

           a.    TAMU to reach back out to ResLife for approval to use the 2nd Floor Study/Office Room for construction office.

    B.    <u>Lead times</u>

        1.    SpawGlass to coordinate with Tiger Doors on confirmation for mounting and shop drawing lead times on lavatory doors.

    C.    <u>Submittals</u>

        1.    SpawGlass to produce submittals for tile, solid surface and doors by the end of the week.


VI.     OWNER ITEMS

    A.    <u>Site Coordination</u>


VII.    NEW BUSINESS


The meeting was adjourned at 2:30 PM.


**ATTACHMENTS:**


**DISTRIBUTION**
Gary Hall
Russ Wallace
Sam Lampe
Lane Rutledge
Jo Lynn Winfrey
Austin Vader
Les Williams
Michael Garon
Ben Sasse
Garett Wheaton
Layton Muehr
Paul Gregg
Josh Farris
Berr Soltes
Michael Lindermann


**SUBMITTED BY**:  Sam Lampe
SL:av (03/18/24)



TAMU CORPS DORMS RESTROOM RENOVATIONS

PROJECT DESIGN MEETING MINUTES NO. 05

**DATE:**       Thursday, March 26, 2024

**TIME:**       2:00pm

**LOCATION:**   MS TEAMS

**PRESENT:**
| | |
|---|---|
| Gary Hall | Project Control |
| Sam Lampe | Project Control |
| Ben Sasse | TAMU |
| Rob Webber | TAMU ResLife |
| Chareny Rydl | TAMU ResLife |
| David Zeiger | TAMU EH&S |
| Billy Meredith | TAMU Corps |
| Mike Garon | SSC |
| Garett Wheaton | SpawGlass |
| Layton Muehr | SpawGlass |
| Paul Gregg | SpawGlass |
| Josh Farris | SpawGlass |
| Verr Soltes | Kirksey |
| Michael Lindermann | Kirksey |

## I.   ADMINISTRATION

Communication: No outside communication, comments, pictures, or videos regarding the project are to be taken, spoken of, or shared outside the project team. All conversations in the meetings are to be considered confidential.

A.   Comments/Corrections to Previous Meeting Minutes

   1.   Comments to the meeting minutes are to be submitted via email to Sam Lampe, cc: Gary Hall, Jo Lynn Winfrey, Austin Vader prior to the next scheduled meeting.

B.   Status of Proposals and Contracts

   1.   Kirksey Work Order – Executed

   2.   SpawGlass Contract

      a.   SSC to check on the status of SpawGlass contract, should be close to finalized.

C.   eBuilder/Software

   1.   Pay Applications

   2.   Changer Orders

   3.   Submittals/RFIs

D.   Inspections

   1.   Project Control

    E.   Meeting Schedule

       1.   The next Project OAC Meeting will be on April 2, 2024, at 2:00pm on MS Teams.

## II.   DESIGN

    A.   Architectural/MEP

       1.   Design Schedule

| | | |
|---|---|---|
| a. | Design Development 100% | 03/28/24 |
| b. | DD Package Review | 03/28/24 – 04/04/24 |
| c. | Construction Documents | 03/29/24 – 05/03/24 |
| d. | CD Package Review | 05/06/24 – 05/10/24 |

       2.   Design Update

          a.   Kirksey to reuse the existing doors, frames and card reader at the entry of the restrooms.

          b.   Gainer Hall and Kiest Hall to have similar overall design with Lacy Hall to have one less restroom stall. All bathrooms will have five shower stalls.

       3.   Submittals

          a.   Solid surface and tile shop drawings / product under review by Kirksey.

          b.   SpawGlass anticipates having fiberglass door and frame shop drawings to Kirkey be the end of the week.

## III.   SCHEDULE

    A.   Project Schedule

| | | |
|---|---|---|
| 1. | Notice to Proceed | 02/20/24 |
| 2. | Solicit for Bid | |
| 3. | Buyout Subcontracts | 03/08/24 – 03/28/24 |
| 4. | TAMU Spring Break | 03/11/24 – 03/15/24 |
| 5. | Fiberglass Door/Frame | 03/15/24 – 06/19/24 |
| 6. | Solid Surface Proc | 03/15/24 – 06/19/24 |
| 7. | Construction Start | 05/13/24 |
| 8. | Completed Demo | 05/29/24 |
| 9. | MEP Rough-in | 06/11/24 |
| 10. | Floor and Wall Finishes | 06/29/24 |
| 11. | Trim and Finish Out | 07/03/24 |
| 12. | Project Completion | 08/01/24 |

## IV.   BUDGET

    A.   Budget Status

       1.   AACC - $1,796,279

       2.   Preliminary SpawGlass Estimate - $1,674,465

a.   SpawGlass currently receiving and vetting subcontractor pricing.

**V.      CONTRACTOR ITEMS**

A.      Logistics Plan Development.

1.   Parking Lot #26 – Laydown, Storage and Contractor Parking

a.   Approved.

b.   SpawGlass can start mobilizing onsite Sunday, May 12th, 2024.

2.   Construction Offices – 2nd Floor Study/Office Room

a.   Approved.

B.      Lead times

1.   SpawGlass to coordinate with TigerDoors for Shop Drawings.

**VI.     OWNER ITEMS**

A.      Site Coordination

**VII.    NEW BUSINESS**

A.   SpawGlass / Kirksey to coordinate with Reslife about storing existing restroom door stalls after demolition.

The meeting was adjourned at 2:30 PM.

**ATTACHMENTS:**

**DISTRIBUTION**
Gary Hall
Russ Wallace
Sam Lampe
Lane Rutledge
Jo Lynn Winfrey
Austin Vader
Les Williams
Michael Garon
Ben Sasse
Garett Wheaton
Layton Muehr
Paul Gregg
Josh Farris
Berr Soltes
Michael Lindermann

**SUBMITTED BY**:  Sam Lampe
SL:av (03/27/24)



TAMU CORPS DORMS RESTROOM RENOVATIONS

PROJECT DESIGN MEETING MINUTES NO. 06

**DATE:**      Tuesday, April 2, 2024

**TIME:**      2:00pm

**LOCATION:**      MS TEAMS

**PRESENT:**

| | |
|---|---|
| Gary Hall | Project Control |
| Sam Lampe | Project Control |
| Lane Rutledge | Project Control |
| Austin Vader | Project Control |
| Rob Webber | TAMU |
| Mike Garon | TAMU |
| Ben Sasse | TAMU |
| Rydl Chareny | TAMU |
| Garett Wheaton | SpawGlass |
| Layton Muehr | SpawGlass |
| Paul Gregg | SpawGlass |
| Josh Farris | SpawGlass |
| Verr Soltes | Kirksey |
| Michael Lindemann | Kirksey |

## I.      ADMINISTRATION

Communication: No outside communication, comments, pictures, or videos regarding the project are to be taken, spoken of, or shared outside the project team. All conversations in the meetings are to be considered confidential.

A.   Comments/Corrections to Previous Meeting Minutes

1.   Comments to the meeting minutes are to be submitted via email to Sam Lampe, cc: Gary Hall, Jo Lynn Winfrey, Austin Vader prior to the next scheduled meeting.

B.   Status of Proposals and Contracts

1.   Kirksey Work Order – Executed

2.   SpawGlass has signed the work order and waiting to receive the final executed contract back from SSC.

C.   eBuilder/Software

1.   Pay Applications

2.   Changer Orders

3.   Submittals/RFIs

D.   Inspections

1.   Project Control

E.   Meeting Schedule

    1.   The next Project OAC Meeting will be on April 9, 2024, at 2:00pm on MS Teams.


II.   **DESIGN**

  A.   Architectural/MEP

    1.   Design Schedule

        a.   Design Development 100%    03/28/24 – Issued
        b.   DD Package Review           03/28/24 – 04/04/24
        c.   Construction Documents    03/29/24 – 05/03/24
        d.   CD Package Review           05/06/24 – 05/10/24

    2.   Doors and Frames

        a.   DD's revised for existing doors and card readers to remain.

    3.   Submittals

        a.   Solid surface and Tile submittals have been approved. Kirksey and SpawGlass to make sure the foot stool is incorporated in the showers to match what is being installed on the Spence project.

        b.   Door hardware is under review from Kirksey. Ben to check if specifications match what is being used on Spence project.


III.   **SCHEDULE**

  A.   Project Schedule

    1.     Notice to Proceed        02/20/24
    2.     Solicit for Bid
    3.     Buyout Subcontracts      03/08/24 – 03/28/24
    4.     TAMU Spring Break       03/11/24 – 03/15/24
    5.     Fiberglass Door/Frame    03/15/24 – 06/19/24
    6.     Solid Surface Proc        03/15/24 – 06/19/24
    7.     Construction Start       05/13/24
    8.     Completed Demo        05/29/24
    9.     MEP Rough-in           06/11/24
    10.   Floor and Wall Finishes   06/29/24
    11.   Trim and Finish Out     07/03/24
    12.   Project Completion      08/01/24

IV.   **BUDGET**

  A.   Budget Status

    1.   AACC - $1,796,279

    2.   Preliminary SpawGlass Estimate - $1,674,465

        a.   SpawGlass currently receiving and vetting pricing.

        b.   Subcontractor buyout is approximately 50% complete.

**V.     CONTRACTOR ITEMS**

    A.  <u>Logistics Plan Development.</u>

        1.  Parking Lot #26 – Laydown, Storage and Contractor Parking

           a.  Approved

        2.  Construction Offices – 2nd Floor Study/Office Room

           a.  Approved

**VI.    OWNER ITEMS**

    A.  <u>Site Coordination</u>

**VII.   NEW BUSINESS**

The meeting was adjourned at 2:20 PM.

**ATTACHMENTS:**

**DISTRIBUTION**
Gary Hall
Russ Wallace
Sam Lampe
Lane Rutledge
Jo Lynn Winfrey
Austin Vader
Les Williams
Michael Garon
Ben Sasse
Garett Wheaton
Layton Muehr
Paul Gregg
Josh Farris
Berr Soltes
Michael Lindermann

**SUBMITTED BY:**  Sam Lampe
SL:av (04/4/24)



<div align="center">

**TAMU CORPS DORMS RESTROOM RENOVATIONS**

**PROJECT DESIGN MEETING MINUTES NO. 07**

</div>

**DATE:**        Tuesday, April 9, 2024

**TIME:**        2:00pm

**LOCATION:**        MS TEAMS

**PRESENT:**

| | |
|---|---|
| Gary Hall | Project Control |
| Sam Lampe | Project Control |
| Lane Rutledge | Project Control |
| Austin Vader | Project Control |
| Rob Webber | TAMU |
| Mike Garon | TAMU |
| Ben Sasse | TAMU |
| Billy Meredith Jr. | TAMU |
| Layton Muehr | SpawGlass |
| Paul Gregg | SpawGlass |
| Seth Madison | SpawGlass |
| Josh Farris | SpawGlass |
| Verr Soltes | Kirksey |
| Michael Lindemann | Kirksey |

## I.    ADMINISTRATION

Communication: No outside communication, comments, pictures, or videos regarding the project are to be taken, spoken of, or shared outside the project team. All conversations in the meetings are to be considered confidential.

A.    Comments/Corrections to Previous Meeting Minutes

1.    Comments to the meeting minutes are to be submitted via email to Sam Lampe, cc: Gary Hall, Jo Lynn Winfrey, Austin Vader prior to the next scheduled meeting.

B.    Status of Proposals and Contracts

1.    Kirksey Work Order – Executed

2.    SpawGlass Contract is finalizing

C.    eBuilder/Software

1.    Pay Applications

2.    Changer Orders

3.    Submittals/RFIs

a.    Forthcoming electrical submittals to be submitted to Kirksey. SpawGlass in currently reviewing.

b.    Kirksey has no issues with proposed Submittal log.

D.    Inspections

    1. Project Control

E. <u>Meeting Schedule</u>

    1. The next Project OAC Meeting will be on April 16, 2024, at 2:00pm on MS Teams.

## II. DESIGN

A. <u>Architectural/MEP</u>

    1. Design Schedule

        a. Design Development 100%    03/28/24 – Issued
        b. DD Package Review    03/28/24 – 04/04/24 – No Comments Received
        c. Construction Documents    03/29/24 – 05/03/24
        d. CD Package Review    05/06/24 – 05/10/24

    2. Shower Foot Stool

        a. All showers are required to have foot stool. Current design for the foot stool matches what is currently being proposed for the Spence renovation project.

## III. SCHEDULE

A. <u>Project Schedule</u>

| 1. | Notice to Proceed | 02/20/24 |
|----|-------------------|----------|
| 2. | Solicit for Bid | |
| 3. | Buyout Subcontracts | 03/08/24 – 03/28/24 |
| 4. | TAMU Spring Break | 03/11/24 – 03/15/24 |
| 5. | Fiberglass Door/Frame | 03/15/24 – 06/19/24 - Ordered |
| 6. | Solid Surface Proc | 03/15/24 – 06/19/24 - Ordered |
| 7. | Construction Start | 05/13/24 |
| 8. | Completed Demo | 05/29/24 |
| 9. | MEP Rough-in | 06/11/24 |
| 10. | Floor and Wall Finishes | 06/29/24 |
| 11. | Trim and Finish Out | 07/03/24 |
| 12. | Project Completion | 08/01/24 |

## IV. BUDGET

A. <u>Budget Status</u>

    1. AACC - $1,796,279
    2. Preliminary SpawGlass Estimate - $1,674,465

## V. CONTRACTOR ITEMS

A. <u>Materials Ordered</u>

    1. Fiberglass Doors and Frames
    2. Solid surface
    3. Tile

B. <u>Specification</u>

1. SpawGlass to provide specification for flowable fill concrete.

**VI.    OWNER ITEMS**

A.    <u>Site Coordination</u>

1. Construction fencing to be installed Sunday, May 12, 2024.

**VII.    NEW BUSINESS**

The meeting was adjourned at 2:20 PM.

**ATTACHMENTS:**

**DISTRIBUTION**
Gary Hall
Russ Wallace
Sam Lampe
Lane Rutledge
Jo Lynn Winfrey
Austin Vader
Les Williams
Michael Garon
Ben Sasse
Garett Wheaton
Layton Muehr
Paul Gregg
Josh Farris
Berr Soltes
Michael Lindermann

**SUBMITTED BY:**  Sam Lampe
SL:av (04/11/24)

TAMU-02679



**PROJECT DESIGN MEETING MINUTES NO. 09**

**DATE:**      Tuesday, April 23, 2024

**TIME:**      2:00pm

**LOCATION:**   MS TEAMS

**PRESENT:**

| | |
|---|---|
| Gary Hall | Project Control |
| Sam Lampe | Project Control |
| Lane Rutledge | Project Control |
| Rob Webber | TAMU |
| Ben Sasse | TAMU |
| Billy Meredith Jr. | TAMU |
| Charney Rydl | TAMU |
| Mike Garon | SSC |
| Layton Muehr | SpawGlass |
| Paul Gregg | SpawGlass |
| Seth Madison | SpawGlass |
| Josh Farris | SpawGlass |
| Verr Soltes | Kirksey |
| Michael Lindemann | Kirksey |

**I.     ADMINISTRATION**

Communication: No outside communication, comments, pictures, or videos regarding the project are to be taken, spoken of, or shared outside the project team. All conversations in the meetings are to be considered confidential.

A.   Comments/Corrections to Previous Meeting Minutes

1.   Comments to the meeting minutes are to be submitted via email to Sam Lampe, cc: Gary Hall, Jo Lynn Winfrey prior to the next scheduled meeting.

B.   Status of Proposals and Contracts

1.   SpawGlass

a.   Subcontractor buyout has been completed.

C.   eBuilder/Software

1.   Pay Applications

2.   Changer Orders

3.   Submittals/RFIs

a.   See attached logs.

b.   MEP submittals are the current priority.

c.   Lighting control submittal to be resubmitted by SpawGlass to include high moisture rated switches.

          d.    SpawGlass to submit a RFI in regards to a firestopping gasket detail at the top of walls.

D. Inspections

    1. Project Control

    2. Moisture Testing

          a.    SpawGlass to include a moisture barrier admixture to help with moisture mitigation within the concrete.

E. Meeting Schedule

    1. The next Project OAC Meeting will be on April 30th, 2024, at 2:00pm on MS Teams.

## II. DESIGN

A. Architectural/MEP

    1. Design Schedule

| | | |
|---|---|---|
| a. | Design Development | Issued |
| b. | DD Package Review | Completed |
| c. | Construction Documents | 03/29/24 – 04/26/24 |
| d. | CD Package Review | 05/06/24 – 05/10/24 |

## III. SCHEDULE

A. Project Schedule

| | | |
|---|---|---|
| 1. | Notice to Proceed | 02/20/24 |
| 2. | Solicit for Bid | |
| 3. | Buyout Subcontracts | 03/08/24 – 03/28/24 |
| 4. | TAMU Spring Break | 03/11/24 – 03/15/24 |
| 5. | Fiberglass Door/Frame | 03/15/24 – 06/19/24 |
| 6. | Solid Surface Proc | 03/15/24 – 06/19/24 |
| 7. | Construction Start | 05/13/24 |
| 8. | Completed Demo | 05/29/24 |
| 9. | MEP Rough-in | 06/11/24 |
| 10. | Floor and Wall Finishes | 06/29/24 |
| 11. | Trim and Finish Out | 07/03/24 |
| 12. | Project Completion | 08/01/24 |

## IV. BUDGET

A. Budget Status

    1. AACC - $1,796,279
    2. Preliminary SpawGlass Estimate - $1,674,465

## V. CONTRACTOR ITEMS

A. Long Lead Material Orders

    1. Fiberglass Doors and Frames – May 17th to be shipped.
    2. Solid Surface – June 14th to be shipped.

TAMU-01433

       3.   Tile - Available

## VI.     OWNER ITEMS

    A.   <u>Site Coordination</u>

       1.   Site construction fencing around lot 26 to be erected Sunday, May 12th, 2024.

## VII.    NEW BUSINESS

The meeting was adjourned at 2:15 PM.

**ATTACHMENTS:**

**DISTRIBUTION**
Gary Hall
Russ Wallace
Sam Lampe
Lane Rutledge
Jo Lynn Winfrey
Austin Vader
Les Williams
Michael Garon
Ben Sasse
Garett Wheaton
Layton Muehr
Paul Gregg
Josh Farris
Berr Soltes
Michael Lindermann

**SUBMITTED BY:** Sam Lampe
SL:av (04/24/24)



| Activity Name | Orig Dur | Remaining Duration | Start | Finish |
|---|---|---|---|---|
| **TAMU Corps Dorms RR Renovations** | 133 | 85 | 20-Feb-24 A | 01-Aug-24 |
| Pre-Construction | 110 | 46 | 20-Feb-24 A | 14-Jun-24 |
| Under Contract (Design NTP) | 0 | 0 | 20-Feb-24 A | |
| DD Package | 20 | 0 | 26-Feb-24 A | 28-Mar-24 A |
| Buyout Subcontracts | 15 | 0 | 14-Mar-24 A | 08-Apr-24 A |
| Fiberglass Doors and Frames Procurement | 72 | 20 | 01-Apr-24 A | 17-May-24 |
| Solid Surface Material Procurement | 72 | 42 | 02-Apr-24 A | 14-Jun-24 |
| Tile Procurement | 25 | 10 | 02-Apr-24 A | 02-May-24 |
| DD Package Review | 4 | 0 | 02-Apr-24 A | 05-Apr-24 A |
| CD Package | 20 | 5 | 08-Apr-24 A | 26-Apr-24 |
| CD Package Review | 5 | 5 | 29-Apr-24 | 03-May-24 |
| Milestones | 67 | 67 | 13-May-24 | 01-Aug-24 |
| Start Construction | 0 | 0 | 13-May-24 | |
| Complete Demo | 0 | 0 | | 22-May-24 |
| MEP Rough-In | 0 | 0 | | 06-Jun-24 |
| Floor and Wall Finishes | 0 | 0 | | 25-Jun-24 |
| Trim and Finish Out | 0 | 0 | | 28-Jun-24 |
| Project Completion | 0 | 0 | | 01-Aug-24 |
| Inspections | 15 | 15 | 21-May-24 | 08-Jun-24 |
| Mechanical Rough In Inspection | 0 | 0 | | 21-May-24 |
| Fire Suppression Testing | 0 | 0 | | 24-May-24 |
| Underground Plumbing Rough In Inspection | 0 | 0 | | 28-May-24 |
| Rebar Inspection | 0 | 0 | 29-May-24 | |
| Wall Framing Inspection | 0 | 0 | | 04-Jun-24 |
| Electrical Rough In Inspection | 0 | 0 | | 05-Jun-24 |
| Plumbing Rough In Inspection | 0 | 0 | | 06-Jun-24 |
| Ceiling Framing Inspection | 0 | 0 | | 08-Jun-24 |
| Construction | 55 | 55 | 13-May-24 | 18-Jul-24 |
| Dorm 2 (Kiest) | 55 | 55 | 13-May-24 | 18-Jul-24 |
| Demo | 9 | 9 | 13-May-24 | 22-May-24 |
| Demo/Salvage Fixtures | 2 | 2 | 13-May-24 | 14-May-24 |
| Mobilize Fence and Connexes | 2 | 2 | 13-May-24 | 14-May-24 |
| Make Safe of Electrical and Fire Safety | 1 | 1 | 13-May-24 | 13-May-24 |
| Demo/Salvage Partitions | 1 | 1 | 15-May-24 | 15-May-24 |
| Demo Floor and Wall Tile | 2 | 2 | 16-May-24 | 17-May-24 |
| Demo Sheetrock and Framing | 2 | 2 | 16-May-24 | 17-May-24 |
| Demo Existing Electrical | 2 | 2 | 16-May-24 | 17-May-24 |
| Demo Existing In-Wall Plumbing | 2 | 2 | 16-May-24 | 17-May-24 |
| Demo Ceiling | 2 | 2 | 16-May-24 | 17-May-24 |

Start Date: 20-Feb-24
Finish Date: 01-Aug-24
Data Date: 21-Apr-24
Run Date: 22-Apr-24

Legend:
- Actual Work
- Remaining Work
- Critical Remaining Work
- Milestone
- Summary
- Level of Effort
- Actual Level of Effort

**TAMU Corps Dorms RR Renovations**
Print Format
Page 1 of 2

SpawGlass



| Activity Name | Orig Dur | Remaining Duration | Start | Finish |
|---|---|---|---|---|
| Demo Above Ceiling MEP | 2 | 2 | 16-May-24 | 17-May-24 |
| Sawcut and Demo Concrete | 2 | 2 | 18-May-24 | 20-May-24 |
| Demo Existing In-Slab Plumbing | 2 | 2 | 21-May-24 | 22-May-24 |
| Renovations | 48 | 48 | 18-May-24 | 18-Jul-24 |
| Install new Ductwork | 3 | 3 | 18-May-24 | 21-May-24 |
| Install new Above-Ceiling Elecrical | 3 | 3 | 18-May-24 | 21-May-24 |
| Install Fire Suppression | 6 | 6 | 18-May-24 | 24-May-24 |
| In-Slab Plumbing | 3 | 3 | 23-May-24 | 28-May-24 |
| Pour Back Concrete at Sawcut Areas | 2 | 2 | 29-May-24 | 30-May-24 |
| Install Wall Framing | 4 | 4 | 31-May-24 | 04-Jun-24 |
| Install new In-Wall Electrical | 3 | 3 | 03-Jun-24 | 05-Jun-24 |
| Install new In-Wall Plumbing | 4 | 4 | 03-Jun-24 | 06-Jun-24 |
| Install Ceiling Framing | 4 | 4 | 05-Jun-24 | 08-Jun-24 |
| Floor Prep | 4 | 4 | 05-Jun-24 | 08-Jun-24 |
| Install Wall Sheetrock | 4 | 4 | 07-Jun-24 | 11-Jun-24 |
| Install Ceiling Sheetrock | 3 | 3 | 10-Jun-24 | 12-Jun-24 |
| Install Floor Tile | 8 | 8 | 10-Jun-24 | 18-Jun-24 |
| Tape, Float, and Finish | 2 | 2 | 13-Jun-24 | 14-Jun-24 |
| Install Electrical Ceiling Fixtures | 3 | 3 | 15-Jun-24 | 18-Jun-24 |
| Install Mechanical Fixtures | 2 | 2 | 15-Jun-24 | 17-Jun-24 |
| Install Solid Surface Materials | 5 | 5 | 15-Jun-24 | 20-Jun-24 |
| Install Wall Tile | 6 | 6 | 19-Jun-24 | 25-Jun-24 |
| Install Plumbing Fixtures | 2 | 2 | 26-Jun-24 | 27-Jun-24 |
| Paint Ceiling | 3 | 3 | 26-Jun-24 | 28-Jun-24 |
| Install Electrical Wall Fixtures | 3 | 3 | 26-Jun-24 | 28-Jun-24 |
| Install new Specialties | 2 | 2 | 26-Jun-24 | 27-Jun-24 |
| Install Doors and Hardware | 2 | 2 | 29-Jun-24 | 01-Jul-24 |
| Contractor Punchlist | 12 | 12 | 02-Jul-24 | 18-Jul-24 |
| Dorm 5 (Gainer) | 53 | 53 | 13-May-24 | 16-Jul-24 |
| Dorm 6 (Lacey) | 53 | 53 | 13-May-24 | 16-Jul-24 |
| Close-Out | 26 | 26 | 29-Jun-24 | 01-Aug-24 |
| Commisioning | 10 | 10 | 29-Jun-24 | 13-Jul-24 |
| Owner Punchlist | 12 | 12 | 19-Jul-24 | 01-Aug-24 |

Start Date: 20-Feb-24
Finish Date: 01-Aug-24
Data Date: 21-Apr-24
Run Date: 22-Apr-24

Legend:
- ▬▬ Actual Work
- ▬▬ Remaining Work
- ▬▬ Critical Remaining Work
- ◆ ◆ Milestone
- ▽▽ Summary
- ▬▬ Level of Effort
- ▬▬ Actual Level of Effort

**TAMU Corps Dorms RR Renovations**
Print Format
Page 2 of 2

SpawGlass



# SpawGlass Construction Corp.

## PROJECT MANAGEMENT - SUBMITTAL LOG

### 4024003 - TAMU Corps Dorms

Page: 1 of 1
Date: Apr 23, 2024
Time: 2:55 PM EDT

| Submittal ID | Last Rev. | Title | Type | Status | Activity Start Date | Required Start | Required Finish | Received | Sent | Days Out | Returned | Forwarded | Responsibility |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPEC SECTION: | NONE | | | | | | | | | | | | |
| Spec Sub-Section | None | | | | | | | | | | | | |
| 083113-001 | 1 | Access Doors and Frames - Product Data and Schedule | Product Data | Submitted for Approval | | | | 04/19/2024 | 04/19/2024 | 4 | | | Kirksey Architects, Inc. |
| 092216-001 | 1 | Non-Structural Metal Framing - Product Data | Product Data | Submitted for Approval | | | | 04/19/2024 | 04/22/2024 | 1 | | | Kirksey Architects, Inc. |
| 092900-001 | 1 | Gypsum Board - Product Data | Product Data | Submitted for Approval | | | | 04/19/2024 | 04/22/2024 | 1 | | | Kirksey Architects, Inc. |
| 102800-001 | 1 | Toilet and Bath Accessories - Product Data and Schedule | Product Data | Submitted for Approval | | | | 04/22/2024 | 04/22/2024 | 1 | | | Kirksey Architects, Inc. |
| 211313-001 | 1 | Fire Suppression Piping Wet-Pipe Sprinkler System - Product Data | Product Data | Submitted for Approval | | | | 04/08/2024 | 04/10/2024 | 13 | | | Kirksey Architects, Inc. |
| 265100-001 | 1 | Interior Lighting - Product Data | Product Data | Submitted for Approval | | | | 04/09/2024 | 04/11/2024 | 12 | | | Kirksey Architects, Inc. |
| 233300-001 | 1 | Duct Accessories - Product Data | Product Data | Submitted for Approval | | | | 04/16/2024 | 04/16/2024 | 7 | | | Kirksey Architects, Inc. |
| 260519-001 | 1 | Conductors and Cables - Product Data | Product Data | Submitted for Approval | | | | 04/22/2024 | 04/22/2024 | 1 | | | Kirksey Architects, Inc. |
| 260533-001 | 1 | Raceways and Boxes - Product Data | Product Data | Submitted for Approval | | | | 04/16/2024 | 04/30/2024 | -7 | | | Kirksey Architects, Inc. |
| 260553-001 | 1 | Electrical Identification - Product Data | Product Data | Submitted for Approval | | | | 04/16/2024 | 04/16/2024 | 7 | | | Kirksey Architects, Inc. |
| 260923-001 | 1 | Lighting Control Devices - Product Data | Product Data | Submitted for Approval | | | | 04/09/2024 | 04/11/2024 | 12 | | | Kirksey Architects, Inc. |
| 211313-003 | 1 | Fire Suppression Piping Wet-Pipe Sprinkler System - Flex Sprinkler Fittings | Product Data | Submitted for Approval | | | | 04/17/2024 | 04/17/2024 | 6 | | | Kirksey Architects, Inc. |

## Report Parameters

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Break By: | Spec. Section (S) | Sent To Partner: | | Status Class: | | Run Date: | Apr 23, 2024 |
| Package: | | Sent To Partner Type: | | Status: | SFA | Run Time: | 2:55 PM EDT |
| From Specification Section: | | Returned By Partner: | | Submittal Type: | COMPLETE | Operator: | JOSH.FARRIS |
| To Specification Section: | | Returned By Partner Type: | | Sort By: | Submittal Sort Order | Report Code: | PM3041 |
| Responsibilty Partner: | | Forwarded To Partner: | | Project: | 4024003 | | |
| Responsibility Partner Type: | | Forwarded To Partner Type: | | Show Notes: | | | |

TAMU-02485



**TAMU CORPS DORMS RESTROOM RENOVATIONS**

**PROJECT DESIGN MEETING AGENDA NO. 10**

**DATE:**      Tuesday, April 30, 2024

**TIME:**      2:00pm

**LOCATION:**  MS TEAMS

**PRESENT:**

| | |
|---|---|
| Gary Hall | Project Control |
| Sam Lampe | Project Control |
| Jo Lynn Winfrey | Project Control |
| Rob Webber | TAMU |
| Ben Sasse | TAMU |
| Gary Williams | TAMU |
| Billy Meredith Jr. | TAMU |
| Charney Rydl | TAMU |
| Mike Garon | SSC |
| Layton Muehr | SpawGlass |
| Paul Gregg | SpawGlass |
| Seth Madison | SpawGlass |
| Josh Farris | SpawGlass |
| Verr Soltes | Kirksey |
| Michael Lindemann | Kirksey |

## I.      ADMINISTRATION

Communication: No outside communication, comments, pictures, or videos regarding the project are to be taken, spoken of, or shared outside the project team. All conversations in the meetings are to be considered confidential.

A.  Comments/Corrections to Previous Meeting Minutes

1.  Comments to the meeting minutes are to be submitted via email to Sam Lampe, cc: Gary Hall, Jo Lynn Winfrey prior to the next scheduled meeting.

B.  Status of Proposals and Contracts

1.  Subcontractor buyout has been completed.

C.  eBuilder/Software

1.  Pay Applications

2.  Submittals

a.  See attached Submittal Log.

b.  All submittals are critical to the schedule. Looking to have open submittals back by the end of the week.

c.  Plumbing and mechanical submittals will be submitted to Kirksey soon.

3.  RFIs

a. No outstanding RFIs.

D. Inspections

1. Project Control

E. Meeting Schedule

1. The next Project OAC Meeting will be on May 7th, 2024, at 2:00pm on MS Teams.

## II. DESIGN

A. Architectural/MEP

1. Design Schedule

| | | |
|---|---|---|
| a. | Design Development | 02/23/24 – 03/28/24 |
| b. | DD Package Review | 03/28/24 – 04/04/24 |
| c. | Construction Documents | 03/29/24 – 04/30/24 |
| d. | CD Package Review | 05/01/24 – 05/10/24 |

## III. CONSTRUCTION

A. Project Schedule

| | | |
|---|---|---|
| 1. | Notice to Proceed | 02/20/24 |
| 2. | Solicit for Bid | |
| 3. | Buyout Subcontracts | 03/08/24 – 03/28/24 |
| 4. | TAMU Spring Break | 03/11/24 – 03/15/24 |
| 5. | Fiberglass Door/Frame | 03/15/24 – 06/19/24 |
| 6. | Solid Surface Proc | 03/15/24 – 06/19/24 |
| 7. | Construction Start | 05/13/24 |
| 8. | Completed Demo | 05/29/24 |
| 9. | MEP Rough-in | 06/11/24 |
| 10. | Floor and Wall Finishes | 06/29/24 |
| 11. | Trim and Finish Out | 07/03/24 |
| 12. | Project Completion | 08/01/24 |

B. 3-Week Look Ahead Schedule

1. SpawGlass to start providing a 3-Week Look Ahead Schedule for all OAC Meetings.

## IV. BUDGET

A. Budget Status

1. AACC - $1,796,279
2. Preliminary SpawGlass Estimate - $1,674,465

## V. CONTRACTOR ITEMS

A. Long Lead Material Orders

1. Fiberglass Doors and Frames – Shipping 5/17/24
2. Solid Surface – Shipping 6/14/24

TAMU-01689

3.  Tile – Arrived at warehouse in San Antonio

VI.  **OWNER ITEMS**

A.  <u>Site Coordination</u>

1.  Connex Delivery

a.  SpawGlass and Project Control to coordinate a temporary location for storage of Connex before mobilization.

VII.  **NEW BUSINESS**

A.  Pre-construction meeting to be held at Project Control Bright Area Trailer on 5/4/24 at 2:00pm.

The meeting was adjourned at 2:15 PM.

**ATTACHMENTS:**

**DISTRIBUTION**
Gary Hall
Russ Wallace
Sam Lampe
Lane Rutledge
Jo Lynn Winfrey
Austin Vader
Les Williams
Michael Garon
Ben Sasse
Garett Wheaton
Layton Muehr
Paul Gregg
Josh Farris
Berr Soltes
Michael Lindermann

**SUBMITTED BY**:  Sam Lampe
SL:av (05/01/24)

TAMU-01480



| Activity Name | Orig Dur | Remaining Duration | Start | Finish |
|---|---|---|---|---|
| **TAMU Corps Dorms RR Renovations** | 133 | 79 | 20-Feb-24 A | 01-Aug-24 |
| Pre-Construction | 110 | 40 | 20-Feb-24 A | 14-Jun-24 |
| Under Contract (Design NTP) | 0 | 0 | 20-Feb-24 A | |
| DD Package | 20 | 0 | 26-Feb-24 A | 28-Mar-24 A |
| Buyout Subcontracts | 15 | 0 | 14-Mar-24 A | 08-Apr-24 A |
| Fiberglass Doors and Frames Procurement | 72 | 15 | 01-Apr-24 A | 17-May-24 |
| Solid Surface Material Procurement | 72 | 37 | 02-Apr-24 A | 14-Jun-24 |
| Tile Procurement | 25 | 10 | 02-Apr-24 A | 09-May-24 |
| DD Package Review | 4 | 0 | 02-Apr-24 A | 05-Apr-24 A |
| CD Package | 20 | 0 | 08-Apr-24 A | 26-Apr-24 A |
| CD Package Review | 5 | 5 | 29-Apr-24 | 03-May-24 |
| Milestones | 67 | 67 | 13-May-24 | 01-Aug-24 |
| Start Construction | 0 | 0 | 13-May-24 | |
| Complete Demo | 0 | 0 | | 22-May-24 |
| MEP Rough-In | 0 | 0 | | 06-Jun-24 |
| Floor and Wall Finishes | 0 | 0 | | 25-Jun-24 |
| Trim and Finish Out | 0 | 0 | | 28-Jun-24 |
| Project Completion | 0 | 0 | | 01-Aug-24 |
| Inspections | 15 | 15 | 21-May-24 | 08-Jun-24 |
| Mechanical Rough In Inspection | 0 | 0 | | 21-May-24 |
| Fire Suppression Testing | 0 | 0 | | 24-May-24 |
| Underground Plumbing Rough In Inspection | 0 | 0 | | 28-May-24 |
| Rebar Inspection | 0 | 0 | 29-May-24 | |
| Wall Framing Inspection | 0 | 0 | | 04-Jun-24 |
| Electrical Rough In Inspection | 0 | 0 | | 05-Jun-24 |
| Plumbing Rough In Inspection | 0 | 0 | | 06-Jun-24 |
| Ceiling Framing Inspection | 0 | 0 | | 08-Jun-24 |
| Construction | 55 | 55 | 13-May-24 | 18-Jul-24 |
| Dorm 2 (Kiest) | 55 | 55 | 13-May-24 | 18-Jul-24 |
| Demo | 9 | 9 | 13-May-24 | 22-May-24 |
| Demo/Salvage Fixtures | 2 | 2 | 13-May-24 | 14-May-24 |
| Mobilize Fence and Connexes | 2 | 2 | 13-May-24 | 14-May-24 |
| Make Safe of Electrical and Fire Safety | 1 | 1 | 13-May-24 | 13-May-24 |
| Demo/Salvage Partitions | 1 | 1 | 15-May-24 | 15-May-24 |
| Demo Floor and Wall Tile | 2 | 2 | 16-May-24 | 17-May-24 |
| Demo Sheetrock and Framing | 2 | 2 | 16-May-24 | 17-May-24 |
| Demo Existing Electrical | 2 | 2 | 16-May-24 | 17-May-24 |
| Demo Existing In-Wall Plumbing | 2 | 2 | 16-May-24 | 17-May-24 |
| Demo Ceiling | 2 | 2 | 16-May-24 | 17-May-24 |

| | | |
|---|---|---|
| Start Date: 20-Feb-24 | | |
| Finish Date: 01-Aug-24 | | |
| Data Date: 28-Apr-24 | | |
| Run Date: 29-Apr-24 | | |

Legend:
- Actual Work
- Remaining Work
- Critical Remaining Work
- Milestone
- Summary
- Level of Effort
- Actual Level of Effort

**TAMU Corps Dorms RR Renovations**
Print Format
Page 1 of 2

SpawGlass

| Activity Name | Orig Dur | Remaining Duration | Start | Finish |
|---|---|---|---|---|
| Demo Above Ceiling MEP | 2 | 2 | 16-May-24 | 17-May-24 |
| Sawcut and Demo Concrete | 2 | 2 | 18-May-24 | 20-May-24 |
| Demo Existing In-Slab Plumbing | 2 | 2 | 21-May-24 | 22-May-24 |
| Renovations | 48 | 48 | 18-May-24 | 18-Jul-24 |
| Install new Ductwork | 3 | 3 | 18-May-24 | 21-May-24 |
| Install new Above-Ceiling Elecrical | 3 | 3 | 18-May-24 | 21-May-24 |
| Install Fire Suppression | 6 | 6 | 18-May-24 | 24-May-24 |
| In-Slab Plumbing | 3 | 3 | 23-May-24 | 28-May-24 |
| Pour Back Concrete at Sawcut Areas | 2 | 2 | 29-May-24 | 30-May-24 |
| Install Wall Framing | 4 | 4 | 31-May-24 | 04-Jun-24 |
| Install new In-Wall Electrical | 3 | 3 | 03-Jun-24 | 05-Jun-24 |
| Install new In-Wall Plumbing | 4 | 4 | 03-Jun-24 | 06-Jun-24 |
| Install Ceiling Framing | 4 | 4 | 05-Jun-24 | 08-Jun-24 |
| Floor Prep | 4 | 4 | 05-Jun-24 | 08-Jun-24 |
| Install Wall Sheetrock | 4 | 4 | 07-Jun-24 | 11-Jun-24 |
| Install Ceiling Sheetrock | 3 | 3 | 10-Jun-24 | 12-Jun-24 |
| Install Floor Tile | 8 | 8 | 10-Jun-24 | 18-Jun-24 |
| Tape, Float, and Finish | 2 | 2 | 13-Jun-24 | 14-Jun-24 |
| Install Electrical Ceiling Fixtures | 3 | 3 | 15-Jun-24 | 18-Jun-24 |
| Install Mechanical Fixtures | 2 | 2 | 15-Jun-24 | 17-Jun-24 |
| Install Solid Surface Materials | 5 | 5 | 15-Jun-24 | 20-Jun-24 |
| Install Wall Tile | 6 | 6 | 19-Jun-24 | 25-Jun-24 |
| Install Plumbing Fixtures | 2 | 2 | 26-Jun-24 | 27-Jun-24 |
| Paint Ceiling | 3 | 3 | 26-Jun-24 | 28-Jun-24 |
| Install Electrical Wall Fixtures | 3 | 3 | 26-Jun-24 | 28-Jun-24 |
| Install new Specialties | 2 | 2 | 26-Jun-24 | 27-Jun-24 |
| Install Doors and Hardware | 2 | 2 | 29-Jun-24 | 01-Jul-24 |
| Contractor Punchlist | 12 | 12 | 02-Jul-24 | 18-Jul-24 |
| Dorm 5 (Gainer) | 55 | 55 | 13-May-24 | 18-Jul-24 |
| Dorm 6 (Lacey) | 55 | 55 | 13-May-24 | 18-Jul-24 |
| Close-Out | 26 | 26 | 29-Jun-24 | 01-Aug-24 |
| Commisioning | 10 | 10 | 29-Jun-24 | 13-Jul-24 |
| Owner Punchlist | 12 | 12 | 19-Jul-24 | 01-Aug-24 |



Start Date: 20-Feb-24
Finish Date: 01-Aug-24
Data Date: 28-Apr-24
Run Date: 29-Apr-24

Actual Work
Remaining Work
Critical Remaining Work
Milestone
Summary
Level of Effort
Actual Level of Effort

**TAMU Corps Dorms RR Renovations**
Print Format
Page 2 of 2

SpawGlass



**SpawGlass Construction Corp.**

PROJECT MANAGEMENT - SUBMITTAL LOG

**4024003 - TAMU Corps Dorms**

Page: 1 of 1

Date: Apr 30, 2024

Time: 12:10 PM EDT

| Submittal ID | Last Rev. | Title | Type | Status | Activity Start Date | Required Start | Required Finish | Received | Sent | Days Out | Returned | Forwarded | Responsibility |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SPEC SECTION:** | **NONE** | | | | | | | | | | | | |
| Spec Sub-Section | None | | | | | | | | | | | | |
| 033000-001 | 1 | Cast-In-Place Concrete - Mix Design | Mix Design | Submitted for Approval | | | | 04/23/2024 | 04/24/2024 | 6 | | | Kirksey Architects, Inc. |
| 061053-001 | 1 | Misc. Rough Carpentry - Product Data | Product Data | Submitted for Approval | | | | 04/23/2024 | 04/23/2024 | 7 | | | Kirksey Architects, Inc. |
| 079200-001 | 1 | Joint Sealants - Schedule | Schedule | Submitted for Approval | | | | 04/23/2024 | 04/24/2024 | 6 | | | Kirksey Architects, Inc. |
| 083113-001 | 1 | Access Doors and Frames - Product Data and Schedule | Product Data | Submitted for Approval | | | | 04/19/2024 | 04/19/2024 | 11 | | | Kirksey Architects, Inc. |
| 092216-001 | 1 | Non-Structural Metal Framing - Product Data | Product Data | Submitted for Approval | | | | 04/19/2024 | 04/22/2024 | 8 | | | Kirksey Architects, Inc. |
| 092900-001 | 1 | Gypsum Board - Product Data | Product Data | Submitted for Approval | | | | 04/19/2024 | 04/22/2024 | 8 | | | Kirksey Architects, Inc. |
| 265100-001 | 1 | Interior Lighting - Product Data | Product Data | Submitted for Approval | | | | 04/09/2024 | 04/11/2024 | 19 | | | Kirksey Architects, Inc. |
| 099100-001 | 1 | Paint - Samples | Sample | Submitted for Approval | | | | 04/24/2024 | 04/30/2024 | 0 | | | Kirksey Architects, Inc. |
| 211313-001 | 1 | Fire Suppression Piping Wet-Pipe Sprinkler System - Product Data | Product Data | Submitted for Approval | | | | 04/08/2024 | 04/10/2024 | 20 | | | Kirksey Architects, Inc. |
| 211313-002 | 1 | Fire Suppression Piping Wet-Pipe Sprinkler System - Shop Drawings | Shop Drawing | Submitted for Approval | | | | 04/29/2024 | 04/29/2024 | 1 | | | Kirksey Architects, Inc. |
| 211313-003 | 1 | Fire Suppression Piping Wet-Pipe Sprinkler System - Flex Sprinkler Fittings | Product Data | Submitted for Approval | | | | 04/17/2024 | 04/17/2024 | 13 | | | Kirksey Architects, Inc. |
| 233300-001 | 1 | Duct Accessories - Product Data | Product Data | Submitted for Approval | | | | 04/16/2024 | 04/16/2024 | 14 | | | Kirksey Architects, Inc. |
| 260519-001 | 1 | Conductors and Cables - Product Data | Product Data | Submitted for Approval | | | | 04/22/2024 | 04/22/2024 | 8 | | | Kirksey Architects, Inc. |
| 092900-002 | 1 | Gypsum Board | Product Data | Submitted for Approval | | | | 04/25/2024 | 04/25/2024 | 5 | | | Kirksey Architects, Inc. |

**Report Parameters**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Break By: | Spec. Section (S) | Sent To Partner: | | Status Class: | | Run Date: | Apr 30, 2024 |
| Package: | | Sent To Partner Type: | | Status: | SFA | Run Time: | 12:10 PM EDT |
| From Specification Section: | | Returned By Partner: | | Submittal Type: | COMPLETE | Operator: | JOSH.FARRIS |
| To Specification Section: | | Returned By Partner Type: | | Sort By: | Submittal Sort Order | Report Code: | PM3041 |
| Responsibilty Partner: | | Forwarded To Partner: | | Project: | 4024003 | | |
| Responsibility Partner Type: | | Forwarded To Partner Type: | | Show Notes: | | | |

203

TAMU-01493



**TAMU CORPS DORMS RESTROOM RENOVATIONS**

**PROJECT DESIGN MEETING AGENDA NO. 11**

**DATE:**  Tuesday, May 14, 2024

**TIME:**  2:00pm

**LOCATION:**  MS TEAMS

**PRESENT:**
| | |
|---|---|
| Gary Hall | Project Control |
| Sam Lampe | Project Control |
| Jo Lynn Winfrey | Project Control |
| Austin Vader | Project Control |
| Rob Webber | TAMU |
| Gary Williams | TAMU |
| Charney Rydl | TAMU |
| Mike Garon | SSC |
| Layton Muehr | SpawGlass |
| Paul Gregg | SpawGlass |
| Seth Madison | SpawGlass |
| Josh Farris | SpawGlass |
| Verr Soltes | Kirksey |
| Michael Lindemann | Kirksey |

## Substantial Completion: August 1, 2024 : 78 Days

### I.  ADMINISTRATION

<u>Communication:</u> No outside communication, comments, pictures, or videos regarding the project are to be taken, spoken of, or shared outside the project team. All conversations in the meetings are to be considered confidential.

A. <u>Comments/Corrections to Previous Meeting Minutes</u>

   1. Comments to the meeting minutes are to be submitted via email to Sam Lampe, cc: Gary Hall, Jo Lynn Winfrey prior to the next scheduled meeting.

B. <u>Status of Proposals and Contracts</u>

   1. SpawGlass is currently working on finalizing pricing for new toilets in all restrooms in lieu of reusing existing.

C. <u>Inspections</u>

   1. No scheduled inspections.

D. <u>Meeting Schedule</u>

   1. The next Project OAC Meeting will be on May 21st, 2024, at 2:00pm on MS Teams.

### II.  CONSTRUCTION

A. <u>Schedule – 3 Week Look Ahead - Attached</u>

TAMU-01494

      1. SpawGlass mobilized on site 5/12. Construction fencing has been installed and wind screens will be installed soon. Currently working on protecting existing areas and make safe. Demolition will kickoff tomorrow. SpawGlass is to salvage the partition doors and hardware only.

   B. <u>RFIs</u>

      1. No major update.

   C. <u>Submittals</u>

      1. Flowable fill and concrete submittal to be submitted to Kirskey soon.

   D. <u>Long Lead Items</u>

      1. Fiberglass Doors and Frames - Arrived in Bryan TX as of 05/14/2024.
      2. Solid surface - Shipping 06/14/2024.
      3. Tile – Held at warehouse in San Antonio, TX. Subcontractor to pick up.

   E. <u>Site Coordination</u>

      1. Summer camps to start 6/27 and run through 4/14.

III. **DESIGN**

   A. No Items

IV. **OWNER ITEMS**

   A. SpawGlass to save existing partition/shower doors and door hardware at the request of TAMU ResLife. SpawGlass to notify ResLife when items are ready to be picked up.

V. **NEW BUSINESS**

   A. No Items.

The meeting was adjourned at 2:20 PM.

**ATTACHMENTS:**

**DISTRIBUTION**
Gary Hall
Russ Wallace
Sam Lampe
Lane Rutledge
Jo Lynn Winfrey
Austin Vader
Les Williams
Michael Garon
Ben Sasse
Garett Wheaton
Layton Muehr
Paul Gregg
Josh Farris

TAMU-01493

Berr Soltes
Michael Lindermann


**SUBMITTED BY:** Sam Lampe
SL:av (05/15/24)



| Activity Name | Orig Dur | Rem Dur | Start | Finish |
|---|---|---|---|---|
| **TAMU Corps Dorms RR Renov** | 89 | 28 | 15-Feb-24 A | 14-Jun-24 |
| Pre-Construction | 89 | 28 | 15-Feb-24 A | 14-Jun-24 |
| Fiberglass Doors and Frames Procuren | 72 | 5 | 15-Feb-24 A | 17-May-24 |
| Tile Procurement | 25 | 5 | 02-Apr-24 A | 17-May-24 |
| Solid Surface Material Procurement | 72 | 27 | 02-Apr-24 A | 14-Jun-24 |
| Milestones | 9 | 9 | 13-May-24 | 22-May-24 |
| Start Construction | 0 | 0 | 13-May-24 | |
| Complete Demo | 0 | 0 | | 22-May-24 |
| Inspections | 2 | 2 | 29-May-24 | 31-May-24 |
| Mechanical Rough In Inspection | 0 | 0 | | 29-May-24 |
| Underground Plumbing Rough In Inspec | 0 | 0 | | 29-May-24 |
| Rebar Inspection | 0 | 0 | 30-May-24 | |
| Electrical Above Ceiling Inspection | 0 | 0 | | 30-May-24 |
| Fire Suppression Testing | 0 | 0 | | 31-May-24 |
| Construction | 18 | 18 | 13-May-24 | 03-Jun-24 |
| Dorm 2 (Kiest) | 18 | 18 | 13-May-24 | 03-Jun-24 |
| Demo | 9 | 9 | 13-May-24 | 22-May-24 |
| Mobilize Fence and Connexes | 2 | 2 | 13-May-24 | 14-May-24 |
| Make Safe of Electrical and Fire Safety | 2 | 2 | 13-May-24 | 14-May-24 |
| Demo/Salvage Partitions | 1 | 1 | 15-May-24 | 15-May-24 |
| Demo/Salvage Fixtures | 2 | 2 | 15-May-24 | 16-May-24 |
| Demo Floor and Wall Tile | 2 | 2 | 17-May-24 | 18-May-24 |
| Demo Sheetrock and Framing | 2 | 2 | 17-May-24 | 18-May-24 |
| Demo Existing Electrical | 2 | 2 | 17-May-24 | 18-May-24 |
| Demo Existing In-Wall Plumbing | 2 | 2 | 17-May-24 | 18-May-24 |
| Demo Ceiling | 2 | 2 | 17-May-24 | 18-May-24 |
| Demo Above Ceiling MEP | 2 | 2 | 17-May-24 | 18-May-24 |
| Sawcut and Demo Concrete | 2 | 2 | 20-May-24 | 21-May-24 |
| Demo Existing In-Slab Plumbing | 1 | 1 | 22-May-24 | 22-May-24 |
| Renovations | 10 | 10 | 22-May-24 | 03-Jun-24 |
| Install new Ductwork | 5 | 5 | 22-May-24 | 29-May-24 |
| Fire Suppression Demo/Rough-In | 3 | 3 | 23-May-24 | 28-May-24 |
| In-Slab Plumbing | 4 | 4 | 23-May-24 | 29-May-24 |
| Install new Above-Ceiling Elecrical | 3 | 3 | 28-May-24 | 30-May-24 |
| Install Wall Framing | 6 | 6 | 28-May-24 | 03-Jun-24 |
| Install Sprinkler Heads | 3 | 3 | 29-May-24 | 31-May-24 |
| Pour Back Concrete at Sawcut Areas | 2 | 2 | 30-May-24 | 31-May-24 |
| Dorm 5 (Gainer) | 18 | 18 | 13-May-24 | 03-Jun-24 |
| Dorm 6 (Lacey) | 18 | 18 | 13-May-24 | 03-Jun-24 |

Start Date: 15-Feb-24
Finish Date: 01-Aug-24
Data Date: 12-May-24
Run Date: 13-May-24

Actual Work — Remaining Work — Critical Remaining Work ◆ Milestone — Summary — Level of Effort — Actual Level of Effort

**TAMU Corps Dorms RR Renovations**
3 wk Look Ahead
Page 1 of 1

SpawGlass

**`EDDIE HARE-Accessibility Specialist-0008**
**5855 Foster Road, Bryan, Texas 77807**
ehare@eddiehare.com
**979-775-6850 office * 979-820-0149 cell**

**October 28, 2023**

**TAMU SSC Service Solutions**
**TAMU MS 1371, 600 Agronomy Road**
**College Station, Texas 77843**

**Re: TAMU Corps Dorm, Bathroom Renovations        TABS2024003825**
**    Spence Hall # 0401, 605 Military Mall * College Station, Brazos County, Texas 77843**

**PLAN REVIEW-<mark>No Findings</mark>**

**To Michael Garon:**

The plan review is complete. A copy will be forwarded to the Texas Department of Licensing and Regulation. The referenced project may be eligible for inspection approval if constructed in accordance with the Texas Accessibility Standards. Items which are the responsibility of the owner should be referred to the appropriate person for action.

The building or facility owner must request an inspection no later than thirty (30) days after completion of construction. If the completion date provided on the Project Registration Form is no longer correct, notify this office (in writing) of the revised completion date as soon as possible.

This determination is applicable only to ensuring compliance with Texas Government Code, Chapter 469 and does not address the requirements of the Americans with Disabilities Act (ADA), (P.L. 101-336) or any other local, state, or federal requirement. For information on the ADA Hotline, (800) 949-4232, or the United States Department of Justice at (202) 514-0301.

Please reference the Department assigned project number (TABS#) in all future correspondence pertaining to this project.

Best Regards,


*Eddie Hare*


Accessibility Specialist **ICC# 1131801-21**
                              **RAS# 0008**

**Cc: Patterson Architects**

*THE REVIEW OF DOCUMENTS AS CONTRACT DOCUMENTS AND FIELD INSPECTIONS, BY THIS REGISTERED ACCESSSIBLITY SPECIALIST, EDDIE HARE, FOR THE TEXAS DEPARTMENT OF LICENSING AND REGULATION (TDLR), AUSTIN, TEXAS, IS BASED ON BEST EFFORTS ENDEAVOR FOLLOWING INSTRUCTION AND CERTIFICATION BY BOTH TDLR AND ICBO. PLAN REVIEW AND INSPECTION IN NO WAY WARRANTS COMPLETE COMPLIANCE TO THE TEXAS ACCESSIBLITY STANDARDS. THIS BUSINESS, THE PROFESSIONAL, HIS EMPLOYEES, AND CLIENT FOR WHOM THE REVIEW OR INSPECTION IS MADE AGREES TO HOLD HARMLESS AND INDEMNIFY THE REGISTERED ACCESSIBILTY SPECIALIST, EDDIE HARE, AND THE TDLR FROM AND AGAINST ANY LIABILITY ARISING FROM THE PERFORMANCE OF THE WORK*



| Activity Name | Orig Dur | Start | Finish |
|---|---|---|---|
| **TAMU Corps Dorms RR Renovations** | 135 | 23-Feb-24 | 01-Aug-24 |
| Pre-Construction | 87 | 23-Feb-24 | 19-Jun-24 |
| Under Contract (Design NTP) | 0 | 23-Feb-24 | |
| DD Package | 20 | 23-Feb-24 | 21-Mar-24 |
| Buyout Subcontracts | 15 | 08-Mar-24 | 28-Mar-24 |
| Fiberglass Doors and Frames Procurement | 72 | 15-Mar-24 | 19-Jun-24 |
| Solid Surface Material Procurement | 72 | 15-Mar-24 | 19-Jun-24 |
| DD Package Review | 5 | 22-Mar-24 | 28-Mar-24 |
| CD Package | 26 | 29-Mar-24 | 03-May-24 |
| CD Package Review | 5 | 06-May-24 | 10-May-24 |
| Milestones | 67 | 13-May-24 | 01-Aug-24 |
| Start Construction | 0 | 13-May-24 | |
| Complete Demo | 0 | | 29-May-24 |
| MEP Rough-In | 0 | | 11-Jun-24 |
| Floor and Wall Finishes | 0 | | 29-Jun-24 |
| Trim and Finish Out | 0 | | 03-Jul-24 |
| Project Completion | 0 | | 01-Aug-24 |
| Construction | 56 | 13-May-24 | 22-Jul-24 |
| Dorm 2 (Kiest) | 55 | 13-May-24 | 20-Jul-24 |
| Demo | 13 | 13-May-24 | 29-May-24 |
| Demo/Salvage Fixtures | 2 | 13-May-24 | 14-May-24 |
| Demo Partitions | 1 | 15-May-24 | 15-May-24 |
| Demo Floor and Wall Tile | 2 | 16-May-24 | 17-May-24 |
| Demo Ceiling | 2 | 18-May-24 | 20-May-24 |
| Demo Sheetrock and Framing | 2 | 21-May-24 | 22-May-24 |
| Demo Existing Electrical | 2 | 21-May-24 | 22-May-24 |
| Demo Existing In-Wall Plumbing | 2 | 21-May-24 | 22-May-24 |
| Sawcut and Demo Concrete | 2 | 23-May-24 | 24-May-24 |
| Demo Existing In-Slab Plumbing | 2 | 28-May-24 | 29-May-24 |
| Renovations | 48 | 21-May-24 | 20-Jul-24 |
| Install new Ductwork | 3 | 21-May-24 | 23-May-24 |
| Install Fire Suppression | 6 | 21-May-24 | 29-May-24 |
| Install new Above-Ceiling Elecrical | 3 | 23-May-24 | 28-May-24 |
| In-Slab Plumbing | 3 | 30-May-24 | 01-Jun-24 |
| Pour Back Concrete at Sawcut Areas | 2 | 03-Jun-24 | 04-Jun-24 |
| Install Wall Framing | 4 | 05-Jun-24 | 08-Jun-24 |
| Install new In-Wall Electrical | 3 | 07-Jun-24 | 10-Jun-24 |
| Install new In-Wall Plumbing | 4 | 07-Jun-24 | 11-Jun-24 |
| Install Ceiling Framing | 4 | 10-Jun-24 | 13-Jun-24 |

| | | | | |
|---|---|---|---|---|
| Start Date: 23-Feb-24 | | | | |
| Finish Date: 01-Aug-24 | | | | |
| Data Date: 23-Feb-24 | | | | |
| Run Date: 14-Feb-24 | | | | |

Actual Work ◆ Milestone ◆ Actual Level of Effort
Remaining Work ▽ Summary ▽
Critical Remaining Work Level of Effort

**TAMU Corps Dorms RR Renovations**
Print Format
Page 1 of 2

SpawGlass

| Activity Name | Orig Dur | Start | Finish | February 2024 | | | | March 2024 | | | | | April 2024 | | | | May 2024 | | | | June 2024 | | | | July 2024 | | | | August 2024 | | | | mber 2024 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 04 | 11 | 18 | 25 | 03 | 10 | 17 | 24 | 31 | 07 | 14 | 21 | 28 | 05 | 12 | 19 | 26 | 02 | 09 | 16 | 23 | 30 | 07 | 14 | 21 | 28 | 04 | 11 | 18 | 25 | 01 | 08 |
| Floor Prep | 4 | 10-Jun-24 | 13-Jun-24 | | | | | | | | | | | | | | | | | | | | | Floor Prep | | | | | | | | | | | |
| Install Wall Sheetrock | 4 | 12-Jun-24 | 15-Jun-24 | | | | | | | | | | | | | | | | | | | | | Install Wall Sheetrock | | | | | | | | | | |
| Install Ceiling Sheetrock | 3 | 14-Jun-24 | 17-Jun-24 | | | | | | | | | | | | | | | | | | | | | Install Ceiling Sheetrock | | | | | | | | | | |
| Install Floor Tile | 8 | 14-Jun-24 | 22-Jun-24 | | | | | | | | | | | | | | | | | | | | | Install Floor Tile | | | | | | | | | | |
| Tape, Float, and Finish | 2 | 18-Jun-24 | 19-Jun-24 | | | | | | | | | | | | | | | | | | | | | Tape, Float, and Finish | | | | | | | | | | |
| Install Mechanical Fixtures | 2 | 20-Jun-24 | 21-Jun-24 | | | | | | | | | | | | | | | | | | | | | Install Mechanical Fixtures | | | | | | | | | | |
| Install Electrical Ceiling Fixtures | 3 | 20-Jun-24 | 22-Jun-24 | | | | | | | | | | | | | | | | | | | | | Install Electrical Ceiling Fixtures | | | | | | | | | | |
| Install Solid Surface Materials | 5 | 20-Jun-24 | 25-Jun-24 | | | | | | | | | | | | | | | | | | | | | Install Solid Surface Materials | | | | | | | | | | |
| Install Wall Tile | 6 | 24-Jun-24 | 29-Jun-24 | | | | | | | | | | | | | | | | | | | | | Install Wall Tile | | | | | | | | | | |
| Install Plumbing Fixtures | 2 | 01-Jul-24 | 02-Jul-24 | | | | | | | | | | | | | | | | | | | | | | Install Plumbing Fixtures | | | | | | | | | |
| Install new Specialties | 2 | 01-Jul-24 | 02-Jul-24 | | | | | | | | | | | | | | | | | | | | | | Install new Specialties | | | | | | | | | |
| Paint Ceiling | 3 | 01-Jul-24 | 03-Jul-24 | | | | | | | | | | | | | | | | | | | | | | Paint Ceiling | | | | | | | | | |
| Install Electrical Wall Fixtures | 3 | 01-Jul-24 | 03-Jul-24 | | | | | | | | | | | | | | | | | | | | | | Install Electrical Wall Fixtures | | | | | | | | | |
| Install Doors and Hardware | 2 | 08-Jul-24 | 09-Jul-24 | | | | | | | | | | | | | | | | | | | | | | Install Doors and Hardware | | | | | | | | | |
| Contractor Punchlist | 10 | 10-Jul-24 | 20-Jul-24 | | | | | | | | | | | | | | | | | | | | | | Contractor Punchlist | | | | | | | | | |
| Dorm 5 (Gainer) | 56 | 13-May-24 | 22-Jul-24 | | | | | | | | | | | | | | | | | | | | | | Dorm 5 (Gainer) | | | | | | | | | |
| Dorm 6 (Lacey) | 56 | 13-May-24 | 22-Jul-24 | | | | | | | | | | | | | | | | | | | | | | Dorm 6 (Lacey) | | | | | | | | | |
| Close-Out | 22 | 08-Jul-24 | 01-Aug-24 | | | | | | | | | | | | | | | | | | | | | | Close-Out | | | | | | | | | |
| Commisioning | 10 | 08-Jul-24 | 18-Jul-24 | | | | | | | | | | | | | | | | | | | | | | Commisioning | | | | | | | | | |
| Owner Punchlist | 10 | 22-Jul-24 | 01-Aug-24 | | | | | | | | | | | | | | | | | | | | | | | Owner Punchlist | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Start Date: 23-Feb-24 | | ▬▬ Actual Work | ◆ ◆ Milestone | ▬▬ Actual Level of Effort | **TAMU Corps Dorms RR Renovations** |
| Finish Date: 01-Aug-24 | | ▭▭ Remaining Work | ▽▽ Summary | | Print Format |
| Data Date: 23-Feb-24 | | ▬▬ Critical Remaining Work | ▬▬ Level of Effort | | Page 2 of 2 |
| Run Date: 14-Feb-24 | | | | | |


SpawGlass

**EXHIBIT**

**41**

| | |
|---|---|
| **From:** | Shive, Holly A |
| **Sent:** | Thursday, May 16, 2024 1:02 PM |
| **To:** | Welsh III, Mark A;Ballabina, Susan G |
| **Cc:** | Franke, Sarah E |
| **Subject:** | Emails |
| **Attachments:** | Corp of Cadet bathrooms.eml; quad renovations.eml |

President Welsh,

In follow up to our conversation, attached are the two emails we have received to date on the restroom renovation:

-           '88. Her son was a cadet, graduated in 2022. (Note: I believe she serves as the the Corps of Cadets Association)
-           . Her son is a current cadet. (Note: Her email was also sent to regents)

Thanks,
Holly

6

TAMU-02499

**From:**
**To:** [BOR@tamus.edu](mailto:BOR@tamus.edu)
**Cc:** [President](mailto:President)
**Subject:** Corp of Cadet bathrooms
**Date:** Wednesday, May 15, 2024 10:26:29 PM

---

**This Message Is From an External Sender**
This message came from outside your organization.

It has come to my attention that there is a plan to renovate the bathrooms in the Corp to show for gender neutral bathrooms. 1) Didn't we just spend a boatload of money renovating the Quad? Why do you feel it is ok to ask the taxpayers to spend even more now?  2) why should the men and women in the Corp suffer with less bathrooms/showers to use because a confused individual decided to join the program and need their own accommodations?  3) I thought the Corp was about making leaders not conforming to woke?

I am so disappointed in the direction TAMU is heading. I looked the smaller, more conservative campus rich in tradition. I don't know, not like,  this version of TAMU.

I have a son considering the Corps in 2026. If this is the direction the Corp is heading, I will not support that direction.


C/O 1997

| | |
|---|---|
| **From:** | |
| **To:** | [President](#) |
| **Subject:** | quad renovations |
| **Date:** | Wednesday, May 15, 2024 7:46:12 PM |

**This Message Is From an External Sender**
This message came from outside your organization.

I am writing concerning the millions of dollars that are being spent to accommodate fewer cadets.  This is horrible! The university is spending millions on updating the bathrooms on the quad and they just redid this several years ago. Is this about a "few" cadets that are demanding certain accommodations because they are confused about their gender?  What about all those cadets that is affecting?  Why does the university continue to spend tax payers dollars to please less than 1% of the population.

The Rudder Association said it best.

"It is worth noting that all decision makers at A&M are state employees. Thankfully, our elected leaders in Austin have courageously stood their ground in the face of the radical and unconstitutional directives emanating from the unelected bureaucrats of the Dept. of Education.  Just this month, both the AG of the State of Texas  and our Governor have stated unequivocally that public universities need not and should not comply with such directives pending the resolution of relevant court cases.

Yet our campus administrators have apparently capitulated to a radical gender ideology and choses instead to burden the taxpayers and gender conforming students with this costly and ill-conceived scheme.  Nor were they even given a choice in this project, which they will ultimately help pay for."

I am Class of '88 and my husband is '89 and my son graduated in '22 and was a member of the Corps of Cadets.  Thank goodness he no longer is there under the current leadership both in the Corps and the University.  You can call it Ol' Army or whatever you want, but that is what made A&M what it is today.  Is saddens me the direction we are headed.

Sincerely,

| From: | Michaelis, Patrick Ralph |
| --- | --- |
| To: | Williams, Les |
| Cc: | Ramirez Jr, Joe E; Ballabina, Susan G; Lange, Peter; Crawford, John W; Sasse, Ben; Gonzales, Lilia Y; Reber, Thomas W; Rydl, Chareny L; Pettibon II, Joseph P; Simpson, Meredith M; Simpson, Meredith M |
| Subject: | Re: Corps Facilities Brief Follow up |
| Date: | Tuesday, February 20, 2024 8:30:16 AM |
| Attachments: | ExAuth - Kiest Gainer Lacy RR Construction.pdf |

Thanks Les.

Patrick R. Michaelis
Brigadier General, USA (ret)
Commandant
Texas A&M Corps of Cadets

Sent from my iPhone

On Feb 20, 2024, at 9:25 AM, Williams, Les <leswilliams@tamu.edu> wrote:

We received approval to proceed with the Corps Dorm Renovation project.   The total project costs for (4) dorms is projected to cost $3.1 million.   Res Life will be funding the first $2 million and John Crawford will fund the remaining $1.1 million.    The Spence Hall project will be proceeding as originally planned and was awarded to Quad Tex through SSC.    The other three projects (Kiest, Gainer and Lacy) will be managed delivered by Spaw Glass and Project Controls through SSC.  Because of the tight time frame, Project Controls will be responsible meeting the objectives of 1) meeting the time frame and 2) establishing a cost-effective approach to construction for future projects.

Ben Sasse will be coordinating from the Facilities & Energy Services team, but Gary Hall and Russ Wallace with Project Controls will be driving this project.   To meet the time frame, it is imperative that our teams are responsive to request from Project Controls.  Ben will work with Project Controls and Res Life to identify team members for this project.   I will expect that we could get started as early as this week with design.

les

Les Williams ¦ Associate Vice President

Division of Operations

Facilities & Energy Services

1185 TAMU ¦ College Station, TX 77843-1255

ph: 979.862.4470¦leswilliams@tamu.edu

**From:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>
**Sent:** Monday, February 19, 2024 9:18 AM
**To:** Williams, Les <leswilliams@tamu.edu>; Ballabina, Susan G <sg-ballabina@tamu.edu>; Lange, Peter <plange@tamu.edu>; Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>; Crawford, John W <crawford@tamu.edu>
**Cc:** Sasse, Ben <bsasse@tamu.edu>; Gonzales, Lilia Y <lilia.gonzales@tamu.edu>; Reber, Thomas W <treber@tamu.edu>; Rydl, Chareny L <chareny@reslife.tamu.edu>
**Subject:** RE: Corps Facilities Brief Follow up

**Thanks Les.**

**We will need to discuss how we intend to pay for all of this. Res Life committed $2M for this construction project this Summer. Do we know who is going to pay the additional $575K if this is the plan we are going to execute this Summer?**

**I appreciate the update and look forward to the discussion.**

**Joe**

*BG Joe E. Ramirez, Jr*
*United States Army (Retired)*
*Vice President for Student Affairs*
*Texas A&M University*

**From:** Williams, Les <leswilliams@tamu.edu>
**Sent:** Friday, February 16, 2024 12:11 PM
**To:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>; Ballabina, Susan G <sg-ballabina@tamu.edu>; Lange, Peter <plange@tamu.edu>; Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>; Crawford, John W <crawford@tamu.edu>
**Cc:** Sasse, Ben <bsasse@tamu.edu>; Gonzales, Lilia Y <lilia.gonzales@tamu.edu>
**Subject:** Re: Corps Facilities Brief Follow up

I need to update the price. Ben pointed out that SSC did not include all the costs. See the updated correspondence below.

**From:** Williams, Les <leswilliams@tamu.edu>

**Sent:** Friday, February 16, 2024 12:02 PM
**To:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>; Ballabina, Susan G <sg-ballabina@tamu.edu>; Lange, Peter <plange@tamu.edu>; Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>; Crawford, John W <crawford@tamu.edu>
**Cc:** Sasse, Ben <bsasse@tamu.edu>; Gonzales, Lilia Y <lilia.gonzales@tamu.edu>
**Subject:** Corps Facilities Brief Follow up

Here is an update on the Corps Renovation Project.   The Spaw Glass and Project Controls team has established that the three additional bathrooms are possible in the limited time frame. The total estimated cost will be **$2,575,000** and will require an approval to proceed by next Friday (February 23rd).

There are number of conditions which make this possible and they are:

1. All design and construction decisions will be made by the Project Manager, Project Control.
2. Project Manager will review and approve all contracts and invoices prior to forwarding to SSC for payment.
3. No occupancy of these three dorms will be permitted during the construction period.
4. Hours of contractor operation are 7:00am till 7:00pm 7 days per week.
5. The areas to be renovated will all be on the ground floor north end of Kiest, Gainer and Lacy.
6. The contractor will be allowed the use of Parking Lot #26 for a storage/laydown yard and contractor parking.
7. The general contractor's offices will be located on the second-floor study/office in the north end of the building.
8. Finishes and materials may be changed or modified by Project Manager based on market availability.
9. Due to the late start and accelerated schedule, HUB Participation will be a best effort by the Contractor but may not reach the TAMU intend goal of 21.1%.
10. A Notice to Proceed must be issued no later than Friday, February 23, 2024, to meet the Substantial Completion date of August 1, 2024.

Les Williams

Les Williams ¦ Associate Vice President

Division of Operations

Facilities & Energy Services

1185 TAMU ¦ College Station, TX 77843-1255

ph: 979.862.4470¦leswilliams@tamu.edu

Texas A&M University

---

**From:** Garon, Michael <Michael.Garon@sscserv.com>
**Sent:** Friday, February 16, 2024 11:34 AM
**To:** Williams, Les <leswilliams@tamu.edu>
**Cc:** richard.gentry <richard.gentry@sscserv.com>; Heye, Jeff <Jeff.Heye@sscserv.com>;
Garon, Michael <Michael.Garon@sscserv.com>
**Subject:** Community Access Restroom Renovations || 2024-06316

> **This Message is From an External Sender**
> This message came from outside your organization

Les,

Project Controls and Spaw Glass have provided the following milestone schedule.

Notice to proceeds issued no later than Feb 23rd.

Design to commence Feb 24th .

Construction at site to commence May 13th.

Substantial completion on August 2nd.

Corps move-in August 5th.

The total anticipated cost is $2,318,235.87 ($772,745.29 per restroom)

## Michael Garon

Senior Construction Project Manager

Engineering, Design and Construction Services

**SSC Service Solutions |** 979-446-2506

TAMU-01695

# TAMU CAMPUS CONSTRUCTION MANAGEMENT (CCM)

# FACILITIES EXPENSE AUTHORIZATION FORM

## February 14, 2024

| Project File Name | Restroom Renovations – Kiest, Gainer and Lacy (Construction Approval) | | |
|---|---|---|---|
| Requesting Unit | Facilities & Energy Services | Requestor's Name | Les Williams |
| Project Name | Restroom Renovations – Kiest, Gainer and Lacy | Project Number | TBD |
| Budget (attach estimate) | See below | Project Location | 0401 KIES<br>0404 GAIN<br>0405 LACY |
| Budget Modification (attach estimate)<br>Revised Budget (with modification(s)) | Total estimated project cost (see attached): $2,575,000<br>Less original approval for feasibility study: ($242,550)<br>**Additional Funding Required:** **$2,332,450** | Anticipated Funding Sources | % Dept.:<br>% Other: 100% |
| Funding Account Number(s) | Split 3-ways:<br>02-808818-06401 (Kiest)<br>02-808818-06404 (Gainer)<br>02-808818-06405 (Lacy) | Estimated Start & End Dates | February 2024 – August 2024 |

*Request will not be considered unless all fields are completed.*

| Project Description: | Design and construct three (3) each community access restroom renovations to be completed during summer 2024. One restroom on the ground floor in each of Kiest, Gainer and Lacy Halls will be modified. |
|---|---|
| Project Justification: | Title IX compliance. |

**Recommended for Approval by:**

_____     _____
Chareny Rydl, Executive Director     Date
Residence Life and Housing
Division of Student Affairs

_____     _____
Ben Sasse, Director     Date
Campus Construction Management
Facilities and Energy Services
Division of Operations

**Approved by:**

_____     _____
Les Williams, Associate Vice President of     Date
Facilities and Energy Services
Division of Operations

TAMU-01598

Softer: the following was agreed upon ?

Yes, wait for SB to come back just in case

**Meredith Simpson**
Chief of Staff
Office of the Commandant | Corps of Cadets
1227 TAMU | College Station, TX 77843-1227
ph: 979.845.2811 | msimpson@tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY**

**From:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Sent:** Wednesday, March 13, 2024 9:58 AM
**To:** Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:** proposed note to ResLife and CPDC

Just need a sanity check.  More direct and "to-the-point."  Mainly wondering if I should wait to send until final "go" from higher?

-----------------------

Charney/Rob/Ben,

Meredith and I met with Les and Tom this morning.  There is now a shared understanding among all parties. In summary, the following was decided:

- All restrooms remodeled this summer will include exterior doors and swipe card access. These are gendered bathrooms placarded "men" or "women" depending on the makeup of the cadet population in the fall.
- Eliminate one toilet in the design and instead provide for a secured urinal instead.

-----------------------

**Bill Meredith '96** | LtCol, US Army (Ret.)
Director - Corps Logisitics
Texas A&M Corps of Cadets
1115 TAMU | College Station, TX 77843-1227

ofc: 979.845.0324 |                           | bmeredith@corps.tamu.edu

Susan. - I'm good to go here. Les, let's move out on the refined guidance below.

Prm

Patrick R. Michaelis
Brigadier General, USA (ret)
Commandant
Texas A&M Corps of Cadets

Sent from my iPhone

> On Mar 15, 2024, at 9:44 AM, Ballabina, Susan G <sg-ballabina@tamu.edu> wrote:

All,
I just spoke with President Welsh.
He agrees that the plan has shifted from gender neutral to gender designated.
He also agrees that there should be a door/swipe access into the restroom.
He did not concur with the need to retain a urinal in the restroom and indicated that if the restroom ended up designated as a men's restroom at some point, they could use the standard toilets.
Patrick, if that needs more discussion, we can further discuss with the President early next week.
Susan

---

**From:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>
**Sent:** Friday, March 15, 2024 8:55 AM
**To:** Ballabina, Susan G <sg-ballabina@tamu.edu>
**Cc:** Williams, Les <leswilliams@tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>; Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Subject:** Corps Bathrooms

Good Morning Susan,

My team met with Les and Tom earlier this week regarding the restroom upgrades planned on the quad for summer.

Based on our conversations earlier this week, all understand the requirements for these upgrades to ultimately result in four new restrooms with enhanced safety and

security measures.   All also understand that each of these new restrooms will be labeled gendered facilities based on the makeup of the outfits that reside in each dormitory from year to year.

Based on this shared understanding, I've asked the construction team to modify the proposed designs on each of the restrooms remodeled this summer to retain an exterior door and card swipe access for enhanced security.  I also asked them to remove one toilet from the design and instead retain one secured urinal in each restroom as a matter of flexibility and practicality should an all-male or predominantly male population reside in any of the dorms in the future.

Facilities and the construction team have asked for confirmation from the President's Office before proceeding with a re-design under these design requirements.

Patrick

Patrick R. Michaelis
Brigadier General, USA (ret)
Commandant
Texas A&M Corps of Cadets

Sent from my iPhone

| | |
|---|---|
| **From:** | Meredith Jr, Billy |
| **Sent:** | Wednesday, April 10, 2024 10:40 AM |
| **To:** | Sasse, Ben |
| **Cc:** | Meredith Jr, Billy; Sam Lampe; Simpson, Meredith M; Gary Hall; Garon, Michael |
| **Subject:** | RE: Summer lay down area. |

Thanks Ben.

On Apr 10, 2024 10:24 AM, "Sasse, Ben" <bsasse@tamu.edu> wrote:
Bill:

You would need to run this request through Sam Lampe with Project Control (copied).

Ben

**Ben Sasse** | Director
Campus Construction Management
Facilities & Energy Services
Division of Operations | Texas A&M University

General Services Complex, Bldg. 1800
750 Agronomy Road (corner of Agronomy and F&B Road), Suite 2701
1247 TAMU | College Station, TX 77843
P 979.458.5238 |                        | **bsasse@tamu.edu**

**From:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Sent:** Wednesday, April 10, 2024 8:44 AM
**To:** Sasse, Ben <bsasse@tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:** Summer lay down area.

Ben,

I was back briefing the Chief of Staff on the plan for the bathroom construction and we'd like to see if Spaw Glass can use 40A instead of 26 for lay down

40A is student parking and is usually nearly empty all summer.

26 is reserved parking and a good portion of the staff park there.

Let me know if this is feasible

Thanks
Bill

TAMU-017502

| | |
|---|---|
| **From:** | Meredith Jr, Billy |
| **Sent:** | Friday, March 22, 2024 1:57 PM |
| **To:** | Webber, Rob W |
| **Cc:** | Meredith Jr, Billy; Rydl, Chareny L |
| **Subject:** | RE: Rooms in Kiest, Lacy, and Gainer |

Good to go

On Mar 18, 2024 4:35 PM, "Webber, Rob W" <rob_webber@reslife.tamu.edu> wrote:

Bill,

I am circling back on my original request regarding the three rooms below. Can you please confirm that these spaces can be used for field offices and that they can be cleaned out by May 13th when the contractors would mobilize?

Thank you,

**Rob Webber**  | Associate Director, Operations and Events
Department of Residence Life | Division of Student Affairs | Texas A&M University
1253 TAMU | College Station, TX 77843-1253

ph: 979.458.6773 | rob_webber@reslife.tamu.edu | reslife.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DEPARTMENT OF RESIDENCE LIFE** | Aggies Live On

**From:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Sent:** Friday, March 8, 2024 11:48 AM
**To:** Webber, Rob W <rob_webber@reslife.tamu.edu>
**Cc:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Subject:** RE: Rooms in Kiest, Lacy, and Gainer

Had no idea a final plan had been approved.  Please give me a run-down.

**Bill Meredith '96** | LtCol, US Army (Ret.)
Director - Corps Logisitics
Texas A&M Corps of Cadets
1115 TAMU | College Station, TX 77843-1227

ofc: 979.845.0324 |                            | bmeredith@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

**From:** Webber, Rob W <rob_webber@reslife.tamu.edu>
**Sent:** Friday, March 8, 2024 11:46 AM
**To:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Cc:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Subject:** Rooms in Kiest, Lacy, and Gainer

Good morning,

TAMU-012503

As part of the Corps bathroom renovation, the contractors would like to access the following rooms as their field offices for summer:

Kiest—236
Lacy—238
Gainer—201

Based on our observations, these appear to be spaces occupied by the Corps. Bill can you please confirm that these spaces can be used for field offices and that they can be cleaned out by May 13th when the contractors would mobilize?

Thank you and please let me know if you have any questions.

**Rob Webber**  | Associate Director, Operations and Events
Department of Residence Life | Division of Student Affairs | Texas A&M University
1253 TAMU | College Station, TX 77843-1253

ph: 979.458.6773 | rob_webber@reslife.tamu.edu | reslife.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DEPARTMENT OF RESIDENCE LIFE** | Aggies Live On

| | |
|---|---|
| **From:** | Meredith Jr, Billy |
| **Sent:** | Monday, March 18, 2024 11:00 AM |
| **To:** | Rydl, Chareny L |
| **Cc:** | Meredith Jr, Billy; Simpson, Meredith M; Williams, Les; Reber, Thomas W; Webber, Rob W; Sasse, Ben |
| **Subject:** | RE: Summer '24 Corps Restroom Updates |

Charney,

Yes.  All work this summer must include doors and swipe access

Thank you

Bill

On Mar 18, 2024 10:14 AM, "Rydl, Chareny L" <chareny@reslife.tamu.edu> wrote:
The Spence bathroom design, does not have a door on it, does the requirement for the door include the Spence Bathroom?

Chareny

---

**From:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Sent:** Friday, March 15, 2024 10:08 AM
**To:** Rydl, Chareny L <chareny@reslife.tamu.edu>; Webber, Rob W <rob_webber@reslife.tamu.edu>; Sasse, Ben <bsasse@tamu.edu>
**Cc:** Simpson, Meredith M <msimpson@corps.tamu.edu>; Williams, Les <leswilliams@tamu.edu>; Reber, Thomas W <treber@tamu.edu>
**Subject:** Summer '24 Corps Restroom Updates

Charney/Rob/Ben,

Meredith and I met with Les and Tom on Wednesday.  There is now a shared understanding among all parties. In summary, the following was agreed upon:

- All restrooms remodeled this summer will include exterior doors and swipe card access.  These are gendered bathrooms placarded "men" or "women" depending on the makeup of the cadet population in the fall.

We were given approval this morning to proceed as noted above.

Also discussed, but not approved, was the retention of an enclosed urinal.  The proposed design for toilets is approved.

-Bill

**Bill Meredith '96** | LtCol, US Army (Ret.)
Director - Corps Logisitics
Texas A&M Corps of Cadets

1

| | |
|---|---|
| **From:** | Meredith Jr, Billy |
| **Sent:** | Wednesday, March 13, 2024 10:06 AM |
| **To:** | Simpson, Meredith M |
| **Subject:** | RE: proposed note to ResLife and CPDC |

………………okay….. I guess…..  will wait to send.

--------------------------------

So in 24 hours we've determined:

1. I can't type
2. I don't do "soft" well

--------------------------------

**Bill Meredith '96** | LtCol, US Army (Ret.)
Director - Corps Logisitics
Texas A&M Corps of Cadets
1115 TAMU | College Station, TX 77843-1227

ofc: 979.845.0324 |                              | bmeredith@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

---

**From:** Simpson, Meredith M <msimpson@corps.tamu.edu>
**Sent:** Wednesday, March 13, 2024 10:03 AM
**To:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Subject:** RE: proposed note to ResLife and CPDC

Softer: the following was agreed upon ?

Yes, wait for SB to come back just in case

**Meredith Simpson**
Chief of Staff
Office of the Commandant | Corps of Cadets
1227 TAMU | College Station, TX 77843-1227
ph: 979.845.2811 | msimpson@tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY**

---

**From:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Sent:** Wednesday, March 13, 2024 9:58 AM
**To:** Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:** proposed note to ResLife and CPDC

TAMU-012506

Just need a sanity check.  More direct and "to-the-point."  Mainly wondering if I should wait to send until final "go" from higher?

------------------------

Charney/Rob/Ben,

Meredith and I met with Les and Tom this morning.  There is now a shared understanding among all parties. In summary, the following was agreed upon:

- All restrooms remodeled this summer will include exterior doors and swipe card access.  These are gendered bathrooms placarded "men" or "women" depending on the makeup of the cadet population in the fall.
- Eliminate one toilet in the design and instead provide for a secured urinal.

------------------------

**Bill Meredith '96** | LtCol, US Army (Ret.)
Director - Corps Logisitics
Texas A&M Corps of Cadets
1115 TAMU | College Station, TX 77843-1227

ofc: 979.845.0324 |                              | bmeredith@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

TAMU-01705

# Meredith Jr, Billy

| | |
|---|---|
| **From:** | Meredith Jr, Billy |
| **Sent:** | Tuesday, March 12, 2024 9:12 PM |
| **To:** | Simpson, Meredith M |
| **Subject:** | Fwd: RE: Corps Restroom Remodels |

---------- Forwarded message ----------
From: "McArthur, Alyssa" <amcarthur@tamu.edu>
Date: Mar 12, 2024 3:32 PM
Subject: RE: Corps Restroom Remodels
To: "Meredith Jr, Billy" <bmeredith@corps.tamu.edu>
Cc:

Good afternoon,

Apologies I missed your call! I was unsure if we were proceeding with scheduling this meeting, but I will take your voicemail as confirmation. I will send the calendar invite shortly for tomorrow, Wednesday March 13 at 8:00am. We are in Suite 104 at the Utilities Central Office (under the water tower off Asbury St).

Please do not hesitate to let me know if there are any questions.

Thank you,
Alyssa

**Alyssa McArthur** | Executive Assistant to the Associate Vice President
Facilities and Energy Services | Texas A&M University
1185 TAMU | College Station, TX 77843-1185

ph: 979.458.0387 | amcarthur@tamu.edu
- - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY**

---

**From:** McArthur, Alyssa
**Sent:** Monday, March 11, 2024 10:49 AM
**To:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>; Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Cc:** Reber, Thomas W <treber@tamu.edu>
**Subject:** RE: Corps Restroom Remodels

Good morning,

Does Wednesday 3/13 at 8:00-8:30am work for calendars?

Also, please let us know if there is a preference in meeting location. Les can travel to you, or we are happy to host here at the Utilities Central Office.

Thank you,
Alyssa

**Alyssa McArthur** | Executive Assistant to the Associate Vice President
Facilities and Energy Services | Texas A&M University
1185 TAMU | College Station, TX 77843-1185

1

TAMU-01706

ph: 979.458.0387 | amcarthur@tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY**

---

**From:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>
**Sent:** Monday, March 11, 2024 10:20 AM
**To:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>
**Cc:** Williams, Les <leswilliams@tamu.edu>; Meredith Jr, Billy <bmeredith@corps.tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>; McArthur, Alyssa <amcarthur@tamu.edu>; Reber, Thomas W <treber@tamu.edu>
**Subject:** RE: Corps Restroom Remodels

**Sounds good, Patrick. Tom Reber will be my rep for this if you guys decide to meet this week.**

**Thanks.  Joe**

*BG Joe E. Ramirez, Jr*
*United States Army (Retired)*
*Vice President for Student Affairs*
*Texas A&M University*

---

**From:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>
**Sent:** Monday, March 11, 2024 10:16 AM
**To:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>
**Cc:** Williams, Les <leswilliams@tamu.edu>; Meredith Jr, Billy <bmeredith@corps.tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>; McArthur, Alyssa <amcarthur@tamu.edu>; Reber, Thomas W <treber@tamu.edu>
**Subject:** Re: Corps Restroom Remodels

Joe - I've got this.  Need to confirm some assumptions with the PResident's office, and I'll come back to you on what I find out.

Patrick

Sent from my iPad

> On Mar 11, 2024, at 10:00, Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu> wrote:
>
> **Les – I'm out for a funeral this week and won't be available. I've cc'd Tom Reber and will ask him to attend if/when it gets scheduled this week.**
>
> **Thanks. Joe**
>
> *BG Joe E. Ramirez, Jr*
> *United States Army (Retired)*
> *Vice President for Student Affairs*

2

TAMU-012519

*Texas A&M University*

---

**From:** Williams, Les <leswilliams@tamu.edu>
**Sent:** Monday, March 11, 2024 7:44 AM
**To:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>; Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>; Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>
**Cc:** Simpson, Meredith M <msimpson@corps.tamu.edu>; McArthur, Alyssa <amcarthur@tamu.edu>
**Subject:** Re: Corps Restroom Remodels

Patrick and Joe,

Would either of you care to join me in the meeting with Bill?   The two of you are more aware of the project intent than I am.

les

---

**From:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Sent:** Friday, March 8, 2024 3:13 PM
**To:** Williams, Les <leswilliams@tamu.edu>
**Cc:** Simpson, Meredith M <msimpson@corps.tamu.edu>; McArthur, Alyssa <amcarthur@tamu.edu>
**Subject:** Corps Restroom Remodels

Good Afternoon Les ,

I'd like to get on your calendar early next week to discuss the proposed drawings for the Corps bathroom remodels scheduled this summer.  The bottom line is the design, as proposed to me today, does not meet the requirements set forth by the Commandant and agreed upon last fall.

I've communicated this to both ResLife and CPDC and they directed me to you for further discussion.

Thank you,

Bill Meredith

**Bill Meredith '96** | LTC, US Army (Ret.)
Director – Corps Facilities and Logisitics
Texas A&M Corps of Cadets
1115 TAMU | College Station, TX 77843-1227

ofc: 979.845.0324 |                        | bmeredith@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

TAMU-01710

| | |
|---|---|
| **From:** | Meredith Jr, Billy |
| **Sent:** | Friday, March 8, 2024 6:09 PM |
| **To:** | McArthur, Alyssa |
| **Subject:** | Corps Restroom Remodels |

Hi Alyssa,

Meredith forwarded your note over to me.  She doesn't handle my schedule.  She is the Chief of Staff and I was keeping her in the loop on my request to meet with Les.

Thanks for reaching out.  I can meet on Wednesday.  I prefer early if it works with Les's schedule.

Thank you,

Bill

---

**From:** McArthur, Alyssa <amcarthur@tamu.edu>
**Sent:** Friday, March 8, 2024 4:56 PM
**To:** Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:** RE: Corps Restroom Remodels

Good afternoon,

Does LTC Meredith have availability to meet with Mr. Williams on Wednesday, March 13? Please let me know what times may work best for him and we will work to accommodate schedules.

Thank you,

Alyssa

**Alyssa McArthur** | Executive Assistant to the Associate Vice President

Facilities and Energy Services | Texas A&M University

1185 TAMU | College Station, TX 77843-1185

ph: 979.458.0387 | amcarthur@tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY**

---

**From:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Sent:** Friday, March 8, 2024 3:13 PM
**To:** Williams, Les <leswilliams@tamu.edu>
**Cc:** Simpson, Meredith M <msimpson@corps.tamu.edu>; McArthur, Alyssa <amcarthur@tamu.edu>
**Subject:** Corps Restroom Remodels

Good Afternoon Les ,

I'd like to get on your calendar early next week to discuss the proposed drawings for the Corps bathroom remodels scheduled this summer.  The bottom line is the design, as proposed to me today, does not meet the requirements set forth by the Commandant and agreed upon last fall.

I've communicated this to both ResLife and CPDC and they directed me to you for further discussion.

Thank you,

Bill Meredith

**Bill Meredith '96** | LTC, US Army (Ret.)

Director – Corps Facilities and Logisitics
Texas A&M Corps of Cadets

1115 TAMU | College Station, TX 77843-1227

ofc: 979.845.0324 |                    | bmeredith@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

TAMU-02510

| | |
|---|---|
| **From:** | Meredith Jr, Billy |
| **Sent:** | Friday, March 8, 2024 2:03 PM |
| **To:** | Rydl, Chareny L |
| **Cc:** | Meredith Jr, Billy; Webber, Rob W; Simpson, Meredith M |
| **Subject:** | RE: [EXTERNAL] Corps RRs |

We changed the design in October of last year.

I'm happy to re-send you the email traffic.

On Mar 8, 2024 1:49 PM, "Rydl, Chareny L" <chareny@reslife.tamu.edu> wrote:
If the Commandant wants to change the design he needs to talk directly to Les Willaims.

Chareny

**From:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Sent:** Friday, March 8, 2024 1:36 PM
**To:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Cc:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>; Webber, Rob W <rob_webber@reslife.tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:** RE: [EXTERNAL] Corps RRs

Let me be perfectly clear.

This drawings are not approved.

They do not meet our requirements.

On Mar 8, 2024 1:18 PM, "Rydl, Chareny L" <chareny@reslife.tamu.edu> wrote:
I would recommend  you have a conversation with  Meredith and the Commandant.  This is on the fast track.  I have followed up with Ben Sasse who will follow up with Les Williams.

Chareny

**From:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Sent:** Friday, March 8, 2024 12:21 PM
**To:** Webber, Rob W <rob_webber@reslife.tamu.edu>
**Cc:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Subject:** RE: [EXTERNAL] Corps RRs

I think it's immaterial whether its temporary or permanent.    The concept and requirement is the same.  I do not approve these drawings.

**Bill Meredith '96** | LtCol, US Army (Ret.)

1

TAMU-01523

Director - Corps Logisitics
Texas A&M Corps of Cadets
1115 TAMU | College Station, TX 77843-1227

ofc: 979.845.0324 |                        | bmeredith@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

---

**From:** Webber, Rob W <rob_webber@reslife.tamu.edu>
**Sent:** Friday, March 8, 2024 12:18 PM
**To:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Cc:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Subject:** Re: [EXTERNAL] Corps RRs

From memory the doors and urinals conversation was in regard to the temp spaces. The open entry was approved for the Spence renovation and these concepts were derived from that.

Rob
Sent from my iPhone

> On Mar 8, 2024, at 12:16 PM, Meredith Jr, Billy <bmeredith@corps.tamu.edu> wrote:
>
> The last I got from them was keep the urinals and the doors.  Who gave you different guidance?
>
> **Bill Meredith '96** | LtCol, US Army (Ret.)
> Director - Corps Logisitics
> Texas A&M Corps of Cadets
> 1115 TAMU | College Station, TX 77843-1227
>
> ofc: 979.845.0324 |                        | bmeredith@corps.tamu.edu
> - - - - - - - - - - - - - - - - - - - - - - - -
> **TEXAS A&M UNIVERSITY** | FEARLESS on Every Front
>
> ---
>
> **From:** Rydl, Chareny L <chareny@reslife.tamu.edu>
> **Sent:** Friday, March 8, 2024 12:14 PM
> **To:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
> **Cc:** Webber, Rob W <rob_webber@reslife.tamu.edu>
> **Subject:** RE: [EXTERNAL] Corps RRs
>
> Billy you might want to talk to Meredith or the Commandant.  The direct given down on the bathrooms was removal of the urinals and no door if this has changed someone needs to speak up now.  This is on the fast track in order to meet several deadlines so if there are concerns, we need it ASAP.
>
> Chareny
>
> ---
>
> **From:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
> **Sent:** Friday, March 8, 2024 12:11 PM
> **To:** Webber, Rob W <rob_webber@reslife.tamu.edu>
> **Cc:** Rydl, Chareny L <chareny@reslife.tamu.edu>
> **Subject:** RE: [EXTERNAL] Corps RRs

2

TAMU-01514

Rob,

The first thing that immediately jumps out at me is the proposals do not have any entry doors. That is a non-starter. The other is that all of the urinals were removed despite the our request to retain them.

I'll look at them in detail over next week and get back to you.

Thanks
Bill

**Bill Meredith '96** | LtCol, US Army (Ret.)
Director - Corps Logisitics
Texas A&M Corps of Cadets
1115 TAMU | College Station, TX 77843-1227

ofc: 979.845.0324 |                      | bmeredith@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

**From:** Webber, Rob W <rob_webber@reslife.tamu.edu>
**Sent:** Friday, March 8, 2024 12:05 PM
**To:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Cc:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Subject:** FW: [EXTERNAL] Corps RRs
**Importance:** High

Bill,

Well that was fast. I didn't see this in my email while I was typing my first response to you. We just got these for review. Any thoughts?

Thank you,
Rob

**From:** Sasse, Ben <bsasse@tamu.edu>
**Sent:** Friday, March 8, 2024 11:49 AM
**To:** Rydl, Chareny L <chareny@reslife.tamu.edu>; Webber, Rob W <rob_webber@reslife.tamu.edu>
**Cc:** Williams, Les <leswilliams@tamu.edu>; Gary Hall <ghall@projectcontrol.com>
**Subject:** FW: [EXTERNAL] Corps RRs
**Importance:** High

Chareny/Rob:

Please see attached proposed plans for Kiest, Gainer and Lacy RRs.

Best,

Ben

**Ben Sasse** | Director
Campus Construction Management
Facilities & Energy Services
Division of Operations | Texas A&M University

3

TAMU-02513

General Services Complex, Bldg. 1800
750 Agronomy Road (corner of Agronomy and F&B Road), Suite 2701
1247 TAMU | College Station, TX 77843
P 979.458.5238 |         | **bsasse@tamu.edu**

---

**From:** Gary Hall <ghall@projectcontrol.com>
**Sent:** Friday, March 8, 2024 11:36 AM
**To:** Garon, Michael <Michael.Garon@sscserv.com>; Sasse, Ben <bsasse@tamu.edu>; Williams, Les <leswilliams@tamu.edu>
**Cc:** Lane Rutledge <lrutledge@projectcontrol.com>
**Subject:** FW: [EXTERNAL] Corps RRs

---

**This Message is From an External Sender**
This message came from outside your organization

Great News!

**GARY W. HALL**
SENIOR VICE PRESIDENT

<image001.jpg>

Project Control  •  301 Tarrow Street, 2nd Floor  •  College Station, Texas 77840
**P** 979.458.7085  •  **C** 210.241.4154  •  ghall@projectcontrol.com

Follow our latest news: **Project Control**  •  **PC Sports**  •  **Raba Kistner**  •  **LinkedIn**  •  **Facebook**

*Purpose:* To provide professional consulting services with passion and integrity, to help build a better world for our employees, their families, our clients, and the communities we serve.
*Quality:* Raba Kistner, Inc. is committed to delivering our services right, the first time, on time, every time.

*TBPE Firm F-3257.* This electronic communication and its attachments contain confidential information. They are forwarded to you without passing through our standard review process. Design data and recommendations included herein should not be used for final design. If you have received this information in error, please notify the sender immediately.

---

**From:** Verr Soltes <verr.soltes@kirksey.com>
**Sent:** Friday, March 8, 2024 11:27 AM
**To:** Gary Hall <ghall@projectcontrol.com>
**Cc:** Jo Lynn Winfrey <jwinfrey@projectcontrol.com>; Sam Lampe <slampe@projectcontrol.com>; Garett Wheaton <Garett.Wheaton@Spawglass.com>; Josh Farris <Josh.Farris@SpawGlass.com>; Zac Stevenson, PE <zacs@clearyzimmermann.com>; Michael Lindemann <mlindemann@kirksey.com>; Paul Gregg <Paul.Gregg@SpawGlass.com>; Julius Marzo <julius.marzo@kirksey.com>
**Subject:** RE: [EXTERNAL] Corps RRs

Gary-
Good morning.

Please see attached for our proposed floor plans for Kiest, Gainer, and Lacy Halls.
We met and are very happy to be able to present to you an option that kept 4 toilets and 5 showers. Another big positive is that this plan supports the Corp culture and will provide a toilet and shower per class. The variations from what we discussed Tuesday are the decision not to include an ambulatory toilet compartment and we have removed a sink but understand this was an add to Spence that was not program driven.

TAMU-01516

Please let me know if you need anything else to review and approve.
Have a great weekend!

**Verr Soltes, AIA, RID, LEED Green Assoc.**

Senior Associate

**Kirksey Architecture**

6909 Portwest Drive | Houston Texas 77024 | kirksey.com

o 713 426 7513 | m 832 835 8140 | verr.soltes@kirksey.com

Houston + Austin + Dallas

---

**From:** Gary Hall <ghall@projectcontrol.com>
**Sent:** Thursday, March 7, 2024 9:21 AM
**To:** Verr Soltes <verr.soltes@kirksey.com>
**Cc:** Jo Lynn Winfrey <jwinfrey@projectcontrol.com>; Sam Lampe <slampe@projectcontrol.com>
**Subject:** FW: [EXTERNAL] Corps RRs

Verr,

We can we expect revised plans based on our meeting.

Thank you,
Gary

GARY W. HALL
SENIOR VICE PRESIDENT

<image001.jpg>

Project Control • 301 Tarrow Street, 2nd Floor • College Station, Texas 77840
P 979.458.7085 • C 210.241.4154 • ghall@projectcontrol.com

Follow our latest news: **Project Control** • **PC Sports** • **Raba Kistner** • **LinkedIn** • **Facebook**

*Purpose:* To provide professional consulting services with passion and integrity, to help build a better world for our employees, their families, our clients, and the communities we serve.
*Quality:* Raba Kistner, Inc. is committed to delivering our services right, the first time, on time, every time.

*TBPE Firm F-3257.* This electronic communication and its attachments contain confidential information. They are forwarded to you without passing through our standard review process. Design data and recommendations included herein should not be used for final design. If you have received this information in error, please notify the sender immediately.

---

**From:** Sasse, Ben <bsasse@tamu.edu>
**Sent:** Thursday, March 7, 2024 9:19 AM
**To:** Gary Hall <ghall@projectcontrol.com>; Sam Lampe <slampe@projectcontrol.com>
**Cc:** Garon, Michael <Michael.Garon@sscserv.com>
**Subject:** [EXTERNAL] Corps RRs

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

TAMU 02515

Gary/Sam:

When do we expect to have updated plans from this past Tuesday's meeting to review with ResLife?

Please note I will be out of office next Tuesday 3/12 and will miss the OAC meeting.

Ben

**Ben Sasse** | Director
Campus Construction Management
Facilities & Energy Services
Division of Operations | Texas A&M University

General Services Complex, Bldg. 1800
750 Agronomy Road (corner of Agronomy and F&B Road), Suite 2701
1247 TAMU | College Station, TX 77843
P 979.458.5238 | | **bsasse@tamu.edu**

**WARNING:** This email originated from **outside** of Kirksey Architecture. Please validate the sender's email address before clicking on links or attachments as they may not be safe.

TAMU-01718

| | |
|---|---|
| **From:** | Meredith Jr, Billy |
| **Sent:** | Friday, March 8, 2024 12:03 PM |
| **To:** | Simpson, Meredith M |
| **Subject:** | FW: Rooms in Kiest, Lacy, and Gainer |

fyi

**Bill Meredith '96** | LtCol, US Army (Ret.)
Director - Corps Logisitics
Texas A&M Corps of Cadets
1115 TAMU | College Station, TX 77843-1227

ofc: 979.845.0324 |                  | bmeredith@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

---

**From:** Webber, Rob W <rob_webber@reslife.tamu.edu>
**Sent:** Friday, March 8, 2024 12:01 PM
**To:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Cc:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Subject:** RE: Rooms in Kiest, Lacy, and Gainer

Well there is no final plan that has been approved, and I really don't have any information to share with you at this time. I know the work will begin on 5/13 and continue until 8/3. I have not seen a design or anything like that. I have just been asked to secure this space. I should know more in the coming weeks as we are supposed to be included in the construction meetings moving forward. Obviously I will share information as I get it.

Please let me know about those spaces.

Thank you,
Rob

---

**From:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Sent:** Friday, March 8, 2024 11:48 AM
**To:** Webber, Rob W <rob_webber@reslife.tamu.edu>
**Cc:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Subject:** RE: Rooms in Kiest, Lacy, and Gainer

Had no idea a final plan had been approved.  Please give me a run-down.

**Bill Meredith '96** | LtCol, US Army (Ret.)
Director - Corps Logisitics
Texas A&M Corps of Cadets
1115 TAMU | College Station, TX 77843-1227

ofc: 979.845.0324 |                 bmeredith@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

TAMU-01329

**From:** Webber, Rob W <rob_webber@reslife.tamu.edu>
**Sent:** Friday, March 8, 2024 11:46 AM
**To:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Cc:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Subject:** Rooms in Kiest, Lacy, and Gainer

Good morning,

As part of the Corps bathroom renovation, the contractors would like to access the following rooms as their field offices for summer:

Kiest—236
Lacy—238
Gainer—201

Based on our observations, these appear to be spaces occupied by the Corps. Bill can you please confirm that these spaces can be used for field offices and that they can be cleaned out by May 13th when the contractors would mobilize?

Thank you and please let me know if you have any questions.

**Rob Webber** | Associate Director, Operations and Events
Department of Residence Life | Division of Student Affairs | Texas A&M University
1253 TAMU | College Station, TX 77843-1253

ph: 979.458.6773 | rob_webber@reslife.tamu.edu | reslife.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DEPARTMENT OF RESIDENCE LIFE** | Aggies Live On

TAMU-01720

## Meredith Jr, Billy

**From:** Rydl, Chareny L
**Sent:** Friday, March 8, 2024 2:07 PM
**To:** Meredith Jr, Billy
**Cc:** Webber, Rob W; Simpson, Meredith M
**Subject:** RE: [EXTERNAL] Corps RRs

Or feel free to talk to Les directly.

**From:** Rydl, Chareny L
**Sent:** Friday, March 8, 2024 2:06 PM
**To:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Cc:** Webber, Rob W <rob_webber@reslife.tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:** RE: [EXTERNAL] Corps RRs

There have been several conversations at the upper level since that meeting which Les and the Commandant were involved in. If the Commandant wants to change the current design he will have to talk to Les. Les was charged with this project. I was not involved in those high level conversations.

Chareny

**From:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Sent:** Friday, March 8, 2024 2:03 PM
**To:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Cc:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>; Webber, Rob W <rob_webber@reslife.tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:** RE: [EXTERNAL] Corps RRs

We changed the design in October of last year.

I'm happy to re-send you the email traffic.

On Mar 8, 2024 1:49 PM, "Rydl, Chareny L" <chareny@reslife.tamu.edu> wrote:
If the Commandant wants to change the design he needs to talk directly to Les Willaims.

Chareny

**From:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Sent:** Friday, March 8, 2024 1:36 PM
**To:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Cc:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>; Webber, Rob W <rob_webber@reslife.tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:** RE: [EXTERNAL] Corps RRs

Let me be perfectly clear.

TAMU-01529

This drawings are not approved.

They do not meet our requirements.

On Mar 8, 2024 1:18 PM, "Rydl, Chareny L" <chareny@reslife.tamu.edu> wrote:
I would recommend  you have a conversation with  Meredith and the Commandant.  This is on the fast track.  I have followed up with Ben Sasse who will follow up with Les Williams.

Chareny

**From:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Sent:** Friday, March 8, 2024 12:21 PM
**To:** Webber, Rob W <rob_webber@reslife.tamu.edu>
**Cc:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Subject:** RE: [EXTERNAL] Corps RRs

I think it's immaterial whether its temporary or permanent.    The concept and requirement is the same.  I do not approve these drawings.

**Bill Meredith '96** | LtCol, US Army (Ret.)
Director - Corps Logisitics
Texas A&M Corps of Cadets
1115 TAMU | College Station, TX 77843-1227

ofc: 979.845.0324                                | bmeredith@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

**From:** Webber, Rob W <rob_webber@reslife.tamu.edu>
**Sent:** Friday, March 8, 2024 12:18 PM
**To:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Cc:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Subject:** Re: [EXTERNAL] Corps RRs

From memory the doors and urinals conversation was in regard to the temp spaces. The open entry was approved for the Spence renovation and these concepts were derived from that.

Rob
Sent from my iPhone

> On Mar 8, 2024, at 12:16 PM, Meredith Jr, Billy <bmeredith@corps.tamu.edu> wrote:

> The last I got from them was keep the urinals and the doors.  Who gave you different guidance?

> **Bill Meredith '96** | LtCol, US Army (Ret.)
> Director - Corps Logisitics
> Texas A&M Corps of Cadets
> 1115 TAMU | College Station, TX 77843-1227

ofc: 979.845.0324 |          | [bmeredith@corps.tamu.edu](mailto:bmeredith@corps.tamu.edu)
- - - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

---

**From:** Rydl, Chareny L <[chareny@reslife.tamu.edu](mailto:chareny@reslife.tamu.edu)>
**Sent:** Friday, March 8, 2024 12:14 PM
**To:** Meredith Jr, Billy <[bmeredith@corps.tamu.edu](mailto:bmeredith@corps.tamu.edu)>
**Cc:** Webber, Rob W <[rob_webber@reslife.tamu.edu](mailto:rob_webber@reslife.tamu.edu)>
**Subject:** RE: [EXTERNAL] Corps RRs

Billy you might want to talk to Meredith or the Commandant. The direct given down on the bathrooms was removal of the urinals and no door if this has changed someone needs to speak up now. This is on the fast track in order to meet several deadlines so if there are concerns, we need it ASAP.

Chareny

---

**From:** Meredith Jr, Billy <[bmeredith@corps.tamu.edu](mailto:bmeredith@corps.tamu.edu)>
**Sent:** Friday, March 8, 2024 12:11 PM
**To:** Webber, Rob W <[rob_webber@reslife.tamu.edu](mailto:rob_webber@reslife.tamu.edu)>
**Cc:** Rydl, Chareny L <[chareny@reslife.tamu.edu](mailto:chareny@reslife.tamu.edu)>
**Subject:** RE: [EXTERNAL] Corps RRs

Rob,

The first thing that immediately jumps out at me is the proposals do not have any entry doors. That is a non-starter. The other is that all of the urinals were removed despite the our request to retain them.

I'll look at them in detail over next week and get back to you.

Thanks
Bill

**Bill Meredith '96** | LtCol, US Army (Ret.)
Director - Corps Logisitics
Texas A&M Corps of Cadets
1115 TAMU | College Station, TX 77843-1227

ofc: 979.845.0324 |          | [bmeredith@corps.tamu.edu](mailto:bmeredith@corps.tamu.edu)
- - - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

---

**From:** Webber, Rob W <[rob_webber@reslife.tamu.edu](mailto:rob_webber@reslife.tamu.edu)>
**Sent:** Friday, March 8, 2024 12:05 PM
**To:** Meredith Jr, Billy <[bmeredith@corps.tamu.edu](mailto:bmeredith@corps.tamu.edu)>
**Cc:** Rydl, Chareny L <[chareny@reslife.tamu.edu](mailto:chareny@reslife.tamu.edu)>
**Subject:** FW: [EXTERNAL] Corps RRs
**Importance:** High

Bill,

Well that was fast. I didn't see this in my email while I was typing my first response to you. We just got these for review. Any thoughts?

TAMU-01533

Thank you,
Rob

**From:** Sasse, Ben <bsasse@tamu.edu>
**Sent:** Friday, March 8, 2024 11:49 AM
**To:** Rydl, Chareny L <chareny@reslife.tamu.edu>; Webber, Rob W <rob_webber@reslife.tamu.edu>
**Cc:** Williams, Les <leswilliams@tamu.edu>; Gary Hall <ghall@projectcontrol.com>
**Subject:** FW: [EXTERNAL] Corps RRs
**Importance:** High

Chareny/Rob:

Please see attached proposed plans for Kiest, Gainer and Lacy RRs.

Best,

Ben

**Ben Sasse** | Director
Campus Construction Management
Facilities & Energy Services
Division of Operations | Texas A&M University

General Services Complex, Bldg. 1800
750 Agronomy Road (corner of Agronomy and F&B Road), Suite 2701
1247 TAMU | College Station, TX 77843
P 979.458.5238                        | **bsasse@tamu.edu**

**From:** Gary Hall <ghall@projectcontrol.com>
**Sent:** Friday, March 8, 2024 11:36 AM
**To:** Garon, Michael <Michael.Garon@sscserv.com>; Sasse, Ben <bsasse@tamu.edu>; Williams, Les <leswilliams@tamu.edu>
**Cc:** Lane Rutledge <lrutledge@projectcontrol.com>
**Subject:** FW: [EXTERNAL] Corps RRs

**This Message is From an External Sender**
This message came from outside your organization

Great News!

GARY W. HALL
SENIOR VICE PRESIDENT

<image001.jpg>

Project Control  •  301 Tarrow Street, 2nd Floor  •  College Station, Texas 77840
P 979.458.7085  •  C 210.241.4154  •  ghall@projectcontrol.com

Follow our latest news: **Project Control**  •  **PC Sports**  •  **Raba Kistner**  •  **LinkedIn**  •  **Facebook**

TAMU-01734

*Purpose:* *To provide professional consulting services with passion and integrity, to help build a better world for our employees, their families, our clients, and the communities we serve.*
*Quality:* *Raba Kistner, Inc. is committed to delivering our services right, the first time, on time, every time.*

*TBPE Firm F-3257.* *This electronic communication and its attachments contain confidential information. They are forwarded to you without passing through our standard review process.  Design data and recommendations included herein should not be used for final design. If you have received this information in error, please notify the sender immediately.*

**From:** Verr Soltes <verr.soltes@kirksey.com>
**Sent:** Friday, March 8, 2024 11:27 AM
**To:** Gary Hall <ghall@projectcontrol.com>
**Cc:** Jo Lynn Winfrey <jwinfrey@projectcontrol.com>; Sam Lampe <slampe@projectcontrol.com>; Garett Wheaton <Garett.Wheaton@Spawglass.com>; Josh Farris <Josh.Farris@SpawGlass.com>; Zac Stevenson, PE <zacs@clearyzimmermann.com>; Michael Lindemann <mlindemann@kirksey.com>; Paul Gregg <Paul.Gregg@SpawGlass.com>; Julius Marzo <julius.marzo@kirksey.com>
**Subject:** RE: [EXTERNAL] Corps RRs

Gary-
Good morning.

Please see attached for our proposed floor plans for Kiest, Gainer, and Lacy Halls.
We met and are very happy to be able to present to you an option that kept 4 toilets and 5 showers. Another big positive is that this plan supports the Corp culture and will provide a toilet and shower per class. The variations from what we discussed Tuesday are the decision not to include an ambulatory toilet compartment and we have removed a sink but understand this was an add to Spence that was not program driven.

Please let me know if you need anything else to review and approve.
Have a great weekend!


**Verr Soltes, AIA, RID, LEED Green Assoc.**

Senior Associate


**Kirksey Architecture**

6909 Portwest Drive | Houston Texas 77024 | kirksey.com

o 713 426 7513 | m 832 835 8140 | verr.soltes@kirksey.com


Houston + Austin + Dallas


**From:** Gary Hall <ghall@projectcontrol.com>
**Sent:** Thursday, March 7, 2024 9:21 AM
**To:** Verr Soltes <verr.soltes@kirksey.com>
**Cc:** Jo Lynn Winfrey <jwinfrey@projectcontrol.com>; Sam Lampe <slampe@projectcontrol.com>
**Subject:** FW: [EXTERNAL] Corps RRs

Verr,

We can we expect revised plans based on our meeting.

Thank you,
Gary

TAMU-01733

**GARY W. HALL**
SENIOR VICE PRESIDENT

<image001.jpg>

Project Control • 301 Tarrow Street, 2nd Floor • College Station, Texas 77840
**P** 979.458.7085 • **C** 210.241.4154 • ghall@projectcontrol.com

**Follow our latest news: Project Control • PC Sports • Raba Kistner • LinkedIn • Facebook**

*Purpose:* To provide professional consulting services with passion and integrity, to help build a better world for our employees, their families, our clients, and the communities we serve.
*Quality:* Raba Kistner, Inc. is committed to delivering our services right, the first time, on time, every time.

*TBPE Firm F-3257. This electronic communication and its attachments contain confidential information. They are forwarded to you without passing through our standard review process. Design data and recommendations included herein should not be used for final design. If you have received this information in error, please notify the sender immediately.*

---

**From:** Sasse, Ben <bsasse@tamu.edu>
**Sent:** Thursday, March 7, 2024 9:19 AM
**To:** Gary Hall <ghall@projectcontrol.com>; Sam Lampe <slampe@projectcontrol.com>
**Cc:** Garon, Michael <Michael.Garon@sscserv.com>
**Subject:** [EXTERNAL] Corps RRs

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Gary/Sam:

When do we expect to have updated plans from this past Tuesday's meeting to review with ResLife?

Please note I will be out of office next Tuesday 3/12 and will miss the OAC meeting.

Ben

**Ben Sasse** | Director
Campus Construction Management
Facilities & Energy Services
Division of Operations | Texas A&M University

General Services Complex, Bldg. 1800
750 Agronomy Road (corner of Agronomy and F&B Road), Suite 2701
1247 TAMU | College Station, TX 77843
P 979.458.5238 |                    | **bsasse@tamu.edu**

**WARNING:** This email originated from **outside** of Kirksey Architecture. Please validate the sender's email address before clicking on links or attachments as they may not be safe.

TAMU-01536

# Meredith Jr, Billy

| | |
|---|---|
| **From:** | Meredith Jr, Billy |
| **Sent:** | Tuesday, April 16, 2024 1:44 PM |
| **To:** | Sasse, Ben; Williams, Gary W |
| **Subject:** | RE: Spence Bathroom Updates |

Thanks

**Bill Meredith '96** | LtCol, US Army (Ret.)
Director - Corps Logisitics
Texas A&M Corps of Cadets
1115 TAMU | College Station, TX 77843-1227

ofc: 979.845.0324 |                    | bmeredith@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

---

**From:** Sasse, Ben <bsasse@tamu.edu>
**Sent:** Tuesday, April 16, 2024 1:43 PM
**To:** Williams, Gary W <gary.williams@tamu.edu>
**Cc:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Subject:** RE: Spence Bathroom Updates

Gary:

Would you please send Bill an invite to the OAC meeting for Spence?

Thanks,

Ben

**Ben Sasse** | Director
Campus Construction Management
Facilities & Energy Services
Division of Operations | Texas A&M University

General Services Complex, Bldg. 1800
750 Agronomy Road (corner of Agronomy and F&B Road), Suite 2701
1247 TAMU | College Station, TX 77843
P 979.458.5238                    | **bsasse@tamu.edu**

---

**From:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Sent:** Tuesday, April 16, 2024 1:37 PM
**To:** Sasse, Ben <bsasse@tamu.edu>
**Subject:** Spence Bathroom Updates

Ben,

I know the 1400 weekly update is for all "other," but when are the updates for the original renovation in Spence?

Thanks

TAMU-01535

| | |
|---|---|
| **From:** | Meredith Jr, Billy |
| **Sent:** | Wednesday, April 10, 2024 11:53 AM |
| **To:** | Gary Hall; Sasse, Ben |
| **Cc:** | Sam Lampe; Simpson, Meredith M; Garon, Michael |
| **Subject:** | Re: [EXTERNAL] RE: Summer lay down area. |

Gary,

How much space do you need?   The former basketball courts are a bit smaller,  but are closer to all of those dorms and have similar access.   it also puts the lay down area in a less visible area from Coke street where folks enter and leave campus.  Is that feasible?

-Bill

**Bill Meredith '96** | LtCol, US Army (Ret.)
Director - Corps Logisitics
Texas A&M Corps of Cadets
1115 TAMU | College Station, TX 77843-1227

ofc: 979.845.0324 |                                   | bmeredith@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

**From:** Gary Hall <ghall@projectcontrol.com>
**Sent:** Wednesday, April 10, 2024 10:54 AM
**To:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>; Sasse, Ben <bsasse@tamu.edu>
**Cc:** Sam Lampe <slampe@projectcontrol.com>; Simpson, Meredith M <msimpson@corps.tamu.edu>; Garon, Michael <Michael.Garon@sscserv.com>
**Subject:** RE: [EXTERNAL] RE: Summer lay down area.

> **This Message is From an External Sender**
> This message came from outside your organization

Ben & Bill,

One of the reasons we chose Parking lot 26 is the larger sidewalks and accessways for our material movement to Kies, Lacy and Gainer. Due to our limited amount of time to complete the Project, we need that ease of access.

Thank you,
Gary

**GARY W. HALL**
SENIOR VICE PRESIDENT

TAMU-01736

Project Control  •  301 Tarrow Street, 2nd Floor  •  College Station, Texas 77840
**P** 979.458.7085  •  **C** 210.241.4154  •  ghall@projectcontrol.com

Follow our latest news: **Project Control**  •  **PC Sports**  •  **Raba Kistner**  •  **LinkedIn**  •  **Facebook**

*Purpose:* *To provide professional consulting services with passion and integrity, to help build a better world for our employees, their families, our clients, and the communities we serve.*
*Quality:* *Raba Kistner, Inc. is committed to delivering our services right, the first time, on time, every time.*

*TBPE Firm F-3257. This electronic communication and its attachments contain confidential information. They are forwarded to you without passing through our standard review process. Design data and recommendations included herein should not be used for final design. If you have received this information in error, please notify the sender immediately.*

**From:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Sent:** Wednesday, April 10, 2024 10:40 AM
**To:** Sasse, Ben <bsasse@tamu.edu>
**Cc:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>; Sam Lampe <slampe@projectcontrol.com>; Simpson, Meredith M <msimpson@corps.tamu.edu>; Gary Hall <ghall@projectcontrol.com>; Garon, Michael <Michael.Garon@sscserv.com>
**Subject:** [EXTERNAL] RE: Summer lay down area.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks Ben.

On Apr 10, 2024 10:24 AM, "Sasse, Ben" <bsasse@tamu.edu> wrote:
Bill:

You would need to run this request through Sam Lampe with Project Control (copied).

Ben

**Ben Sasse** | Director
Campus Construction Management
Facilities & Energy Services
Division of Operations | Texas A&M University

General Services Complex, Bldg. 1800
750 Agronomy Road (corner of Agronomy and F&B Road), Suite 2701
1247 TAMU | College Station, TX 77843
P 979.458.5238 |                           | **bsasse@tamu.edu**

**From:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Sent:** Wednesday, April 10, 2024 8:44 AM
**To:** Sasse, Ben <bsasse@tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:** Summer lay down area.

Ben,

I was back briefing the Chief of Staff on the plan for the bathroom construction and we'd like to see if Spaw Glass can use 40A instead of 26 for lay down

40A is student parking and is usually nearly empty all summer.

26 is reserved parking and a good portion of the staff park there.

Let me know if this is feasible

TAMU-01539

| From: | Rydl, Chareny L |
|---|---|
| Sent: | Friday, March 8, 2024 2:06 PM |
| To: | Meredith Jr, Billy |
| Cc: | Webber, Rob W; Simpson, Meredith M |
| Subject: | RE: [EXTERNAL] Corps RRs |

There have been several conversations at the upper level since that meeting which Les and the Commandant were involved in.  If the Commandant wants to change the current design he will have to talk to Les.  Les was charged with this project.  I was not involved in those high level conversations.

Chareny

**From:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Sent:** Friday, March 8, 2024 2:03 PM
**To:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Cc:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>; Webber, Rob W <rob_webber@reslife.tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:** RE: [EXTERNAL] Corps RRs

We changed the design in October of last year.

I'm happy to re-send you the email traffic.

On Mar 8, 2024 1:49 PM, "Rydl, Chareny L" <chareny@reslife.tamu.edu> wrote:
If the Commandant wants to change the design he needs to talk directly to Les Willaims.

Chareny

**From:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Sent:** Friday, March 8, 2024 1:36 PM
**To:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Cc:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>; Webber, Rob W <rob_webber@reslife.tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:** RE: [EXTERNAL] Corps RRs

Let me be perfectly clear.

This drawings are not approved.

They do not meet our requirements.

On Mar 8, 2024 1:18 PM, "Rydl, Chareny L" <chareny@reslife.tamu.edu> wrote:
I would recommend  you have a conversation with  Meredith and the Commandant.  This is on the fast track.  I have followed up with Ben Sasse who will follow up with Les Williams.

TAMU-01730

Chareny

**From:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Sent:** Friday, March 8, 2024 12:21 PM
**To:** Webber, Rob W <rob_webber@reslife.tamu.edu>
**Cc:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Subject:** RE: [EXTERNAL] Corps RRs

I think it's immaterial whether its temporary or permanent.    The concept and requirement is the same.  I do not approve these drawings.

**Bill Meredith '96** | LtCol, US Army (Ret.)
Director - Corps Logisitics
Texas A&M Corps of Cadets
1115 TAMU | College Station, TX 77843-1227

ofc: 979.845.0324 |                          | bmeredith@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

**From:** Webber, Rob W <rob_webber@reslife.tamu.edu>
**Sent:** Friday, March 8, 2024 12:18 PM
**To:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Cc:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Subject:** Re: [EXTERNAL] Corps RRs

From memory the doors and urinals conversation was in regard to the temp spaces. The open entry was approved for the Spence renovation and these concepts were derived from that.

Rob
Sent from my iPhone

> On Mar 8, 2024, at 12:16 PM, Meredith Jr, Billy <bmeredith@corps.tamu.edu> wrote:

The last I got from them was keep the urinals and the doors.  Who gave you different guidance?

**Bill Meredith '96** | LtCol, US Army (Ret.)
Director - Corps Logisitics
Texas A&M Corps of Cadets
1115 TAMU | College Station, TX 77843-1227

ofc: 979.845.0324 |                          bmeredith@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

**From:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Sent:** Friday, March 8, 2024 12:14 PM
**To:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Cc:** Webber, Rob W <rob_webber@reslife.tamu.edu>
**Subject:** RE: [EXTERNAL] Corps RRs

13

Billy you might want to talk to Meredith or the Commandant.  The direct given down on the bathrooms was removal of the urinals and no door if this has changed someone needs to speak up now.  This is on the fast track in order to meet several deadlines so if there are concerns, we need it ASAP.

Chareny

**From:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Sent:** Friday, March 8, 2024 12:11 PM
**To:** Webber, Rob W <rob_webber@reslife.tamu.edu>
**Cc:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Subject:** RE: [EXTERNAL] Corps RRs

Rob,

The first thing that immediately jumps out at me is the proposals do not have any entry doors.  That is a non-starter.  The other is that all of the urinals were removed despite the our request to retain them.

I'll look at them in detail over next week and get back to you.

Thanks
Bill

**Bill Meredith '96** | LtCol, US Army (Ret.)
Director - Corps Logisitics
Texas A&M Corps of Cadets
1115 TAMU | College Station, TX 77843-1227

ofc: 979.845.0324 |                     | bmeredith@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

**From:** Webber, Rob W <rob_webber@reslife.tamu.edu>
**Sent:** Friday, March 8, 2024 12:05 PM
**To:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Cc:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Subject:** FW: [EXTERNAL] Corps RRs
**Importance:** High

Bill,

Well that was fast. I didn't see this in my email while I was typing my first response to you. We just got these for review. Any thoughts?

Thank you,
Rob

**From:** Sasse, Ben <bsasse@tamu.edu>
**Sent:** Friday, March 8, 2024 11:49 AM
**To:** Rydl, Chareny L <chareny@reslife.tamu.edu>; Webber, Rob W <rob_webber@reslife.tamu.edu>
**Cc:** Williams, Les <leswilliams@tamu.edu>; Gary Hall <ghall@projectcontrol.com>

14

**Subject:** FW: [EXTERNAL] Corps RRs
**Importance:** High

Chareny/Rob:

Please see attached proposed plans for Kiest, Gainer and Lacy RRs.

Best,

Ben

**Ben Sasse** | Director
Campus Construction Management
Facilities & Energy Services
Division of Operations | Texas A&M University

General Services Complex, Bldg. 1800
750 Agronomy Road (corner of Agronomy and F&B Road), Suite 2701
1247 TAMU | College Station, TX 77843
P 979.458.5238 |                    | **bsasse@tamu.edu**

---

**From:** Gary Hall <ghall@projectcontrol.com>
**Sent:** Friday, March 8, 2024 11:36 AM
**To:** Garon, Michael <Michael.Garon@sscserv.com>; Sasse, Ben <bsasse@tamu.edu>; Williams, Les <leswilliams@tamu.edu>
**Cc:** Lane Rutledge <lrutledge@projectcontrol.com>
**Subject:** FW: [EXTERNAL] Corps RRs

---

**This Message is From an External Sender**
This message came from outside your organization

Great News!

**GARY W. HALL**
SENIOR VICE PRESIDENT

<image001.jpg>

Project Control  •  301 Tarrow Street, 2nd Floor  •  College Station, Texas 77840
P 979.458.7085  •  C 210.241.4154  •  ghall@projectcontrol.com

Follow our latest news:  **Project Control**  •  **PC Sports**  •  **Raba Kistner**  •  **LinkedIn**  •  **Facebook**

*Purpose:* To provide professional consulting services with passion and integrity, to help build a better world for our employees, their families, our clients, and the communities we serve.
*Quality:* Raba Kistner, Inc. is committed to delivering our services right, the first time, on time, every time.

*TBPE Firm F-3257.* This electronic communication and its attachments contain confidential information. They are forwarded to you without passing through our standard review process. Design data and recommendations included herein should not be used for final design. If you have received this information in error, please notify the sender immediately.

---

**From:** Verr Soltes <verr.soltes@kirksey.com>
**Sent:** Friday, March 8, 2024 11:27 AM
**To:** Gary Hall <ghall@projectcontrol.com>

TAMU-01733

**Cc:** Jo Lynn Winfrey <jwinfrey@projectcontrol.com>; Sam Lampe <slampe@projectcontrol.com>; Garett Wheaton <Garett.Wheaton@Spawglass.com>; Josh Farris <Josh.Farris@SpawGlass.com>; Zac Stevenson, PE <zacs@clearyzimmermann.com>; Michael Lindemann <mlindemann@kirksey.com>; Paul Gregg <Paul.Gregg@SpawGlass.com>; Julius Marzo <julius.marzo@kirksey.com>
**Subject:** RE: [EXTERNAL] Corps RRs

Gary-
Good morning.

Please see attached for our proposed floor plans for Kiest, Gainer, and Lacy Halls.
We met and are very happy to be able to present to you an option that kept 4 toilets and 5 showers. Another big positive is that this plan supports the Corp culture and will provide a toilet and shower per class. The variations from what we discussed Tuesday are the decision not to include an ambulatory toilet compartment and we have removed a sink but understand this was an add to Spence that was not program driven.

Please let me know if you need anything else to review and approve.
Have a great weekend!


**Verr Soltes, AIA, RID, LEED Green Assoc.**

Senior Associate


**Kirksey Architecture**

6909 Portwest Drive | Houston Texas 77024 | kirksey.com

o 713 426 7513 | m 832 835 8140 | verr.soltes@kirksey.com


Houston + Austin + Dallas

---

**From:** Gary Hall <ghall@projectcontrol.com>
**Sent:** Thursday, March 7, 2024 9:21 AM
**To:** Verr Soltes <verr.soltes@kirksey.com>
**Cc:** Jo Lynn Winfrey <jwinfrey@projectcontrol.com>; Sam Lampe <slampe@projectcontrol.com>
**Subject:** FW: [EXTERNAL] Corps RRs

Verr,

We can we expect revised plans based on our meeting.

Thank you,
Gary

**GARY W. HALL**
SENIOR VICE PRESIDENT

<image001.jpg>

Project Control • 301 Tarrow Street, 2nd Floor • College Station, Texas 77840
**P** 979.458.7085 • **C** 210.241.4154 • ghall@projectcontrol.com

Follow our latest news: **Project Control** • **PC Sports** • **Raba Kistner** • **LinkedIn** • **Facebook**

*Purpose:* *To provide professional consulting services with passion and integrity, to help build a better world for our employees, their families, our clients, and the communities we serve.*
*Quality:* *Raba Kistner, Inc. is committed to delivering our services right, the first time, on time, every time.*

*TBPE Firm F-3257.* *This electronic communication and its attachments contain confidential information. They are forwarded to you without passing through our standard review process.  Design data and recommendations included herein should not be used for final design. If you have received this information in error, please notify the sender immediately.*

**From:** Sasse, Ben <bsasse@tamu.edu>
**Sent:** Thursday, March 7, 2024 9:19 AM
**To:** Gary Hall <ghall@projectcontrol.com>; Sam Lampe <slampe@projectcontrol.com>
**Cc:** Garon, Michael <Michael.Garon@sscserv.com>
**Subject:** [EXTERNAL] Corps RRs

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Gary/Sam:

When do we expect to have updated plans from this past Tuesday's meeting to review with ResLife?

Please note I will be out of office next Tuesday 3/12 and will miss the OAC meeting.

Ben

**Ben Sasse** | Director
Campus Construction Management
Facilities & Energy Services
Division of Operations | Texas A&M University

General Services Complex, Bldg. 1800
750 Agronomy Road (corner of Agronomy and F&B Road), Suite 2701
1247 TAMU | College Station, TX 77843
P 979.458.5238                                      | **bsasse@tamu.edu**

**WARNING:** This email originated from **outside** of Kirksey Architecture. Please validate the sender's email address before clicking on links or attachments as they may not be safe.

TAMU-01733

| | |
|---|---|
| **From:** | Rydl, Chareny L |
| **Sent:** | Friday, March 8, 2024 1:50 PM |
| **To:** | Reber, Thomas W |
| **Subject:** | FW: [EXTERNAL] Corps RRs |

Ben talked to Les and Les said that Billy needs to talk to Patrick and Patrick can talk to him.

Chareny

**From:** Rydl, Chareny L
**Sent:** Friday, March 8, 2024 1:49 PM
**To:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Cc:** Webber, Rob W <rob_webber@reslife.tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:** RE: [EXTERNAL] Corps RRs

If the Commandant wants to change the design he needs to talk directly to Les Willaims.

Chareny

**From:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Sent:** Friday, March 8, 2024 1:36 PM
**To:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Cc:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>; Webber, Rob W <rob_webber@reslife.tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:** RE: [EXTERNAL] Corps RRs

Let me be perfectly clear.

This drawings are not approved.

They do not meet our requirements.

On Mar 8, 2024 1:18 PM, "Rydl, Chareny L" <chareny@reslife.tamu.edu> wrote:
I would recommend you have a conversation with Meredith and the Commandant. This is on the fast track. I have followed up with Ben Sasse who will follow up with Les Williams.

Chareny

**From:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Sent:** Friday, March 8, 2024 12:21 PM
**To:** Webber, Rob W <rob_webber@reslife.tamu.edu>
**Cc:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Subject:** RE: [EXTERNAL] Corps RRs

TAMU-01736

I think it's immaterial whether its temporary or permanent.   The concept and requirement is the same.  I do not approve these drawings.

**Bill Meredith '96** | LtCol, US Army (Ret.)
Director - Corps Logisitics
Texas A&M Corps of Cadets
1115 TAMU | College Station, TX 77843-1227

ofc: 979.845.0324 |                              | [bmeredith@corps.tamu.edu](mailto:bmeredith@corps.tamu.edu)
- - - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

---

**From:** Webber, Rob W <[rob_webber@reslife.tamu.edu](mailto:rob_webber@reslife.tamu.edu)>
**Sent:** Friday, March 8, 2024 12:18 PM
**To:** Meredith Jr, Billy <[bmeredith@corps.tamu.edu](mailto:bmeredith@corps.tamu.edu)>
**Cc:** Rydl, Chareny L <[chareny@reslife.tamu.edu](mailto:chareny@reslife.tamu.edu)>
**Subject:** Re: [EXTERNAL] Corps RRs

From memory the doors and urinals conversation was in regard to the temp spaces. The open entry was approved for the Spence renovation and these concepts were derived from that.

Rob
Sent from my iPhone

> On Mar 8, 2024, at 12:16 PM, Meredith Jr, Billy <[bmeredith@corps.tamu.edu](mailto:bmeredith@corps.tamu.edu)> wrote:

The last I got from them was keep the urinals and the doors.  Who gave you different guidance?

**Bill Meredith '96** | LtCol, US Army (Ret.)
Director - Corps Logisitics
Texas A&M Corps of Cadets
1115 TAMU | College Station, TX 77843-1227

ofc: 979.845.0324 |                              | [bmeredith@corps.tamu.edu](mailto:bmeredith@corps.tamu.edu)
- - - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

---

**From:** Rydl, Chareny L <[chareny@reslife.tamu.edu](mailto:chareny@reslife.tamu.edu)>
**Sent:** Friday, March 8, 2024 12:14 PM
**To:** Meredith Jr, Billy <[bmeredith@corps.tamu.edu](mailto:bmeredith@corps.tamu.edu)>
**Cc:** Webber, Rob W <[rob_webber@reslife.tamu.edu](mailto:rob_webber@reslife.tamu.edu)>
**Subject:** RE: [EXTERNAL] Corps RRs

Billy you might want to talk to Meredith or the Commandant.  The direct given down on the bathrooms was removal of the urinals and no door if this has changed someone needs to speak up now.  This is on the fast track in order to meet several deadlines so if there are concerns, we need it ASAP.

Chareny

---

**From:** Meredith Jr, Billy <[bmeredith@corps.tamu.edu](mailto:bmeredith@corps.tamu.edu)>
**Sent:** Friday, March 8, 2024 12:11 PM

TAMU-01735

**To:** Webber, Rob W <rob_webber@reslife.tamu.edu>
**Cc:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Subject:** RE: [EXTERNAL] Corps RRs

Rob,

The first thing that immediately jumps out at me is the proposals do not have any entry doors. That is a non-starter. The other is that all of the urinals were removed despite the our request to retain them.

I'll look at them in detail over next week and get back to you.

Thanks
Bill

**Bill Meredith '96** | LtCol, US Army (Ret.)
Director - Corps Logisitics
Texas A&M Corps of Cadets
1115 TAMU | College Station, TX 77843-1227

ofc: 979.845.0324                          | bmeredith@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

---

**From:** Webber, Rob W <rob_webber@reslife.tamu.edu>
**Sent:** Friday, March 8, 2024 12:05 PM
**To:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Cc:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Subject:** FW: [EXTERNAL] Corps RRs
**Importance:** High

Bill,

Well that was fast. I didn't see this in my email while I was typing my first response to you. We just got these for review. Any thoughts?

Thank you,
Rob

---

**From:** Sasse, Ben <bsasse@tamu.edu>
**Sent:** Friday, March 8, 2024 11:49 AM
**To:** Rydl, Chareny L <chareny@reslife.tamu.edu>; Webber, Rob W <rob_webber@reslife.tamu.edu>
**Cc:** Williams, Les <leswilliams@tamu.edu>; Gary Hall <ghall@projectcontrol.com>
**Subject:** FW: [EXTERNAL] Corps RRs
**Importance:** High

Chareny/Rob:

Please see attached proposed plans for Kiest, Gainer and Lacy RRs.

Best,

Ben

TAMU-012716

**Ben Sasse** | Director
Campus Construction Management
Facilities & Energy Services
Division of Operations | Texas A&M University

General Services Complex, Bldg. 1800
750 Agronomy Road (corner of Agronomy and F&B Road), Suite 2701
1247 TAMU | College Station, TX 77843
P 979.458.5238 | | **bsasse@tamu.edu**

---

**From:** Gary Hall <ghall@projectcontrol.com>
**Sent:** Friday, March 8, 2024 11:36 AM
**To:** Garon, Michael <Michael.Garon@sscserv.com>; Sasse, Ben <bsasse@tamu.edu>; Williams, Les <leswilliams@tamu.edu>
**Cc:** Lane Rutledge <lrutledge@projectcontrol.com>
**Subject:** FW: [EXTERNAL] Corps RRs

---

**This Message is From an External Sender**
This message came from outside your organization

Great News!

**GARY W. HALL**
SENIOR VICE PRESIDENT

<image001.jpg>

Project Control  •  301 Tarrow Street, 2nd Floor  •  College Station, Texas 77840
P 979.458.7085  •  C 210.241.4154  •  ghall@projectcontrol.com

Follow our latest news:  **Project Control**  •  **PC Sports**  •  **Raba Kistner**  •  **LinkedIn**  •  **Facebook**

*Purpose:* *To provide professional consulting services with passion and integrity, to help build a better world for our employees, their families, our clients, and the communities we serve.*
*Quality:* *Raba Kistner, Inc. is committed to delivering our services right, the first time, on time, every time.*

*TBPE Firm F-3257.* *This electronic communication and its attachments contain confidential information. They are forwarded to you without passing through our standard review process. Design data and recommendations included herein should not be used for final design. If you have received this information in error, please notify the sender immediately.*

---

**From:** Verr Soltes <verr.soltes@kirksey.com>
**Sent:** Friday, March 8, 2024 11:27 AM
**To:** Gary Hall <ghall@projectcontrol.com>
**Cc:** Jo Lynn Winfrey <jwinfrey@projectcontrol.com>; Sam Lampe <slampe@projectcontrol.com>; Garett Wheaton <Garett.Wheaton@Spawglass.com>; Josh Farris <Josh.Farris@SpawGlass.com>; Zac Stevenson, PE <zacs@clearyzimmermann.com>; Michael Lindemann <mlindemann@kirksey.com>; Paul Gregg <Paul.Gregg@SpawGlass.com>; Julius Marzo <julius.marzo@kirksey.com>
**Subject:** RE: [EXTERNAL] Corps RRs

Gary-
Good morning.

Please see attached for our proposed floor plans for Kiest, Gainer, and Lacy Halls.

TAMU-017349

We met and are very happy to be able to present to you an option that kept 4 toilets and 5 showers. Another big positive is that this plan supports the Corp culture and will provide a toilet and shower per class. The variations from what we discussed Tuesday are the decision not to include an ambulatory toilet compartment and we have removed a sink but understand this was an add to Spence that was not program driven.

Please let me know if you need anything else to review and approve.
Have a great weekend!

**Verr Soltes, AIA, RID, LEED Green Assoc.**

Senior Associate

**Kirksey Architecture**

6909 Portwest Drive | Houston Texas 77024 | kirksey.com

o 713 426 7513 | m 832 835 8140 | verr.soltes@kirksey.com

Houston + Austin + Dallas

---

**From:** Gary Hall <ghall@projectcontrol.com>
**Sent:** Thursday, March 7, 2024 9:21 AM
**To:** Verr Soltes <verr.soltes@kirksey.com>
**Cc:** Jo Lynn Winfrey <jwinfrey@projectcontrol.com>; Sam Lampe <slampe@projectcontrol.com>
**Subject:** FW: [EXTERNAL] Corps RRs

Verr,

We can we expect revised plans based on our meeting.

Thank you,
Gary

GARY W. HALL
SENIOR VICE PRESIDENT

<image001.jpg>

Project Control • 301 Tarrow Street, 2nd Floor • College Station, Texas 77840
**P** 979.458.7085 • **C** 210.241.4154 • ghall@projectcontrol.com

Follow our latest news: **Project Control** • **PC Sports** • **Raba Kistner** • **LinkedIn** • **Facebook**

*Purpose:* To provide professional consulting services with passion and integrity, to help build a better world for our employees, their families, our clients, and the communities we serve.
*Quality:* Raba Kistner, Inc. is committed to delivering our services right, the first time, on time, every time.

*TBPE Firm F-3257.* This electronic communication and its attachments contain confidential information. They are forwarded to you without passing through our standard review process. Design data and recommendations included herein should not be used for final design. If you have received this information in error, please notify the sender immediately.

---

**From:** Sasse, Ben <bsasse@tamu.edu>
**Sent:** Thursday, March 7, 2024 9:19 AM
**To:** Gary Hall <ghall@projectcontrol.com>; Sam Lampe <slampe@projectcontrol.com>

28

TAMU-01540

**Cc:** Garon, Michael <Michael.Garon@sscserv.com>
**Subject:** [EXTERNAL] Corps RRs

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Gary/Sam:

When do we expect to have updated plans from this past Tuesday's meeting to review with ResLife?

Please note I will be out of office next Tuesday 3/12 and will miss the OAC meeting.

Ben

**Ben Sasse** | Director
Campus Construction Management
Facilities & Energy Services
Division of Operations | Texas A&M University

General Services Complex, Bldg. 1800
750 Agronomy Road (corner of Agronomy and F&B Road), Suite 2701
1247 TAMU | College Station, TX 77843
P 979.458.5238 | C 979.213.3900 | **bsasse@tamu.edu**

**WARNING:** This email originated from **outside** of Kirksey Architecture. Please validate the sender's email address before clicking on links or attachments as they may not be safe.

TAMU-01549

| **From:** | Meredith Jr, Billy |
|---|---|
| **Sent:** | Friday, March 8, 2024 11:48 AM |
| **To:** | Webber, Rob W |
| **Cc:** | Rydl, Chareny L |
| **Subject:** | RE: Rooms in Kiest, Lacy, and Gainer |

Had no idea a final plan had been approved.  Please give me a run-down.

**Bill Meredith '96** | LtCol, US Army (Ret.)
Director - Corps Logisitics
Texas A&M Corps of Cadets
1115 TAMU | College Station, TX 77843-1227

ofc: 979.845.0324 |                           | bmeredith@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

**From:** Webber, Rob W <rob_webber@reslife.tamu.edu>
**Sent:** Friday, March 8, 2024 11:46 AM
**To:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Cc:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Subject:** Rooms in Kiest, Lacy, and Gainer

Good morning,

As part of the Corps bathroom renovation, the contractors would like to access the following rooms as their field offices for summer:

Kiest—236
Lacy—238
Gainer—201

Based on our observations, these appear to be spaces occupied by the Corps. Bill can you please confirm that these spaces can be used for field offices and that they can be cleaned out by May 13th when the contractors would mobilize?

Thank you and please let me know if you have any questions.

**Rob Webber**  | Associate Director, Operations and Events
Department of Residence Life | Division of Student Affairs | Texas A&M University
1253 TAMU | College Station, TX 77843-1253

ph: 979.458.6773 | rob_webber@reslife.tamu.edu | reslife.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DEPARTMENT OF RESIDENCE LIFE** | Aggies Live On

TAMU-01542

| | |
|---|---|
| **From:** | Williams, Les |
| **Sent:** | Tuesday, February 20, 2024 3:28 PM |
| **To:** | Sasse, Ben; Rydl, Chareny L; Reber, Thomas W; Gary Hall; Garon, Michael |
| **Cc:** | jeff.heye; richard.gentry |
| **Subject:** | Re: Corps Facilities Brief Follow up |

Chareny and Tom,

If you have any concerns about the proposed schedule, let get those issues in front of Gary quickly.

les

---

**From:** Sasse, Ben <bsasse@tamu.edu>
**Sent:** Tuesday, February 20, 2024 8:52 AM
**To:** Gary Hall <ghall@projectcontrol.com>; Garon, Michael <Michael.Garon@sscserv.com>
**Cc:** Heye, Jeff <Jeff.Heye@sscserv.com>; richard.gentry <richard.gentry@sscserv.com>; Williams, Les <leswilliams@tamu.edu>
**Subject:** FW: Corps Facilities Brief Follow up

FYI. Consider this your notice to proceed. I am working on confirming account numbers and will provide SSC with a signed expense authorization form shortly.

**Ben Sasse** | Director
Campus Construction Management
Facilities & Energy Services
Division of Operations | Texas A&M University

General Services Complex, Bldg. 1800
750 Agronomy Road (corner of Agronomy and F&B Road), Suite 2701
1247 TAMU | College Station, TX 77843
P 979.458.5238 | | **bsasse@tamu.edu**

---

**From:** Williams, Les <leswilliams@tamu.edu>
**Sent:** Tuesday, February 20, 2024 8:25 AM
**To:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>; Ballabina, Susan G <sg-ballabina@tamu.edu>; Lange, Peter <plange@tamu.edu>; Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>; Crawford, John W <crawford@tamu.edu>
**Cc:** Sasse, Ben <bsasse@tamu.edu>; Gonzales, Lilia Y <lilia.gonzales@tamu.edu>; Reber, Thomas W <treber@tamu.edu>; Rydl, Chareny L <chareny@reslife.tamu.edu>; Pettibon II, Joseph P <jpp2@tamu.edu>
**Subject:** Re: Corps Facilities Brief Follow up

We received approval to proceed with the Corps Dorm Renovation project. The total project costs for (4) dorms is projected to cost $3.1 million. Res Life will be funding the first $2 million and John Crawford will fund the remaining $1.1 million. The Spence Hall project will be proceeding as originally planned and was awarded to Quad Tex through SSC. The other three projects (Kiest, Gainer and Lacy) will be managed delivered by Spaw Glass and Project Controls through SSC. Because of the tight time frame, Project Controls will be responsible meeting the objectives of 1) meeting the time frame and 2) establishing a cost-effective approach to construction for future projects.

TAMU-01753

Ben Sasse will be coordinating from the Facilities & Energy Services team, but Gary Hall and Russ Wallace with Project Controls will be driving this project.   To meet the time frame, it is imperative that our teams are responsive to request from Project Controls.   Ben will work with Project Controls and Res Life to identify team members for this project.   I will expect that we could get started as early as this week with design.

les

Les Williams │ Associate Vice President

Division of Operations

Facilities & Energy Services

1185 TAMU │ College Station, TX 77843-1255

ph: 979.862.4470│leswilliams@tamu.edu

Texas A&M University

---

**From:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>
**Sent:** Monday, February 19, 2024 9:18 AM
**To:** Williams, Les <leswilliams@tamu.edu>; Ballabina, Susan G <sg-ballabina@tamu.edu>; Lange, Peter <plange@tamu.edu>; Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>; Crawford, John W <crawford@tamu.edu>
**Cc:** Sasse, Ben <bsasse@tamu.edu>; Gonzales, Lilia Y <lilia.gonzales@tamu.edu>; Reber, Thomas W <treber@tamu.edu>; Rydl, Chareny L <chareny@reslife.tamu.edu>
**Subject:** RE: Corps Facilities Brief Follow up

**Thanks Les.**

**We will need to discuss how we intend to pay for all of this. Res Life committed $2M for this construction project this Summer. Do we know who is going to pay the additional $575K if this is the plan we are going to execute this Summer?**

**I appreciate the update and look forward to the discussion.**

**Joe**

*BG Joe E. Ramirez, Jr*
*United States Army (Retired)*
*Vice President for Student Affairs*
*Texas A&M University*

53

**From:** Williams, Les <leswilliams@tamu.edu>
**Sent:** Friday, February 16, 2024 12:11 PM
**To:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>; Ballabina, Susan G <sg-ballabina@tamu.edu>; Lange, Peter <plange@tamu.edu>; Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>; Crawford, John W <crawford@tamu.edu>
**Cc:** Sasse, Ben <bsasse@tamu.edu>; Gonzales, Lilia Y <lilia.gonzales@tamu.edu>
**Subject:** Re: Corps Facilities Brief Follow up

I need to update the price. Ben pointed out that SSC did not include all the costs. See the updated correspondence below.

---

**From:** Williams, Les <leswilliams@tamu.edu>
**Sent:** Friday, February 16, 2024 12:02 PM
**To:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>; Ballabina, Susan G <sg-ballabina@tamu.edu>; Lange, Peter <plange@tamu.edu>; Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>; Crawford, John W <crawford@tamu.edu>
**Cc:** Sasse, Ben <bsasse@tamu.edu>; Gonzales, Lilia Y <lilia.gonzales@tamu.edu>
**Subject:** Corps Facilities Brief Follow up

Here is an update on the Corps Renovation Project. The Spaw Glass and Project Controls team has established that the three additional bathrooms are possible in the limited time frame. The total estimated cost will be **$2,575,000** and will require an approval to proceed by next Friday (February 23rd).

There are number of conditions which make this possible and they are:

1. All design and construction decisions will be made by the Project Manager, Project Control.
2. Project Manager will review and approve all contracts and invoices prior to forwarding to SSC for payment.
3. No occupancy of these three dorms will be permitted during the construction period.
4. Hours of contractor operation are 7:00am till 7:00pm 7 days per week.
5. The areas to be renovated will all be on the ground floor north end of Kiest, Gainer and Lacy.
6. The contractor will be allowed the use of Parking Lot #26 for a storage/laydown yard and contractor parking.
7. The general contractor's offices will be located on the second-floor study/office in the north end of the building.
8. Finishes and materials may be changed or modified by Project Manager based on market availability.
9. Due to the late start and accelerated schedule, HUB Participation will be a best effort by the Contractor but may not reach the TAMU intend goal of 21.1%.
10. A Notice to Proceed must be issued no later than Friday, February 23, 2024, to meet the Substantial Completion date of August 1, 2024.

Les Williams

Les Williams | Associate Vice President

Division of Operations

Facilities & Energy Services

1185 TAMU | College Station, TX 77843-1255

ph: 979.862.4470 | leswilliams@tamu.edu

TAMU-02743

Texas A&M University

---

**From:** Garon, Michael <Michael.Garon@sscserv.com>
**Sent:** Friday, February 16, 2024 11:34 AM
**To:** Williams, Les <leswilliams@tamu.edu>
**Cc:** richard.gentry <richard.gentry@sscserv.com>; Heye, Jeff <Jeff.Heye@sscserv.com>; Garon, Michael <Michael.Garon@sscserv.com>
**Subject:** Community Access Restroom Renovations || 2024-06316

**This Message is From an External Sender**
This message came from outside your organization

Les,
Project Controls and Spaw Glass have provided the following milestone schedule.
Notice to proceeds issued no later than Feb 23rd.
Design to commence Feb 24th.
Construction at site to commence May 13th.
Substantial completion on August 2nd.
Corps move-in August 5th.

The total anticipated cost is $2,318,235.87 ($772,745.29 per restroom)

# Michael Garon

Senior Construction Project Manager
Engineering, Design and Construction Services
**SSC Service Solutions** | 979-446-2506

1371 TAMU
College Station, TX  77843-1371
**Michael.Garon@sscserv.com**

A member of Compass Group PLC

**www.sscserv.com**

| **From:** | Rydl, Chareny L |
|---|---|
| **Sent:** | Monday, February 19, 2024 9:41 AM |
| **To:** | McCracken, Kyle R |
| **Subject:** | RE: Corps Facilities Brief Follow up |

No, all is good.

Chareny

**From:** McCracken, Kyle R <kyle_mccracken@reslife.tamu.edu>
**Sent:** Monday, February 19, 2024 9:38 AM
**To:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Subject:** RE: Corps Facilities Brief Follow up

Fair enough.   Thanks for looping us in.

Need anything of me on this at all?

**From:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Sent:** Monday, February 19, 2024 9:35 AM
**To:** McCracken, Kyle R <kyle_mccracken@reslife.tamu.edu>
**Subject:** RE: Corps Facilities Brief Follow up

Timeline and rush.

**From:** McCracken, Kyle R <kyle_mccracken@reslife.tamu.edu>
**Sent:** Monday, February 19, 2024 9:31 AM
**To:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Subject:** RE: Corps Facilities Brief Follow up

Cost is going up… More expensive than originally projected.  Is that timeline and rush or is that just the particulars shaking out as they are finalized?

**From:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Sent:** Monday, February 19, 2024 9:27 AM
**To:** Johannes, Andrea K <andrea_johannes@reslife.tamu.edu>; Webber, Rob W <rob_webber@reslife.tamu.edu>; Wilson, Jeff C <jeff_wilson@reslife.tamu.edu>; Krenz, Michael D <mikek@reslife.tamu.edu>; McCracken, Kyle R <kyle_mccracken@reslife.tamu.edu>
**Subject:** FW: Corps Facilities Brief Follow up

FYI

**From:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>
**Sent:** Monday, February 19, 2024 9:19 AM
**To:** Williams, Les <leswilliams@tamu.edu>; Ballabina, Susan G <sg-ballabina@tamu.edu>; Lange, Peter <plange@tamu.edu>; Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>; Crawford, John W <crawford@tamu.edu>

TAMU-012545

**Cc:** Sasse, Ben <bsasse@tamu.edu>; Gonzales, Lilia Y <lilia.gonzales@tamu.edu>; Reber, Thomas W <treber@tamu.edu>; Rydl, Chareny L <chareny@reslife.tamu.edu>
**Subject:** RE: Corps Facilities Brief Follow up

**Thanks Les.**

**We will need to discuss how we intend to pay for all of this. Res Life committed $2M for this construction project this Summer. Do we know who is going to pay the additional $575K if this is the plan we are going to execute this Summer?**

**I appreciate the update and look forward to the discussion.**

**Joe**

*BG Joe E. Ramirez, Jr*
*United States Army (Retired)*
*Vice President for Student Affairs*
*Texas A&M University*

---

**From:** Williams, Les <leswilliams@tamu.edu>
**Sent:** Friday, February 16, 2024 12:11 PM
**To:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>; Ballabina, Susan G <sg-ballabina@tamu.edu>; Lange, Peter <plange@tamu.edu>; Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>; Crawford, John W <crawford@tamu.edu>
**Cc:** Sasse, Ben <bsasse@tamu.edu>; Gonzales, Lilia Y <lilia.gonzales@tamu.edu>
**Subject:** Re: Corps Facilities Brief Follow up

I need to update the price.  Ben pointed out that SSC did not include all the costs.  See the updated correspondence below.

---

**From:** Williams, Les <leswilliams@tamu.edu>
**Sent:** Friday, February 16, 2024 12:02 PM
**To:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>; Ballabina, Susan G <sg-ballabina@tamu.edu>; Lange, Peter <plange@tamu.edu>; Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>; Crawford, John W <crawford@tamu.edu>
**Cc:** Sasse, Ben <bsasse@tamu.edu>; Gonzales, Lilia Y <lilia.gonzales@tamu.edu>
**Subject:** Corps Facilities Brief Follow up

Here is an update on the Corps Renovation Project.   The Spaw Glass and Project Controls team has established that the three additional bathrooms are possible in the limited time frame. The total estimated cost will be **$2,575,000** and will require an approval to proceed by next Friday (February 23rd).

There are number of conditions which make this possible and they are:

1.  All design and construction decisions will be made by the Project Manager, Project Control.
2.  Project Manager will review and approve all contracts and invoices prior to forwarding to SSC for payment.

2

TAMU-01756

3. No occupancy of these three dorms will be permitted during the construction period.
4. Hours of contractor operation are 7:00am till 7:00pm 7 days per week.
5. The areas to be renovated will all be on the ground floor north end of Kiest, Gainer and Lacy.
6. The contractor will be allowed the use of Parking Lot #26 for a storage/laydown yard and contractor parking.
7. The general contractor's offices will be located on the second-floor study/office in the north end of the building.
8. Finishes and materials may be changed or modified by Project Manager based on market availability.
9. Due to the late start and accelerated schedule, HUB Participation will be a best effort by the Contractor but may not reach the TAMU intend goal of 21.1%.
10. A Notice to Proceed must be issued no later than Friday, February 23, 2024, to meet the Substantial Completion date of August 1, 2024.

Les Williams

Les Williams | Associate Vice President

Division of Operations

Facilities & Energy Services

1185 TAMU | College Station, TX 77843-1255

ph: 979.862.4470|leswilliams@tamu.edu

Texas A&M University

---

**From:** Garon, Michael <Michael.Garon@sscserv.com>
**Sent:** Friday, February 16, 2024 11:34 AM
**To:** Williams, Les <leswilliams@tamu.edu>
**Cc:** richard.gentry <richard.gentry@sscserv.com>; Heye, Jeff <Jeff.Heye@sscserv.com>; Garon, Michael <Michael.Garon@sscserv.com>
**Subject:** Community Access Restroom Renovations || 2024-06316

**This Message is From an External Sender**
This message came from outside your organization

Les,

Project Controls and Spaw Glass have provided the following milestone schedule.

3

Notice to proceeds issued no later than Feb 23rd.

Design to commence Feb 24th.

Construction at site to commence May 13th.

Substantial completion on August 2nd.

Corps move-in August 5th.

The total anticipated cost is $2,318,235.87 ($772,745.29 per restroom)

## Michael Garon

Senior Construction Project Manager

Engineering, Design and Construction Services

**SSC Service Solutions** | 979-446-2506

1371 TAMU

College Station, TX  77843-1371

**Michael.Garon@sscserv.com**

A member of Compass Group PLC

**www.sscserv.com**

| From: | Fred Patterson <fred@patarch.com> |
|---|---|
| Sent: | Wednesday, April 3, 2024 12:24 PM |
| To: | Garon, Michael; Doug Chmelar; Webber, Rob W |
| Cc: | John Hare |
| Subject: | Re: [Ext] 2023-06030 (2326) Spence Hall Bathroom Renovations - ASI 1 |

**This Message is From an External Sender**
This message came from outside your organization

We can do that!

Sorry, I don't remember having that conversation about keeping the shaft wall.
I can revised the ASI if that is the direction we need ot proceed.

**From:** Mike Garon <Michael.Garon@sscserv.com>
**Date:** Wednesday, April 3, 2024 at 12:21 PM
**To:** Fred Patterson <fred@patarch.com>, Doug Chmelar <doug@quadtex.net>, Rob Webber <rob_webber@reslife.tamu.edu>
**Cc:** John Hare <john@patarch.com>
**Subject:** Re: [Ext] 2023-06030 (2326) Spence Hall Bathroom Renovations - ASI 1

Fre,
I thought our previous conversation was to keep the rated partitions. This would allow for removal of the hallway door in the future. This is how we are presenting the other 3 dorms.
If this has a negative impact, please let me know.

Get Outlook for iOS

**From:** Fred Patterson <fred@patarch.com>
**Sent:** Wednesday, April 3, 2024 10:34:58 AM
**To:** Doug Chmelar <doug@quadtex.net>; Garon, Michael <michael.garon@sscserv.com>; Rob Webber <rob_webber@reslife.tamu.edu>
**Cc:** John Hare <john@patarch.com>
**Subject:** [Ext] 2023-06030 (2326) Spence Hall Bathroom Renovations - ASI 1

***WARNING***: This email originated from an external source and is potentially fraudulent. Do not click on links or attachments unless you are familiar with the sender.

All

See attached ASI with the proposed changes to the scope of work.

Let me know if you have any questions/comments.

1

Thanks, Fred

Fred A. Patterson, Jr., AIA
Patterson * Architects
701 South Texas Avenue
Bryan, Texas  77803

979-775-6036 – phone
979-229-7790 - mobile
fred@patarch.com - email
www.Pattersonarchitects.net – web

*Celebrating 39 years of design excellence in the Brazos Valley*

CONFIDENTIAL NOTICE:    The information contained in this transmission is considered by the sender to be confidential.  This material is intended only for use of the recipient named above.  If the reader or other recipient of this material is not the intended recipient named above, please notify me and delete this transmission.  Thank you.

ELECTRONIC MEDIA NOTICE:  It is understood and agreed, that Patterson Architects, upon release of these electronic files is no longer responsible for their use or modification.  The user of the attached electronic media accepts full responsibility and liability for any consequences arising out of the use of this electronic data.

TAMU-012560

| | |
|---|---|
| **From:** | Rydl, Chareny L |
| **Sent:** | Tuesday, March 26, 2024 2:25 PM |
| **To:** | Webber, Rob W |
| **Subject:** | FW: Corps Facilities Brief Follow up |

**From:** Johannes, Andrea K <andrea_johannes@reslife.tamu.edu>
**Sent:** Tuesday, February 20, 2024 9:02 AM
**To:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Subject:** RE: Corps Facilities Brief Follow up

Please use            -00000.  We've transferred 2M, but would need Deborah to transfer the other 1.1M.

**Andrea Johannes**  | Associate Director
Student Affairs Finance | Texas A&M University
3365 TAMU | College Station, TX 77843-3365

ph: 979.458.3201 | mobile: 734.777.0439 | andrea.johannes@tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

**From:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Sent:** Tuesday, February 20, 2024 8:35 AM
**To:** Johannes, Andrea K <andrea_johannes@reslife.tamu.edu>
**Subject:** FW: Corps Facilities Brief Follow up

Please see Ben's question.

Chareny

**From:** Williams, Les <leswilliams@tamu.edu>
**Sent:** Tuesday, February 20, 2024 8:34 AM
**To:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Cc:** Sasse, Ben <bsasse@tamu.edu>
**Subject:** Re: Corps Facilities Brief Follow up

Chareny,

Please see Ben's question below.

les

**From:** Sasse, Ben <bsasse@tamu.edu>
**Sent:** Tuesday, February 20, 2024 8:29 AM

1

TAMU-01753

**To:** Williams, Les <leswilliams@tamu.edu>
**Subject:** RE: Corps Facilities Brief Follow up

Are we using the same account numbers that were used for the feasibility study?  Need to know before I have Robbye route the expense authorization for signature in AdobeSign.

**Ben Sasse** | Director
Campus Construction Management
Facilities & Energy Services
Division of Operations | Texas A&M University

General Services Complex, Bldg. 1800
750 Agronomy Road (corner of Agronomy and F&B Road), Suite 2701
1247 TAMU | College Station, TX 77843
P 979.458.5238 |                          | **bsasse@tamu.edu**

**From:** Williams, Les <leswilliams@tamu.edu>
**Sent:** Tuesday, February 20, 2024 8:25 AM
**To:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>; Ballabina, Susan G <sg-ballabina@tamu.edu>; Lange, Peter <plange@tamu.edu>; Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>; Crawford, John W <crawford@tamu.edu>
**Cc:** Sasse, Ben <bsasse@tamu.edu>; Gonzales, Lilia Y <lilia.gonzales@tamu.edu>; Reber, Thomas W <treber@tamu.edu>; Rydl, Chareny L <chareny@reslife.tamu.edu>; Pettibon II, Joseph P <jpp2@tamu.edu>
**Subject:** Re: Corps Facilities Brief Follow up

We received approval to proceed with the Corps Dorm Renovation project.   The total project costs for (4) dorms is projected to cost $3.1 million.   Res Life will be funding the first $2 million and John Crawford will fund the remaining $1.1 million.    The Spence Hall project will be proceeding as originally planned and was awarded to Quad Tex through SSC.     The other three projects (Kiest, Gainer and Lacy) will be managed delivered by Spaw Glass and Project Controls through SSC.  Because of the tight time frame, Project Controls will be responsible meeting the objectives of 1) meeting the time frame and 2) establishing a cost-effective approach to construction for future projects.

Ben Sasse will be coordinating from the Facilities & Energy Services team, but Gary Hall and Russ Wallace with Project Controls will be driving this project.   To meet the time frame, it is imperative that our teams are responsive to request from Project Controls.   Ben will work with Project Controls and Res Life to identify team members for this project.   I will expect that we could get started as early as this week with design.

les

Les Williams │ Associate Vice President

Division of Operations

Facilities & Energy Services

1185 TAMU │ College Station, TX 77843-1255

ph: 979.862.4470│leswilliams@tamu.edu

TAMU-01754

**From:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>
**Sent:** Monday, February 19, 2024 9:18 AM
**To:** Williams, Les <leswilliams@tamu.edu>; Ballabina, Susan G <sg-ballabina@tamu.edu>; Lange, Peter <plange@tamu.edu>; Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>; Crawford, John W <crawford@tamu.edu>
**Cc:** Sasse, Ben <bsasse@tamu.edu>; Gonzales, Lilia Y <lilia.gonzales@tamu.edu>; Reber, Thomas W <treber@tamu.edu>; Rydl, Chareny L <chareny@reslife.tamu.edu>
**Subject:** RE: Corps Facilities Brief Follow up

**Thanks Les.**

**We will need to discuss how we intend to pay for all of this. Res Life committed $2M for this construction project this Summer. Do we know who is going to pay the additional $575K if this is the plan we are going to execute this Summer?**

**I appreciate the update and look forward to the discussion.**

**Joe**

*BG Joe E. Ramirez, Jr*

*United States Army (Retired)*

*Vice President for Student Affairs*

*Texas A&M University*

**From:** Williams, Les <leswilliams@tamu.edu>
**Sent:** Friday, February 16, 2024 12:11 PM
**To:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>; Ballabina, Susan G <sg-ballabina@tamu.edu>; Lange, Peter

TAMU-02765

<plange@tamu.edu>; Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>; Crawford, John W <crawford@tamu.edu>
**Cc:** Sasse, Ben <bsasse@tamu.edu>; Gonzales, Lilia Y <lilia.gonzales@tamu.edu>
**Subject:** Re: Corps Facilities Brief Follow up

I need to update the price.  Ben pointed out that SSC did not include all the costs.  See the updated correspondence below.

---

**From:** Williams, Les <leswilliams@tamu.edu>
**Sent:** Friday, February 16, 2024 12:02 PM
**To:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>; Ballabina, Susan G <sg-ballabina@tamu.edu>; Lange, Peter <plange@tamu.edu>; Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>; Crawford, John W <crawford@tamu.edu>
**Cc:** Sasse, Ben <bsasse@tamu.edu>; Gonzales, Lilia Y <lilia.gonzales@tamu.edu>
**Subject:** Corps Facilities Brief Follow up

Here is an update on the Corps Renovation Project.   The Spaw Glass and Project Controls team has established that the three additional bathrooms are possible in the limited time frame. The total estimated cost will be **$2,575,000** and will require an approval to proceed by next Friday (February 23rd).

There are number of conditions which make this possible and they are:

1.  All design and construction decisions will be made by the Project Manager, Project Control.
2.  Project Manager will review and approve all contracts and invoices prior to forwarding to SSC for payment.
3.  No occupancy of these three dorms will be permitted during the construction period.
4.  Hours of contractor operation are 7:00am till 7:00pm 7 days per week.
5.  The areas to be renovated will all be on the ground floor north end of Kiest, Gainer and Lacy.
6.  The contractor will be allowed the use of Parking Lot #26 for a storage/laydown yard and contractor parking.
7.  The general contractor's offices will be located on the second-floor study/office in the north end of the building.
8.  Finishes and materials may be changed or modified by Project Manager based on market availability.
9.  Due to the late start and accelerated schedule, HUB Participation will be a best effort by the Contractor but may not reach the TAMU intend goal of 21.1%.
10. A Notice to Proceed must be issued no later than Friday, February 23, 2024, to meet the Substantial Completion date of August 1, 2024.

Les Williams

TAMU-01756

Les Williams │ Associate Vice President

Division of Operations

Facilities & Energy Services

1185 TAMU │ College Station, TX 77843-1255

ph: 979.862.4470│leswilliams@tamu.edu

Texas A&M University

---

**From:** Garon, Michael <Michael.Garon@sscserv.com>
**Sent:** Friday, February 16, 2024 11:34 AM
**To:** Williams, Les <leswilliams@tamu.edu>
**Cc:** richard.gentry <richard.gentry@sscserv.com>; Heye, Jeff <Jeff.Heye@sscserv.com>; Garon, Michael <Michael.Garon@sscserv.com>
**Subject:** Community Access Restroom Renovations || 2024-06316

**This Message is From an External Sender**
This message came from outside your organization

Les,

Project Controls and Spaw Glass have provided the following milestone schedule.

Notice to proceeds issued no later than Feb 23rd.

Design to commence Feb 24th.

Construction at site to commence May 13th.

Substantial completion on August 2nd.

Corps move-in August 5th.

TAMU-01755

The total anticipated cost is $2,318,235.87 ($772,745.29 per restroom)

# Michael Garon

Senior Construction Project Manager

Engineering, Design and Construction Services

**SSC Service Solutions** | 979-446-2506

1371 TAMU

College Station, TX  77843-1371

**Michael.Garon@sscserv.com**

A member of Compass Group PLC

**www.sscserv.com**

6

| From: | Rydl, Chareny L |
|---|---|
| **Sent:** | Tuesday, March 19, 2024 8:34 AM |
| **To:** | Webber, Rob W |
| **Subject:** | FW: Redesign of Corps RRs_Hallway Doors & Card Readers |

Just sharing all the conversations.

Chareny

---

**From:** Reber, Thomas W <treber@tamu.edu>
**Sent:** Tuesday, March 19, 2024 7:06 AM
**To:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>; Rydl, Chareny L <chareny@reslife.tamu.edu>
**Subject:** Fwd: Redesign of Corps RRs_Hallway Doors & Card Readers

I wanted you to both know I received this e-mail this morning.  Tom
Sent from my iPhone

Begin forwarded message:

> **From:** "Williams, Les" <leswilliams@tamu.edu>
> **Date:** March 19, 2024 at 6:27:18 AM CDT
> **To:** Gary Hall <ghall@projectcontrol.com>, "Garon, Michael" <Michael.Garon@sscserv.com>, "richard.gentry" <richard.gentry@sscserv.com>, "Sasse, Ben" <bsasse@tamu.edu>, "Reber, Thomas W" <treber@tamu.edu>
> **Cc:** Jo Lynn Winfrey <jwinfrey@projectcontrol.com>, Russ Wallace <russwallace80@gmail.com>, Sam Lampe <slampe@projectcontrol.com>
> **Subject: Re: Redesign of Corps RRs_Hallway Doors & Card Readers**
>
>
> This request was from the Corps.   I suggest you all sit down and discuss with them and Res Life and discuss.
> les

---

> **From:** Gary Hall <ghall@projectcontrol.com>
> **Sent:** Monday, March 18, 2024 4:57 PM
> **To:** Garon, Michael <Michael.Garon@sscserv.com>; Sasse, Ben <bsasse@tamu.edu>; Williams, Les <leswilliams@tamu.edu>; richard.gentry <richard.gentry@sscserv.com>
> **Cc:** Jo Lynn Winfrey <jwinfrey@projectcontrol.com>; Russ Wallace <russwallace80@gmail.com>; Sam Lampe <slampe@projectcontrol.com>
> **Subject:** RE: Redesign of Corps RRs_Hallway Doors & Card Readers

**This Message is From an External Sender**
This message came from outside your organization

Michael,

TAMU-017569

Can you tell me who is requesting this, since this may shut this project down. The Patterson construction documents for Spence Hall have been issued since October 20, 2023. Why is this coming up now?

This will mean a significant re-design effort for the team with additional costs if it can be done. The 1-hour fire wall will now remain at the corridor, instead of the interior of the room, which changes every interior measurement and with the entry door now opening into the space, the location of the hand sinks and dryers may not work.

As you know we are only 8 days from Design Development documents and the submittals for the Fiberglass Doors/Frames and Solid Surface showers are already in process. Based on the previous drawings the Subcontract Buyouts are to in process to be completed on the 28th.

If this is the case, then we will need to draft a different plan of action before we can commit to the summer schedule.

Please let me know if there are any questions.

Thank you,
Gary

**GARY W. HALL**
SENIOR VICE PRESIDENT



Project Control • 301 Tarrow Street, 2nd Floor • College Station, Texas 77840
**P** 979.458.7085 • **C** 210.241.4154 • ghall@projectcontrol.com

**Follow our latest news: Project Control • PC Sports • Raba Kistner • LinkedIn • Facebook**

*Purpose:* *To provide professional consulting services with passion and integrity, to help build a better world for our employees, their families, our clients, and the communities we serve.*
*Quality:* *Raba Kistner, Inc. is committed to delivering our services right, the first time, on time, every time.*

*TBPE Firm F-3257. This electronic communication and its attachments contain confidential information. They are forwarded to you without passing through our standard review process. Design data and recommendations included herein should not be used for final design. If you have received this information in error, please notify the sender immediately.*

**From:** Garon, Michael <Michael.Garon@sscserv.com>
**Sent:** Monday, March 18, 2024 3:17 PM
**To:** Sasse, Ben <bsasse@tamu.edu>; Sam Lampe <slampe@projectcontrol.com>; Gary Hall <ghall@projectcontrol.com>
**Cc:** Verr Soltes <verr.soltes@kirksey.com>; Garon, Michael <Michael.Garon@sscserv.com>; Garett Wheaton, LEED AP, AC <Garett.Wheaton@SpawGlass.com>
**Subject:** [EXTERNAL] RE: [Ext] Re: Corps RRs_Hallway Doors & Card Readers
**Importance:** High

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

All,
I was informed today that TAMU is wanting us to keep the hallway entry doors and card readers.
This is a significant change but will alleviate the line of sight issue discussed below.

2

# Michael Garon

Senior Construction Project Manager
Engineering, Design and Construction Services
**SSC Service Solutions** | 979-446-2506

1371 TAMU
College Station, TX  77843-1371
**Michael.Garon@sscserv.com**

A member of Compass Group PLC

**www.sscserv.com**

**From:** Sasse, Ben <bsasse@tamu.edu>
**Sent:** Tuesday, March 12, 2024 12:47 PM
**To:** Sam Lampe <slampe@projectcontrol.com>; Gary Hall <ghall@projectcontrol.com>
**Cc:** Garon, Michael <Michael.Garon@sscserv.com>
**Subject:** [Ext] Re: [EXTERNAL] Corps RRs

**\*\*\*WARNING\*\*\*:  This email originated from an external source and is potentially fraudulent. Do not click on links or attachments unless you are familiar with the sender.**

Understood, Sam.  Thanks for all your efforts.

Best,

Ben

**Ben Sasse** | Director
Campus Construction Management
Facilities & Energy Services
Division of Operations | Texas A&M University

General Services Complex, Bldg. 1800
750 Agronomy Road (corner of Agronomy and F&B Road), Suite 2701
1247 TAMU | College Station, TX 77843
P 979.458.5238 |                    | **bsasse@tamu.edu**

**From:** Sam Lampe <slampe@projectcontrol.com>
**Date:** Tuesday, March 12, 2024 at 11:38 AM
**To:** Sasse, Ben <bsasse@tamu.edu>, Gary Hall <ghall@projectcontrol.com>
**Cc:** Garon, Michael <Michael.Garon@sscserv.com>
**Subject:** RE: [EXTERNAL] Corps RRs

**This Message is From an External Sender**
This message came from outside your organization

Ben,

TAMU 02569

We were going to discuss this in the meeting today, but I remembered you were going to be out. Kirksey is going to proceed with Option #1 that you proposed. Option #2 was not going to be feasible to due the fast paced schedule. The main reason is Option #2 would require us to rework the riser chase between Shower 1 and Shower 2.

Thanks,
Sam Lampe

---

**From:** Sasse, Ben <bsasse@tamu.edu>
**Sent:** Thursday, March 7, 2024 9:19 AM
**To:** Gary Hall <ghall@projectcontrol.com>; Sam Lampe <slampe@projectcontrol.com>
**Cc:** Garon, Michael <Michael.Garon@sscserv.com>
**Subject:** [EXTERNAL] Corps RRs

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Gary/Sam:

When do we expect to have updated plans from this past Tuesday's meeting to review with ResLife?

Please note I will be out of office next Tuesday 3/12 and will miss the OAC meeting.

Ben

**Ben Sasse** | Director
Campus Construction Management
Facilities & Energy Services
Division of Operations | Texas A&M University

General Services Complex, Bldg. 1800
750 Agronomy Road (corner of Agronomy and F&B Road), Suite 2701
1247 TAMU | College Station, TX 77843
P 979.458.5238 |                    | **bsasse@tamu.edu**

| | |
|---|---|
| **From:** | Williams, Gary W |
| **Sent:** | Monday, March 18, 2024 1:16 PM |
| **To:** | 'fred@patarch.com'; Garon, Michael; Doug Chmelar (Doug@QuadTex.net) |
| **Cc:** | Webber, Rob W |
| **Subject:** | Spence Hall Restroom Renovation |

All,

There has been a directive from the university to have an entry door into the restrooms with card access. Looking at the plans, it appears that we should be able to leave the existing door in place and delete the "L" shaped wall. I believe that Rob is in the process of verifying if that door currently has a card reader for access.

Please let me know if you have any questions or thoughts.

Thanks,
Gary

**Gary Williams |** Associate Director
Campus Construction Management
Facilities & Energy Services
Division of Operations | Texas A&M University

General Services Complex, Suite 2701
1247 TAMU | College Station, TX 77843
P 979-845-7181 | | gary.williams@tamu.edu

1

Charney/Rob/Ben,

Meredith and I met with Les and Tom on Wednesday.  There is now a shared understanding among all parties. In summary, the following was agreed upon:

- All restrooms remodeled this summer will include exterior doors and swipe card access.  These are gendered bathrooms placarded "men" or "women" depending on the makeup of the cadet population in the fall.

We were given approval this morning to proceed as noted above.

Also discussed, but not approved, was the retention of an enclosed urinal.  The proposed design for toilets is approved.

-Bill


**Bill Meredith '96** | LtCol, US Army (Ret.)
Director - Corps Logisitics
Texas A&M Corps of Cadets
1115 TAMU | College Station, TX 77843-1227

ofc: 979.845.0324 |                      | bmeredith@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

| From: | Sasse, Ben |
|---|---|
| Sent: | Tuesday, March 12, 2024 12:48 PM |
| To: | Rydl, Chareny L; Webber, Rob W |
| Cc: | Williams, Les |
| Subject: | FW: [EXTERNAL] Corps RRs |

Chareny/Rob:

FYI.

Ben

**From:** Sam Lampe <slampe@projectcontrol.com>
**Date:** Tuesday, March 12, 2024 at 11:38 AM
**To:** Sasse, Ben <bsasse@tamu.edu>, Gary Hall <ghall@projectcontrol.com>
**Cc:** Garon, Michael <Michael.Garon@sscserv.com>
**Subject:** RE: [EXTERNAL] Corps RRs

**This Message is From an External Sender**
This message came from outside your organization

Ben,

We were going to discuss this in the meeting today, but I remembered you were going to be out. Kirksey is going to proceed with Option #1 that you proposed. Option #2 was not going to be feasible to due the fast paced schedule. The main reason is Option #2 would require us to rework the riser chase between Shower 1 and Shower 2.

Thanks,
Sam Lampe

**From:** Sasse, Ben <bsasse@tamu.edu>
**Sent:** Thursday, March 7, 2024 9:19 AM
**To:** Gary Hall <ghall@projectcontrol.com>; Sam Lampe <slampe@projectcontrol.com>
**Cc:** Garon, Michael <Michael.Garon@sscserv.com>
**Subject:** [EXTERNAL] Corps RRs

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Gary/Sam:

When do we expect to have updated plans from this past Tuesday's meeting to review with ResLife?

Please note I will be out of office next Tuesday 3/12 and will miss the OAC meeting.

TAMU-02763

Ben

**Ben Sasse** | Director
Campus Construction Management
Facilities & Energy Services
Division of Operations | Texas A&M University

General Services Complex, Bldg. 1800
750 Agronomy Road (corner of Agronomy and F&B Road), Suite 2701
1247 TAMU | College Station, TX 77843
P 979.458.5238 |                         | **bsasse@tamu.edu**

2

| From: | Sasse, Ben |
|---|---|
| Sent: | Friday, March 8, 2024 1:44 PM |
| To: | Rydl, Chareny L; Webber, Rob W |
| Subject: | RE: [EXTERNAL] Corps RRs |
| Attachments: | Lacy Restroom Options.pdf |

Here are two possible options to solve the line of sight issue. Option 1 is easier but doesn't fix the problem entirely. Option 2 would be better but not sure if this will fit and still maintain ADA clearance. Kirksey would need to confirm in AutoCAD.


**Ben Sasse** | Director
Campus Construction Management
Facilities & Energy Services
Division of Operations | Texas A&M University

General Services Complex, Bldg. 1800
750 Agronomy Road (corner of Agronomy and F&B Road), Suite 2701
1247 TAMU | College Station, TX 77843
P 979.458.5238 | | **bsasse@tamu.edu**

**From:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Sent:** Friday, March 8, 2024 12:18 PM
**To:** Webber, Rob W <rob_webber@reslife.tamu.edu>; Sasse, Ben <bsasse@tamu.edu>
**Subject:** RE: [EXTERNAL] Corps RRs

Good catch. I agree with your comment but not sure how it can be addressed. Ben do you have any suggestions or thoughts?

Chareny

**From:** Webber, Rob W <rob_webber@reslife.tamu.edu>
**Sent:** Friday, March 8, 2024 12:04 PM
**To:** Rydl, Chareny L <chareny@reslife.tamu.edu>; Sasse, Ben <bsasse@tamu.edu>
**Subject:** RE: [EXTERNAL] Corps RRs

The only one that I question is Lacy. Having shower stalls in plain view of the open hallway causes me to pause. Chareny did you have any concerns about that? The site lines of the other restrooms look okay.

Rob

**From:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Sent:** Friday, March 8, 2024 11:57 AM
**To:** Sasse, Ben <bsasse@tamu.edu>
**Cc:** Webber, Rob W <rob_webber@reslife.tamu.edu>
**Subject:** RE: [EXTERNAL] Corps RRs

They look good to me.

1

TAMU-01565

Chareny

---

**From:** Sasse, Ben <bsasse@tamu.edu>
**Sent:** Friday, March 8, 2024 11:49 AM
**To:** Rydl, Chareny L <chareny@reslife.tamu.edu>; Webber, Rob W <rob_webber@reslife.tamu.edu>
**Cc:** Williams, Les <leswilliams@tamu.edu>; Gary Hall <ghall@projectcontrol.com>
**Subject:** FW: [EXTERNAL] Corps RRs
**Importance:** High

Chareny/Rob:

Please see attached proposed plans for Kiest, Gainer and Lacy RRs.

Best,

Ben

**Ben Sasse** | Director
Campus Construction Management
Facilities & Energy Services
Division of Operations | Texas A&M University

General Services Complex, Bldg. 1800
750 Agronomy Road (corner of Agronomy and F&B Road), Suite 2701
1247 TAMU | College Station, TX 77843
P 979.458.5238 |                  | **bsasse@tamu.edu**

---

**From:** Gary Hall <ghall@projectcontrol.com>
**Sent:** Friday, March 8, 2024 11:36 AM
**To:** Garon, Michael <Michael.Garon@sscserv.com>; Sasse, Ben <bsasse@tamu.edu>; Williams, Les <leswilliams@tamu.edu>
**Cc:** Lane Rutledge <lrutledge@projectcontrol.com>
**Subject:** FW: [EXTERNAL] Corps RRs

---

**This Message is From an External Sender**
This message came from outside your organization

Great News!

**GARY W. HALL**
SENIOR VICE PRESIDENT



Project Control  •  301 Tarrow Street, 2nd Floor  •  College Station, Texas 77840
P 979.458.7085  •  C 210.241.4154  •  ghall@projectcontrol.com

**Follow our latest news: Project Control  •  PC Sports  •  Raba Kistner  •  LinkedIn  •  Facebook**

*Purpose:* To provide professional consulting services with passion and integrity, to help build a better world for our employees, their families, our clients, and the communities we serve.
*Quality:* Raba Kistner, Inc. is committed to delivering our services right, the first time, on time, every time.

*TBPE Firm F-3257. This electronic communication and its attachments contain confidential information. They are forwarded to you without passing through our standard review process. Design data and recommendations included herein should not be used for final design. If you have received this information in error, please notify the sender immediately.*

**From:** Verr Soltes <verr.soltes@kirksey.com>
**Sent:** Friday, March 8, 2024 11:27 AM
**To:** Gary Hall <ghall@projectcontrol.com>
**Cc:** Jo Lynn Winfrey <jwinfrey@projectcontrol.com>; Sam Lampe <slampe@projectcontrol.com>; Garett Wheaton <Garett.Wheaton@Spawglass.com>; Josh Farris <Josh.Farris@SpawGlass.com>; Zac Stevenson, PE <zacs@clearyzimmermann.com>; Michael Lindemann <mlindemann@kirksey.com>; Paul Gregg <Paul.Gregg@SpawGlass.com>; Julius Marzo <julius.marzo@kirksey.com>
**Subject:** RE: [EXTERNAL] Corps RRs

Gary-
Good morning.

Please see attached for our proposed floor plans for Kiest, Gainer, and Lacy Halls.
We met and are very happy to be able to present to you an option that kept 4 toilets and 5 showers. Another big positive is that this plan supports the Corp culture and will provide a toilet and shower per class. The variations from what we discussed Tuesday are the decision not to include an ambulatory toilet compartment and we have removed a sink but understand this was an add to Spence that was not program driven.

Please let me know if you need anything else to review and approve.
Have a great weekend!

**Verr Soltes, AIA, RID, LEED Green Assoc.**

Senior Associate


**Kirksey Architecture**

6909 Portwest Drive | Houston Texas 77024 | kirksey.com

o 713 426 7513 | m 832 835 8140 | verr.soltes@kirksey.com


Houston + Austin + Dallas


**From:** Gary Hall <ghall@projectcontrol.com>
**Sent:** Thursday, March 7, 2024 9:21 AM
**To:** Verr Soltes <verr.soltes@kirksey.com>
**Cc:** Jo Lynn Winfrey <jwinfrey@projectcontrol.com>; Sam Lampe <slampe@projectcontrol.com>
**Subject:** FW: [EXTERNAL] Corps RRs

Verr,

We can we expect revised plans based on our meeting.

Thank you,
Gary

**GARY W. HALL**
SENIOR VICE PRESIDENT

TAMU-012569



Project Control • 301 Tarrow Street, 2nd Floor • College Station, Texas 77840
**P** 979.458.7085 • **C** 210.241.4154 • ghall@projectcontrol.com

Follow our latest news: **Project Control** • **PC Sports** • **Raba Kistner** • **LinkedIn** • **Facebook**

*Purpose:* *To provide professional consulting services with passion and integrity, to help build a better world for our employees, their families, our clients, and the communities we serve.*
*Quality:* *Raba Kistner, Inc. is committed to delivering our services right, the first time, on time, every time.*

*TBPE Firm F-3257.* *This electronic communication and its attachments contain confidential information. They are forwarded to you without passing through our standard review process. Design data and recommendations included herein should not be used for final design. If you have received this information in error, please notify the sender immediately.*

**From:** Sasse, Ben <bsasse@tamu.edu>
**Sent:** Thursday, March 7, 2024 9:19 AM
**To:** Gary Hall <ghall@projectcontrol.com>; Sam Lampe <slampe@projectcontrol.com>
**Cc:** Garon, Michael <Michael.Garon@sscserv.com>
**Subject:** [EXTERNAL] Corps RRs

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Gary/Sam:

When do we expect to have updated plans from this past Tuesday's meeting to review with ResLife?

Please note I will be out of office next Tuesday 3/12 and will miss the OAC meeting.

Ben

**Ben Sasse** | Director
Campus Construction Management
Facilities & Energy Services
Division of Operations | Texas A&M University

General Services Complex, Bldg. 1800
750 Agronomy Road (corner of Agronomy and F&B Road), Suite 2701
1247 TAMU | College Station, TX 77843
P 979.458.5238 | | **bsasse@tamu.edu**

**WARNING:** This email originated from **outside** of Kirksey Architecture. Please validate the sender's email address before clicking on links or attachments as they may not be safe.

3/8" = 1'-0"     6 LACY - PROPOSED PLAN │ 1

0     1'-4"     2'-8"          5'-4"

2024020
NOT FOR REGULATORY APPROVAL, PERMITTING     TAMU-0279
DAVID L. MCLEMORE     23 FEB 2024
Kirksey
ARCHITECTURE
© 2024 Kirksey

Let me be perfectly clear.

This drawings are not approved.

They do not meet our requirements.


On Mar 8, 2024 1:18 PM, "Rydl, Chareny L" <chareny@reslife.tamu.edu> wrote:
I would recommend  you have a conversation with  Meredith and the Commandant.  This is on the fast track.  I have followed up with Ben Sasse who will follow up with Les Williams.

Chareny

**From:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Sent:** Friday, March 8, 2024 12:21 PM
**To:** Webber, Rob W <rob_webber@reslife.tamu.edu>
**Cc:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Subject:** RE: [EXTERNAL] Corps RRs

I think it's immaterial whether its temporary or permanent.   The concept and requirement is the same.  I do not approve these drawings.

**Bill Meredith '96** | LtCol, US Army (Ret.)
Director - Corps Logisitics
Texas A&M Corps of Cadets
1115 TAMU | College Station, TX 77843-1227

ofc: 979.845.0324 |                        | bmeredith@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

**From:** Webber, Rob W <rob_webber@reslife.tamu.edu>
**Sent:** Friday, March 8, 2024 12:18 PM
**To:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Cc:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Subject:** Re: [EXTERNAL] Corps RRs

From memory the doors and urinals conversation was in regard to the temp spaces. The open entry was approved for the Spence renovation and these concepts were derived from that.

Rob

TAMU-02580

Sent from my iPhone

On Mar 8, 2024, at 12:16 PM, Meredith Jr, Billy <bmeredith@corps.tamu.edu> wrote:

The last I got from them was keep the urinals and the doors.  Who gave you different guidance?

**Bill Meredith '96** | LtCol, US Army (Ret.)
Director - Corps Logisitics
Texas A&M Corps of Cadets
1115 TAMU | College Station, TX 77843-1227

ofc: 979.845.0324 |                           | bmeredith@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

**From:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Sent:** Friday, March 8, 2024 12:14 PM
**To:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Cc:** Webber, Rob W <rob_webber@reslife.tamu.edu>
**Subject:** RE: [EXTERNAL] Corps RRs

Billy you might want to talk to Meredith or the Commandant.  The direct given down on the bathrooms was removal of the urinals and no door if this has changed someone needs to speak up now.  This is on the fast track in order to meet several deadlines so if there are concerns, we need it ASAP.

Chareny

**From:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Sent:** Friday, March 8, 2024 12:11 PM
**To:** Webber, Rob W <rob_webber@reslife.tamu.edu>
**Cc:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Subject:** RE: [EXTERNAL] Corps RRs

Rob,

The first thing that immediately jumps out at me is the proposals do not have any entry doors.  That is a non-starter.  The other is that all of the urinals were removed despite the our request to retain them.

I'll look at them in detail over next week and get back to you.

Thanks
Bill

**Bill Meredith '96** | LtCol, US Army (Ret.)
Director - Corps Logisitics
Texas A&M Corps of Cadets
1115 TAMU | College Station, TX 77843-1227

ofc: 979.845.0324 |                           | bmeredith@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

2

TAMU-02583

**From:** Webber, Rob W <rob_webber@reslife.tamu.edu>
**Sent:** Friday, March 8, 2024 12:05 PM
**To:** Meredith Jr, Billy <bmeredith@corps.tamu.edu>
**Cc:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Subject:** FW: [EXTERNAL] Corps RRs
**Importance:** High

Bill,

Well that was fast. I didn't see this in my email while I was typing my first response to you. We just got these for review. Any thoughts?

Thank you,
Rob

**From:** Sasse, Ben <bsasse@tamu.edu>
**Sent:** Friday, March 8, 2024 11:49 AM
**To:** Rydl, Chareny L <chareny@reslife.tamu.edu>; Webber, Rob W <rob_webber@reslife.tamu.edu>
**Cc:** Williams, Les <leswilliams@tamu.edu>; Gary Hall <ghall@projectcontrol.com>
**Subject:** FW: [EXTERNAL] Corps RRs
**Importance:** High

Chareny/Rob:

Please see attached proposed plans for Kiest, Gainer and Lacy RRs.

Best,

Ben

**Ben Sasse** | Director
Campus Construction Management
Facilities & Energy Services
Division of Operations | Texas A&M University

General Services Complex, Bldg. 1800
750 Agronomy Road (corner of Agronomy and F&B Road), Suite 2701
1247 TAMU | College Station, TX 77843
P 979.458.5238 | | **bsasse@tamu.edu**

**From:** Gary Hall <ghall@projectcontrol.com>
**Sent:** Friday, March 8, 2024 11:36 AM
**To:** Garon, Michael <Michael.Garon@sscserv.com>; Sasse, Ben <bsasse@tamu.edu>; Williams, Les <leswilliams@tamu.edu>
**Cc:** Lane Rutledge <lrutledge@projectcontrol.com>
**Subject:** FW: [EXTERNAL] Corps RRs

**This Message is From an External Sender**
This message came from outside your organization

3

Great News!

**GARY W. HALL**
SENIOR VICE PRESIDENT


<image001.jpg>

Project Control • 301 Tarrow Street, 2nd Floor • College Station, Texas 77840
**P** 979.458.7085 • **C** 210.241.4154 • ghall@projectcontrol.com

Follow our latest news: **Project Control** • **PC Sports** • **Raba Kistner** • **LinkedIn** • **Facebook**

*Purpose:* To provide professional consulting services with passion and integrity, to help build a better world for our employees, their families, our clients, and the communities we serve.
*Quality:* Raba Kistner, Inc. is committed to delivering our services right, the first time, on time, every time.

*TBPE Firm F-3257.* This electronic communication and its attachments contain confidential information. They are forwarded to you without passing through our standard review process. Design data and recommendations included herein should not be used for final design. If you have received this information in error, please notify the sender immediately.

---

**From:** Verr Soltes <verr.soltes@kirksey.com>
**Sent:** Friday, March 8, 2024 11:27 AM
**To:** Gary Hall <ghall@projectcontrol.com>
**Cc:** Jo Lynn Winfrey <jwinfrey@projectcontrol.com>; Sam Lampe <slampe@projectcontrol.com>; Garett Wheaton <Garett.Wheaton@Spawglass.com>; Josh Farris <Josh.Farris@SpawGlass.com>; Zac Stevenson, PE <zacs@clearyzimmermann.com>; Michael Lindemann <mlindemann@kirksey.com>; Paul Gregg <Paul.Gregg@SpawGlass.com>; Julius Marzo <julius.marzo@kirksey.com>
**Subject:** RE: [EXTERNAL] Corps RRs

Gary-
Good morning.

Please see attached for our proposed floor plans for Kiest, Gainer, and Lacy Halls.
We met and are very happy to be able to present to you an option that kept 4 toilets and 5 showers. Another big positive is that this plan supports the Corp culture and will provide a toilet and shower per class. The variations from what we discussed Tuesday are the decision not to include an ambulatory toilet compartment and we have removed a sink but understand this was an add to Spence that was not program driven.

Please let me know if you need anything else to review and approve.
Have a great weekend!


**Verr Soltes, AIA, RID, LEED Green Assoc.**

Senior Associate


**Kirksey Architecture**

6909 Portwest Drive | Houston Texas 77024 | kirksey.com

o 713 426 7513 | m 832 835 8140 | verr.soltes@kirksey.com


Houston + Austin + Dallas

---

**From:** Gary Hall <ghall@projectcontrol.com>
**Sent:** Thursday, March 7, 2024 9:21 AM

TAMU-02585

**To:** Verr Soltes <verr.soltes@kirksey.com>
**Cc:** Jo Lynn Winfrey <jwinfrey@projectcontrol.com>; Sam Lampe <slampe@projectcontrol.com>
**Subject:** FW: [EXTERNAL] Corps RRs

Verr,

We can we expect revised plans based on our meeting.

Thank you,
Gary

**GARY W. HALL**
SENIOR VICE PRESIDENT

<image001.jpg>

Project Control • 301 Tarrow Street, 2nd Floor • College Station, Texas 77840
**P** 979.458.7085 • **C** 210.241.4154 • ghall@projectcontrol.com

**Follow our latest news:** **Project Control** • **PC Sports** • **Raba Kistner** • **LinkedIn** • **Facebook**

*Purpose:* *To provide professional consulting services with passion and integrity, to help build a better world for our employees, their families, our clients, and the communities we serve.*
*Quality:* *Raba Kistner, Inc. is committed to delivering our services right, the first time, on time, every time.*

*TBPE Firm F-3257. This electronic communication and its attachments contain confidential information. They are forwarded to you without passing through our standard review process. Design data and recommendations included herein should not be used for final design. If you have received this information in error, please notify the sender immediately.*

---

**From:** Sasse, Ben <bsasse@tamu.edu>
**Sent:** Thursday, March 7, 2024 9:19 AM
**To:** Gary Hall <ghall@projectcontrol.com>; Sam Lampe <slampe@projectcontrol.com>
**Cc:** Garon, Michael <Michael.Garon@sscserv.com>
**Subject:** [EXTERNAL] Corps RRs

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Gary/Sam:

When do we expect to have updated plans from this past Tuesday's meeting to review with ResLife?

Please note I will be out of office next Tuesday 3/12 and will miss the OAC meeting.

Ben

**Ben Sasse** | Director
Campus Construction Management
Facilities & Energy Services
Division of Operations | Texas A&M University

General Services Complex, Bldg. 1800
750 Agronomy Road (corner of Agronomy and F&B Road), Suite 2701
1247 TAMU | College Station, TX 77843
P 979.458.5238 | | **bsasse@tamu.edu**

TAMU-017586

**WARNING:** This email originated from **outside** of Kirksey Architecture. Please validate the sender's email address before clicking on links or attachments as they may not be safe.

TAMU-01585

| | |
|---|---|
| **From:** | Sasse, Ben |
| **Sent:** | Friday, March 8, 2024 11:49 AM |
| **To:** | Rydl, Chareny L; Webber, Rob W |
| **Cc:** | Williams, Les; Gary Hall |
| **Subject:** | FW: [EXTERNAL] Corps RRs |
| **Attachments:** | 20240308_TAMU Corps Dorms - Restroom Plans.pdf |

**Importance:**     High

Chareny/Rob:

Please see attached proposed plans for Kiest, Gainer and Lacy RRs.

Best,

Ben

**Ben Sasse** | Director
Campus Construction Management
Facilities & Energy Services
Division of Operations | Texas A&M University

General Services Complex, Bldg. 1800
750 Agronomy Road (corner of Agronomy and F&B Road), Suite 2701
1247 TAMU | College Station, TX 77843
P 979.458.5238 |                    | **bsasse@tamu.edu**

**From:** Gary Hall <ghall@projectcontrol.com>
**Sent:** Friday, March 8, 2024 11:36 AM
**To:** Garon, Michael <Michael.Garon@sscserv.com>; Sasse, Ben <bsasse@tamu.edu>; Williams, Les <leswilliams@tamu.edu>
**Cc:** Lane Rutledge <lrutledge@projectcontrol.com>
**Subject:** FW: [EXTERNAL] Corps RRs

**This Message is From an External Sender**
This message came from outside your organization

Great News!

GARY W. HALL
SENIOR VICE PRESIDENT



Project Control • 301 Tarrow Street, 2nd Floor • College Station, Texas 77840
P 979.458.7085 • C 210.241.4154 • ghall@projectcontrol.com

Follow our latest news: **Project Control** • **PC Sports** • **Raba Kistner** • **LinkedIn** • **Facebook**

TAMU-01586

*Purpose:* *To provide professional consulting services with passion and integrity, to help build a better world for our employees, their families, our clients, and the communities we serve.*
*Quality:* *Raba Kistner, Inc. is committed to delivering our services right, the first time, on time, every time.*

*TBPE Firm F-3257. This electronic communication and its attachments contain confidential information. They are forwarded to you without passing through our standard review process. Design data and recommendations included herein should not be used for final design. If you have received this information in error, please notify the sender immediately.*

**From:** Verr Soltes <verr.soltes@kirksey.com>
**Sent:** Friday, March 8, 2024 11:27 AM
**To:** Gary Hall <ghall@projectcontrol.com>
**Cc:** Jo Lynn Winfrey <jwinfrey@projectcontrol.com>; Sam Lampe <slampe@projectcontrol.com>; Garett Wheaton <Garett.Wheaton@Spawglass.com>; Josh Farris <Josh.Farris@SpawGlass.com>; Zac Stevenson, PE <zacs@clearyzimmermann.com>; Michael Lindemann <mlindemann@kirksey.com>; Paul Gregg <Paul.Gregg@SpawGlass.com>; Julius Marzo <julius.marzo@kirksey.com>
**Subject:** RE: [EXTERNAL] Corps RRs

Gary-
Good morning.

Please see attached for our proposed floor plans for Kiest, Gainer, and Lacy Halls.
We met and are very happy to be able to present to you an option that kept 4 toilets and 5 showers. Another big positive is that this plan supports the Corp culture and will provide a toilet and shower per class. The variations from what we discussed Tuesday are the decision not to include an ambulatory toilet compartment and we have removed a sink but understand this was an add to Spence that was not program driven.

Please let me know if you need anything else to review and approve.
Have a great weekend!

**Verr Soltes, AIA, RID, LEED Green Assoc.**

Senior Associate

**Kirksey Architecture**

6909 Portwest Drive | Houston Texas 77024 | kirksey.com

o 713 426 7513 | m 832 835 8140 | verr.soltes@kirksey.com

Houston + Austin + Dallas

**From:** Gary Hall <ghall@projectcontrol.com>
**Sent:** Thursday, March 7, 2024 9:21 AM
**To:** Verr Soltes <verr.soltes@kirksey.com>
**Cc:** Jo Lynn Winfrey <jwinfrey@projectcontrol.com>; Sam Lampe <slampe@projectcontrol.com>
**Subject:** FW: [EXTERNAL] Corps RRs

Verr,

We can we expect revised plans based on our meeting.

Thank you,
Gary

**GARY W. HALL**

TAMU-012589

SENIOR VICE PRESIDENT



Project Control • 301 Tarrow Street, 2nd Floor • College Station, Texas 77840
**P** 979.458.7085 • **C** 210.241.4154 • ghall@projectcontrol.com

Follow our latest news: **Project Control** • **PC Sports** • **Raba Kistner** • **LinkedIn** • **Facebook**

**Purpose:** *To provide professional consulting services with passion and integrity, to help build a better world for our employees, their families, our clients, and the communities we serve.*
**Quality:** *Raba Kistner, Inc. is committed to delivering our services right, the first time, on time, every time.*

**TBPE Firm F-3257.** *This electronic communication and its attachments contain confidential information. They are forwarded to you without passing through our standard review process. Design data and recommendations included herein should not be used for final design. If you have received this information in error, please notify the sender immediately.*

**From:** Sasse, Ben <bsasse@tamu.edu>
**Sent:** Thursday, March 7, 2024 9:19 AM
**To:** Gary Hall <ghall@projectcontrol.com>; Sam Lampe <slampe@projectcontrol.com>
**Cc:** Garon, Michael <Michael.Garon@sscserv.com>
**Subject:** [EXTERNAL] Corps RRs

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Gary/Sam:

When do we expect to have updated plans from this past Tuesday's meeting to review with ResLife?

Please note I will be out of office next Tuesday 3/12 and will miss the OAC meeting.

Ben

**Ben Sasse** | Director
Campus Construction Management
Facilities & Energy Services
Division of Operations | Texas A&M University

General Services Complex, Bldg. 1800
750 Agronomy Road (corner of Agronomy and F&B Road), Suite 2701
1247 TAMU | College Station, TX 77843
P 979.458.5238 |                         | **bsasse@tamu.edu**

**WARNING:** This email originated from **outside** of Kirksey Architecture. Please validate the sender's email address before clicking on links or attachments as they may not be safe.

TAMU-01780

3/8" = 1'-0"    2 KIEST - RESTROOM DEMOLITION PLAN    1

NOTE:
DASHED LINES INDICATE ITEMS TO BE DEMOLISHED

0    1'-4"    2'-8"    5'-4"

2024020
NOT FOR REGULATORY APPROVAL, PERMITTING, OR CONSTRUCTION
DAVID L. MCLEMORE        23 FEB 2024

Kirksey
ARCHITECTURE
© 2024 Kirksey

TAMU X2289

3/8" = 1'-0"                                                    2 KIEST - PROPOSED PLAN │ 1

2024020
NOT FOR REGULATORY APPROVAL, PERMITTING OR CONSTRUCTION
DAVID L. MCLEMORE                    23 FEB 2024
© 2024 Kirksey

0      1'-4"    2'-8"        5'-4"

Kirksey
ARCHITECTURE

TAMU-01790

3/8" = 1'-0"        5 GAINER - RESTROOM DEMOLITION PLAN    1

NOTE:
DASHED LINES INDICATE ITEMS TO BE DEMOLISHED

2024020
NOT FOR REGULATORY APPROVAL, PERMITTING, OR CONSTRUCTION
DAVID L. MCLEMORE                    23 FEB 2024

0      1'-4"      2'-8"          5'-4"

**Kirksey**
ARCHITECTURE
© 2024 Kirksey

3/8" = 1'-0"

5 GAINER - PROPOSED PLAN | 1

2024020
NOT FOR REGULATORY APPROVAL, PERMITTING, OR CONSTRUCTION
DAVID L. MCLEMORE
23 FEB 2024
TAMU 01794
© 2024 Kirksey

**Kirksey**
ARCHITECTURE

0    1'-4"    2'-8"    5'-4"

3/8" = 1'-0"    6 LACY - RESTROOM DEMOLITION PLAN | D

NOTE:
DASHED LINES INDICATE ITEMS TO BE DEMOLISHED

2024020

NOT FOR REGULATORY APPROVAL, PERMITTING, OR CONSTRUCTION
DAVID L. MCLEMORE                     23 FEB 2024

0      1'-4"      2'-8'      5'-4"

TAMU-01283

Kirksey
ARCHITECTURE
© 2024 Kirksey

3/8" = 1'-0"          6 LACY - PROPOSED PLAN | 1

2024020
NOT FOR REGULATORY APPROVAL, PERMITTING OR CONSTRUCTION
DAVID L. MCLEMORE          23 FEB 2024
© 2024 Kirksey

TAMU-01796

**Kirksey**
A R C H I T E C T U R E

| From: | Rydl, Chareny L |
|---|---|
| Sent: | Wednesday, February 21, 2024 11:46 AM |
| To: | Webber, Rob W; Krenz, Michael D; Johannes, Andrea K |
| Subject: | FW: Completed: "ExAuth - Kiest Gainer Lacy RR Construction" |
| Attachments: | ExAuth - Kiest Gainer Lacy RR Construction - signed.pdf |

FYI

Chareny

**From:** Adobe Acrobat Sign on behalf of Texas A&M University <adobesign@adobesign.com>
**Sent:** Wednesday, February 21, 2024 9:03 AM
**To:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Subject:** Completed: "ExAuth - Kiest Gainer Lacy RR Construction"

**This Message Is From an External Sender**

This message came from outside your organization.

All parties finished
### ExAuth - Kiest Gainer Lacy RR Construction

## Open agreement

1

Attached is the final agreement between:

- Texas A&M University
- Chareny Rydl
- Ben Sasse and 1 more

Read it with **Acrobat Reader**. You can also **open it online** to review its activity history.

Provided by Texas A&M Technology Services.
For more information contact adobe@tamu.edu.

Need your own documents signed? Adobe Acrobat Sign can help save you time. **Learn more**.

To ensure that you continue receiving our emails, please add adobesign@adobesign.com to your address book or safe list.

© 2024 Adobe. All rights reserved.

TAMU-01596

| Project File Name | Restroom Renovations – Kiest, Gainer and Lacy (Construction Approval) | | |
|---|---|---|---|
| **Requesting Unit** | Facilities & Energy Services | **Requestor's Name** | Les Williams |
| **Project Name** | Restroom Renovations – Kiest, Gainer and Lacy | **Project Number** | TBD |
| **Budget** (attach estimate) | See below | **Project Location** | 0401 KIES<br>0404 GAIN<br>0405 LACY |
| **Budget Modification** (attach estimate)<br>**Revised Budget** (with modification(s)) | Total estimated project cost (see attached):     $2,575,000<br>Less original approval for feasibility study:     ($242,550)<br>**Additional Funding Required:**                    **$2,332,450** | **Anticipated Funding Sources** | % Dept.:<br>% Other: 100% |
| **Funding Account Number(s)** | 02-808815-00000 | **Estimated Start & End Dates** | February 2024 – August 2024 |

*Request will not be considered unless all fields are completed.*

| Project Description: | Design and construct three (3) each community access restroom renovations to be completed during summer 2024.  One restroom on the ground floor in each of Kiest, Gainer and Lacy Halls will be modified. |
|---|---|
| Project Justification: | Title IX compliance. |

<u>Recommended for Approval by</u>:

*Chareny Rydl*                              02/20/2024
Chareny Rydl (Feb 20, 2024 10:01 CST)
Chareny Rydl, Executive Director              Date
Residence Life and Housing
Division of Student Affairs

*Benjamin Sasse*
Ben Sasse, Director                            Date
Campus Construction Management
Facilities and Energy Services
Division of Operations

<u>Approved by</u>:

*L Williams*                                 02/21/2024
Les Williams, Associate Vice President of      Date
Facilities and Energy Services
Division of Operations



January 22, 2024

Mr. Richard Gentry
Regional Vice President
Facilities Services
The Texas A&M University System
600 Agronomy Road
College Station, Texas 77840

Re:     Project Control Program/Project Management
        Proposal for Texas A&M University Facilities Services – Renovation of Corp Cadet Dorm Restrooms
        Purchase Order No. – TBD

Dear Mr. Gentry:

Project Control is pleased to be working with Texas A&M University Facilities Services on the project at Texas A&M University for the Renovation of Corp Cadet Dorm Restrooms.

Our team has brought together the most experienced and talented design and construction professionals to assist you with this project. Mr. Gary W. Hall, Senior Vice President of Project Control will serve as Project Director, Gary has been with Project Control over 36 years and has worked on several major projects including the Kyle Field Stadium Redevelopment Project including the current West Player Development Center, Davis Diamond Softball Complex, E.B. Cushing Track and Field Project and numerous other large and complex projects. Supporting Gary will be Sam Lampe as Senior Program/Project Manager, Lane Rutledge as Senior Inspector/Project Manager and Mark Benton as Project Manager. Assisting us will be Russ Wallace, with Russ Wallace Consulting, L.P.  for our institutional consultant.

Our typical scope of services is attached for your review. Based on the project information and schedules provided, we propose to provide all the required program/project management for 9 months from January 22, 2024, through October 22, 2024, for design, construction, and close-out services for a not to exceed amount of Two Hundred Twenty-Five Thousand Dollars ($225,000) to be billed at a flat rate of Twenty-Five Thousand Dollars ($25,000) per month. All reimbursable expenses and inspection services are included within this cost.

We are honored to have this opportunity to work for the Texas A&M University Facilities Services. Please do not hesitate to call if you have any questions.

Very truly yours,

**Gary W. Hall**
Senior Vice President
Project Control

**Typical Scope of Services for Pre-Construction Services, Bidding, Construction Services and Project Close-out**

## I. Pre-Construction Services

- Assist Texas A&M University System and Design Team in negotiation the project.
- Assist Texas A&M University System in pre-bid conferences.
- Assist Texas A&M University System at bid openings.
- Recommend bid alternates to be accepted.
- Assist in reporting the outcome of bid openings.
- Evaluate bids for compliance with the project budget and schedule.
- Review the preparation of the Construction Manager Subcontractor's agreements.
- Review bond and insurance forms for compliance with the contract requirements.
- Assist the Texas A&M University System and the Design Team in pre-construction conferences.
- Review all invoices associated with the project for conformance to contract requirements and bond requirements.
- Recommend Texas A&M University System amounts to be paid on invoices.

## II. Design Development Phase

- Ensure proper communication between architects, staff, and administration.
- Chair design meetings with architects every two weeks or more often when appropriate.
- Produce and distribute minutes of all design meetings.
- Monitor activities of architects to make certain compliance with the desires of the Texas A&M University System.
- Monitor progress of the architects as it relates to project schedules.
- Cause the architects to make presentations to Texas A&M University System at appropriate intervals.
- Monitor designs to ensure they are within budget parameters.
- Review all invoices associated with the projects for conformance to contract requirements.
- Recommend to Texas A&M University System amounts to be paid on invoices.
- Maintain invoice approval logs showing amounts billed and amounts paid.
- Make recommendations regarding any special consultants that are needed.
- Assist Texas A&M University System and architects in identifying and retaining special consultants.
- Coordinate approvals by regulatory agencies.
- Assist Texas A&M University System in other matters as requested by Texas A&M University System.
- Serve as focal point for all project-related activities.
- Report to Texas A&M University System as required or needed.
- Recommend appropriate action should budget or schedule deviations arise.

## III. Construction Documents Phase

- Ensure proper interaction between architects, staff, and administration.
- Chair design meetings with architects every two weeks or more often when appropriate.
- Produce and distribute minutes of all design meetings.
- Monitor activities of architects to make certain compliance with the desires of the Texas A&M University System.
- Monitor progress of the architects as it relates to project schedules.
- Cause the architects to make presentations to Texas A&M University System at appropriate times.
- Monitor designs to ensure they are within budget parameters.
- Review documents with the Texas A&M University System's maintenance staff.
- Recommend design optimization options for the Texas A&M University System's consideration.
- Recommend bid alternates where appropriate.
- Review all invoices associated with the projects for conformance to contract requirements.

- Recommend Texas A&M University System amounts to be paid on invoices.
- Maintain invoice approval logs showing amounts billed and amounts paid.
- Coordinate approvals by regulatory agencies.
- Serve as focal point for all project related activities.
- Report to the Texas A&M University System as required or needed.
- Recommend appropriate action should budget or schedule deviations arise.
- Prepare draft agreements for general contractor services.

## IV. Bidding and Negotiation Phase
- Assist Texas A&M University System and architects in bidding projects.
- Assist Texas A&M University System in pre-bid conferences.
- Assist Texas A&M University System at bid openings.
- Recommend bid alternates to be accepted.
- Report outcome of bid openings.
- Evaluate bids for compliance with project budgets and schedules.
- Review bond and insurance forms for compliance with the contract requirements.
- Issue notices to proceed to construction manager.
- Assist Texas A&M University System and architects in preconstruction conferences.
- Review all invoices associated with the projects for conformance to contract requirements.
- Recommend Texas A&M University System amounts to be paid on invoices.

## V. Construction Phase
- Chair construction phase meetings with architects and contractors every two weeks.
- Produce minutes of all construction project meetings.
- Monitor activities of architects and contractors to ensure compliance.
- Monitor progress of the contractors as it relates to the project schedules.
- Make recommendations on proposed changes to construction.
- Monitor and update budgets.
- Recommend corrective action regarding budget or schedule deviations.
- Review all invoices associated with the projects for conformance to contract requirements.
- Recommend to Texas A&M University System amounts to be paid on invoices.
- Monitor the establishment of substantial completion dates.
- Monitor the progress of punch list completion.
- Monitor completion of as-built documents and operations and maintenance manuals.
- Monitor maintenance staff training sessions.
- Make recommendations regarding final payments to contractors and architects.
- Monitor LEED documentation status.

## VI. Post Construction Phase
- Follow up as requested by Texas A&M University System.
- Monitor turnover of all as-built documentation, warranties, manuals and training.
- Monitor timely correction of warranty work by contractors.
- Assist Texas A&M University System in moving to new facilities.
- Recommend Texas A&M University amounts to be paid on invoices.

| From: | Rydl, Chareny L |
|---|---|
| Sent: | Wednesday, February 7, 2024 4:44 PM |
| To: | Webber, Rob W; McCracken, Kyle R; Krenz, Michael D |
| Subject: | FW: Recommendation for Design/Build Contractor for Corps Dorm Restroom Renovation Project |
| Attachments: | Les Williams Memo 02.02.2024.pdf |

FYI

Chareny

**From:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>
**Sent:** Wednesday, February 7, 2024 1:53 PM
**To:** Reber, Thomas W <treber@tamu.edu>; Rydl, Chareny L <chareny@reslife.tamu.edu>; Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>
**Subject:** FW: Recommendation for Design/Build Contractor for Corps Dorm Restroom Renovation Project

**All – Just FYI.**

*BG Joe E. Ramirez, Jr*

*United States Army (Retired)*

*Vice President for Student Affairs*

*Texas A&M University*

**From:** Williams, Les <leswilliams@tamu.edu>
**Sent:** Monday, February 5, 2024 11:06 AM
**To:** Russ Wallace <russwallace80@gmail.com>; Gary Hall <ghall@projectcontrol.com>; Jeff W. Heye <jeff.heye@sscserv.com>; richard.gentry <richard.gentry@sscserv.com>; Sasse, Ben <bsasse@tamu.edu>; Gonzales, Lilia Y <lilia.gonzales@tamu.edu>; Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>; Hartman, Greg <ghartman@tamu.edu>; Lange, Peter <plange@tamu.edu>
**Cc:** Jo Winfrey <jwinfrey@projectcontrol.com>; Sam Lampe <slampe@projectcontrol.com>
**Subject:** Re: Recommendation for Design/Build Contractor for Corps Dorm Restroom Renovation Project

Russ and Gary,

Thank you for the update. We are in support of Spaw Glass so please continue with them. As we move forward, I want to ensure that we have established that your contract is with SSC and any subsequent contract to perform the work will also be through SSC. I believe Ben is taking steps to ensure that is the case. In the meantime, I am copying Jeff Heye, Richard Gentry, Ben Sasse and Lilia. If anyone disagrees with the Spaw Glass recommendation, please indicate in a reply.

Our next step will be order of magnitude pricing so please include the SSC team, Ben and Lilia in these discussions. Ben will be the point for TAMU (and will coordinate with other TAMU stakeholders) but Lilia will be engaged on design considerations. Once we have the pricing, a go / no go decision can be made.

1

TAMU-02593

les

**From:** Russ Wallace <russwallace80@gmail.com>
**Sent:** Monday, February 5, 2024 9:10 AM
**To:** Williams, Les <leswilliams@tamu.edu>
**Cc:** Gary Hall <ghall@projectcontrol.com>; Jo Winfrey <jwinfrey@projectcontrol.com>; Sam Lampe <slampe@projectcontrol.com>
**Subject:** Re: Recommendation for Design/Build Contractor for Corps Dorm Restroom Renovation Project

**This Message Is From an External Sender**
This message came from outside your organization.

I agree with Gary on the recommendation to select SpawGlass, and would like to receive approval as soon as possible so we can engage them to assist with the Order of Magnitude pricing effort. Les, is there anything more you need in regards to the Project Control recommendation? If so, please let us know and we'll jump right on it. Thanks.
Russ Wallace
Sent from my iPhone

> On 2 Feb 2024, at 2:54 p.m., Gary Hall <ghall@projectcontrol.com> wrote:

> Les,

> We are working on the Project Budget and should have it to you by early next week. We will be using the existing information on Spence to develop our budget along with our best estimation of time/costs.

> Both contractors said they could get to a magnitude estimate in about 5 days. Our hope was to get your agreement on our recommendation and then work with the selected contractor for their pricing. It is a little unfair to asked both to take time away from their other projects to provide an estimate. The other issue asking both for a free estimate, is the accuracy of their estimate. If they know they are estimating/bidding to get the job, there might be a tendency to under bid. The more it's their skin in the game the better the estimate.

> Spaw Glass proposed to use the existing Patterson construction documents and take those to the subs for bidding, while developing the construction documentation for the other three. This could dramatically improve our time to get the submittals started and provide a much clearer picture of the construction costs. The construction documents for each location will need to be adjusted based on the specifics of each location, but given their experience with the buildings, they do not believe it would be significant cost.

> Russ,

> Please let us know your thoughts.

> Thank you,
> Gary

> **GARY W. HALL**
> SENIOR VICE PRESIDENT

TAMU-01594



Project Control • 301 Tarrow Street, 2nd Floor • College Station, Texas 77840
**P** 979.458.7085 • **C** 210.241.4154 • ghall@projectcontrol.com

**Follow our latest news:** **Project Control** • **PC Sports** • **Raba Kistner** • **LinkedIn** • **Facebook**

*Purpose:* To provide professional consulting services with passion and integrity, to help build a better world for our employees, their families, our clients, and the communities we serve.
*Quality:* Raba Kistner, Inc. is committed to delivering our services right, the first time, on time, every time.

*TBPE Firm F-3257.* This electronic communication and its attachments contain confidential information. They are forwarded to you without passing through our standard review process. Design data and recommendations included herein should not be used for final design. If you have received this information in error, please notify the sender immediately.

---

**From:** Williams, Les <leswilliams@tamu.edu>
**Sent:** Friday, February 2, 2024 1:50 PM
**To:** Gary Hall <ghall@projectcontrol.com>; Russ Wallace <russwallace80@gmail.com>
**Cc:** Jo Lynn Winfrey <jwinfrey@projectcontrol.com>
**Subject:** Re: Recommendation for Design/Build Contractor for Corps Dorm Restroom Renovation Project

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Thank you....any thoughts on costs?

les

---

**From:** Gary Hall <ghall@projectcontrol.com>
**Sent:** Friday, February 2, 2024 1:48 PM
**To:** Williams, Les <leswilliams@tamu.edu>; Russ Wallace <russwallace80@gmail.com>
**Cc:** Jo Lynn Winfrey <jwinfrey@projectcontrol.com>
**Subject:** Recommendation for Design/Build Contractor for Corps Dorm Restroom Renovation Project

**This Message Is From an External Sender**
This message came from outside your organization.

Les,

Please see our analysis of our interviews for the proposed Corp Dorm Restroom Renovation Project.

Please let me know if you have any questions.

Thank you,
Gary

**GARY W. HALL**
SENIOR VICE PRESIDENT



TAMU×01593

Project Control  •  301 Tarrow Street, 2nd Floor  •  College Station, Texas 77840
**P** 979.458.7085  •  **C** 210.241.4154  •  ghall@projectcontrol.com

**Follow our latest news: Project Control  •  PC Sports  •  Raba Kistner  •  LinkedIn  •  Facebook**

*Purpose:* To provide professional consulting services with passion and integrity, to help build a better world for our employees, their families, our clients, and the communities we serve.
*Quality:* Raba Kistner, Inc. is committed to delivering our services right, the first time, on time, every time.

*TBPE Firm F-3257. This electronic communication and its attachments contain confidential information. They are forwarded to you without passing through our standard review process.  Design data and recommendations included herein should not be used for final design. If you have received this information in error, please notify the sender immediately.*

TAMU-012596



# Memo

| | |
|---|---|
| **To:** | Les Williams |
| **From:** | Gary W Hall |
| **cc:** | Richard Gentry, Russ Wallace |
| **Date:** | February 2, 2024 |
| **Re:** | TAMU Corps Dorm Restroom Renovation Project |

Les,

We have met with both J. T. Vaughn Construction and SpawGlass to discuss this project. Both companies are willing and able to complete the work. We have evaluated both companies based on the following criteria and provided our analysis of who we felt was the best in each.

1. **Job Interview/Preparedness**
   Both teams did an excellent job of describing how they would approach this job and what they felt were the challenges that needed to be met to successfully execute the project. SpawGlass, however, produced much more specific information about how the project would be executed, including specific examples of conditions that needed to be addressed. They prepared a schedule to indicate how the completion could be achieved and spoke more specifically about site and existing building conditions that would need to be addressed. They suggested which end on the three (3) dorms would be easiest to access and minimize the disruption to the rest of the dorm and the surrounding area.
   **Advantage – SpawGlass**

2. **Strength of the Proposed Design Team**
   Vaughn proposed to use an in-house architect that has considerable TAMU experience. It was unclear how much additional support this individual might have to perform for the architectural design for this project. Spaw proposes to bring on Kirksey as it's A/E consultant and proposed that the designer be the individual that was a key design team member on the previous Corps Dorm renovations performed by SpawGlass. Both teams proposed the use of the local office of Cleary Zimmerman, who prepared the MEP documents for the single Corp Dorm restroom renovation being performed by QuadTex. To us, the specific knowledge of the Corps Dorms by the Kirksey representative, as well as the deeper resources that Kirksey could apply to this project when needed is a differentiator for the SpawGlass team.
   **Advantage – SpawGlass**

3. **Strength of the Proposed Construction Team**
   Both firms proposed excellent personnel for this project. The two (2) proposed superintendents for Vaughn both have worked with TAMU and Project Control on past projects with excellent results. Vaughn is supporting this team primarily from its Bryan office, so there will be local executive level support. SpawGlass also proposed that the project be managed by its local office, headed by Garrett Wheaton. Spaw proposed that Layton Muir be the full-time senior project superintendent. Layton has worked successfully on past TAMUS projects with excellent results. The superintendent for Spaw had considerably less experience than the superintendents proposed by Vaughn.
   **Advantage – Vaughn**

4. **Past Experience with Project TAMU**
   Both teams have worked extensively for TAMU and TAMUS over the years. The Vaughn team has considerably more recent special projects at TAMU than does the SpawGlass team.
   **Advantage – Vaughn**

5. **Past Experience with Corps Dorms**
   Both Vaughn and SpawGlass have performed earlier Corps Dorm renovation projects. Vaughn did a single corps dorm renovation, while SpawGlass performed a complete renovation of (9) Corps Dorms, as well as a complete redevelopment of the Quad over a 2-year period.
   **Advantage – SpawGlass**

6. **Current Work Loads**
   Vaughn is currently booked for numerous projects on campus for the summer months with SSC. Of most critical is the high-profile renovation for the Board of Regents in the MSC. There is some concern that due to the type of project and the short duration this work could negatively affect their other projects on campus. SpawGlass does not have any current projects with SSC slated for this summer.
   **Advantage – SpawGlass**

   **Conclusion and Recommendation**
   As has been previously discussed, either of these teams is fully capable of performing this project. The interview process reinforced our belief that both teams would be able to fulfill the conditions we have set forth. Vaughn's distinct advantage strength of the project personnel they propose, and the familiarity of Project Control with those proposed individuals. SpawGlass' advantage is familiarity with the specific project conditions gained through the nine (9) dorm renovations. Given the political attention that is affiliated with this project, we believe choosing the team with the most extensive past experience with the Corps Dorms, and the team that demonstrated its desire for the work through the effort and level of detail it demonstrated in the interview is the best choice. Therefore, we recommend we award the project to SpawGlass.

TAMU-02598

# Asbestos Inspection Request



TAMU Environmental Health & Safety
4472 TAMU
1111 Research Parkway, Suite 220
College Station, TX 77845-4472

979.845.2132 (p)
979.845.1348 (f)
http://ehsd.tamu.edu
ehsd-asbestos@tamu.edu

**EXHIBIT**
**42**

[ Print Form ]

| | |
|---|---|
| **Date:** | Feb 22, 2024 |
| **SSC/Compass - Work Order #:** | 2024-06316 |
| **All Other Requestors - Account #:** | |

Must have 1 or 2 as first digit of main account number. For example: **02-100020-90004 or 270003**

**Project Start Date:** May 13, 2024

**Is survey report requested within five business days, thus pre-approving all RUSH charges?**  ◯ **Yes**  ◉ **No**

**Requested By:**

| | |
|---|---|
| **Name:** | Michael Garon |
| **Email:** | michael.garon@sscserv.com |
| **Phone:** | 979.446.2506 |

**Location Information:**

| | |
|---|---|
| **Building Name:** | Kiest, Gainer & Lacey |
| **Building Number:** | 0401, 0404, 0405 |
| **Room No./Area:** | Ground Floor Restrooms (one per building) |
| **Specific Location:** | Entire room |
| **Materials to be Disturbed:** | Drywall, pipe insulation above ceiling, ceramic tile. |

For example: West wall, ceiling, floor, etc.

**Access to Area:**

| | |
|---|---|
| **Restricted Access?:** | |
| **Contact for Access: (Name & Phone #)** | |
| **Confined Space?:** | |
| **Any other hazards or restrictions:** | This is currently a womens restroom/shower area. |

**Send Report & Invoice To:**

◉ **Requestor**

◯ **Other**   **Name:** _____

   **E-mail:** _____

**Contact for Billing Questions: (Name & Phone #)**

**Estimated Budget for Inspection:** $3000

**Additional Notes :**

This room is currently in use as a womens restroom and shower area. We will be renovating the room during the summer of 2024, but need to have an asbestos survey accomplished in late February to early March 2024, in order to have information for design and bidding.
Please see attached demolition plans for additional information. The work will take place in the first floor restrooms at the north end of each of the 3 dorms.
A survey was completed for Spence hall restroom in late 2023, with all samples coming back negative. All dorms were renovated at the same time by the same contractor in 2019.

**Describe the scope of work. Please attach any supporting documents (plans, drawings, work order, etc.) :**

All wall, floor and ceiling finishes will be removed during construction. Mastic on ductwork above ceiling will be disturbed. There are access panels in the room for above ceiling inspection.

**Internal Use Only**

| Inspector | Survey Date | # of Samples | Report Date |
|---|---|---|---|
| | | | |

**EXHIBIT 43**

SSC Services for Education
Facilities Services
Revised 05/2023

Reset Form

COLLEGE STATION PROJECT SUMMARY/INITIAL MEETING FORM

Project Title: Kiest Hall - Dorm 2 Feasibility Study for Restroom Renovation

Project #: 2024-06316

Bldg Name: Kiest, Gainer & Lacey          Bldg #: 0401, 0404, 0405

Date: 02/21/2024          Time: NA

IN ATTENDANCE (Sign-In Sheet)

| **Name** | **Office/Representing** | **Phone** | **Email** |
|---|---|---|---|
| Michael Garon | EDCS | | |
| Ben Sasse | CCM | | |
| | | | |
| | | | |
| | | | |
| | | | |

AGENDA ITEMS FOR DISCUSSION

1. Project Location (Room #s/Area of Bldg): 1st floor restrooms in the 3 dorms mentioned above

2. Client Representative (Direct POC for SSC PM, eB Details Pg): Ben Sasse

3. Budget Approver in eB (Client ROLE): Ben Sasse

4. Other Stakeholders (Cannot view costs in eB, but can see other things):

5. Other Financial Stakeholders (Can view costs in eB): Chareny Rydl & Rob Webber

6. Building Proctor:

7. Account Number (Must be provided before BA is submitted): 02-808815-00000     -OR- ☐ **TBD** (to be determined)

8. Client's Stipulated Budget (if known): 2,750,000

9. If #8 above is left blank, check one of the estimated budget ranges:
☐ $0 - $100,000     ☐ $100,001 - $1,000,000
☐ $1,000,001 - $4,000,000     ☐ $4,000,001 - $10,000,000

10. Project Time Frame:

   a. Critical Start Date: 02/23/2024   -OR- ☐ **TBD** (to be determined)

   b. Critical Finish Date: 08/02/2024   -OR- ☐ **TBD** (to be determined)

TAMU-012600

## PROJECT SUMMARY/INITIAL MEETING FORM

Project Title: Kiest Hall - Dorm 2 Feasibility Study for Restroom Renovation

Project #:  2024-06316

Bldg Name: Kiest, Gainer & Lacey                     Bldg #: 0401, 0404, 0405

Date:  02/21/2024                                     Time:  NA

11. Scope of Work: Renovate (1) community restroom on the first floor of each of the (3) dorms. Finished restrooms will have fully enclosed toilet, shower and dressing compartments. All work is to take place during the 2024 summer semesters. Project Control will provide overall management of the project. Spaw Glass will provide construction services and Kirksey Architecture will provide design services.

12. Materials to be Disturbed (if applicable) for Asbestos Inspection Request:  Drywall ceilings, pipe insulation

13. A/E Required? (see below/refer to Arch/PE Flow Charts for further details:  ☒ **YES** ☐ **NO** ☐ **TBD**
   a. Arch: New bldg. or Alteration estimated to be over $50k that includes modifications to walls, doors, etc. that alters the path of egress
   b. Eng: $8k+ in modifications to Mech (HVAC & Plumbing)/Elec, $20k+ other modifications (Civil, Structural, Other)

   If yes, Client's Preferred A/E: _____    ☐ **TBD**    ☐ **RFQ** (see below):

       - RFQ (Request for Qualifications) **required** to be posted on TX Smart Buy for a *minimum* of 10 business days if project amount is estimated to be greater than $4mil OR if Client would like to utilize A/E other than one of those selected via previous SSC A/E IDIQ RFQ (Note that this will add a minimum of 4-6 weeks to the project schedule)

14. If no A/E, does project still need to be registered with TDLR for TAS Compliance? (see below):  ☐ **YES**  ☐ **NO**  ☐ **TBD**
   a. Modification that affects the usability of the space, e.g. changes to walls/doors, exit path, replacing flooring, etc. and Construction costs exceed $50k
   b. if Yes/TBD, engage SSC Arch or RAS to determine required scope PRIOR to final proposal from Contractor

15. Contractor Procurement Method (see below for details):

   ☐ **Informal Proposals** (Min of 3 must be *requested*): Allowable if project budget estimated to be under $25k; lowest price required to be selected

   ☐ **CSP** (Competitive Sealed Proposal) Posted on Texas Smart Buy (*min* of 10 business days): Required on estimated project budgets over $1mil (or if Client requests regardless of dollar amount). *Note: posting CSP requires an A/E to complete construction documents, regardless of whether or not the scope requires an A/E, adding cost and time to project schedule

TAMU-02609

## PROJECT SUMMARY/INITIAL MEETING FORM

Project Title: Kiest Hall - Dorm 2 Feasibility Study for Restroom Renovation

Project #: 2024-06316

Bldg Name: Kiest, Gainer & Lacey          Bldg #: 0401, 0404, 0405

Date: 02/21/2024          Time: NA

☐ **MSA** (Master Service Agreement): Single Trade Sub, Allowable for contract amount up to $250k

☒ **JOC** (Job Order Contract): General Contractor, Allowable if <u>project</u> budget estimated to be under $1mil

☐ **DB** (Design Build) Posted on Texas Smart Buy: Project delivery system in which the design and construction team works under a single contract with project owner to provide design and construction service

☐ **CMAR** (Construction Manager at Risk) Post on Texas Smart Buy: Delivery method which entails commitment by the Construction Manager at Risk (CMAR) to deliver a project within a Guaranteed Maximum Price (GMP) based on construction document and specifications at the time of the GMP

☐ **State Cooperative** (Similar rules as MSA): Requested Vendor is contractor on an approved State Coop or other University/System MSA (Confirm with University Procurement Coordinator)

☐ **Sole Source Requested:**

　- Contractor: _____

　- Reasoning: _____

(Separate Sole Source Justification Form, if applicable, must be completed and verified by TAMU Procurement office prior to Budget Approval submission)

16. Other Meeting Minutes/Notes: Project Control will be utilized under the TAMUS agreement and set up in eBuilder as a new

vendor. SSC will charge 3% admin fees and will have limited participation & coordination of the project. CCM will manage

Project controls.

Michael Garon          Digitally signed by Michael Garon
                       Date: 2024.02.21 10:47:23 -06'00'
_____          _____
SSC Project Manager          Date

_____          _____
SSC Sr. Program Mgr./RDO-P (Review)          Date

_____          _____
Client Representative          Date

**EXHIBIT**

**44**

CAUSE NO. 24-000902-CV-85

| | | |
|---|---|---|
| BRIAN BECKOM, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | BRAZOS COUNTY, TEXAS |
| | § | |
| TEXAS A&M UNIVERSITY, | § | |
| | § | |
| *Defendant.* | § | 85TH JUDICIAL DISTRICT |

## FOURTH BUSINESS RECORDS AFFIDAVIT

State of Texas  §
County of Brazos  §

Before me, the undersigned notary, on this day personally appeared Tricia Bledsoe,

the affiant, whose identify is known to me. After I administered an oath, the affiant testified

as follows:

1.  My name is Tricia Bledsoe, and I am over the age of 18 years of age, of sound mind, capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2.  I am currently employed as the Director and designated Public Information Officer of Texas A&M University's (TAMU) Office of Open Records (ORO) and in this capacity am the primary custodian of the records identified herein by virtue of my duties and responsibilities.

3.  The records identified in this affidavit and attached to Defendant's First Amended Plea to the Jurisdiction by exhibit number as business records are as follows:

    **Exhibit 39**: J1723 Notice of Project w weblink for meeting (1 pg)
    **Exhibit 40**: J1723 production part 1 (633 pgs)
    **Exhibit 41**:J1723 production part 2 (108 pgs)
    **Exhibit 42**: J1723 production part 3 (1 pg)
    **Exhibit 43**: J1723 production part 4 (3 pgs)

4.  These said 746 pages are kept by TAMU in the regular course of business. It was in the regular course of business for an employee or representative of TAMU or its

Page 1

predecessor agency, with knowledge of the act, event or condition recorded, to make the memorandum or record or to transmit information thereof to be included in such memorandum or record, and the memorandum or record was made at or near the time of the act, event or condition recorded or reasonably soon thereafter; or, in the case of documentation given to or received by TAMU, it was in the regular course of business for an employee or representative of TAMU to receive the record and place it in the appropriate files of TAMU. With the exception of the redaction of any personal, private, or confidential information, and any bates numbering or exhibit number identification of any documents by the parties of the records identified by exhibit number above, they are exact duplicates of the originals.

EXECUTED on August 1, 2024.

*Patricia Bledsoe*

Patricia Bledsoe, Director
Open Records
Office of Risk, Ethics, and Compliance
Texas A&M University

SUBSCRIBED AND SWORN BEFORE ME, on August 1, 2024 to certify which witness my hand and official seal.

CINDY PATTERSON
Notary Public, State of Texas
Comm. Expires 07-07-2026
Notary ID 12158668

*Cindy Patterson*

Notary Public, State of Texas

EXHIBIT

**45**



### KEN PAXTON
ATTORNEY GENERAL OF TEXAS



RECEIVED

JUL 2 2 2024

OFFICE OF
GENERAL COUNSEL

July 8, 2024

Mr. R. Brooks Moore
Deputy General Counsel
The Texas A&M University System
301 Tarrow Street, 6th Floor
College Station, Texas 77840-7896

OR2024-023625

Dear Mr. Moore:

You ask whether certain information is subject to required public disclosure under the Public Information Act (the "Act"), chapter 552 of the Government Code. Your request was assigned ID# 24-017643 (Ref. No. J001330-041124).

Texas A&M University (the "university") received a request for eight categories of information pertaining to certain renovations of specified buildings.[1] The university claims some of the submitted information is excepted from disclosure under section 552.107 of the Government Code.[2] Additionally, the university states release of some of the submitted information may implicate the proprietary interests of Kirksey Architecture; Patterson Architects; Project Control of Texas, Inc.; Quad-Tex Construction, Inc. ("Quad-Tex"); and SpawGlass Construction Corp. Accordingly, the university states, and provides documentation showing, it notified these third parties of the request for information and of the right to submit arguments to this office as to why the information at issue should not be

---

[1] The university states it sought and received clarification of the information requested. *See* Gov't Code § 552.222 (providing if request for information is unclear, governmental body may ask requestor to clarify request); *see also City of Dallas v. Abbott*, 304 S.W.3d 380, 387 (Tex. 2010) (holding that when a governmental entity, acting in good faith, requests clarification or narrowing of an unclear or overbroad request for information, the ten-day period to request an attorney general ruling is measured from the date the request is clarified or narrowed).

[2] Although the university also raises Texas Rule of Evidence 503, we note the proper exception to raise when asserting the attorney-client privilege for information not subject to section 552.022 of the Government Code is section 552.107 of the Government Code. *See* Open Records Decision No. 676 at 1-2 (2002).

TAMU-01803

released. *See* Gov't Code § 552.305(d); *see also* Open Records Decision No. 542 (1990) (statutory predecessor to section 552.305 permits governmental body to rely on interested third party to raise and explain applicability of exception in the Act in certain circumstances). We have received comments from Quad-Tex. We have considered the submitted arguments and reviewed the submitted information, a portion of which is a representative sample.[3]

Initially, we note an interested third party is allowed ten business days after the date of its receipt of the governmental body's notice under section 552.305(d) to submit its reasons, if any, as to why information relating to that party should be withheld from public disclosure. *See* Gov't Code § 552.305(d)(2)(B). As of the date of this letter, we have not received comments from any of the remaining third parties explaining why the information at issue should not be released. Therefore, we have no basis to conclude any of the remaining third parties have protected proprietary interests in the submitted information. *See, e.g., id.* § 552.110 (requiring the provision of specific factual evidence demonstrating the applicability of the exception). Accordingly, the university may not withhold the submitted information on the basis of any proprietary interest any of the remaining third parties may have in the information.

Section 552.107(1) of the Government Code protects information coming within the attorney-client privilege. *See id.* § 552.107(1). When asserting the attorney-client privilege, a governmental body has the burden of providing the necessary facts to demonstrate the elements of the privilege in order to withhold the information at issue. Open Records Decision No. 676 at 6-7 (2002). First, a governmental body must demonstrate that the information constitutes or documents a communication. *Id.* at 7. Second, the communication must have been made "to facilitate the rendition of professional legal services" to the client governmental body. TEX. R. EVID. 503(b)(1). The privilege does not apply when an attorney or representative is involved in some capacity other than that of providing or facilitating professional legal services to the client governmental body. *In re Tex. Farmers Ins. Exch.*, 990 S.W.2d 337, 340 (Tex. App.—Texarkana 1999, orig. proceeding) (attorney-client privilege does not apply if attorney acting in a capacity other than that of attorney). Governmental attorneys often act in capacities other than that of professional legal counsel, such as administrators, investigators, or managers. Thus, the mere fact that a communication involves an attorney for the government does not demonstrate this element. Third, the privilege applies only to communications between or among clients, client representatives, lawyers, and lawyer representatives. TEX. R. EVID. 503(b)(1). Thus, a governmental body must inform this office of the identities and capacities of the individuals to whom each communication at issue has been made. Lastly, the attorney-client privilege applies only to a *confidential* communication, *id.*, meaning it was "not intended to be disclosed to third persons other than those: (A) to whom disclosure is made to further the rendition of professional legal services to the client; or (B) reasonably

---

[3] We assume the "representative sample" of records submitted to this office is truly representative of the requested records as a whole. *See* Open Records Decision Nos. 499 (1988), 497 (1988). This open records letter does not reach, and therefore does not authorize the withholding of, any other requested records to the extent those records contain substantially different types of information than that submitted to this office.

necessary to transmit the communication." *Id.* 503(a)(5). Whether a communication meets this definition depends on the *intent* of the parties involved at the time the information was communicated. *Osborne v. Johnson*, 954 S.W.2d 180, 184 (Tex. App.—Waco 1997, orig. proceeding). Moreover, because the client may elect to waive the privilege at any time, a governmental body must explain that the confidentiality of a communication has been maintained. Section 552.107(1) generally excepts an entire communication that is demonstrated to be protected by the attorney-client privilege unless otherwise waived by the governmental body. *See Huie v. DeShazo*, 922 S.W.2d 920, 923 (Tex. 1996) (privilege extends to entire communication, including facts contained therein).

The university states Exhibit B-1 consists of communications involving attorneys for the university and university employees and officials in their capacities as clients. The university states these communications were made in furtherance of the rendition of professional legal services to the university. The university also states these communications were intended to be, and have remained, confidential. Based on these representations and our review, we find the university has demonstrated the applicability of the attorney-client privilege to the information at issue. Accordingly, the university may withhold Exhibit B-1 under section 552.107(1) of the Government Code.

Section 552.110(b) of the Government Code states, "[e]xcept as provided by [s]ection 552.0222, information is [excepted from required disclosure] if it is demonstrated based on specific factual evidence that the information is a trade secret." *See* Gov't Code § 552.110(b). Section 552.110(a) defines a trade secret as all forms and types of information if:

> (1) the owner of the trade secret has taken reasonable measures under the circumstances to keep the information secret; and

> (2) the information derives independent economic value, actual or potential, from not being generally known to, and not being readily ascertainable through proper means by, another person who can obtain economic value from the disclosure or use of the information.

*Id.* § 552.110(a). Section 552.110(c) of the Government Code states:

> (c) Except as provided by Section 552.0222, commercial or financial information for which it is demonstrated based on specific factual evidence that disclosure would cause substantial competitive harm to the person from whom the information was obtained is [excepted from required disclosure].

*Id.* § 552.110(c). Quad-Tex argues some of its information consists of trade secrets subject to section 552.110(b) and commercial or financial information subject to section 552.110(c). Upon review, we find Quad-Tex has demonstrated portions of the information at issue constitute commercial or financial information, the release of which would cause substantial competitive harm. Accordingly, the university must withhold the information

TAMU-012605

we marked under section 552.110(c) of the Government Code; however, to the extent the customer information at issue is made available to the public by Quad-Tex, including but not limited to on its website or social media accounts, such information may not be withheld under section 552.110 of the Government Code.[4] However, we find Quad-Tex has failed to provide specific factual evidence demonstrating any portion of the remaining information at issue is a trade secret or constitutes commercial or financial information, the release of which would result in substantial competitive harm. Therefore, the university may not withhold any of the remaining information at issue under section 552.110 of the Government Code.

Section 552.1101 of the Government Code provides, in relevant part:

> (a) . . . [I]nformation submitted to a governmental body by a vendor, contractor, potential vendor, or potential contractor in response to a request for a bid, proposal, or qualification is excepted from the requirements of Section 552.021 if the vendor, contractor, potential vendor, or potential contractor that the information relates to demonstrates based on specific factual evidence that disclosure of the information would:
>
>> (1) reveal an individual approach to:
>>
>>> (A) work;
>>>
>>> (B) organizational structure;
>>>
>>> (C) staffing;
>>>
>>> (D) internal operations;
>>>
>>> (E) processes; or
>>>
>>> (F) discounts, pricing methodology, pricing per kilowatt hour, cost data, or other pricing information that will be used in future solicitation or bid documents; and
>>
>> (2) give advantage to a competitor.

*Id.* § 552.1101(a). Upon review, we find Quad-Tex has failed to provide the specific factual evidence necessary to withhold any of the remaining information at issue under section 552.1101(a) of the Government Code, and the university may not withhold any of the remaining information on that basis.

---

[4] As our ruling is dispositive, we need not address your remaining argument against disclosure of this information.

TAMU-012808

Section 552.101 of the Government Code excepts from disclosure "information considered to be confidential by law, either constitutional, statutory, or by judicial decision." *Id.* § 552.101. Section 552.101 encompasses the doctrine of common-law privacy, which protects information that is (1) highly intimate or embarrassing, the publication of which would be highly objectionable to a reasonable person, and (2) not of legitimate concern to the public. *Indus. Found. v. Tex. Indus. Accident Bd.*, 540 S.W.2d 668, 685 (Tex. 1976). To demonstrate the applicability of common-law privacy, both prongs of this test must be satisfied. *Id.* at 681-82. Types of information considered intimate and embarrassing by the Texas Supreme Court are delineated in *Industrial Foundation*. *Id.* at 683. We note the names, addresses, and telephone numbers of members of the public are not excepted from public disclosure under common-law privacy. *See* Open Records Decision Nos. 551 at 3 (1990) (disclosure of person's name, address, or telephone number not an invasion of privacy), 455 at 7 (1987) (home addresses and telephone numbers not protected under privacy). Upon review, we find Quad-Tex has failed to demonstrate any of the remaining information is highly intimate or embarrassing and not of legitimate public concern. Thus, the university may not withhold any of the remaining information under section 552.101 in conjunction with common-law privacy.

We note some of the remaining information may be protected by copyright. A custodian of public records must comply with the copyright law and is not required to furnish copies of records that are copyrighted. Open Records Decision No. 180 at 3 (1977). A governmental body must allow inspection of copyrighted materials unless an exception applies to the information. *Id.*; *see* Open Records Decision No. 109 (1975). If a member of the public wishes to make copies of copyrighted materials, the person must do so unassisted by the governmental body. In making copies, the member of the public assumes the duty of compliance with the copyright law and the risk of a copyright infringement suit.

In summary, the university may withhold Exhibit B-1 under section 552.107(1) of the Government Code. The university must withhold the information we marked under section 552.110(c) of the Government Code; however, to the extent the customer information at issue is made available to the public by Quad-Tex, including but not limited to on its website or social media accounts, such information may not be withheld under section 552.110 of the Government Code. The university must release the remaining information; however, any information that is subject to copyright may be released only in accordance with copyright law.

This letter ruling is limited to the particular information at issue in this request and limited to the facts as presented to us; therefore, this ruling must not be relied upon as a previous determination regarding any other information or any other circumstances.

This ruling triggers important deadlines regarding the rights and responsibilities of the governmental body and of the requestor. For more information concerning those rights and responsibilities, please visit our website at https://www.texasattorneygeneral.gov/open-government/members-public/what-expect-after-ruling-issued or call the OAG's Open Government Hotline, toll free, at (877) 673-6839. Questions concerning the allowable

TAMU-012809

charges for providing public information under the Public Information Act may be directed to the Cost Rules Administrator of the OAG, toll free, at (888) 672-6787.

Sincerely,

Laura Zambrano
Assistant Attorney General
Open Records Division

LZ/jt

Ref:    ID# 24-017643

Enc.    Submitted documents

c:      Requestor
        (w/o enclosures)

        Five Third Parties
        (w/o enclosures)

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nicole Myette on behalf of Jason Contreras
Bar No. 24092093
nicole.myette@oag.texas.gov
Envelope ID: 90477261
Filing Code Description: EXHIBIT LIST
Filing Description: part 2
Status as of 8/2/2024 12:26 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Patti Artavia | | patti@vbattorneys.com | 8/2/2024 11:49:47 AM | SENT |
| Brian ABeckcom | | brian@vbattorneys.com | 8/2/2024 11:49:47 AM | SENT |
| Brendan Fradkin | | brendan@vbattorneys.com | 8/2/2024 11:49:47 AM | SENT |

Associated Case Party: Texas A&M University

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jason Contreras | | Jason.contreras@oag.texas.gov | 8/2/2024 11:49:47 AM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 8/2/2024 11:49:47 AM | SENT |
| Thomas Silver | | tsilver@tamus.edu | 8/2/2024 11:49:47 AM | SENT |
| Jerri Low | | jlow@tamus.edu | 8/2/2024 11:49:47 AM | SENT |

Associated Case Party: Brian Beckcom

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| J DavidDodd III | | David@Jddoddlaw.com | 8/2/2024 11:49:47 AM | SENT |

**Received & Filed 8/5/2024 4:36 PM**
**Gabriel Garcia, District Clerk**
**Brazos County, Texas**
**Kristin Emert**
**Envelope# - 90554186**

CAUSE NO. 24-000902-CV-85

| | | |
|---|---|---|
| BRIAN BECKOM, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | BRAZOS COUNTY, TEXAS |
| | § | |
| TEXAS A&M UNIVERSITY, | § | |
| | § | |
| *Defendant.* | § | 85TH JUDICIAL DISTRICT |

## DEFENDANT'S FIRST SUPPLEMENT TO FIRST AMENDED PLEA TO THE JURISDICTION

Defendant Texas A&M University ("TAMU") files this First Supplement to Defendant's First Amended Plea to the Jurisdiction, and in support respectfully shows the following:

In filing its First Amended Plea to the Jurisdiction (First Amended Plea), Defendant attaches the following affidavits, documents, statements, materials, and other evidence to establish, as evidence in support thereto, and all such evidence is fully incorporated and adopted herein by reference for all purposes. **Exhibit 1** through **Exhibit 30**[1] were not filed when the First Amended Plea was initially filed on August 2, 2024 due to clerical error.

**Exhibit 1:** Plaintiff's first TPIA request w/ history – J000762
**Exhibit 2:** Plaintiff's second TPIA request w/ history –J000767
**Exhibit 3:** Plaintiff's third TPIA request w/ history – J001123
**Exhibit 4:** Plaintiff's fourth TPIA request w/ history – J001147
**Exhibit 5:** Plaintiff's fifth TPIA request w/ history – J0001320
**Exhibit 6:** TAMU request for AG decision, April 19, 2024
**Exhibit 7:** AG decision OR2024-004322
**Exhibit 8:** Plaintiff's lawsuit against TAMU
**Exhibit 9:** First batch produced B-1 (11 pgs)

---

[1] TAMU notes that **Exhibit 1** through **Exhibit 30** are the same exhibits previously filed in support of its initial Plea to the Jurisdiction.

1

**APP'X 2620**

**Exhibit 10:** Second batch produced B-2 (111 pgs)
**Exhibit 11:** TAMU withdrawal letter re B-1 and B-2 docs
**Exhibit 12:** Plaintiff's sixth TPIA request w/ history – J0001365
**Exhibit 13:** Email w/ transmittal of documents re sixth TPIA request
**Exhibit 14:** Plaintiff's seventh TPIA request w/ history – J0001723
**Exhibit 15:** Email w/ transmittal of partial disclosure of seventh TPIA req
**Exhibit 16:** TAMU request for AG decision, May 6, 2024
**Exhibit 17:** TPIA request by JD Foster – J1330
**Exhibit 18:** Fish brigade concept docs (152 pgs)
**Exhibit 19:** Updated Plaintiff's fifth TPIA request w/ history – J-1320
**Exhibit 20:** Emails b/t Plaintiff and TAMU re TPIA req J001320
**Exhibit 21:** Rudder theatre email (2 pgs)
**Exhibit 22:** Facebook post (6 pgs)
**Exhibit 23:** Emails b/t Plaintiff and defense counsel
**Exhibit 24:** TAMU System policy 61.01, Public Information Act Compliance[2]
**Exhibit 25:** TAMU System regulation, 61.01.02, Public Information
**Exhibit 26:** J1147 production part one (292 pgs)
**Exhibit 27:** J1147 production part two (13 pgs)
**Exhibit 28:** Business records affidavit, Patricia Bledsoe
**Exhibit 29**: J1147 production June 13, 2024 (108 pgs)
**Exhibit 30**: Second business records affidavit, Patricia Bledsoe

## PRAYER

Wherefore, premises considered, TAMU respectfully requests its First Amended Plea to the Jurisdiction be granted thereby dismissing Plaintiff's claims with prejudice and denying all requested relief. TAMU further requests all other relief to which it may be justly entitled both at law and in equity.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

---

[2] TAMU system policies and regulations identified as **Exhibit 24** and **Exhibit 25** may be found online accessible to the public at https://orec.tamu.edu/open-records/.

*Defendant's First Supplement to Amended Plea to the Jurisdiction*

2

JAMES LLOYD
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

/s/ Jason T. Contreras
Jason T. Contreras
Assistant Attorney General
Texas Bar No. 24032093
Jason.Contreras@oag.texas.gov
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-463-2120
Fax: 512-320-0667
**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served electronically through the E-File Texas, File and Serve Texas in compliance with TRCP 21 on August 5, 2024 to:

J. David Dodd III
820 S. Macarthur Blvd., Ste. 105-341
Coppell, Texas 75019
214-923-3417
David@jddoddlaw.com
**Counsel for Plaintiff**

/s/ Jason T. Contreras
Jason T. Contreras
Assistant Attorney General

*Defendant's First Supplement to Amended Plea to the Jurisdiction*

3

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nicole Myette on behalf of Jason Contreras
Bar No. 24092093
nicole.myette@oag.texas.gov
Envelope ID: 90554186
Filing Code Description: PLEA TO THE JURISDICTION
Filing Description: DEFENDANT'S FIRST SUPPLEMENT TO FIRST AMENDED PLEA TO THE JURISDICTION
Status as of 8/6/2024 7:47 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Patti Artavia | | patti@vbattorneys.com | 8/5/2024 4:36:38 PM | SENT |
| Brian ABeckcom | | brian@vbattorneys.com | 8/5/2024 4:36:38 PM | SENT |
| Brendan Fradkin | | brendan@vbattorneys.com | 8/5/2024 4:36:38 PM | SENT |

Associated Case Party: Texas A&M University

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jason Contreras | | Jason.contreras@oag.texas.gov | 8/5/2024 4:36:38 PM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 8/5/2024 4:36:38 PM | SENT |
| Thomas Silver | | tsilver@tamus.edu | 8/5/2024 4:36:38 PM | SENT |
| Jerri Low | | jlow@tamus.edu | 8/5/2024 4:36:38 PM | SENT |

Associated Case Party: Brian Beckcom

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| J DavidDodd III | | David@Jddoddlaw.com | 8/5/2024 4:36:38 PM | SENT |

# Public Information Records <span style="font-size:small">(#J000762-022624)</span>

Received & Filed 8/5/2024 4:36 PM
Gabriel Garcia, District Clerk
Brazos County, Texas
Kristin Emert
Envelope# - 90554186

EXHIBIT
1

⌄ **Public Information Records Details**

This request is for:   Texas A&M University

Summary of Request:

● All documents, communications, or other materials related to the Office of the Commandant's plans regarding the so-called fish Brigade

● All materials, studies, communications, etc. referred to in the Commandant's February 2024 Facebook post regarding "socialization," "leadership education," discussion of the "communal/fraternal aspects of the Corps," any studies or materials concerning same, any discussions or studies of outfit v. Corps culture, the Rellis experiment in late 1940s and 1950s

● All documents or materials related to the 4 Leadership Development Advisors and any documents related to the Commandant's plans moving forward regarding the Corps of Cadets.

● Any and all email or other digital communications from anyone in the Commandant's Office to anyone else related to the subject of the Corps of Cadets or any restructuring of the same.

● Any and all communications from anyone at Texas A&M concerning the plan to restructure the fish and Corps experience, including from the Office of the President of Texas A&M, the Office of the Vice President of Student Affairs, and the Board of Regents.

● Any discussions, communications or materials related to Diversity, Equity and Inclusion as they related to any proposed changes to the Corps of Cadaets and any analysis or reference to the recent laws in Texas as they relate to same, and any analysis regarding whether any proposed changes

| | |
|---|---|
| Describe in detail the Record(s) Requested: | From: Patti Artavia<br>Sent: Monday, February 26, 2024 7:03 AM<br>To: open-records@tamu.edu<br>Subject: Open Records Request<br><br>Please see attached letter. Thank you<br><br>Patti Artavia<br>Senior Paralegal/Case Manager<br>2016 AAJ Paralegal of the Year<br>VBAttorneys.com<br>Direct Dial (832) 791-3118<br><br><br>Pursuant to Section 552.001, et seq., of the Texas Open Records Act, Public Records Information, please produce the following documents:<br><br>● All documents or other materials related to the Office of the Commandant's plans regarding the so-called fish Brigade, including but not limited to any documents from any working groups and any communications regarding the same.<br><br>● All materials, studies, communications, etc. referred to in the Commandant's February 2024 Facebook post regarding "socialization," "leadership education," discussion of the "communal/fraternal aspects of the Corps," any studies or materials concerning same, any discussions or studies of outfit v. Corps culture, the Rellis experiment in late 1940s and 1950s wherein fish were moved to Rellis Air Force Base and any studies or documents concerning same, any study of retention or attrition statistics, any proposed "re-mapping" of the core curriculum, any documents or other materials related to re-writing the Standard and the "Cadence," and any documents or materials related to Commandant's Guidance to the Corps or any drafts of same.<br><br>● All documents or materials related to the 4 Leadership Development Advisors and any documents related to the Commandant's plans moving forward regarding the Corps of Cadets.<br><br>● Any and all email or other digital communications from anyone in the Commandant's Office to anyone else related to the subject of the Corps of Cadets or any restructuring of the same.<br><br>● Any and all communications from anyone at Texas A&M concerning the plan to restructure the fish and Corps experience, including from the Office of the President of Texas A&M, the Office of the Vice President of Student Affairs, and the Board of Regents.<br><br>● Any discussions, communications or materials related to Diversity, Equity and Inclusion as they related to any proposed changes to the Corps of Cadaets and any analysis or reference to the recent laws in Texas as they relate to same, and any analysis regarding whether any proposed changes |
| Date From: | |
| Date To: | |
| Preferred Method to Receive Records: | Electronic via Records Center |
| Do you agree to the redaction of information that is subject to mandatory exceptions, provided such redactions are clearly labeled on information you receive?: | YES |
| Do you agree to the redaction of information that is subject to discretionary exceptions, provided such redactions are clearly labeled on information you receive?: | YES |

❯ **Category**

## ⌄ Clarification(s)

Clarification(s):       Rec'd Response to Clarification/Narrowing - 3/7       STAFF: Please describe any clarifications requested and received.

Sent Request for Clarification/Narrowing - 3/7

Rec'd Response to Redaction ?'s - 2/26
Sent 2 Redaction ?'s - 2/26

## › OAG decision requested

## › Exceptions

## › Charges

## › Notes

## ⌄ Message History

Date

On 4/5/2024 5:19:01 PM, Knesha Brashear wrote:
CC: open-records@tamu.edu; patti@vbattorneys.com; brendan@vbattorneys.com
**Subject:** Public Information Records :: J000762-022624
**Body:**

04/05/2024


RE: PUBLIC RECORDS REQUEST of February 26, 2024, Reference # J000762-022624

Dear Brian Beckcom,

The remaining information found responsive to your request is available and can be obtained by visiting the Public Records Online Portal and logging in from the " My Request Center" tab.

 Per your affirmative response to the "Redaction Statement" giving us permission to redact information subject to mandatory and discretionary exceptions, we have redacted and/or withheld information excepted under the following sections  of the Texas Government Code: 552.101 in conjunction with section 51.971(e)(2) of the Tex. Educ. Code, 552.111, 552.114 and 552.137.


Sincerely,

Knesha Brashear
Open Records Office

ATPM2606

On 3/29/2024 2:42:02 PM, Brian Beckcom wrote:
TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: [open-records@tamu.edu], [patti@vbattorneys.com], [brendan@vbattorneys.com]

Ms. Brashear:
TAMU has repeatedly and intentionally violated Texas law. I will proceed accordingly.
-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video

On Fri, Mar 29, 2024 at 2:15 PM Texas A&M University Public Records Support wrote:

On 3/29/2024 2:15:12 PM, Knesha Brashear wrote:
CC: open-records@tamu.edu; patti@vbattorneys.com; brendan@vbattorneys.com
**Subject:** Public Information Records :: J000762-022624
**Body:**
03/29/2024

RE: PUBLIC RECORDS REQUEST of February 26, 2024, Reference # J000762-022624

Dear Brian Beckcom,

Our apologies for the delay, but we are still in the process of locating and gathering records responsive to your request.

As required by Tex. Gov't Code sec. 552.221(d), we anticipate having any remaining records found responsive to your request to you no later than the close of business on Friday, April 5th.

Sincerely,

Knesha Brashear
Open Records Office

On 3/23/2024 4:51:02 PM, Brian Beckcom wrote:
TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: "Patti"[patti@vbattorneys.com], "Brendan Fradkin"[brendan@vbattorneys.com], "open-records@tamu.edu"[Open-records@tamu.edu]

This email confirms that the Open Records Office at TAMU promised to respond by March 21, 2024, after being given multiple extensions, and then, on March 21, 2024, did not comply with the open records request, and instead produced almost nothing responsive.
Please explain to me why you promised to produce materials on March 21st after being given multiple extensions and then did not do so.
Please include the legal justification for your failure to comply with Texas Open Records laws. Please also identify the individuals you have been working with on these requests as their depositions may be necessary.
Also, for some reason you refuse to reply to Brendan and Patti as well. Please do so going forward, including with any future document requests.
Thank you.
-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video

On Mon, Mar 11, 2024 at 9:19 AM Texas A&M University Public Records Support wrote:

TAMU 2604

On 3/23/2024 4:03:02 PM, Brian Beckcom wrote:
TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: "Patti Artavia"[patti@vbattorneys.com], "Brendan Fradkin"[brendan@vbattorneys.com], "open-records@tamu.edu"[Open-records@tamu.edu]

By copy of this email, I hereby confirm that Texas A&M originally claimed the request was overbroad and that TAMU needed additional time to gather the documents, then, when the documents were partially produced, TAMU only produced three PowerPoint presentations that could have been produced in five minutes. Put another away, the original objections were frivolous, and the request for more time was also frivolous.
At this point, it is clear that TAMU is slow-playing the request for strategic and tactical reasons, which violates the Texas Open Records laws. I expect the next production to be responsive, full, and complete. If not, I will pursue formal legal action, which will include potentially depositions and forensic discovery.
I remind you (yet again) to let any involved parties know about their legal obligations to keep and maintain all records, including but not limited to emails, texts, and any other digital communications.

-bb
Brian Beckcom
www.VBAttorneys.com
www.BrianBeckcom.org


On Fri, Mar 22, 2024 at 12:20 PM Texas A&M University Public Records Support wrote:


On 3/22/2024 12:20:14 PM, Knesha Brashear wrote:
CC: open-records@tamu.edu
**Subject:** Public Information Records :: J000762-022624
**Body:**
03/22/2024


RE: PUBLIC RECORDS REQUEST of February 26, 2024, Reference # J000762-022624

Dear Brian Beckcom,

As mentioned in our correspondence sent to you yesterday,   we are still processing the remaining items of your request and expect to have a response to you on or before Friday, March 29th.

Sincerely,

Knesha Brashear
Open Records Office

On 3/22/2024 11:24:02 AM, Brian Beckcom wrote:
TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: "Brendan Fradkin"[brendan@vbattorneys.com], "Patti"[patti@vbattorneys.com], "open-records@tamu.edu"[Open-records@tamu.edu]

See below page advise today.
Thanks.

-bb
Brian Beckcom
www.VBAttorneys.com
www.BrianBeckcom.org


On Thu, Mar 21, 2024 at 11:04 PM Brian Beckcom wrote:
I received part one of the responses. Where are the rest of the materials?
Please advise immediately as TAMU is now potentially in violation of the open records laws, which mandate timely and complete responses.
Also, please continue to ensure that all relevant materials of any nature preserved.
Thank you.
-bb
Brian Beckcom
www.VBAttorneys.com
www.BrianBeckcom.org


On Thu, Mar 21, 2024 at 6:05 PM Texas A&M University Public Records Support wrote:


On 3/21/2024 11:06:02 PM, Brian Beckcom wrote:
TO: "Brendan Fradkin"[brendan@vbattorneys.com], "Patti"[patti@vbattorneys.com], "Texas A&M University Public Records Support" [texasam@mycusthelp.net]
CC: "open-records@tamu.edu"[Open-records@tamu.edu]

I received part one of the responses. Where are the rest of the materials?
Please advise immediately as TAMU is now potentially in violation of the open records laws, which mandate timely and complete responses.
Also, please continue to ensure that all relevant materials of any nature preserved.
Thank you.
-bb
Brian Beckcom
www.VBAttorneys.com
www.BrianBeckcom.org


On Thu, Mar 21, 2024 at 6:05 PM Texas A&M University Public Records Support wrote:

On 3/21/2024 6:05:12 PM, Knesha Brashear wrote:

03/21/2024


RE: PUBLIC RECORDS REQUEST of February 26, 2024, Reference # J000762-022624

Dear Brian Beckcom,

Texas A& M University received a public information request from you on February 26, 2024.   Your request mentioned:

*"Pursuant to Section 552.001, et seq., of the Texas Open Records Act, Public Records Information, please produce the following documents:*

*● All documents or other materials related to the Office of the Commandant's plans regarding the so-called fish Brigade, including but not limited to any documents from any working groups and any communications regarding the same.*

*● All materials, studies, communications, etc. referred to in the Commandant's February 2024 Facebook post regarding " socialization, " " leadership education, " discussion of the " communal/fraternal aspects of the Corps, " any studies or materials concerning same, any discussions or studies of outfit v. Corps culture, the Rellis experiment in late 1940s and 1950s wherein fish were moved to Rellis Air Force Base and any studies or documents concerning same, any study of retention or attrition statistics, any proposed " re-mapping" of the core curriculum, any documents or other materials related to re-writing the Standard and the " Cadence, " and any documents or materials related to Commandant's Guidance to the Corps or any drafts of same.*

*● All documents or materials related to the 4 Leadership Development Advisors and any documents related to the Commandant's plans moving forward regarding the Corps of Cadets.*

*● Any and all email or other digital communications from anyone in the Commandant's Office to anyone else related to the subject of the Corps of Cadets or any restructuring of the same.*

*● Any and all communications from anyone at Texas A& M concerning the plan to restructure the fish and Corps experience, including from the Office of the President of Texas A& M, the Office of the Vice President of Student Affairs, and the Board of Regents.*

*● Any discussions, communications or materials related to Diversity, Equity and Inclusion as they related to any proposed changes to the Corps of Cadaets and any analysis or reference to the recent laws in Texas as they relate to same, and any analysis regarding whether any proposed changes"*

Information found to be responsive to items 2 and 3 of your request is available and can be obtained by visiting the Public Records Online Portal and logging in from the " My Request Center" tab.

Please note that we are still processing the remaining items of your request and expect to have a response to you on or before Friday, March 29th.


Sincerely,

TAMU 638

Knesha Brashear
Open Records Office

On 3/11/2024 9:19:01 AM, Tricia Bledsoe wrote:
CC: Open-records@tamu.edu; patti@vbattorneys.com; brendan@vbattorneys.com
**Subject:** Public Information Records :: J000762-022624
**Body:**
03/11/2024

RE: PUBLIC RECORDS REQUEST, Reference # J000762-022624

Dear Brian Beckcom,

We are in receipt of your narrowed request, received on March 7th and appreciate your willingness to work with us.  We are processing your narrowed request and expect to have a response to you on or before your tenth (10th) business day of March 21, 2024.

Sincerely,

Tricia Bledsoe

Open Records Office

TAMU2639

Date

On 3/11/2024 6:03:03 AM, Brian Beckcom wrote:
TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: [Open-records@tamu.edu], "Patti Artavia"[patti@vbattorneys.com], "Brendan Fradkin"[brendan@vbattorneys.com]

Ms. Kacer:
I hope you had a relaxing weekend.
I have sent a few emails with no response and no acknowledgement. I would very much appreciate your responding to my requests. My hope is you will comply with the requests as limited and produce the overdue materials immediately. Please let me know the status. I am hoping we can avoid further legal measures and can work cooperatively.
I am happy to send my own IT team to assist if needed.


-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video


On Fri, Mar 8, 2024 at 2:13 PM Brian Beckcom wrote:
Ms. Kacer:
Please respond to my questions and to the unobjected to FOIA requests today. Otherwise, we will move forward with legal action as authorized by statute and Texas law.


-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video


On Fri, Mar 8, 2024 at 10:28 AM Brian Beckcom wrote:
Ms. Kacer:
1. Please confirm that Texas A&M will produce the items for which there was no objection by today's statutory deadline;
2. Please confirm that the relevant personnel have been informed of their obligations to preserve all communications, documents, etc and not destroy, alter, or otherwise impede the ability to obtain the requested documents and information.



-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video


On Thu, Mar 7, 2024 at 9:30 AM Brian Beckcom wrote:
Ms. Kacer:
Thank you for your form letter. I obviously am not requesting a blind search, or an unlimited search, and my request is obviously limited in scope and time. I also note that you have not objected to some of the requests, which makes the responses to those requests now one day overdue. Please produce any and all materials to which you do not object immediately, or advise why you refuse to do so.
For the sake of compromise, we are willing to limit the request at this juncture to the years 2023 and 2024. We are willing to limit the scope to personnel in the Office of the Commandant, Office of the Vice President of Student Affairs, and Office of the President.
With respect to identifying the name(s) of individuals with documents, that objection is quite obviously improper as well as illogical. If I knew all the name(s) of the people involved, I wouldn't be sending a request, obviously. In fact, one of the purposes of information requests is to learn the personnel involved.
With that said, there is a limited number of personnel employed at the Office of the Commandant and the ROTCs, in fact the website lists less than 25 employees, so your form objection that A&M has "thousands" of employees is frivolous.
I would suggest you start with these folks: https://corps.tamu.edu/staff-directory/
I would likewise request that you inform the personnel in the Trigon, the ROTCs, the Office of the Vice President, and the Office of the President of their continuing obligations under law to preserve all documents, communications, and other matters. Destruction of documents -- even those subject to document retention procedures -- is improper and impermissible under Texas law, and may result in a variety of consequences both individually and institutionally, so please ensure that the relevant personnel understand their obligations in this regard.
Thank you. Please do not hesitate to call me with any questions. In the meantime, I look forward to receiving the materials to which there are no objections today.
Going forward, I request that you copy my colleagues Patti Artavia and Brendan Fradkin, cc'd above, on all future communications.
-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video


On Wed, Mar 6, 2024 at 6:56 PM Texas A&M University Public Records Support wrote:

TAMU 2030

On 3/8/2024 3:15:33 PM, Brian Beckcom wrote:
TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: [Open-records@tamu.edu], "Patti Artavia"[patti@vbattorneys.com], "Brendan Fradkin"[brendan@vbattorneys.com]

Ms. Kacer:
Please respond to my questions and to the unobjected to FOIA requests today. Otherwise, we will move forward with legal action as authorized by statute and Texas law.


-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video


On Fri, Mar 8, 2024 at 10:28 AM Brian Beckcom wrote:
Ms. Kacer:
1. Please confirm that Texas A&M will produce the items for which there was no objection by today's statutory deadline;
2. Please confirm that the relevant personnel have been informed of their obligations to preserve all communications, documents, etc and not destroy, alter, or otherwise impede the ability to obtain the requested documents and information.




-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video


On Thu, Mar 7, 2024 at 9:30 AM Brian Beckcom wrote:
Ms. Kacer:
Thank you for your form letter. I obviously am not requesting a blind search, or an unlimited search, and my request is obviously limited in scope and time. I also note that you have not objected to some of the requests, which makes the responses to those requests now one day overdue. Please produce any and all materials to which you do not object immediately, or advise why you refuse to do so.
For the sake of compromise, we are willing to limit the request at this juncture to the years 2023 and 2024. We are willing to limit the scope to personnel in the Office of the Commandant, Office of the Vice President of Student Affairs, and Office of the President.
With respect to identifying the name(s) of individuals with documents, that objection is quite obviously improper as well as illogical. If I knew all the name(s) of the people involved, I wouldn't be sending a request, obviously. In fact, one of the purposes of information requests is to learn the personnel involved.
With that said, there is a limited number of personnel employed at the Office of the Commandant and the ROTCs, in fact the website lists less than 25 employees, so your form objection that A&M has "thousands" of employees is frivolous.
I would suggest you start with these folks: https://corps.tamu.edu/staff-directory/
I would likewise request that you inform the personnel in the Trigon, the ROTCs, the Office of the Vice President, and the Office of the President of their continuing obligations under law to preserve all documents, communications, and other matters. Destruction of documents -- even those subject to document retention procedures -- is improper and impermissible under Texas law, and may result in a variety of consequences both individually and institutionally, so please ensure that the relevant personnel understand their obligations in this regard.
Thank you. Please do not hesitate to call me with any questions. In the meantime, I look forward to receiving the materials to which there are no objections today.
Going forward, I request that you copy my colleagues Patti Artavia and Brendan Fradkin, cc'd above, on all future communications.
-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video


On Wed, Mar 6, 2024 at 6:56 PM Texas A&M University Public Records Support wrote:

Date

On 3/8/2024 10:30:43 AM, Brian Beckcom wrote:
TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: [Open-records@tamu.edu], "Patti Artavia"[patti@vbattorneys.com], "Brendan Fradkin"[brendan@vbattorneys.com]

Ms. Kacer:
1. Please confirm that Texas A&M will produce the items for which there was no objection by today's statutory deadline;
2. Please confirm that the relevant personnel have been informed of their obligations to preserve all communications, documents, etc and not destroy, alter, or otherwise impede the ability to obtain the requested documents and information.

-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video

On Thu, Mar 7, 2024 at 9:30 AM Brian Beckcom wrote:
Ms. Kacer:
Thank you for your form letter. I obviously am not requesting a blind search, or an unlimited search, and my request is obviously limited in scope and time. I also note that you have not objected to some of the requests, which makes the responses to those requests now one day overdue. Please produce any and all materials to which you do not object immediately, or advise why you refuse to do so.
For the sake of compromise, we are willing to limit the request at this juncture to the years 2023 and 2024. We are willing to limit the scope to personnel in the Office of the Commandant, Office of the Vice President of Student Affairs, and Office of the President.
With respect to identifying the name(s) of individuals with documents, that objection is quite obviously improper as well as illogical. If I knew all the name(s) of the people involved, I wouldn't be sending a request, obviously. In fact, one of the purposes of information requests is to learn the personnel involved.
With that said, there is a limited number of personnel employed at the Office of the Commandant and the ROTCs, in fact the website lists less than 25 employees, so your form objection that A&M has "thousands" of employees is frivolous.
I would suggest you start with these folks: https://corps.tamu.edu/staff-directory/
I would likewise request that you inform the personnel in the Trigon, the ROTCs, the Office of the Vice President, and the Office of the President of their continuing obligations under law to preserve all documents, communications, and other matters. Destruction of documents -- even those subject to document retention procedures -- is improper and impermissible under Texas law, and may result in a variety of consequences both individually and institutionally, so please ensure that the relevant personnel understand their obligations in this regard.
Thank you. Please do not hesitate to call me with any questions. In the meantime, I look forward to receiving the materials to which there are no objections today.
Going forward, I request that you copy my colleagues Patti Artavia and Brendan Fradkin, cc'd above, on all future communications.
-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video

On Wed, Mar 6, 2024 at 6:56 PM Texas A&M University Public Records Support wrote:

TAMU 2032

On 3/7/2024 9:33:02 AM, Brian Beckcom wrote:
TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: [Open-records@tamu.edu], "Patti Artavia"[patti@vbattorneys.com], "Brendan Fradkin"[brendan@vbattorneys.com]

Ms. Kacer:
Thank you for your form letter. I obviously am not requesting a blind search, or an unlimited search, and my request is obviously limited in scope and time. I also note that you have not objected to some of the requests, which makes the responses to those requests now one day overdue. Please produce any and all materials to which you do not object immediately, or advise why you refuse to do so.
For the sake of compromise, we are willing to limit the request at this juncture to the years 2023 and 2024. We are willing to limit the scope to personnel in the Office of the Commandant, Office of the Vice President of Student Affairs, and Office of the President.
With respect to identifying the name(s) of individuals with documents, that objection is quite obviously improper as well as illogical. If I knew all the name(s) of the people involved, I wouldn't be sending a request, obviously. In fact, one of the purposes of information requests is to learn the personnel involved.
With that said, there is a limited number of personnel employed at the Office of the Commandant and the ROTCs, in fact the website lists less than 25 employees, so your form objection that A&M has "thousands" of employees is frivolous.
I would suggest you start with these folks: https://corps.tamu.edu/staff-directory/
I would likewise request that you inform the personnel in the Trigon, the ROTCs, the Office of the Vice President, and the Office of the President of their continuing obligations under law to preserve all documents, communications, and other matters. Destruction of documents -- even those subject to document retention procedures -- is improper and impermissible under Texas law, and may result in a variety of consequences both individually and institutionally, so please ensure that the relevant personnel understand their obligations in this regard.
Thank you. Please do not hesitate to call me with any questions. In the meantime, I look forward to receiving the materials to which there are no objections today.
Going forward, I request that you copy my colleagues Patti Artavia and Brendan Fradkin, cc'd above, on all future communications.
-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video


On Wed, Mar 6, 2024 at 6:56 PM Texas A&M University Public Records Support wrote:

Date

On 3/6/2024 6:56:02 PM, Leslie Kacer wrote:

CC: Open-records@tamu.edu
**Subject:** Public Information Records :: J000762-022624
**Body:**
March 6, 2024

RE: PUBLIC RECORDS REQUEST of February 26, 2024, Reference # J000762-022624

Dear Brian Beckcom,

Texas A& M University received a public information request from you on February 26, 2024.   Your request mentioned:

*"From: Patti Artavia < patti@vbattorneys.com>*
*Sent: Monday, February 26, 2024 7:03 AM*
*To: open-records@tamu.edu*
*Subject: Open Records Request*

*Please see attached letter. Thank you*

*Patti Artavia*
*Senior Paralegal/Case Manager*
*2016 AAJ Paralegal of the Year*
*VBAttorneys.com*
*Direct Dial (832) 791-3118*


*Pursuant to Section 552.001, et seq., of the Texas Open Records Act, Public Records Information, please produce the following documents:*

*● All documents or other materials related to the Office of the Commandant's plans regarding the so-called fish Brigade, including but not limited to any documents from any working groups and any communications regarding the same.*

*● All materials, studies, communications, etc. referred to in the Commandant's February 2024 Facebook post regarding "socialization," "leadership education," discussion of the "communal/fraternal aspects of the Corps," any studies or materials concerning same, any discussions or studies of outfit v. Corps culture, the Rellis experiment in late 1940s and 1950s wherein fish were moved to Rellis Air Force Base and any studies or documents concerning same, any study of retention or attrition statistics, any proposed "re-mapping" of the core curriculum, any documents or other materials related to re-writing the Standard and the "Cadence," and any documents or materials related to Commandant's Guidance to the Corps or any drafts of same.*

*● All documents or materials related to the 4 Leadership Development Advisors and any documents related to the Commandant's plans moving forward regarding the Corps of Cadets.*

*● Any and all email or other digital communications from anyone in the Commandant's Office to anyone else related to the subject of the Corps of Cadets or any restructuring of the same.*

*● Any and all communications from anyone at Texas A& M concerning the plan to restructure the fish and Corps experience, including from the Office of the President of Texas A& M, the Office of the Vice President of Student Affairs, and the Board of Regents.*

TAMU2035

● *Any discussions, communications or materials related to Diversity, Equity and Inclusion as they related to any proposed changes to the Corps of Cadaets and any analysis or reference to the recent laws in Texas as they relate to same, and any analysis regarding whether any proposed changes"< /patti@vbattorneys.com>*

Our office is unable to conduct a blind search for

*"● All documents or other materials related to the Office of the Commandant's plans regarding the so-called fish Brigade, including but not limited to any documents from any working groups and any communications regarding the same.*

● *All materials, studies, communications, etc. referred to in the Commandant's February 2024 Facebook post regarding " socialization, " " leadership education, " discussion of the " communal/fraternal aspects of the Corps, " any studies or materials concerning same, any discussions or studies of outfit v. Corps culture, the Rellis experiment in late 1940s and 1950s wherein fish were moved to Rellis Air Force Base and any studies or documents concerning same, any study of retention or attrition statistics, any proposed " re-mapping" of the core curriculum, any documents or other materials related to re-writing the Standard and the " Cadence, " and any documents or materials related to Commandant's Guidance to the Corps or any drafts of same.*

● *All documents or materials related to the 4 Leadership Development Advisors and any documents related to the Commandant's plans moving forward regarding the Corps of Cadets.*

● *Any and all email or other digital communications from anyone in the Commandant's Office to anyone else related to the subject of the Corps of Cadets or any restructuring of the same.*

● *Any and all communications from anyone at Texas A& M concerning the plan to restructure the fish and Corps experience, including from the Office of the President of Texas A& M, the Office of the Vice President of Student Affairs, and the Board of Regents.*

● *Any discussions, communications or materials related to Diversity, Equity and Inclusion as they related to any proposed changes to the Corps of Cadaets and any analysis or reference to the recent laws in Texas as they relate to same, and any analysis regarding whether any proposed changes"* as there are numerous employees within the the Office of the Commandant and thousands of employees within the university. A request of this magnitude is too broad. Therefore, we are requesting that you narrow your request by providing us with the name(s) of employees who would be in possession of the requested records. Additionally, if you could please provide us with a date range so that we can better assist you with your request.

As provided by section 552.222(d) of the Texas Public Information Act, your request will be considered withdrawn if we do not receive a response from you by the 61st day after the date of this request for clarification/narrowing.

Sincerely,

Leslie Kacer
Open Records Office

On 2/26/2024 11:15:43 AM, Brian Beckcom wrote:
TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: [Open-records@tamu.edu]

Yes to both questions.
Please make sure all the records requested are preserved.
Thank you.

On Feb 26, 2024, at 9:10 AM, Texas A&M University Public Records Support wrote:

On 2/26/2024 9:10:20 AM, Leslie Kacer wrote:
CC: Open-records@tamu.edu
**Subject:** Public Information Records :: J000762-022624
**Body:**
February 26, 2024

BRIAN BECKCOM (J000762-022624): REQUEST FOR CLARIFICATION/NARROWING; REDACTION RESPONSES REQUESTED

There are now 2 statements regarding mandatory exceptions and discretionary exceptions you need to select for your open records request. These questions are derived from a form developed by the Office of the Attorney General, dated 10/01/19. Please select " yes" or " no" in regards to these 2 exception questions for your open records request. Selecting " yes" will allow the university to expedite your request by avoiding the necessity of seeking a decision from the Office of the Attorney General.

Statement #1:
Do you agree to the redaction of information that is subject to mandatory exceptions, provided such redactions are clearly labeled on information you receive? (Yes or No)

Statement #2:
Do you agree to the redaction of information that is subject to discretionary exceptions, provided such redactions are clearly labeled on information you receive? (Yes or No)

Note: This is a request for clarification/narrowing of your request. Section 552.222 provides that a request for information is considered withdrawn if the requestor does not respond in writing to a governmental body's written request for clarification or additional information within 61 days.

Sincerely,

Leslie Kacer
Open Records Office

On 2/26/2024 8:54:25 AM, System Generated Message:
**Subject:** Texas A&M University Public Information Request :: J000762-022624
**Body:**
Dear Brian Beckcom:

We received your public information request for **Texas A&M University**.  Your request was given the **reference number J000762-022624** for tracking purposes.  Please refer to this number when making inquiries about your request.

You can monitor the progress of your request at the link below and you'll receive an email when your request has been completed.

Thank you for your interest in **Texas A&M University**.

To monitor the progress or update this request please log into the Public Records Center.

TAMU 2040

## ⌄ Request Details

Reference No:          J000762-022624

Created By:            Leslie Kacer

Create Date:           2/26/2024 8:00 AM

Update Date:           4/11/2024 4:58 PM

Completed/Closed:   Yes

Close Date:            4/11/2024 4:58 PM


Status:                Information Released

Priority:              Medium

Assigned Dept:        TAMU_Open Records

Assigned Staff:       Open Records University


Customer Name:        Brian Beckcom

Email Address:         Brian@vbattorneys.com

Phone:                 8327913118

Group:                 TAMU


Source:                Email

EXHIBIT
2

# Public Information Records (#J000767-022624)

⌄ **Public Information Records Details**

| | |
|---|---|
| This request is for: | Texas A&M University |
| Summary of Request: | 1. Any contracts of employment for the Commandant of the Corps of Cadets, Patrick Michaelis, any drafts of the same, any communications in whatever form regarding the same, and any other agreements which relate to the same; |
| | 2. Any documents or materials related to the selection of Patrick Michaelis as Commandant, including but not limited to meeting notes, interview notes, memos, discussions, digital communications of any form, any discussion or notes regarding why Michaelis was selected over other candidates, and any other documents or materials concerning the same. |
| Describe in detail the Record(s) Requested: | From: Patti Artavia<br>Sent: Monday, February 26, 2024 2:42 PM<br>To: open-records@tamu.edu<br>Subject: Public Records Request<br><br>Please see attached.<br><br>Patti Artavia<br>Senior Paralegal/Case Manager<br>2016 AAJ Paralegal of the Year<br>VBAttorneys.com<br>Direct Dial (832) 791-3118<br><br>Pursuant to Section 552.001, et seq., of the Texas Open Records Act, Public Records Information, please produce the following documents:<br><br>1. Any contracts of employment for the Commandant of the Corps of Cadets, Patrick Michaelis, any drafts of the same, any communications in whatever form regarding the same, and any other agreements which relate to the same;<br><br>2. Any documents or materials related to the selection of Patrick Michaelis as Commandant, including but not limited to meeting notes, interview notes, memos, discussions, digital communications of any form, any discussion or notes regarding why Michaelis was selected over other candidates, and any other documents or materials concerning the same. |
| Date From: | |
| Date To: | |
| Preferred Method to Receive Records: | Electronic via Records Center |
| Do you agree to the redaction of information that is subject to mandatory exceptions, provided such redactions are clearly labeled on information you receive?: | YES |
| Do you agree to the redaction of information that is subject to discretionary exceptions, provided such redactions are clearly labeled on information you receive?: | YES |

› **Category**

⌄ **Clarification(s)**

| Clarification(s): | Rec'd Response to Redaction ?'s - 2/27 | STAFF: Please describe any clarifications requested and received. |
| | Sent 2 Redaction ?'s - 2/27 | |

> **OAG decision requested**

> **Exceptions**

> **Charges**

> **Notes**

∨ **Message History**

Date

On 3/27/2024 10:03:02 AM, Brian Beckcom wrote:
TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: [Open-records@tamu.edu], "Patti Artavia"[patti@vbattorneys.com], "Brendan Fradkin"[brendan@vbattorneys.com], [chancellor@tamus.edu]

Good morning Ms. Kacer:
Texas A&M continues to violate Texas law on both of my FOIA requests, putting the institution at risk of adverse legal consequences.
With respect to the request pertaining to the hiring of the Commandant, the responses are obviously incomplete, anda laughably so.
Just to give you some specific examples:
1. There are no emails or texts or other information that I know for a fact exist but haven't been produced pertaining to the hiring;  2. There is missing information in the materials themselves, including missing information pertaining to the other candidates; 3.  The job posting and applicant resumes are not included;  4.  Emails, texts, and other communications between the office of Vice President of Student Affairs and the Office of the President (former President Banks), which I know exist, are not included;  5. Letters of recommendation (which I know exist) are not included;  6. Notes from deliberations are not included;  7. Emails to and from the candidates (which I know exist) are not included;  8. The process was a sham from the get-go. For instance, Colonel Stephen Ruth finished second in the initial round, and he was cut from the final process for reasons that are fairly obvious. There is no information pertaining to this issue, which I know exists. 9. The candidates themselves were specifically asked if they supported DE&I, which is now illegal in Texas, and there is no information pertaining to who, how, and why that question was asked.
At this point, it is clear that Texas A&M is intentionally violating Texas open records law. This has been clear for quite some time. As you know, this can result in substantial penalties, including costs and attorney fees, among other things.
Please respond to this email today and let me know whether TAMU is going to comply with Texas law or continue to intentionally violate Texas law. If the latter, I will take appropriate steps, which will likely start with taking depositions and doing forensic discovery.
I am willing to give TAMU one more chance to comply with the law. I am willing to work with you to get the information produced pursuant to the law. I am not willing to work with you if you continue to frivolously violate black letter Texas law.
I am extremely disappointed in your efforts and response. This is unworthy of our great institution. And given the fiascos that occurred last year--including former President Banks encouraging people to delete evidence--this is starting to look like a pattern.
Further, I am asking you again to remind everyone involved, including the Office of the Commandant, the Office of the Vice President of Student Affairs, the Office of the President, of their continuing obligations to preserve any potentially responsive evidence pursuant to Texas and federal law.
Finally, I would also ask that you capture and search the emails and texts of former President Banks as it relates to the hiring process, as I know for a fact that communications exist.


-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video


On Mon, Mar 18, 2024 at 5:45 AM Brian Beckcom wrote:
Good morning Ms. Kacer
Just a friendly reminder that Texas A&M has information due per my FOIA request. I think you have confirmed that I will receive full and complete responses to my requests on March 19 and March 21 of this week. If I am mistaken, please let me know.
Please work with my assistant Patti (copied here) on any logistics.
-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video


On Tue, Mar 12, 2024 at 6:03 PM Texas A&M University Public Records Support wrote:

On 3/19/2024 4:59:01 PM, Knesha Brashear wrote:
CC: open-records@tamu.edu
**Subject:** Public Information Records :: J000767-022624
**Body:**
03/19/2024


RE: PUBLIC RECORDS REQUEST of February 26, 2024, Reference # J000767-022624

Dear Brian Beckcom,

Texas A& M University received a public information request from you on February 26, 2024.   Your request mentioned:

*"1. Any contracts of employment for the Commandant of the Corps of Cadets, Patrick Michaelis, any drafts of the same, any communications in whatever form regarding the same, and any other agreements which relate to the same;*

*2. Any documents or materials related to the selection of Patrick Michaelis as Commandant, including but not limited to meeting notes, interview notes, memos, discussions, digital communications of any form, any discussion or notes regarding why Michaelis was selected over other candidates, and any other documents or materials concerning the same."*

The information found responsive to your request is available and can be obtained by visiting the Public Records Online Portal and logging in from the " My Request Center" tab.  Per your affirmative response to the "Redaction Statement" giving us permission to redact information subject to mandatory and discretionary exceptions, we have redacted information excepted under the following section of the Texas Government Code: 552.024 (Electing to Disclose Address and Telephone Number).


Sincerely,

Knesha Brashear
Open Records Office

Date

On 3/19/2024 2:30:33 PM, patti@vbattorneys.com wrote:
CC: "Texas A&M University Public Records Support"[texasam@mycusthelp.net], [Open-records@tamu.edu]

Ms. Kacer, I attempted to call you but there was no answer.
Do you have an idea of when we can expect a production of documents? Thank you

Patti Artavia
Senior Paralegal/Case Manager
2016 AAJ Paralegal of the Year
VBAttorneys.com
Direct Dial (832) 791-3118

Follow us onFacebook, Twitter, LinkedIn, and Instagram
Why hire VB Attorneys
Tell me how I'm doing: ReviewVB.com
The best compliment you can give our team is the referral of someone who needs our help.


On Mon, Mar 18, 2024 at 5:45 AM Brian Beckcom wrote:
Good morning Ms. Kacer
Just a friendly reminder that Texas A&M has information due per my FOIA request. I think you have confirmed that I will receive full and complete responses to my requests on March 19 and March 21 of this week. If I am mistaken, please let me know.
Please work with my assistant Patti (copied here) on any logistics.
-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video


On Tue, Mar 12, 2024 at 6:03 PM Texas A&M University Public Records Support wrote:


On 3/18/2024 5:48:05 AM, Brian Beckcom wrote:
TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: [Open-records@tamu.edu], "Patti Artavia"[patti@vbattorneys.com], "Brendan Fradkin"[brendan@vbattorneys.com]

Good morning Ms. Kacer
Just a friendly reminder that Texas A&M has information due per my FOIA request. I think you have confirmed that I will receive full and complete responses to my requests on March 19 and March 21 of this week. If I am mistaken, please let me know.
Please work with my assistant Patti (copied here) on any logistics.
-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video


On Tue, Mar 12, 2024 at 6:03 PM Texas A&M University Public Records Support wrote:

On 3/12/2024 6:03:02 PM, Leslie Kacer wrote:
CC: Open-records@tamu.edu
**Subject:** Public Information Records :: J000767-022624
**Body:**
March 12, 2024

RE: PUBLIC RECORDS REQUEST of February 26, 2024, Reference # J000767-022624

Dear Brian Beckcom,

Texas A& M University received a public information request from you on February 26, 2024.   Your request mentioned:

*"From: Patti Artavia < patti@vbattorneys.com>*
*Sent: Monday, February 26, 2024 2:42 PM*
*To: open-records@tamu.edu*
*Subject: Public Records Request*

*Please see attached.*

*Patti Artavia*
*Senior Paralegal/Case Manager*
*2016 AAJ Paralegal of the Year*
*VBAttorneys.com*
*Direct Dial (832) 791-3118*

*Pursuant to Section 552.001, et seq., of the Texas Open Records Act, Public Records Information, please produce the following documents:*

*1. Any contracts of employment for the Commandant of the Corps of Cadets, Patrick Michaelis, any drafts of the same, any communications in whatever form regarding the same, and any other agreements which relate to the same;*

*2. Any documents or materials related to the selection of Patrick Michaelis as Commandant, including but not limited to meeting notes, interview notes, memos, discussions, digital communications of any form, any discussion or notes regarding why Michaelis was selected over other candidates, and any other documents or materials concerning the same."<*
*/patti@vbattorneys.com>*

We are still processing your request and expect to have a response to you on or before Tuesday, March 19, 2024.

Sincerely,

Leslie Kacer
Open Records Office

On 2/27/2024 10:12:06 AM, Brian Beckcom wrote:
TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: [Open-records@tamu.edu], "Patti Artavia"[patti@vbattorneys.com]

Yes and Yes.
Please include Patti@vbattorneys.com on all further communications. Thank you!
-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video


On Tue, Feb 27, 2024 at 9:51 AM Texas A&M University Public Records Support wrote:


On 2/27/2024 9:51:02 AM, Leslie Kacer wrote:
CC: Open-records@tamu.edu
**Subject:** Public Information Records :: J000767-022624
**Body:**
February 27, 2024

BRIAN BECKCOM (J000767-022624): REQUEST FOR CLARIFICATION/NARROWING; REDACTION RESPONSES REQUESTED

There are now 2 statements regarding mandatory exceptions and discretionary exceptions you need to select for your open records request. These questions are derived from a form developed by the Office of the Attorney General, dated 10/01/19. Please select " yes" or " no" in regards to these 2 exception questions for your open records request. Selecting " yes" will allow the university to expedite your request by avoiding the necessity of seeking a decision from the Office of the Attorney General.

Statement #1:
Do you agree to the redaction of information that is subject to mandatory exceptions, provided such redactions are clearly labeled on information you receive? (Yes or No)

Statement #2:
Do you agree to the redaction of information that is subject to discretionary exceptions, provided such redactions are clearly labeled on information you receive? (Yes or No)

Note: This is a request for clarification/narrowing of your request. Section 552.222 provides that a request for information is considered withdrawn if the requestor does not respond in writing to a governmental body's written request for clarification or additional information within 61 days.

Sincerely,

Leslie Kacer
Open Records Office

On 2/26/2024 3:15:58 PM, System Generated Message:
**Subject:** Texas A&M University Public Information Request :: J000767-022624
**Body:**
Dear Brian Beckcom:

We received your public information request for **Texas A&M University**.  Your request was given the **reference number J000767-022624** for tracking purposes.  Please refer to this number when making inquiries about your request.

You can monitor the progress of your request at the link below and you'll receive an email when your request has been completed.

Thank you for your interest in **Texas A&M University**.


To monitor the progress or update this request please log into the Public Records Center.

## ⌄ Request Details

| | |
|---|---|
| Reference No: | J000767-022624 |
| Created By: | Leslie Kacer |
| Create Date: | 2/26/2024 8:00 AM |
| Update Date: | 3/27/2024 10:03 AM |
| Completed/Closed: | Yes |
| Close Date: | 3/19/2024 4:48 PM |
| | |
| Status: | Information Released |
| Priority: | Medium |
| Assigned Dept: | TAMU_Open Records |
| Assigned Staff: | Open Records University |
| | |
| Customer Name: | Brian Beckcom |
| Email Address: | Brian@vbattorneys.com |
| Phone: | 8327913118 |
| Group: | TAMU |
| | |
| Source: | Email |

EXHIBIT
3

# Public Information Records (#J001123-032724)

⌄ **Public Information Records Details**

| | |
|---|---|
| This request is for: | Texas A&M University |
| Summary of Request: | Information pertaining to the hiring of the Commandant. |
| Describe in detail the Record(s) Requested: | From: Brian Beckcom<br>Sent: Wednesday, March 27, 2024 10:02 AM<br>To: Texas A&M University Public Records Support<br>Cc: Open-records@tamu.edu; Patti Artavia ; Brendan Fradkin ; chancellor@tamus.edu<br><br>With respect to the request pertaining to the hiring of the Commandant.<br><br>* The job posting and applicant resumes.<br><br>* Emails, texts, and other communications between the office of Vice President of Student Affairs and the Office of the President (former President Banks).<br><br>* Letters of recommendation.<br><br>* Notes from deliberations.<br><br>* Emails to and from the candidates. |
| Date From: | |
| Date To: | |
| Preferred Method to Receive Records: | Electronic via Records Center |
| Do you agree to the redaction of information that is subject to mandatory exceptions, provided such redactions are clearly labeled on information you receive?: | YES |
| Do you agree to the redaction of information that is subject to discretionary exceptions, provided such redactions are clearly labeled on information you receive?: | YES |

⟩ **Category**

⌄ **Clarification(s)**

| | |
|---|---|
| Clarification(s): | Rec'd Response to Redaction ?'s - 3/28    STAFF: Please describe any clarifications requested and received.<br>Sent 2 Redaction ?'s - 3/28 |

⟩ **OAG decision requested**

⟩ **Exceptions**

⟩ **Charges**

⟩ **Notes**

⌄ **Message History**

TAMU 2640

On 4/11/2024 3:04:03 PM, Knesha Brashear wrote:
CC: open-records@tamu.edu; patti@vbattorneys.com; brendan@vbattorneys.com
**Subject:** Public Information Records :: J001123-032724
**Body:**
04/11/2024


RE: PUBLIC RECORDS REQUEST of March 27, 2024, Reference # J001123-032724

Dear Brian Beckcom,

Texas A& M University received a public information request from you on March 27, 2024.   Your request mentioned:

*"With respect to the request pertaining to the hiring of the Commandant.*

*\* The job posting and applicant resumes.*

*\* Emails, texts, and other communications between the office of Vice President of Student Affairs and the Office of the President (former President Banks).*

*\* Letters of recommendation.*

*\* Notes from deliberations.*

*\* Emails to and from the candidates."*

The information found responsive to your request is available and can be obtained by visiting the Public Records Online Portal and logging in from the " My Request Center" tab.  Per your affirmative response to the "Redaction Statement" giving us permission to redact information subject to mandatory and discretionary exceptions, we have redacted information excepted under the following sections  of the Texas Government Code: 552.024, 552.117, 552.136 and 552.137.


Sincerely,

Knesha Brashear
Open Records Office


On 3/28/2024 10:06:02 AM, Brian Beckcom wrote:
TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: [Open-records@tamu.edu]

Yes and Yes.
Where are the responsive  documents? They are overdue

-bb
Brian Beckcom
www.VBAttorneys.com
www.BrianBeckcom.org


On Thu, Mar 28, 2024 at 9:52 AM Texas A&M University Public Records Support wrote:

TAMU 2630

On 3/28/2024 9:52:01 AM, Leslie Kacer wrote:
CC: Open-records@tamu.edu
**Subject:** Public Information Records :: J001123-032724
**Body:**

March 28, 2024

BRIAN BECKCOM (J001123-032724): REQUEST FOR CLARIFICATION/NARROWING; REDACTION RESPONSES REQUESTED

There are now 2 statements regarding mandatory exceptions and discretionary exceptions you need to select for your open records request. These questions are derived from a form developed by the Office of the Attorney General, dated 10/01/19. Please select " yes" or " no" in regards to these 2 exception questions for your open records request. Selecting " yes" will allow the university to expedite your request by avoiding the necessity of seeking a decision from the Office of the Attorney General.

Statement #1:
Do you agree to the redaction of information that is subject to mandatory exceptions, provided such redactions are clearly labeled on information you receive? (Yes or No)

Statement #2:
Do you agree to the redaction of information that is subject to discretionary exceptions, provided such redactions are clearly labeled on information you receive? (Yes or No)

Note: This is a request for clarification/narrowing of your request. Section 552.222 provides that a request for information is considered withdrawn if the requestor does not respond in writing to a governmental body's written request for clarification or additional information within 61 days.

Sincerely,

Leslie Kacer
Open Records Office

On 3/27/2024 5:04:15 PM, System Generated Message:
**Subject:** Texas A&M University Public Information Request :: J001123-032724
**Body:**
Dear Brian Beckcom:

We received your public information request for **Texas A&M University**.  Your request was given the **reference number J001123-032724** for tracking purposes.  Please refer to this number when making inquiries about your request.

You can monitor the progress of your request at the link below and you'll receive an email when your request has been completed.

Thank you for your interest in **Texas A&M University**.

To monitor the progress or update this request please log into the Public Records Center.

On 3/27/2024 5:04:14 PM, Leslie Kacer wrote:
Request was created by staff

## ⌄ Request Details

| | |
|---|---|
| Reference No: | J001123-032724 |
| Created By: | Leslie Kacer |
| Create Date: | 3/27/2024 8:00 AM |
| Update Date: | 4/11/2024 2:53 PM |

TAMU 2658

Completed/Closed:    Yes

Close Date:          4/11/2024 2:53 PM


Status:              Information Released

Priority:            Medium

Assigned Dept:       TAMU_Open Records

Assigned Staff:      Open Records University


Customer Name:       Brian Beckcom

Email Address:       Brian@vbattorneys.com

Phone:               8327913118

Group:               TAMU


Source:              Email

TAMU 2629

EXHIBIT
4

# Public Information Records (#J001147-032824)

⌄ **Public Information Records Details**

| | |
|---|---|
| This request is for: | Texas A&M University |
| Summary of Request: | Documents, communications, other materials regarding Investigation of Squadron 17. |

| Describe in detail the Record(s) Requested: | From: Brian Beckcom<br>Sent: Thursday, March 28, 2024 5:31 PM<br>To: Texas A&M University Public Records Support<br>Cc: Patti Artavia ; Brendan Fradkin ; open-records@tamu.edu<br>Subject: Freedom of Information Request related to Squadron 17 |
|---|---|

To whom it may concern:

Please see attached an open records request. Do not send me a form letter with frivolous objections like the last two times. Also, I agree with appropriate redactions and the answer to both of those questions is yes, so do not send me the form email that you utilize to delay the process.

Please remind Dr. Douglas Bell, Joe Ramirez, Patrick Michalis, and anyone else involved in this matter of their legal obligations to preserve any potentially responsive documents.

Texas law mandates the response be sent in 10 days. Do not ask for an extension unless you give me a rational, logical and appropriate reason for any extension. Given the failure to comply with my previous two requests, I expect this request to be answered fully and timely. If it is not, I will proceed appropriately

If you have any questions, please let me know.

-bb

● All documents or other materials related to any so-called investigation of Squadron 17, including but not limited to texts, emails, interview notes, screen shots, and any other communications related to the investigation from the Office of the Commandant, the Office of the Vice President of Student Affairs, the Office of Student Conduct, any communications to or from Dr. Douglas Bell related to the investigation, including phone calls, emails, texts or any other form of communication, any notes of any kind related in any manner to any such investigation, along with any other information pertaining to any such investigation

● All documents or materials related to the qualifications or training of the individuals who have participated or will participate in any investigation into Squadron 17, including their resumes, background, application to be part of the Texas A&M University System, conviction records in other student conduct panels on which they have served, any training any such individuals have received in "DE&I" or any related type of training, along with any texts or emails or other forms of communication related to any investigation of Squadron 17, including but not limited to materials in the possession of Dr. Douglas Bell, Joe Ramirez, any of the investigators who participated in any questioning of current cadets or students, and any communications between or amongst same

● Any and all materials which show how any investigation of Squadron 17 was referred to the Office of the Student Affairs or the Office of Student Conduct, including official referral papers and any emails, texts or other forms of communication related to same from anyone in the Office of Student Affairs or Student Conduct or the Office of the Commandant, or elsewhere.

● Any texts, emails or other forms of communication , digital or otherwise, between or among Joe Ramirez and Patrick Michaelis related to the subject of investigating the any Corps outfit or individual for hazing or any other infraction, including but not limited to the investigation of 17, and any such materials from anyone acting with or on behalf of these individuals, as well as any communications of any kind to or from Dr. Douglas Bell related to the same.
I agree to pay reasonable fees for the processing of this request.

As provided by the open records law, I will expect your response within 10 business days. If you choose to deny this request, please provide a written explanation for the denial including a reference to the specific statutory exemption(s) upon which you rely. Also, please provide all segregable portions of otherwise exempt material.

Please remind Dr. Bell, Joe Ramirez, and anyone else who possess potentially responsive information of their obligations under Texas law to preserve any such responsive information. Please direct any future correspondence to the undersigned or Patti@vbattoreys.com We look forward to hearing from you.

Sincerely,
/s/ Brian Beckcom
Brian Beckom
Brian@vbattorneys.com

Date From:

Date To:

| | |
|---|---|
| Preferred Method to Receive Records: | Electronic via Records Center |
| Do you agree to the redaction of information that is subject to mandatory exceptions, provided such redactions are clearly labeled on information you receive?: | YES |
| Do you agree to the redaction of information that is subject to discretionary exceptions, provided such redactions are clearly labeled on information you receive?: | YES |

> **Category**

⌄ **Clarification(s)**

| | | |
|---|---|---|
| Clarification(s): | Rec'd Response to Narrowing Request - 4/2<br>Sent Request to Narrow - 4/2<br>Rec. payment for CE 4/18 | STAFF: Please describe any clarifications requested and received. |

> **OAG decision requested**

> **Exceptions**

> **Charges**

⌄ **Notes**

| Note | Created | Modified |
|---|---|---|
| Per the requestor direct any future correspondence to Patti@vbattoreys.com for this request. | 4/1/2024 12:55:00 PM by Leslie Kacer | 4/1/2024 12:55:00 PM by Leslie Kacer |

⌄ **Message History**

Date

On 5/8/2024 8:36:01 PM, Knesha Brashear wrote:

CC: open-records@tamu.edu; patti@vbattorneys.com; brendan@vbattorneys.com
**Subject:** Public Information Records :: J001147-032824
**Body:**
05/08/2024

RE: PUBLIC RECORDS REQUEST of March 29, 2024, Reference # J001147-032824

Dear Brian Beckcom,

Texas A& M University received a public information request from you on March 29, 2024.   Your request mentioned:

*"To whom it may concern:*

*Please see attached an open records request. Do not send me a form letter with frivolous objections like the last two times. Also, I agree with appropriate redactions and the answer to both of those questions is yes, so do not send me the form email that you utilize to delay the process.*

*Please remind Dr. Douglas Bell, Joe Ramirez, Patrick Michalis, and anyone else involved in this matter of their legal obligations to preserve any potentially responsive documents.*

*Texas law mandates the response be sent in 10 days. Do not ask for an extension unless you give me a rational, logical and appropriate reason for any extension. Given the failure to comply with my previous two requests, I expect this request to be answered fully and timely. If it is not, I will proceed appropriately*

*If you have any questions, please let me know.*

*-bb*

*● All documents or other materials related to any so-called investigation of Squadron 17, including but not limited to texts, emails, interview notes, screen shots, and any other communications related to the investigation from the Office of the Commandant, the Office of the Vice President of Student Affairs, the Office of Student Conduct, any communications to or from Dr. Douglas Bell related to the investigation, including phone calls, emails, texts or any other form of communication, any notes of any kind related in any manner to any such investigation, along with any other information pertaining to any such investigation*

*● All documents or materials related to the qualifications or training of the individuals who have participated or will participate in any investigation into Squadron 17, including their resumes, background, application to be part of the Texas A& M University System, conviction records in other student conduct panels on which they have served, any training any such individuals have received in " DE& I" or any related type of training, along with any texts or emails or other forms of communication related to any investigation of Squadron 17, including but not limited to materials in the possession of Dr. Douglas Bell, Joe Ramirez, any of the investigators who participated in any questioning of current cadets or students, and any communications between or amongst same*

*● Any and all materials which show how any investigation of Squadron 17 was referred to the Office of the Student Affairs or the Office of Student Conduct, including official referral papers and any emails, texts or other forms of communication related to same from anyone in the Office of Student Affairs or Student Conduct or the Office of the Commandant, or*

Date

*elsewhere.*

● *Any texts, emails or other forms of communication , digital or otherwise, between or among Joe Ramirez and Patrick Michaelis related to the subject of investigating the any Corps outfit or individual for hazing or any other infraction, including but not limited to the investigation of 17, and any such materials from anyone acting with or on behalf of these individuals, as well as any communications of any kind to or from Dr. Douglas Bell related to the same. I agree to pay reasonable fees for the processing of this request.*

*As provided by the open records law, I will expect your response within 10 business days. If you choose to deny this request, please provide a written explanation for the denial including a reference to the specific statutory exemption(s) upon which you rely. Also, please provide all segregable portions of otherwise exempt material.*

*Please remind Dr. Bell, Joe Ramirez, and anyone else who possess potentially responsive information of their obligations under Texas law to preserve any such responsive information. Please direct any future correspondence to the undersigned or Patti@vbattoreys.com We look forward to hearing from you.*

*Sincerely,*
*/s/ Brian Beckcom*
*Brian Beckom*
*Brian@vbattorneys.com"*

The information found responsive to your request is available and can be obtained by visiting the Public Records Online Portal and logging in from the " My Request Center" tab. Per your affirmative response to the "Redaction Statement" giving us permission to redact information subject to mandatory and discretionary exceptions, we have redacted and/or withheld information excepted under the following sections  of the Texas Government Code: 552.024, 552.107, 552.114 and 552.137.

Sincerely,

Knesha Brashear
Open Records Office

On 5/2/2024 5:37:00 PM, Knesha Brashear wrote:

Date
CC: open-records@tamu.edu; patti@vbattorneys.com; brendan@vbattorneys.com
**Subject:** Public Information Records :: J001147-032824
**Body:**
05/02/2024


RE: PUBLIC RECORDS REQUEST of March 29, 2024, Reference # J001147-032824

Dear Brian Beckcom,

Texas A& M University received a public information request from you on March 29, 2024.   Your request mentioned:

"● *All documents or other materials related to any so-called investigation of Squadron 17, including but not limited to texts, emails, interview notes, screen shots, and any other communications related to the investigation from the Office of the Commandant, the Office of the Vice President of Student Affairs, the Office of Student Conduct, any communications to or from Dr. Douglas Bell related to the investigation, including phone calls, emails, texts or any other form of communication, any notes of any kind related in any manner to any such investigation, along with any other information pertaining to any such investigation*

● *All documents or materials related to the qualifications or training of the individuals who have participated or will participate in any investigation into Squadron 17, including their resumes, background, application to be part of the Texas A& M University System, conviction records in other student conduct panels on which they have served, any training any such individuals have received in " DE& I" or any related type of training, along with any texts or emails or other forms of communication related to any investigation of Squadron 17, including but not limited to materials in the possession of Dr. Douglas Bell, Joe Ramirez, any of the investigators who participated in any questioning of current cadets or students, and any communications between or amongst same*

● *Any and all materials which show how any investigation of Squadron 17 was referred to the Office of the Student Affairs or the Office of Student Conduct, including official referral papers and any emails, texts or other forms of communication related to same from anyone in the Office of Student Affairs or Student Conduct or the Office of the Commandant, or elsewhere.*

● *Any texts, emails or other forms of communication , digital or otherwise, between or among Joe Ramirez and Patrick Michaelis related to the subject of investigating the any Corps outfit or individual for hazing or any other infraction, including but not limited to the investigation of 17, and any such materials from anyone acting with or on behalf of these individuals, as well as any communications of any kind to or from Dr. Douglas Bell related to the same.*
*I agree to pay reasonable fees for the processing of this request.*

*As provided by the open records law, I will expect your response within 10 business days. If you choose to deny this request, please provide a written explanation for the denial including a reference to the specific statutory exemption(s) upon which you rely. Also, please provide all segregable portions of otherwise exempt material.*

*Please remind Dr. Bell, Joe Ramirez, and anyone else who possess potentially responsive information of their obligations under Texas law to preserve any such responsive information. Please direct any future correspondence to the undersigned or Patti@vbattoreys.com We*

TAMU2060

*look forward to hearing from you.*

*Sincerely,*
*/s/ Brian Beckcom*
*Brian Beckom*
*Brian@vbattorneys.com"*

Our apologies for the delay, but we are still processing your request. We expect to have a response to you no later than the close of business on Wednesday, May 8th.

Sincerely,

Knesha Brashear
Open Records Office

On 4/15/2024 5:35:41 PM, Knesha Brashear wrote:

CC: open-records@tamu.edu; patti@vbattorneys.com; brendan@vbattorneys.com
**Subject:** Public Information Records :: J001147-032824
**Body:**
04/15/2024


RE: PUBLIC RECORDS REQUEST of March 29, 2024, Reference # J001147-032824

Dear Brian Beckcom,

Texas A& M University received a public information request from you on March 29, 2024.   Your request mentioned:

*"● All documents or other materials related to any so-called investigation of Squadron 17, including but not limited to texts, emails, interview notes, screen shots, and any other communications related to the investigation from the Office of the Commandant, the Office of the Vice President of Student Affairs, the Office of Student Conduct, any communications to or from Dr. Douglas Bell related to the investigation, including phone calls, emails, texts or any other form of communication, any notes of any kind related in any manner to any such investigation, along with any other information pertaining to any such investigation*

*● All documents or materials related to the qualifications or training of the individuals who have participated or will participate in any investigation into Squadron 17, including their resumes, background, application to be part of the Texas A& M University System, conviction records in other student conduct panels on which they have served, any training any such individuals have received in " DE& I" or any related type of training, along with any texts or emails or other forms of communication related to any investigation of Squadron 17, including but not limited to materials in the possession of Dr. Douglas Bell, Joe Ramirez, any of the investigators who participated in any questioning of current cadets or students, and any communications between or amongst same*

*● Any and all materials which show how any investigation of Squadron 17 was referred to the Office of the Student Affairs or the Office of Student Conduct, including official referral papers and any emails, texts or other forms of communication related to same from anyone in the Office of Student Affairs or Student Conduct or the Office of the Commandant, or elsewhere.*

*● Any texts, emails or other forms of communication , digital or otherwise, between or among Joe Ramirez and Patrick Michaelis related to the subject of investigating the any Corps outfit or individual for hazing or any other infraction, including but not limited to the investigation of 17, and any such materials from anyone acting with or on behalf of these individuals, as well as any communications of any kind to or from Dr. Douglas Bell related to the same. I agree to pay reasonable fees for the processing of this request.*

*As provided by the open records law, I will expect your response within 10 business days. If you choose to deny this request, please provide a written explanation for the denial including a reference to the specific statutory exemption(s) upon which you rely. Also, please provide all segregable portions of otherwise exempt material.*

*Please remind Dr. Bell, Joe Ramirez, and anyone else who possess potentially responsive information of their obligations under Texas law to preserve any such responsive information. Please direct any future correspondence to the undersigned or Patti@vbattoreys.com We*

TAMU 2646

*look forward to hearing from you.*

*Sincerely,*
*/s/ Brian Beckcom*
*Brian Beckom*
*Brian@vbattorneys.com"*

It has been determined that complying with your request will result in the imposition of a charge that exceeds $40. Therefore, a cost estimate is being provided to you as required by Section 552.2615 of the Texas Government Code. Additionally, the estimated charges exceed $100.00; therefore, as allowed by section 552.263(a) of the Government Code, TAMU requires payment of the bond before starting work on your request. As a less expensive way for you to obtain this information, the estimated cost can be reduced significantly by narrowing your request. It may be that viewing the information will be less costly. However, charges for the mandatory redactions may still apply. Your check or money order should be made payable to " Texas A& M University" and forwarded to:

*Texas A& M University*

1280 TAMU

*College Station, TX 77843-1280*

*Attn: Wendy Ramirez*

Your request will be considered automatically withdrawn if you do not either: a) provide the required bond payment within ten business days from the date of this letter; or b) notify us in writing within ten business days from the date of this letter that you:

1. wish to modify your request; OR

2. have sent to the Open Records Division of the Office of the Attorney General a complaint alleging that you are being overcharged for the information you have requested.

Please consider the options indicated above and advise this office of your decision as soon as possible.

Breakdown of responsive information:

- Estimated number of pages requiring mandatory redactions = 952
- 1 minute per page to make redactions = 952 minutes or 15.86 hours
- 15.86 X $15.00 per hour = $237.90 Labor charge
- $237.90 X 20% = $47.58 Overhead
- Total = $285.48

Please note, you can contact the Student Conduct' s Office directly to obtain your son' s student records through the University' s FERPA process.

*Douglas Bell*

douglasb@vpsa.tamu.edu

The university will redact or withhold personally identifiable information from student education records in accordance with Tex. Gov' t Code sec. 552.114 and the Family Educational Rights and Privacy Act, 20 U.S.C. sec. 1232g, and the Department of Education' s FERPA regulations (34 C.F.R. Pt. 99). Please note that the scope of what is " personally identifiable" under FERPA is more expansive and may cover entire records depending on how much a requesting party knows about a particular situation and the students involved, such as in the case of information " requested by a person who the education agency or institution reasonably believes knows the identity of the student to whom the education record relates." See 34 C.F.R. § 99.3, Definition of " Personally Identifiable Information, " (g). This will be particularly applicable to information you requested regarding Squadron 17, such as in items 1, 3, and 4.

Sincerely,

Knesha Brashear
Open Records Office

On 4/1/2024 5:33:01 PM, Brian Beckcom wrote:
TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: [Open-records@tamu.edu]

This is another form response.
Date range is 2023 and 2024.
-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video


On Mon, Apr 1, 2024 at 5:30 PM Texas A&M University Public Records Support wrote:

Date

On 4/1/2024 5:30:29 PM, Leslie Kacer wrote:

CC: Open-records@tamu.edu;
**Subject:** Public Information Records :: J001147-032824
**Body:**
April 1, 2024

RE: PUBLIC RECORDS REQUEST of March 29, 2024, Reference # J001147-032824

Dear Brian Beckcom,

Texas A& M University received a public information request from you on March 29, 2024.   Your request mentioned:

*"From: Brian Beckcom< brian@vbattorneys.com>*
*Sent: Thursday, March 28, 2024 5:31 PM*
*To: Texas A& M University Public Records Support< texasam@mycusthelp.net>*
*Cc: Patti Artavia  < patti@vbattorneys.com> ; Brendan Fradkin  < brendan@vbattorneys.com> ; open-records@tamu.edu*
*Subject: Freedom of Information Request related to Squadron 17*

*To whom it may concern:*

*Please see attached an open records request. Do not send me a form letter with frivolous objections like the last two times. Also, I agree with appropriate redactions and the answer to both of those questions is yes, so do not send me the form email that you utilize to delay the process.*

*Please remind Dr. Douglas Bell, Joe Ramirez, Patrick Michalis, and anyone else involved in this matter of their legal obligations to preserve any potentially responsive documents.*

*Texas law mandates the response be sent in 10 days. Do not ask for an extension unless you give me a rational, logical and appropriate reason for any extension. Given the failure to comply with my previous two requests, I expect this request to be answered fully and timely. If it is not, I will proceed appropriately*

*If you have any questions, please let me know.*

*-bb*

*● All documents or other materials related to any so-called investigation of Squadron 17, including but not limited to texts, emails, interview notes, screen shots, and any other communications related to the investigation from the Office of the Commandant, the Office of the Vice President of Student Affairs, the Office of Student Conduct, any communications to or from Dr. Douglas Bell related to the investigation, including phone calls, emails, texts or any other form of communication, any notes of any kind related in any manner to any such investigation, along with any other information pertaining to any such investigation*

*● All documents or materials related to the qualifications or training of the individuals who have participated or will participate in any investigation into Squadron 17, including their resumes, background, application to be part of the Texas A& M University System, conviction records in other student conduct panels on which they have served, any training any such individuals have received in " DE& I" or any related type of training, along with any texts or emails or other forms of communication related to any investigation of Squadron 17, including but not limited to materials in the possession of Dr. Douglas Bell, Joe Ramirez, any of the investigators who participated in any questioning of current cadets or students,*

TAMU 2664

*and any communications between or amongst same*

● *Any and all materials which show how any investigation of Squadron 17 was referred to the Office of the Student Affairs or the Office of Student Conduct, including official referral papers and any emails, texts or other forms of communication related to same from anyone in the Office of Student Affairs or Student Conduct or the Office of the Commandant, or elsewhere.*

● *Any texts, emails or other forms of communication , digital or otherwise, between or among Joe Ramirez and Patrick Michaelis related to the subject of investigating the any Corps outfit or individual for hazing or any other infraction, including but not limited to the investigation of 17, and any such materials from anyone acting with or on behalf of these individuals, as well as any communications of any kind to or from Dr. Douglas Bell related to the same. I agree to pay reasonable fees for the processing of this request.*

*As provided by the open records law, I will expect your response within 10 business days. If you choose to deny this request, please provide a written explanation for the denial including a reference to the specific statutory exemption(s) upon which you rely. Also, please provide all segregable portions of otherwise exempt material.*

*Please remind Dr. Bell, Joe Ramirez, and anyone else who possess potentially responsive information of their obligations under Texas law to preserve any such responsive information. Please direct any future correspondence to the undersigned or Patti@vbattoreys.com We look forward to hearing from you.*

*Sincerely,*
*/s/ Brian Beckcom*
*Brian Beckom*
*Brian@vbattorneys.com"< /brendan@vbattorneys.com> < /patti@vbattorneys.com> < /texasam@mycusthelp.net> < /brian@vbattorneys.com>*

Our office is unable to conduct a search for  *"...All documents or other materials related to any so-called investigation of Squadron 17, ..., " "...All documents or materials related to the qualifications or training of the individuals..., " "...Any and all materials which show how any investigation of Squadron 17..., "*  and  *"...Any texts, emails or other forms of communication , digital or otherwise, ...."*   Therefore, we are requesting that you narrow your request by providing us with a date range, so that we can better assist you with your request.

As provided by section 552.222(d) of the Texas Public Information Act, your request will be considered withdrawn if we do not receive a response from you by the 61st day after the date of this request for clarification/narrowing.

Sincerely,

Leslie Kacer
Open Records Office

Date

On 3/28/2024 5:44:14 PM, System Generated Message:
**Subject:** Texas A&M University Public Information Request :: J001147-032824
**Body:**
Dear Brian Beckcom:

We received your public information request for **Texas A&M University**.  Your request was given the **reference number J001147-032824** for tracking purposes.  Please refer to this number when making inquiries about your request.

You can monitor the progress of your request at the link below and you'll receive an email when your request has been completed.

Thank you for your interest in **Texas A&M University**.

To monitor the progress or update this request please log into the Public Records Center.

On 3/28/2024 5:44:13 PM, Leslie Kacer wrote:
Request was created by staff

## ⌄ Request Details

| | |
|---|---|
| Reference No: | J001147-032824 |
| Created By: | Leslie Kacer |
| Create Date: | 3/29/2024 8:00 AM |
| Update Date: | 5/8/2024 10:23 PM |
| Completed/Closed: | No |
| Required Completion Date: | 5/8/2024 |
| | |
| Status: | Activity Assigned |
| Priority: | Medium |
| Assigned Dept: | TAMU_Open Records |
| Assigned Staff: | Open Records University |
| | |
| Customer Name: | Brian Beckcom |
| Email Address: | Brian@vbattorneys.com |
| Phone: | 8327913118 |
| Group: | TAMU |
| | |
| Source: | Email |

EXHIBIT
5

# Public Information Records (#J001320-041024)

⌄ **Public Information Records Details**

---

| | |
|---|---|
| This request is for: | Texas A&M University |
| Summary of Request: | Re-file of J000762, without redaction authority per 4/10/24 Fradkin email. |
| Describe in detail the Record(s) Requested: | 4/11/24 email:<br>Also just confirming that you're still moving forward on seeking the OAG opinion for the new request on J762. |

Original Request J000762
From: Patti Artavia
Sent: Monday, February 26, 2024 7:03 AM
To: open-records@tamu.edu
Subject: Open Records Request

Please see attached letter. Thank you

Patti Artavia
Senior Paralegal/Case Manager
2016 AAJ Paralegal of the Year
VBAttorneys.com
Direct Dial (832) 791-3118


Pursuant to Section 552.001, et seq., of the Texas Open Records Act, Public Records Information, please produce the following documents:

● All documents or other materials related to the Office of the Commandant's plans regarding the so-called fish Brigade, including but not limited to any documents from any working groups and any communications regarding the same.

● All materials, studies, communications, etc. referred to in the Commandant's February 2024 Facebook post regarding "socialization," "leadership education," discussion of the "communal/fraternal aspects of the Corps," any studies or materials concerning same, any discussions or studies of outfit v. Corps culture, the Rellis experiment in late 1940s and 1950s wherein fish were moved to Rellis Air Force Base and any studies or documents concerning same, any study of retention or attrition statistics, any proposed "re-mapping" of the core curriculum, any documents or other materials related to re-writing the Standard and the "Cadence," and any documents or materials related to Commandant's Guidance to the Corps or any drafts of same.

● All documents or materials related to the 4 Leadership Development Advisors and any documents related to the Commandant's plans moving forward regarding the Corps of Cadets.

● Any and all email or other digital communications from anyone in the Commandant's Office to anyone else related to the subject of the Corps of Cadets or any restructuring of the same.

● Any and all communications from anyone at Texas A&M concerning the plan to restructure the fish and Corps experience, including from the Office of the President of Texas A&M, the Office of the Vice President of Student Affairs, and the Board of Regents.

● Any discussions, communications or materials related to Diversity, Equity and Inclusion as they related to any proposed changes to the Corps of Cadets and any analysis or reference to the recent laws in Texas as they relate to same, and any analysis regarding whether any proposed changes

| | |
|---|---|
| Date From: | |
| Date To: | |
| Preferred Method to Receive Records: | Electronic via Records Center |

Do you agree to the redaction of information that is subject to mandatory exceptions, provided such redactions are clearly labeled on information you receive?:     NO

Do you agree to the redaction of information that is subject to discretionary exceptions, provided such redactions are clearly labeled on information you receive?:     NO

## ❯ Category

## ⌄ Clarification(s)

Clarification(s):                    STAFF: Please describe any clarifications requested and received.

## ❯ OAG decision requested

## ❯ Exceptions

## ❯ Charges

## ❯ Notes

## ⌄ Message History

| Date |
| --- |
| On 4/10/2024 5:44:23 PM, System Generated Message:<br>**Subject:** Texas A&M University Public Information Request :: J001320-041024<br>**Body:**<br>Dear Brian Beckcom:<br><br>We received your public information request for **Texas A&M University**.  Your request was given the **reference number J001320-041024** for tracking purposes.  Please refer to this number when making inquiries about your request.<br><br>You can monitor the progress of your request at the link below and you'll receive an email when your request has been completed.<br><br>Thank you for your interest in **Texas A&M University**.<br><br><br>To monitor the progress or update this request please log into the Public Records Center.<br><br>On 4/10/2024 5:44:21 PM, Brooks Moore wrote:<br>Request was created by staff |

## ⌄ Request Details

Reference No:                 J001320-041024

Created By:                    Brooks Moore

Create Date:                   4/10/2024 8:00 AM

Update Date:                   4/16/2024 3:32 PM

Completed/Closed:           No

Required Completion Date:   4/24/2024

Status:                  Activity Assigned

Priority:                Medium

Assigned Dept:           TAMU_Open Records

Assigned Staff:          Open Records University


Customer Name:           Brian Beckcom

Email Address:           Brian@vbattorneys.com

Phone:                   8327913118

Group:                   TAMU


Source:                  Email

TAMU 2649

| From: | Moore, Brooks |
|---|---|
| To: | "Brendan Fradkin" |
| Cc: | Brian Beckcom; Patti Artavia |
| Subject: | RE: Beckcom TPIA Request Recap |
| Date: | Wednesday, April 10, 2024 5:49:00 PM |

Brendan,

You are correct on J1123. The university is finalizing the responsive information for disclosure tomorrow, and it will provide written notice with a date certain to disclose any remaining information.

On J762, I was not sure if we had an agreement. Your email is confirmation, so we have logged this as a new request and seek an AG decision as discussed below. You, Brian, and Patti should have received an automated email of acknowledgement, or you will very soon. I logged in the request, and hopefully our online request system does not crash.

I left you a voicemail a little after 5:00 and we need to discuss the mandamus. In an abundance of caution, we will request representation from the Office of the Attorney General during the afternoon of Friday, April 12, 2024, if the suit is still pending at noon that day. If that occurs, my brief to the OAG on will lead with the fact that litigation is pending connected to the request. This complicates us moving forward on this request, but it is your choice. We appreciate your efforts to clear up this point. The withdrawing of the redaction authority and the initiation of the new request makes all claims on J762 moot, as did the university's production of information on J767 (and tomorrow's disclosure of J1123 information).

Regards,

Brooks

**R. Brooks Moore | Deputy General Counsel**
Office of General Counsel
THE TEXAS A&M UNIVERSITY SYSTEM

---

**From:** Brendan Fradkin <brendan@vbattorneys.com>
**Sent:** Wednesday, April 10, 2024 4:11 PM
**To:** Moore, Brooks <RBM@tamus.edu>
**Cc:** Brian Beckcom <brian@vbattorneys.com>; Patti Artavia <patti@vbattorneys.com>
**Subject:** Re: Beckcom TPIA Request Recap

Hey Brooks,

Just confirming that we should be receiving a portion of the documents tomorrow, and then a separate letter containing a later response date for additional documents if that additional time is needed. Is that correct?

Also just confirming that you're still moving forward on seeking the OAG opinion for the new request on J762.

Thanks!

On Mon, Apr 8, 2024 at 7:04 PM Moore, Brooks <RBM@tamus.edu> wrote:

Brendan,

1. Correct.
2. I read the second date mentioned as a response date and/or as providing a third response date, if needed. The Open Records folks will work expeditiously, but we are also required to respond in a timely manner to all other pending requests, and there are many.

   On the interview issue, I read the request for J1123 to be the following as shown below. Note that interview recordings are not requested. If you wish to modify the request, please let me know. Again, these are public, but they are voluminous and require review and possibly editing out confidential personal information. This could increase the response time. Request J767 has been fully responded to and is closed.

3. I have several letter rulings covering different groups of DEI documents covered by ongoing the compliance review. To my knowledge, one of our letter rulings covers this specific information, but we will have to verify. It is confidential either way and we are happy to seek an AG decision if needed.

4. For the sake of clarity, we will note that you are withdrawing authorization to make redactions for request J762. This will reopen J762 as a new request, and we will log it as such. However, I will give you our commitment to submit our OAG briefing as soon as we can, well before the 10-day deadline. This should not be problem because we have the information gathered that requires a decision, although I have not yet reviewed all of it. My goal would be this week, assuming we have an agreement on these issues. Asking us to seek a letter ruling is inconsistent with your pending mandamus action. The OAG will not consider requests already in litigation, so we need confirmation that the petition has been dismissed/withdrawn prior to submitting OAG briefing.

Please let me know if have additional questions.

Regards,
Brooks

**Here is request J1123.**

From: Brian Beckcom
Sent: Wednesday, March 27, 2024 10:02 AM
To: Texas A&M University Public Records Support
Cc: Open-records@tamu.edu; Patti Artavia ; Brendan Fradkin ;
chancellor@tamus.edu

With respect to the request pertaining to the hiring of the Commandant.

* The job posting and applicant resumes.

* Emails, texts, and other communications between the office of Vice President of Student Affairs and the Office of the President (former President Banks).

* Letters of recommendation.

* Notes from deliberations.

* Emails to and from the candidates.

**R. Brooks Moore | Deputy General Counsel**
Office of General Counsel
THE TEXAS A&M UNIVERSITY SYSTEM

---

**From:** Brendan Fradkin <brendan@vbattorneys.com>
**Sent:** Monday, April 8, 2024 6:19 PM
**To:** Moore, Brooks <RBM@tamus.edu>
**Cc:** Brian Beckcom <brian@vbattorneys.com>; Patti Artavia <patti@vbattorneys.com>
**Subject:** Re: Beckcom TPIA Request Recap

Brooks,

To clarify:

(1) There is no email, the policymaking document is standalone. Therefore, you aren't producing anything further. Is that correct?

(2) Some portion of the documents will be released on 4/11, another portion will be released on 4/18. Will there be a third date/portion, or do those two dates account for all of the documents?

TAMU 2053

Can you explain what you mean about interviews not being responsive? Those are very much part of the requests. If that inclusion changes timelines, please let me know what dates you can provide.

(3) There is no OAG decision specific to the DEI documents requested here, but there is an OAG decision on other documents created based on compliance programs. Is that correct?

Lastly, per our discussion, we are rescinding our consent to TAMU's discretionary redaction of documents. Please submit the documents at issue to the OAG for analysis.

On Mon, Apr 8, 2024 at 5:12 PM Moore, Brooks <RBM@tamus.edu> wrote:

> Brendan,
> On item 1, I stand corrected.  We have a policy-making document that was NOT attached to an email.
>
> On item 2, Open Records advises that "There are a voluminous amount of records responsive to this request that have to be reviewed and mandatory redactions made- there are 7 folders with records and folders within those folders.  We can release a portion of the information on April 11th and will give an expect date for the next portion of information on or before the following Thursday, April 18th."  The 10th business day is 4/11, based on Brian's narrowing on March 28, 2024.  This is the best I can tell you as I have not reviewed any of this information.  The interviews do not appear to be responsive to the request and that will save them some review time.
>
> On item 3, see attached.  Please note that we have received multiple letter rulings on the SB 17 compliance review covering various groups of information.  This was one of the letter rulings that Open Records could locate the most quickly, but the reasoning is the same on all of them.  We have had a compliance review pending since last summer to ensure the university's compliance with the new law.
>
> Again, we need to know by tomorrow morning where we stand.
>
> Thank you.
>
> Brooks
>
> **R. Brooks Moore | Deputy General Counsel**
> Office of General Counsel
> THE TEXAS A&M UNIVERSITY SYSTEM

**From:** Brendan Fradkin <brendan@vbattorneys.com>
**Sent:** Monday, April 8, 2024 3:18 PM
**To:** Moore, Brooks <RBM@tamus.edu>
**Cc:** Brian Beckcom <brian@vbattorneys.com>; Patti Artavia <patti@vbattorneys.com>
**Subject:** Re: Beckcom TPIA Request Recap

Okay great. Three action items.

(1) Can you get us a date certain where you'll produce the email containing the policymaking document, or let us know you are not producing it?

(2) can you get us a date certain when you'll produce the Michaelis communications and other applicant information/communications?

(3) can you send us the AG opinion that you say may apply to the DEI docs?

Thanks!

On Mon, Apr 8, 2024 at 1:18 PM Moore, Brooks <RBM@tamus.edu> wrote:

> My responses are below. The below is correct with a couple of minor corrections (see highlighted text).
>
> Brooks
>
> **R. Brooks Moore | Deputy General Counsel**
> Office of General Counsel
> The Texas A&M University System
>
> **From:** Brendan Fradkin <brendan@vbattorneys.com>
> **Sent:** Monday, April 8, 2024 1:02 PM
> **To:** Moore, Brooks <RBM@tamus.edu>
> **Cc:** Brian Beckcom <brian@vbattorneys.com>; Patti Artavia <patti@vbattorneys.com>
> **Subject:** Beckcom TPIA Request Recap
>
> Brooks,
>
> Thanks again for talking with me today. This email is intended to confirm what documents are being withheld, what privileges are being applied to those documents, and additional documents you may be able to produce.

**DEI/Fish Program Documents**

Under this category of requests, you are withholding the following:

(1) An email with attached proposed policymaking document regarding the fish brigade.
*withheld based on policymaking privilege*—Brooks Moore Response-Correct
(2) The attached proposed fish brigade policymaking document.
*withheld based on policymaking privilege*—Brooks Moore Response-Correct
(3) A compilation of DEI documents prepared for systemwide compliance efforts.
*withheld based on 552.101 + 51.971(e)(2)* —Brooks Moore Response-Correct
(4) Documents that contain student identification information.
*withheld subject to FERPA request*—Brooks Moore Response-Correct

You stated that on (1), you would look into getting us the email if the email itself contained no policymaking information. —Brooks Moore Response-Correct

You stated that on (2), if we withdraw our consent to withholding, you could go back to the AG for an opinion. —Brooks Moore Response-Correct

You stated that on (3), there may already be an applicable holding from the AG's office, but you would send us that holding, and that you would go back to the AG's office with these documents as well. —Brooks Moore Response-Correct, except that if we have an applicable letter ruling on the same information, we are prohibited for asking for another ruling. If the information is different from that previously submitted to the OAG, we will request a letter ruling. We will provide the citation if it is binding here.

You stated that (4) would require an additional FERPA request, but if approved, you would produce. —Brooks Moore Response-Correct, assuming that the applicable student provides prior written consent for the release of the information in accordance with FERPA.

**Commandant Hiring Documents**

(1) Michaelis personnel information.
*this was all produced, subject to some personal information redactions*—Brooks Moore Response-Correct

(2) Communications about Michaelis hiring
*these will be produced*—Brooks Moore Response-Correct, under request J001123.

(3) Personnel information for other candidates

*these will be produced.* <mark>—Brooks Moore Response-Correct, under request J001123.</mark>

If this sums up what we discussed today accurately, please confirm.

--
Brendan Fradkin
VB Attorneys
832-791-2337

Follow us on **Facebook**, **Twitter**, **LinkedIn**, and **Instagram**
Why hire VB Attorneys
The best compliment you can give our team is the referral of someone who needs our help.

--
Brendan Fradkin
VB Attorneys
832-791-2337

Follow us on **Facebook**, **Twitter**, **LinkedIn**, and **Instagram**
Why hire VB Attorneys
The best compliment you can give our team is the referral of someone who needs our help.

--
Brendan Fradkin
VB Attorneys
832-791-2337

Follow us on **Facebook**, **Twitter**, **LinkedIn**, and **Instagram**
Why hire VB Attorneys
The best compliment you can give our team is the referral of someone who needs our help.

--
Brendan Fradkin
VB Attorneys

832-791-2337

Follow us on **Facebook**, **Twitter**, **LinkedIn**, and **Instagram**
Why hire VB Attorneys
The best compliment you can give our team is the referral of someone who needs our help.

**EXHIBIT**

**6**



Office of General Counsel

# THE TEXAS A&M UNIVERSITY SYSTEM

April 19, 2024

Open Records Division                                                        *via OAG E-Filing*
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Re:    Request for a Decision regarding a Public Information Request from Brad Beckcom to
       Texas A&M University (J001320-041024)

Dear Open Records Division:

One April 10, 2024, Texas A&M University (the "university") received an open records request from Brian Beckcom, through an attorney in his law firm. The request, enclosed as Exhibit A-1, seeks certain documents, materials, and communications. The specific items of the request are found on pages 4-5 of the exhibit, as narrowed in the prior request (explained below).

## Prior Request

This request is a re-filing of another public information request for the same information. The prior request, enclosed as Exhibit A-2, was originally submitted on February 26, 2024. The requestor authorized the university in that request to redact excepted information without a decision from your office. *See* Exhibit A-2, at 17. The university requested clarification or narrowing on March 6, 2024, and the requestor provided narrowing on March 7, 2024. Exhibit A-2, at 12-13, 14-16. The university confirmed the narrowing on March 11, 2024. Exhibit A-2, at 9. The university provided responsive information on two dates, on March 21, 2024, and April 5, 2024. Exhibit A-2, at 3, 8. Prior to the second and final disclosure, the university informed the requestor in accordance with Tex. Gov't Code sec. 552.221(d) as to the university's expected response date. Exhibit A-2, at 4, 8 (expected response dates of March 29, 2024, and then April 5, 2024). The university's final disclosure, on April 5, 2024, explained the exceptions asserted by the university for redacting, and as required, withholding information in accordance with the requestor's authorization. The requestor did not object in writing to the university's final disclosure. *See* Exhibit A-2, at 3.

## Pending Mandamus Action

Prior to the university's final disclosure of information in the prior request, the requestor filed suit against Texas A&M University on March 28, 2024, and the citation and Petitioner's Original Petition for Writ of Mandamus are enclosed as Exhibit A-3. See Exhibit A-3, at 3. The suit challenges the university's response to the request discussed in Exhibit A-2, in addition to another request, which the university had fully responded to by this date. The university was

---

TAMUS 2088

served with this suit after the university's final disclosure of information, on April 8, 2024. *See id.*, at 1-2; Exhibit A-2, at 3. The Office of the Attorney General has assigned trial counsel to defend the university in this suit.

## Current Request

The university, through the undersigned, communicated with the requestor and his law firm in an effort to resolve the requestor's dispute with the university regarding the request discussed in Exhibit A-2. The requestor, through his law firm, indicated his withdrawal of consent to withhold excepted information, with the intention that the university would request a decision from your office for excepted information on the request. *See* Exhibit A-1, at 8-9 (affirmatively stating this intention, after university business hours, on April 8, 2024), 10-11 (discussion of this concept). The undersigned explained the concept on April 8, 2024, after the close of business hours, that this would result in the request being refiled as a new request, and he confirmed on April 10, 2024, that the requestor agreed to this approach. *See* Exhibit A-1, at 6, 7. The requestor refused to withdraw the mandamus action despite agreeing to move forward with a new request for the same information. *See* Exhibit A-1, at 6-7. The request was re-filed by the university on April 10, 2024, indicating that the requestor did not agree to redactions without an OAG decision. Exhibit A-1, at 1-2.

## Prior Decision-Last Item of Request

The final item of the request seeks:

Any discussions, communications or materials related to Diversity, Equity and Inclusion as they related to any proposed changes to the Corps of Cadets and any analysis or reference to the recent laws in Texas as they relate to same, and any analysis regarding whether any proposed changes would potentially impact Texas A&M or the Corps of Cadets from a DEI perspective.

Exhibit A-1, at 5. We note that the information responsive to this final item of the request was part of the information at issue in a separate prior university open records request, and this precise information is subject to a prior decision from your office. Under the prior decision, Tex. Att'y Gen. OR2024-004322, enclosed as Exhibit C, the university was required to "withhold the submitted information under section 552.101 of the Government Code in conjunction with section 51.971(e)(2) of the Education Code." The law, facts, and circumstances on which this letter ruling was based have not changed since the issuance of the ruling. Therefore, we are withholding this information in accordance with the letter ruling. *See* Exhibit C.

## Remaining Responsive Information

As previously discussed, the university disclosed certain information under the prior request for the same information. We believe that the remaining information responsive to the request is excepted from disclosure under the Texas Public Information Act, Government Code, Chapter 552 ("Act"), as explained below. Therefore, we are requesting a decision regarding this information.

TAMU2689

### Tex. Gov't Code § 552.111

Section 552.111 of the Act, which excepts from disclosure "an interagency or intra-agency memorandum or letter that would not be available to a party in litigation with the agency," has been interpreted to encompass the deliberative process privilege as well as attorney work product privilege. According to your office, pre-decisional internal communications consisting of advice, recommendations, opinions, and other material reflecting deliberative or policymaking processes are subject to section 552.111. Also, policy-making drafts and related interagency communications are covered by this privilege.

For example, the Office of the Attorney General discussed the application of this exception as follows:

Section 552.111 of the Government Code excepts from disclosure "an interagency or interagency memorandum or letter that would not be available by law to a party in litigation with the agency[.]" Gov't Code § 552.111. Section 552.111 encompasses the deliberative process privilege. *See* Open Records Decision No. 615 at 2 (1993). The purpose of this exception is to protect advice, opinion, and recommendation in the decisional process and to encourage open and frank discussion in the deliberative process. *See Austin v. City of San Antonio*, 630 S.W.2d 391, 394 (Tex. App.--San Antonio 1982, orig. proceeding); Open Records Decision No. 538 at 1-2 (1990).

In Open Records Decision No. 615, this office re-examined the statutory predecessor to section 552.111 in light of the decision in *Texas Department of Public Safety v. Gilbreath*, 842 S.W.2d 408 (Tex. App.--Austin 1992, orig. proceeding). We determined section 552.111 excepts from disclosure only those internal communications that consist of advice, opinions, recommendations, and other material reflecting the policymaking processes of the governmental body. *See* ORD 615 at 5. A governmental body's policymaking functions do not encompass routine internal administrative or personnel matters, and disclosure of information about such matters will not inhibit free discussion of policy issues among agency personnel. *Id.*; *see also City of Garland v. Dallas Morning News*, 22 S.W.3d 351 (Tex. 2000) (section 552.111 not applicable to personnel-related communications that did not involve policymaking). A governmental body's policymaking functions do include administrative and personnel matters of broad scope that affect the governmental body's policy mission. *See* Open Records Decision No. 631 at 3 (1995). Further, section 552.111 does not protect facts and written observations of facts and events that are severable from advice, opinions, and recommendations. *Arlington Indep. Sch. Dist. v. Tex. Attorney Gen.*, 37 S.W.3d 152 (Tex. App.--Austin 2001, no pet.); *see* ORD 615 at 5. But if factual information is so inextricably intertwined with material involving advice, opinion, or recommendation as to make severance of the factual data impractical, the factual

TAMUS 2000

information also may be withheld under section 552.111. *See* Open Records Decision No. 313 at 3 (1982).

This office has also concluded a preliminary draft of a document intended for public release in its final form necessarily represents the drafter's advice, opinion, and recommendation with regard to the form and content of the final document, so as to be excepted from disclosure under section 552.111. *See* Open Records Decision No. 559 at 2 (1990) (applying statutory predecessor). Section 552.111 protects factual information in the draft that also will be included in the final version of the document. *See id.* at 2-3. Thus, section 552.111 encompasses the entire contents, including comments, underlining, deletions, and proofreading marks, of a preliminary draft of a policymaking document that will be released to the public in its final form. *See id.* at 2.

*See, e.g.,* Tex. Att'y Gen. OR2016-02974 (2016).

We assert that the information enclosed as Exhibits B-1 and B-2 should be withheld under the deliberative process privilege component of section 552.111 of the Act. The enclosed information relates to policymaking, because it pertains to the university's adoption of formal university policies applicable to the Corps of Cadets, including student cadets in the Corps and university staff Corps administration. The information in Exhibit B-1 reflects advice, opinions, and recommendations of university administrators on such policies. The marked information in Exhibit B-2 reflects advice, opinions, and recommendations of current student cadets on such policies. Therefore, we believe that the information enclosed as Exhibits B-1 and B-2 (as marked) is excepted from disclosure under section 552.111 of the Act.

Thank you for your consideration of this matter. If you have any questions, please feel free to contact me.

Sincerely,

R. Brooks Moore
Deputy General Counsel

Enclosures: Exhibits A-1, A-2, A-3, B-1, B-2, C

cc: Requestor *(via email) (no attachments)*

Texas A&M University Open Records

301 Tarrow Street, 6ᵗʰ Floor · College Station, Texas 77840-7896
(979) 458-6120 · Fax (979) 458-6150 · www.tamus.edu/legal

TAMU2081

EXHIBIT
7



KEN PAXTON
ATTORNEY GENERAL OF TEXAS



RECEIVED

FEB 0 0 2024

OFFICE OF
GENERAL COUNSEL

February 7, 2024

Ms. Claudene Marshall
Assistant General Counsel
Texas A&M University System
301 Tarrow Street, 6th Floor
College Station, Texas 77840-7896

OR2024-004322

Dear Ms. Marshall:

You ask whether certain information is subject to required public disclosure under the Public Information Act (the "Act"), chapter 552 of the Government Code. Your request was assigned ID# 23-098885 (Ref. No. H002573-091823).

Texas A&M University (the "university") received a request for information pertaining to specified information relating to diversity, equity, and inclusion initiatives. You claim the submitted information is excepted from disclosure under section 552.101 of the Government Code. We have considered the exception you claim and reviewed the submitted representative sample of information.[1]

Section 552.101 of the Government Code excepts from public disclosure "information considered to be confidential by law, either constitutional, statutory, or by judicial decision." Gov't Code § 552.101. Section 552.101 encompasses information protected by other statutes, including section 51.971 of the Education Code. Section 51.971 of the Education Code provides, in relevant part, the following:

(a) In this section:

---

[1] We assume the "representative sample" of records submitted to this office is truly representative of the requested records as a whole. See Open Records Decision Nos. 499 (1988), 497 (1988). This open records letter does not reach, and therefore does not authorize the withholding of, any other requested records to the extent that those records contain substantially different types of information than that submitted to this office.

EXHIBIT C
Beckcom (J001320-041024)

TAMU 2662

(1) "Compliance program" means a process to assess and ensure compliance by the officers, employees, agents, contractors, subcontractors, or other persons acting on behalf of an institution of higher education with applicable laws, rules, regulations, and policies, including matters of:

    (A) ethics and standards of conduct;

    (B) financial reporting;

    (C) internal accounting controls; or

    (D) auditing.

(2) "Institution of higher education" has the meaning assigned by Section 61.003.

. . .

(e) Information is excepted from disclosure under [the Act] if it is collected or produced:

    . . .

    (2) by a systemwide compliance office for the purpose of reviewing compliance processes at a component institution of higher education of a university system.

Educ. Code § 51.971(a), (e)(2). We understand the university is an institution of higher education for purposes of section 61.003 of the Education Code. *See id.* § 51.971(a)(2). You state the submitted information concerns a system-wide audit of member institutions' compliance with Senate Bill 17 conducted by the Texas A&M System Internal Audit Department. Based upon your representation and our review, we conclude the submitted information is confidential under section 51.971(e)(2) of the Education Code. Accordingly, the university must withhold the submitted information under section 552.101 of the Government Code in conjunction with section 51.971(e)(2) of the Education Code.

This letter ruling is limited to the particular information at issue in this request and limited to the facts as presented to us; therefore, this ruling must not be relied upon as a previous determination regarding any other information or any other circumstances.

EXHIBIT C
Beckcom (J001320-041024)

Ms. Claudene Marshall - Page 3

This ruling triggers important deadlines regarding the rights and responsibilities of the governmental body and of the requestor. For more information concerning those rights and responsibilities, please visit our website at https://www.texasattorneygeneral.gov/open-government/members-public/what-expect-after-ruling-issued or call the OAG's Open Government Hotline, toll free, at (877) 673-6839. Questions concerning the allowable charges for providing public information under the Public Information Act may be directed to the Cost Rules Administrator of the OAG, toll free, at (888) 672-6787.

Sincerely,

D. Michelle Case
Assistant Attorney General
Open Records Division

DMH/jxd

Ref:   ID# 23-098885

c:     Requestor

EXHIBIT C
Beckcom (J001320-041024)

TAMU 2684

**EXHIBIT**

**8**

## THE STATE OF TEXAS
### CITATION

**CLERK OF THE COURT**
Gabriel Garcia
300 East 26th Street, Suite 1200
Bryan, TX 77803

**ATTORNEY FOR PLAINTIFF**
Brian Beckcom
6363 Woodway Dr., Suite 400
Houston, TX 77057

To: **Texas A&M University Through Office Of General Counsel Who May Be Served At Moore/Connally Building 6th Floor 301 Tarrow Street, College Station, Texas 77840.**
Defendant,

NOTICE TO THE DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Greeting:
You are hereby commanded to appear by filing a written answer to the **Petitioner's Original Petition for Writ Of Mandamus** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **85th District Court** of Brazos County, Texas at the Courthouse of said County in Bryan, Texas. Said Petition was filed on **March 28, 2024** in the case, numbered **24-000902-CV-85** on the docket of said court, and styled,

**Brian Beckcom**
**vs.**
**Texas A&M University**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Petitioner's Original Petition for Writ Of Mandamus** accompanying this citation and made a part thereof.

The officer executing the writ shall promptly serve the same according to requirements of the law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and sealed of said Court at office, on this the 3rd day of April, 2024.

**Gabriel Garcia**
**Brazos County District Clerk**
**300 East 26th Street, Suite 1200**
**Bryan, Texas 77803**

By: _Mia Portillo_ Deputy

1

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 20____, at _____ o'clock____.M.

Executed at _____, within the County of _____ at _____

o'clock ____.M. on the __8__ day of __April_____, 20_24_, by delivering to the within named _____each,

in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

Total fee for serving this citation_____

Sheriff Account
To certify which witness my hand officially.

No._____

For Clerk's Use _____

Taxed_____     Sheriff of _____Brazos_____County, Texas
Returned Record_____     By _____Deputy

EXHIBIT A-3
Beckcom (J001320-041024)

TAMU 2068

Received & Filed 3/28/2024 4:08 PM
Gabriel Garcia, District Clerk
Brazos County, Texas
Kristin Emert
Envelope# - 86169545

24-000902-CV-85

Cause No. _____

| | | |
|---|---|---|
| Brian Beckcom | ) | In the District Court of |
| | ) | |
| vs. | ) | Brazos County, Texas |
| | ) | |
| Texas A&M University | ) | ____ Judicial District |

### Petitioner's Original Petition for Writ of Mandamus

In this Petition for Writ of Mandamus under the Texas Public Information Act, Brian Beckcom ("Petitioner") seeks an order from the Court compelling Respondent Texas A&M University ("TAMU") to release public records requested by Petitioner.

1. **Discovery Control Plan**

1.1    Petitioner requests expedited relief under Level 1 of the Texas Rules of Civil Procedure. At this time, Petitioner requests non-monetary relief only, except for attorney fees and court costs, the amount of which will not exceed $100,000.

2. **Claim for Relief**

2.1    Petitioner seeks only non monetary relief and attorney's fees and court costs necessary for the prosecution of this writ and subsequent discovery.

3. **Parties**

3.1    Petitioner Brian Beckcom is an attorney whose address is 6363 Woodway Drive, Suite 400, Houston, Texas 77057.

3.2.    Respondent Texas A&M University is a public university that can be served through its Office of General Counsel at  Moore / Connally Building, 6th Floor, 301 Tarrow Street, College Station, Texas  77840-7896

3

EXHIBIT A-3
Beckcom (J001320-041024)

TAMU2000

## 4. Jurisdiction, Venue, and Conditions Precedent

4.1 This Court has jurisdiction under Texas Government Code § 552.321. Venue is mandatory in Brazos County under Texas Government Code § 552.321(b).

4.2 All conditions precedent have been performed or have occurred.

## 5. Facts

5.1 On February 26, 2024, Petitioner submitted two requests for public information to TAMU pursuant to the Texas Public Information Act, Texas Government Code Chapter 552 (the "TPIA"). The requests sought documents related to issues involving the Corps of Cadets, including but not limited to so-called "DE&I" and irregularities related to the hiring of the new Commandant as well as irregularities related to the new Commandant's plan to radically restructure the Corps of Cadets in secret. The requests are attached to this motion as Exhibit 1.

5.2 The TPIA mandates timely responses, and specifically responses within 10 days.[1] To date, over thirty business days later, TAMU has failed to produce full and complete responsive documents and has refused to produce all of the requested public information. Instead, TAMU initially lodged frivolous form objections, refused to comply with the requests, refused to work with the undersigned, refused to respond to certain emails seeking clarification, and has repeatedly violated Texas open records laws. The email exchanges between Mr. Beckcom and the open records department are attached as Exhibit 2.

---

[1] Tex. Gov't Code § 552.301

4

5.3 Given recent occurrences wherein certain individuals at TAMU encourage others to delete text messages and other communications, there is a real and present danger that information and documents may be destroyed. It is imperative that TAMU preserve and produce all relevant information and materials immediately.

5.3 TAMU's failure to "promptly produce" the requested information violates the TPIA[2].

6. **Violation of the Texas Public Information Act**

6.1 The TPIA requires that public information be produced "promptly."[3] The Texas Supreme Court has emphasized that the TPIA's prompt production requirement is a key part of its purpose to promote government transparency.[4] TAMU's failure to provide the requested information is a clear violation of the TPIA's unambiguous mandate.

7. **Request for Relief**

Petitioner requests that the Court:

7.1 Order TAMU to immediately produce all public information responsive to Petitioner's February 26, 2024 TPIA requests immediately;

7.2 Order the video deposition of any personnel at TAMU who have participated in compiling the records requests or answering same;

7.3 Award Petitioner his reasonable attorney fees and costs under TPIA § 552.323, with that amount be decided pursuant to submission of evidence and hearing by this Court;

7.4 Order TAMU to comply fully with the TPIA for any future related requests or face further potential sanctions; and

---

[2] Tex. Gov't Code § 552.221(a)
[3] *Austin Bulldog v. Leffingwell*, 490 S.W.3d 240, 243-44 (Tex. App.—Austin 2016, no pet.).

[4] *Jackson v. State Office of Admin. Hearings*, 351 S.W.3d 290, 293 (Tex. 2011).

EXHIBIT A-3
Beckcom (J001320-041024)

TAMU 2009

7.5     Grant all other relief to which Petitioner is entitled.

Respectfully submitted,

**VB Attorneys**

/s/ Brian Beckcom

**Brian Beckcom**
*Brian@vbattorneys.com*
SBN:  24012268
6363 Woodway Dr., Suite 400
Houston, Texas 77057
713/224-7800 (Office)
713/224-7801 (Facsimile)

TAMU 2090



**VB Attorneys**

**Brian Beckcom**
Board Certified in Personal Injury Trial Law
Texas Board of Legal Specialization

6363 Woodway Drive
Suite 400
Houston, Texas 77057

Tel (713) 224-7800
Fax (713) 224-7801

www.VBAttorneys.com

February 26, 2024

Texas A&M University by email to: open-records@tamu.edu
Office of Open Records
750 Agronomy Road
Mail Stop 1280
College Station, Texas 77843

To Whom It May Concern:

Pursuant to Section 552.001, *et seq.,* of the Texas Open Records Act, Public Records Information, please produce the following documents:

- All documents or other materials related to the Office of the Commandant's plans regarding the so-called fish Brigade, including but not limited to any documents from any working groups and any communications regarding the same.

- All materials, studies, communications, etc. referred to in the Commandant's February 2024 Facebook post regarding "socialization," "leadership education," discussion of the "communal/fraternal aspects of the Corps," any studies or materials concerning same, any discussions or studies of outfit v. Corps culture, the Rellis experiment in late 1940s and 1950s wherein fish were moved to Rellis Air Force Base and any studies or documents concerning same, any study of retention or attrition statistics, any proposed "re-mapping" of the core curriculum, any documents or other materials related to re-writing the Standard and the "Cadence," and any documents or materials related to Commandant's Guidance to the Corps or any drafts of same.

- All documents or materials related to the 4 Leadership Development Advisors and any documents related to the Commandant's plans moving forward regarding the Corps of Cadets.

- Any and all email or other digital communications from anyone in the Commandant's Office to anyone else related to the subject of the Corps of Cadets or any restructuring of the same.

VUJASINOV & BECKCOM PLLC

Exhibit 1

EXHIBIT A-3
Beckcom (J001320-041024)

TAMU2091

- Any and all communications from anyone at Texas A&M concerning the plan to restructure the fish and Corps experience, including from the Office of the President of Texas A&M, the Office of the Vice President of Student Affairs, and the Board of Regents.

- Any discussions, communications or materials related to Diversity, Equity and Inclusion as they related to any proposed changes to the Corps of Cadaets and any analysis or reference to the recent laws in Texas as they relate to same, and any analysis regarding whether any proposed changes would potentially impact Texas A&M or the Corps of Cadets from a DEI perspective.

I agree to pay reasonable fees for the processing of this request.

As provided by the open records law, I will expect your response within 10 business days. If you choose to deny this request, please provide a written explanation for the denial including a reference to the specific statutory exemption(s) upon which you rely. Also, please provide all segregable portions of otherwise exempt material.

Please direct any future correspondence to the undersigned or Patti@vbattoreys.com We look forward to hearing from you.

Sincerely,

/s/ Brian Beckcom
Brian Beckom
Brian@vbattorneys.com

EXHIBIT A-3
Beckcom (J001320-041024)

TAMU 2092



**VB**Attorneys

**Brian Beckcom**
Board Certified in Personal Injury Trial Law
Texas Board of Legal Specialization

6363 Woodway Drive
Suite 400
Houston, Texas 77057

Tel (713) 224-7800
Fax (713) 224-7801

www.VBAttorneys.com

February 26, 2024

Texas A&M University by email to: open-records@tamu.edu
Office of Open Records
750 Agronomy Road
Mail Stop 1280
College Station, Texas 77843

To Whom It May Concern:

Pursuant to Section 552.001, *et seq.,* of the Texas Open Records Act, Public Records Information, please produce the following documents:

1. Any contracts of employment for the Commandant of the Corps of Cadets, Patrick Michaelis, any drafts of the same, any communications in whatever form regarding the same, and any other agreements which relate to the same;

2. Any documents or materials related to the selection of Patrick Michaelis as Commandant, including but not limited to meeting notes, interview notes, memos, discussions, digital communications of any form, any discussion or notes regarding why Michaelis was selected over other candidates, and any other documents or materials concerning the same.

I agree to pay reasonable fees for the processing of this request.

As provided by the open records law, I will expect your response within 10 business days. If you choose to deny this request, please provide a written explanation for the denial including a reference to the specific statutory exemption(s) upon which you rely. Also, please provide all segregable portions of otherwise exempt material.

Please direct any future correspondence to the undersigned or Patti@vbattorneys.com We look forward to hearing from you.

VUJASINOV BECKCOM PLLC
Exhibit 1

EXHIBIT A-3
Beckcom (J001320-041024)

TAMU2076

Sincerely,

/s/ Brian Beckcom
Brian Beckom
Brian@vbattorneys.com

EXHIBIT A-3
Beckcom (J001320-041024)

# J000762-022624 - Public Information Records

## Message History (18)

↩ On 3/29/2024 2:42:02 PM, Brian Beckcom wrote:

TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: [open-records@tamu.edu], [patti@vbattorneys.com], [brendan@vbattorneys.com]

Ms. Brashear:
TAMU has repeatedly and intentionally violated Texas law. I will proceed accordingly.
-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video

On Fri, Mar 29, 2024 at 2:15 PM Texas A&M University Public Records Support wrote:

---

✉ On 3/29/2024 2:15:12 PM, Texas A&M University Public Records Support wrote:

CC: open-records@tamu.edu; patti@vbattorneys.com; brendan@vbattorneys.com
**Subject:** Public Information Records :: J000762-022624
**Body:**
03/29/2024

RE: PUBLIC RECORDS REQUEST of February 26, 2024, Reference # J000762-022624

Dear Brian Beckcom,

Our apologies for the delay, but we are still in the process of locating and gathering records responsive to your request.

As required by Tex. Gov't Code sec. 552.221(d), we anticipate having any remaining records found responsive to your request to you no later than the close of business on Friday, April 5th.

Sincerely,

Knesha Brashear
Open Records Office



Exhibit 2

Page 1
EXHIBIT A-3
Beckcom (J001320-041024)

TAMU2095

On 3/23/2024 4:51:02 PM, Brian Beckcom wrote:

TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: "Patti"[patti@vbattorneys.com], "Brendan Fradkin"[brendan@vbattorneys.com], "open-records@tamu.edu"[Open-records@tamu.edu]

This email confirms that the Open Records Office at TAMU promised to respond by March 21, 2024, after being given multiple extensions, and then, on March 21, 2024, did not comply with the open records request, and instead produced almost nothing responsive.
Please explain to me why you promised to produce materials on March 21st after being given multiple extensions and then did not do so. Please include the legal justification for your failure to comply with Texas Open Records laws. Please also identify the individuals you have been working with on these requests as their depositions may be necessary.
Also, for some reason you refuse to reply to Brendan and Patti as well. Please do so going forward, including with any future document requests.
Thank you.
-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video


On Mon, Mar 11, 2024 at 9:19 AM Texas A&M University Public Records Support wrote:



Exhibit 2

Page 2
EXHIBIT A-3
Beckcom (J001320-041024)

TAMU 2690

↩ On 3/23/2024 4:03:02 PM, Brian Beckcom wrote:

TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: "Patti Artavia"[patti@vbattorneys.com], "Brendan Fradkin"[brendan@vbattorneys.com], "open-records@tamu.edu"[Open-records@tamu.edu]

By copy of this email, I hereby confirm that Texas A&M originally claimed the request was overbroad and that TAMU needed additional time to gather the documents, then, when the documents were partially produced, TAMU only produced three PowerPoint presentations that could have been produced in five minutes. Put another away, the original objections were frivolous, and the request for more time was also frivolous.
At this point, it is clear that TAMU is slow-playing the request for strategic and tactical reasons, which violates the Texas Open Records laws.
I expect the next production to be responsive, full, and complete. If not, I will pursue formal legal action, which will include potentially depositions and forensic discovery.
I remind you (yet again) to let any involved parties know about their legal obligations to keep and maintain all records, including but not limited to emails, texts, and any other digital communications.

-bb
Brian Beckcom
www.VBAttorneys.com
www.BrianBeckcom.org


On Fri, Mar 22, 2024 at 12:20 PM Texas A&M University Public Records Support wrote:

GovQA

Exhibit 2
13

Page 3
EXHIBIT A-3
Beckcom (J001320-041024)

TAMU2000

On 3/22/2024 12:20:14 PM, Texas A&M University Public Records Support wrote:

CC: open-records@tamu.edu
**Subject:** Public Information Records :: J000762-022624
**Body:**
03/22/2024

RE: PUBLIC RECORDS REQUEST of February 26, 2024, Reference # J000762-022624

Dear Brian Beckcom,

As mentioned in our correspondence sent to you yesterday, we are still processing the remaining items of your request and expect to have a response to you on or before Friday, March 29th.

Sincerely,

Knesha Brashear
Open Records Office


Exhibit 2

14

Page 4
EXHIBIT A-3
Beckcom (J001320-041024)

TAMU 2708

On 3/22/2024 11:24:02 AM, Brian Beckcom wrote:

TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: "Brendan Fradkin"[brendan@vbattorneys.com], "Patti"[patti@vbattorneys.com], "open-records@tamu.edu"[Open-records@tamu.edu]

See below page advise today.
Thanks.


-bb
Brian Beckcom
www.VBAttorneys.com
www.BrianBeckcom.org


On Thu, Mar 21, 2024 at 11:04 PM Brian Beckcom wrote:
I received part one of the responses. Where are the rest of the materials?
Please advise immediately as TAMU is now potentially in violation of the open records laws, which mandate timely and complete responses.
Also, please continue to ensure that all relevant materials of any nature preserved.
Thank you.
-bb
Brian Beckcom
www.VBAttorneys.com
www.BrianBeckcom.org


On Thu, Mar 21, 2024 at 6:05 PM Texas A&M University Public Records Support wrote:


Powered by
GovQA

Exhibit 2
15

Page 5
EXHIBIT A-3
Beckcom (J001320-041024)

TAMU 2099

On 3/21/2024 11:06:02 PM, Brian Beckcom wrote:

TO: "Brendan Fradkin"[brendan@vbattorneys.com], "Patti"[patti@vbattorneys.com], "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: "open-records@tamu.edu"[Open-records@tamu.edu]

I received part one of the responses. Where are the rest of the materials?
Please advise immediately as TAMU is now potentially in violation of the open records laws, which mandate timely and complete responses.
Also, please continue to ensure that all relevant materials of any nature preserved.
Thank you.
-bb
Brian Beckcom
www.VBAttorneys.com
www.BrianBeckcom.org

On Thu, Mar 21, 2024 at 6:05 PM Texas A&M University Public Records Support wrote:

On 3/21/2024 6:05:12 PM, Texas A&M University Public Records Support wrote:

CC: open-records@tamu.edu
**Subject:** Public Information Records :: J000762-022624
**Body:**
03/21/2024

RE: PUBLIC RECORDS REQUEST of February 26, 2024, Reference # J000762-022624

Dear Brian Beckcom,

Texas A&M University received a public information request from you on February 26, 2024. Your request mentioned:

*"Pursuant to Section 552.001, et seq., of the Texas Open Records Act, Public Records Information, please produce the following documents:*

● *All documents or other materials related to the Office of the Commandant's plans regarding the so-called fish Brigade, including but not limited to any documents from any working groups and any communications regarding the same.*

● *All materials, studies, communications, etc. referred to in the Commandant's February 2024 Facebook post regarding "socialization," "leadership education," discussion of the "communal/fraternal aspects of the Corps," any studies or materials concerning same, any*

 Exhibit 2 16 Page 6

EXHIBIT A-3
Beckcom (J001320-041024)

TAMU 2796

*discussions or studies of outfit v. Corps culture, the Rellis experiment in late 1940s and 1950s wherein fish were moved to Rellis Air Force Base and any studies or documents concerning same, any study of retention or attrition statistics, any proposed "re-mapping" of the core curriculum, any documents or other materials related to re-writing the Standard and the "Cadence," and any documents or materials related to Commandant's Guidance to the Corps or any drafts of same.*

*● All documents or materials related to the 4 Leadership Development Advisors and any documents related to the Commandant's plans moving forward regarding the Corps of Cadets.*

*● Any and all email or other digital communications from anyone in the Commandant's Office to anyone else related to the subject of the Corps of Cadets or any restructuring of the same.*

*● Any and all communications from anyone at Texas A&M concerning the plan to restructure the fish and Corps experience, including from the Office of the President of Texas A&M, the Office of the Vice President of Student Affairs, and the Board of Regents.*

*● Any discussions, communications or materials related to Diversity, Equity and Inclusion as they related to any proposed changes to the Corps of Cadaets and any analysis or reference to the recent laws in Texas as they relate to same, and any analysis regarding whether any proposed changes"*

Information found to be responsive to items 2 and 3 of your request is available and can be obtained by visiting the Public Records Online Portal and logging in from the "My Request Center" tab.

Please note that we are still processing the remaining items of your request and expect to have a response to you on or before Friday, March 29th.

Sincerely,

Knesha Brashear
Open Records Office



Exhibit 2
17

Page 7

EXHIBIT A-3
Beckcom (J001320-041024)

TAMU2094

✉ On 3/11/2024 9:19:01 AM, Texas A&M University Public Records Support wrote:

CC: Open-records@tamu.edu; patti@vbattorneys.com; brendan@vbattorneys.com
**Subject:** Public Information Records :: J000762-022624
**Body:**
03/11/2024

RE: PUBLIC RECORDS REQUEST, Reference # J000762-022624

Dear Brian Beckcom,

We are in receipt of your narrowed request, received on March 7th and appreciate your willingness to work with us. We are processing your narrowed request and expect to have a response to you on or before your tenth (10th) business day of March 21, 2024.

Sincerely,

Tricia Bledsoe

Open Records Office

↩ On 3/11/2024 6:03:03 AM, Brian Beckcom wrote:

TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: [Open-records@tamu.edu], "Patti Artavia"[patti@vbattorneys.com], "Brendan Fradkin"[brendan@vbattorneys.com]

Ms. Kacer:
I hope you had a relaxing weekend.
I have sent a few emails with no response and no acknowledgement. I would very much appreciate your responding to my requests. My hope is you will comply with the requests as limited and produce the overdue materials immediately. Please let me know the status. I am hoping we can avoid further legal measures and can work cooperatively.
I am happy to send my own IT team to assist if needed.

-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video

On Fri, Mar 8, 2024 at 2:13 PM Brian Beckcom wrote:
Ms. Kacer:
Please respond to my questions and to the unobjected to FOIA requests today. Otherwise, we will move forward with legal action as authorized by statute and Texas law.


Exhibit 2

Page 8

EXHIBIT A-3
Beckcom (J001320-041024)

TAMU 2792

-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video


On Fri, Mar 8, 2024 at 10:28 AM Brian Beckcom wrote:
Ms. Kacer:
1. Please confirm that Texas A&M will produce the items for which there was no objection by today's statutory deadline;
2. Please confirm that the relevant personnel have been informed of their obligations to preserve all communications, documents, etc and not destroy, alter, or otherwise impede the ability to obtain the requested documents and information.


-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video


On Thu, Mar 7, 2024 at 9:30 AM Brian Beckcom wrote:
Ms. Kacer:
Thank you for your form letter. I obviously am not requesting a blind search, or an unlimited search, and my request is obviously limited in scope and time. I also note that you have not objected to some of the requests, which makes the responses to those requests now one day overdue. Please produce any and all materials to which you do not object immediately, or advise why you refuse to do so.
For the sake of compromise, we are willing to limit the request at this juncture to the years 2023 and 2024. We are willing to limit the scope to personnel in the Office of the Commandant, Office of the Vice President of Student Affairs, and Office of the President.
With respect to identifying the name(s) of individuals with documents, that objection is quite obviously improper as well as illogical. If I knew all the name(s) of the people involved, I wouldn't be sending a request, obviously. In fact, one of the purposes of information requests is to learn the personnel involved.
With that said, there is a limited number of personnel employed at the Office of the Commandant and the ROTCs, in fact the website lists less than 25 employees, so your form objection that A&M has "thousands" of employees is frivolous.
I would suggest you start with these folks: https://corps.tamu.edu/staff-directory/
I would likewise request that you inform the personnel in the Trigon, the ROTCs, the Office of the Vice President, and the Office of the President of their continuing obligations under law to preserve all documents, communications, and other matters. Destruction of documents -- even those subject to document retention procedures -- is improper and impermissible under Texas law, and may result in a variety of consequences both individually and institutionally, so please ensure that the relevant personnel understand their obligations in this regard.
Thank you. Please do not hesitate to call me with any questions. In the meantime, I look forward to receiving the materials to which there are no objections today.
Going forward, I request that you copy my colleagues Patti Artavia and Brendan Fradkin, cc'd above, on all future communications.



Exhibit 2

19

EXHIBIT A-3
Beckcom (J001320-041024)

TAMU 2099

-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video


On Wed, Mar 6, 2024 at 6:56 PM Texas A&M University Public Records Support wrote:

On 3/8/2024 3:15:33 PM, Brian Beckcom wrote:

TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: [Open-records@tamu.edu], "Patti Artavia"[patti@vbattorneys.com], "Brendan
Fradkin"[brendan@vbattorneys.com]

Ms. Kacer:
Please respond to my questions and to the unobjected to FOIA requests today. Otherwise, we will move
forward with legal action as authorized by statute and Texas law.


-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video


On Fri, Mar 8, 2024 at 10:28 AM Brian Beckcom wrote:
Ms. Kacer:
1. Please confirm that Texas A&M will produce the items for which there was no objection by today's statutory
deadline;
2. Please confirm that the relevant personnel have been informed of their obligations to preserve all
communications, documents, etc and not destroy, alter, or otherwise impede the ability to obtain the requested
documents and information.


-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video


On Thu, Mar 7, 2024 at 9:30 AM Brian Beckcom wrote:
Ms. Kacer:
Thank you for your form letter. I obviously am not requesting a blind search, or an unlimited search, and my
request is obviously limited in scope and time. I also note that you have not objected to some of the requests,
which makes the responses to those requests now one day overdue. Please produce any and all materials to
which you do not object immediately, or advise why you refuse to do so.
For the sake of compromise, we are willing to limit the request at this juncture to the years 2023 and 2024. We
are willing to limit the scope to personnel in the Office of the Commandant, Office of the Vice President of



Exhibit 2
20

Page 10

EXHIBIT A-3
Beckcom (J001320-041024)

TAMU 2794

Student Affairs, and Office of the President.

With respect to identifying the name(s) of individuals with documents, that objection is quite obviously improper as well as illogical. If I knew all the name(s) of the people involved, I wouldn't be sending a request, obviously. In fact, one of the purposes of information requests is to learn the personnel involved. With that said, there is a limited number of personnel employed at the Office of the Commandant and the ROTCs, in fact the website lists less than 25 employees, so your form objection that A&M has "thousands" of employees is frivolous.

I would suggest you start with these folks: https://corps.tamu.edu/staff-directory/

I would likewise request that you inform the personnel in the Trigon, the ROTCs, the Office of the Vice President, and the Office of the President of their continuing obligations under law to preserve all documents, communications, and other matters. Destruction of documents -- even those subject to document retention procedures -- is improper and impermissible under Texas law, and may result in a variety of consequences both individually and institutionally, so please ensure that the relevant personnel understand their obligations in this regard.

Thank you. Please do not hesitate to call me with any questions. In the meantime, I look forward to receiving the materials to which there are no objections today.

Going forward, I request that you copy my colleagues Patti Artavia and Brendan Fradkin, cc'd above, on all future communications.

-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video


On Wed, Mar 6, 2024 at 6:56 PM Texas A&M University Public Records Support wrote:

---

↩ On 3/8/2024 10:30:43 AM, Brian Beckcom wrote:

TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: [Open-records@tamu.edu], "Patti Artavia"[patti@vbattorneys.com], "Brendan Fradkin"[brendan@vbattorneys.com]

Ms. Kacer:
1. Please confirm that Texas A&M will produce the items for which there was no objection by today's statutory deadline;
2. Please confirm that the relevant personnel have been informed of their obligations to preserve all communications, documents, etc and not destroy, alter, or otherwise impede the ability to obtain the requested documents and information.



-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video



Exhibit 2
21

Page 11

EXHIBIT A-3
Beckcom (J001320-041024)

TAMU 2095

On Thu, Mar 7, 2024 at 9:30 AM Brian Beckcom wrote:

Ms. Kacer:

Thank you for your form letter. I obviously am not requesting a blind search, or an unlimited search, and my request is obviously limited in scope and time. I also note that you have not objected to some of the requests, which makes the responses to those requests now one day overdue. Please produce any and all materials to which you do not object immediately, or advise why you refuse to do so.

For the sake of compromise, we are willing to limit the request at this juncture to the years 2023 and 2024. We are willing to limit the scope to personnel in the Office of the Commandant, Office of the Vice President of Student Affairs, and Office of the President.

With respect to identifying the name(s) of individuals with documents, that objection is quite obviously improper as well as illogical. If I knew all the name(s) of the people involved, I wouldn't be sending a request, obviously. In fact, one of the purposes of information requests is to learn the personnel involved. With that said, there is a limited number of personnel employed at the Office of the Commandant and the ROTCs, in fact the website lists less than 25 employees, so your form objection that A&M has "thousands" of employees is frivolous.

I would suggest you start with these folks: https://corps.tamu.edu/staff-directory/

I would likewise request that you inform the personnel in the Trigon, the ROTCs, the Office of the Vice President, and the Office of the President of their continuing obligations under law to preserve all documents, communications, and other matters. Destruction of documents -- even those subject to document retention procedures -- is improper and impermissible under Texas law, and may result in a variety of consequences both individually and institutionally, so please ensure that the relevant personnel understand their obligations in this regard.

Thank you. Please do not hesitate to call me with any questions. In the meantime, I look forward to receiving the materials to which there are no objections today.

Going forward, I request that you copy my colleagues Patti Artavia and Brendan Fradkin, cc'd above, on all future communications.

-bb

VBAttorneysLessons from Leaders PodcastMy Bio Video


On Wed, Mar 6, 2024 at 6:56 PM Texas A&M University Public Records Support wrote:



Exhibit 2

22

Page 12
EXHIBIT A-3
Beckcom (J001320-041024)

TAMU 2700

TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: [Open-records@tamu.edu], "Patti Artavia"[patti@vbattorneys.com], "Brendan
Fradkin"[brendan@vbattorneys.com]

Ms. Kacer:
Thank you for your form letter. I obviously am not requesting a blind search, or an unlimited search, and my
request is obviously limited in scope and time. I also note that you have not objected to some of the requests,
which makes the responses to those requests now one day overdue. Please produce any and all materials to
which you do not object immediately, or advise why you refuse to do so.
For the sake of compromise, we are willing to limit the request at this juncture to the years 2023 and 2024. We
are willing to limit the scope to personnel in the Office of the Commandant, Office of the Vice President of
Student Affairs, and Office of the President.
With respect to identifying the name(s) of individuals with documents, that objection is quite
obviously improper as well as illogical. If I knew all the name(s) of the people involved, I wouldn't be sending
a request, obviously. In fact, one of the purposes of information requests is to learn the personnel involved.
With that said, there is a limited number of personnel employed at the Office of the Commandant and the
ROTCs, in fact the website lists less than 25 employees, so your form objection that A&M has "thousands" of
employees is frivolous.
I would suggest you start with these folks: https://corps.tamu.edu/staff-directory/
I would likewise request that you inform the personnel in the Trigon, the ROTCs, the Office of the Vice
President, and the Office of the President of their continuing obligations under law to preserve all documents,
communications, and other matters. Destruction of documents -- even those subject to document retention
procedures -- is improper and impermissible under Texas law, and may result in a variety of consequences both
individually and institutionally, so please ensure that the relevant personnel understand their obligations in this
regard.
Thank you. Please do not hesitate to call me with any questions. In the meantime, I look forward to receiving
the materials to which there are no objections today.
Going forward, I request that you copy my colleagues Patti Artavia and Brendan Fradkin, cc'd above, on all
future communications.
-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video

On Wed, Mar 6, 2024 at 6:56 PM Texas A&M University Public Records Support wrote:

On 3/6/2024 6:56:02 PM, Texas A&M University Public Records Support wrote:

CC: Open-records@tamu.edu
**Subject:** Public Information Records :: J000762-022624
**Body:**
March 6, 2024



Exhibit 2
23

TAMU 2789

RE: PUBLIC RECORDS REQUEST of February 26, 2024, Reference # J000762-022624

Dear Brian Beckcom,

Texas A&M University received a public information request from you on February 26, 2024. Your request mentioned:

*"From: Patti Artavia <patti@vbattorneys.com>*
*Sent: Monday, February 26, 2024 7:03 AM*
*To: open-records@tamu.edu*
*Subject: Open Records Request*

*Please see attached letter. Thank you*

*Patti Artavia*
*Senior Paralegal/Case Manager*
*2016 AAJ Paralegal of the Year*
*VBAttorneys.com*
*Direct Dial (832) 791-3118*

*Pursuant to Section 552.001, et seq., of the Texas Open Records Act, Public Records Information, please produce the following documents:*

*● All documents or other materials related to the Office of the Commandant's plans regarding the so-called fish Brigade, including but not limited to any documents from any working groups and any communications regarding the same.*

*● All materials, studies, communications, etc. referred to in the Commandant's February 2024 Facebook post regarding "socialization," "leadership education," discussion of the "communal/fraternal aspects of the Corps," any studies or materials concerning same, any discussions or studies of outfit v. Corps culture, the Rellis experiment in late 1940s and 1950s wherein fish were moved to Rellis Air Force Base and any studies or documents concerning same, any study of retention or attrition statistics, any proposed "re-mapping" of the core curriculum, any documents or other materials related to re-writing the Standard and the "Cadence," and any documents or materials related to Commandant's Guidance to the Corps or any drafts of same.*

*● All documents or materials related to the 4 Leadership Development Advisors and any documents related to the Commandant's plans moving forward regarding the Corps of Cadets.*

*● Any and all email or other digital communications from anyone in the Commandant's Office to anyone else related to the subject of the Corps of Cadets or any restructuring of the same.*

*● Any and all communications from anyone at Texas A&M concerning the plan to restructure*



Exhibit 2

24

Page 14

EXHIBIT A-3
Beckcom (J001320-041024)

TAMU-0738

*the fish and Corps experience, including from the Office of the President of Texas A&M,
the Office of the Vice President of Student Affairs, and the Board of Regents.*

*● Any discussions, communications or materials related to Diversity, Equity and Inclusion as
they related to any proposed changes to the Corps of Cadaets and any analysis or reference
to the recent laws in Texas as they relate to same, and any analysis regarding whether any
proposed changes"</patti@vbattorneys.com>*

Our office is unable to conduct a blind search for

*"● All documents or other materials related to the Office of the Commandant's plans regarding
the so-called fish Brigade, including but not limited to any documents from any working
groups and any communications regarding the same.*

*● All materials, studies, communications, etc. referred to in the Commandant's February 2024
Facebook post regarding "socialization," "leadership education," discussion of the
"communal/fraternal aspects of the Corps," any studies or materials concerning same, any
discussions or studies of outfit v. Corps culture, the Rellis experiment in late 1940s and 1950s
wherein fish were moved to Rellis Air Force Base and any studies or documents concerning
same, any study of retention or attrition statistics, any proposed "re-mapping" of the core
curriculum, any documents or other materials related to re-writing the Standard and the
"Cadence," and any documents or materials related to Commandant's Guidance to the
Corps or any drafts of same.*

*● All documents or materials related to the 4 Leadership Development Advisors and any
documents related to the Commandant's plans moving forward regarding the Corps of
Cadets.*

*● Any and all email or other digital communications from anyone in the Commandant's Office
to anyone else related to the subject of the Corps of Cadets or any restructuring of the same.*

*● Any and all communications from anyone at Texas A&M concerning the plan to restructure
the fish and Corps experience, including from the Office of the President of Texas A&M,
the Office of the Vice President of Student Affairs, and the Board of Regents.*

*● Any discussions, communications or materials related to Diversity, Equity and Inclusion as
they related to any proposed changes to the Corps of Cadaets and any analysis or reference
to the recent laws in Texas as they relate to same, and any analysis regarding whether any
proposed changes"* as there are numerous employees within the the Office of the Commandant and thousands
of employees within the university. A request of this magnitude is too broad. Therefore, we are requesting that
you narrow your request by providing us with the name(s) of employees who would be in possession of the
requested records. Additionally, if you could please provide us with a date range so that we can better assist
you with your request.

As provided by section 552.222(d) of the Texas Public Information Act, your request will be considered



Exhibit 2
25

Page 15

EXHIBIT A-3
Beckcom (J001320-041024)

TAMU 2789

withdrawn if we do not receive a response from you by the 61st day after the date of this request for clarification/narrowing.

Sincerely,

Leslie Kacer
Open Records Office

On 2/26/2024 11:15:43 AM, Brian Beckcom wrote:

TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: [Open-records@tamu.edu]

Yes to both questions.
Please make sure all the records requested are preserved.
Thank you.

On Feb 26, 2024, at 9:10 AM, Texas A&M University Public Records Support wrote:



Exhibit 2
26

Page 16

EXHIBIT A-3
Beckcom (J001320-041024)

TAMU-0796

✉ On 2/26/2024 9:10:20 AM, Texas A&M University Public Records Support wrote:

CC: Open-records@tamu.edu
**Subject:** Public Information Records :: J000762-022624
**Body:**
February 26, 2024

BRIAN BECKCOM (J000762-022624): REQUEST FOR CLARIFICATION/NARROWING; REDACTION RESPONSES REQUESTED

There are now 2 statements regarding mandatory exceptions and discretionary exceptions you need to select for your open records request. These questions are derived from a form developed by the Office of the Attorney General, dated 10/01/19. Please select "yes" or "no" in regards to these 2 exception questions for your open records request. Selecting "yes" will allow the university to expedite your request by avoiding the necessity of seeking a decision from the Office of the Attorney General.

Statement #1:
Do you agree to the redaction of information that is subject to mandatory exceptions, provided such redactions are clearly labeled on information you receive? (Yes or No)

Statement #2:
Do you agree to the redaction of information that is subject to discretionary exceptions, provided such redactions are clearly labeled on information you receive? (Yes or No)

Note: This is a request for clarification/narrowing of your request. Section 552.222 provides that a request for information is considered withdrawn if the requestor does not respond in writing to a governmental body's written request for clarification or additional information within 61 days.

Sincerely,

Leslie Kacer
Open Records Office



Exhibit 2

27

Page 17

EXHIBIT A-3
Beckcom (J001320-041024)

TAMU 2794

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nicole Myette on behalf of Jason Contreras
Bar No. 24032093
nicole.myette@oag.texas.gov
Envelope ID: 98751251
Filing Code Description: PLEA TO THE JURISDICTION
Filing Description: Defendant's First Supplement to Plea to the Jurisdiction_Pt. 2 of 7
Status as of 3/21/2025 4:13 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Patti Artavia | | patti@vbattorneys.com | 3/21/2025 3:11:11 PM | SENT |
| Brian ABeckcom | | brian@vbattorneys.com | 3/21/2025 3:11:11 PM | SENT |
| Brendan Fradkin | | brendan@vbattorneys.com | 3/21/2025 3:11:11 PM | SENT |
| Michael  Granado | | michael@vbattorneys.com | 3/21/2025 3:11:11 PM | SENT |
| Hunter Shurtleff | | hunter@shurtlefflaw.com | 3/21/2025 3:11:11 PM | SENT |

Associated Case Party: Texas A&M University

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jason Contreras | | Jason.contreras@oag.texas.gov | 3/21/2025 3:11:11 PM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 3/21/2025 3:11:11 PM | SENT |

Received & Filed 3/21/2025 3:17 PM
Gabriel Garcia, District Clerk
Brazos County, Texas
Erika Garcia
Envelope# - 98751778

24-003177-CV-85

✉ On 2/26/2024 8:54:25 AM, Texas A&M University Public Records Support wrote:

Dear Brian Beckcom:

We received your public information request for **Texas A&M University**. Your request was given the **reference number J000762-022624** for tracking purposes. Please refer to this number when making inquiries about your request.

You can monitor the progress of your request at the link below and you'll receive an email when your request has been completed.

Thank you for your interest in **Texas A&M University**.

To monitor the progress or update this request please log into the Public Records Center.

✉ On 2/26/2024 8:54:25 AM, Texas A&M University Public Records Support wrote:

Request was created by staff



Exhibit 2
28

TAMU-2792

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Patti Artavia on behalf of Brian Beckcom
Bar No. 24012268
patti@vbattorneys.com
Envelope ID: 86169545
Filing Code Description: Case Information Sheet
Filing Description:
Status as of 4/2/2024 8:29 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Brendan Fradkin | | brendan@vbattorneys.com | 4/1/2024 6:00:54 PM | SENT |
| Brian ABeckcom | | brian@vbattorneys.com | 4/1/2024 6:00:54 PM | SENT |
| Patti Artavia | | patti@vbattorneys.com | 4/1/2024 6:00:54 PM | SENT |

EXHIBIT A-3
Beckcom (J001320-041024)

TAMU-2793

EXHIBIT A-3
Beckcom (J001320-041024)

TAMU 2794

Withhold all per Tex. Gov't Code sec.

EXHIBIT
9

Corps Orientation (Phase 1) Worksheet (Higgins, Sosa, Ornelaz, Washington, Fleming - LeVan)

Zero Week + 7 Weeks Academics

Purpose: To enable a transition from high school student "mindsets and skill sets" to college student skills and mindsets within the model of Texas A&M and the Corps of Cadets

**Phase I Endstate:** Freshman
- Are confident in their ability to take and do well in college classes
- Have a solid foundation of TAMU & Corps standards, values, and Traditions.
- Are comfortable managing their time
- Are self-disciplined
- Are fit
- Are having fun
- Understand and believe that they will have better student experience at A&M and will be more academically successful if they stay in the Corps than if they were to leave. We must make a better value proposition than we are currently.

**Phase I POI outline:**
- Instruction and practical application in Standards/Values/Traditions
- SOMS
- Academic 1 on 1
- Resiliency 1 on 1
- Career Preparation introduction
- Drill
- Progressive physical fitness program
- Counseling/Feedback

**Housed by Major Unit**

**Manning:**
Cadet Cadre: Certified through WG#2's Cert process. Using Major & Minor Unit XOs for oversight, 1stSgt, (SR? PLt Cdr x 2), Juniors SL x4, ASL x 4, 40 fish. That's 2 seniors, 9 juniors, 40+ fish = 51+ cadets/floor. Using FOW 2023 numbers as a baseline, that's 5 BDE fish units (4 floors)~202, 5 Regt fish units (5 Floors) ~215, 8 Wing fish units (7 Floors)~309 , and 3 Floors of band fish units~130. 44 Senior and ~207 Juniors
- Minor Unit housed in Fish Dorms end of hallway
  - XO in charge of or Phase 1 operations
  - CO focus is on Corps Operations
  - Juniors FT/AFT leaders (Sophomores Phase 2)
  - Transfer Units in one dorm
- Training Cadre for Orientation Phase - SOMS, Hollingsworth, CMDT Leadership Briefs, Certification
  - Phase I not just for fish but also for outfits to get ready to be able to receive and train fish

- GAP: What is the rest of the Units doing During Phase 1 as a unit. Need to know the training/certification of other classes/leadership. What is being taught so they can integrate cleanly in Phase 2.

Staff Oversight:
- Advisors - Corps Performance Coach, how? Academics, how? Military & Operational Advisors, how? ROTCs, how?
  - Integration of support Advisors – LDA construct as part of this phase, dedicated time with FISH with academics, performance coaches, LDA teams during unit activities early during FO, as they approach Phase 2, preparation by cadre about unit

**Resources:** LLCs space needed by Major Units for Unit Activity Times - Meredith Question

**Policy and Procedure Needed:**
- Standard for how all Freshmen Operate by Year Group and Phase (Needs WG)
  - Example: Introduces traditions through Campos in SOMS and unit activities/visit sites as part of unit activities when class starts

- There is a Brass culmination at the end of Phase 1. It would involve the FO Cadre presenting the brass to the freshmen , combined with a revealing of the freshmen's new outfit}. The FO Cadre will ceremoniously hand over the responsibility of training the Fish to the Outfit Cadre. Outfit Cadre take the oath and the freshmen greet them. It signifies the end or *Orientation* and the beginning of *Outfit Orientation*. A two-fold event: Awarding of Corps Brass by MU freshman unit cadre and outfit welcome by corps units for their assigned freshman.
- Subgroup Outfit Integration:
  - Standard/unified event from OOC/set standard (first time around)/outfits may not welcome with open arms/may want to put on their own culmination/welcome into Phase II
  - Easier transition into outfits
  - Actual accomplishment/something tangible to complete/be able to check a box
  - Feel transition as a Corps at all levels not just fish
  - Want it to mean something/sense of belonging
  - bring cadet challenge weekend to the fall?
  - Leadership based activities - LRCs
  - Cadre can see the results of their work/leadership training success
  - Not just about freshman/the entire Corps
  - Formal change of command from one cadre to new outfit cadre/leadership integration as an outfit
  - Hand off responsibility/take to next level past outfit integration mechanism
  - Recommend Data/Bio Cards for fish to meet/get to know upperclassmen and upperclassmen to know fish before Phase II – Transition Responsibility

**Explanation of the Weekly Sections:**
- SOMS 111 - The subject that is being taught to the freshmen
- Academics - Significant academic events for the University and freshman academic milestones

- Dedicated Cadet Life touchpoints - Career Preparedness, Resiliency Coaches, ATR, Cadet SLs
- Cadre Focus - Guidance for the FO Cadre. They need to know what Fish are being taught in SOMS so that they can reinforce it during unit activities and counseling time.
- Physical Fitness - Limits to physical activity so that freshmen encounter a progressive PT program
- Standards, Values, and Traditions  (SVT) - Can be any number of events. Teaching/Reviewing Camposologies, inspecting uniforms, teaching CR skills, talking about TAMU traditions, Counseling Sessions. Cadre will use this time to achieve items identified on the Worksheet Schedule.
- Administrative - Various other necessary activities
- Fish Intramurals - allows fish to engage with other university students - extra curricluar

(Zero Week) 7 (band) /10 - 17 Aug

- FO Cadre Introductions by the Advisors to include a class on how the freshmen should expect to be treated. FO Cadre then will break them into their training platoon, explain structure and introduce themselves.
- Academics-
  - Campus Schedule Tour mandatory with all tools to navigate (Phone Apps etc)
  - EST Prep (Continue with EST assignments as in previous FOW, e.g. Ensure Maroon link profile is good, academic schedule printed, mandatory TAMU online classes)
    - Aggie Grade Book and Scheduler
  - Schedule Checks
    - SOMS, ROTC, Full Time Student (dependent on Scholarship)
- Dedicated Cadet Life touchpoints - Resiliency Coaches, ATR, Cadet SLs
  - Initial, then when next checks? Midpoint of phase and Prior to Culmination
- Cadre Focus- Conduct initial assessment- identify issues (administrative, medical, mental, academic, etc), Provide good example, Ensure FOW schedule is adhered to. Teach set up and wear of the uniform
- Physical Fitness - Intro to Stretching and conduct of PT
- SVT - Stationary Drill (Attention, Parade Rest, facing movements, saluting), CAMPOs: #1&2
- Administrative
  - Any other training requirements in Computer Based Training?  Title IX
  - ROTC Inprocessing
  - Uniform Issue and re-fit
  - Scholarship Counseling? Different Scholarships/Requirements Video, Canvas, or in person?
  - Poll for all fish on what intramural teams are available for the Fall

(Week 1) 18 - 24 Aug - First Week of School

- SOMS 111 - Time Mgt (verify lesson plan/curriculum by weeks for entire semester with Katie)
- Academics - **Add/Drop end of Week** [correct classes, SOMS, ROTC, etc]
- Dedicated Cadet Life touchpoints- Resiliency Coaches, Cadet FLs, ATRs, (ROTC/CAP Chaplain?)
  - What is the Cadet Chaplains roles…they have taken on a lot of responsibility = redefine? As an individual to point students to the right or needed resource?  or is it a Chain of Command responsibility – not a single student – does the chaplain elevate to

- Cadre Focus - Introduction of Corps Brass Books. Morning Activities discuss add/drop
  - Activity 1 - Commandant Brief
- Academic Free Period – (one on ones with Cadet Life Academic Perf)
- Afternoon Activities (Meredith question for use of Adams hall – performance coaches)
- Physical Fitness-
  - Activity 2: Initial Strength/Agility assessment (modified Corps PFT with .5 mile run, max # of pushups, max plank time) Cadre record this data for ability group assignments
  - Activity 4: run 15 min @ 10 min/mile pace         Lower Body - 1 Set

- SVT -  CAMPOs: #3,4,11,&14
  - Activity 3: Marching Drill (Step off, halt, Open & Close Ranks),
  - Activity 5: Initial Counselings
- Administrative -  set up fish Intramural teams


(Week 2) 25 Aug – 31 Aug

- SOMS 111 - Goals
- Academics -
- Dedicated Cadet Life touchpoints
- Cadre Focus - get the freshmen to write down on a 3x5 card their goals for why they joined the Corps, post it above their rack.
- University Intramurals - during extra curricular times
- Physical Fitness
  - Activity 2: Run 20 Min ! 10min/mile pace;   Upper body (UN) Resistance Daily 16 - 1 set
  - Activity 5: Corps Run:  Lower Body - 1 set

- SVT - CAMPOs: #7,10,15,&27
  - Activity 1: Corps Discipline Brief
  - Activity 3: Marching Drill ("Eyes right" and "Ready front")
  - Activity 4: Initial Uniform Inspection


(Week 3) 1 Sep – 7 Sep

- SOMS 111 - Manifesto
- Academics -
- Dedicated Cadet Life touchpoints -
- Cadre Focus - Discuss Corps trip end of month, expectations, need to personally secure rooms.
- Physical Fitness
  - Activity 2: Run 22 min @ 10min/mile; Upper Body (UB) Resistance Daily 16 - 1 set
  - Activity 4: Corps Run; Lower Body - 1 set
- SVT - CAMPOs: #12,16,19&28
  - Activity 1:  Marching Drill(Column Movements)
  - Activity 3:
- Administrative -

(Week 4) 8 Sep – 14 Sep

- SOMS 111 - MBTI
- Academics - Scheduled appts with student groups - proactive assessment
- ==Dedicated Cadet Life touchpoints -==
- Cadre Focus - Discuss as an outfit cadre MBTI and what are same/different characteristics of the fish's MBTI. What opportunities do different personalities bring. Strengths and weaknesses.
- Physical Fitness
    - Activity 1: Run 22 miin @ 10 min/mile: lower body 1 set
    - Activity 3: Run 24 min @ 10 min/mile; Upper body Resistance Daily 16 - 1 Set
    - Activity 5: Run 16 min @ 10 min/mile: lower body 1 set
- SVT - CAMPOs: #13,20,21&29
    - Activity 2: Marching Drill (to the rear march & mark time)
    - ==Activity 4:==
- Administrative -

(Week 5) 15 Sep – 21 Sep

- SOMS 111 -  Character Artifact
- Academics - Scheduled appts with student groups - proactive assessment
- ==Dedicated Cadet Life touchpoints -==
- ==Cadre Focus -==
- Physical Fitness-
    - Activity 1: Run 24 Min @ 10 min/mile; Upper body Daily 16 - 2 Sets
    - Activity 3 Run 18 Min @ 10 min/mile; LB resistance - 2 Sets
    - Activity 5: Corps Run
- SVT - CAMPOs: #5,17,25,&26
    - Activity 2: Instruct fish on construction of fish spurs.
    - Activity 4: Marching Drill(Flanking).
- Administrative -

(Week 6) 22 Sep – 28 Sep

- ==SOMS 111 -==
- ==Academics -== Scheduled appts with student groups - proactive assessment
- ==Dedicated Cadet Life touchpoints -==
- ==Cadre Focus== -
- Physical Fitness
    - Activity 1: Run 24 Min @ 10 min/mile; Upper body Daily 16 - 2 Sets
    - Activity 3: Run 20 Min @ 10 min.mile;  LB resistance - 2 Sets
    - Activity 5: ==Corps Run before Arkansas??==
- SVT - CAMPOs: #9,18,22,&30
    - Activity 2:  Test fish on drill as per Corps Brass Book.
    - Activity 4: Corps Trip Prep and significance
- Administrative -

(Week 7) 29 Sep – 5 Oct

- <mark>SOMS 111 -</mark>
- Academics - Heavy Testing WEEK <mark>{may need to assess PFT period if early or late window)</mark>
- <mark>Dedicated Cadet Life touchpoints -</mark>
- Cadre Focus - Brass Culmination and signoffs complete;  ALL outfits provide a list of Cadre, hometown, and major for fish to start learning post outfit assignment notification
- Physical Fitness
    - Activity 1: Run 20 min 9 min/mile;  Upper body Daily 16 - 2 Sets
    - Activity 3: Corps PFT 1.5 miles, max pushups, max plank time(Outfit Ldrship Run with them to observe – CO/XO/1st Sgt/Plt Sgt)
    - Activity 5: Corps Run; Brass Culmination
- SVT - CAMPOs: #6,8,23,&24
    - Activity 2: Drill Time (continue testing per Corps Brass Book)
    - Activity 4: Final Counselings

- Administrative - Post outfit assignments

Fall Break (6-9 Oct)

**Transition** 4 days (10-13)

- Counseling: Cadet Cadre - FTL works directly with the outfits he has fish with.  Warm handoff on each Fish they were responsible for to the FTL at the unit.

- Handoff – Athletic Ability /Academic/Drill/SVT from SQLs to outfits

- Introduction to units during morning activity time (PT resumes next week based on ability groups).

- SVT - Tie unit into campos that have meaning to thems, bonfire, etc.

# Working Group #1 : Freshman Orientation Phases

## Defining the problem:

- Intentional and immersive leadership development experience that recognizes tradition but transcends and accelerates the leadership experience to remain competitive for tomorrow.
- Acknowledges 'student led' but within the construct of OOC standards, values, and policies.
- Holds the balance between outfit integrity and leadership development.

## Scope:

View OOC as 'TRADOC' – put in play policies and guidelines that

1) define success 2) define what 'right' looks like and 3) define the product

## Key tasks and progress markers:

Groups will design an implementation plan that begins with the end in mind.

1 Nov: Working Group Kick Off, IPRs begin

15 Nov: IPR #1

    Refine/resource/reflect

28 Nov: IPR #2

    Refine/resource/reflect

5 Dec: Staff Meeting Update/IPR #3

    Refine/resource/reflect

19 Dec: Final Recommendation/Summary Report submitted

10 Jan: Implementation Meeting/Phase 2 Begins

## Outputs:

Each working group will present their findings to include

1) a summary of recommendations

2) a plan for enacting their recommendations

3) request for support with identified resources to support the work required for their plan

4) a timeline of implementation and assessment.

## Key Considerations

1. FOW is no longer a week; it extends to fall break or beyond
2. Becomes a white-belt event (those who have led before)
3. Focus on orientation NOT initiation
4. Socialization approach – 3 phases that need recommended timing
   a. Integration into the Corps: cadre focused, OOC facilitated
   b. Integration into the Outfit
   c. Training for the next position

## Strategic Considerations

1. Consolidation of fish to one area of the Quad that is restricted to Cadre and fish
2. Spring 2024 changes/needs/policies for fall 2024 implementation of your recommendations

**Working Group Collaborators**

Lead: Sherri LeVan                         Desiree Ornelaz

Katie Higgins                              John Regan

Russell Tipton                             Jerry Peralta

Josh Polk                                  Steven Allbert

Tommy Snyder                               Rob Washington

Brad Tippett                               Hannah Sosa

John Fleming

# Working Group #2: Sophomore Leadership Academy

## Defining the problem:

- Intentional and immersive leadership development experience that recognizes tradition but transcends and accelerates the leadership experience to remain competitive for tomorrow.
- Acknowledges 'student led' but within the construct of OOC standards, values, and policies.
- Holds the balance between outfit integrity and leadership development.

## Scope:

View OOC as 'TRADOC' – put in play policies and guidelines that

1) define success 2) define what 'right' looks like and 3) define the product

## Key tasks and progress markers:

Groups will design an implementation plan that begins with the end in mind.

1 Nov: Working Group Kick Off, IPRs begin

15 Nov: IPR #1

Refine/resource/reflect

28 Nov: IPR #2

Refine/resource/reflect

5 Dec: Staff Meeting Update/IPR #3

Refine/resource/reflect

19 Dec: Final Recommendation/Summary Report submitted

10 Jan: Implementation Meeting/Phase 2 Begins

**Outputs:**

Each working group will present their findings to include

1) a summary of recommendations

2) a plan for enacting their recommendations

3) request for support with identified resources to support the work required for their plan

4) a timeline of implementation and assessment.

## Key Considerations

1. Result in certified/validated trainers
2. Concurrent to FOW; validated trainers develop the 'how' of outfit integration and Corps Brass
3. Socialization approach – phases that need recommended timing
   a. Task based: Proper training of physical fitness, drill and ceremonies, room inspections, uniforms, discipline process, honor code and honor process
   b. Theory based: demanding vs demeaning, transactional vs transformational, emotional intelligence, motivation, understanding subordinates
   c. Practical application and assessment: scenario based/role modeling case studies, personality assessment review, in-person (blind) interview process to certify, SGT rank awarded upon validation

## Strategic Considerations

1. Spring 2024 needs IOT implement this in Aug 2024
2. Role of the current Corps Leadership Development Model to support
3. Spring 2024 changes/needs/policies for fall 2024 implementation of your recommendations

### Working Group Collaborators

Lead: Byron Schlather    Frank Wood
Jason Mullenberg    Kristen LeForte
Ken Griffing    Bill Meredith
Jeff Gardner    Steven Cheatham
Kevin Parker    Cristina Vela
Will Zimmerman    Remi Bankole
Peter Siegel

Spring 2024

- WG#2 has not met as a complete group since late December.
- Dave Kelley developed the curriculum overlay for weekly Commandant instruction and SOMS 181/281 integration (see attachment; SOMS 181-281 KSA Curriculum overlay)
- Sub-group w/ Col Parker as lead has started developing case studies that incorporate the leadership topics for use in SOMS class discussions (see samples attached: Management v. Leadership; Values-based Leadership; Bases of Power)
- Contacted Shanna and Jason at Rudder Theater Complex to reserve the Auditorium/Theater for specified dates
  - o No conflicts identified at this time
  - o ~$1200 per week to use Rudder Mon/Fri mornings
  - o Rudder has not confirmed availability; awaiting a response to email sent Friday, 12 Jan
  - o Recommendation: Commandant kicks off first session on 5 Feb 24
    - Audience: Freshmen and Sophomores
    - Alternate Audience: Whole Corps?
- Certification:
  - o Still wrestling with how to integrate SOMS, outfit preparation training, certification task force personnel
    - Timeline for certification
      - Spring semester
      - Refresh during Zero Weeks (formerly cadre training/FOW)
      - Fall semester remediation
    - Spring preparation training
      - Minor unit vice outfit training?
    - Certification task force
      - OOC staff only or do we augment with cadet leadership who are "trusted agents?"

EXHIBIT
**10**

| | |
|---|---|
| **From:** | Simpson, Meredith M |
| **Sent:** | Wednesday, March 6, 2024 4:22 PM |
| **To:** | Thompson, Amy L |
| **Attachments:** | Feedback Form.27Feb1000.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow Up |
| **Flag Status:** | Flagged |

**Meredith Simpson**
Chief of Staff
Office of the Commandant | Corps of Cadets
1227 TAMU | College Station, TX 77843-1227
ph: 979.845.2811 | msimpson@tamu.edu
- - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY**

# How can we be more intentional and immersive in our leadership training and education program across the four-year journey?

The greatest leadership training is not done in the classroom but done in a position of authority. The fish are not learning leadership, except by example. The people gaining leadership are the upper class men who are given the privilege of responsibility.

Giving outfit leadership more autonomy while also enforcing high standards of outcomes is what will lead to the greatest leadership development.

https://texags.com/forums/16/topics/3445742

Have a standard for the corps as a whole (such as kicking out repeated PT failures) but allow individual company identities to remain. Allow companies to have a MAJOR say in their individual unit leadership

Let us lead. The corps is very hypocritical on being a "cadet run " organization then attempting to reinvent the entire program with zero cadet input

By bringing back an actual cadet led corps. The changes that you plan to implement will only bring resentment from the current cadets.

Do not go forward with all fish dorms next year. Outfit culture is vital to developing loyal leaders who respect authority.

Provide an opportunity for fish to take on a leadership role in their second semester, even if only a minor one. Once they have proven themselves as capable cadets, they should begin assuming that role.

Actually make the cadet lead the corps the Commandant promised in his initial address to the corps. There has been a constant stream of lies and false hope given this year. Commandant staff needs to have some accountability for their actions instead of blaming everything on the cadets. If they want more training for the freshmen class, then have the cadets be better prepared. Equip the cadets instead of taking away everything we have worked so hard to fix and prepare for next year.

Let ROTC units exist, cadets not going into the service can observe the "fraternal organization " and those joining the service can have their specific leadership models tweaked to their service

Make SOMS more than reading a book with discussion. Make SOMS 2 credits and have some sort of "hands on" training in regards to what is learned in class.

By letting upperclassman lead and train the fish that come to their unit and setting aside time during the week for outfit briefs.

Make soms classes more than busywork classes where commandants staff talks just to fill the space. Making it an intentional time for actual leadership development could be immensely valuable.

We need to redefine what it means to be a senior. The idea that seniors "inspire" is extremely vague and does not give them much to go off of. Furthermore, incentivize being present in the outfit and in the Corps. I firmly believe that upperclassman who don't show up shouldn't be allowed to train any class.

Creating a culture where every class has motivation and a genuine reason to invest in those below them. This means partially holding lazy whitebelts accountable but most importantly means giving outfits as many opportunities as possible to train freshmen and develop relationships through outfit activities and other mechanisms. Fish's training academy would make leadership development less immersive for everyone who isn't on the select Whitebelt cadre and that is a net loss.

Make sure everyone has a vital role in their outfit and feels needed. I think this would also inspire people to stay motivated and participate in corps activities to the full extent.

My answer to this is on my next answer.

Overall restructure the corps. Outfits become platoons. Battalions become companies and major units become battalions. It would make the description of these leadership billets make more sense as well as give the small leadership positions (SL, FTL) the ability to lead.

Secondly outfit COs now become PLs, Battalion Commanders are now company commanders and so on. I think this model can be seen amongst the RVs. We operate as a company but then we break off into our platoons to conduct drill, pt, etc. additionally we still have our own unique cultures across our platoons. The culture of the outfit wouldn't change. You would just rename Leadership positions as well as what it means to lead in this role. Which in turn will make leadership more Intentional as well as make leadership make more sense.

Look back at the years before COVID. What did they do then that had them at 2500+ cadets and see what has changed since then. The corps was growing at the rate it needed to survive and thrive before COVID.

It is hard to give thoughtful meaningful and purposeful answers for change if we do not know the reason for the change. As a student organization we deserve to know the full reason for the changes. Please.

By allowing leaders to do what is necessary to push the individuals below and around them. Encouraging the corps experience in its truest form, in the form we all came here because we love, not the form being pushed by those before us, Kathryn banks, General Ramirez, and I hope not yourself. Without a significant challenge and purpose we will never be immersed in this leadership environment. Without the ability to properly train our subordinates nothing but apathy will ensue. Without proper outfit and individual level culture individuals will have nothing to have pride for.

We must recognize that all leadership must be where the followers are and provide metrics and feedback for improvement and to keep units intact as much as possible.
This means that metrics must be provided to each unit for expectations of each position (from fish, to sophomore, to clerk, to junior, to Scholastics Junior, to XO, etc.) within the outfit, recognizing some units may divide effort within a chain among several individuals. Accountability for compliance must then be ensured. Most organizations include systems for feedback outside the direct chain of command - so the Corps should expect every Cadet to provide, perhaps monthly, a review of their own leadership and followership, of the leadership of their own outfit, and of the followership of their own members. With today's technology, it is easy to obtain an electronic survey from each Cadet.
Outfit advisors must read those monthly reports and take the appropriate action, which may be meetings and redirections to those in positions of command or in positions of followership. This affords an opportunity for Advisors to identify those on the bubble of retention and provide outlets, including potential transfer to another unit. This also affords the Outfit Advisors the opportunity to determine whether those in a position of leadership are suited to it, succeeding, or failing.
At the end of the day, training is Explaining, Demonstrating, Guiding and Enabling. Evaluation is a critical element in ensuring each of these elements is being met.
Regular evaluations should also be helpful in flagging the failures identified already.

As a rising senior, freshman cannot be the only priority when it comes to training. How do outfits push upperclassmen to grow? I think a big reason for whitebelt apathy is uppers do not feel like they have more to learn and if they don't get a position they want, they lose motivation to be there. I believe this is the reason everyone is as upset as they are because without fish, they won't know how to operate because they only focus on the fish.

Leadership (in my opinion) is a bottom up approach. So it takes time for ideas and culture to change. I think there have been quite a few good steps made this year with regard to holding people accountable, keeping Cadets involved, and giving Cadets the opportunity to take ownership and I think we need some more time to let these ideas truly take hold.

I would move forward with the proposed changes. All levels in the corps has been thoroughly corrupted by bad leadership and power hungry people who are not interested in developing people but rather being able to assert power over others and using freshmen as a means for entertainment and ego.

Continuing to allow fish to live with their outfit would result in a more immersive leadership training, as they are around their upperclassmen much more and can observe what they do and learn from their examples. We can also be more intentional by allowing cadets more control over the Corps to let cadets have larger scale leadership experiences to prepare them for the future.

Continue to provide the best possible training through intentional and corrective training, as well as providing resources to improve through both outfit upperclassmen and the Corps. As a fish this year, the entire reason why I joined was for the adversity. Knowing that I was going to become the best version of myself through a trial of fire was what lit me up and motivated me to be here. I believe the Aggie Corps is the best in every way for a reason, and that reason is because of the tried and true traditions that have been instated over the decades that hone the best leaders the nation could want. I love this Corps, and even as a freshman, it has already become my home. My outfit buddies are my best friends in the entire world and knowing that new changes for next year compromise this structure saddens me. I want what the Corps has given me to continue on for centuries to come. Sometimes, counterculture isn't bad.

As far as training and leadership goes, I say bring things back to the outfits at a radical level. Outfits are where everything important takes place. It's where you make your closest friends, face your greatest struggles, and learn who you really are under a volley of struggle. Keeping training and development under the outfits will not detract from the overall Corps spirit, I believe it will add to it by having a close family in a large unit.

There has to be a better way of choosing the future leaders of the corps and units. As a senior, I have suffered the command of unit commanders and major/minor unit commanders who are not prepared or committed to the prospect of leading. Many potentially great leaders are overlooked when it comes to even offering interviews, and the ones who are chose to lead are woefully inadequate. I have had one great CO and one good CO in my outfit in these four years. Each year me and my buddies have put out for leadership just to be overlooked and never give a chance. The imports we have gotten have cared little for the outfit and have been a detriment to the unit by imposing their will without feedback or consideration. You wonder why cadets are disheartened in the organization by the time they are seniors? It is obvious that cadets are not being seen or heard and are being subjugated to poor leadership by the corps. Let us choose our own leaders or actually spend more time choosing our leaders because this has been a major problem in many outfits and throughout all levels of staff.

I think it's important to let cadets continue to be involved. Taking sophomores away from their outfits to be trained by corps advisors detracts from the upperclassmen's ability to make an impact on their subordinates. I think it's okay to have a specific curriculum that sophomores should be learning, and advisors should definitely be present to enforce those ideas, but cadets should remain the main teachers.

I am only a fish. I know and have experienced less than a quarter of my journey. However, what I do know is I have learned a great amount from the current model. My buddies and I have fought through the first semester together, and I wouldn't want to change that for anything. What made the corps so great was having a close support network of my outfit from the beginning. I was aware of upperclassmen to go to for help in the transition from high school to college, and was able to gain good advice, strong bonds and deep mentorship from them. What I also know, is that a Commandant Brief every Monday morning to learn about leadership means little for a group of college students that attend multiple lectures daily. Those at the top are undermining the value of socialization in the leadership model. Much of that socialization comes from the outfit level. I was incredibly fortunate with a good one, one without a single punch, an outfit with a proud fish class who have improved in our leadership ability simply by having inspirational individuals directly in our lives everyday. It's not the corps that needs to change, it's those lacking outfit cultures that need to reevaluate. Intentionally and immersion stem from focusing on individual future leaders. People buy in to a system that they feel cherishes and knows them personally. The only way to do that is by improving outfits.

I appreciate the weekly discussions with the commandant. However, it appears that SOMS teachings are antithetical to the mission of the Corps. I frequently left SOMS feeling disappointed in myself and feeling as though I was nothing more than a propagandized cog in a machine. I believe it would be beneficial to turn SOMS into a place where cadets can share leadership experience, discuss current issues, and learn about the issues of the Corps beyond the March to 3000. Additionally, I believe that the incentive for general Corps traditions has fallen as a result for apathy in our higher leadership. We must select individuals for staff who love the Corps and do not segregate themselves from the standard.

Reevaluate the SOMS curriculum to focus more so on discussion of leadership theory and why we are coming to certain beliefs and actions in our leadership instead of surface level explanations of what we could do. A lot of the stuff has the potential to be interesting but it barely scratches the surface of why we as people do things and what benefits or consequences come from it. Currently it appears like it is just an excuse for leadership to tell their vision to us and just hope the younger classes grasp onto it. Make each soms class feel different because, aside from the transition from CTO to Leadership Professors, a lot of it has felt very similar and I personally didn't feel like the professors had the ability to use the hour a week to their full extent. Many cadets do the assignments and classify it as busy work and dont really think about what they are writing. If they do it is probably only what they imagine their professor wants to hear which will lead to no real change. Additionally there should be more of an emphasis on DNC careers. Previously I had mentioned in SOMS classes that I felt ill prepared by the Corps, especially for business careers, because we only started interview questions in the Fall of senior year. Nowadays it is common, if not essential, for students to have internships prior to senior year. Cadets should know about these opportunities and timelines so they can be prepared to be leaders in whatever world they go into.

Make the Corps cool again. Make it difficult, but provide resources that make that manageable. Imagine if Cadets were treated like athletes here at Texas A&M. That is what I would love to see us move towards. Adults checking in on us, personal trainers, dietary and food coaches.

We can allow leaders to actively make more choices and guide the future of the corps. It feels as if we are bowling with the bumpers up and anyone who's been bowling knows that is entirely different than the actual sport. Additionally cadet leadership is consistently undermined by CTOs or whatever you want to call them. We preach things in SOMS class like praise in public scold I private then proceed to rip leaders in the hallway for all to hear. Another key failure is communication all we have heard is that fish brigade is about March to 3000 and now it is about leadership values and a lack of whipping out. The fact that the way I and many others I know learned the justification for the Commandant's choices is through a leaked Facebook post is an absolute travesty. When the Commandant first arrived he said his one of his key goals was to "give the corps back to the cadets" since then there has been earth shattering decisions made behind close doors with little to no cadet input is a failure on all accounts. In sports it can be said a coach has lost a locker room when he is no longer respected by the team leaders. I think it can be effective said the Commandant has "lost the locker room" and similar to any coach who finds himself in that position needs to do something to regain our trust.

MORE OUTFIT MONITORING

Outfits culture and training needs to be monitored much more than it is, however it needs to be done consistently and effectively. I would propose both Unit Staff and Corps Staff doing routine check-ins with the blackbelts of every outfit to ask about outfit culture, trainings, and culture. This way, Corps staff can find out what goes on behind the scenes in outfits, not just what upperclassmen want you to see whenever someone is physically there. This will (if done properly) keep upperclassmen from being able to facilitate a toxic culture and unauthorized training. This will also offer a better support/protection for fish and sophomores (it is necessary for them too) against toxic training and culture that their outfit may try to facilitate.

There is lots of bad/toxic stuff that goes on in many outfits across the quad that never gets reported or found out because there is no way for someone on the outside to see it. Information must come from within the outfits.

I would love to discuss this topic more. My email: boomeraggie2@tamu.edu

I believe the briefs are a step in the correct direction. The give and take of formations have in my opinion enabled more leadership on outfit levels. Off the bat we were able to switch call times, adjust PT plans to be more focused on platoon level goals, and delegate responsibility throughout the ranks.

I believe in the importance of keeping a healthy mind and body. We're taught leadership is a muscle that needs to be worked. We need an 'exercise' to ACTUALLY practice leadership. Something we organized and execute on our own. This comes in to form of PT for several outfits including my own. Talking about leadership ideals and scenarios and good, but it doesn't mean anything if we can't practice it. It's just words. I think PT serves for this reason. I'm not someone who just says, 'smoke the freshman cause they're freshman', I believe in building them up. My point in this, is that we need something that we can organize on our own and execute. Something we can agree with on an outfit or major unit level. This can come in the form of major unit FTX's for contracts, something that was done in the past. As well corps wide major unit competitions. Competition breeds success, we could even encourage this through further academic incentives.

I understand little 't' traditions pose problems. I believe they only pose a problem if they push into an area of legality (obviously). Being able to connect with alumni about the same traditions is an incredible opportunity. Run traditions by CTOS and be OPEN-MINDED. CTOs need to stop cursing out cadets without learning a perspective. We could be doing everything correct and because it 'looks bad' I'll be at parade rest and have a bunch of curses slung at me for no reason. It breeds an environment of frustration and apathy. If I'm doing everything right, why am I being demeaned? If I work diligently to create an outfit within the boundaries of our rules why do the CTOS not know those rules? Why is their first response to do EXACTLY what you don't want us to do to the freshman? It's not fair, CTOs are the face of commandant staff, what happens when the only thing we see them do is yell at us? It makes us by proxy dislike you, as someone in a leadership position, it makes it increasingly difficult to support decisions or change.

Don't let outfit culture be quashed, and empower every class to be leaders. This year I have felt that as a sophomore (especially second semester) I have no role. I am constantly walking on eggshells as one wrong move will end up with me being dressed down by a military advisor. I came into my pisshead year thinking I was going to be yelling and screaming all of the time and love it. I didn't. I like being a sophomore who still upholds the Standard. I still am demanding when necessary but also I can build those relationships with my fish. These will be the people I rely on next year to execute whatever vision we as a corps have. I think if you want fish to stay and keep outfit culture and build a better corps culture you need to treat heads better and allow them a little bit more leniency to make mistakes. Empower your sophomores to keep fish accountable.

The Corps experience is one of the most immersive leadership programs in the nation, currently. I'm not sure "more immersive" is possible. Intentional? The inherent structure of classes within an outfit is one of the most intentional arrangements that I've been a part of. The outfit provides every aspect of leadership opportunity that a cadet will likely encounter upon graduation. Now, for "training and education", more classes and seminars could be offered - outside speakers (alumni, pillars of the community, etc) could be engaged to interact and share insights to the cadets.

We allow outfits to develop leaders like 150 years of corps before us

Give more situational leadership education and training instead of theoretical. My time in the Corps helped, but not the classes. All of my leadership skills were developed within interactions with my fellow cadets and cadre through dialogue and trying different strategies. Give the fish the foundation their first semester or halfway through their first semester, but the rest of their time in the Corps should include how to deal with their peers and mentorship from fellow cadets, up and down their chains, and CTOs.

Continue with outfit culture as is, stop trying to implement the authority of big corps. Within the outfit, the four class system works extrodanarily well when done corrext (which it is most of the time.) As fish you learn, as heads you train, as butts you lead, and as Zips you mentor. fish are taught the skills they need

to uphold the standard and to be a cadet by their upperclassmen. Possheads use the skills they learn as a fish and are taught by their whitebelts to train the fish. Butts use the skills they learn as a blackbelt to be leaders and congrigate with the Zips for advice. And Zips mentor those under them to be better leaders, and prepare to use the skills they have learned in the real world post graduation.

A balance of student independence and Corps-wide accountability. More strictly enforced standards all around.

Don't separate Freshman from Upperclassman

We can be more intentional and immersive in our leadership training by giving cadets leaders to look up to and learn from. Yes there are already some, but maybe if cadets respected their CTOs or other leaders, it will be more immersive on how a leader should act. How one should not by hypocritical. How one should be flexible, not stiff as a board. How one should hope to become. This includes the DNC cadets, as they currently have no leaders in their major's fields to look up to beside what the university provides.

Honestly thought the way we were trained and learned during my 4 ( c/o '77) worked pretty well. The lessons I learned from being a fish were used in my 40+ career...

Allow more slack for outfits. Sophomores don't become scary and disciplinary when they can't be scary or disciplinary. No pushing at formo just makes them an outcast in the outfit where they can't goodbull and they can't be demanding either. Pushing was the one think that made fish respect them because they had the ability to actually execute their authority.

Promoting outfit unity by keeping outfit activities with all years, and creating more opportunities for outfits to grow with each other, such as team building events.

Challenge your cadets more by allowing for more training and not requiring meetings that have no direct purpose or intention. If meetings are necessary make them brief and as small groups as possible such as having wing meeting instead of a commandant address every week

1. Start leadership training the Fish the last 6 weeks of their fish year, so they are ready to assume their Sophomore Leadership roles when they come back on the quad.
2. Rotate ALL Sophomore Leadership positions at the end of the semester to give more cadets the opportunity to practice what they have learned. Currently only a limited number of cadets ever get to be a squad leader. This would double the number.
3. Consider also rotating All Jr positions at the end of the semester. If a Jr is stuck in a minor BS job, he feels left out and stuck in a rut.

Over the years, I have recruited a lot of cadets, many when I was a Scout Master. I remember one, that had been my best Senior Patrol leader. He quit after his fish final review, (Had a 3.5 GPA) because he did not want to spend the next three years stuck. He had been selected as the social corporal of his outfit. . The outfit tradition was, he would have been in the social position as a Soph, Jr and Sr. He wanted an opportunity to learn some leadership. Not a very good leadership training path.

It seems improbable that a leadership lab like the Corps can immerse its participants when all meaningful decisions are made by the Commandant's Officer rather than a committee of cadets. Consult with cadets before proposing radical changes without our consent. Give the cadets the ability to govern ourselves and vote in changes with greater autonomy, i.e. allow us to perform in leadership roles.

I think this is the wrong question to ask. The leadership development that comes out of the Corps, contrary to the belief of a lot of people, doesn't come from the corps leadership positions. Nor does it come from general outfit positions. I think the leadership position that gives the most leadership development is to be a 1SG or a CO right now, as you have to manage and lead a large group of subordinates and peers. But the bulk of the leadership development within the Corps comes not from the direct training, but from the character development and growth experiences you get from being a part of the experience. It starts as a fish, with your own physical and mental limits being pushed as well as your

EXHIBIT B-2
Beckcom (J001320-041024)

TAMUX-0732

buddies. I can't understate the importance of a buddy class for a fish, the peer leadership opportunities a buddy class gives fish are some of the best the corps offers, and the character development you undergo as a fish comes not only from yourself but largely in part from watching and helping your buddies grow as they help you. Sophomore year you're on the opposite end of the board and now you have to lead your own fish, and the one-on-one leadership experience being a fireteam leader should be with proper execution is a great opportunity that sophomores miss out on. Junior and Senior year, the leadership development comes more from trying to help run larger outfit operations. I don't think the Corps needs more 'intentional' leadership training. Our current model actually has a lot of room for leadership development, but the problem is that cadets are disenfranchised with the corps, overloaded with coursework and don't have time to invest, or generally demotivated to take the opportunities they have. More 'mandatory training' will only make that problem worse.

Continue to raise the bar. An idea. Make FOW slightly longer, maybe even slightly into the school year. We are known for already making great leaders under the current model. This idea seems to have not failed us. I know so many leaders in the corps that were created with this model.

Listen to feedback on how upperclassman felt most effectively trained as underclassman

Give cadets ability to love the organization again. Allow it to be a challenge, make it worth earning. Make this place something to be proud of, earn, and difficult.

LET ME BE A SOPHOMORE PLEASE!!! I went through Brass and earned it, so let me be a sophomore and let the fish be fish.

Focus on the "Be" and "Do" of leadership. We have classes, briefs, and the like to discuss and "Know," but of late have been lacking in the application.
The best way to learn, especially in a laboratory like this, is to be given more freedom; that means cadets need to be making the actual decisions, not Commandant's staff.
Army ROTC does this excellently with land navigation, and letting you get lost yourself instead of, in this case, guiding you to a point (which may not even be on your lane strip).

Additionally, the 2nd and 3rd semesters of SOMS should not be centered on MAs/CTOs ranting about what's wrong in the corps, but instead the military training (I.e. ORIs, customs & courtesies, professional translation of lessons learned, and allowing for an open forum of discussion centered on cadets themselves.)

What has always made the Corps unique is the intense stress and seemingly impossible challenges put on the fish, and the class bonding and unity that occurs as a result. My Corps buddies are still very close today 24 years later. We look back on the challenges we went through together with fondness, and now as an adult I know that no matter what I face, I dealt with X in the Corps, so I can deal with Y now. That's what robust and ready leaders are like, regardless of whether you are in the corporate world or military. That's why the Aggie Corps has always produced some of the highest quality leaders from any institution. If you take away the buddy system and the outfit identity, you'll get all the things that are the problem with the military and it's morale today. The goal is not to produce plug and play cadets that can be moved around - and create "sameness," but work on creating excellence and allowing that to look different across outfits. The goal is to create close bonds and hardened, humble leaders. The outfits are a laboratory of leadership, and naturally the best labs will produce the best results. Learn from the best and help the ones who are struggling - rather than lower the standard across the board and lose the heart of the organization. That's what the world needs. I was C-2 guidon, regiment sergeant major, regiment commander and RV platoon sergeant for the squats. Those experiences alongside my buddies is what made for "intentional and immersive leadership training." If you take that away, we might as well just be a service academy, where cadets will scrawl IHTFP all over campus and dream of the day they can get out of there.

Each class year has its own place in the development of a leader. Too much focus on one part or not enough focus on another causes a disconnect in what we should all value as a meaningful leadership training experience. If any changes are to occur, to keep the integrity of the leadership development model, precise and careful consideration needs to be given to the roles at every class level. This should come in the form of conceptual lessons and teaching points, but most importantly, physical examples on how the roles work within our organization and how they can be translated for our futures. If guidance

cannot be provided adequately to cadets amists changes, it may be good to reevaluate exactly how leadership at every level should be played out, lest we abandon the very purpose of the Corps of Cadets.

Continue to defend and uphold the standard while prioritizing the value of the corps leadership experiences available in outfit activities.

I believe that we can be more immersive in our leadership training by expanding the criteria for leadership roles as well as creating more. At the moment, the way we chose leaders is very simple and only focuses on grades first and foremost though most cadets would rather have a good CO with average grades rather than a bad CO with a 4.0.

I think that having a larger group for standardized drill and uniform would be good, however if we want the fish to stay close together, the outfits present a simple option. It is much harder for 200 cadets to become a cohesive unit than 20 or 30. Using outfits would also allow sophomores to learn their job and grow as a leader. I believe that FOW should be extended to two weeks and be corps wide to allow standardization, after this, these fish will be released to their outfits for sophomores to learn their job and fish to learn outfit culture.

We can do interviews for people each semester as part of the transition process from going to a fish to sophomore, sophomore to junior, junior to senior.

Intentional and immersive is by keeping the fish with the upperclassmen-having the upperclassmen teach them from the beginning, like it has been the past couple years. Although SOMS is required for only a year and 1/2, I think it should be required for all four years. And if you want to focus more on being intentional, in those classes there can be given situations that every under and upperclassmen experience and explain how every action that is taken not only has a reaction but has a purpose. We tell our fish all the time that everything we do has a reason and a leadership correspondence. That should be emphasized. If SOMS won't be for all four years then have meetings with the whitebelts as well. Fish year everyone cares because they want you to stay, and by that time you're already calling the Corps home and don't want to leave. Then during Pisshead year every MA and everyone on Corps Staff hates you because they think you're the problem-so you get a fraction of that care, maybe a fourth of initial care. Then once you hit being a whitebelt you're basically tossed to the way side. The whitebelt's leadership development matters too. Even if SOMS doesn't become required, whitebelts should still have meetings with the Commandant maybe once every two weeks to a month to understand our purpose, place, and course of action in accordance to your vision while fulfilling our own visions. I understand helping the blackbelts develop, but the whitebelts matter just as much as they do in this entire Corps process.

As a zip, I look fondly at the time where it was tough as a buddy class and made me proud to be a killer. Enforcing height and weight along with pt scores will make everyone care more. Also let prospects know that this won't be easy but will be worth it.

This is a student organization, let the students run it. They have the pulse on the generation, and those that thrive have the knowledge on how to do so. Just as fraternities have attrition, so too will the corps. Just as fraternities are not for everyone, so too is the corps. The corps is its own entity, NOT a USMA lite.

Service towards others needs to be more heavily implemented. I was talking with Colonel Allison last semester, and he told me that when he was here no freshmen had to do pushups for their mistakes. Instead, the upperclassman directly in charge of them had to do the pushups because they didn't do enough to get their freshmen to the point where they were flawless. I think a system something like this would benefit the Corps. I don't think the upperclassmen necessarily always doing pushups in front of the freshmen or whoever it is that messed up would have any benefit, because then the initiator might do the opposite desired effect and try to mess up to make their upperclassmen have to do pushups. I think this kind of system, though, would make more humble and service-oriented cadets.

I was an Outfit Commander class of 2000:
1. As a sophmore, there was no official leadership training, just a "passed down" model of what some thought was cool, often yielding the next class to be even more obsurd. Any type of coaching/leadership training for sophmores should be welcomed.

2. When I became outfit commander, same thing, no real training. We met biweekly with a Cadet Training officer with no real guidance, it was story time.
We met weekly with the band directors, same thing, it was a pissing contest of which outfit was better.

Any training for commanders that would involve:
1. delegation techinques,
2. peer/underclassman accountability,
3. communication techniques
4. planning weekly, monthly and semester goals in PT, inspections, academics guidance
5. Conflict resolution strategies

If we are truly making an attempt to build leaders, these are the current strategies I stress with my current subodinates.

Mandatory leadership forums for the different classes where Old Ags and other leaders come and talk about leadership. In the interim between forums have classes broken down by major units have sessions with officers out of the Trigon.

Peer selected leadership. Would eliminate a lot of the perceived pointlessness of leadership positions that is prevalent amongst the Corps. Reinfecting pride into the corps will increase this ability too. The only way to reinfect pride is to make the corps something worth the time and effort it takes. The lessening of standards and ease/comfort of many outfits fish experience only subtracts from the pride one can have as a cadet as they know PT standards are not hard, you aren't going to be pushed, you're not going to be yelled at, the challenge changes to mundane inconveniences not a stressful situation from which to grow.

I think proper oversight of a cadet run corps and special units. I graduated in '21 and felt that part of the lack of leadership opportunities resided in the fact that not enough autonomy was given to cadets in how their corps, major units, special units, and outfits were run. Obviously oversight is needed or you'd end up with the inmates running the asylum. At the same time, your average cadet finds more opportunities for personal growth when they are presented to him as a means to make an impact. This impact is more readily seen when the decisions a cadet leader makes have tangible effects on the corps. This is opposed to the image that "the bulls" are the ultimate decisions makers and everything else is just cosmetic.

I appreciate what you're trying to do but I find that removing fish from an outfit ends up stranding all of the upperclassmen without a purpose.

By NOT separating the fish from their outfits for FOW

(AS800, '23 dead zip)

1. Immersion was not an issue in 2019. Every upper in my outfit was involved with training before COVID because people had responsibilities. Every year cadets have been able to take less and less action without oversight which kills drive to participate. Examples included training chow, training before formation, and daily room inspections before fallout in the morning. Every upper could be responsible for the performance and mentoring of fish in their CoC. These tasks are now gone, and engagement and immersion is following for both fish and uppers. Fallout holes and head sheds were great for getting cadets in the zone for training time, and assisted with "flipping the switch".

2. Corps events that give everyone a chance to lead such as a weekend at the O-course or LRC where each cadet must lead and pass a graded event before the end of the semester, similar to the PT test. The idea is to engage leadership in all cadets and provide opportunities for learning and discussion based on current performance. Events could also include things like taking turns planning a minor unit event with exclusively non-training cadets.

3. Cadets could assist with leading a SOMS class in a role similar to that of a TA, allowing cadets to

mentor each other with the guidance of instructors and have responsibilities to the class they serve.

4. Require non-corps or extracurricular Corps orgs leadership be mandatory for all those not in some position within the corps. Not everyone is in ROTC or corps leadership, so this could help thrust cadets into getting involved in something else they are interested in (aviation club, interamural teams, etc)

Actually giving Cadets an opportunity to Lead rather than Manage. Management is the forefront of what we do in the Corps of Cadets, rather than leadership. We are constantly told what we can and cannot do and have to work within the Small gray area and that sums up our leadership opportunities.

We are told to think outside of the box, but when we do we are told no or that it is not feasible or won't be approved. A key example of this would be when my outfit wanted to put on a 1 day long Field training exercise. Months of planning and logistics went into it as a way for my pissheads to practice for becoming whitebelts, leading teams and practicing execution of long term plans. Advisors constantly deffered their decisions saying maybe or it wasn't at all possible. One advisor finally agreed but told us day of that we couldn't go forward with it.

With all of the required guidance we have we cannot resonably set our own agenda for ourselves or our people with all these requirements that we have to hit otherwise we are hit with discipline. I understand the need for these requirements to better connect us to core values, but it does not allow us to be creative with our time or try new things, which I believe is essential to leadership.

I don't agree in a total laissez-faire approach to activities, there should be standards and an approval process for what is done. but as leaders we should be able to at least plan how we think activities or outfit led things should be done, rather than being shut down. It increases group cohesion and a shared sense of identity. Rather than a "do it because staff said so" mentality. This model doesn't make leaders, it makes managers and followers.

Expand SOMS for freshman and sophomore to twice a week. In SOMS classes, teach second semester fish about being sophomores and perhaps conduct "pisshead practices." Also, allow outfits to conduct "pisshead practices" by having second semester fish, ideally after spring break, practice training their buddies. Taking fish out of their outfits during designated training times takes away leadership opportunities for the upperclassmen, especially the sophomores in the outfit. First semester sophomore SOMS, the new pissheads should have opportunities to reflect on their leadership methods and see what is effective and what is not. Sophomore second semester SOMS should prepare the sophomores to be juniors. I know when I was in the Corps looking at scenarios and discussing how we would handle each scenario really helped me grow as a leader and see different viewpoints on how to solve problems and address issues. During weekly outfit meetings, allow juniors time to offer constructive criticism to the sophomores (without fish present). The criticism should be organized and offered with solutions and likely should be approved by the first sergeant. Increase white belt mentorship. Have chaplains make sure white belt mentors meet with their black belts formally at least once per month. Encourage COs to talk to all seniors in the outfit when setting outfit objectives.

The Corps has served as the best life lab for more than 100 years. Seeking ways to be intentional and immersive is like asking how to be a better helicopter parent. The Trigon staff should be present and offer guidance. The Trigon does not need to be selecting the leaders. Watch the activities for safety. Let the Cadets run the Corps and make mistakes. That is part of learning.

The answer is certainly not (in my opinion) fundamentally changing the system of the how the corps will be run for the future, instead of re-examining a proven, successful model that has been operational for a very long time in a university that values tradition. I think that if there's a broken part of a toy, you can fix that toy instead of buying a new one. You can fix it and reinforce it so the same thing doesn't happen again. Personally, I'd say one of the "repairs" to be more intentional and immersive in our leadership training and education program across the four-year journey is by involving comm staff in OBSERVING and offering GUIDANCE to outfits during their training times. The most effective way I've given feedback to my underclassmen is by affirming in public and correcting in private. Whenever anyone that has held rank in the military walks in the hallway, all we feel is fear, because there is a big chance that at the slightest mistake, the "Advisor" or "CTO" will destroy the training environment, embarrass the leadership

in front of the fish, damage their credibility, and all of that will occur for something like calling "preparation for new roles" the term that has been used for years, "transition training." Gen. Michaelis said it himself during his first Commandant's address, that this is a "leadership laboratory" that should afford cadets to make mistakes and learn experientially instead of sitting in a class learning concepts but not giving any experience of about how to enact them. If that is an issue, comm staff should take a more active role in providing accurate, constructive feedback, not taking destructive, seemingly intentionally intimidating and discouraging steps to put our cadets down instead of lifting them up. The measures being taken to keep cadets from making mistakes are also measures to stop them from learning, because mistakes are a huge part of learning. So for a short answer, I think a patient, graceful involvement of comm staff to advise outfits during training times, provide help and not give commands to outfits during operations, would be the most beneficial.

For our cadet leaders, at the upper-end of the four-year learning experience, a better feedback pipeline is necessary. This is the first time I've ever been given the opportunity to give feedback on a greater-than-outfit level in my three years in the corps, and I think that this should be a necessary expectation of our upper leaders. I know from being a fish to being in my own leadership position now that there is a constant pressure and need to fight against becoming disconnected from the bottom level of the hierarchy as you move up, and I believe our highest leaders are the most disconnected from the "real corps," the 90% of cadets that carry out their guidance on a day-to-day basis. Upper-leaders also rarely get to chance to see firsthand the effects of their guidance. There was a point last semester where I really wanted to offer some feedback to whoever decided afternoon training times were not allowed to take place on Thursday afternoons, and realized that the corps did not care what I thought (there was no way for me to give feedback), which is extremely backwards for an organization that is aiming to teach people to be leaders.

For the very bottom, "babying" cadets will lead us nowhere in either recruiting (most cadets are looking for a challenge) and the quality of our program and I believe this change to implement a fish dorm would be very similar to "babying" our cadets.

Please note that anything I've said has been meant and intended in the most respectful way possible. No matter the decision that is made, I will have complete buy in to this corps and making the best impact I can make on our freshmen

I think upholding everything that makes A&M and the corps special and preserving the four year corp development model is crucial, peak corps experience was last year.

Give cadets more power over the policies that are put in place for the corps.

Don't have a fish dorm

I believe that allowing cadets to have a larger say in the type of training that would be asked of them to perform and receive is important. I believe that kind of training would be more productive when those who are training as well as being trained really believe in what it is that they're conducting and learning.

Get rid of the Green tabs for all. Command tabs should be earned, not just because you are on that leadership tract. The Corps of Cadets is a Leadership Laboratory where you can work on your leadership style and learn by the success and failures within the safety net set forth and overseen by the Cadet Training Staff. The Corps of Cadets runs on the Class system. The Freshmen are the Main Cog in that wheel. Your first semester fish year (not FOW) is when you are expected to let go of all the accolades you got in HS and to relinquish your selfish instincts. Every fish starts off on the same level and you must rely on your buddies to be successful. Is it stressful? Yes, the goal is to make the fish class a unified entity which culminates with the earing of Corps Brass. I look back on my fish year with fondness and because it was tough, it showed me I could do anything I set my mind to and if I knew I had the help from my buddies. the second semester fish year is when the groundwork is laid out and the Leaders start to emerge. you know HOW to be a cadet (Uniform standards, inspection standards, and all the other things that your overall outfit has to do with the goal is the General Moore Award and the other

awards you can win. (again, promoting the all classes have to pull their weight to achieve that goal. The Sophomore class has the hardest Job in the Corps as they must instruct and discipline the fish to care about the smallest details about be able to present themselves off the quad in a manner that promotes the Corps as an organization that should be respected and to uphold the mantra of soldier, statesman, and knightly gentleman. at the same time the upperclassmen are pushing the sophomores to still work as a class in unity (the visual to the fish on how that should look) and to also lead them in their approach to leading that mission. The Jr Class is the day to day running of the outfit (making sure the study hours are kept, all the meal counts are there, etc.) but this is where the road takes a fork. while 40-45% of Cadets will eventually take a commission, the other 55-60% will take a D&C path. the Corps at this moment fails those D&C cadets at the expense of the contract cadets (I also understand that the commandant's office's mission is to assist those scholarship cadets. to be perfectly honest, the current system of cadets moving outfits is part of the problem. there were plenty of leadership positions available to those that wanted it in my time you had Corps Staff, Regiment staff, Battalion Staff, and Outfit staff. these positions are ROTC accolades. Nobody cares what staff position you held at your ROTC in the military or in the private sector. Now the culmination of 3 Hard years of Corps work, you are a Sr Cadet and you are now at your Leadership Lab to practice what you have learned from those leaders that came before you and in your ROTC classes and the Trigon officers and CTO's. this is the system I learned under and I feel it was successful.

Allow for Freshmen to put their newly learned leadership skills from their outfits (meaning that the Freshmen will be with their outfits since the beginning of their Corps career) by having them compete in Wing, Brigade, or Regiment level competitions solely led by the Freshmen, yet arranged by Upperclassmen (i.e. monthly marching competitions, "fish platoon" PT competitions, MPIs already test knowledge and The Standard which is good). The emphasis here is that the Freshmen will be forced to put their learned leadership skills to the test. Additionally, this would NOT ONLY increase outfit buy-in/better culture/class relations, but it would also be a good assessment of which Outfits are lacking the instructional, intentional, and immersive leadership because the Freshmen classes that would perform badly will reflect their Outfit leadership.

In order to create and intentional and immersive experience within a leadership organization, it is critical to consider the value of having a smaller ratio of trainee to the trainers. While understanding the purpose of the unified freshman dorm being to better prepare cadets for the Corps and student environment, it is also important to consider that there are other options to that of which is preposed that wouldn't inhibit the ability of Outfits to carry on with traditions and values that have been around for years. For example, if the issue is that the sophomores are placing too much stress on cadets in the first stages of the training. Why not, post-FOW, introduce all of the white belts to the fish but keep the same sophomore cadre who are already well trained present while the rest of the sophomores conduct an ethical leadership course. Thus, within the most critical part of a students education, the first month and a half, freshman will be able to slowly transition into what the rest of the semester will entail. Further instilling buddy unity, communication skills, and better utilizing the Senior and Junior cadets to create an environment of highly controlled stress where freshman "students first" can focus on their education in conjunction to the Corps of Cadets lifestyle.

When I was in the corps the formal leadership training took place in your junior year as addendum of the Naval Science curriculum and Naval History. It was in the form of a business management class. Good course but at 20 years old I struggled to apply the principles learned to the military context. While there were a few Corps positional opportunities (e.g., ASL)to demonstrate and experience leadership it was very "trial and error" and "on the job". My thought was and is that this resulted in a lot of mistakes and no doubt contributed to the abysmal attrition numbers in my outfit (S-2 87-91). We graduated 7 original folks from a 36 fISH. S-2 was disbanded for H-1 2 years after I graduated. I would propose an immersive leadership plan for every cadet every year. Every year could have objective based leadership principles that needed to be demonstrated with larger responsibilities each year (team, squad, platoon, company) Each fISH could be assigned a sophomore team leader/mentor who switched after one semester. Same principle up the line. Additionally, a robust peer evaluation system should be instituted providing anonymous feedback to the underclassmen and team leader mentor teams. I would suggest rotating key leadership positions each semester. West Point does this and I think it's a good learning. Finally, as a sophomore I was expected to be a disciplinarian to my fISH at exactly the time I had the least

EXHIBIT B-2
Beckcom (J001320-041024)

experience. I propose that we shift the view of Pissheads from martinets to mentors. That will certainly require juniors and seniors to be more active.

By continuing to uphold the state of the corps as it was in school year 22-23

Provide a way for whitebelts to continue to buy in outside of special units. There are many ways we support fish and heads, but it drops off for upperclassman. I think having balls for each major unit would increase morale by a lot.

From what I am aware, freshmen are responsible for learning how to follow before they can lead in the Corps of Cadets. Learning how to be a follower can give insight on how to be a better leader in the future. If the structure of the Corps stays the same, I will use what I have learned from following instructions from my fire team and from various chains in my outfit to instruct and lead fish. Experiencing good and bad instruction helps the followers learn what kinds of communication and leadership styles work to develop well trained and confident individuals ready to be rewarded with leadership.
Secondly, Air Force Leadership Laboratories do an outstanding job at offering leadership opportunities to fish willing to step up and put out for them. For both LLAB and for Air Force PT, fish have many opportunities to take charge of their flight and learn. This is the whole point of a leadership laboratory, it is a time to experiment, learn, fail or succeed in leadership. From my personal understanding as a freshmen, it also offers a unique leadership experience for upperclassmen outside of their outfit as flight commander.

Properly train sophomores. The biggest single detriment to the corps leadership development is a lack of training at the sophomore level. Often times, the only leadership training that a sophomore gets is surviving freshman year. They then proceed to behave exactly as they were treated

From my perspective, and many other people I've talked to, the current MO of the Corps is to treat the fish as if they need to be walked through every step of life. Many of these young men and women come from the top echelons of their high schools, being key members of JROTC, STUCO, NHS, and others. When they arrive here, they are made out to be fragile and un-thinking, and their upperclassmen are made to effectively treat them like children. I am not advocating for making life unnecessarily hard for the freshmen, but I am advocating that making it too easy is denying these hard-working, motivated individuals their opportunity to molded by a more rigorous environment. These 4 years are fleeting compared to their careers in the military or civilian world, but learning how to cope with the stress of balancing schoolwork, cadet life, physical fitness, and their social lives here, in an environment you can relatively safely make mistakes, sets them up for great success down the road when many of these same stressors are re-encountered in a world that is much less understanding to failure. In short, the young adults that are attracted to this institution are allured by the idea that going through this program will make them tougher in all areas of life, and to deny them of that opportunity is to deny them experience that is necessary for the real world.

This may not be your question's answer but I didn't attend A&M to become a leader or to grow through education. I applied to A&M because I wanted to be in the Corps of Cadets like my dad('49). I knew I need what the Corps could teach me, whether or not it was pleasant.

The current 4-year development model that we have (following, coaching, mentoring, and inspiring) works well, and all 4 class years are needed to make this successful.
While I believe that the Commandant briefings are a stopgap until a more unified SOMS curriculum is put together, what makes us stand out from other leadership organizations is that we practice hands on leadership that can't be found in a classroom. Those briefings take us away from that.
The greatest teacher is experience. The corps provides us the ability to create controlled and artificial stressful situations that we can put our cadets through. This helps cadets get used to acting under pressure, and any mistakes made along the way are not permanent.

My recommendation is that the Commandant's staff and Corps Staff should shadow outfits to see how they operate. NOT interfere, but just observe, even if the situation MAY seem out of hand. Ask questions at the end of training times and bring back observations to consolidate and discuss.
Ensure that leaders are intentional: I'm sure there are many cadets in leadership positions who do not

EXHIBIT B-2
Beckcom (J001320-041024)

TAMU-0749

have their priorities straight. EX: Personally, I don't believe that the current values surrounding the RVs are values they should be following (especially as an official honor guard). On the surface, things look great, but racist jokes at the ends of practices or a racist and dark who's-who powerpoint are not values we want in this organization.

Take action to put intentional leaders in place who have the right end goals in mind. Allow them to use their own methods within limits to achieve that end state.

Keep outfits and MUs together and close to foster a feeling of ownership of their outfits, MUs, and the Cadet Corps as a whole. Cadets are the keepers of tradition on campus and cadet leadership needs to carry more control to make the responsibility of their position have the weight their title suggests.

I personally think you are being too intentional into the aspect of developing leadership recently. For as long as the corps has been around we have been know for developing leaders. This was because you had 4 levels of development.

Fish year - the lowest of the low having to earn your keep and quite frankly having the worst year of your life. Learning about how to become a men of character but more importantly watching other be those men of character that you care to be like.

Pisshead year-

Being the reason that the fish hate their lives. There is no relationship between the fish and the pissheads besides smoke. I firmly believe this because there is nothing strong than bonding over a common enemy. Yes you are the bad guy for a year but you also learn a lot too. You get to see the inside of how the outfit is lead. You start going out for positions and developing academically. You learn how to lead in a different way. And learn how to get shit done because you are the workhouse of the outfit.

Butt year - you run the outfit. It is yours and you are in charge. You are the person that the fish strive to be like. You act like a father to them in a rough environment where they are broken down to be build back up stronger.

Zip year - watch back and see the three classes that you developed lead the outfit. Act like a butt here and there but essentially be the moral and building up of the fish and pissheads too. ( pissheading can be a lonely life)

Personally I don't see why we would try to get away from this. Personally I am a 4th generation corps of cadet member and my grandfather and father are some of the most successful people because of the corps and that is not a brag about them but a brag about the corps because they are successful because of it.

So stop. Stop changing what the corps is. There is no need. The punches are from soft people that is a recruiting fault. Don't recruit bad cadets or people who aren't mentally prepared to have a shit year. Like you said the punch rate was much lower this year during fow because it was softer. That makes sense it is your fault for giving those cadets a false sense of reality because that is not what the corps is. That is a leadership fault.

Being a relatively recent graduate from Texas A&M and the corps of cadets, I have had the opportunities to see many examples of good and bad leadership outside of the corps. In my job, I have seen our fairly robust training period create very dedicated members of our team as well as very poor workers. I have even had the opportunity to work alongside my manager to tweak and correct our training and many of the changes I pulled directly from my time in the corps. However, good leadership training, I believe, comes down to the people who are training and less about the training program. Also, breaking down the four years in the corps, I believe the most crucial years for learning how to be a good leader is sophomore and junior year. Similar to the training we have implemented at my job, the period of training is dedicated to learning the basic tasks while "in the trenches" of the job and grinding. The reason for this is to truly learn the job from the literal ground up, to earn the respect and trust of those above you,

EXHIBIT B-2
Beckcom (J001320-041024)

TAMUx 0740

show your peers and your leaders that you are willing to work hard, and to earn the rest of your training period. This method has been very successful for my company and I believe it's a pretty accurate representation of fish year in the corps. My argument away from the singular fish class until the spring is the same argument I would present my leadership if they said all of our new hires will spend the first few months together away from our work. They simply would not learn the job like it is to be done at each account while also not being given the opportunity to build bonds with their coworkers. I believe the same applies to fish year in the corps. fish year provides bonding and learning with your buddy class unlike any experience leading up to it. Good leaders in the years above can truly motivate a fish class to be extremely successful, setting them up for the crucial years to follow. As far as changes go in the corps, I would love to see the same dedication to leadership training given to the fish also given to the upperclassmen. Ultimately, my time in the corps and experiencing a "hard" fish year followed by built in leadership training the following years shaped who I am and what kind of leader in life I have become.

Perhaps we ought to look towards the experience of the Academies and our own University's similar programs. The Academies have a Summer time program to get their plebes ready for school in the Fall. We have ample models from Fish Camp and T-Camp and the like on how this can be managed and organized.
Perhaps, for the new upperclassmen, a similar program could be stood up in May between Final Review and the beginning of the Summer Session.

Hands-on leadership experience is better than in class, PowerPoint-centered "training" every single time. We need to focus on opportunities for cadets to lead from the front in physical activities rather than making them sit in a chair and learn about it but rarely have a chance to implement it.

Make things hard again. I understand the overall mission of your office and of the university is to get to the benchmark of 3,000 cadets, but so far that is coming at the expense of a harder training environment. Pressure makes diamonds, and the corps isn't designed to be for everyone. I know that the majority of cadets were allured in to the corps by the harsh environment to provided for one to test themselves and come out physically and mentally stronger individuals. The corps has been producing intelligent and ethical leaders in the military and civilian sector since its creation. What I've seen so far from the proposed changes is stripping the corps of the intensity it had which attracted many. Retention is going to plummet because people don't want to be in an organization that doesn't push them or make them feel like they earned their spot in their outfits or the corps as a whole. Additionally, outfit culture is what drives camaraderie and in some cases is the crutch of some people's experiences. Outfit culture is not the issue, and by targeting it you are making enemies of the people you hope to direct. Similarity, there are traditions that are being taken away that also adversely affects the way cadets view the office. Flight of the great pumpkin is a great example, it's something for the corps to rally behind and draws in thousands of people to view. It is what makes Texas A&M and the corps such a unique and special place to be. There is a way to implement leadership changes while preserving the culture of the corps and without creating animosity between the commandant office and the corps itself. We all believe in this corps, we all love this corps, but I've seen nothing but hatred and animosity grow from the policies implemented under your charge. It will destroy the corps from the inside out if it continues.

Focus on the leadership of the fish through formation of bonds through outfit culture and family. Though love, and a lot of being straight with the freshmen

Create more opportunities for learning. Too many times I see this interaction

"This is what I want done. This is why I need it done. This is how I want it done. This is when I need it by." That's a lazy leader. Too much information, too much management, not enough opportunity for learning. Leaders everywhere do this, and it breaks my heart because they are robbing their subordinates from the ability to learn, and robbing themselves of the ability to teach them. This, I fear, is what's happening to our Corps. They're lazy leaders. Everyone is micromanaging everyone, and the more they do it, the more slips through the cracks.

"This is the task, this is when I need it done by, what are your questions and thoughts" That's a leader. Let your subordinates work through it. Coach them if they have questions. Let them screw it up, to an

extent, then show them how to get back on track. Coach them, mentor them, understand them, and by doing so; you are molding them. In my opinion, that interaction right there is what the Corps is missing. The fact that you're accepting feedback at all tells me you're more than aware of this process. You use it yourself. Now apply it to the Corps. How do you get a Pisshead to use this process? A 1SG? A Commander?

You give them tasks, give them the opportunity for mess it up, then you bring them back on track. Use the process, teach the process, live the process. This process is not taught from the bottom, up. It taught from the top, down. If you want good pissheads, you need good 1SGs. And if you need good 1SGs, you need good Commanders. And if you want good commanders, then you need good Cadre. Start where you feel appropriate, but teaching this from the bottom is a waste of time, and energy, and is a lot of heat to bring onto yourself. Teach it from the top, let it trickle down. Let people make decisions, and live with them in some cases.

I am not going to pretend to know the answer to this.

Understand the traditional structure of leadership experience within the Corps and capitalize on why it was started that way. As a freshman, you learn to follow and work as a team.

As a Sophomore, you start with one leadership tool, that is direct command and control. You see what works and what does not work through trying different things at different times. Having a larger amount of Sophomores leading a smaller number of fish gives the best situation to practice that small scale, direct front-line experience in teaching and evaluating.

As a Junior, you oversee the Sophomores and guide them. And so forth into the strategic leadership of the Seniors.

At each level, fewer people actually hold the leadership roles as you identify the best leaders in the unit.

First and foremost, if quality over quantity is truly the goal there needs to be emphasis on raising the bar and standards that go with it rather than dropping to the lowest common denominator. Some people weren't cut out for it/didn't understand what they were signing up for. But instead because of how much has been removed to help make it more inclusive, it's created the effect of ostracizing those who've put in the effort who then start to question if it was worth it when they could've gotten by without having pushed themselves. Additionally, while it's possible things have changed in the 2 years since I've left the corps, there's constant complaints about upper class men not respecting the fish, but if you look at how the bulls treat the cadets I've seen a lot of similarities where cadets are not treated with respect and given the appearance of a double standard. When cadets intentionally go out of their way to avoid the people that are supposed to be their advisors, there is clearly something wrong. As for making a more immersive leadership training and development, for one there are so many alumni with such variety of backgrounds who'd me more than willing to even lend an hour of their time where they could even zoom and talk to small groups and provide mentorship and learning (C-2 does really well with this both with their annual conference and other activities).

give more leadership opportunities



Put cadets in challenging positions and allow them to face failure before you provide course correction. Leadership is about being a decisive and dynamic problem. It is not about being perfect. The DOD is a perfect example of failure at this.

Rewards outfits that people show up, many of the jocks outfits during time were part of the boys and got all staff positions. Look at outfits that show up everyday and don't look for glamour.

Provide us with healthy challenges to overcome, we need direction. If little-T traditions are "hurting" the corps from your perspective, maybe try to ride the train of tradition at Texas A&M, but do so in a healthy way. Give us experiences so challenging and/or thought out that outfits can't find time to do the stupid stuff that genuinely harms our corps.

This is just an idea of mine, I lack the creativity to give you ideas on what exactly these new traditions would be. Maybe something like the Cadet Challenge? I am merely giving feedback, not trying to make decisions for you.

Give leadership back to the cadets. COs and 1SGTs have no room to lead. Any mistake and it is immediate discipline to the highest degree. If development over all four years is the goal, then all ranks should be cadet-lead, not STANDARD ENFORCED. The standard is a rule book that is disregarded unless Comm Staff/Corps staff wants to punish a cadet or outfit to the highest possible level. Also, if "across four years" is the goal, the Learn, Coach, Lead, Inspire motto should be put into place. As of now, if a sophomore in my hallway is caught by a staff member even speaking to a fish during the academic day, they would receive discipline. This is not right. On the spot correction should be allowed, to include pushing, remaking racks, or requiring their uniform. These should be repeated until the fish demonstrates their ability to meet standards. Right now, I see freshmen who don't shave, greet, or simply honor the "elephant ear." What is the point of coaching these standards and traditions if there are no repercussions to follow unacceptable behavior. Additionally, is fish cannot demonstrate a simple, perfect uniform, why should they already be "transitioning" to sophomores. The system in place as of now is broken.

Please give the RV's Physical Training back…. It used to mean so much to me and challenged me to be better… it kept me healthy both physically and mentally. Now that it is gone the company has lost most of its uniqueness to me.. I'm not even excited to go to practice anymore. Please bring physical training back to the Rv's

Focus on servant leadership and the guiding principles of that. Utilize extreme ownership (jocko's book) as another basis to teach from. Sophomores should understand the teach/show/hands on training path. Accountability to the standards firmly upheld and proper punitive punishment applied - and via buddy system.

Keep white belt engagement and D&C engagement. Especially those who are not cadre/green tabs. The corps has always been fish centric, and white belts get forgotten in the shuffle.

Consistency in core policies and a return to personal responsibility - appearance in uniform, always whipping out to upperclassmen, attention to military bearing, distinction between classes/not blurring the lines with upper and underclassmen

I believe a worthwhile direction to take regarding being intentional and immersive would be corps-wide activities, but with individual outfits participating. General Michaelis detailed his worries about outfit culture and involvement being more focused than Corps relations, and I believe that this idea, or related opportunities, offers a good balance. These kinds of events would increase quad-wide outfit involvement in the culture of the Corps without sacrificing the body and spirit of individual outfits.

The most specific idea I hold is that to remain immersed in the corps experience, freshmen should be with their outfits all year. A fish academy would instill in too many freshmen the idea of being an individual, despite its intention of being more inclusive to the idea of "being in the Corps." The majority of my experience of being a part of the Corps has been solely through my involvement in my outfit, not in the Corps. I feel empowered as a member of the Corps of Cadets because of my uniform, my values, my knowledge, and everything I have struggled through as a Corps experience, but I am certain that if I didn't have the direct support of my own upperclassmen from my own outfit, I would not have felt as involved with the outfit and the spirit of A&M. In fact, I probably would have punched from the Corps during my fish year without the idea that I was part of something small and precious within the larger body of the Corps.

I agree that Corps involvement has declined over the years in favor of outfit culture, though I can also say that outfit culture has also declined. I believe that the most important support that can be offered to

freshmen in the Corps is almost solely through the outfit level. Offering support at such a large and broad level as a "fish Academy" requires that you "water down" that support to make it more accessible to all the fish, as opposed to outfits being able to directly find the best possible support options for each individual fish.

Please define leadership. What outcomes do you expect from such a program? How will you assess the programs effectiveness m?

How we've been doing it

The most immersive experience is as an OUTFIT. I didn't care about being a "generalized cadet in an amalgamated system", I cared about being a Husler. Make CROs Apply rather than being appointed, and move them between outfits if needed like other KL's, that way there will be more intention in career readiness and leadership training. Also make SOMS required all four years, not an option.

Communicate with cadets first. We shouldn't find out the purpose and execution of this plan from a Facebook post from the Commandant to old ags. Current cadets should be the first to hear about these changes. Even the little information we received from command team was far too limited. I think this news about restructuring would have gone over more smoothly had there been more information available and more unknowns figured out before this news reached the cadet level. You can be more intentional by keeping cadets in the loop on things, asking for their input and responding to it when provided.

There should be a differentiation between Cadets commissioning versus those going into the business world when it comes to leadership experiences and training; leading in the real military is not like what Cadet Fish are experiencing; some company's (especially in all male outfits) we are led by Sophomores or upperclassmen who see it as having power to mistreat Fish because they were mistreated; there is minimal leadership skills taught or shared; they think leading is aiming to instill fear; they think paining a Fish to punch out is what makes a guy tougher and if they punch them we don't need them - but they punch out because of how wrongly they are treated; and if they have it out for you - man - you better have thick skin to take it and not want to punch someone in the face or punch out; so leaders are not grown instead they are suppressed to not exist

Keep the commandant out of the decision process

Effective, intentional, and immersive leadership training comes from people who have real-world experience. While informational, Corps SOMS classes past sophomore year are not geared toward the average cadet. There is no call to action or cadet motivation from the instructors in these classes past 3rd semester. The most benefit and leadership perspective I've ever received from a SOMS class was when the CTOs/Gunnys were my SOMS instructors. When we walked into class it never seemed like there was a lesson plan, but the discussion always connected to a leadership principle. They would talk to us about problems in the Corps, and they were always more informed than we were. By the end of every single SOMS class with a CTO, I was inspired to go make a positive difference in the Corps. Experienced, informed, and "corps-involved" leaders that care are the way to keep cadets engaged into their white-belt years. Reading through leadership books can be beneficial, but it doesn't create buy-in from cadets. By keeping SOMS instructors informed, they can challenge our norms and be the link between the commandant and the non-staff cadet body.

Expand the military science classes to include the specific instruction you are seeking incorporate a grading system to judge units on successfully incorporating the instruction into unit operations. Reward high achievers with unit designations and citations. Penalize poor achievers with probationary periods and disbanding if corrections are not achieved.

Allow outfits to have fish in their hallways and don't split up outfits between hallways. This will in turn destroy outfit pride and will create a vast swath of once we're motivated cadets in said outfits into un-motivated apathetic cadets who have no reason to work hard apart from their contract due to them not having something that they can directly effect IE: "The Outfit".

Keeping the structure the same and not change it to this fish academy.

I am a fISH in the corps. While I have not had a lot of time leading, I have had the opportunity to observe examples of leadership and observe what kind of leader I want to be as a sophomore, white belt, and eventually as a commissioned officer. I have learned that a major aspect of leadership is seeing the individual in the person you lead. I've learned this through the personal connections I've made with my upperclassman, where they saw me as more than just a fISH they needed to discipline. If fISH are removed from the outfits initially, it hurts the formation of those personal connections. fISH will also probably not make that connection with the cadre, because they will only be together for a shorter period of time. To me, an important part of corps culture is how someone like my fire team leader cares about me beyond my ability to recite campos or have a sharp uniform, but also about my individual success. It makes the corps more enjoyable, and makes connections between people that will last a lifetime.

The corps development model encourages cadets to go out for key leadership and heralds first-sergeants and commanding officers as being peak examples of what the corps has to offer but wonders why cadets not in key leadership lack the motivation they had as fish or heads. By definition they have failed to achieve some of the greatest honors in the corps yet the corps turns around and asks why they no longer believe in their "leadership training". Intentionality means you are deliberate and careful with your actions, thinking about the result before you make decisions. Immersion is providing every cadet a depth of experience they will truly thrive in. When I think about the possibilities outlined in the leaked document, I immediately see how the fish will lack the deeper immersion that Outfits offer. For my three years in the corps, Major units have existed as a way to disseminate information and provide organization to the corps. fish who enter the corps at a major unit level without the cuture will lack the guidance that tight-knit outfits provide. I largely stayed in the corps because of my buddy class and upperclassmen. The size of my group of buddies encouraged us to get to know eachother well and we forged unbreakable relationships such that none of my buddies ever punched. Another part of being a member of an outfit is knowing the name of every single outfit member and this would be diminished if fish entered the corps at a major unit level. To make the corps more intentional, stop pouring commandant staff effort into only key leadership. Require advising each semester from members of commandant staff for every cadet in the corps. To make the corps more immersive create buy-in when you recruit a freshmen and rekindle that buy-in when they arrive at FOW. I have seen many times that cadets who can point to somone in their outfit that they know cares about them will have that same level of care for their outfit. When the follower fails it is the part of the leader. I believe many issues in the corps would be solved if we all had this mentality.

Assist in cutting costs. I have known several cadets who have seriously debated dropping out from the corps because they cannot afford it. Overpriced rooms, textbooks, weekly haircuts, special unit supplies, and dry cleaning really adds up.

I think that the leadership training is very immersive all the way down the chain as is. The Corps has made some of the best leaders there is to offer. Cadets have gone on to join the military or make very successful companies. Most of the CEO's of companies that I've met with that went to A&M were also in the Corps. I do think that upperclassmen accountability needs to be changed. Having the whole leadership chain present would insure the system that has worked well in the past stays working.

Start from the bottom with a comprehensive leadership development program that prioritizes education, physical fitness, CORPS values, and lastly individual unit values/culture

Semi annual Leadership seminars with current military and civilian leaders. Small group breakout sessions per semester.

It is apparent to me over the last few days that we all love Texas A&M university and love our Corps! That being said, I believe that there are issues across the Corps with lack of leadership, lack of accountability, lack of responsibility, and lack of communication. There also seems to be a lack of alignment between various stakeholders -- Corps, SOMS, Hollingsworth, Military Programs, D&C cadets/program, the University, etc. This drives a critical issue in keeping the Corps relevant within Texas A&M University AND the student body. I believe this survey, along with the Commandant's leadership, is the first step in getting the Corps back on track.

My suggestions is that the Commandant lay out a vision for the Corps for the next 150 years to these stakeholders seeking alignment around the "why". Any future idea or concept or plan should align to help achieve that vision. While the Corps is a student run/led organization, it requires leadership and ownership by a University official, the Commandant.

My suggestions for the "how":
Corps vs Outfit:
- Outfits have come and gone and changed over the years for various reasons.
- In the end, there is one Corps, including the Fightin' Texas Aggie Band
- Outfits have their place in Esprit de Corps, culture, focus, and organization
- Outfits should be held to the same standard regardless of focus / culture
- Create a recruitment incentive for meeting standards and retention rates (or other metrics). those that do well, continue to thrive, and those that struggle either adapt and recover or fade away --- this is Leadership Lab material right here! Of course, Commandant staff should come along side the struggling outfits and mentor, retrain. We really want everyone to succeed, but sometimes failures lead to future successes.
- When in doubt, look to the FTAB for long lived examples. Each cadet is in the Band first, then outfit, also further broken down into sectionals (by instrument). The FTAB has been doing this successfully for a long time!

Freshman Orientation:
- FO should be 4 weeks and in 3 phases:
+ Weeks 1-2 = Phase 1 -- focused week 1 led by Cadre; week 2 led by Cadre with focus on transition to classes and study habits/resources
+ Week 3 = Phase 2 --- fish are introduced to remainder of outfit Seniors and Juniors
+ Week 4 = Phase 3 --- fish are introduced to remainder of sophomores and establish FTL relationships and training cadence
-Outfits should lead the FO with a larger selected Cadre. 3-4 Seniors; 4-5 Juniors; 3 Sophomores (must have completed Sophomore Leadership Academy)
- Major units lead and ensure orientation tasks are being met; perhaps augmented staffs for the orientation period.
- A standard must be created -- process, checklists, master schedule, etc - so that each unit is orienting to the same standard---- each fish learns the same things, and shares similar experiences
- The Cadre should be trained specifically in the orientation standard, conduct, and be held accountable for training.

Train-the-Trainer Approach:
- Sophomore Leadership Academy -- this is a great idea. It should be structured and standardized across the units
- Rising Seniors and Juniors must also have a shorter but similar module. Juniors must learn how to be the backbone of the Corps during their year. Both executors and leaders!
- Structure and standard!

D&C Cadets
- These are some of the best leaders within the Corps. They should have leadership positions!
- There needs to be an overhaul of the program here. Texas A&M College of Agriculture has some excellent Leadership programs and courses. I recommend a collaboration between the Corps / Hollingsworth and College of Ag.
- The university needs to develop a Minor in Leadership for these cadets due to their experiences as well as the additional courses they have taken.

Other topics to help drive culture, leadership and education:
- Formations -- get back to holding formations and reporting! Its ok for cadets to miss for off quad activities, study groups, etc, but the Corps needs to be disciplined in creating a Corps environment

EXHIBIT B-2
Beckcom (J001320-041024)

TAMUX-0730

- Whip outs to other outfits -- This needs to be enforced! and there needs to be a simple standard of whipping out -- no specific outfit whipping out. And this needs to happen off quad as well. What a great way to bring the Corps together.

- Howdy --- Dammit!! I cannot tell you how disappointing it is to me to walk campus now and the Corps members do not say Howdy unless spoken too, and even then some dont! Need to get back to being Keepers of the Traditions!

- Off-quad organizations and uniforms ---- I hear many stories of cadets skipping other organization meetings / events because they would have to wear their uniform. Need a way to instill pride in wearing the uniform as well as incentivize participation outside the Corps.
+ MSC -- uniform
+ Library -- no uniform
+ Rudder -- uniform
+ other buildings after chow --- no uniform for studying and attending off quad organizations

- Each outfit establishes a mentorship program -- In the fall of 2023, the A Battery CO initiated a mentorship program connecting former members to current members. This is a start!! The program needs some structure and modules, but I believe it has been beneficial for both mentor and mentee. Focus should be on personal development, resume, leadership, etc.

Truthfully, letting the outfits have their cultures. Yes, they can be bad, but it's a matter of letting evolution take care of the bad parts and grow the good ones. Corps staff's crusade and pseudo us vs them between yourselves and those on the ground makes us more likely to be antagonistic against new ordinances and rules you put out. This takes away from our want and will to lead or learn how to lead.

Identify natural leaders early on. By the end of FOW, there is usually a clear 1-2 fish that are standouts and leaders of their class. For others, it will come down to motivation. There is no other way to say this. In every facet of life, there will be leaders and followers. Give them the means and the tools to become leaders. Ensure that legitimate leadership positions are available at the outfit level and hold each person accountable to the standard set. If people are not willing to pull their weight, get them out. It's as simple as that. Although harder to do via peer review. Counseling is one tool I wish I used more.

Give cadets leadership (not management) training, more training to the Fish than upperclassmen and hit it hard spring semester.

The first semester should emphasize:
- how not to flunk out in academics,
- learning corps operations,
- show there is more strength through unity, and
- basically how to live without parents.

Purpose: Show young cadets how to lead other students who are not in the corps. Having on the uniform gives cadets more initial respect than non regs.

Offer many oppurtunities for the cadets to lead and follow across the Corps and the community. Explore community activities in Bryan / College Station and include the ability for freshman and sophomore's to move around units.

Every upperclassmen does any pt with the freshmen and sophomores to show followers what leaders can do from back then and now. No underclassmen is more special than their upperclassmen.

Make this place a family

Create leadership classes at each level for the next phase in the leadership pipeline. Freshmen second semester learn about leading individual contributors versus being an individual contributor. Second semester sophomores then learn skills for next phase of leading front line leaders leading team leaders needed as a junior. Junior leaders at this point determine whether need skills as a functional leader (outfit) or enterprise (staff) based upon interests.

The leadership pipeline provides a model utilized by Fortune 500 organizations and prepares leaders for industry.

In alignment with the Commandant's vision to strengthen Corps culture and cultivate leaders, this proposition lays out guiding principles, ideals, and requirements for future Corps activity regarding unity amongst outfits, major units, and Corps values. Per Unitatem Vis.

Problem: Outfit activities and cultures become isolated from the standards and expectations of the Corps of Cadets. Well-meaning programs that take away outfit individuality have been met with opposition from many cadets.

The proposed solution-
-unify the corps on the individual level
-major unit activities
-mandatory co-outfit and battalion PT/CR events.

Corrective Implications to Outfit Requirements:

The unification of the corps on the individual level. Corps culture is often suppressed by outfit culture due to a lack of involvement from the Corps in daily outfit life. The solution cannot be found in forced Corps-wide classes/lectures. Outfits often attend briefings with a "mandatory" mindset. Implementing lasting and effective change must be done through facilitating comradery between outfits.

To facilitate the aforementioned unity, it should be the Corps' prerogative to begin regularly scheduled (preferably monthly) Major Unit activities that go beyond briefs. These activities should focus on team building and leadership development in a practical/active environment. These Major Unit activities will divide classes and outfits in the same way that ROTC organizes squadrons. This will allow Seniors, Juniors, and Sophomores to mentor fish and allow all classes to bond with members of other outfits.

Outfits must organize joint PT/CR events within Major-Units biweekly. Co-outfit activities will expose individual outfits to the broader Corps culture and allow for outfits to supplement/learn each other's leadership methods.

Increasing the amount of practice that cadets get for leading would be of great benefit, the SOMS classes that teach leading are mostly all lecture. While the classes give examples on what a good leader looks like and also what bad ones look like, it is generally accepted that people retain only 5% of what is heard in lecture environments. In order for cadets to retain any meaningful information on proper leadership, more practice with constructive feedback will be required.

Keep the Corps cadet led. As long as we do not do massive mistakes that harm others, then no cadet should be restricted in how to lead in accordance to the standard.

Give training to the whitebelts on how to do their specific jobs because they actually run the outfits and are responsible for our events and activities. The lack of knowledge in their specific job is noticeable across the quad and the sophomores and fish don't know how to do the job next year because the people above them don't know how to either.

Each major unit needs a mission (like the band has a mission). Training the fish to a standardized way of life in the fall semester is a huge mission in itself.

I like the plan of having the Wing, Brigade, Regiment, and the Band select 200 of their best cadre from within their major unit to train and standardize the fish (who are all kept together within the major unit and not assigned to an outfit until the spring semester).

A fish's first loyalty is to one another (their fish buddies across the entire major unit), their second loyalty is to the major unit and the unit's mission, lastly the outfit (and what ever revolving outfit "culture" may be popular at the time).

In the late 80s and early 90s the Band fish were trained by ALL outfit upperclassmen across the entire band and fish could never do anything without a buddy or big group of buddies.

B-Batt fish were trained by A-Company Pissheads, Butts, and Zips with no issues of cross-outfit conflicts. Everyone was exactly the same, on the same sheet of music, and standardized for the benefit of the band's overall mission (to perform). This was highly immersive leadership training for everyone all four years.

Fish learned active followership and how not to leave your buddy behind. We even had to speak as one, all together, and in unison. The fish collective was like a single giant force, and the individual was protected by the school (of many fish). I hated it at the time but is was invaluable training - and very immersive. It was so immersive, I hated it.

The Corps and ROTC programs are disconnected. One's success in the Corps does not directly contribute to success in ROTC programs, which subsequently results in a time and energy investment decision for the student. The ROTC programs and the Corps must find ways to work together integrate and account for cadet performance in both programs. A deliberate and Immersive cadet experience integrates the ROTC programs into the Corps of Cadets program and uses leadership education concepts found across all three ROTC programs to grow the cadet. For those not seeking a commission, the program offers a military leadership education program without the obligation of a commission.

To make sure we develop each class as a person first then focus on leading. We still need to have the class system but let us train how we see appropriate. For example, a piss head can be nice and still be an effective leader and coach.

Value making mistakes. Nobody gets it right the first time all the time. Let underclassmen view good examples and understand why they are good. (For me, this meant u estranging that each fish class emulates their senior class)

Maybe let cadets lead the fish in their own outfits instead of quarantining the fish to be indoctrinated by staff.

Maybe let cadets make decisions about the corps instead of overhauling the entire system with no input.

Maybe stop completely disintegrating any power cadets have, making their "leadership" irrelevant.

Be respectful of the past. Learn from it. Major changes to policy, SOPs, guidelines and processes aren't required.

Bring in corporate leaders to lecture. Start an internship program for current cadets with former cadet owned businesses. Military leadership skills are mostly learned from peers and upperclassmen. There is interaction with the Trigon staff, but not in teaching leadership. Start a leadership class for university credit

Create applicable leadership training sessions where training is done with real world examples and real life practice.

Provide more opportunities for leadership even at the fish level.

Extra SOMS lectures for Blackbelts on Monday/Friday mornings won't do much in terms for actual engagement. Revamping the curriculum to make it less lecture like and more practical/hands-on would actually help it to somewhat apply to what they're learning/practicing in their current roles within their outfits.

You already are. The Corps is the best student led leadership development program in the state. We create leaders. Don't fix what's not broken.

Leadership should be developed collaboratively among buddy classes. Strong relationships developed through the corps are what propel individuals through adversity and creates indivuals with quality characteristics for younger classes to emulate. This is the best way to create leaders, by giving indivuals an example to live up to, rather than an artificial idea of a leader which SOMS classes try to create.

Leadership starts from the first day of FOW. The fish need to be taught self discipline and reliance on their buddies. The Corps should be a student lead organization that is advised by university staff. Look to other programs on campus that teach leadership. Being self aware is the first step I'm leadership. If one doesn't understand how their actions impact themselves and others, they cannot effectively lead. Reward good character traits and disciple poor ones.

Back off the outfits, let them grow in culture, introduce more cross training if you want to make a "more unified" corps experience. People don't join for the corps, they join for outfits.

Make the program more of a challenge. You are making it too easy. If you make it easy, they won't want to wear a uniform bc it's not worth it.

To hit your 3000 number, Hire 5-6 kids who are cool recent graduate cadets to recruit for the Corps. Send them all over the state. Get more kids kids to sign up. That way, your 10% attrition isn't a problem. Because the 10% that quit are pussies anyway and we don't want them

Also, don't ever EVER let a trans person be in the Corps much less in a command position. You know how embarrassing that is???? To see a man dressed up as a woman in the Corps of Cadets uniform? That a major fucking cut. Do you know what the teasippers would do if they got a hold of a picture as such???

Remember the good 'ol days when dudes that were queer were in the closet? This woke BS is Crazy and doesn't belong in the Corps.

Staying hands off and allowing the outfits to govern themselves along with corps staff having less power would be the best intentional thing that can possibly be done.

Further develop the 4 year leadership model with a focus on the importance of what each year encompasses. Also allowing cadets more hands on experience to immerse them in key roles.

I have a relationship with my sophomores, my fire team leader is the only reason I haven't punched. Taking away these possible relationships from next year's fish is creating hinderance on their development. More immersive training = more focus on relationships. It's literally what A&M is about, why I chose to be here. The relationships I would form with others. If you take this away from fish, give them assignments from a constant rotation of people, the authoritativeness that comes from upperclassmen goes away.

Why do you feel it is necessary? What exactly is the problem you're trying to solve?

Pardon my very long, perhaps very disconnected following message; it is very late and I am trying to express all my thoughts at once;

Stick to the "learn, coach, mentor, inspire" mindset of each class's leadership role. As a fish, I have learned a lot from my sophomores just by their example in leading me, and I feel it has prepared me to be a leader myself. Every outfit and every person is different, but good leaders breed good leaders. Another thing that has influenced my passion to lead is buddy unity. I feel that if the incoming fish start

their year in one big gaggle, especially during the most important time of their development, buddy unity will be severely lacking, which is a big, big part of what gets them through their training. There is a lot of value in "trauma bonding" and there are valuable lessons fish learn in having to rely on their buddies. All fish come to the realization after completing hard training that suffering alongside their buddy class makes it worth it in the end. There is a feeling of accomplishment that every fish (and every cadet) gets and naturally wants to share with the class beneath them. I understand there are cadets who are not going into the military, but it is through the military-style leadership model that cadets most directly learn values of character that they will carry with them later on in life. It is not about making the Corps manageable for everyone, but rather being proud to be a rigorous program designed for those dedicated to excellence. I do recognize there are some cadets who are not as passionate about the leadership experience, but mandates only drive cadets to fight back against the "tyranny". That's the premise that needs to be erased: the "cadets vs. staff" mindset. As a cadet led corps, letting the cadets in on the information is first and foremost the best way to go about changes. This forum is a great start. Although their are cadets who push a culture controversial to that of the Corps vision, letting the students figure out leadership styles for themselves is in my opinion the best policy. It is good to have an honest, involved chain of command from the get-go. If fish know immediately who is leading them and what they stand for, they will be more confident not just in following said leadership, but also in questioning leadership if the truly believe something can be done better. In short, the only change I see necessary is the fact that fish are taught from the very beginning that they are always wrong, an it makes them afraid to speak up, even if they believe their opinion should be valued and there may be a better way of doing things. There is a time for training, and there is a time for developing people as people. Humans. Training value is not lost just because people may treAt their subordinates with dignity and respect. In fact, fish look up to leaders who see them as equals, and in turn are more likely to follow them. Cultivating a respectful leadership culture is the key to growing more passionate leaders in the corps as cadets advance to their next class year. As far as retention: FOW had an amazing retention rate, but as soon as the Academic year hit, it plummeted. Like I said, it is a result of fish being too afraid to speak up and ask for help. The academic year is difficult to balance with the corps standards, especially when fish are so preoccupied with satisfying said standards that it takes a toll on their time management. This falls on the leaders to make sure they are still training the fish, but simultaneously making sure the fish know they genuinely care about their success and that academics come first. In my experience, I had a few really good sophomores who showed their involvement during EST when they checked in on their fish. It surprised me to see the sophomores not in their normal "mean" sophomore mood, but it was relieving to know they had my back. The corps is a 4-year preparatory lab, where mistakes can be made but the game goes on. Academics are real. Fish need to know the difference and know that when it comes to real problems, their upperclassmen are their equals and they share the same problems.

I'm not going to answer your questions. I'll just say that your role is to not F this up. Just by the fact that you're asking for feedback, tells me that you understand the blowback you're receiving. Just stop give the cadets some autonomy to chart their destiny.

I strongly believe the corps culture is one of the most significant aspects of the Texas A&M development experience. It is unique in its approach even from the military careers for which many of the cadets will pursue in that the characteristics of the corps graduates excel in education, leadership, mission culture and camaraderie of team and loyalty development. It is an experience unavailable anywhere else.

I appreciate and applaud any effort to continue the process of evolving these programs and experiences to continue to produce the kind of cadets and individuals who continue to contribute so much leadership in our society in every aspect of their characters in the professional and/or military world. I believe it is the responsibility of the leaders of the corps program to focus on the continued improvements required to sustain these values through the knowledge and expertise they bring to the program. As recommendations are made, careful analysis and thorough reviews must be completed concerning suggested changes to include views of past and present benefactors of the corps experience. I believe only with this collective type process will the continued sustainability of the corps experience be maintained.

My particular comment will relate to the discussion around the suggestion that freshman be separated from upperclassmen for a more specific focus on initial stages of individual development. I can

EXHIBIT B-2
Beckcom (J001320-041024)

TAMCUX-0135

understand that here may be some weaknesses and areas for improved methods for bringing young cadets into the corps leadership development process but do not believe separating them from their outfits or the interaction with older more experienced cadets will improve the program. Rather, I believe it will be detrimental and basically convert the sophomore cadets into more of a freshman cadet within the outfits where they reside. The age interaction of these young cadets is as important to their development as their relationship building with fellow cadets in their class. If weaknesses or areas for improved development are identified for the freshman class, it should be within the environment of the overall experience of the holistic outfit approach and within the leadership and development process of the upperclassmen within the outfit environment.

I would strongly oppose separating freshman from their outfits and the interaction with upperclassmen in the daily experience. Any concerns identified should be addressed within the existing environment that has already proved to be successful.

Most of my true leadership training came from the military science program, not from the corps. The corps was about attention to detail, being physically fit, and learning how to suck it up. And that was valuable. However, it provided minimal « real » leadership training, except for learning by example from the sophomores who weren't just assholes. (There were a lot of those.) It sounds like a lot more emphasis has been placed on actually learning about leadership since the early 2000s, so kudos.

Preserve outfit culture by giving value to the lowest level of leadership with the sophomores and juniors as team and squad leaders allowing them to grow with less restrictive boundaries and create genuine leaders through adversity, not by handholding them with an overtly restrictive and top down guidance approach.

Create outfit structures that require leadership roles to be filled and empower Major Unit staffs to enforce these structures with support staff functions

More training time. Academics are overprioritized

While there are legitimate concerns with the corp, bureaucracy is not the answer. You don't learn leadership and respect from a slideshow, you learn it by having role models who are doing the exact same thing you have and made it through, as well as by being honest. Spend the Night With the Corps last year tended to sugarcoat things for most prospects as a recruiting method, and that was disingenuous. Hard times create strong people, be honest about that, making the hard times easier does nobody any favors. Pretty much everyone who is here for the full 4 years does so for 1 reason, because it makes us better, and because its a challenge. So lean into that, be intentional by letting cadets run the corp, as it has been in the past and how it is marketed. You can protect against hazing and dangerous activities without stealing the corp experience from underclassmen specifically and the outfits in general. When I came here during FOW, the only thing that got me through was knowing that the upperclassmen over me were going to be my family one day and really did care. And then beyond that I learned to lean on my buddy class, as they became my new day to day family. My outfit became my home, without that Anchor of support from my own upperclassmen and my buddies by my side I would have given up. You dont get that kind of support and camaraderie from an organization. You get it from a small group who gives everything for you, and you can only get that from an outfit size. In sociology its been studied that as groups increase, and exposure decreases, personal relationships either develop slower or not at all. Outfits are small personal family units, and you can be intentional by letting the cadets lead them as planned.

First, I applaud the openness to feedback on these issues. For perspective, I'm the father of a Senior Army ROTC cadet. I am not TAMU alumni, but USMA Class of 1994, so I do have some perspective on living in a Corps environment albeit a bit differently. Ensure each cadet has a leadership opportunity and

EXHIBIT B-2
Beckcom (J001320-041024)

TAMU-0732

requirement commensurate with each stage of their development. Sophomore cadets should be in charge of, responsible for, and leading 1-2 freshmen in how to be a member of the corps, following standards, and how to be a good student. Junior cadets should be in charge of 4-6 sophomores and freshmen. They should have responsibilities in teaching/coaching the Sophomores HOW to lead the freshmen and also some responsibilities for looking after the welfare of the "squad" in terms of enforcing standards, inspections, holding sophomores accountable for deficiencies in their freshmen, and looking after health, morale welfare. This was GROSSLY under-delivered during COVID days and I fear this group may have missed out on learning how to take care of those below you. Anyone who had to endure the "quarantine barracks" will attest to this. Those Juniors that don't have squads should have some some type of "staff" function for the outfit with responsibilities for a "commodity" area that helps everyone. Establish some guides and left/right limits for what those staff duties are. Senior cadets should be in either leader roles (CO, XO, PL) or a staff OIC role. Set expectations for the leader roles. It's NOT the guys who march in front and have more dots/diamonds. What are their responsibilities? I recognize they are still students, so their responsibilities need to be commensurate with their own student requirements, but the point is teaching leadership through immersion. And leadership is not just wearing the rank and marching in front. Are the goals/rewards appropriate? Do they provide something sufficiently desirable that make the Cadets WANT to attain them? This may be an important consideration as they haven't all attained the level of maturity yet where they should be intrinsically motivated to achieve a successful outcome yet, but perhaps build toward that. I doubt that exists within all freshmen/sophomores. They are still kids after all. When the semester changes, you change everyone's duties so that a fresh batch get their shot in the critical leader roles, and others, who were the leaders, learn how to support the new leaders. Also, ensure that some time is spent in class-specific education about leadership at their level - and it doesn't even have to be all military, it can be civilian related as well. The point is to help guide them to be good leaders in general, and also good followers - of their leaders. This is separate from ROTC-specific training. -John Horning, COL, US Army

Rather than take certain classes away from the outfit once a week utilize CR training times once a week on either an outfit or maybe minor unit level. From there separate the classes so that each can do their own program without having to attempt a one-size-fits-all all approach. This would eliminate training times where an entire class is absent while still accomplishing the goals of education. This could be instructed by the new leadership advisers hired, cadets or Hollingsworth center and could rotate throughout minor units throughout the week.

Swap the CO and 1st Sergeant with another cadet after the fall semester

Giving the cadets an actual opportunity to lead. Respect them even though you think they are children. The point of the corps is to fail in a controlled environment, if you just tell them what to do and take away a very large part of learning how to lead then what even is the point of the corps other than to get 18 year Olds to spend new york apartment prices on a shared closet and inflating football audience numbers.

The Hollingsworth Leadership Center is what should be the focus. It has vastly improved over the past few years and need to start at the freshman level. Instead of having Military advisors teach those classes, actually hire real professors for it. These classes should take on the Socratic method of how the Corps is marketed out to be. A leadership discussion. This way each cadet can get a foundation and build upon it by the time they are seniors to decide which leadership method fits them the best and know how to cater it to their subordinates. The ILDP has greatly helped cadets in cultivating this process.

Empowerment of the students in the Corps is the key. Trust and verify. Give them guidance and set clear standards for what is to be achieved but allow a degree of freedom and creativity among different outfits and among larger unit leaders to achieve it. Make sure they are setting goals and tracking towards those goals and if they fail to do so intervene. The more students are making the decisions though the more they will be motivated and the more they will learn. The most important thing they need from the Commandant's office is clear and measurable objectives that they know they will be evaluated by (Academics, Retention, Recruiting, Discipline Reports, Inspections, Awards received, etc.)

Mistakes will be made but the key is learning and growing from the mistakes and not forgetting to focus

on the achievements as well as the shortfalls. The cadets should feel support from the Commandant's office and a larger accountability but not a heavy hand. The more that you expect of and trust the students the more they will deliver. The more the students own their mistakes and their successes the more they value them and the more they learn. Teach them how to make choices and learn from them for good and bad, don't simply tell them what you want them to do in too much detail.

I was class of 1998 and immersive was the best thing about it. You learned from the ground up. Learn how to follow, then learn how to instruct, then learn how to lead. All the while, you are learning from experience and what you like/dislike about the leadership qualities of your peers and upperclassmen.

How do you be more intentional about leadership training through the Zip year. That's easy.....Trust and Respect! You have to build trust and respect.

The hardest part about the process was the constant battle between the Trigon and the outfits. We always felt like the Trigon was imposing rules that were meant to be broken and making the Corps "soft". For instance, some time after my fish year we were told that freshmen were no longer allowed to do more than 40 pushups at a time and were not allowed to be in the front leaning rest. That's just one example of many. So, you have "leadership" trying to impose a rule that no one agreed with. Those decisions immediately make the Outfit culture at odds with the Corps culture. The Outfits believe the decision makers are making the Corps soft and feel like it is their duty to give the freshmen the experience they desire and will grow from. And usually, the staff cadets are caught in the middle. Some are "yes" men and women to the Trigon. They fear their commission spots and referrals. Others just turn a blind eye. Outfits are put in a position to fail and are distrustful of the Trigon and staff. No trust and no respect.

So leadership training is really difficult when there is no trust and no respect for what the "leadership" is doing.

If you can build trust, then you will have a much better chance of reaching the cadets for 4 years. Without trust, there is no way you will ever reach them. Without trust, there is not respect.

Have more intentionality in having productive events from outside speakers coming in and talking about leadership experience in the public and private sector as well as in the military. CR events on adult life skills and resume building. Case work studies on leadership challenges. A lot of white belts get left out of training. Most of the focus is on black belts. A lot of white belts are facing life after college and barely know how to perform basic life skills like filing taxes, negotiating for a car, house payments, etc.

the key to having more intentional and immersive leadership training is to create more opportunities for leadership. The more things that cadets are responsible for the more opportunities they will have to lead other cadets in support of that goal. Creating defined responsibilities for each white belt will give them the opportunity to grow and teach others within that chain of command to help execute those goals.these goals can be correlated, major unit, minor unit or outfit driven

Focus on the whitebelts!! They are the ones who pass outfit culture down!! I agree that some outfits have lost the plot in terms of upholding what the Corps stands for, but as you've seen, forcing the entire Corps experience to change will simply burden the outfits that have been using the current experience responsibly and encourage the ones who haven't to set themselves even more firmly in their ways. Upperclassmen across the Quad need to get to know each other better- I hardly know how SQ-11 trains their fish as a C-Co junior, for example! They could be doing something far more productive than us that we could adopt, or vice versa. We won't know that unless we know each other. I like to think the band has been able to use the current format of training responsibly, but there is a huge rift between us and the CT outfits that I have yet to cross without a SOMS class or being in a special unit. If we want to see those outfits improve, we need to be more connected as a Corps- and this starts with those on TOP, not the fish who don't have any bearing on leadership or outfit culture yet!

There's a lot of discussion of changing. This is constructive but needs to be framed. As a '94 BQ and father of a '23 and '26 cadets, I can assure you that the passion and love for the Corps is strong and these current cadets want an experience no different than the one we lived. They're not asking for Kleenex and stress cards. They want to be tested, pressured, tempered, and come out smarter, harder,

and ready for a world they already know is unrelenting.

The pressures this generation feels to look to the future, to decide "what you're going to be", how much money and clout you'll gain, the level of influence you make, etc is so much stronger than the 90s and earlier. Just having the chance to be called an Aggie Cadet is radically harder. We didn't have social media, instant news, pandemics, hyper-political division and turmoil, and the speed of the world as it moves today. So I'd propose that we maintain some critical and fundamental basic truths about the Corps: the Seniors lead the Corps, the Juniors run the corps, the Sophomores discipline the Corps, and the freshmen are the Corps. Maintain this basic concept and use it as a building block methodology to move to the leadership positions awarded at each class - whether formal or informal. Leverage each class year as the developmental stage for the next year, and don't forget that our Zips need to be readied for their chosen life after graduation - they need development throughout their year as well. We can formalize a pisshead training program, create benchmarks and tasks that each cadet must complete to receive the privilege of performing at the next level, and use a more rigid system of accountability - document requirements and counselings, and apply these tools to inject more structure into the formal leadership selection process.

We need to level set expectations of what each year group is required to learn and what behaviors we expect them to exhibit. Cadets live a tradecraft type profession. Fish are apprentices. Pissheads are journeymen and should have well founded values, know their expectations instinctively, and be allowed to make honest mistakes that don't end or threaten their cadet life. Juniors are masters of the "corps trade" and must possess the skills to run and operate the organization. Zips are the corporate officials who create direction and establish the overall climate. The Trigon can intervene to provide steering corrections, but only in the most critical of situations should they step in and assume control. I can't stress enough that we need to underwrite honest mistakes and allow learning to occur from them.

We have opportunity to effect these changes that move us back toward Corps fundamentals by injecting procedures, processes, and standards that reflect the decades and decades of success we've all experienced. Wholesale change will trivialize and undermine these lessons.

As any good artillery man would tell you - shift from a known point. Let's not commit fratricide while trying to improve and grow the organization we all hold passionately dear.

Maintain outfit cohesion. Ultimately no one will care for freshmen or any other cadet at any level than their buddies and the other members of their outfit. Let outfits determine what their people need. It's much easier to determine needs from a small sample size, and much easier to effectively utilize time for a smaller group. Personally, I gained more from events my outfit planned than events planned by the Corps or the major unit. Additionally, re-emphasize involvement in student orgs off the quad. The Corps can only provide so much development, cadets should be incentivized to also look for community and growth elsewhere

By making more intentional interaction between the fish and sophomores. They should have the most influence and time together. The fish should always live with the outfit because the outfits are centered around the fish and that is the environment where they have and will develop.

The first question that has to be asked here is "WHY?" The Corps of Cadets by its very nature is a living, breathing Leadership Lab. You don't get much more immersive than that. As to how to make it more intentional, how about there is a written expectation of the duties and responsibilities of each of the classes and positions within the outfits, battalions, Major Units and Corps Staff. The individuals that are in those positions are counseled at the beginning of the year and either monthly or at the end of the semester. and make their performance in their duties part of their grade.

Learn more about each Cadet and what they want from their journey in the core. Give leadership positions to people who are qualified to deal with all kinds of difficulties. Meaning put people in positions to deal with emotional, physical, and mental health of all Cadets.

I feel that overall the current leadership training and education program is effective in it's implementations. I do not reject the fact that improvements can be made however. One major area that could easily make improvements to our structure is the dissemination of information. As a fish I often

have to get information about required activities or good opportunities for development from my buddies or unofficial sources. It would be nice if the chain of command was fully utilized to give information to better communication. Stressing communication across the corps could very well help develop leaders in. identifying critically information every level of the chain of command for disseminating only the information required. This would also lead to more control by the larger corps and commandant staff to make changes as it is communicated all the way up and down. This is one way to be more intentional and immerse all members in leadesrhip training by stressing communication skills.

The first semester of college has always been a significant transition period for those who go directly from high school to college. Leadership training efforts should be deferred to the second semester. The primary lesson to be learned during the first semester of the fish year is "No Excuse, Sir", which teaches individual accountability for one's actions.

During the second semester of the fish year, a cadet's training should focus on one-on-one leadership of the next year's incoming freshman at the outfit level. The cadet cadre for this training should be comprised primarily of current 2nd and 3rd year cadets.

During the first semester of the second year, implementation of the prior year's training should occur. It should be evaluated by 3rd and 4th year cadets at the outfit level, with reporting upstream for accountability.

The first two years of a cadet's four-year journey are critical and become the foundation for all other leadership training. Some cadets will fill leadership roles in student organizations outside of the Corps. This should be encouraged, recognized and rewarded. Leadership roles within the Corps are not for all and should not be diluted by giving all cadets a title.

Couple of thoughts:

1. There are good outfits and bad ones. (My personal experience was fantastic! Very tough standards and accountability but fair and professional- if I got crapped out I deserved it and learned a lesson). I was blessed to be a G-2 Gladiator and then XO of a new M2 Spider outfit '89. There were also "Douche Bag" outfits that needed to be disbanded. My thought is to hold Cadet leaders accountable. If your outfit is not following and meeting the Corps Standard then you get disbanded and moved to other well performing outfits.

2. The Corps is not for everyone. You want more than 50% retention but you have a problem if you are at 100% retention. Not sure what the actual best balance of retention is on a yearly basis but it is not 90-100% or the program is not challenging enough to develop leaders of character.

3. Hold individual cadets accountable to the Honor code.

4. The Academics of the current Corps are fantastic but in concept I would rather hire a 3.0 leader with strong character than a 3.8-4.0 brainiac that can't lead a group of children across the street. The point is that too much emphasis on GPA is also detrimental and must always be balanced with Leadership Training and physical and mental challenges to build the Leaders of Character as Aggies.

My understanding (second hand info so not personal experience) is that the Corps has diminished the more demanding physical aspects of the corps in regards to PT and attending formation. They have also diminished accountability to respecting authority (upper class men) no whipping out, no pushups unless in very specific cases etc.. this must be re-examined. The Corps should be challenging and Cadets held accountable for their actions. Every consequence should have a specific accountability/ leadership training purpose. Following instructions, respecting authority, honor , respect etc. )Absolutely No Hazing allowed - Zero tolerance. ) Some one crosses the line then they are gone but we can not take out the physicality and accountability. We do the cadets a disservice if we do not help them grow and overcome

obstacles.

Again, not everyone is meant to be a Cadet. At the same time we do not want to lose good Cadets because of lack of leadership and accountability. The idea of squad level Leadership training for second semester fish and 1st semester Sophomores is a worthy endeavor. Separating the fish and only letting select cadre work with them is the lazy way out and destroys the fabric of the Corps. Train all cadets and hold them accountable to the standards is the only way to go. That I am interested in.

Sir, I think the best way to be more intentional and immersive in leadership training is to educate at the highest level first. The Corps is a student-led organization and one of the best parts of that is each cadet gets the opportunity to learn what kind of leadership style they have and also learn their strengths and weaknesses. I think if CDT BDE commanders could receive the education from you or the CTOs or the Hollingsworth center then they can utilize that new-found knowledge to pass it down to the BN commanders and so forth. One of the most helpful things about the Corps is that each outfit has its leaders and each leader teaches things differently and creates their environments, and with so much leadership diversity it creates a melting pot where each fish, pisshead, butt, or even zip can thrive in different learning environments. So, if the BDE commanders could receive the information and then pass that down to their subordinates it could become a ripple effect with their nuances at each level. If it seems like a specific outfit or BN is not handling something in the way you would like then you can simply nudge the BDE commander and they can course correct, and if that doesn't work then maybe a stronger intervention would be required but it would allow leadership to make mistakes and not be punished harshly for it because at the end of the day the Corps is a learning environment over everything.

I'm a member of the class of 2023, so a new dead zip. I was also in Gator 2. I understand you are going to have a lot of responses to this feedback form so just for the sake of saving your time and mine, my phone number is 2107179492. I live in College Station and would be happy to pop in and discuss this face to face, I think I could also offer a good perspective given that I am freshly out of the corps. Anyways, to your question, in a short answer, I think if you want to be more intentional with how you train and educate you need to be more intentional with who you are recruiting to train and educate. Because after being on my recruiting chain for 3 years, I know how the corps recruits. Yes, there is an aspect of wanting to boost the number of people who get to participate in the Corps experience. But the most efficient way to actually boost the number of people participating in this is by making it genuinely the premiere organization on campus, which it already should be. A handful of outfits have figured this out, that there is a solid way to take your responsibilities in the Corps seriously, while still having an amazing and authentic college experience. And I cannot for the life of me understand why we are not looking at these outfits, who have no problem getting plenty of people to preference them when that email drops in april, and as those cadets progress in those outfits they are chosen by members of other outfits as key leadership in corps wide special units more often than not, and instead of saying "this is bad" those of you calling the shots aren't going in to those hallways and saying "Show me what you are doing and how you are doing it so we can replicate it in the 40 other outfits across the Quad."

You need more interaction between cadets, not less. Taking freshman away from their outfit denies the upperclassmen the opportunity to lead. Non-ideal leadership is a reality of life; freshman need to learn to deal with that as well. Mistakes will be made, but that is to be expected in a leadership laboratory. That's how people learn.

let the RV's PT.

1. Break down the individual
2. Form the group and loyalty to one's buddies
3. Train the leader
4. Give the opportunity to lead

SOMS definitely plays a big role. I'd say make it mandatory for everyone and put a bigger emphasis on it. I don't know how to do that but it needs to be done. Also, work with the normal cadets and keep them informed. Not just the green tab leadership (like MUCs, BUCs, and COs). I'm saying the normal staff

sergeant juniors and two moon seniors. These kinds of cadets make up the majority of the Corps and technically run it. If there is going to be a change, make it a slow change in order to find out what works. It's been less than a year since General Michaelis became commandant. Plus, a lot of people are afraid of change. Back to the question, I kinda like how it is (no fish academy). It gives everyone a leadership role. I do have a couple of suggestions to change: make the fish "year" shorter and edit the 4th fish response. I think the fish should only go through the hard fish year for the first semester. This is something that was inspired by my former Naval Science Professor. After brass, fish should be treated much differently and that is changing (yay!). I think the big thing is to control the mindset and power struggle when they become sophomores. The second thing, the 4th fish answer ends with a demeaning sentence: "In short, sir/ma'am, I am a very dumb fish and do not know, sir/ma'am." Saying that one is "very dumb" is not right. That is demeaning and incorrect (to the most part but I don't know). All these cadets got accepted into Texas A&M University, they are not dumb. There should be a change that is not degrading.

To enhance the depth and efficacy of our leadership training and education program at the Texas A&M Corps of Cadets, incorporating a "Fish Dorms" initiative could offer a transformative approach.

**1. Structured Leadership Experiences:** The Fish Dorms would serve as a hub for structured leadership activities, enabling cadets to engage in daily leadership exercises. These activities are designed to be progressive, becoming more complex as cadets advance, ensuring a practical, hands-on approach to leadership training that complements classroom learning.

**2. Mentorship and Guidance:** Hand-picked upper-class cadets could play an integral role in the Fish Dorms, serving as mentors and role models. This direct interaction promotes a culture of mentorship, where learning from experienced peers becomes a daily practice, enhancing the cadets' leadership skills through observation, dialogue, and feedback.

**3. Cohesive Community Building:** Living together in the Fish Dorms encourages the development of a tight-knit community among first-year cadets. This environment fosters teamwork, camaraderie, and mutual support, which are essential components of effective leadership. The sense of belonging and unity cultivated in this setting is invaluable for personal growth and leadership development.

**4. Tailored Leadership Curriculum:** The Fish Dorms could also host workshops, guest speaker sessions, and leadership seminars tailored specifically to the needs and challenges of first-year cadets. This targeted approach ensures that the leadership curriculum is directly applicable to their current experiences, making the learning process more relevant and impactful.

**5. Continuous Evaluation and Feedback:** An integral part of the Fish Dorms initiative could be a structured feedback and evaluation system, where cadets receive regular assessments of their leadership progress. This system would not only highlight areas of strength but also identify opportunities for improvement, enabling a personalized development plan for each cadet.

By implementing the Fish Dorms concept, we can ensure that our leadership training and education program is not only intentional but also immersive, offering cadets a comprehensive, experiential learning environment from the very beginning of their journey. This initiative would lay a strong foundation for their development as leaders, preparing them to face the challenges of the future with confidence, competence, and a deep sense of commitment to their roles.

Meatballs do it on the RUN. They don't do it on the DON'T RUN. Stop ruining our traditions

As a fish, I don't know the complete path and maybe that's part of the training but I always plan things so that I take my own personal best goal to the finish of whatever I'm working on. I don't know much about how the upperclassmen work or about how the Corps works as a whole

Without an understanding of what is being done currently, it is a challenge to provide meaningful recommendations. Please answer first what is currently missing in Corps performance. Why is there a need to be more intentional and immersive?

| What is the problem that needs solving by being more 'intentional and immersive'? |
| --- |
|  |
| Stop lecturing the fish on Monday mornings. They are SO BORED with the lame messages you are delivering. Let them PT. |
| Earning something that requires discipline, growth, and adaptability is something that makes something more intentional and immersive. I believe the corps can do that by not just offering fish to earn the brass but come up with ways that other years can earn something every year. By doing this, it can give guidance on for every year to work towards a goal. Like corps brass is for the fish, come up with a corps brass like thing for the rest of the years in the corps. The corps brass is the foundation that should be built upon and I think that will make a great experience in the corps |
| By upholding the Corps Leadership Development Model, we can be intentional about our four-year journey. The Corps of Cadets is a leadership laboratory, training freshmen to learn, sophomores to coach, juniors to mentor, and seniors to inspire. Good leadership training is founded in the core values, and aligns with the Standard. In order for freshmen to learn effectively, external pressure is needed to guide them and help them reach their full potential. With sophomores, juniors, and seniors able to guide the freshman, he can receive the know-how to execute academic excellence, uniform readiness, drill and ceremony, and physical training well. Sophomores are there to help freshmen make goals and keep them accountable to it, as well as instruct freshmen to achieve the competencies necessary to become a well-educated leader of character prepared for the global leadership challenges of the future. Juniors are there to mentor freshmen, offering stories and helpful advice for how they overcame adversity and came to where they are now. Juniors also mentor sophomores, who for the first time are leading cadets, ensuring they guide their freshmen to the core values. Seniors inspire freshmen, sophomores, and juniors by their example and by setting the Standard and setting the tone for their outfit. Although seniors do not define the Standard, they set it—they model how executing the Standard looks like and steer the outfit to align with it should their outfit ever veer off the path. All leaders, regardless of class year, will build trust with those under them by modeling authenticity, integrity, and compassion while setting high standards of performance. They communicate their values and sense of mission and define the cause for their people and tell them where they fit in. For example, as XO, I tell the freshmen that they are an integral part of Company A-2, and we would not be the same without them.

With the freshmen being housed separately, I see that the Corps Leadership Development Model falls apart unless certain measures are taken. First by dividing the freshmen from upperclassmen, the CLDM is effectively (at least temporarily) not in effect. If an entire class is removed, all other classes are affected. If the freshmen are removed from their outfits, even for 3 months, then who will the sophomores coach? And if the sophomores are not coaching and there are no freshmen learning, how can the juniors mentor in these areas? And if the juniors are not mentoring, how can the seniors inspire? What will the seniors be inspiring them in?

In order to maintain the effectiveness of the CLDM, freshmen must be receiving coaching, mentoring, and inspiring. If the cadre cannot function as fire team leaders, chaplains, officers, and mentors and the other roles encompassed by the sophomores, juniors, and seniors, then the freshmen will necessarily be deprived for the 3 months in Phase I before Fall break. Even though they may be instructed on how to lead, without the proper nourishment, the freshmen will learn how to lead in a starved state. They will be unable to reach their full potential, no matter how many lectures in Rudder they attend.

Additionally, upperclassmen must also have a purpose during Phase I, and with the freshmen class removed, it may be difficult for them to believe that they are having a positive impact and can lead Per Unitatem Vis, when there is no unity between freshmen and outfits. |
| By upholding the Corps Leadership Development Model, we can be intentional about our four-year journey. The Corps of Cadets is a leadership laboratory, training freshmen to learn, sophomores to coach, juniors to mentor, and seniors to inspire. Good leadership training is founded in the core values, and aligns with the Standard. In order for freshmen to learn effectively, external pressure is needed to |

EXHIBIT B-2

Beckcom (J001320-041024)

TAMU-0199

guide them and help them reach their full potential. With sophomores, juniors, and seniors able to guide the freshman, he can receive the know-how to execute academic excellence, uniform readiness, drill and ceremony, and physical training well. Sophomores are there to help freshmen make goals and keep them accountable to it, as well as instruct freshmen to achieve the competencies necessary to become a well-educated leader of character prepared for the global leadership challenges of the future. Juniors are there to mentor freshmen, offering stories and helpful advice for how they overcame adversity and came to where they are now. Juniors also mentor sophomores, who for the first time are leading cadets, ensuring they guide their freshmen to the core values. Seniors inspire freshmen, sophomores, and juniors by their example and by setting the Standard and setting the tone for their outfit. Although seniors do not define the Standard, they set it—they model how executing the Standard looks like and steer the outfit to align with it should their outfit ever veer off the path. All leaders, regardless of class year, will build trust with those under them by modeling authenticity, integrity, and compassion while setting high standards of performance. They communicate their values and sense of mission and define the cause for their people and tell them where they fit in. For example, as XO, I tell the freshmen that they are an integral part of Company A-2, and we would not be the same without them.

With the freshmen being housed separately, I see that the Corps Leadership Development Model falls apart unless certain measures are taken. First by dividing the freshmen from upperclassmen, the CLDM is effectively (at least temporarily) not in effect. If an entire class is removed, all other classes are affected. If the freshmen are removed from their outfits, even for 3 months, then who will the sophomores coach? And if the sophomores are not coaching and there are no freshmen learning, how can the juniors mentor in these areas? And if the juniors are not mentoring, how can the seniors inspire? What will the seniors be inspiring them in?

In order to maintain the effectiveness of the CLDM, freshmen must be receiving coaching, mentoring, and inspiring. If the cadre cannot function as fire team leaders, chaplains, officers, and mentors and the other roles encompassed by the sophomores, juniors, and seniors, then the freshmen will necessarily be deprived for the 3 months in Phase I before Fall break. Even though they may be instructed on how to lead, without the proper nourishment, the freshmen will learn how to lead in a starved state. They will be unable to reach their full potential, no matter how many lectures in Rudder they attend.

Additionally, upperclassmen must also have a purpose during Phase I, and with the freshmen class removed, it may be difficult for them to believe that they are having a positive impact and can lead Per Unitatem Vis, when there is no unity between freshmen and outfits.

I have not been on campus since the early 2000s, but there is an opportunity in the military sciences courses if they are still the same. Instead of focusing solely on recruiting for the branch, field training/o-courses, and marksmen shooting, there could be a heavier emphasis on how to lead. From there cadets need an opportunity to lead. I was a D&C cadet and those classes needed more for the real world. Having time spent on diamond qualities is outdated. Company leadership, teaching, career readiness, etc is a more productive use of those classes.

Keep all cadets residing with their units.

Start retention programs to remind cadets that their first year is SUPPOSED to be challenging. Start motivational retention programs that teach and implement mental strength. Many capable, but few are willing. Since that is the case, supportive and uplifting teachings will help cadets be more up-to-the-challenge that is fish year.

Leadership training isn't something you get from reading a book. Understanding the values of a leader requires that "leaders in training" are given opportunities to lead -- and fail. I personally think that learning from failure produces much better leaders. At all levels of the Corps, members can see with their own eyes and hear with their own ears who are good leaders and who are not. You emulate what you see, both good and bad.

Freshmen should be given opportunities to show responsibility. Important tasks that must be fulfilled should be regularly assigned. The Freshmen should not be told in a prescriptive manner how to do the task. The Fish class will work together to determine that. This creates further cohesiveness between

members and fosters a teamwork approach. Near the end of the Fish year, potentially after March to the Brazos, Freshmen should be immersed in some form of "Leadership 101". 360 degree evaluation of upperclassmen should be performed. What worked, what didn't work? Which Sophomore showed the best leadership qualities and why. The opposite question should be asked. Hard answers should be pursued. The whole chain of command should be evaluated. The dead elephants don't get off the hook!

All Sophomores should be included in a Leadership 201 course, not just Cadre. Taking lessons from Freshmen year and establishing plans and activities on how to lead their new Freshmen class. 201 should introduce concepts like the 4 phases of group dynamics (forming, storming, norming, performing), organizational leadership best practices, etc.

Junior and Senior year is when the leadership really comes out. The entire Junior and Senior classes should be in a 301/401 level training the same time the Sophomores are. Further emphasis on group dynamics, chain of command, unit cohesiveness (even with some members in corps/brigade/regiment/wing staff positions). They all started from the same outfit! Bring them back together.

Training is immersive when members are given opportunities to lead and fail. Learn from the experience, move forward. Training is intentional when it is developed and baked into everything that is done at all levels.

---

Prepare sophomores to be true leaders. Telling cadets daily that they are a waste of space is not motivating or any type of actual leadership development. Cadets choosing to attend this college do not need to be broken down and rebuilt, they already have the foundation to be great leaders. Don't break the foundation, keep it strong and build upon it. What's happening now is simply hazing wrapped in fancier words.

Return the Corps to becoming Corps-led. If our students are immature, it is because they've had too many "adults" intruding. Train them, then let them work and learn.

When students go to a big school, they need to find their people asap. The Corps and the outfits fulfill that goal right away. The 15-18 fish in their outfit are their people. The same isn't true when the group is 800 new fish. It's too big. The outfits fill that purpose.

Reducing the number of cadre last year was a big mistake. Go back to a bigger cadre.

FOW should not go away. How much more immersive can training be than FOW?

Try to place cadets in leadership roles throughout campus. Not just in the corps.

---

Transfer leadership of the fish to the Seniors. The Sophomores do not have the skills or training to be the their "leaders" yet.

---

This was my post to Quad Moms:

I am class of 2000 and my cadet is a Third Gen Ag and a legacy in the Corps - what is MOST important to me is to protect the institution of the Corps of Cadets at A&M which is currently in jeopardy.

EXHIBIT B-2
Beckcom (J001320-041024)

TAMUS-0745

Professionally, I have worked in organizational culture change and can share that there are situations which require drastic change to yield the needed culture shift. This is never the first option, but when other attempts do not result in the necessary change at the pace required, sometimes hard decisions must be made.

I would caution all of us to remember not all outfits have similar fish experiences and I would assume the rate of fish punching and the feedback received in their exit interviews may be what is driving the decision as well as the current litigation the Corps is facing.

Although many may feel this is not an ideal solution to whatever problems the Commandant is tasked to solve - we must remember there is MUCH we do not know about what may happen in other outfits.

Outfits are not disbanded for nominal reasons and Cadre are not removed from their positions lightly. Given all the activity in both subjects over the last year, there are presumably valid reasons for the actions that are being taken.

I agree we should discuss this with our cadets, but I suggest we trust the Corps Leadership to make the best decisions for the long term success of the Corps.

The leadership education should be at the corse that General Michaelis is currently taking the corps. The only concern I would have for the leadership training is whether the leadership program can transition transfer who are frogging up or snake-ing up a corp classification well.

More focus needs to be put back into the outfits.

The best way is to engage adults in oversight of the students in officer positions. Currently, there is little to no oversight therefore many things are happening (hazing, misuse of power, etc).

This question seems to want to know how the Corps can improve its leadership training. Well, I personally believe and have always been taught that leadership is based on trust. Therefore, I would counter this question by asking how the Corps plans to make leadership something that cadets can trust. This latest announcement, which has been met within widespread criticism, is the perfect example of what I mean. Corps Staff and Comm Staff have joined together without the input of the vast majority of cadets to make a plan that nobody favors except those at the very top of this organization. This announcement is failing and this plan WILL fail because cadets had no input, and because cadets were forced into this new system of Corps organization without their consent. So, how can leadership improve becomes a very simple answer. Corps leadership needs to take a backseat to what outfits care to do as outfits. I will explain what I mean more on my answer to the third question. Corp Staff, with its nepotism and corruption and isolation from the regular corps needs to go back to the drawing board. I would personally propose a voting process so that cadets are forced to argue their points and make promises of what they will do with their positions. Cadet Advisors, non-cadets, who wield far too much power in an organization that is supposedly led by cadets. The positions they occupy should be abolished or at the least stripped of their powers within the current Corps command structure. The office of the Commandant needs to come forward and bring out all of their plans and ambitions for what they believe that this organization should become, so that this Corps can have actual cadet input on what becomes of it in the future.

Stop listening to old ags who are sexist and racist.

The Corps of Cadets is already an intentional and immersive leadership development program, creating major structural change is not important. The Corps of Cadets has functioned without major hiccup from its current structure since 1876, and what hiccups did occur were due to extreme, severe, and tragic circumstances; not because of perceived "bad training."

OK looks like you wanted to implement this new plan in the fall and had met with the seniors last week to let them know. Very shady. This isn't YOUR CORPS. This is OUR CORPS.

The first thought that comes to my mind revolves around the fact that I have heard members of the commandant's staff refer to entire classes as needing to be "gotten rid of" each year I have been in the corps. If we truly are a world-class leadership organization why did I hear in October of this year from a member of the commandant's staff that we must "get rid of" the classes of 2025 and even 2026 to fix both the Ross Volunteer Company and Corps of Cadets? (never mind this was less than a month into being inducted into the RV's and almost a year away from '26 even heading to the company) How can we be training leaders if we have members of staff telling us they have given up on a class? (at this, the past four classes?) Where is the four-year training in that? The troubling part of the question is we see follow-through on this doctrine. Right now the classes of 2027 and 2026 are being "re-trained" If this is needed for their classes why is it not being done with the class of 2025? The class of 2025 will be the most crucial piece of any change made next year and the staff of the commandant has thrown us aside. Another major problem with our four-year leadership experience is the almost complete waste of multiple semesters of SOMS. In the second semester of my fish year and first semester of sophomore year, I learned next to nothing that my outfit did not teach me about the corps. I did however hear how a member of the Commandant's staff at one point in their career did not see a problem with making his Marine recruits get on their footlocker and faceplant onto the deck. Not only did they tell this story they related their clearly unethical behavior to using the term fish. This greatly worries me as they either believe using a term such as fish to be a much greater deal or they still see their actions as a very small thing. In my time I also heard war stories and many other less-than-relevant things while being quizzed from an outdated version of the standard which they believed to still be relevant. If we had used the second semester of my fish year to teach about tone, verbiage, and interactions with fish rather than what is described above I would have been far less vulnerable and had a far easier time being a sophomore. The first semester of the sophomore year could also be set up to be more discussion-based and be a helpful resource rather than being told how much of a problem we were and having to feel like we were the enemy.

In conclusion, in my time in the corps, I have observed my advisors consistently give up on classes as soon as they become whitebelts even to the point where they degrade these students in their conversations with their underclassmen. I have also observed the amazing opportunities of freshman and sophomore SOMS to be squandered and used to further separate sophomores from the Commandant's staff. Again I would like to re-emphasize I have heard multiple times from this leadership organization's hired staff that my class and every class I have been here for needs to be "gotten rid of"

Young leaders must have the opportunity to fail. To do that they have to make decisions that have consequences and will result in tangible results, either positive or negative.

Passing the uniform of the day down from Corps staff and making sure everyone is in formation at the right time isn't leadership. It's babysitting, and the cadets know it. We have slowly removed all decisions of significance that cadet leaders have. We have also removed all but a very small number of training opportunities with the expansion of the academic day. Academics have value, but if all you preach is academics over all else then we should not be surprised that everything else falls by the wayside.

Seniors need to make choices on when their outfits train, where they train, what training to put emphasis on and what just needs to meet standards. If they meet those standards or exceed them then recognize that loudly and broadly. If they fail, recognize that as well and institute correction plans.

I would also suggest starting early with a copy of The Three Meter Zone: Common Sense Leadership for NCOs by J.D. Pendry, CSM, USA. These lessons are easy to understand and will transfer well between all services and civilian leadership situations.

EXHIBIT B-2
Beckcom (J001320-041024)

TAMU-0143

While the Corps taught me invaluable lessons upon leadership, my senior year at the Trigon in AFROTC Leadership was a defining moment during my time at A&M. I learned more that year than all the SOMS classes and previous years combined. The difference was that my AFROTC cadre truly embraced the concept of being cadet run, and most importantly they allowed me to fail. I had almost full reign with my cadet staff to execute how I saw fit to accomplish the mission. It allowed me to take risks and learn the consequences of poor decisions.

What I found lacking in the Corps was this spirit. Perhaps because I never served leadership on the quad, I am ill-informed. However, the vision of the Corps never seemed to originate from any cadets, and my buddies in outfit and MU leadership never seemed to have the same level of freedom as I did. I think returning more meaningful decisions to the cadet level, and truly allowing cadets to fail would prove incredible for leadership lessons. I learned so much more from when I failed as a cadet.

The foundation of this Corps are what makes this organization so impactful. We learn leadership through the Corps experience. The difficulties and hardships, the joy and the laughs, the tears and the sorrow, are what make this experience impactful. It gives SO many opportunities to learn about emotion intelligence, intellectual skills, self-awareness, and pushing men and women to their limits.

The Corps is special for the challenge it provides. To be quite truthful, knowing that my email is recorded on this form, I don't believe the SOMS classes and other forms of leadership instruction we receive are very helpful. We learn how to lead people at the outfit level. Corps staff learns how to lead at an organizational level. Neither groups truly learn how to lead in a classroom.

We will make mistakes. We will fail. We will disappoint. That is GOOD. You are facilitating an environment for us to do that, especially so it does not kill somebody when we enter the military. However, the opportunity for us to lead and learn from our leadership failures is crippling before our very eyes. That's why we care so much.

The Corps found 'leaders' for years without much input from the Trigon

I think the problem is we are assuming what we are currently doing is wrong. I believe the current leadership dynamic and setup is incredibly immersive as it is right now. Being someone who has had the most recent 4- year experience I have watched myself and others grow in ways we couldn't have ever imagined.

The Corps itself stands as the immersive element of leadership training. It is a massive and well decorated leadership laboratory, and having the opportunity for each class year to learn the role and invest into it, then train and be trained for the next year is what gives cadets such a unique experience that produces the best leaders. Time in these roles, during the Corps training times we have outside of academic responsibilities, is when this happens. Cadets will gain the most when they have time to invest and experiment and learn in active training times. Briefings are not training, they are only theory, and theory becomes useless without proper time to test and practice different leaderships and methods. Cadets learn more from failure than from success, and being allowed the room to fail in a relatively low stakes environment like the Corps will create even higher caliber leaders. Leaders and followers alike learn from more from failure than success, and cadets require the space to do so, and to then improve as people and as leaders. The current system has so much oversight that the Cadet leaders are leaders on paper. All the directives are wishes of commandant staff, not cadets leading and making decisions based on a vague, overall guidance. Cadets who fail are punished, and then the oversight becomes so heavy that there's no chance to learn and grow. The cadets need the time and responsibility to actually make decisions in regards to training, each level will take the vague guidance and apply their own vision to it and whittle it down to the operational level within outfits.

This is a great goal, but it can't be the only goal. It has to exist hand-in-hand with the question, "How can we provide a one-of-a-kind experience for our cadets that sets us apart from peer institutions by reinforcing our unique history and culture, and not just mirroring what some alumni will go on to

EXHIBIT B-2
Beckcom (J001320-041024)

TAMUCX-02148

experience in the military?" The Corps and Texas A&M are much more than a preliminary training stop for military careers, and should be treated as such. The relationships we build as cadets -- particularly during FOW and the first semester of school -- make up the entire foundation of our time in the Corps. My buddies and the experiences we shared have had a vastly greater affect on my life than any specific leadership training I received.

Having said that, I think a more intentional four-year journey must include content aimed at each class, clearly outlining what is expected of them as a freshman, sophomore, junior and senior. How does your role change each year? How do you become an influential leader as a sophomore? How does that differ from your role as a junior or a senior? During my time in the Corps (1987-91), I was never given meaningful guidance on this ... We went from being wide-eyed fish to our sophomore year, where we essentially mirrored what we had experienced: lots of yelling, memorization, corrective PT, etc., without a deeper discussion of WHAT we were trying to accomplish and WHY we were doing that way. The upperclassman years were spent more on personal development vs. leading underclassmen in a meaningful way. There is tremendous room for change and evolution here ...

HOW this is accomplished can be something as simple as requiring all cadets to report for FOW, vs. only fish and cadre. Those not involved in working with the freshmen would spend their time in a weeklong leadership course with their class peers, filled with role-playing, group instruction, etc. I would have eaten this up as a cadet -- training aimed at me, which changed each year as I advanced through the program. I was not a loud, demonstrative leader, and I often felt left behind as positions and opportunities went to those who were more outspoken. Frankly, I think the lack of specific, role-based instruction played a big role in this. It's hard to stand out when you're not sure where you fit in, or what you should be focusing on.

I have spent a big chunk of my career working at the national level for the Boy Scouts of America, which employs a graduate-level leadership course called Wood Badge. Now more than 100 years old, the course has evolved into a weeklong leadership laboratory that guides participants through the process of becoming a more effective leader. It is transformative. The capstone of the program isn't the final day of class ... rather, it's the project phase that spans 18 months after the end of the course. Participants must come up with six "ticket" items or projects they will complete, aimed at furthering their growth as leaders and positively affecting their organizations. We could copy this approach and have cadets create three items they will complete over the course of the coming year, from taking further leadership courses through the university or online, developing team- and leadership-building activities for their unit, creating a more robust program of alumni outreach to span the generations, etc. As a former student and instructor of this course, it has changed who I am as a person and as a leader.

Good question. First, the HCEL needs a complete overhaul. It is not appropriately serving the Corps' needs. There needs to be real leadership and followership training conducted in the freshman and sophomore years that goes beyond the basic leadership traits and principles. The junior and senior cadets (contracted and D&C) need real "positional" leadership development to prepare and sustain them through their leadership journey. Additionally, the HCEL needs reorganizing to provide more tailored career readiness pipelines that truly provide D&C students with clear career readiness advantages. This means real faculty and optimally a real dean.
A key and critical deficiency is the lack of deliberate and comprehensive "transition" training to prepare cadets for their next leadership responsibilities and challenges. To do this properly, the OOC needs to overhaul its staff and hire a cadre of advisors with real experience leading organizations and developing leaders.

Stop treating D&C cadets as less than, instead of the reality that they keep the Corps lights through donations after they graduate. They are your most important cadets. They are the easiest students to recruit into the military after. They are the majority of the corps student body. They are the ones sending their sons and daughters to join the corps after.

Just because you can't threaten them by messing with their future livelihood like you do with every contract cadet in a leadership when they don't agree with you doesn't mean that they don't deserve the

EXHIBIT B-2
Beckcom (J001320-041024)

TAMUS-0749

| |
|---|
| same leadership opportunities and development. Yet that is consistently the attitude the leadership has displayed towards the largest percentage of the corps for at least the past 20 years. |
| let the RV's PT |
| Do not break what is not broken. I ask you back, how can the cadets in the Corps trust the adult leadership after this situation? |
| Invite guest leaders (prior Corps members) to come to an outfit dinner and talk about their journey, how they got where they are, and how the Corps influenced them as leaders. |
| I believe you can improve the leadership training by creating opportunities for most engaged and strong spirited pissheads, Butts and Zips to train the fish the last 4-6 weeks of the Spring semester so that those fish are ready to become effective pissheads when the new fish show up the following semester for FOW. I also think the Butts and Zips take the lead for the first 2-3 weeks of the Fall semester with the Pissheads taking a lesser role, yet still engaged in the process. Then you have a smooth handoff from the white belts to the Pissheads. Having the Pissheads engaged from day 1 their sophomore year is crucial to the process for their further development as leaders and to maintain tradition of the Corps. Pissheads will make mistakes in how they handle the fish from time to time but that is how they learn. They aren't going to learn that from a classroom or the Trigon. On the job training is the best way to learn and grow. |
| In this time of evolution, the term "leadership" is thrown around, and yet, as always, is absent of any context. <br><br> The question then becomes what is leadership? What is leadership in four years as a cadet in the Corps? What is leadership for life (as in life after the Corps of Cadets)? Are there different aspects to leadership? Is leadership the same once cadets depart the quad for life? <br><br> Let's examine the components of leadership specific to the Corps of Cadets. As I see it, there are three: trust, responsibility, and discipline. <br><br> As an observer of the Corps for the last decade or so, the question that comes to my mind is: how can the cadets exercise any leadership when they are under constant supervision from the Trigon? <br><br> I am constantly "astonished" when visiting campus, that, in any Corps activity, you cannot swing a dead cat without hitting a member of the supervisory staff from the Trigon; active duty or retired / hired. <br><br> These representatives of the Trigon have become a layer of supervision and responsibility for the Corps; the Pissheads of old. <br><br> We, as a society (sic), no longer trust the Corps of Cadets to police themselves, we no longer trust them to be accountable for bad behavior. Instead, we continue to enlarge our supervisory responsibility by growing our Trigon staff and having a greater presence on the Quad; and have evolved into the modern-day pisshead. <br><br> And allowing these supervisors (pissheads) to wear Cav Hats, with enlarged retired ranks puts the spotlight on them (for their ego) and most assuredly away from the Cadet Corps as they execute their pisshead duties. Hint: discretion suggests that the focus remain on the Corps and advisors show discretion when representing at activities. <br><br> The smothering of the Corps with all this "supervision" suppresses leadership development for the cadets. <br><br> We no longer trust the cadets to govern themselves, thus suppressing leadership development. <br><br> We continually expand Trigon supervisory staff to ensure things are accomplished properly and meet requirements. |

EXHIBIT B-2
Beckcom (J001320-041024)

An example: when the senior boot line forms up in the End Zone in the second half of a football game, there are a handful of bulls from the Trigon right there on field with them.
You'd think, at this point in their years as Cadets, Zips could exercise this independently. But the mere presence of the bulls reflects this lack of trust.

"Oh but SEC rules and requirements....." is your answer. My answer is: it will only take once.

That will reinforce the discipline necessary to allow the Zips to exercise the responsibility to form the boot line. It only takes the Trigon the ability to trust the Cadets to execute.
Now this lack of trust is also prevalent in certain aspects of our military. But that doesn't make it right.

In 1985, as an Army Attack Helicopter Company Commander in the grade of O3, I had the authority to downgrade a Red "X" condition and allow an aircraft or vehicle to continue operation to the nearest maintenance facility. I have subsequently learned that authority now rests with the O5 level battalion/squadron commanders. I will also add that in every case I did sign off that "Red X" to a "Circle Red X", I personally flew the aircraft back to the maintenance facility.

The real question then becomes, how can the Trigon influence actions on the Quad to ensure Cadets learn responsibility and discipline? and the answer is trust.

Failure is a component of leadership development, provided it does not become habitual.

Yet failure on the Quad is avoided at all cost. And that failure is thwarted by a suppressive supervisory Trigon staff.

The Corps was once allowed to discipline itself.

Maybe by teaching trust, responsibility and discipline, this privilege can be returned to them.

I think the best way to increase intentionality and immersive is to put the right leaders in place over the outfits.

I believe this can best be done by giving the outfits some say in how leadership is picked because those are the people that the potential leaders live with and know best. I do not think a board of people that do not really know the individual is equipped to make the best decision for an outfit's future.

I really like the idea of starting an "SLA" or curricular program for sophomore development. I think there should be a parallel course for juniors and seniors. Juniors should learn organizational planning (Col Washington's MTTB planning meetings would be EXCELLENT source material) and Seniors should have some extended sessions about organizational change and change management. Seniors could and should also be very involved in planning SLA and the fish introductory curriculum (see my last paragraph for more justification)

What I think is CRITICAL though is that it's not just CMDT staff lecturing a room full of cadets. Keep a low ratio of student/instructor and include Cadets on the teaching team (i.e. for SLA have a senior there getting a SOMs credit or a stipend to work with a CMDT staff member to learn and teach the material, sort of like the current SOMS peer mentor but more involved and more vocal).

Col Washington is really really good at this stuff in his MTTB planning. He entertains ANY suggestion and then gives us the tools we need to come to the conclusion that he could have just told us in the first place, but people listen best when it's their idea. If you can push cadets into coming up with the ideas that you want to execute, they will execute it with way more buy in because it's their idea.

# How do we expand the leadership opportunities for every leader in the Corps, ensuring each experience provides both learning and purpose?

Leadership opportunities are from positions of responsibility, and to be given feedback on your performance. The goal should be to foster the healthiest and most independent outfit leadership teams. Outfit leadership are incapable of learning from mistakes, improving and leading at all without some degree of autonomy and controlled failure.

In short giving outfits more autonomy, and allowing for an environment that is more accepting of failure will help cadets to lead better than they would as the "enforcers" of someone else's leadership. This way we will build leaders and not managers.

https://texags.com/forums/16/topics/3445742

How about allow the fish to report to their chosen unit, rather than the asinine 8 week fish program that was brought up.

Like I said, let us lead. Yalls entire role in command staff should be to provide guidance and that's it. We are a leadership lab and yet we don't lead. The corps is making these high level changes without input of any cadet

We can expand leadership by giving opportunities to lead throughout the school year.

Stop commandant staff and corps staff from taking away all of the authority and responsibility from the cadet leaders already here and the ones being appointed next semester.

Dont. Not everyone needs a trophy. Everyone should have stiff competition at every level to be "in charge" of others

Everyone is not born to be a leader. While the Corps "builds leaders" the world does not and will not need everyone to lead - we need followers and supporters as well. This being said, not everyone needs a leadership position within their outfit or corps. More needs to be focused on the other supporting roles.

Push more CR and RUReady events.

Give each class opportunities to lead and make decisions that actually matter.

Truly I don't see where we can fit in more leaders. We already struggle with finding replacements when a CO/1SGT doesn't make grades, how are we going to find more full time people?

Shifting responsibility and workload off of CO's and 1SGT's towards other members of their respective classes. The biggest source of whitebelt apathy is feeling like one isn't necessary to the corps operating. In addition, invest more in special units and give them the opportunity to create difficult environments that will in turn keep whitebelts motivated. The RV's last semester and Recon this semester are examples of how physically difficult special units can intentionally help keep whitebelts motivated and further develop their leadership skills.

We could have more help getting leadership positions outside of the corps. Maybe create group chats/meetings for people interested in orgs, societies, sports teams, etc that can help new leaders

become more active in those organizations, while also developing the leadership skills of people already taking part in them.

We don't. Leadership is way to watered down. I believe the corps should be restructured to operate correctly. Our "outfits" operate as if they are companies in the military. But In reality we are actually the size of a platoon. If we restructure the corps so that outfits are platoons and operate as a platoon people who hold leadership billets like SL, PSG, and FTL will actually get to lead. Additionally it would make leadership more tangible. Our current "outfit" commanders (commonly referred to as company commanders) operate as if they are in charge of 100+ cadets. If we changed the verbiage and the structure of the corps then leadership wouldn't be watered down. A battalion commander in the corps today doesn't actually command a battalions worth of people, they command a companies worth of people. And so on up the chain of command. I believe restructuring the corps in this way provides more concrete steps to leadership as well as provides leadership billets that actually matter. Currently a squad leader has maybe 4-6 people under their command when that is really a fire team. If you restructure like I've laid out then that said squad leader can now lead in the way a squad is supposed to function because they have the correct amount of people in their command.

As we go through the 4 years, the leadership positions become a pyramid where they become less and less. Unless you implement new outfits, there really isn't a way to get everyone the experience that another would have.

By encouraging leadership opportunities inside and outside the quad, RVs, Cav, Rudders, FDT, Bonfire, outfit and corps leadership. Leadership opportunities in these organizations are every day being washed away by a larger agenda of control with the most common leadership phrase in the corps being "it's out of my hands it's coming from higher". Leaders are only built by making swift decisions in high risk environments. Leadership is not campos, it is not uniforms, it is the greatest challenge someone has ever been presented.

There are sufficient leadership opportunities for every leader in the Corps already. If anything, the Office of the Commandant could encourage cadets to get off the Quad and engage. We need current leaders to share their experience across the Corps.
As to sharing experiences, it should be expected that each head, butt and zip must provide, each semester, a 5 minute video answering "Where do you lead and what does that entail." These need to be provided Corps wide. In this way, cadets - particularly fish - will have an idea of where each cadet is and - if that is a position of interest - where they can be found. Yes, its about 1500 videos. But, this is how we control the narrative that "We Build Leaders."
With regard to leadership, we must recognize that come leadership may be found in a titled position in a regular unit or a speciality unit, may be untitled because the cadet provides leadership to those under them in another way, may be invisible as the cadet does not wish to be in a nominal leadership position, or may be found in any number of organizations off the Quad (where the Corps needs to be).
Metrics must be provided to each unit for expectations of each position (from fish, to sophomore, to clerk, to junior, to Scholastics Junior, to XO, etc.) within the outfit, recognizing some units may divide effort within a chain among several individuals. Accountability for compliance must then be ensured.
Most organizations include systems for feedback outside the direct chain of command - so the Corps should expect every Cadet to provide, perhaps monthly, a review of their own leadership and followership, of the leadership of their own outfit, and of the followership of their own members. With today's technology, it is easy to obtain an electronic survey from each Cadet.
As part of a regular monthly evaluation, cadets could identify what leadership positions they have on and off the Quad are any positions of interest to them. The Outfit Advisor, in reading the monthly surveys, could provide a link for that cadet to learn more about the leadership position of interest.
Outfit advisors must read those monthly reports and take the appropriate action, which may be meetings and redirections to those in positions of command or in positions of followership. This affords an opportunity for Advisors to identify those on the bubble of retention and provide outlets, including potential transfer to another unit. This also affords the Outfit Advisors the opportunity to determine whether those in a position of leadership are suited to it, succeeding, or failing.
At the end of the day, training is Explaining, Demonstrating, Guiding and Enabling. Evaluation is a

critical element in ensuring each of these elements is being met.

Regular evaluations should also be helpful in flagging the failures identified already.

We cannot make people take on leadership positions they do not want as they will not lead.

We cannot provide the leadership position each cadet wants - its their job.

All we can do is provide the path for each cadet to seek the leadership position they want.

Let cadets be in the room for decisions. The current perception is that there aren't any and even if there were, there isn't enough respect for the big three as there should be. Many see our corps commander as someone who doesn't truly understand what it is to he a fish or a member of the corps, House is overbearing and Guest is overworked. I don't agree with those thoughts in the slightest, but as it is the rest of the corps thinks otherwise. There is a balance of course, but the perception of COs being able to voice their concerns might help. At the same time, battalions need to be used more. There is so much potential in them and I feel like we've only scratched the surface. It still feels like the MOs and OAs are influencing the corps and while there are good ones, many rub cadets all together in the wrong way. Blackbelt soms lead by them feels like they assume you want to haze freshman and there's no way around it. You wither play teachers pet, or you stay quiet. They all have so much knowledge, but it doesnt matter if cadets assume they arent cared about by them. Finally, standards are dropping and cadets need to have the ability to enforce them. Too many cadets wear non regs class, don't wip out, and organizations that once were heald in high esteem are now looked down upon. An example that comes to mind is the RVs. I had the honor of running into a corps commander in the 80s and he asked where my cord was. I told him I didn't have one and didn't want to join to his shock. Anyone who was anyone wanted to be an RV he said. All the high ranking individuals in the corps were RVs and served as examples of servant leaders for all to see. They were looked up to and admired. No that could be an old ag embellishing a story, but even still, the RVs aren't look at the same. They are seen as a special unit that parties and drinks and sees themselves as above the standard. They choose themselves so now it's like a frat that does piss poor drill, yet is the governor's honor guard. Don't get me wrong, there are good RVs, but they seem to be the exception, not the rule. Cadets have to take charge and ownership of changes and leadership, or they won't buy in and nothing will change.

It's the onus of the cadet to take charge of their post. In my opinion, the hardest and most important job in the entire Corps is the FTL - they have the responsibility as the first direct link in the chain of command. But why can't an AFTL take charge over certain responsibilities or make the time to get to know those under their care? I think the focus shouldn't necessarily be on expanding leadership opportunities, rather Cadets taking serious the opportunities already presented to them.

Allow the sophomores to be at more training times with the fish to let them interact and lead them more. If we have more fish next year, a strong sophomore glass is vital for creating good leaders in the class of 28.

The corps is structured the way it is for a reason. A very specific reason. A reason that has been the same for over a century. Freshmen don't enter the Corps ready to lead. Nobody does. The entire point of freshmen year is not to lead. Rather, the point is to learn how to be led. How to follow. How to be the best subordinate you can possibly be. Everyone comes in expecting to magically become a "leader", when in reality, the only thing that can develop leadership is experience in a real world setting and learning from leaders around you. That's why the four different years of development are so critical. Sophomore year is the time to start leading, making mistakes, fostering a fire team of motivated fish and learning to influence and impact them in a way that is meaningful, challenging, and pushes them to be their very best. I think the idea that we can push leadership at all levels is valiant, but without a basis to practice it on, what good is the training? I believe that leadership is better learned through hands on experience and mistakes than in a classroom, which is what leads me to believe that we need to delegate more to the outfits. Monday and Friday morning SOMS classes and a fish Academy would only damage the ability of sophomores and white belts to experience that real world leadership applicability. Leadership opportunities have been the point of the outfit training for decades, and removing that is extremely detrimental.

How can we lead if there is nothing left to lead? If you take away the freshman and leave the units with only sophomores and whitebelts, there will be significantly less opportunities to lead. I know that the majority of cadets are motivated and care deeply for this corps. If you tell these motivated cadets that only 200 of the 1700 are "mature" enough to lead, then what do you expect? You have to find a balance where you empower positions that have been overlooked (Chain officers, SL's, etc.) instead of just saying we are not good enough and only giving leadership to a few hundred of the 1700.

Expand the amount of people involved in FOW, more manpower during this very busy period would be beneficial and those who are on cadre get to have a head start on influencing the freshmen and adapting to their roles.

You develop outfits with expanded chains of responsibilities. Giving people jobs for the sake of jobs is counterproductive. My outfit has expanded its chain work and is able to accomplish so much more. As a fish, I only know the outfit level, but I have a lot to look forward to. More responsibilities are created by the more freedom you give to outfits. Maybe it's because I'm just a fish and have no clue what the overhead looks like, but what I see from my good outfit is a system of chains where everyone has a say and fish are implemented into that system once they've learned the duties and responsibilities of it.

It appears as though standards and discipline fall on deaf ears as soon as you put a white belt on. I watched my most disciplined, former FTL, put on that white belt and fail to remember his campusologies, to shine his shoes, and wear the uniform properly. By dismissing white belt apathy as a symptom of prolonged time in the Corps, we are producing poor officers/civilians that will soon join the world as burnt out individuals. White belts that fail to fulfill their duties should be replaceable. Allow them to fail but be held accountable the way they were as a fish and pisshead. It is concerning that learning appears to end when handed more privileges and titles. They do not deserve a blind eye due to a title. You are not your title, rather a cadet doing a duty for your outfit and Corps.

Allow current leaders to properly delegate their responsibilities and work with cadets. I have personally seen how certain leaders bear the brunt of the responsibility and are unable to delegate and share this to other cadets so that they can gain leadership experience. What I have seen work well is where the butts lead the most, with heads directly under them and Zips providing insight and serving as a consultant to them. This is effective because it allows, at least on the outfit level, for leadership to have a coach who knows what they are going through and can provide advice. Furthermore, this, along with delegation, allows for cadets who might not have a formal title to serve in leadership roles. Many times here at A&M people get caught up with the title of their role instead of the actual work they needed to do. We don't need to create leadership roles out of thin air so everyone has a title for their resume, but we need to create the opportunity for cadets to step up and take on responsibility. That way they can take control of their own leadership journey and are motivated to lead not burdened with it.

I feel like there's no leniency in the Corps. If you mess up, you're treated like trash. We're college kids, we're in the Corps. Let us mess up here. Let us learn from it. So that way, when we go out into the real world, we have experiences that we have learned from. I feel like the Corps is leaving that.

If cadets aren't given the opportunity to lead fish, then what are we learning? That only a select few can do that? That's my takeaway. I'm supposed to lead enlisted personel in 2-3 years but I'm not trusted to lead some fish in the Corps.

By expanding the decisions currently leaders are allowed to make. We don't need more participation award leaders the corps is already saturated with those positions.

Performance reviews conducted for every upperclassmen conducted with unit or corps staff present. Unit staff must be inclined to look for/promote healthy leadership opportunities.

There is plenty of leadership opportunities for everyone, but not all of it gets promoted/capitalized on. Holding people accountable and promoting actual, productive leadership is the only way to really provide purpose to everyone and their leadership roles.

Committees for activities and creating delegation for outfit level leadership. By only allowing the CO and 1SGT to have access to certain responsibilities, we have trouble creating responsibilities to delegate. The only activity where we can delegate is going to be PT, that's why it's emphasized so much. That's why our culture is so dependent on it.

As mentioned on the previous question and the next one, how can we unite the corps? Creating an activity to unite behind. How can these activities be created? Committees. Led by comm staff, let people join different committees which are led by cadets who create decisions. This can be based on its own election process and have people in non-leadership positions apply. This way people can contribute to corps level decisions in the equivalent of 'think tanks', where people opinions can be heard. I'd be proud to have people in my outfit help contribute and plan events on a corps wide level. As well you can make it a requirement for 'x' amount of people per MU or MIU join, have them meet with outfit leadership or higher leadership. More responsibility, more opportunities to lead.

These events can include competitions, major/ minor unit FTX's, mass community service (Big Event but just the Corps), FOW prep and execution, dining outs.

As well don't be afraid to incentivize, give bag-ins and MESTS, that's how you'll get people in the door. Yes, the concept of buying in is frustrating, but it's necessary to get the momentum going for change.

Make seniors show up to things. When you see a senior not doing anything and just blaming "white belt apathy" that breeds further apathy from every single class. In SOMS classes I would talk to rising juniors about timely feedback. As a head, there is sometimes an issue and we have no clue until a week later when said issue is brought up. Juniors and seniors should know how procedures are conducted and what is and isn't acceptable. Let them know that giving subordinate feedback is crucial.

The leadership opportunities that exist within an outfit in a dormitory 24/7 situation are almost unparalleled. Regardless of a "position" or "rank", cadets are constantly exposed to both following leaders and being leaders themselves. The concept of 'expanding' or 'creating new' leadership opportunities has a veiled implication that the current structure is inadequate. This mindset should be respectfully challenged by the simple question, "What is the metric?". A&M cadets routinely demonstrate on a national stage their superiority in comparison to other ROTC programs across the nation. We are competing against ourselves - can we tweak improvements? Always. Do we need a wholesale overhaul? Wholeheartedly, I would say, "No." - if there are 'trends' towards bucking the established system, then address them individually. The entire Corps does not need to change strategies to address an extrapolated issue.

You do not have to have a leadership position to be a damn leader. For this, we allow cadets to become leaders themselves like 150 years of corps before us.

You don't have to give everyone a position to make them feel like a leader. Positions help, but good leaders do not need people under them or a title to influence the actions of others. Leadership is influencing those around you to thrive and complete a common mission. Teach the cadets how to communicate their ideas and how to get people to listen to them and you. My short time in the military has taught me more about this than in the Corps because it means more. I wish the Corps taught me this fact sooner.

Stop trying to expand. Condense instead. There is enough positions within the Corps for everyone to be a leader already. Be that outfit leadership, Major/minor unit leadership, or chain leadership, there is plenty of positions as is for cadets to learn how to be a leader. To be a leader you don't have to be in charge and have a big title. To be a leader you have to use the skills you're taught to help and teach others. This can, and has been done, in the present state of the Corps. We can't all be chiefs. Stop the focus solely on people with diamonds. Everyone has a position to uphold in the state they're currently in. I'm a two-moon-goon in charge of two chains, and I'm knocking it out of the park with them. It's not hard to lead even if you're not in a "leadership position". Everyone has a job, and we're doing it to the best of our abilities and leading those under us as is.

Don't crush student leadership under the heel of staff influence, which isn't to say they should be left utterly independent, but that their leadership potential shouldn't be just amount to "mouthpiece for Commandant staff"

Distribute more authority to the Corps and create positions to fulfill those roles.

The amount of leadership opportunities already present in the Corps are sufficient given the current size of the Corps. As it stands, the amount of positions seems to distance the leaders from the actual outfits, as they remain on staff and are not bound to any individual within the outfit. This leads to decisions and regulations that are fundamentally not what outfits need, as the leaders are so far removed from the people. I suggest keeping the current amount of leaders and keeping the staff from outfits accountable within their own outfit to promote growth and ideas that benefit the cadets.

Adding battalions back in like was done does open up more leadership positions, which is good. Was on 3rd Batt Staff my jr and sr years. Remember, not all want to be General. Company level positions teach how to lead as part of a bigger organization, without having to be the CEO...

Don't put people who will throw people under the bus in positions if major leadership. The current regiment disciplinary officer literally raped a girl and was appointed. Y'all are putting the wrong people with no backbone into positions that require tough decision making.

Keeping units together and learning through the example of the upperclassmen, and growing the extracurricular landscape within the corps.

Make a board of cadets that directly communicate with the commandant of the Corps to keep him connecting to what the Cadets require and what they want to get out of the corps.

I believe my first answer covered this.
Rotate who is in a leadership position at the end of each semester for Sophomores, Juniors and Seniors. Maybe not the Sr Co position. But all other positions.

Expand the leadership roster, by elevating cadet responsibilities to those of the Commandant's office. Allow a level of cadet council that that meaningfully negotiate with the Commandant and be permitted to appeal a decision if it is found unsatisfactory.

Keeping all sophomores as fire team leaders to fish. It allows them to have one on one connection while also learning how lead on a more individualized level.

Refer to my previous answer. The leadership opportunities in the corps come from interactions with fish and being a fish primarily. An all fish dorm is an antithesis to that point and is probably the most 'opposite direction' solution you can go. We currently have a massive bucket of 'leadership and character development' cadets can fill, but they can only scoop so much water at a time and some of them don't want to scoop water anymore. Adding more buckets isn't going to help.

Leaders in the corps of Cadets are built already, whether that is in outfit, minor unit, major unit, or corps staff. So many leadership positions are available. Being more transparent with whitebelts even without leadership roles would also be beneficial.

A great word of wisdom shared to me about the corps, if you were to take off all of the ranks you would still have those leaders in the same roles.

Let the student do more instead of the commandant when possible

Make corps staff mean something again. Not just a joke that nobody respects.

Return to Ol Army, Traditions have the same weight as Leadership. You don't have to choose one or the other. Develop both at the same time, like it has always been.

Give special units and student organizations more leeway/room for growth and innovation.

Guard the traditions of past and present, allowing cadets to use their interests as an asset to lead their peers. Going out on a limb, even to your own detriment, is a step in the learning process.

Individuality and ideological diversity should not be axed/restricted due to nonconformity, as there will always be ebbs and flows (ups and downs).

Part of life is going tryouts hard times, or trials and tribulations. The corps should foster an environment of artificial stress to push everyone to their limit physically, but most importantly mentally and emotionally.

You create opportunity, and people take advantage of it. But we can't all be "top leaders" and we shouldn't try. Some will serve in leadership outside the Corps, that should be encouraged. Creating smaller, niche and special purpose organizations (think Rudders Rangers, Cyberwarfare team, sports, etc) so that everyone can find their spot. More small organizations for white belts, that's my view.

While the Corps of Cadets aims to develop those in it, it is increasingly become the case that those in this organization will only get out of it however much they choose. Those that choose to do the least they can, will receive very little leadership development even over the course of their Corps career. On the other hand, those that choose to do the most they can, become involved in leadership and special units, and successfully complete the transition from followers to leader across their time in the corps. As restrictions must be put in place for the safety and health of the regular Cadet, special units become the place for cadets to reach out into whatever field they choose and grow in those areas as well as with a variety of cadets across the quad. Placing further restrictions on the activity of special units only restricts those who volunteer to go beyond the outfit model of leadership development. While all of this is true, there is an understandable level at which restrictions should be placed, but in doing so, it should not limit the ability of that unit to function. Advocating for the autonomy of special units by consequence should encourage more people to be active and seek leadership experience where they would not get it otherwise, in organizations that compliment their interests.

The learning opportunities ultimately come down to individual attitude. It takes a growth mindset to learn from the opportunities in place.

We expand the leadership opportunities by not nuking 4 outfits that created those opportunities. All of those outfits went on to have people take over positions in other outfits that took away opportunities from people that had been in those outfits originally which has taken away positions instead of creating them.

I believe the use of special units would be a good idea. As a fish and now a sophomore, I don't really see the different units and would like to see if we can give special units more opportunity to show off their skills and recruit cadets.

I believe you should give everyone interviews when applying to leadership, regardless of previous experience with leadership as long as they meet the GPA and discipline requirements. I know, that's a lot of time tk give up. But, it gives everyone an opportunity to give their side and show how they've worked hard and why they want to go out for it. It doesn't seem fair as you ascend the ranks only the favorites or brown nosers are considered for interviews and few and far between are hard workers chosen. To also give EVERYONE a say in leadership, those who apply should be considered for their outfits first. The people in every outfit should also be included in the leadership process. MA's/Corps Staff has 1/3 of a say/vote, Current Leadership has 1/3 of a say/vote, and the people within each outfit get to voice their honest opinions and have a chance to choose their own leadership, contributing the last 1/3 of the voting process. There will be bias and possible nepotism, but by including everyone in the mix it should mostly zero out in the end. Everyone gets a chance no matter if you have had a previous leadership position, been offered a previous leadership position and accepted or denied it, applied to previous leadership position, or are unable to apply to a leadership position yet: everyone gets their voice heard. These experiences would teach us that our voices do matter and if we decided not to vote that's on us and we can't complain about leadership since we didn't give our input. It also shows the motivation and the importance of putting out and being the best leader you can be no matter what because there is always someone watching-reinforcing the Corps values 24/7.

Not everyone needs to lead. But everyone needs a shot.

Every cadet currently has this, and it's already highly reflective of the public and private sector. Those that wish to put forth the effort and gain everything they want to can do so, and those that wish to be

EXHIBIT B-2
Beckcom (J001320-041024)

TAMUX-0734

along for the ride but only halfway participate can also do so (with the understanding that they will not be in major leadership roles.)

Encouraging more creativity across the Quad could help. In talking with a first sergeant from another outfit, he said that one of his junior buddies that doesn't have any chain positions or anything will occasionally lead training times teaching subjects based off of his major. This makes him feel more involved and invested while also giving unique training times for the outfit. Additionally, one of the most demotivating times is the Spring because not much goes on like earning Brass or football games, and even preparation for new roles can become redundant after a while. One of the things my outfit decided to do this year is have the freshmen plan an event for outfit alumni. We gave them certain deadlines for when decisions on things like the date, location, attire, etc. needed to be decided. This makes them feel more involved in the outfit as well as gives them a more hands-on approach to the preparation of new roles, especially when it comes to chains. It's also a way for sophomores to begin to seriously bond with them on a level that isn't just making sure their uniform is perfect and they're keeping up with academics, because the freshmen go to their sophomores to ask for help with their respective chains. I think increasing the value of creativity across the quad would provide more leadership opportunities and purpose for classes that often feel like they lack purpose.

Create a clear defined model for outfit leadership with roles and responsibilities. This will include the seniors through sophomores.

I understand you can run out of leadership opportunities in the outfit, therefore a strong push for special units with separate leadership levels can add depth, SEAL platoon, FDT, RECON platoon, Rudders Rangers, RV's etc. These leaders should not necessarily hold leadership positions in the outfit, expanding the opportunities.

Training and accountability at each level is key.

I do think what kills leadership at the student level: 1. when peers don't respect the rank or position of their classmates and fart off directives. 2. Cadet Leaders chose buddy loyalty over doing what is right .

Training and discussions in these areas is needed.

Not sure how much training is given to D&C cadets, but business leadership classes would be a good idea for noncontract cadets.

Everyone in the Corps has a job and someone they report to. Leadership works out of that even if the job isn't considered a leadership position such as CO or 1st Sgt. Make sure white belts don't sandbag on jobs like Clerk and other positions where the sophomores do everything.

Increase pride in the corps. Not through taking away outfit pride but increasing corps pride. Make this place and place where people who want to be challenged, grow, and set apart come. Not an advanced Boy Scout organization. One should come here to be pushed past their physical and mental breaking point, because only then can they go. Only someone else can taking you farther than you ever thought you could go.

I don't think everyone can exercise leadership opportunities. In 4 years you simply don't have the time to allot a leadership opportunity to all ~2000 cadets. That being said, there are ample preexisting leadership opportunities in the current corps structure. SOMS, ROTC classes, and the current fish experience provide the framework for leadership. There are opportunities that appear organically in the fish class and some that are necessary in SOMS or ROTC. After fish year, those basic opportunities persist and new ones appear from everywhere. One can join a special unit or pursue a position within a chain of command in their outfit's logistics. Some of these require initiative but most are a product of necessity. The truth is that some cadets never commit themselves to these opportunities.

Allowing upperclassmen to reach and train freshmen ALL year long

Create more frequent competitions for outfits, where non-training chain cadets are required to lead. This would encourage peer leadership for training chain, and the ability for others to have an opportunity to get hands on experience and responsibility in some setting, if not within the outfit operations/training. Some examples could be a weekend competition at the O-course, sports, drill inspections (similar to Citadel), or similar activities. In general, more opportunities for leadership. Restrictions to success would be time commitment, but can be mitigated by being held every 2 weeks on Friday afternoon, giving outfits 2 weeks to develop between each competition. This approach also fosters a Warrior Ethos and outfit pride.

I believe that I touched on this in the previous question, but shfiting from a management focus to a leadership focus. People are probably not feeling bought into the corps because they see it as their being micromanaged from many positions above themselves.

1st Sergeant, CO, BUC, BUXO, MUC, etc.

All telling them what needs to be done. They have their individuals chains to be creative but if they feel restricted in what they are able to do then they aren't going to feel motivated to go the extra mile. SOMS may be better suited to be a collaboration time on being creative with the time given. Sometimes I feel chains within outfits are seen as a burden rather than an opportunity for improvement and growth.

The proper opportunities for leadership in the corps exist. I've never believed that you need a billet to be a leader. Some of the best leaders I've have in the corps have been nothing more than an AFTL or a 2 moon senior. Some of them were better leaders than some of my COs or 1st Sergeants. The opportunities exist. What people need is the freedom and motivation to utilize their positions. I don't think that is something you can create, but it is something you can facilitiate and inspire to be done.

Ensure every white belt is on a chain or in a "green tab" position ie Squad Leader or Platoon Leader. XOs, COs, MUCs, and 1st Sergeants need to be responsible for making sure the white belts in their outfit are doing their jobs and leading effectively.

Also, outfit and major unit leaders specifically CO, 1st Sergeant, MUC, PLs, Sergeant Major, and Platoon Sgt. should change at semester.

Educate the Cadets about opportunities on and off of the Quad. Encourage Corps participation in events such as Big Event, Aggie Build, Muster, Traditions etc. The Corps also has leadership opportunities at all levels for all classes. Organizing and commanding PT, outfit service projects and outfit social events are all leadership opportunities. Organizing and maintaining communications with former members of the outfit is a great leadership opportunity.

Do not micromanage and demand that the Trigon chooses leaders. Micromanagement and arrogant control take away leadership opportunities. Let the cadets make mistakes and learn from them. The Trigon Cadet relationship should be like a mentor not a Tiger Mom.

The answer is certainly not by restricting the amount of people that can train the freshmen or by isolating them from the rest of the corps. This will afford them no leadership exposure or learning opportunities. It will create a cultural divide between freshmen and upperclassmen. Leadership opportunities for freshmen in their first semester would be to observe what works, what doesn't, and the second semester to be taught the concepts and start learning how to be a sophomore (while still being fish). Leadership opportunities for all other classes should be to allow each cadet to be present in a training environment, give them the opportunity to train and mentor freshman cadets and other cadets junior to them. As mentioned in my response to the first question, ensuring all of this has learning and purpose should be ensured by having actual shadowing by "advisors" in a PATIENT and GRACEFUL manner. Those who deconstruct/destroy training times as they happen and destroy the credibility of cadet leadership in front of their subordinates only make the learning experience a lot worse for the fish. I still remember my Fish Drill Team "Black Monday" being interrupted by a lecture from a CTO to our leadership and thinking how everything that I could overhear being said to my leaders could have been said before the training, in private, and in a manner that did not reflect poorly on them. In any case it may have taught me what not to do.

I personally find it strange this question was even thought to be asked and have no idea how the current plan for next year even addresses this question, given the large restriction on who will be able to interact with the fish. It seems the current solution to ensure learning and purpose is to destroy learning and purpose except for in very small and observable instances for very few cadets.

There are so many leadership shouldn't be a participation award. Simply put there already is leadership opportunities everywhere, getting a chain to be in charge of as a whitebelt, have a squad, learning to lead with influence instead of rank. As well as this, cadets have the highest involvement within off the quad leadership per capita of any organization on campus. We make leaders, we don't make people that get the most opportunities to get a position, that's not how the real world works. I think the leadership experience here speaks for itself with the high rate of jobs for cadets post graduation as well as the highest camp scores of any senior military college. I don't understand why we would borrow ideas from other senior military colleges to improve recruiting and retention when we are already larger than those schools and have better leadership scores where it matters.

Give cadet leaders more opportunities to have a real say in decisions that affect the corps.

Don't have a fish dorm

As a fish, it is difficult for me to answer this question. I do believe that next year, it would be beneficial for me to get as much experience with my fish directly. I would have every training time throughout the week to learn about what leadership skills and styles I do and don't like, which would give me a longer time to hone in on those specific skills and styles. It would also put me through a larger variety of situations that I would have to adapt to, thus enhancing my flexibility as a leader.

You Don't, this isn't everyone gets a trophy. The Cream rises to the top and Leadership opportunities are already there. (Corps Staff, Major Unit Staff, add Battalion Staff , Outfit staff.) There are jobs even in the outfit level that have to be fulfilled for the machine to run.

that being said, there needs to be a common list of positions that every outfit has if not, i have seen some outfits make up positions. but you also have to give those an option that may not want a leadership position as well.

the biggest issue i have heard is that you get a 1st sgt and CO & XO that are not promoted from inside the outfit. again, this was taken after the military model and you have to remember this is not the military. What the office of the commandant is failing to see here is that there is a fraternal bond that you have with your fish class that you earned corps brass with and was with you all throughout your fish and sophomore year. there is a real trust and respect that is built up and also the familiarity to call someone on their actions. (we did on several occasions)

My last point is also related to this. But, what helped me expand my leadership opportunities was becoming involved in organizations off-the-quad. Being involved in Freshmen Aggies Developing Excellence (FADE) and the SGA Student Senate showed me, and continues to show me, that there is a lack of leadership in organizations off-the-quad. This lack of leadership can be effectively filled by encouraging Cadets to get involved off-the-quad and use the skills that they learned on-the-quad to better these outside organizations (FLOs, Service Orgs, Professional Orgs, Intramurals, Women/Men Orgs, SGA, and many other orgs).

Refer to the last response which covers this as well.

In my previous answer I proposed an objective based plan, with cadet/ mentor teams being responsible to find opportunities. Since everyone is required to do this, the mentor role would work with their peers to rotate these opportunities. When I say objective based, you would literally be required to get a demonstration signed off for example: conducting a uniform inspection, conducting a hole inspection, teaching demonstrating how to set up a uniform, close order drill, etc. Mentors provide feedback but so do peer evils. With modern digital environment we could probably set up a single web app for this.

EXHIBIT B-2
Beckcom (J001320-041024)

TAMU-0757

| Keeping it the same |
| --- |
| more minor/major unit activities (not necessarily PT). Stop telling lower classes that the upper classes are terrible and failures and how you can't wait for them to leave. It's discouraging for us and makes us not want to try. |
| |
| For the freshmen class, leadership is already exercised in a buddy class. It is important for a buddy class of fish to work with and understand how to communicate to each other. I'm my outfit, although we do not have very many fish, we are always experimenting with ways to communicate information and being leaders in PT, in training times with leadership scenarios, and off the Quad as a group. I think individual leadership could be expanded upon in Leadership Laboratory. The whole point of a lab in an academic class is to experiment and see if something works or not. This should be the same with leadership. This is the time we have to put to the test what we have learned about leadership and see if it is effective or not. Freshmen get to lead their flights in LLAB for things like briefings, scenarios, and during PT as well. There are often times to debrief and get feedback on a flight commander or fish flight commanders leadership and what can be improved upon. This is where the intent and purpose of LLAB come into play, because as you practice being a leader of a flight and get feedback, you are bettering yourself and your leadership style. I would recommend if you wanted to expand upon leadership opportunities that are both a way to learn and that have a purpose, use Leadership Laboratory's more. This is something exclusive to the Corps of Cadets, and could be talked about more if what we really want to advertise is "We Make Leaders". |

| Continue leadership development across the class structure |
| --- |
| Many other military-rooted institutions, such as the Academies and other SMC's (and to my knowledge, formerly the A&M Corps), utilize a rank structure that is not so tightly tied to class as ours currently is. In this structure, it is not uncommon to find sophomore cadets with sergeant rank, and senior cadets with none. Such a system, in my mind, could combat the current issue of whitebelt apathy. Awarding those that shine bright as leaders with rank and job that suits them brings quality people to positions of power. A cadet would have to prove worthy of a rank like C/2Lt, rather than handing the silver moon out to even the most apathetic senior. I believe that this system could work in the following way: Freshmen start out as C/Pvt, but after the first semester, could be promotable to C/Pfc or even C/Cpl, and the jobs that come with them, such as a team leader of other freshmen. Sophomores could be promotable up to an NCO-equivalent tier (with associated jobs within their outfits, staffs, chains, etc.), but could also stay as C/Pvt's if there is deemed to be no reason to promote them. The same sort of scale move on to juniors, who would be able to be on higher-level staff positions, with SNCO or even lower-grade cadet officer rank. But, of course, could still be anywhere from C/Pvt to C/Cpl if there is no reason for a promotion, and so on with seniors. This system, in my eyes, opens up all years of cadets to leadership positions equal to their experience and qualifications as a leader, however, does not guarantee promotion to any sort of rank or position of power if they aren't deserving. When quality cadets are able to seek positions that fit them, the cream will rise to the top, and I believe this would bring some major motivation to cadets of all classes, all across the Quad. |
| Here again- not what you're asking… but assuming everyone wants to be a leader is a huge error. All I ever wanted to be was part of an organization and contribute. For 20 yrs in the AF I never once aspired to be the "boss"; just a contributing member of a great team. |
| I believe that this is a question of making outfit level leadership positions more meaningful. It is easy to allocate leadership to sophomores but whitebelts are a lot trickier. Adding incentives to squad leaders, or even ensuring that outfits treat these positions with value would help. Perhaps another whitebelt only special unit would help. A whitebelt FDT where candidacy is based on measurable goals and values would not only provide more leadership positions, but would entice the RVs to take their role seriously (especially with respect to drill and their values). |
| The Citadel's Summerall Guard is a precision drill unit made up of the TOP 61 Seniors. Instead of being similar to rushing a frat, the Summerall Guard has a clear candidacy process which juniors go through, |

and while their PT is intense, they still manage to complete their mission of conducting precision drill. Something similar here at Texas A&M could be a great motivator for whitebelts no matter their cadet rank.

Maintain an intersectional approach between contract seeking/contracted cadets and D&C cadets. Many contracted cadets do not plan to make a full military career out of their contract and leave A&M with less tools for the civilian world than their D&C counterparts. Emphasize and encourage cadets to keep and maintain their military bearing that makes them attractive leaders while also coaching cadets to hold managerial mindsets in managing people outside of a military environment.

I've said my peace there is no need to change. I believe that I have been given the best corps experience and the hardest. I have learned a crap done and have a huge purpose. I have opportunities that I wouldn't have if it wasn't for that either

Leadership is not completely learned from a lecture but must truly be experienced and practiced everyday in order to be effective. I would love to see cadets given the opportunities to lead fish across the quad in order to practice those leadership skills. Also, I believe those opportunities could help build working relationships between outfits. Those relationships could be used to share ideas in individual outfits on what leadership styles work the best. Another point is leadership positions within an outfit. I think better accountability or less positions would streamline outfits as well as given corps leadership a better understanding of how outfits are operating. I think positions in the outfit dedicated to training should be more effectively taught how to be a good leader and less how to do their job. They were in the corps freshman year so they know how to be a fish but what is important is to teach them how to teach someone to be a fish. And good training will come from good leaders.

We ma6y actually have too many leadership activities for upperclassmen, which dilutes the importance of competence in those skills, or the need to strive to become the best possible leader each Cadet can be, rather than just enough to span from the one below to the one above.

Not everyone in the corps needs a leadership position. I've heard from several people who were put in follower positions under people who did not want to lead and this heavily detracted from their experience. People should never be forced into a position they don't want

By diving up all the work between the classes

I would focus on making sure the leadership opportunities being offered right now provide both learning and purpose. You expand naturally when you're doing well. Forcing an expansion without the infrastructure and leaders to do so will put undue stress on the organization, and ultimately lead to failure.

As a former student, parent of a corps graduate '21 and parent of a prospective corps member I have tremendous love for my alma matter but am invested in the future path the corps takes. I believe strongly in traditions, but understand and accept that not all traditions are great. Some may need more oversight and adjustments, while others may have run their course. What was OK in the past doesn't always age well. I love just about everything about Texas A&M and the corps experience. That being said, I know that a cadet's outfit has a huge impact on a cadet's overall experience. As a parent, I worry almost equally about my future cadet's outfit fit, as his university fit. I can control which university he attends, but not which outfit he ends up in. The wrong outfit could result in an an punch while another may help him become a leader who is not intimidated by adversity. The line is sometimes very fine. Diversity in outfits can be great because it affords choices that fit a wide variety of personalities. However, there are some basic things they should ALL have in common. The basic culture is highly dependent on student personalities and backgrounds, but also on established and enforced parameters. The #1 reason we send out students to college is to get an education. As much as I love the corps, it comes 2nd to my child's education. I want him to have time to study. And I want him to get a minimum amount of sleep for his mental and physical wellbeing. The rest of the challenges the corps brings in order to turn him into a leader, I know he can handle. My only concern as a parent is "additional" corps activities (which vary

EXHIBIT B-2
Beckcom (J001320-041024)

TAMUX-0759

from outfit to outfit) that result in loss of study time and/or less than 5 hours of sleep time. I think THAT ALONE would have a positive impact on higher cadet retention and make a March to 3000 a reality.

The proposal you put out actually does the opposite of this. You start leading as a Sophomore with a small number of followers. You have many Sophomores in small-scale leader positions over their element of 2 to 3 Freshmen.

Make the system more accepting of spending time with special units/sports teams/clubs (on and off the quad)/ joining a staff position. Because so often cadets are looked down upon when they decide on other ways of leading outside of their outfit. Additionally, creating more "leadership" positions just adds to confusion and information getting lost, plus unfortunately there are people who are content with not being in one of those positions and if they are then placed there it leads to negative consequences. Plus the true leadership position need to better reflect the makeup of the corps and actually be given a voice rather than selecting a majority contract cadets, which at least gives the appearance of Comm staff selecting them because they can hold their contracts over them to keep them from actually speaking out.

allow cadets to decide what happens in their own corps. Allowing them to decide how the corps runs and the rules it runs by

Sometimes being a leader is a team sport. Less focus on rank and grades. More focus on team building dynamics.

Sq. 21 class of 10-13 had a system which people would rotate morning drills, and everyone was given certain tasks.

See previous response. To ensure that it goes as planned, possibly send out information during the planning process and gauge the corps' response.

Give leadership and decision-making back to cadets. LEARN, COACH, LEAD, INSPIRE is a great model if followed. The way the Corps is run now is DO NOT DO ANYTHING TO INCONVENIENCE A FRESHMAN OR GET YELLED AT BY A BULL AND RECEIVE A RESTRICTED WEEKEND. There is no opportunity for COs to lead their outfits. What is the point of being an "Officer" if all you do is get put at parade rest and yelled at every time you interact with an "Advisor." Expand leadership by letting cadets lead.

The more you allow ranks outside of CO and 1st Sgt to own and be responsible the more all can develop leadership. Most tasks fall on CO or 1st butt. Make sure that a meeting regarding intramurals is attended by the athletic officer and proper chain of command under. Uniform changes or needs - supply officer. Define those roles and responsibilities (Cadets define with trigon suggestions).

True lessons for failure. Don't hold up the Corps standards, leadership can be fired. Next up.

Look to promote from within an outfit first. If proper leadership talent not available, then look outside the org.

More roles for non key leaders that are just as impactful

Separation of classes in relation to military bearing, adherence to respect of rank and chain of command

Through my experience, those who care to hold leadership positions have more than ample opportunity to reach those positions within their time at the Corps. Adding more leadership positions to the Corps cannot help the current structure of the corps, only harm it through increased bureaucracy and decreased group-leading possibilities. The best chance for more leadership opportunities is temporary

leadership roles, like those for Corps sports, organizations, etc, that don't directly affect the organization of the Corps.

| |
|---|

Please operationally define leadership. How will you assess whether or not the program achieved learning and purpose?

I think we've already expended these opportunities, especially with the change from major unit to adding the minor units in. I think, if you don't see the fact that everybody is a leader after this year, and everybody is leading in their own way, like the seniors are leading all of the classes, the juniors, the sophomores, and the seniors, the juniors are leading the sophomores and the fish and the sophomores are leading the fish you're not really looking at the corps. You're looking at something that does not exist. I think that he's opportunities are given if you use them. you know being a squad leader even just being a regular upperclassman you are always a leader you're always being watched, and being admired, or looked at.

Create more opportunities for non KLs, people get too hung up on that and when they don't get it they get apathetic.

Provide all levels of cadets with direct leadership opportunities and ways to mentor and develop subordinate cadets. A concern I have with the rumors and ideas about the restructuring is how those not on cadre will develop their own leadership, specifically sophomores, if there are not freshman cadets within the outfits from the very beginning, where is the leadership training going to be coming from. I think the best leadership training comes from having subordinates. In Air Force leadership lab, I am put in many situations to lead my peers, but I feel that the best of my leadership development has come from having fish under my command in directly interacting with them on a daily basis. Some clarification and guidance on this would be greatly appreciated.

Each year should contain experiences to grow in leadership and the experiences should align to the path the cadet is taking - going commissioned versus not upon graduation

Don't make major changes to an organization that is already really good. Really dumb thought process by the commandant

| |
|---|

Leadership opportunities are everywhere in the corps. I believe that the opportunities are available for every cadet that is motivated enough to make a difference. However, not everyone gets the same learning experience, and cadets often lack a sense of purpose and give up in their later years. The problem with our current system is that every senior and junior key leadership position in the corps depends on one single interview during the cadet's sophomore year. We call this the "pipeline", because once you get one position, you're almost guaranteed to get the position directly above it next year. The cadets that get large leadership positions are sometimes the best fit, but the lessons learned by the cadets that don't hold large leadership positions their junior year go overlooked. I've seen strong leaders come out of their shell during their junior year, only to become immediately demotivated by the leadership selection process because it is historically impossible for anyone to challenge the cadet that has been in the "pipeline" position. The cadets in pipeline positions, while good leaders, have not experienced the same frustration and difficulty of being in a lower position as their peers. I think that a cadet democracy system could be beneficial, because the people that are in control will be further supported by their peers, and it gives more opportunities and sense of purpose to cadets who want to make a difference.

See answer to question 1. Reward/penalty at the unit level encourages unit cohesion by holding the unit accountable for the success or failure of the individuals in the unit to achieve desired leadership qualities.

Allow the cadet outfit leaders like the 1st SGT and the CO to have more freedom and flexibility with their outfits without the MA's continually stopping, berating and discouraging them from acting out in the position that they once were motivated and excited to work in and for other people.

Keeping fish with their outfits and implementing traits work for certain outfits and see how other outfits and implement those traits.

Stop playing favorites. Cadets who achieve great things in front of commandant staff are no greater than those who achieve great things in privacy. I have seen in the corps cadets who were poor leaders end up in higher positions than good leaders simply because of a five minute interview. I have seen good leaders lose hope of having an impact because of a neverending cycle of whitebelts with no leadership saying that positions don't determine your effect on the people around you while the adults on commandant staff stand by silently. When I think of successes in the corps I think of cadets and not commandant staff. Out of all my buddies it wasn't the guidon or the most outstanding pisshead who got first sergeant, it was my buddy who was an AFTL and not even on guidon chain at all. By himself he changed the course of his corps career even though some other heads stood out more in the beginning of the year. Its an accomplishment to be in the corps. There are basic requirements that you must meet to be a part of this organization and by meeting them cadets deserve respect that commandant staff rarely gives. Stop playing favorites.

Expanding leadership opportunities means building confidence in one's words. Honestly the best way for fish to lead would be to take his knowledge and discipline to make use in the real world. As a fish I was humbled. I learned the real meaning of hard work. This work was put to use by organizing study groups and being a leader to my nonreg friends who were just trying to survive the year.

Implement the commandants plan. In fish training companies have CO's PL's and PSG's. In regular companies, enforce the standards and hold cadets to the standard, or hold them accountable. The largest breakdown in leadership learning and purpose (from the company level point of view) is that leaders cannot (or simply do not) enforce standards.

Is there not enough opportunities now? Encourage cadets to join student organizations outside the Corps.

Train the Trainer Approach:
- Sophomore Leadership Academy
- Rising Junior Academy
- Rising Senior Training
Each year group needs awareness of roles, responsibilities, and training.
Juniors are key -- they are the backbone of the Corps! Both leaders and executors!
Seniors need to understand their role change as well.

D&C cadets deserve leadership opportunities too!
- these are some of the best leaders in the Corps -- future entrepreneurs and business leaders
- These are our future financial backers!

Positions:
- Traditionally there are only a limited number of leadership positions
- Expand roles and responsibilities to those not in direct leadership positions -- assign special project leads -- the staffs and the leaders shouldn't always have to execute each plan or project
- Those not serving in a leadership position or staff should have opportunities to lead special events.
- create special jobs for each year group and conduct interviews

Again, letting the individual outfits handle it. Staff's job should ONLY be management and punishment for the most egregious violations of the standard and laws. Let the outfits choose the best people for the jobs, as time goes on more chances for leadership will crop up and it should be on those who want it to take advantage. Even in the instances where the leader isn't required but is helpful.

EXHIBIT B-2
Beckcom (J001320-041024)

TAMU-0782

If younger cadets learn leadership techniques as Fish, require some type of group membership not affiliated with the corps Junior/Senior years. Cadets will basically have opportunities to lead in practical groups with other, lesser trained students.

Help the Cadets find mentors that are trained to develop and explore individual purpose and organizational progress. The Corps is a place to learn to fail, learn, and move beyond the reachable into the exceptional. Teach them to debrief properly and put into action plans to improve.

Produce more corps and major unit activities together.

Revive outfits and keep them small enough everyone has to stay engaged and put out. The large outfit model will not work this is not the military.

Contract cadets get leadership roles in their respective ROTC advanced classes. These prepare contract cadets to compete in military evaluations at summer camps.

Our need is how to handle D&C cadets to pursue leadership roles within the university. We should continue to prepare these cadets for roles in industry by learning skills presented by the business school similar to classes of MBA programs with case studies in leadership in business.

The corps already sends out lots of information for leadership opportunities within the corps of cadets. However, there can only be so many positions within the corps before they become meaningless. The corps should also advertise more leadership opportunities outside of the corps, leading those outside of the corps gives a more diversified leading experience. Having leaders from the corps in outside organizations will also help expose more people to the corps and possibly increase the number of people joining.

Empower the chains more. No one really takes the chain leadership seriously. Make a social/culture change to make chains more impactful.

Allow cadets to make mistakes and learn from them instead of instilling a culture of demerits or rams that are given out as if they're election pamphlets. People aren't willing to take risks or experiment with their own leadership style because almost everything we do is punished excessively.

Expand leadership opportunities by creating missions and jobs. The Corps should be good at creating jobs - especially around Aggie tradition.

I've always viewed the Aggie Corps as akin to the British Monarchy. The Corps takes on all the daily customs and traditions of the university in a very similar fashion. It's a type of service to the university.

The Corps in itself is the collective mascot of Texas A&M. The Corps is A&M… and the cadets are expected to perform in the same capacity, doing the same things as they always have.

The Corps is a visible representation of what A&M means and what A&M produces - what we've always produced. The cadets perform a selfless service to the university - and should be given perks (like athletes). This will increase recruiting and retention. Cadets should be rewarded for their selfless service to the school - like priority in course scheduling, priority in parking, etc. The Corps performing all these special services to the school need special rewarding.

Cadets performing traditional services to the school in a standardized, customary fashion is purpose. Things like raising the flags at the Systems and Academic buildings every morning, escort service of girls across campus at night, performances by the FDT and Ross Volunteers, bugle calls, Silver Taps, Muster, etc. All the traditional services to the university is purpose. Create jobs associated with each and every tradition - and hold upperclassmen accountable for carrying out these services perfectly.

Deliberate Cadet experience planning across the four years. Perhaps a 4 year plan for leadership opportunities could assist this gap.

We make sure they are involved outside of corps leadership. The corps has so much different opportunities in it. With those coming with more leadership opportunities and most people do not know about those special units. There must always be people to follow a leader. This does not mean that these followers are leaders. They are they might just not have green tabs that tell us they are. The best leaders I have followed while in the corps where not officially leaders but where leaders naturally because I know they care about me. I also think that if we had to pass a peer and subordinate evaluation before we get a leadership position. This will help stop bad leaders who are good at interviewing from taking it away from more qualified people who are worse are interviews.

Not everyone leads the same way, and not everyone leads the same purpose. My leadership style was to be quieter and more meaningful- to this day, this is still who I am. Others lead by being an academic example and there are those who are more vocal. All are appropriate at specific points in time.

Don't presume all want or are qualified to be leaders. Don't try to fix what isn't broken.

It's taught from day one. Not sure more officially recognized leadership roles are required.

The current system is sufficient, the individual outfit smaller roles need to be built up to have more meaning.

More small squad opportunities starting at the fish level and increasing in scope and sequnce by each year.

The MIC/MUC change is fine but putting more of an emphasis on confidence over policy can help with going through transition training. Additionally giving people roles during workouts or spreading the work among a buddy class can help increase involvement and a feeling like everyone matters. This can also help with improving buddy unity as well because stronger teams tend to be built under pressure.

we have 32 commanding officers (granted I'm out of date, class of '96), we have Major Unit commanders and XO's, we have 72 RV's elected every year, I'm not sure why we are lacking in command positions. If you have too many command positions, it dilutes the importance of the diamond.

The way this country is heading, everyone gets a fucking diamond. STOP. If you are great, you get one if you suck, you don't. We need to prepare our cadets for the real world and the REAL world doesn't give out diamonds.

To create leadership experiences each class must have the freedom to carry out their roles without interference. This means allowing sophomores to train and create relationships with their freshmen. Allowing juniors to oversee, moderate and carry this out, and finally giving seniors the ability to direct their outfits in a way which instills the corps and outfit values through every class. Each outfit is unique and strives for different things, so what works for one might not work for others, but where some outfits succeed others should have the ability to attempt to emulate this on their own rather than having the corps push these changes.

Mentorship is jey to developing leadership. Seniors should have executive leadership menors while underclassmen are mentored by those above them. Unit cohesion is critical to this. From FOW fish need to learn to grow and lead in the small group environment of the outfits. The unity that is built within the outfits is paramount to the success of the fish.

Let the outfits grow, foster better care of good ones. Let the COs meet monthly with no intervention or staff and discuss what they are doing. Quit trying to take away that purpose, which is personal connections to fish in an outfit, because you literally see them grow. You remove purpose when you take fish away. No fish wants that. None. At all. Dozens of my recruits are losing interest because of this stupid proposal.

make them do more PT. Why are the RV's not doing PT? Why are the fish not pushing at formation? If you don't make it difficult, the experience is meaningless.

Allowing cadets to make decisions for their own outfits will expand the leadership opportunities and provide greater learning and purpose.

Give cadets a more hands on experience to develop an understanding of what each position does, as well as encourage outside involvement to become leaders in other student organizations. Explain the meaning behind why things are done certain ways or why we do things in general to give cadets more understanding of the purpose behind a position or activity.

Give us people we can watch develop. Allow every upperclassmen to understand the purpose and effects of their words and actions, provide the experience of being a leader with people we will grow to know personally. Grant us front row seats to their development.

I am not sure what your intention is?? There are only so many leadership roles in the organization. If you will let it naturally happen, the leaders will rise to the top. It's just a fact of life that not everybody is going to have a majorly leadership role. Why do you feel it's necessary to expand leadership opportunities?

Transition training for fish needs to start post-brass. They need sufficient time to be confident in taking up their next role, and in this way the corps will not have to worry about sophomores not being competent enough to be cadre for incoming fish. Outfits need to do more activities as whole outfits so that everyone in the chain of command is involved. Even just the little outfit vs outfit competitions during FOW showed the role each person had, and it kept a motivated culture where everyone was dedicated to building up their outfit through unity. Whatever the leadership model, the idea of outfits cannot be thrown out the window. Grouping people into smaller groups where everyone knows everyone and has a chance to be closer individually creates a unity that cannot be described nor replicated any other way. Fish training is important, but the training doesn't stop when fish grow up. Sophomores still have a lot to learn from their juniors, and juniors from seniors, but from what I've seen, classes become less and less involved as they get older. Seniors have the "overseer" role, but this doesn't mean they cannot stay involved with their underclassmen. They may do more work behind the scenes, but the underclassmen really look up to them because they aspire to be seniors. To earn the Ring, the Boots, and to have made it 4 years in one of the most prestigious programs in the nation.

I believe it can only be achieved within a holistic review and improvement within the existing structure of the corps culture and organization. I have no knowledge of the type of leadership development programs currently within the corps process for development of cadets as they grow within their structure but believe that is where more focus should be conducted if there is a conclusion there is a weakness in freshman development.

There are tons of opportunities to be a leader in the corps, and it doesn't revolve around being a commander. Recruiting sergeant, scholastic sergeant, athletics etc all have leadership roles. Special units. Opportunities are abundant for those who actually want to learn leadership of teams. Honestly I was a major unit commander and an outfit commander, and the major unit commanders had far fewer / far lesser leadership opportunities. Because of the outfit culture, which has value, and the fact that we weren't doing « battalion » and « brigade » operations, the real leadership value was at lower levels.

Create a team leader/ squad leader academy and empower our lower and mid level leadership to determine the successes of the individual outfit.

Don't allow pro-forma leadership positions to form, require outfit chains to conduct proper checkups like academics, IG, operations, recruiting etc. these should be more than just titles, actually require work to be done and turned in through these various chains, even BBQ and athletics

| |
|---|
| More training time with more functional training |
| By ensuring people can actually lead, I think there are plenty of opportunities to lead as is, its a personal choice. We have upperclassmen who do a lot of behind the scenes work, in planning or paperwork, we have others who motivate us and lead us in workouts, others who support the outfit in their own unique ways, everyone plays a part. And if you worry about "White-belt apathy", I dont think adding more leadership will change that. Leadership is a choice and privilege and everyone does it their own way, give them the freedom to do so. The corp is supposed to be cadet run, thats why cadets make the training plans, and op orders, and lead major units, minor units, outfits, platoons, squads, and even fireteams. Such a system keeps people accountable while still allowing freedom and development. You only learn leadership by seeing it and doing it, and if you care to, you can lead in any regard. The most notable leaders ive seen this year I dont look up to because of their rank or title, I look up to them because they show that they want to lead and they care about their subordinates. Let the cadets lead as the corp was intended. |
| Standardize not only the leadership positions throughout the Corps, but also the SOP or Duties and Responsibilities for each of those positions. Ensure that each serves a purpose of development so that it is actually and visibly needed. Differentiate these from something that could be seen as an "additional duty." Rotate the upperclass in these positions after the fall semester - with possibly the exception of the "most senior" command positions - but do rotate the various staffs. Look at not only who might be good for a position, but who might also most benefit from the developmental experience of a particular position. Consider how this might vary for an ROTC Cadet versus D&C. You execute many of the same types of activities every year, so it shouldn't be too hard to orient the various duties of the positions towards the successful accomplishment of those events. While it's good to have the Cadets work through some planning/resourcing of these events, don't make them reinvent the wheel - give them problems that are solvable at their level of expertise and ensure the cadre already have the "approved solution" so they can advise or step in to assist when needed to prevent catastrophic failure. It's learning, not "sink or swim." -John Horning, COL, US Army |
| I believe this is looking at leadership the wrong way. Rather than try and create more opportunities focus on developing the idea of creating your own leadership and that you dont need a rank or command position to be a leader. Good leaders find a way to lead no matter what. One of the best leaders I had as a fish (and all my buddies would agree on this) was a no tab 2 moon good who was the outfit training officer. Despite not being in anyone's chain of command he was an engaged leader and we always felt connected to and inspired by him. Additionally, neither the real world or the military will create leadership opportunities at your convenience. Some people will get high-ranking positions, some won't and the people who don't need to learn to lead without holding a rank. |
| Provide more leadership workshops or conferences for the cadets. A lot of cadets will go through their 4 years and not be able to be a 1st Sergeant or CO. The pisshead role is a great way for them to see the direct results of their hands-on leadership from a small scale, but after sophomore year, a lot of cadets don't ever get that large-scale feel of leading a unit. Leadership conferences, even if it's a corps-lead conference could offer cadets more experiences under their belt. |
| Just let cadets make mistakes. Give them the room to learn. You are actively taking away learning opportunities. |
| |
| Eliminate the nepotism. There is a general understanding of the cadets that there is a biased towards certain cadets when interviewing for leadership positions. Now the problem has been expanding by creating more tiers of leadership as well. There is another stigmatism towards taking on a staff roll. We often see that the support positions don't even have a real roll. What exactly does a PR officer do on a minor unit or major unit level? Nothing unless they are motivated to. The same goes for Minor Unit and Major Unit Command Teams. They just pass down information that come from above them. There isn't any leadership until you go down to the outfit level at CO, XO, 1st SGT, etc. These positions are the only ones that get real leadership experience. FTL's learn how to communicate effectively with their fish and hold responsibility for them. PSG's learn how to delegate responsibilities and trouble shoot problems that may arise with conduct of their subordinates. Platoon |

TAMU-0700

Leaders finally are able to lead from the big picture point of view. They can be given or create a task to communicate towards their subordinates and see it out to completion. These could be a goal of Career Readiness points, academics, or physical fitness.

Growing the Corps to 3000 means that these positions on the outfit level now have a greater responsibility. They will now have more underclassmen below them. Putting an emphasis on the cadets a these levels will give them a greater sense of not only identity in the Corps but also their outfit. There are outfits in the Corps that hold platoon competitions where the freshmen to the seniors are all competing together against the other platoons in their outfit. A purpose will be instilled within these cadets. Therefore, leading to greater retention. Cadets are competitive with each other. Allow competition to make life in the Corps fun!

Put less emphasis on more prestigious leadership positions and instead emphasize the value and importance of every cadet, especially white belts. They should all feel an obligation to set an example, mentor, and lead regardless of position. The most influential leaders I had in my Corps days were rarely my CO or First Sergeant, much less anyone from Staff. The leaders I looked up to were the lower ranked white belts that spent time observing and interacting and caring about the outfit. They may not have had the highest grades or had the most ribbons but they damn sure had pride and they cared about the fish. There were bad leaders as well and I learned from them what not to do and what I didn't want to be. Earned respect is the greatest commodity, Stripes or Diamonds are great but it's important that every white belt feels a responsibility to lead by example and pass on knowledge. Servant leadership.

It's also crucial that leadership roles are determined by students as much as possible. There is no greater sense of pride than knowing your upperclassman chose you to lead and Officers should only step in when there is a real problem. The more that you are chosen by your peers or by the upperclassman that interact with you regularly the more meaning that has and the more respect it will garner. When the Commandant's office or Trigon makes those selections the natural reaction is to assume politics influenced them and there is less buy in and respect garnered, thus that should be limited as much as possible and primarily focused on the most senior positions, hopefully even then more for guidance than decree.

One of the best things about Texas A&M is the many student organizations that the school provides. I believe the Corps should encourage cadets to get involved outside the Corps. There are incredible student leaders outside of the Corps. I was blessed to serve on the Muster Committee when I was a senior. That was a great experience and showed me leadership in collaboration with others.

The Corps needs to encourage students to engage in student life outside of the Corps. There are obviously leadership opportunities there, but also leadership by setting the example. It also shows non regs what great students, leaders, and representative of the University cadets can be.

More intentionality on call to action at events. Give cadets additional materials to look in to if they want to. A lot of the leadership things we are taught seem "cookie cutter" or are things that we hear all the time anyway. I'd like to see more opportunities to interact with Cadet Advisors because I'm sure they have a lot to teach that I'd like to learn. It would also foster better relationships between cadets and command staff.

meet the students where they are. Find out the things that are important to them and create leadership structures around those events, functions or ideologies. Many of these things already exist, think about recrruiting, academics, retention efforts, physical training, drill, social and networking opportunities.

See my previous comment. Interconnected training times and opportunities for upper leadership from across the Quad to discuss leadership challenges and traditions will help us all understand each other and improve. From there, the experience given to fish and sophomores will also improve.

Please see previous reply

Allow outfits, special units, and major units to establish their own leadership positions. Like the military, existing leadership positions can't just spontaneously expand their scope of power and still maintain a healthy status quo and relationship with their people. Additionally, mandating certain positions to conform to an agenda can create more leaders, but not more passionate or involved leaders. From my

EXHIBIT B-2
Beckcom (J001320-041024)

TAMUS-0101

experience, the vast majority of people in CR positions found them more of a chore than an opportunity. Allow these smaller groups to create roles that fit their needs, and if you must create roles, create a democratic governing body that can at minimum vote on recommendations to be made to the Commander. The Corps is designed to prepare cadets for more than just the military, so this kind of involvement, while not realistic to the military, could be valuable in other fields

By giving the sophomores more opportunities to teach and lead the fish, this will naturally open up more opportunities for white belts as well.

The first thing that has to be done is to specifically define what a leader in the Corps is. once that is done, counsel the leader by putting it in writing as an initial counseling session where the expected duties and responsibilities are spelled out for each leadership position. Then have routine follow up counseling sessions throughout the semester and year to gauge performance. Make it part of their grade for their Military Science class or their Drill and Ceremonies (or whatever it is called now) class. This is basic duties and responsibilities any NCO should know.

Ask the Cadets prior(what they wish they had but did not get), present, and future what they want to accomplish in the Corps.

A unexplored way to expand leadership opportunities for leaders in the corps is allowing cadets the opportunity to practice training and learning skills in every single day of our lives . The best leaders are going to put themselves to be out into positions of leadership and power. however now all leaders are equal and some people will be in a place where they can lead others directly and more often. Expanding leadership opportunities I believe can be done through special units and organizations outside the few direct positions within the corps and outfits. it falls on the individual is the bottom line cadets who want development will find it and benefit through resources in the corps. Refining SOMS plans and leadership workshops throughout the year could benefit cadets in some ways however the current development process develops hundreds of sought out cadets who are very successful each year. Drastic change in leadership responsibilites in the face of how successful cadets often are outside the corps would detract from the corps vision.

Leadership opportunities within the Corps may not require expansion. Purpose should be clearly defined for each Corps leader, so that learning can be measured against goals, objectives and expectations. Those upperclassmen not involved in Corps leadership roles should be encouraged to pursue leadership roles in other student organizations or student government. This approach may broaden the influence of the Corps across the campus. Please keep in mind that members of the Corps represent less than 5% of the student body.

Please see answer#1. I very much like the idea of more intensive training for 2nd Semester Fish and 1st Semester Sophomores. Would volunteer to be a part of a workshop to bring both Military and Civilian business experience to the table if asked. I have been blessed my entire Military and Civilian career with the lessons learned in the Corps.

To put it shortly education. When I was in the Corps I would say the most limiting factor to cadets getting involved was the knowledge of what opportunities they had available. There was always MSC Open House but honestly, most people didn't attend that because it was in the MSC and required them to get into Bravos. If there was some sort of event for only cadets maybe held on the Quad that they could attend in nonregs and allowed them to ask questions or learn about everything then I think the number of cadets joining other organizations would exponentially increase. It is not as if there are limited leadership spots in the Corps, it all comes down to what people know about each organization which is usually via word of mouth from buddies or upperclassmen.

Like I said in the answer before, you replicate what the outfits who have figured out how to be voted on by their peers corps wide to lead them are doing across every outfit on the Quad. It's not complicated and you don't need all the fish in the same dorm for 7 weeks to do that, there really doesn't have to be a sacrifice here, there has to be an enhancement of outfits having a culture. Furthermore, If you actually want cadets to have leadership opportunities, how about you as commandant staff stop picking the leaders. Y'all aren't dumb, and you know perfectly well that no student organization operates where 40-50 year old men gather in a room and decide who they want to be their "yes men" at the top. That is so

insanely backwards. If you want to see an incentivization for cadets to lead, don't set up the leadership roles to be a catch and something to dread because you are picking them to do your dirty work. Let the corps vote on who should be their corps commander, and their deputy, and their chief of staff, and you'll be shocked at how many cadets are actually here for the reason you want them to be here: to learn how to lead and embrace opportunities to lead.

Don't abandon non-cadre cadets. If you only allow 'fully trained and certified', aka the chosen few, to interact with freshman, you are denying the vast majority of cadets the opportunity to practice leadership. It's also a good idea to keep outfits relatively small. The band recently went from 4 outfits to 6, which increased the number of leadership positions by 50%.

Is it true you threatened to disband the RV's if they didn't let you choose leadership roles? Have you lost your mind?

A&M has 1000 committees for non-regs. If they are not in a leadership position in the Corps, and want to be, they have many other campus positions available.

Learn to follow, practice to lead.
Reinstate official Corps support of Bonfire, thus providing additional leadership opportunities with practical application.

One thing I was thinking is that with the Corps expanding, make it so that a cadet cannot have more than one position if the numbers in the outfit/staff allow. So, if a cadet is a squad leader, they cannot be a training sergeant too. That will allow more cadets into leadership positions. Another thing that might expand opportunities is that the leadership changes every semester (like the NROTC leadership) but I'm not too sure about that. The MUCs, BUCs, and COs each have a vision and goals. Switching it up would make that more confusing. Another thing that would help regards sexual assault cases. I know of several cadets who were involved in sexual assault/harassment (the attackers) and basically got away with it. Some of them even went on to be commissioned into the military. That allows for more attitudes and actions not befitting a member of the Corps of Cadets to thrive. Cadets will see that they did not get that harsh of a punishment and do it too. The same goes for hazing. I know of several people who while on conduct probation still got into special units and one got into a university position (they did not participate during their probation but they did not have to apply again like others who were under the same punishment). If you want to make leaders of character, you first have to make sure the cadets have good character and not allow those with bad character to stick around and badly influence others. Talking to the cadets or allowing the cadets to speak (like this feedback form- thank you by the way) is a great way to answer these questions. You just need to be careful because there are sadly some cadets who are immature still and others have the wrong mindset for the Corps. I want the Corps to thrive and I agree it needs to change. I just don't think the Fish and Sophomore Academy is the way to do it. The briefs the fish and heads have been going to are great (I think). I just think they don't see how it would help them. I think they get tired of speeches. That problem is something I have still yet to find a good solution to.

To expand leadership opportunities within the Corps and ensure that each leadership experience is both meaningful and educative, a strategic approach could involve restructuring the current organization of outfits to form larger, full-sized company units. This restructuring aims to enhance the scale and scope of leadership experiences, providing a richer environment for development and application of leadership skills.

1. Broadening Leadership Roles: By transitioning to larger company units, we inherently increase the number of leadership roles available within each unit. This expansion allows for more cadets to take on various leadership positions, from squad leaders to company commanders, thus diversifying the leadership opportunities available to each member of the Corps.

2. Enhancing Team Dynamics: Larger units foster an environment where cadets can experience the complexities of managing more extensive teams. This setup mirrors real-world organizational structures more closely, providing cadets with a realistic understanding of leadership within larger groups. It offers a unique opportunity to navigate the challenges of communication, coordination, and motivation on a bigger scale.

3. Implementing Small Team Leadership: Despite the increase in overall unit size, the emphasis on

small team leadership remains paramount. Within these larger companies, cadets can lead smaller teams or squads, ensuring that the leadership experience is both intimate and impactful. This structure allows for more personalized mentorship and guidance, as leaders can focus on the development of their team members closely.

4. Structured Leadership Development Pathways: With the formation of larger units, the Corps can implement structured leadership development pathways, guiding cadets through progressively challenging roles within their tenure. This pathway ensures that each leadership experience builds on the previous one, providing a clear progression of responsibilities and learning outcomes.

5. Increased Engagement in Complex Projects: Larger units enable the Corps to undertake more ambitious projects and activities, from complex training exercises to extensive community service initiatives. These projects not only provide practical leadership challenges but also allow cadets to see the tangible impact of their efforts, adding a sense of purpose to their leadership experience.

6. Fostering a Culture of Excellence: The shift towards larger company units necessitates a culture that values excellence, accountability, and continuous improvement. This environment encourages cadets to strive for high standards in their leadership roles, promoting a Corps-wide ethos of excellence and dedication.

By reorganizing into larger, full-sized company units, the Corps can significantly expand the leadership opportunities available to every cadet, ensuring that each leadership role is both a learning experience and a purposeful endeavor. This approach not only prepares cadets for the complexities of leading in diverse and dynamic environments but also reinforces the Corps' commitment to developing capable, versatile leaders for the future.

I was D&C for the CHALLENGE of the Corps. Don't make it for the WEAK!!!

"ensuring each experience provides both learning and purpose?" - This is an interesting phrase - if the task/role is of importance to the organization vs. some meaningless position then by definition it will have a purpose, and to the degree that the task requires specialized training find an expert to teach, and empower leadership to implement. It is not that challenging to design...implementation requires discipline and organization.

I am class of '86. There were ample roles within the outfit for cadets to lead, we had academics officers, PT officers, inspections officers, etc. Have those roles been eliminated?
There were various staff positions, positions within Corps organizations (RV, etc).

Are we looking to solve the problem that not everyone is getting a 'participation ribbon'? I hope not, the civilian world is competitive, not everyone will be the CEO, I am certain it is the same in the military service. Our country is merit-based!

What am I missing? What is the specific problem that needs to be solved?

There is a transvestite in G-2. Daisy Mason. Don't let this woke BS infiltrate the Corps. If my daughter was in an outfit with this guy, I'd make her switch outfits.

I think maybe rotating leadership can give people the opportunity to grow. Put those that meet the standards for leadership and then once they get experience, they can mentor a new person in a similar position the following semester. Make it semester based. Or after fish year, offer a ranking system not based on seniority but based on merit.

We can expand the leadership opportunities for every leader in the Corps by defining roles for each leadership position with a brief SOP. If COs set expectations with their squad leaders, fire team leaders,

EXHIBIT B-2
Beckcom (J001320-041024)

TAMUX-0790

| |
|---|
| platoon leaders, etc., then each role can be imbued with purpose and executed with buy-in and accountability. |
| We can expand the leadership opportunities for every leader in the Corps by defining roles for each leadership position with a brief SOP. If COs set expectations with their squad leaders, fire team leaders, platoon leaders, etc., then each role can be imbued with purpose and executed with buy-in and accountability. |
| Supervise their leadership, but don't take it out of their hands. We learn from our mistakes, not by watching someone else do things. As a teacher, I can tell you this generation needs to be able to do and not just listen to people and watch. |
| Depends on how you define "leader". All upper class men should have a leadership position. |
| Make SOMS immersive. I've seen many cadets fall asleep because it's a boring, long 50 minute lecture, and then it's done. If teachers would do in class activities like Kahoot, or fun improvisation with cadets practicing and critiquing the leadership of each other, then the class would be more interesting and students will benefit from the active exercises. |
| As with previous answer - leadership starts with taking responsibility for your actions. Each level of leadership requires higher levels of responsibility due to the number of people below you relying on your leadership. Freshmen need to be given opportunities to be responsible - all the time. This is much more than making your bed, proper uniform, shined shoes and brass, learning and memorizing campusologies. That is the basics. Outfit leadership should find other opportunities for Fish to be responsible. When I was a cadet in the mid-90's (I'm class of '95) we had a Whistle Jock that rotated between us Fish. The Whistle Jock was the leader of his class for an entire week Sun-Sat. There was a set of assigned extra-duties that had to be performed by the class and the Whistle Jock's job was to ensure those things were accomplished. The upperclassmen would add/remove items weekly so that the Fish class had to reevaluate weekly how to get the job done.<br><br>Every class should have varying roles and responsibilities assigned. As classes progress, more responsibility is assigned/obtained. |
| |
| |
| Have leaders training others tested for competency and motive before placing them with cadets. Cadets at any level could "test in" and prove to be better role models regardless of class level. |
| Return the outfit leadership decisions back to the outfits. Outfits are currently led by COs chosen by the Commandant's staff, not the cadets who know them. This leads to COs who are good at "managing up" (playing politics, sucking up, "yes-men") and not necessarily good at leading people. The leadership positions in the outfits currently are meaningless because so much of the decision-making is directed from the top. A cadet-led corps doesn't have this problem.<br><br>The new Commandant has been a major disappointment in his leadership of the Corps. "Compliance over morale" is not a core value of the university or the Corps. He seems to be great with donors and ol' Ags (until now) and riding around with the PMC in parades, but his management of the actual Corps has been abysmal. If I had a high school student, I would not encourage him or her to join the Corps if this plan goes through. |
| |
| |
| |
| |
| Create committees and subcommittees that each cadet must serve on. These can be within many different organizations on campus or within the Corps itself. |

My son, and I believe other cadets would be willing to speak to the Commandant personally and confidentially, if it could be done in a way that no one would know who said what. The fish cannot risk sharing their transparent experiences, personal thoughts and ideas without the commandant somehow "randomly" selecting cadets for interviews. Truly the specific feedback would have to be kept confidential. Otherwise, the fish would end up having to punch.

My cadet is a leader among his peers, and always has been, but even he knows he cannot seek out leadership to share feedback, due to the potential repercussions.

We should expand on the chains that each outfit can attain in order to diversify the leadership opportunities of each cadet based on their general interests or opportunities to learn from.

Checks and balances. The suits arising before Christmas highlight a lack of checks and balances for who was in charge.

Leadership opportunities are provided by the expert and watchful eye of the adult leaders. The student leaders are more likely than not to choose their "kiss butt or yes sir" type. Those that are doing right and ensuring things are handled property are passed over many times because they are getting the job done and not kissing butt.

I believe that the Corps does not have a problem with leadership opportunities. There is a multitude of ROTC, special unit, and other university organizations that a cadet can gain leadership within if they do not receive a Corps leadership position. I do not believe that the solution to this problem, if it exists, is to create a "Fish Brigade" for more white belt positions. This will only result in a weaker cadre that does not live with their fish and has no personal connection with them.

Hazing does not equal leadership

Expanding leadership opportunities is truly not necessary. Good leaders will utilize their people well and place them in roles suited for them. Emphasis on the utilization of chain of command and not placing everything in the hands of the first sergeants, sergeants major, and commanders is what is needed. Expanding key leadership is not what is needed; emphasizing proper dissemination and chain of command is what is needed.

Nobody trusts you anymore. You are an E-1 Frog and you weren't an RV..and you want to get rid of the fish year and the RV's. Maybe because hey, you turned out great! But you know what? So did a lot of RV's from the past. We do it the Aggie way and it works. Don't fix what's not broke!!

The five bases of power are legitimate, expert, reward, coercive, and referent. In my experience in the corps, the leaders who have had the greatest impact on me have used referent power. I have had leaders who were not on the cadre or even wearing green tabs give me much greater nuggets of wisdom and teach me how to lead much better than any commander has done. This was only available to them because as a freshman and sophomore, I lived with them. I saw how they lived their lives and walked the walk along with the talk they talked. Many times as an upperclassman in the corps you are not utilized to fulfill the management side of leadership. In these times it is your responsibility to be a mentor or an inspiration to the classes below you. Taking away even a few weeks of this ability puts the relationships between underclassmen and upperclassmen at risk. These formative weeks are when they need the most upperclassmen around. They may need to see the "one moon goon" and watch how he focuses more on school than anything else. They may need to talk to someone who has chosen not to contract or someone in their major. The corps development model only works if all four classes are

EXHIBIT B-2
Beckcom (J001320-041024)

TAMUX-0792

present and active. In terms of actual training environments, the answer is clear, have a greater presence by the staff. I have seen very little of my staff and do not know where they go or what they do. If we assign the staff to PT and train with outfits that are not their home outfit they are much more likely to report when things that shouldn't happen do happen. This will also change the general corps view of staff from people who hide from outfits to people who want to better the corps. I also think that as cadets we have lacked a watchful eye on our own training plans and what actually happens.

Every level of leadership should have no more than 3 to 5 people they are managing, from the Corps Commander down to the fire team leader. This broadening of the pyramid will create more leadership positions. These positions must have significance and can't just be middlemen passing down information from on high. That translates to what we called Sgt's time in the Army. I'm sure the other branches have it as well. Build that into the training schedule and make it sacred.

Subject matter experts for specific training. The biggest one that stands out to me on this is PT. PT should be structured to accomplish Corps standards and specific goals of the outfit. I am sure there are a number of NCO's who would be able to teach cadets how to put together a PT training plan and help them execute it. This could be built into each outfit's leadership structure and added on as additional duties at higher levels.
These SME's could be expanded to include many areas and give cadets something to own and learn from their failures and success.

Every level of leadership should have a training class they have to complete to be put into that leadership position. This should be a nested objective of the leadership courses taught in the SOMS classes. As a freshman you are working to complete a course that will enable your leadership position at the sophomore level. OJT works and is heavily relied upon both in the military and the Corps of Cadets, but when it fails it fails dramatically and usually with significant fallout.

Return more meaningful decisions down to the cadet level. Embrace the subsidiarity philosophy: "matters ought to be handled by the smallest, lowest, or least centralized competent authority rather than by a higher and more distant one, whenever possible."

Please read this. This is the whole purpose of an outfit. Without outfits, I would've never gotten the chance to lead anyone. I was able to lead because I had juniors and seniors watching over me when I was a sophomore. I was able to lead as a junior because they taught me well, and I knew the limits of my people. I will be able to lead as a senior because I will be able to watch my peers, correct them as necessary, and make sure the class of '28 is safe, taken care of, cared for, well-rounded, and developing life-long skills before they learn them the hard way.

Limiting the size of individual units. Considering other corps wide extra units, like FDT, Parson's Mounted Cavalry etc)

In every organization there are going to be leaders and there are going to be followers. Seeking to make more leadership positions for the sake of "leadership experience" is how you flood the system with too many people thinking they are in charge. Not everyone is a leader. Period, hard fact of life. I think the perspective needs to be more in the mindset of "how do we create experiences where people are forced to make their own decisions for the betterment of an organization". Giving everyone a part to play but by no means making everyone "a leader".

The less management from commandant staff, the more responsibility falls onto cadets. When this happens, Staff on every level would have reason to have more people to spread the workload and keep it reasonable. This provides a multitude of positions for people to fulfill and practice leadership on a larger scale, managing more people and learning to handle admin and morale. This is for the leadership on paper. In practice, cadets simply require the time to practice with their people. Training times, whether its learning room and uniform standards, drill, or physical training, is when people are actively

EXHIBIT B-2
Beckcom (J001320-041024)

TAMU-0193

practicing their operational leadership. The more space cadets have to actually make decisions based on the needs of their people and requirements of the organization, the more learning and leadership can take place. For purpose, the Corps can be a military organization without requiring military contract. The training can have the goal of producing the best officers in the nation, or to allow DNC the challenge of participating in a military environment and lending their strength, learning leadership, to then bring into the civilian sector. Challenge creates the purpose, and it allows people to feel the satisfaction of making it through something so challenging. There is an identity gained with the organization in a big challenge, and completing this challenge is a sense or pride that is difficult to replicate anywhere else. For many people, this is one of the big reasons to join the Corps.

My previous answer delves into this, so I won't repeat myself, other than to say, every cadet deserves a good leader, and every cadet deserves to learn how to BE a good leader – even if they don't hold a significant position. In the business world, you often see this called "leading without authority" and it's the idea that everyone can lead others through their own actions, regardless of whether they are in a management role.

This can and should be taught and demonstrated for each class year, and mixed into every teaching opportunity.

Class-specific opportunities for teaching and learning should be created, beginning at the first of the year before classes begin. FOW-like opportunities should exist for all cadets, at every level, before semesters begin. It seems we often look to the academies for inspiration and best practices -- this is one we can borrow from them. They start training much earlier in the summer than the Corps does and, as far as I'm aware, those opportunities aren't confined to cadre and new students only.

Every cadet does not need or desire a formal "leadership opportunity." You're trying to force a solution onto a problem that doesn't exist. Cadets are in the Corps for many reasons and many have significant academic responsibilities or leadership in other student organizations (like SCONA). So DON'T try to force a formal Corps leadership position on every cadet.

By removing the bulls from the equation. If the bulls are constantly micro managing everyone like the proposals you were trying to sneak through without outside input, then of course there will be less leadership opportunities. It's not rocket science. Encourage a decentralized structure and allow your outfits to select their own leaders. Stop trying to decide everything for everyone.

It used to be: "Meatballs do it on the run"
Now: "Meatballs don't do it on the run bc the commandant won't let them do PT"

Current setup allows the student leaders to lead. Micromanagement by adult leadership undermines this. I ask you a question in turn, how can the stakeholders and donors trust the adult leadership after this situation?

Not everyone is going to be a unit leader. There simply aren't enough spaces. One way to expand the opportunities is to institute project or initiative leadership opportunities. Project management/leadership is a great way explore how to build a team and lead and celebrate success. Recognize leadership.

From someone who was in the Corps and has managed countless employees over the last 20 years, not everyone has the drive to be a leader. Leaders are born, not made. So if you are trying to turn every cadet into a leader then you will always be disappointed. However, by earning Corps brass and Outfit brass, the toughest and most memorable part of the Corps experience, the true leaders will emerge out of each outfit's fish class. Those are the ones the upperclassmen must identify and mentor to be the leaders of their class when they are Pissheads and beyond. There could be some leadership positions created other than 1st sergeant, guidon bearer, etc. that allows other class leaders to lead by having specific responsibilities. Maybe someone in charge of PT workouts or improving marching standards, or making sure dorm rooms remain at a constant standers, etc. Cav, RVs and other special units provide these opportunities but if a cadet doesn't join one of those it is sometimes harder for them to find their way. The upperclassmen must identify the strengths of the leading fish and assign them those positions.

Again three words: trust, discipline and responsibility.

This question seemingly assumes that we should approach every member of the Corps of Cadets to

have potential to become a flag level officer in any of the military services.

If every member of the Corps were a leader, who then becomes the led?

It also begs what is "expansion of leadership opportunity"? Are we actively seeking more and more positions of authority? ("again where everyone's a winner"?)

If we continue to dilute authority, where lies its importance.

At one point in time only those in command leadership positions wore green tabs. Now in the "everyone's a winner" environment, we copy the Army and give them to anyone in a leadership position.

Or are we now looking at a new metric, in terms of the numbers of leadership positions?

I'd say that the responsibility of being an effective leader resides with every upperclassman wearing a Corps uniform regardless of position. Having said that, there are also varying degrees of interest to exercising authority or leadership. There are also limits to authority when serving in a position of leadership.

Perhaps the real question becomes: are we really developing leaders, (operative term "developing") or merely introducing cadets to resources so they might become more successful in life?

The question also might be re-worded to reflect: "…leadership opportunities for every member of the Corps".

Not everyone wants to be a General, Admiral, CEO. The desire to lead and accept responsibility, exhibit trust in the absence of supervision and the discipline to act and execute properly is a heavy demand. Cadets once did this with little interaction with the Trigon. Yes, abuse most certainly abounded, but those failures were also learning opportunities.

But not all are willing to accept, nor seek this demand.

Finally, the question almost suggests a "cookie cutter" type solution. Leadership application varies with the individual

By encouraging outfit leadership to delegate to the people under them at times in order to allow people to work on what they are passionate about.

Again, I would involve Cadets in the process of developing leadership curriculum for the underclassmen, as a SOMS credit or stipend position/option. I also think that lower echelon leaders (Platoon commanders, Training Sergeants, Squad leaders) need some curricular development to help define their role (I.e., spend a day with Captain Quandt learning about the critical role Squad leaders play in the Marine corps, look at historical examples and recognize the historic background and important link of the role).

In addition to that that though, the Corps needs missions! We can't continue on saying that we just march and "train fish". Train them to do what? Maybe we should incorporate military exercises somehow; even for non military seekers it's important to know how to logistically plan and coordinate efforts and accomplish ORM. We should do Corps FTXs and combined exercises on a semi regular basis.

To those who say military-style exercises aren't a viable mission because of our D&C populace, here is my response: If people are joining a military based culture for leadership development, it makes sense to do military-style operations or exercises to learn. It would be appropriate for me (a military contracted cadet) to join something like say, student senate, to learn to run a political campaign for the purpose of gaining skills that will make me a better military officer, even though that political campaign may bear little resemblance to my career aspirations. We shouldn't to cater our mission set and operations to the

EXHIBIT B-2
Beckcom (J001320-041024)

TAMUX-0199

civilian career field, if people wanted those types of cultural models and style of "mission" they would have joined a more appropriate leadership development organization.

# How do we reconcile the perceived disparity between the individual outfit experiences and overarching Corps standards and values, without diluting the identity that so defines the Corps experience?

Having a certain amount of objective performance measurements that will keep outfits accountable to what the corps must teach. It is important to actually enforce these standards, harshly if necessary.

If a cadet doesn't pass their pt test, they should be removed from the corps. If all of an outfits fish fail their classes, they should be disbanded.

The outfits should be given the expectation of performance, given the opportunities to coarse correct if necessary, and punished if these do not occur.

The different experiences of outfits, so long as they all result in the same corps objectives is a good thing. It makes the corps rich and deed in character. Allowing outfits to take different training approaches it what allows of leadership, personal responsibility and development.

https://texags.com/forums/16/topics/3445742

Allow companies to have a MAJOR say in their individual unit leadership and embrace those diverse outfit personalities. It is a good thing that units have different strengths, weaknesses, and cultures. Some focus on intramurals, some on heavy ROTC involvement, some are engineering outfits. THATS OK. Also establish more male only companies.

You let the outfits remain individual and keep their fish

Being in the Corps and being in a specific outfit gives us the opportunity to have some sort of drive. The buddies that you make during FOW are your lifelong friends.

More inter-outfit competitions and events

Ensure that the Standard is the defining document that unifies the entirety of the Corps. Too many times have I heard that "we don't do that in our outfit"
or "that's just how we do things in this outfit" even when the Standard explicitly says otherwise. Room standards are an excellent example of this, with different outfits imposing different standards. It makes it difficult to have a unified Corps when portions of the Standard are explicitly ignored.

Stop lying to the cadets and actually make plans that equip and prepare us instead of removing any form of positive impact that we have. There is nothing that the commandant staff has done this year to increase moral and retention. The fish are leaving because there is no future in the corps with this projection. The only reason I haven't punched is because of my navy contract. I do not want to be in a corps that treats its cadets like this.

Individual outfits promote hazing, end of story. But over bearing Corps staff makes "leaders" simply follow orders passed onto them, and scream it down on the people below them.

Where is this perceived disparity? The outfits create the competitiveness and family within the overarching corps. Everyone is a cadet and should live by the values of the corps and university, and follow the outlined standard. This has nothing to do with the outfits.

By pushing the standard not taking the fish away.

Stopping making the overarching Corps standards things that outfits feel like they have to fight. If the attitude of the Commandant is one that the outfits disagree with, of course they will fight back. Instead, let large scale workouts become an event that happens weekly or biweekly, that cadets look forward to.

Outfit experiences have gotten too large. I agree with the fish brigade idea as long as it is measured. I think FOW should be at least 2 weeks. We are not training soldiers here we are teaching adults how to march, shine their shoes, and communicating the overall Corps values. The fish Brigade idea needs to be toned back but I think it is part of the solution. The other half is patience and greater discipline for those who breaks those standards and values.

Have a baseline standard for the corps and make it higher than what it is now. Then, allow outfits to set even higher standards if they wish to do so. The major issue with overarching corps standards is that they are low and disappointing. It's incredibly easy to make it in the corps by doing the bare minimum, and that's why people feel more attached to their outfits as outfits can hold their cadets to a higher standard

I'm not sure I see this issue. Outfits should be unique in their development. Some outfits prepare people for the military, some are more focused on stem activities, and some are focused on preparing people for the private sector. Every commanders intent should be checked to make sure it aligns with the universities corps values, but at the end of the day, we're all in the same corps and we all have respect for one another no matter their outfit/culture.

It first starts with having a cohesive vision of that corps is across the board from our MAs and OAs. As a cadet I do often hear about one thing that is going on in the wings that is okay to MAs in the regiment. There is no cohesion across what they want from cadets. OAs and MAs need to be better trained to know what is expected of the ENTIRE corps.

Secondly what is the corps experience. That is a term that gets thrown around a ton but doesn't have a definition. This term needs to be defined so that cadets can execute. Until it is defined we will continue to give new cadets the cadet experience we had as fish.

Look back at the early 2010s and see what was working for the corps then. It was bigger than we are now and was producing quality cadets over just going for quantity. While the March to 3000 is great, it is only beneficial if we are producing quality cadets with outfit pride.

The corps experience is defined by outfit identities, it has always been this way. Any possibility of an overarching corps attitude, experience, etc was lost with Earl Rudder. All males and integrated outfits cannot be held to the same standards as one will be pushed too far or one will be dragged down to a lower level. This is pure science, not hypothesis. Without giving individual leaders the ability to tailor their leadership styles and methods, not a single leader will be built within this quadrangle.

We keep the outfits intact but ensure they are very aware that unacceptable performance will result in corrective action within the outfit.
By providing metrics for performance, providing opportunities for evaluation, encouraging cadets to engage off the Quad, providing guidance (not instruction) on these options, and imposing localized corrective actions to ensure compliance, Corps standards and values will be emphasized as the floor with the expectation that falling through the floor will have unwelcome repercussions.
This means providing monthly metrics on performance of the fish as a class - retention, grades, military performance, and -- big one -- campus involvement. Fish cannot just sit in their hole when not in class. The metrics should be adjusted monthly in light of expectations, such as a reduction in attrition throughout the fall semester from the end of FOW to the last day of the fall semester.
Metrics for performance will ensure compliance with Corps standards. Feedback from cadets will likewise

ensure compliance.

As part of a regular monthly evaluation, cadets could identify what leadership positions they have on and off the Quad are any positions of interest to them. The Outfit Advisor, in reading the monthly surveys, could provide a link for that cadet to learn more about the leadership position of interest.

Feedback from Outfit Advisors can raise retention by recognizing those on the bubble and determining if a transfer to another outfit is the solution.

Corps values are provided as an expectation. Failure of an outfit to uphold those values, whether based on Rams or on feedback or on observation, will make clear those values are more than words.

The Corps experience should be more than the outfit experience, so part of every Outfit Advisor's job must be to review the extent of out-of-the-outfit involvement by every cadet. Has the cadet joined a pre-professional society, a council, any on-campus organization, or any speciality units within the Corps. Well-rounded means get off the outfit hallway and get involved.

Nowadays, that involvement outside the outfit is going on the resume. We need to encourage (expect) involvement outside the outfit, whether in the larger Corps or on the campus. This is how cadets get jobs or positions.

Notably, the concept of intensive time-specific metrics, regular evaluations and sharing of expectations, including leadership off the Quad, does not require the logistical challenges contemplated in the announced concept and remains consistent with the representations made to current cadets and - most importantly - prospective cadets and their families - over the past two years.

As someone with a home outfit of a strong and mostly healthy outfit culture, people are worried change will mean the death of the place they call home. I think there is room for both an outfit experience, while still pushing a larger corps of cadets experience.

Happy medium -> Fish Academy WITH fish living with their respective outfits. I think we do a lot of good things during FOW and a lot of issues then arise when the rest of the Corps returns. If we were to expand the "FOW experience" and have these "training outfits" not immediately end after FOW but go on for a little longer (2-3 weeks?) that would both give the freshman an opportunity to learn how college works while instilling the values of the Corps as a whole before then being introduced to the Outfit Culture.

There should be more interactions between outfits, outside of their respective groups. Maybe more events that involve the entire Corps or at least a mix of different types of outfits that may not interact as much.

In short: there isn't a disparity between outfit experiences and overarching Corps standards and values. Outfit uniqueness is one of the most important attributes of the Corps. I am a freshman and already have more pride in this university and my outfit than most people will ever have in an organization they are ever involved in. Texas A&M thrives on the saying, "from the outside looking in you can't understand it. From the inside looking out you can't explain it." The Corps of Cadets is at the heart of this truth. We are not perfect, but that's to be expected. We say that the Corps is a "leadership laboratory", which would imply that it's an experiment. An unsure attempt to better yourself and those around you, particularly in the forms of physical fitness, leadership, and mental and moral development. This means the Corps will never be perfect, but that you make mistakes now so you can learn from them, and become better for our career post-Corps, whatever that path may be. Having a personal connection to those you lead has been the most important aspect of leadership that I have seen (and not seen) in my semester and a half spent in the Corps. Taking fish away from outfits will have results yet to be known, but one thing is sure to happen: Direct leadership (and the ability to follow) will not be developed. Life will be hard, and fish year prepares cadets for this reality. It shows that the things worth doing won't be easy, but that's the point. At the end of the day, I have two main points that I will stand firm in: direct leadership and follower-ship that outfits develop is a core element of the Corps of Cadets, and that a student lead Corps will never be perfect, but that failure is the best way to learn .

Be honest when recruiting. I know from a fish perspective that this year, many of my buddies greatly misunderstood what the Corps was like because SNWC isn't even relatively accurate to the fish experience. Spending the night with a white belt, while valuable, is not nearly as insightful into what a future leader will experience as spending it with a current fish would be. I also think that letting outfits "do

their thing" is a huge benefit to the Corps, the only issue is that recruiting tries to hide this fact. It certainly wasn't made clear to me, an out of stater, that outfits had different cultures. This is one of the strengths of the Corps! Embrace it! I think this needs to be promoted. I LOVE my outfit! It's my home, my family, my brothers and sisters, my place in this big University. I think future leaders should be clued into this. Maybe outfits could have a set of "descriptive words" that define how the operate? How the live and how hard they train? It's no secret to anyone in the corps that outfits have varying levels of difficulty. The challenge is marketing that to Future Leaders so they're more aware of what they're getting into.

My takeaway from my fish experience so far has been this: we are changing too much, too fast. Trying to cater perfectly to everyone who signs up is a huge mistake. Yes, fish retention is good, but then again, do we really want everyone to stay? What if the Corps isn't for them? Take SEAL training in the Navy. So many people quit because of how difficult it is, and that's what makes them the most elite warriors! Lowering the standards of our great and powerful Corps to try and keep more people will only serve to weaken our structure over time. I believe that keeping the Corps "hard" is why the Aggie Corps is revered worldwide. I love my Corps, and want to help watch it become the best leadership development outfit there ever was!

You need to get cadet buy-in to the corps mission. That comes from choosing a staff that isn't just people who want to leave their outfit. I do not mean to be rude to staff, but the overarching similarity with them is that they did not enjoy their outfit so they left. Now these cadets who are not well respected are breathing down everyone's neck which causes animosity. Having a staff that actually has respect would carry more authority. Staff should not be a place for unpopular cadets to bag out and assert power. Staff has a role, change that.

Give outfits more opportunities to interact with each other. You could even implement some form of "sister outfit" system that pairs outfits with each other from across the quad to participate in combined training times. They could even compete with each other for cadet challenge to further encourage camaraderie. If outfits communicated and collaborated more they would have a better understanding of each other and their respective identities. Over time they could even influence each other and fix some of the tribalism in the corps.

You criticize the individual outfits, not the Corps. Outfit culture is made by the randomness of its selection. Future leaders have a short outfit description online, potentially spend a night with them and then select and become integrated. That's important for the well-roundedness of the outfits. Cadets are placed with personalities they get along with and ones they absolutely do not, but they stand by each other because that's what we're taught, but more importantly, because they're family. To improve the whole, you set a standard that defines the Corps, ensuring that the individual parts still have enough freedom to move within them. To me, my hallway feels like home. I look up to my Commander. I am proud of how I have been shaped. I feel safe within my buddy class. What truly is the Corps experience, if not that?

Firstly, I believe the commandant talks are the first step in establishing a consensus. Second, as much as military advisors are seen as more of an annoyance than a helping hand, we must employ them to identify when command teams are straying from the Corps identity. I am not a fan of throwing people under the bus, but I recognize that I see this in my own outfit. To create a collectivized understanding of Corps identity, we must start meeting more frequently. Only seeing other outfits at discipline briefs and commandant speeches is concerning. I see the value in separating the fish. However, I believe that the fear is we will produce subpar cadets softened by unproductive cadet leadership and leadership chosen by nepotism. Fish struggled this semester to adhere to the bare minimum. The question is whether putting them into a larger basic training environment will better or worsen that.

Individual outfits are what makes the corps great, they allow for cadets to grow in comradery and have a shared identity. I don't see a problem with these strong outfit cultures because they show that people care strongly about their segment of the corps. In a way it is like a state and corps staff is the federal government. They work together but certain things are left the the states, or outfits, because it is more beneficial for them to focus on it. We are unified in our values and our love for aggie tradition but we go about that in our own way with certain outfits having key identifiers. In regards to the final statement, I think the corps experience would be nothing without the outfits because they help define the fish year

EXHIBIT B-2
Beckcom (J001320-041024)

TAMU-0109

experience. There is a reason any time you ask an Old Ag what year they were in the corps, as if by instinct they include their outfit, it is a part of their identity.

I trust my leaders in my individual outfit way more than the leadership in the Corps. Corps Staff and Commandant Staff. Build trust in Corps leadership and then that's a conversation to be had. After this though, I think it's going to take a year or two to build trust back within the Cadet Corps though.

Allow natural recruiting to run its course outfit pride is what makes the corps great. We are not a monolith and any attempt to make us into such will dilute the corps experience for everyone. Outfits with poor culture will not draw more people and will die. This disparity is not based on any facts but rather the Commandant's perception which appears to be massively flawed. I have seen him around my outfit once at which point he was confused why we hadn't dropped with our fish in mid January he is terribly out of touch and the reaction to decisions like this show it

The band is overall pretty unified, however, that is not the case for most other units. I believe a lot of the reason that outfits seem isolated from each other is because there is no real reason to interact with each other. Besides Corps Runs, pretty much all of our training is independent with just our outfits.

This can be fixed by supporting more unification between units. Having interconnected training times & competitions between major units will surely unify the Corps significantly more than it is. For example, the Corps track competition was a good way to unify major units behind something.

Fully unifying the Corps will be impossible, however, there are ways like this to significantly prevent total outfit isolation.

The outfit experience IS the corps experience. However, this should be solved on a minor unit level. Encourage multi-outfit level activities. Once again competition is always a breed for success, and I don't think people see it as a waste of time.

If you want to Corps to be united, we need something fun to be united behind besides values. Think about the times when the corps is fully assembled. For Block T practice (Necessary but universally hated), briefs (Necessary but universally hated), March-ins (Necessary but universally frustrating), and formations. Not to be on the nose, there is a trend. I am a junior, my favorite experiences are always seeing the entire corps marching to the brazos. Because it's FUN, and meaningful. Why can't we find more activities like that? Everything we do as a corps is a leadership exercise that feels like command team is getting the end of the stick and having to drag along the outfit. It makes us feel like it is us against them.

The point I'm getting at is the corps needs activities that are corps wide, fun, and make us proud to be part of the corps. Not that I participate in bonfire, but back in the day it was bonfire. We need something else, something universal. I mentioned some examples in the first question.

The OOC inspection as well in theory works, but when the corps standard is enforced so unevenly that it's a complete luck of the draw on whether or not you get yelled at because of your rank being a 1/10th of an inch off, or a CTO doesn't if you have your bed made it generates animosity.

I love the Corps, I love the standard, and I'm proud to be here. Even if this wasn't anonymous, I would have said the exact same things, it is my opinion. In the same way you want the best corps I want the best corps. Thank you for creating this and taking our opinions into account.

I would just do more things as a major or minor unit. Last semester 7th battalion did a competition over a week, and it allowed me to talk to people who lived on the floors above or below me that I had never met. I would also use SOMS just to talk about the Corps standard. I understand the need to focus on the theory and study of leadership, but just discussing the Standard in a SOMS class and telling people why we have it would make more people understand the reasoning behind it.

Perceived by whom? This sounds like trying to solve a problem that either doesn't exist, or has been exaggerated to something it isn't. And define "disparity" - unlikeness or unequal? Throughout the history

of the Corps, different outfits approach things with different fervor. That's why there have always been two or three "Bloody Cross outfits" and three or four "Bonfire outfits" and some outfits where General Moore was their goal. This is what makes the Corps the Corps. If my outfit was successful in their internal motivations, that was a sense of pride that we carried around the Quad. That doesn't make my outfit inferior or your outfit inferior - we all add to the overall contribution that the Corps of Cadets gives to the University as a whole. Your outfit focuses on PT? Well, my outfit focuses on grades. Who's better? It doesn't matter! The outfits are a combination of the melting pot of cadets that decide to join the Corps of Cadets. All of these outfit 'focuses' can 100% still exist while adhering to the 'overarching Corps standards and values'. If they start to pull away from those, address them individually - this is not a "one size fits all" issue that needs to be addressed.

The corps experience is built on the outfit you join. You do not get a corps experience, without an outfit experience, like 150 years of corps before us.

Give more tangible missions and tailor it to the outfits. I was a MU recruiting officer when march to 3000 first came out. I did not know how to tell my outfits what they needed to do to accomplish it. There was no quota they had to reach or a number they needed to maintain. It was just a holistic number that needed to be reached by the Corps. Give a mission for people to rally around and they will give their best effort. Values are done from the ground up, not top down. Other than the ones that have been passed down from generation to generation of cadets, talk to the cadets and ask them what their values are. In Air Force terms, weather does not think the same as fighters who are not the same from bombers, finance, coms, etc., yet we still share the same mission of fly, fight and win. The Corps can be the same way. I know, from a wing level, that outfits think differently. Give them a shared mission with values to back it and they will show their best. In short, outfits think differently, give them something to apply it to.

We have an identity within the Corps by simply putting on the uniform and earning our Brass. And that is EARNING not being given, not being pinned, earning it. I was a cripple my freshman year and did everything I could to earn that piece of medal, and I continue to do so every day.
The focus needs to stop being put on the Corps as a whole and back onto the outfits, because those are our families. Those are the people that we interact with on the daily and who will marry us and bury us. Outside of the Corps, we're all seen as cadets no matter what, but within the Corps, we should be able to honor our outfits, because that's who we are. Yes, I might be a member of the Corps od Cadets at Texas A&M University. But more importantly to me, I'm a Hell Raising Rebel of the Lonestar Company class of 2024, and I'm damn proud of it.

Evolving the Corps experience is one thing; proposing a change which would fundamentally gut the Corps training model and wreck the formative weeks and months which create outfit identity without any prior dialogue with students is another.
Outfit culture is a precious part of what makes the Corps special. Yes, when too far separated from the Corps itself it can cause divides, but isn't that the same for societies around the world? In my eyes, the Corps' Outfit system serves as a laboratory for international/intercultural exchange and cooperation, as while we Cadets may be split into many outfits with different hump-its, traditions, training styles and code-phrases, we all come together to form a cohesive community despite our differences, just as nations and peoples cooperate despite their differences. Taking away the formative time that creates and fosters those distinct cultures would turn the Corps into an unrecognizable mush of centralization.
All in all, communication need to be much more open, and much less secretive and threatening. Reforms such as the one previously proposed should be discussed openly, not handed down with no chance for general student input. We shouldn't have CTO/Advisors giving mocking or threatening warnings to Cadets about sweeping future changes being handed down, traditions being removed or privileges being revoked! (See: RVs)
Also, I'd urge that we hire Advisors who wish to foster and improve Corps culture, not remove it out of disdain. Too many times have I had SOMS instructors who turned the classroom into a soapbox to talk about how much they hate the Corps model and how they wish it would fit THEIR vision instead. We've created an environment where the students and Staff are fundamentally disconnected, causing the students to feel like they've been treated unjustly and the Staff to, in our eyes, act like uncaring authority

EXHIBIT B-2
Beckcom (J001320-041024)

TAMUS-0895

figures who want to form this organization in their image instead of forming any sort of dialogue with students outside of Corps Staff.

No idea

The individual outfit is the identity of the Corps experience. It's not meant to be uniform. There are similarities between the Standard, landmarking events (such as Brass), and general activities. However, it is the "little T" Traditions that define how each member of the Corps experiences their time here. I don't know how many stories I've shared or heard talking about the Traditions that my outfit has compared to others. How our Brass was different. How our PT is different. The only perceived disparity is from those who aren't experiencing the day-to-day of cadets and only seeing the bad. If the Standard and corps values are something you truly care about, then make changes to the Corps that make cadets care about the values.

Outfits have got to know all rules apply to them. Was surprised to see this issue. While I was and am a form Old Army Cock Company CT, (C-2), I was always proud of being a CT...

Make the Corps worth fighting for. People have fallen back on the outfits for everything because no one likes or respects the Corps staff. They're all just pawns in this "cadet lead corps" and have no real say in things. Outfit leadership are the only people that have day to day interactions and the ability to bond with the underclassmen. If you made corps staff more available and more powerful then maybe people might respect them more and then in turn respect the Corps they represent. People dont wanna do the Corps humpit because to them its some stupid little faint attempt at unity when in reality they dont respect the people that try to push it

By letting outfits teach their own while keeping a light eye on activities, but do not interrupt with tradition that has kept outfits and the corps running. Do not split the corps up from each other keep us as separate but whole.

Keep the hallways and outfits the same and have meetings once a week where the whole corps of a certain class meets and discusses a topic then breaks into smaller groups comprised of cadets from all branches of the corps.

When my son was a fish in E2, the outfit tradition was that the Fish rooms had to be identical. So, they were not allowed to have books out, since they were taking different classes. Yes, read that again, fish were NOT allowed to use their bookshelves and had to keep their books locked up in their footlockers (except during CQ) (And during CQ they were encouraged to leave the dorm and go study in the library, due to an alcohol issue in the dorm.) DUMB tradition!!! Thank God General Van Alstine reorganized a few things his first year.

Maybe there needs to be a Standard on what a fish hole standard are, that is Corps wide. (What they can have on their desk, in their closet ..... when are they allow to have a dorm refrigerator etc. )

Is there currently a cadet court? If not, there should be. Another way to teach leadership, is by having a jury of your peers.

The identity that defines the Corps experience is reflected in the diversity of outfit interpretations of leadership, training, morale, traditions and social structure. Outfits should be granted the freedom to diverge from the status quo of procedures, to experiment and fail. Instead of eradicating decades of beloved 'small t' traditions, instead, pass guidelines and intermediate when specific outfits are out of line rather than punishing the entire organization.

Not be afraid to disband outfits that are causing the major issues. Or the problem cadets themselves. Overall the system works because outfit cultures are different with the same underlying values. It's the bad weeds that need to be cut out and sends a message to show that discipline and values matter.

My answer to this will be long as I have the most thoughts on this. From my perspective of the corps, the disparity between outfit experiences and the overarching corps standards and values comes from several

sources. (TLDR below)

The first and foremost is commanders outright ignoring guidance. A great example of this is the 'resiliency training' guidance that got passed to my outfit earlier this year. It would have required us to sacrifice two morning activities a week for it, and my command team was trying to make it work. I talked with them about it, and not only were they obviously bullshiting the requirements so they could get other training in, because the guidance that was passed down was ridiculous and not very well thought out to them, but other COs within the regiment were simply going to ignore the guidance. Poorly thought out guidance being passed down from staff that doesn't properly answer cadets questions or give a plan of execution (the duncan policy is a great example of this, I asked the simple question of 'how are they going to track whos bagging in and not force them to go to duncan',and not even my battalion SGMAJ could answer that question). Multiple accounts of guidance being passed down from staff that force COs to implement decisions they know their outfits will dislike them for, and with no support or execution plan from staff sours relationships, screws over command teams, and doesn't actually help implementing the guidance. Which is another issue.

The second problem I see the most is one of enforcement. The Corps has a lot of rules right now about how outfits run themselves and what upperclassmen can do to train their fish. And if outfits stayed within those guidelines while varying depending on their commanders, we would still have outfit culture and a much more unified corps experience. The problem is outfits operate outside of those boundaries often. We don't need more (in my opinion we need less). We need them to be enforced. There's a joke in the regiments about 'brigade hazing' where the brigades are able to actually haze their fish outside corps guidelines easily, because they know how to bend/break the rules and get away with it, and it's got a semblance of truth. If you want outfits to effectively train fish without hazing them, implementing more rules and things to keep track of isn't the solution, effectively making sure commanders follow the intent of guidance in place is. I see outfits and white belts bragging about making their fish do things that my buddies have had their doors kicked down for with no repercussions. Not only this, but outfits that 'haze' or are hard on their fish generally get street cred and are seen as good or cool for it, and it's kind of part of corps culture right now. The corps culture is rewarding cadets for breaking rules because not only are the rules in place too restrictive, but they're easy to break and get away with. Until the wider Corps is able to actually implement and enforce a standard on outfits equally, guidance will continue to be ignored. You need to give outfits and COs a wide area to maneuver, but a strong barrier to keep them in the that area, because the moment some outfits go out of bounds without repercussion, everyone wants to.

The third mostly comes from the attitude between the average cadet and higher up leadership. It's not secret that a lot of cadets dislike Corps Staff, and have disliked staff for a long time. And unfortunately that's a product of the fact that staff has to be a limiting factor on what cadets can do. But a lot more can be done to help that relationship. Obviously, the first issue I pointed to about poor guidance being passed down and little support from upper staff about that guidance. But it's also a product of the attitude Commandant's staff has when it comes to cadets. In my sophomore SOMS class. My entire job was to listen to a CTO complain about white belts in class, that was every single lecture. It was always about some white belt who was negligent and how they're all lazy and poor leaders. And it made me realize that, because CTOs and staff usually interact with the bad actors of the corps primarily, they get a twisted view of the average cadet and are usually what I like to call 'hostile by default', or at least on on a very short hair trigger. I see a CTO maybe once a week and interact with them maybe once a month, and usually I dread those interactions because I don't want to screw something minor up and get yelled at by someone with very little patience. But it speaks to what I believe is a wider problem with higher level Corps leadership that they see their role as cadets needing to be 'controlled' or 'disciplined'. Which is somewhat correct, but as a leader simply controlling, restricting, or disciplining personnel is not your only job. Higher level leadership needs to do a far better job of supporting the mission of outfits and supporting everyday cadets and lower level leadership instead of just being controlling. But because high level leadership sees cadets as something to control, and because cadets see high level leadership as a controlling element that almost never makes good decisions, it contributes to the rule breaking culture I talked about above.

And lastly, we can't take the staff's word seriously. I'm adding this because I just saw in the Corps teams the 'are staff going to read this?' question and the answer was 'write out a well thought out answer and they will'. After I'd written all this. Because staff isn't transparent all that often (and there's been a few cases of them going back on their word, the 'you guys can have pushing if you don't do pullout formo' that happened my fish year is a good example), we can't really trust them. So I've probably just written all this for it to be ignored, but here's hoping it isn't.

The TLDR of this is that our current system isn't bad, the problem isn't our method, it's our execution of said method that needs to improve.

Making the Corps of Cadets as a whole develop more culture. Make major unit nights where people can get to know each other. Have more corps wide events where people actually congregate. To develop corps experience and standard, to where people are more loyal to the corps, help them get to know other cadets. Collaboration between outfits, creating new culture in the corps of Cadets where people value it more than their own outfit.

People will always be loyal to their outfit that will never change.

Outfit experience has defined the Corps for as long as I have heard from (back to the 80s). In my opinion no 2 experiences should be the same. There should not be one corps experience everyone gets. This isn't a theme park ride, it's a journey

Hold outfit cultures responsible. Hold outfits who preform below the standard accountable. Allow outfits who preform well to continue their culture and experience without in acting changed to harm those outfits. There are already metrics taken from retention, grades, recruitment etc.

Outfit Culture should be unique and obey to the standards mostly. However, going in and changing long established traditions for the sake of "Leadership" isn't going to fix the problem of low numbers for Corps attendance and recruitment.

Emphasize outfit cultures, don't coalesce them. Highlight Ol' army, and the traditional ways of doing things; find the methods that work.

If we're using other institutions as comparison, see what they allow that we don't, and start un-restricting the options of cadets.

Focus on quality and attitude of cadets, not the quantity. Make it harder and more prestigious to remain in the corps as opposed to keeping it harder to remove cadets who refuse to grow/participate. (I.e. brass should actually be earned again, not a certainty of being given)

Disparity is going to happen when you have different leaders, different cultures. My suggestion is identify outfits that are underperforming, take them to learn from outfits that are outperforming. What are the best practices that got them there and then challenge those outfits to implement them. That is what has always happened in every organization in history. The Japanese learned Six Sigma and manufacturing from us - and 30-40 years later we are back learning it from them. Don't destroy or try to make us all "same," let diversity of culture and style develop and build outfit best practices. You might be surprised what you find when you learn from the best outfits. C-2 was one of the better ones - and most of what made us great was not what the Trigon thought would make us great. Trigon leading an outfits culture is the dealt knell. This is not the military - it's more like a fraternity with a military framework. When graduates leave, they are ready for military or civilian life.

If a standardized fish training camp is to be put in place for the reasons meantioned in the facebook post to former Cadets, it must be very careful to not violate the Corps experience and the integrity of the leadership development model. Keeping that in mind, it would be wise to keep freshman grouped together with their future buddies within the larger group as to develop the values so central to the entire Corps together and seamlessly translate them into their outfits and outfit cultures. By holding the Corps traditions and values as the base to build from, freshman Cadets can bring that into their outfits while maintaining the buddie unity that is so essential and necessary to developing fish year.

Aside from the freshman, as the Corps changes in ways many do not understand, the natural response is

to turn inward to what you do know and can control, thus so many are more loyal now to their outfits than the organization as a whole. To restore pride in who we are as Cadets and to maintain leadership development, we must be confident that we truly are a Cadet led Corps. First we must establish the ability to communicate with those who make decisions, as to not see this as some sort of ploy against what we stand for. Second, the leadership that is placed over us should be the ones driving the Corps into a better future. Those who have put themselves forward to take on the heaviest burden this leadership development course has to offer, should have the understanding of every Cadet, and with it they have the task of leading us and being a GOOD leader. One who cares for those under them and acts on their behalf while listening to the voice of the people.

Outfit differences can be good. This is the value of diversity at work: different strengths complement each other. As long as they remain in line on the main principles, our corps values.

I don't believe there is a disparity created by outfits like the corps thinks there is. I think the disparity is created by the corps and how it only works with certain outfits while leaving others in the wind. It never gives outfits the spotlight on the Corps Instagram or recognizes outfits for their hard work, most outfits do things in the name of their buddies, upperclassmen, and underclassmen not necessarily the Corps as a whole. Most outfits also have so much history that if you take that away you go against cadets being the "Keepers of the Spirit" and simply college students in costumes advertising something that no longer exists or practices what it preaches.

I do think there is some disparity, however it might be a good thing. There are things we need to standardize such as drill, uniforms and rooms, however if we want cadets to feel connected to the corps, it has always started at the outfit level, NOT the whole corps level.

In regards to unfortunate outfit experiences, those that are not meeting the Corps standards and values seemed to be repeatedly disregarding that. The chopping block of getting rid of outfits does exist and is always a possibility. The Corps is supposed to prepare leaders of character for the global leadership challenges of the future. Each outfit has their own character, same with the Corps. However, the outfits fit into the Corps, outfit experiences should figure into the standards and values of the Corps, that's why there's a standard that any cadet can go and read anytime and there is a campusology of the Corps Values and we discuss endlessly what each mean in general, how they apply to us, and how they affect others around us. The standard is a guideline, the outfits should be allowed to be a little tougher on grading and/or training like the military, WITHOUT breaking the law. Crack down in academics or uniform/hole standards, etc. Again, if there are outfits that don't fall within those Corps standards (like way out of left field) a sit down should be had, warnings given, then a final date of expiration if needed. It wouldn't taint the Corps experience as much because numerous chances are given and we are a strict training environment-we are the best of both worlds involving military training and civilian life. We should be treating it as such instead of too lenient on one side of the spectrum with an outfit while being on the complete other side of the spectrum for a different outfit and insanely strict. Standard applies to all outfits and should be evenly executed to the outfits so both Corps experience is maintained while not destroying outfit culture.

The disparity is what makes us better and push harder. If it was one corps cadets wouldn't compete as hard.

Have more full corps functions that are casual and allow for outfit intermingling. You currently have an outfit that does a back porch event where everyone can come together to relax and have a good time. This should be corps sponsored.

You see the same issue between platoons and companies in the Army, and frats in Greek life. But they both put forth the effort to have communal events that bring everyone together.

There were absolutely zero fun, non ultra structured events that brought the corps together when I was in, and as such it was an us vs you mentality. You break this through relaxed communication and shared experiences.

The band accomplishes this very effectively because we do a lot as a major and minor unit. Yes we have individual outfit cultures to an extent, but none of us feels disconnected with people from other outfits. All classes are expected to show respect and stay true to their roles and leadership development model across the outfits within the units because we view ourselves more as pieces of a collective whole than complete separate entities that happen to wear the same uniform. Freshmen and sophomores are expected to whip out to all upperclassmen and stay as respectful with those upperclassmen as their own, including sophomore etiquette. The Corps implemented minor units recently, so I think this would be the perfect time to start instituting this kind of culture Corps-wide. It would create more unity across the board. While the band does have practices every morning that help us be more unified, we also do things like minor unit battalion weeks where each battalion does training times together for a whole week. We also have some events that are band-wide, like a band-wide tug of war about two weeks ago. It would probably be difficult to get this implemented at first with people always being resistant to change, but I think creating these policies and having minor unit staff and outfit leadership diligently observe and make sure they're being met could help the Corps have a more unified front.

This is a good question. You get this right, and you can build great leaders with alumni support.

1. Keep outfit time/training sacred in the afternoon. Make sure outfits are training and have a plan to improve in PT, academics, and inspections, especially for white belts.
2. Encourage participation and increase the number of Special units across the Corps giving choice to Cadets to participate and build relationships with others outside their outfit. If you keep the standard outfit time sacred, but encourage Spec Units you can get the best of both worlds.
(Not a 100% sure on this next option) Give the fish opportunities as well to join more Special Units that are only fish. Make these Special Units challenging and rigorous so if a fish decides to participate, he/she are not looked down upon by their buddies or outfit.

Lastly, have increased participation by the Commissioned officers with the Cadets, doing outfit stuff and good bull. Bridging this gap will win the hearts and minds of the cadets.

We need leadership in our country, and the Corps is a unique opportunity to get it right.

Gig'em and God Bless

Empower Major Units to uphold the Corps standards with the outfits under their command. Grant them the authority to discipline outfits and leaders for failing to uphold those basic and overarching standards without diluting the uniqueness of the individual outfits. Issue rams and have people walk it off on the weekend or even hold disciplinary hearings if the situation warrants it. Have members of the Trigon to advise so that no petty tyranny or paybacks take place.

Universal 2 week FOW. You can even have a fish dorm during that time to standardize training. But 5-6 weeks away from the outfit only makes fish year more complicated and you loose the essential experience that builds buddy unity and pride. Outfits are what make the corps special from other SMCs. Any old ag will say the same.

The truth about growing the Corps is that you rely upon the outfit experience to do so. The Corps as a whole feels a little bit lackluster. I agree that certain elements of unity such as the hump it and whipping out have fallen by the wayside and I wish that were not the case. That being said the diversity of cultures and experiences that come with each outfit help to shape the corps experience for each incoming cadet. I know several underclassmen that I helped guide into outfits based on their wants and strengths. If they were placed in a giant fish dorm I think several of them would have punched. There is nothing wrong with a diverse corps. The competitiveness that stems from it should be applauded.

Build from the ground up. It's easier to make people motivated about smaller organizations before bigger ones.

The overall Corps is seen as very cheesy and soft, plainly said. Cadets value muddy uniforms and loud whip outs on the Quad, and see Corps staff and the overall corps as a boring symbol of localized beurocracy. Each outfit is in a perpetual rebellious phase, and nobody wants to be the nerd that sucks up

to the helicopter mom that is Corps Staff and the adults perceived to be their puppet masters. The image of corps commanders has been bad lately, and nobody aspires to get the position because the position is now for nerds in most cadets' eyes. The corps can adapt to modern times without throwing the old army baby out with the bath water, especially when it comes to "little" T traditions, push ups, etc. People want those experiences more often than not. I think the air force and marine corps do a great job of promoting challenges and both intellectual and physical, by having a challenging attitude and backing it up with day to day life; they also suffer less in recruiting. Big Corps should value true grit, brains, and the ability to marry the two while protecting cadets from actual physical harm, as well as creating mental toughness through high pressure and not babying adults, as young and immature as they might be.

By giving Cadets a Corps they can be proud of.

The biggest issue is that individuals are proud to be apart of a special unit, outfit, or class. And not as in tune with being proud to be in the corps. I believe that stems back to the management portion of the issue I have highlighted in the first and second questions. We are given too many restrictions on what we can and cannot do.

People will enjoy the corps more if the Corps is more enjoyable to be apart of. Less micro management. Let us actually lead and I believe people will notice a difference.

I know there is an issue when it comes to Oufits not enforcing the standard or even Cadet Values. I think the way we combat this is by making the corps more of the experience that people wanted it to be when they signed up. People want a challenge. That is why they are here, They're not here for a free ride or an easy time. That is why the Corps is not for everyone. If the Corps goes back to the ideals that it can associate with, Honor, Integrity, Discipline, Courage, Respect, and Selfless Service, then the Corps can thrive.

I don't believe Resiliency can be taught in a classroom. It is learned with your buddies in the mud of combat conditioning, or a long run with the outfit.

If the Corps allows us to make mistakes and give the challenge that people want without raining on our parade all of the time then people will want to uphold the standard and be proud of the organization.

I do not believe that this is an outfit vs corps problem. People feel wronged by the Corps due to micromanagement and restrictions imposed and have retreated into their outfits and special units to find purpose.

I am proud of the Corps and what I have been able to accomplish in it. But I know a large amount of my peers do not feel the same way.
I do not believe the proper response to solving this problem is to further micromanage and remove fish, one of the few motivating factors for whitebelts to get out of their racks in the morning, for even a small period of time.
I believe this would further alienate individuals from wanting to uphold the Corps' core values and mission.

I appreciate y'all asking for feedback. I know despite all that is flying around, you all are trying to make the Corps better. Many people may not see that but I sure do, this survey proves it.

I hardly have any leadership or career experience compared to y'all at the top of the food chain. But what I have been able to learn in my short time in the Corps is that incredible individuals of character are forged out of times of hardship. Myself included. If I never came to the corps, I would have been deprived of a life of excellence and would have easily settled for Mediocrity. Please let us keep a challenge that has forged previous generations of Aggies into defenders of our way of life, and of our nation.

I pray for y'all everyday And I know y'all will make the right decision for us, for the Corps, and for future

generations of Aggies.
Thanks and Gig 'Em.

Have more all Corps activities and competitions. Have a water fight at FOW and air out with the whole fish class. I remember my dad talking about a "Corps Olympics" where every outfit put up 1-3 cadets for different running, swimming, and field events. Use SOMS classes to teach fish and sophomores overarching Corps standards and values.

At least in my time in the Corps, most "toxic" outfit culture (ie. not whipping out to females or BQs, ignoring leadership directives) came from all male outfits. While I don't think having females simply solves problems, I noticed that all-male outfits tended to attract people with a more toxic viewpoint causing many of the most toxic cadets to be together and perpetuate their culture within the outfit.

Create a list of non negotiable standards that every fish and cadet must meet. However, also allow room for outfits to set their own standards and rules (ie where covers are displayed in your room, where fish can look in the hallway, etc.)

Give the Cadets something from the Corps level to appreciate and respect. Provide opportunities for networking, summer internships and positive experiences for all cadets not just the ones the Commandant chooses. Stop all attempts by the Trigon to control all leadership opportunities. Show respect to earn respect. The Commandant has said nothing about what the good outfits do well. This entire process has the appearance of a bitter attack by the Commandant.
Stop micromanaging corps outfits. The Commandant slow trailing an outfit on a morning run then yelling at them about the way they conducted the activity is not an example of leading from the front. The actions and behavior of the Trigon staff and their families also reflects on the leadership ability of the Commandant and his staff.
Have successful outfits and less successful outfits communicate about operations, goals and objectives. Some Cadets prefer to be the strong Cadet in a weak outfit. Some Cadets prefer to be a strong cog in a strong outfit. The difference in outfits is a good lesson for Cadets. I was fortunate to be in a good outfit. We include former cadets from other outfits in our reunions.

I mean this completely seriously: look at the Band as a case study. Each with their own individual outfit culture but each exemplifying the Band's standards and values. All unified under being bandsmen and women. Because of inter-outfit involvement and collaboration during band events, we all share that identity. CTs have nothing to bind them together. Service events, special campus projects, mandatory things that outfits do with other outfits in their own minor, major, and entire corps units that give them the opportunity to SOCIALIZE AND BE FRIENDS, not just march or be administrative, will solve most cultural problems.

The cultural problems that arose during the COVID lockdown in many units and outfits were because of a lack of buy-in due to the many corps changes. Buy-in is created by an overall cadet support of the vision of the corps. This decision for the future plan of the corps has so much friction with the student body that it will destroy buy-in and arguably create more cultural problems, if not destroy culture altogether. Buy-in for the vision of the corps, support, is what creates culture.

The corps experience is an outfit experience. Being with your buddy class from day one until final review is what makes an experience. You can't pick your buddies, just like you can't pick your co-workers in real life, you learn to adapt and overcome challenges. I think all outfits should actually be held to (a last year version of) the standard with oversight. I think we also need to remove the rule that if you don't report for hazing then you get the same punishment. I reported someone for hazing and subsequently everyone that got called in for questioning said it wasn't hazing because otherwise they would receive the same punishment, this is preventing a lot of cases from being reported.

Make it more clear to cadets what the culture of the corps should be while not taking away from the outfit culture or experience. (Outfit culture is a large part of overall corps culture)

Don't have a fish dorm

I believe that the outfit culture is the largest unit of socialization a cadet will receive in the corps. I do not believe this is a bad thing. I would say that it is how a cadet chooses to express that outfit culture to other outfits on an individual level, as well as on an outfit wide level, is important to creating the relationships between outfits, that makes the corps culture what it is. I believe that a way to do this would be more interactions between the outfits on an outfit wide level, that wouldn't interfere with the normal training plan of each outfit, such as friendly sport competitions and multiple outfit wide briefs (possibly set goals on a battalion level?).

All I can speak to on this is my experience from 35 yrs ago. I am very Proud to have been in my outfit as we won the General Moore Award, the Jouine Award and placed third in the Hocmouth Award. I am a competitive person and each class in our outfit did what we had to do to accomplish our goals. that also had a wave effect in that our battalion won best minor unit, and the Regiment won major unit awards. we had guys in our outfit that were on Corps staff, Regiment Staff, Battalion Staff. I was proud to be in the Corps of Cadets and i took pride in my appearance and my actions off the quad to not put us in a bad light. i had friends in my Major from other outfits and we would study together.

Have you asked the Unit CO's to provide you with the Outfit semester and year end goals? and an outline of their process to accomplish that task? The Corps is an enigmatic group where you have to build upon the obvious inter-service rivalry (Brigade, Wing, Band and Regiment) and then within that are the battalion rivalry & finally the outfit rivalry.

I am not sure of the "fix" for this I just know that my buddies and I have fond memories of our time in the corps as well as our outfit.

I like everyone that will respond to this has a passion for the Corps or we wouldn't have tuned into hornets nest

thank you for your time in reading my ramblings, I want what is best for the Corps but I also want keep the traditional aspects

The possibility of making Commanders more strict in their training and also in their conduct with the outfit. At the end of the day, the success and detriment of their followers falls on their shoulders as far as expectations, standards, and values.

Again, this is answered in the first response. Thank you.

Great question. I've heard some of the feedback of fISH disrespecting other upperclassman from different outfits, etc. I do not understand that. I was never encouraged to disrespect other upperclassman. I still remember being afraid of Tony Buzbee and that's 35 years ago. He never even made me push, but my upperclassman would never have tolerated me disrespecting him or any other upperclassman. I think you go at it from a concept I learned in the business world called three questions (it can be up to five). In this case each cadet asks in order (1) is this the right decision to make for the United States? , (2) is this the right decision to make for the Corps of Cadets? (3) is this the right decision to make for my outfit? , and finally (4) is this the right decision for my squad, team, buddies p, etc. The trick is, if you answer no at any point, you don't do it. You only get to the lower questions if you've answered the first. These principles should be in the Standard, taught like the Code of Conduct, and recited like the Soldier's Creed.

You don't let the bad outfits fade into obscurity

Communicate about possible avenues the corps wants to take with the average cadet. Outfits typically communicate with their people, the corps needs to do the same. We feel like we have zero control and say in our overall experience unlike our outfits. Let cadets sit in on comm staff meetings. We feel like yall just talk poorly about us without us there, making the divide greater.

You get the Corps experience being in the corps regardless. You get an added bonus of outfit culture depending on which outfit you want to join. I see no problem with having differing outfit cultures because they all should have the same standard of the Corps overall. Some outfits like PT more, others like to do more community service, and have more of a structured and planned out CR event schedule. Others are

EXHIBIT B-2
Beckcom (J001320-041024)

TAMUX-0839

heavily involved in corps clubs or activities like PMC, FDT, bonfire, and RVs.
What I think needs to be done is advertise the outfit culture better than it is. On the Corps website where there is a list of all the outfits and a little blurb, most of them are extremely similar and slightly vague. Fish Academy has been explained to me in this way- by the end of their time there, fish will choose which outfit they want to "pledge" to based on how an outfit rates themselves on a variety of focuses like PT, academics, and so on. This should be provided right now instead of changing how the Corps is structured. Providing a better insight on what an outfit is about before fish join in my opinion will help a fish stay in a place that aligns more to their values. Let fish choose how they want to experience instead of watering down the experience for everybody.

Every year, move 5% of a units members to a new outfit

When outfits each have an individual identity, and engage in friendly competition with others, the esprit de corps of the entire organization rises. However, if all cadets were to conform to a single monoculture of the Corps, this individual interest is gone, and there will be much less buy-in. I believe that in order to form a healthy equilibrium between Corps-wide standardization and outfit prosperity, those in charge of this Corps need to lead with a less cookie-cutter-like approach. On some issues, leadership needs to be clear, concise, and impartial in enforcing standards. In others, there is no need to do much more than have a laissez-faire approach. Outfit PT can be seen as a key example of what I mean: leadership ought to let an outfit tailor its approach to physical training times in a way that alligns with the way it sells itself. At the same time, standards still need to be in place so there aren't outfits that do walking laps around the quad while others sprint to Madisonville and back. With adaptable leadership in mind, leaders could set a something in place like the following: outfits can do what they want for PT as long as it does not endanger physical wellbeing (can be anything from a focus on rec center workouts to an emphasis on long distance running across campus), and as long as they are posting good PFT results. If either of those are not the case, outfits could be dealt with on a case by case basis.
My point for that example is simple: that outfits can be allowed to do things "their way," as long as "their way" gets quality results and does not negatively impact the members of said outfit.

By admitting any disparity is " perceived" you answer the question. The whole is only as good as the individual smaller units in it, who each struggled to be the best. Without unit loyalty at a " lower" level, loyalty to the larger organization won't be possible.

The Commandant has the power to set goals and objectives that the outfits should try to meet. Reward outfits that meet these goals with special privileges and benefits. Special trips, merchandise, monetary funds, larger amounts of incoming cadets, and highporting guidons are all potential ideas.

REWARD US FOR BEING MODEL CADETS.

The Aggie Band is in a unique situation. Because we spend 12+ hours a week learning, playing, and performing at Aggie football games we have a culture greater than our own outfits. Major unit, Minor unit, and Outfit culture ALL exist.

In the Aggie Band, people go to staffs in order to better serve the band. The rest of the corps has a sentiment that going to staff is a way to get away from your outfit. That is a mindset that needs to be changed. Staffs need to care about culture and foster ways to create it (such as the battalion weeks and combined band events that we conduct) in order to create that culture. It will not happen on its own.

In the Band, it is expected that all fish greet all upperclassmen in the Band whether they are in the same outfit or not. Shared standards create a shared experience. We also expect more from our cadets when it comes to room and uniform standards. There are corps standards, and then there are BQ standards. We pride ourselves in this and that is why so many of us refuse to put out for corps staff.

Do the corps hump-it more than twice a semester, if it was practiced before or after formation you'd have significantly less cadets mumbling the words across the quad. Give cadet MU leadership the space and responsibility of keeping their MU unified culturally and aligned with Corps values.

Outfit pride doesn't dilute the corps experiences. It enhances it. It is sad that you look at an outfit that has strong pride a love for this school, involvement off the charts, grades off the charts, more leadership than

any outfit, with the best retention. You see something that doesn't Aline with the corps standards and values. Why not learn from those type of outfits and try to create more. The most successful outfits have alumni organizations and have a sense of pride that dates back 20-30-40 years. That is one of the reasons the corps is so special. Also you're wrong in how you perceive the outfits who have deep unity. You see it as a threat to the corps and disrespectful. Well the reason I love the corps is because of the outfit. And I would say there are a bunch more like that too.

I think the corps experience is derived from the individual outfit experiences. My grandfather who was in the corps loves to share his experiences and in 1961-1965 the experiences he shares were those within his unit. Whenever I am with my buddies and we are sharing things that impacted us most during our time in the corps, it is always the experiences within our outfit that are shared. I believe leaning into the outfit experience and making that truly the identity of the corps would be huge. Give outfits opportunities to grow together and strengthen that experience. Good leaders, good accountability, and a little difficulty will hold outfits and groups of people together through strong bonds formed. Give outfits the opportunity to share their experiences and give outfits chances to build experiences together. Activities within and outside of the corps. Involve the corps more into the campus life at A&M. Encourage members of the corps to gain more leadership experience outside of the quad within the student body.

Again, the answer may be that less is more. With over forty outfits there may be too many choices, and too many to police in a uniform sort of way. The rather large number of Major Units will further hinder having a "core" set of standards, values, experiences in the Corps.

This question barely makes sense. Two disparities are mentioned: the ones between outfit experiences, and the ones between the corps standards and the outfit "standards". Outfit experiences are supposed to vary. Otherwise they would lose identity and simultaneously, incentive to compete. We can see this issue in some units with no clear outfit identity. I once overheard two butts talking about how their outfit, sq. 3, was functionally the same as sq. 12. With the o Lt difference being the people, and they found that to be demoralizing. However other units, specifically the all-males do this very well. The difference between K-2 and C-2 is striking, but they both have shared corps experiences. The issue with standards can be fixed. Clearly outline the incentives to follow the standards and show why it's important to follow them, and punish those who don't. This goes for all standards. I have seen many corrected about slight issues with their hair or uniform but people who are extremely overweight and can't pass the pt test are allowed to stay. That doesn't make sense and every cadet sees it and feels less inclined to follow any standards if the staff is picking and choosing which standards they'll enforce

We don't have to fix this, Outfit culture is what defines the Corps, and gives us all a unique opportunity to learn and develop. If I didn't want to learn or be led the way I want, I would have joined a different outfit.

You uphold the Corps, and ensure all your subordinates are doing the same. If a individual is holding their unit above the Corps, then that individual needs to be retrained or coached if possible, or removed if it's not. It's up to their superiors to make that call, and live with the consequences. If you are fostering an environment where expectations and desires are clearly communicated and enforced, there's no easier way to say this, the trash will take itself out. You cannot sabotage the Corps, only your role in it. It's not an answer many want to hear, but the organization will always be more important than any individual, group, or unit.

The more important question is what do you do once the call is made to remove an individual or unit from the Corps due to their inability to achieve the standard? You communicate that. The ability to make the right decision is one thing, but making sure others know why that was the right decision and using it as an opportunity to coach and mentor others is far more valuable. Every organization has its failures. The ones that stick around are the ones who address those failures in a way that continues to uphold the organization and its values.

Thank you for the opportunity to share my experience and wisdom. I sincerely hope I have been of some help. Leadership is... difficult in practice, and easy to criticize. Whatever you decide to do, I hope it proves

fruitful. These cadets deserve every opportunity to become true leaders, something that is needed now more than ever.

Not an easy answer. I am not going to pretend to know the answer to this one!

You don't. While the Corps is a venue for ROTC, it is also a leadership training opportunity for mostly non-regs. Units hold up to The Standard or they don't. Continued failure to meet The Standard results in units being disbanded.

For nearly a century, Cadets identify more with their individual units than with the Corps in general. My best friends in the world are my Aggie buddies from the freshman year all the way through the Senior year. We learned together, we played together, we fought together. That cohesion formed life-long bonds in addition to the training.

No, I feel a sense of pride when I go back and I see the Challengers forming up on the Quad.

Can you genuinely say the identity of the corps experience hasn't been diluted as is over the past few years? Especially following Covid, it has felt like that was used as a catalyst for making far reaching changes. At least my experience people take more pride in their outfits because they feel there is still some opportunity to have influence on making a difference compared with the larger corps where more often changes are forced upon the cadets without any conversations.

Each outfit should be allowed to have its own culture. it allows for a unique experience for each individual. Outfit culutre and uniqueness is what makes our corps special

This is no different than barracks in the Army. The Bulls as leaders need to be present amd part of those teams, holding the outfits to a standard.

Stop jock outfits from being all about look at me, and individual pr shirts (outfit shirts and hoodies should be enough anything off uniform should be corps stuff).

Maybe it's a good thing. It's very possible that a majority of people join the corps because they think they've found an outfit that achieves everything they want to achieve in the corps. I think the corps offers a great experience that is only heightened by outfit diversity to better suit the individual. If an individual doesn't like the corps, most likely they simply don't like their outfit, but can't tell the difference. So, to prevent this, maybe fixing outfit recruiting to give a real (not biased) picture of their outfits' cultures to future leaders could solve this. Just food for thought, definitely not a refined idea.

The Corps experience is to have an extremely hard fish year. Not a semi-difficult first semester then immediately forced into SOMS "leadership briefs." That has never been a part of the "Corps experience" and nobody that I know joined the Corps to sit through briefings. I joined the Corps to be pushed to my limits which has made me into the leader I am today. It is sad to see the freshman class stripped of this opportunity in the name of "retention." QUALITY OVER QUANTITY. If someone can't handle getting yelled at because they can't wire a uniform properly, they should not receive their brass.

Start by uncovering what great outfits do right. Capture those processes and procedures. Build out unified Corps training based around the Standards. Bring cadre in early and train on those standards. Create the wanted guardrails and allow Corps to work within.

FOW should extend into first few weeks of school but with the outfits and trained cadre in charge. Allows fish to adjust to class cycle, studying and Corps expectations. It will take dedication from military advisors to be present during that time to ensure cadre only interaction.

Sophomore training during first few weeks to match timing of fish fully integrating in outfit. Define what is expected of them - hold high standards and push fish to chase excellence in all they do. Can be stern without the abuse. Be honest about what the abuse can do. These are adults, treat them as such.

EXHIBIT B-2
Beckcom (J001320-041024)

TAMUX-0392

The outfit traditions should be understood by Trigon. New military advisers should also get a training from the cadets. What's important to that outfit and why, how can MA help, etc. this will help their adjustment also.

The plan shared has merit. Just needs to be vetted with stakeholders and asked all to find common ground.

Use key leaders to reinforce corps standards and values and then integrate with outfit traditions to exceed corps expectations. Have meeting with outfit leadership to set up what outfit culture looks like that reinforces corps standards without killing outfit individuality.

Standardized core principles that every Corps outfit must adhere to and exhibit, with the outfit identity as a second place to core responsibilities.

I covered this in my answer to the first question, but my main concern is the fact that the freshmen will now have incentive to form cliques within the fish Academy, and will have an even harder transition to outfit-life later in the semester because of the friends they have made in the fish Academy.

What disparity exists? Could you provide examples? What is the "identity" that so defines the Corps experience? What is the problem?

See the thing is the individual outfits and their identity makes the corps the corps, because other than that you are basically doing the same thing and there is no difference in which outfit you choose. The court is fine the way it is and if you think it's wrong, you're wrong, yes something can change in a slower way if you automatically force people to change your not gonna make a productive environment you're going to kill the corps. The identity of each outfit is what makes people want to come to a certain place. I've talked to people about it, and there's almost no difference between the corps. If you do it on a fundamental level, the only difference is CT and BQ, and the ROTC and that is the only difference fundamentally. It is the culture of the outfits that makes people want to come and stay it is 17 culture and their legacy children that makes them come and stay it is sixes legacy that makes people want to come and stay. It is E2 Culture that makes it come and stay. What would make us different than a fraternity with these changes what would make us different from West Point, and those other military colleges nothing we are the core of cadets. We are a senior military college of Texas A&M. We have non-reg. We choose the core because of the heritage we were promised we were promised to go into and be apart of.

People pick outfits based on differences

I do not see a big enough disparity between outfit experience and corps experience to justify keeping the fish from their outfits for over a month. Everyone and every outfit is supposed to be held to the same standards outlined in the standard and guidance from staff, so if anybody or an outfit is not upholding these standards and values, the problem seems to come from a lack of accountability directed at those outfits not a faulty system and definitely does not require the need for a restructuring of the whole system. I think that the solution should involve more accountability being enforced from upper-level staff leadership rather than destroy generations of individual outfit traditions. There are two ways to build up the corps identity. One is to promote it and work towards a buy-in from cadets and the other is diminish outfit identity, which I believe is the direction these changes are directing the corps and is completely wrong. Outfit identity is a huge part of what makes us unique and what keeps people engaged in the corps and gives them a purpose and a "why". I understand the desire to want to build up a greater corps identity, but this can definitely be done without sacrificing the tradition and heritage that every outfit holds so dear.

The truth is that even if changes are made, current sophomores and upperclassmen (most not all) say they don't plan to change (all male outfit); fear will prevent others from speaking up with what happens after hours when no adults are around to check in or supervise (we've seen adults around once or twice

and it's when negative stuff went down - hazing); when students get to be fake leaders they will force those they lead to act in a way that goes against the plan when no one is looking. Again some not all. Maybe an anonymous survey should be given to fish to have them ask about how they feel about their current sophomores and juniors since they'll be the juniors and seniors leading next year. Maybe this would help fish be honest instead of fearful of who leads them

Don't think you have all the answers. You don't. Your viewpoint is skewed badly

Outfit identities have strayed into individualistic and xenophobic culture traps. This problem is difficult to approach, because many are so protective of their outfit cultures. I've found that when the corps does activities together, it boosts morale and I personally feel more connected to the rest of the corps. For example, whooping at formation is such a small tradition that we have, but it connects cadets across the quad because we all love good bull. Besides block T practice, Brass, and Commandant Briefs, United Corps activities are few and far in between. Maybe the answer to a toxic outfit culture is exposure to others, which could be achieved through joint training, social events, competitions, etc. with random other outfits across the quad. Whatever it is, the Corps needs to get a little closer with one another and build repertoire, whether we like it or not.

While perceptions are said to be reality, the colloquial is not true. The only way to effectively impact the perception is to communicate communicate communicate the facts that dispute the perception. But the communication cannot be varied, and it must be repetitive, common, and constant.

Start keeping outfits who are obviously lacking physically and grade wise accountable. Allow these outfits to actually pt together throughout the week and form a community that will push them to become the best outfit in the quad, not just in words and slogans. The main problem is discouraging the outfits who are producing good and high speed cadets by threatening the disbandment of their outfit and separating fish into their own dorms, this will effectively destroy the motivation factor that the Corps relies on through the outfits and will create a new norm of complacency and apathy in the corps as they can't be the primary teachers to the fish, rather a conglomerate of juniors who are not in their outfit.

Implementing more corps mpis and commandants inspection

I believe the idea that there should be a singular corps experience is wrong. When I was choosing my outfit, I liked the ability to select and outfit that I perceived to have values that aligned to my own. In my case, I joined a stem focused outfit, and I am really happy with that decision. Other people may chose to join an outfit that aligns closer to their values, and that's ok. As long as all outfits meet the basic requirements expected of cadets, that's ok.

I am a member of the band. I don't see a disparity between my outfit experiences and corps standards and values. Every member of my outfit exceeds the standard in every way: knowledge, uniform, drill, etc. BQs look like real cadets when we walk down the Quad on our way to class and it hasn't been recognized by the commandant as being an accomplishment on the outfit level at all. The band outfits couldn't be more different from eachother in culture yet we all see the importance of the standard. The hallmarks of an Aggie Bandsmen are Dignity, Self-Discipline, and Enduring Pride. These are the reasons freshmen join the band and the reasons why we stay are because every member of the band exemplifies these hallmarks. Some part of the Fightin' Texas Aggie Band experience is making cadets who are far more outstanding than the rest of the corps while being largely tossed to the side by CTs or anyone in charge. For the three years I've been here band outfits have had the General Moore cord. For two out of three the band has had the Hochmuth cord. We are the example that MPI teams use to train new graders. We march perfect drills on Kyle field week after week. CTs make fun of us out of lighthearted jest and few are offended by that. I, however, am offended that the commandant wants to make such big changes to fix problems that the band does not have. Even with March to 3000 the band is exempt from a goal the rest of the corps has because next year we will reach capacity at 400 members and our portion of the mass recruiting will be over. The commandant is producing more disparity by ignoring the one success story in the corps. Instead of causing more problems, look at the band: true keepers of the spirit, guardians of tradition, and true examples of cadet excellence.

Disparity is not the right word. I have no malice to any of my fellow corps members. I have pure love towards my unit, and pure respect to any of the members that went through the corps with me. I wish the corps would spotlight unit traditions so I could learn about every outfit. In 20 years I will find someone from a unit I was not in and I want to remember something about that unit. Getting rid of outfit identity would be stripling away the buy in of the corps. The world works in small groups. We can only handle so much. Jobs and military all have niche small groups that make up the whole.

There should be no issue with this. The perceived disparity is solely based around rumors lack of knowledge and lack of esprit de corps. Corps standards and values should be first and foremost in all cadets minds because it is the CORPS that is the spirit of Aggieland-NOT (close your eyes and pick your unit). If units are threatened by basic Corps standards I can only assume that they either do not meet the standard or they vary so far from it that it is completely subjective. that speaks volumes about their units culture and leadership: they are both weak. The corps experience is after all, what you make it. If the standard is raised and held high, the only units who can have a problem with it would fail to meet the standard anyway.

Just like the real military, some outfits will be better than others for myriad of unquantifiable reasons. The individual outfit experience is quintessential to being a cadet and should NEVER be diluted. It is therefore incumbent that the Trigon, Bulls, and cadet staffs at all levels ensure the outfits maintain standards and values. That is where the true leadership experiences will be gained. Individual oufits should be allowed to continue their own SOPs provided they fall within the Corps standards.

See my lengthy first answer!

When in doubt, look at the example of the Fightin Texas Aggie Band. Each member is in the Band first, then outfit, then section (by instrument). We can argue later if they are in the Band or Corps first!!

Again, don't stick your nose in unless there is an egregious violation of the standard or laws (I.e. hazing, SHARP/Title IX, or extreme MIP/DWI violations involving death or extreme injury). If a unit has a bad little t Tradition I believe you should advise the removal of them. I understand it's a tall order but I believe there is a way to do this.

Move to centralized control, decentralized execution.

When you look back at your Corps career, each individual will have a story. Some are outfit focused, but not all. The culture that exists in an outfit, while somewhat consistent is based more on the names on the doors vs a heritage. Some might disagree, but the reality is that culture is based on who is there now, not who was there 6 years ago or 20 years ago. Set standards for the Corps, get rid of the individuals that are bad apples and protect the Corps of Cadets.

Plan activities between each group to create synergy within and outside the outfits

Make it so that outfits shoot to exceed standards rather than meet them too many people in Comm Staff have told us to just shoot for the standard the problem with this is that people generally fall short of their goals that's why they say to aim high. Additionally the outfits are part of the corps pretending that that aren't will lead to people not feeling as though they belong and get lost in the sea. Outfit culture exists to create a family dynamic that motivates everyone to be better leaders.

The individual outfit experience is what makes A&M different from the academies. Having worked with academy grads, the bond built in the outfit experience builds lifelong bonds to a common outfit.

All leaders whether in the corps or in various schools on campus, the bond of a core group of individuals experiencing different experiences in contract cadet or D&C roles, allows for reflection and growth.

I have personally managed to stay close to my outfit buddies for 30 plus years in both military and business leadership role.

Any program to grow leadership roles without taking this as the key differentiating the A&M Corps experience from other uniformed student bodies in the US.

I like more attention being given to skills needed to learn at different paths along the 4 year experience. In my days, the only leadership training given was as part of the Army ROTC junior year. I personally learned more about leadership in that one year than I ever earned in dorms.

In my mind we need to provide this training. Allow cadets to return to their outfits for evaluation in these roles with feedback given by trained seniors as mentors. Think Army Advanced Camp but seniors are trained to evaluate junior and sophomores in their skills learned and applied. Rotate roles within the outfit for evaluation periods. Is there anything wrong with having three juniors having th first sergeant role in a given year?

We can do this and willing to help in any way.

Mike Munson
1995 Company E-1

I believe outfit experiences are just as vital as the corps experience. As all cadets say the people we meet in FOW and earn our brass with our outfit. Likewise, I believe the corps experience is there to provide structure to the outfits. My suggestion is to leave it the same I believe the corps is not broken. It has prevailed and flourished producing many successful people and it need not change now

The slight differences in each outfit are integral to the corps experience as it gives cadets a sense of belonging. Imagine a normal student coming into Texas A&M and not joining any organizations or clubs. The chance to develop a close community and sense of belonging greatly diminish. One of the largest draws to the corps is having an immediate close group of buddies which outfits provide. The identity of the corps still stands strong, look at everyone out in a uniform day by day across campus. As long as the corps values are upheld in an outfit (which almost all outfits already uphold them) and the 12 competencies are met, having an outfit identity does not subtract from the corps experience, rather it bolsters the experience.

Nothing needs to be changed in regards to the outfit to Corps relationship. Outfits buy in cadets to stay in the Corps. If cadets punch it is mostly because they simply do not belong in the Corps. Also, outfits with high retention rates are the ones with no outfit culture or they have bad leadership. C-2 has only lost 1 fish this year so far and it is not just because of our tradition but rather our deep-rooted brothership culture. There are a lot of outfits that do not have a strong family-like culture due to a lack of identity and poor leadership. Also, stop reinventing the wheel on issues that do not bother cadets like morning formo.

Make the corps more involved with campus activities and orgs. Build a culture of strength and unity that surpasses the individual outfit. Growth through struggle should be the norm across the quad. Most people that I know who punch after fish year cite that the real reason that they are leaving is not because they have an issue with their outfit but because the corps does not offer the challenge that we endured fish year and they feel stagnate and tied down with overbearing policies that restrict leadership, especially with D&C cadets. The corps experience is not unified across the quad. By making it easier, all you are doing is taking away the struggle that we want to experience to make us better. Nothing worth doing is ever easy. As president Kennedy said we chose to be here not because it is easy, but because it is hard. We want to push our limits and find out what we are capable of.

This is hard for a former BQ to answer… but I suppose the overall Corps priority is the selfless service to the university in guaranteeing all traditions, customs, and courtesies are carried out (no matter how bizarre or obsolete) because that is the duty of the Corps to the university. This duty is purpose, and

tradition, and can be an expanded mission set to include all classes of cadets and spur various jobs.

The band had horrible jobs within the major unit that were made prestigious (as only Aggies can do)… jobs like "Instrument Loading Crew." That was a terrible job, but an honor to be part of, and with a leadership chain of command. It was also tradition.

As a BQ, the band performance was my primary mission focus - a direct service to the university. My loyalty was to the band as a major unit first, then my outfit. Most of our cadet training occurred on the drill field every afternoon with the entire band. This would be very similar to major unit cadre training all their fish every morning and afternoon in the fall. This would be very immersive and provide mission, purpose, and jobs to the major units.

My individual outfit training occurred thirty minutes in the morning and thirty minutes in the evening. As a fish, we got snipits of "outfit culture" mostly enjoyed by Butts and Zips.

I see no problem with training fish for an entire semester with sharp cadre from the major units and then sending them to the outfits. They'll have seven semesters to learn "outfit culture."

The Corps may need a "reset" to condition cadets from the bottom up to perform a service to the university first. This is accomplished through the leadership of the major units who utilize manpower provided by the outfits. Standardization is important. Fish unity is important. A challenge is important (physically and mentally). The stressors of the Corps helped me in the Air Force… I could think clearly and make decisions in chaos. The Corps at A&M provided the scripted organized chaos and piled on stressors that strengthened my resolve and ability to prioritize. Even the incessant yelling was a stressor we learned to work through and even tune out.

Reset the Corps by pulling the fish out from the outfits for an entire semester. Train them correctly to proper standardization - blame the outfits for not training the fish and Pissheads properly. Tell the Old Ags to calm down - these are the same people who complain that the cadets are not standardized, look bad in uniform, are not engaged, are not militarily impressive, etc. Make the outfits unified under the umbrella of the major unit. All upperclassmen should be able to correct a fish - there's no reason why the Corps can't take a unified approach to training and standardization. COVID probably really caused some problems.

I'm not familiar with fixed unit culture. B-Battery's culture changed with normal attrition. Outfit culture in the band was driven by the various personalities within the unit… and we really didn't get a full grasp of the culture until we were Butts. Pissheads and fish were focused on grades and Corps training, not culture.

Matt Daniel '93
Head Drum Major
B-Battery
USAF Lt Col (Ret)
Matthew.daniel93@yahoo.com

Diluting the outfit experience is not the answer here. Those first months are critical to demonstrating to young cadets on the value of trust in the leadership of the people they will work with throughout the years of their Corps experience.Deliberate and intentional education and training targeted at outfit upperclassmen in how to train freshmen on the Corps's values is the answer. Think of corporate America organizations…it's the first line supervisors job to educate new employees on the organizations core values so that new employees may embrace them. THEN first line supervisors can have the foundational trust and environment to build their own organizational identity with their new employees.

All the outfits want to say the focus on academics, training, ROTC, ect more than any other outfit. But this is not true every outfit is different because of its history and traditions. We need to encourage and give incentives to the outfits that bring the standard back into a living document. As a fish we just do things

because we are told to with no reason or passion. As we become upperclassmen, we still think the same telling our fish creating an endless cycle. To fix anything we don't change the rules we change the culture. If we can get a corps culture of being redass and an outfit culture that is connected it. The corps experience will improve while keeping the unique outfit cultures.

I loved my outfit experience. My outfit was my family. The corps was my association. I'll admit we pushed boundaries, but overall that made us physically and mentally stronger and smarter in the long run. We thought independently, had pride for what we stood for, and would've given any and everything to help our buddies.

Outfit cultures are not at odds with "corps culture", whatever that even is. For example flight of the great pumpkin is a C-2 event, but loved and attended by the entire corps plus non regs. It is a c2 tradition sure, but it is something that adds to the corps overall.

Myself and all my buddies have said that we would have punched by now if not for our outfit's fantastic culture. No one cares about corps culture, because it has been so overhauled by ideas like this fish academy thing. The main representations of worthwhile tradition is found in the outfits, and most people have loyalty to their outfits over the corps anyway.

Outfits > corps. And outfit culture is NOT at odds with the corps anyway.

Each outfit should have its own identity. Why this focus on "equity"? Who perceives the suggested disparity? Members can change outfits if they like another's identity better.

This is a tough one. I'm old. So was my and my wife's father when we talked about changes over the decades. Having many friends that reached command rank in the military. We've visited about different units each had their own personalities. Some were outstanding in accomplishing combat objectives but caused grief at elevated levels due to their lack of sensitivities to the backlash of practices used. Creating an amalgamation of commonalities isn't how business or the military functions well. We need differences in approach, style, and skill levels. Disparity exists. Leaders learn to use that while minimizing harm or unfavorable outcomes to the disparate factions. I certainly do not see the specific issues being dealt with here. But solving disparities is most often not effective. Good luck. I always remember what a great friend told me as he was stepping down from his company. "They'll fix everything I messed up. Then they'll stay around long enough to mess up for the next guy." Best wishes going forward.

Through deduction if someone is in and outfit they are in the corps. There is a respect that is present but outfit culture takes personal precedence because they have the most facetime with cadets.

The outfits are key to the success of the Corps. They provide a family for the cadets and a leadership lab as well. Yet many times they are robbed of good leaders by job positions outside of the outfit. Though these positions are good for the individual they often prevent the fish from seeing these outstanding leaders and benefitting from contact with them. Corps staff is necessary as are the staffs of the different branches, yet they operate sperately and often opposed to the outfits. We often saw these staffs as the enemy and not our commrades, yet those cadets had once been a part of our ranks. If those staffs stayed more grounded to those they command then these differences would lessen.

There is no disparity between outfit culture and overall Corps culture. Each outfit may have more of a focus on one Corps value than another one but the difference in each outfit is what keeps the Corps experience diverse and unique for every cadet. Diluting the culture of every outfit leads to less motivation to be a better cadet overall because they don't have pride in their outfit to begin with. Additionally it would reduce the buy-in for freshmen because their experience would be less personal if they were to be shoved into a larger group that didn't have different focuses and would be a less intimate buddy class as well.

I'm D-2 '96. My son is a fish in D-2. We have several other legacy outfit members. The plan to homogenize the freshman class would ruin any legacy.

There are always going to be terrible outfits. Disband them if they get out of hand for too long. D-2 nearly got disbanded when I was a fish. We had 25 fish and 17 remained after first semester. 4 of us were

EXHIBIT B-2
Beckcom (J001320-041024)

TAMUX-0898

passing! We won the General Moore award the next year. We stick together like dogs.

Outfit experiences are what makes the Corps unique. My outfit has been around since 1971. We used to be the best. We won GM my pisshead year and got 2nd my zip. We were the BEST outfit on the quad. Times change. But we are still Dogs. My son hasn't earned FIDO yet. If you propose the homogenized Corps, FIDO will go away. So will the hard standards that Dog Company brings to the table for its fish.

How to make the Corps standards? We should tell the fish they are required to say "howdy" starting from fish camp. Into FOW, and lead by example. The Corps sets the standard. We say HOWDY. Simple solution. HOWDY!!!

What makes the corps experience significant is the ability to develop relationships with your buddies. As a non contract seeking cadet myself, the only reason I joined and have stayed in the corps is for my buddies. Doing anything to inhibit the creation of these relationships destroys what makes the corps unique.

First, the Corps commander needs to set the vision for the Corps and those under his or her lead need to implement the vision. Standards are critical. There is nothing wrong with individual outfit experiences but the outfits need to still have standards to meet and the outfit leadership needs to be heald accountable when these standards aren't met. This gives outfit leadership the ability to learn to motivate their outfit without demoralizing their outfits. Every organization is made up of teams of teams. The small teams have to learn to work together to fit into the larger picture. Just like a military unit, healthy competition is good but there has to be the understanding that in the end, both outfits are a part of something greater.

Remove CTAs, give better outfit autonomy, increase cross outfit training. You want more corps experience? Find ways to improve outfit involvement with other outfits. You kill outfits. You kill the corps. That is fundamentally what the corps is built on.

If you remove the outfit identity, you remove the oldest tradition at TAMU.

There are always going to be bad outfits. When grades slip and retention slips in a particular outfit, put the microscope on them. If they continue to suck, then threaten to disband them.

What you can't do is basically disband EVERY outfit and go to some west point basic training system. We are the Aggies. The Aggies are we. We don't do it like them and this is Texas A&M University, not a military academy. The Corps keeps the Spirit of Aggieland around here.

If you remove the outfit identity, you remove the oldest tradition at TAMU.

The Corps of Cadets overarching culture is to set the basic standards that each outfit adds to and creates the true experience that all cadets want, take a look at all males and why they are the best outfits.

Allow more interaction between Corps staff and outfits instead of it being autonomic entities.

You can't, but diversity is what makes the Corps so great. It's why it's known to produce such good leaders, there's variety within them.

You were once a member of this organization. Don't you feel connected to those who were in your outfit after so many years of being away? The outfit is the bedrock of the corps. Yes, getting an education, developing leadership skills and life lessons are very important. But the relationships you form during your time are just as important. that is being an aggie.

Every outfit has their issues. Like I said, many have a cadets vs staff mindset, and in exercising this mindset, they only receive more discipline, driving them to either retaliate or stop caring. Neither is good for outfit development, and neither sets a good example for fish, who don't know what a good leadership model is supposed to look like yet. But again, taking away what can be valuable training time (especially physical) to do, say, SOMS briefs, does not make much of an impact on the way the cadets lead. They don't like being told what to do. They like to learn hands-on, firsthand, and experiment. And that's not all bad. When problems arise, however, it is important that especially fish know they are able to make their own decisions if they are uncomfortable. They are allowed to speak up. In some cases, they will never be satisfied with the training because they simply cannot handle the rigor and didn't know what they were

EXHIBIT B-2
Beckcom (J001320-041024)

TAMUS-0399

getting into. There is nothing wrong with that, but standards should not be lowered, and outfit activities should not be banned, just to meet the lowest common denominator for retention. This is supposed to be a military program with a military training style. It will be hard. It will make you question yourself. It will not make you feel good. It is supposed to test your ability to act under pressure, to suffer with others, and most importantly, to develop as leaders. The corps has great examples of good leadership and of bad leadership. As much as bad leadership can be toxic to an outfit, it is important for cadets to recognize it and want to make that change. It shouldn't be higher's job to keep every outfit accountable for leadership, but outfits should work things out on their own. This isn't to say there are no consequences or people keeping accountability; I believe that should fall on the major unit leadership. Bringing outfits together under the major unit, especially if outfits look up to their MUCs, will have a more impactful result than guidance coming straight from higher itself (everyone is arguing that the current state is not a cadet-led corps).

I am not in a position to answer this as I am an alumni from many years past and am not sufficiently familiar with the current programs. I can only say I believe it is a holistic issue and not one that fragments the historical and existing structure of the corps.

If a large percentage of the corps is joining because, essentially, it is a fraternity or sorority like experience (I.e. they are neither joining the military nor seeking a four year long experiential leadership course), we will never transition away from outfit culture. They can claim they want to be leaders, but they really want to be fraternity president. However, if new cadet recruits ARE looking for a four year experiential leadership, then we should abandon the outfit culture.

It's simple, impart leaders with the values and regulations associated with the corps, and train them to utilize those as a frame of reference akin to commanders intent. Then provide them to tools and formats to standardize processes, then simply oversee. This allows the individual outfits to set and define their training priorities and create long term visions for their units year to year.

Perceived disparity? Who perceives it? This is a loaded question, what metric is there to actually determine this disparity? What specific Corps standards are being ignored? If this is indeed the case, isn't that the job of MU staffs and CTOs? What is the purpose of the chain of command if not to enforce corps policies?

Enforce a minimum standard. Individual outfit cultures should contribute to that standard bringing their unique elements. More supervision (but not direct interference) from the Bulls solves this.

Outfit experience is the Corps experience. The outfits are not a weakness but a strength. Not a single person in an outfit doubts that they are apart of the overall corp, they see themselves as apart of the outfit as their family and the corps as their organization. As I mentioned earlier, the outfit culture is why im still here. After every silver taps or memorial we pray and talk together, our upperclassmen have supported us and suffered with us through the worst of this year, inside and outside of the corps. The traditions and "culture" that they pass down we accept not because its a tradition, or its just something we do, but its because we emulate those we respect and look up to, and thats our family, our outfit. My identity is a cadet in the corp, but more specifically, my identity is found in my buddy class and upperclassmen, who understand what I go through because they've been there through all of it, and in the upperclassmen's case, put their heart and soul into planning and our development. Our outfit has made it abundantly clear that every single aspect of the corp is for the fish, is to lead and guide us. Anytime something has come across wrong or not gone as intended, it is fixed quickly and to the fullest extent, because they are here for us professionally and personally. Im proud of my outfit, my upperclassmen, and my buddies, these are the ones I suffer snd struggle with, the corp is about people, building strength and relationships, and being the spirit of aggieland. You learn those in the outfits, not a classroom. You learn how to develop

and be strong through people close to you who care for you and give you everything, like our upperclassmen. You learn how to love and help others by being in a buddy class that becomes an extension of yourself. Taking away the outfit experience in any one part damages all of the others as well.

I'm sure this may not be 100% popular, but perhaps more popular than removing Freshmen from the outfits. My experience at USMA was that following the Sophomore year, all the cadets moved to new companies/outfits. This enabled meeting new people and developing additional relationships, but also allowed for growth by being able to move beyond perhaps a challenging experience in the first two years, or to enable the new Juniors to more easily come in a NCO-leaders where no-one has any pre-conceived notions about them whether it be the Seniors or the Sophomores. It's kind of like a clean slate opportunity when they really need to perhaps outrun their knuckle-headedness of the first two years and when the Sophomores need someone to hold them the the standard, and not necessarily their drinking buddy. This would perhaps need to remain within the various "ROTC-types" to keep some semblance of the appropriate service culture, but this will also help provide more commonality across the Corps. Are there ever lectures, guest speakers, lessons that are brought in just for a particular class? Where topics are discussed that they all experience that are most relevant to them? And I don't mean bring all the Sophomores in and tell them how they aren't doing a good enough job keeping their rooms clean. But where they are all getting an experience together? Are their any other sort of "class-specific" activities that bind the class to each other and to Corps-wide traditions versus outfit traditions. We had class-level events at USMA (Yearling Winter Weekend, 500th Night, 100th Night) and the plebes had to be able to recount how many days to each of these upcoming events and how many days until we Beat the Hell Outta Navy... That Corps-wide telling by the plebes of an upcoming event that each class would participate in furthered that we were all part of the same thing. I full recognize TAMU and USMA are different and serve different purposes, and trust that you will discern the meaning behind what I'm offering and not as a suggestion that you mirror it be mirrored. I believe outfit traditions are important, to this day 30-yrs later I can remember the motto of one of the USMA companies I WAS NOT in because of how they shouted it. A small thing for sure, but heck, it bound them together - even if the rest of us had to endure it. If leadership positions are standardized, and roles/expectations are standardized, and certain events are made central to both the learning opportunity and the bonding opportunity, and then more people are getting their shot at some of those roles, then you will have a more common-across the quad experience that should meet Corps standards. In the mean time, outfit t-shirts, outfit PT, outfit songs, outfit mascots, etc are all good ways to allow some individual outfit experience as well. - John Horning, COL, US Army

This was an excellent point I found that the commandant made however I believe his reaction was far to extreme as I personally never felt this concern was made clear by him or his staff. The introduction of an idea as radical as Fish Academy feels to the corps like a punishment for not executing a vision we did not know we were expected to execute. To start, I believe that corps culture is synonymous with outfit culture. Outfit culture is to me the predominant factor that makes us different from every single academy and SMC. There is a healthy drive of competition and buy-in that is able to be generated on a small local scale that drives you to want your outfit to be the very best and this begins with the fish as they are the future generation. I believe that the issues in a lack of accountability for the freshman and standards of other outfits begin at disconnect at the minor and major unit levels. There is little to no sense of minor unit pride and while I by no means believe that outfits should have a part in training or imposing there own culture on other units fish, I do believe it would be beneficial for minor units to begin taking responsibility for one another. I by no means suggest that other outfits should pisshead another outfit's fish in a traditional sense however I absolutely suggest on-the-spot corrections and communication between outfits. One way to make this easier would be mass whip-outs at the beginning of the year similar to how outfits do, except to other outfits in the minor unit. Ideally, this will promote a more comfortable attitude towards a unified minor unit while maintaining outfit culture and "sovereignty". This would help a much broader standard and ultimately lead to a more unified corps.

The Corps Experience IS the differences and identities between outfits. Some outfits will excel at certain things based on their identity. Not every outfit can be a cookie cutter copy of the next. Yes, this doesn't result in everyone having that SQ-12 GPA or that K-2 Bloody Cross time, but that's why kids join the corps, so they can take pride in the identity of the outfit they've invested in. Just make sure everyone has the same opportunities, which I think has been the case ever since I was in.

This question implies outfit culture can't coexist with the overarching corps standards. Stop focusing on the March to 3000, we know it's just for the sake of money. Focus on QUALITY not quantity.

The Corps Experience starts with your buddies. Every class I have been able to talk to has said the same thing: "You marry and bury your buddies". Creating a fish dorm eliminates this. Part of the corps that is special is that not only you belong to one of the most unique organizations at the university and in the nation, but within it you belong to a family of cadets that you can trace back to the start of the outfit. An out of state cadet that is the first Aggie in their family can come to the Corps and have a family that is there no matter what. No other organization has that. The can grow from their an join a special unit like FDT, PMC, or RV's and now belong to another unique family. The Corps Experience is your outfit identity. Every outfit says that they are "the best damn outfit anywhere" for a reason. They can compete against other outfits in Corps challenges but gain their best friends with they join together in special units. Killing outfit identity hurts the Corps experience and eliminating the difficulty of special units hurts the pride of being accepted into them.

Embrace the differences. The Corps has a tremendous opportunity because of the unique nature of Texas A&M and the traditions of the Corps as both a Senior ROTC program and an elite University with such a large and diverse student body. Allow outfits to emphasize different things and celebrate them. That will also help with recruiting and retention. For instance, an outfit that emphasizes athletics. An outfit that emphasizes different traditions at Texas A&M that they can take pride in (E-2 obviously does this with Reveille but there are countless others). An outfit that emphasizes community service. An outfit that emphasizes different Corps organizations such as PMC or FDT. Outfits the emphasize physical fitness preparedness like Rudders Rangers. Outfits that emphasize different majors such as Engineering, Business, or Agriculture. The more prospective students feel they have options the more likely they are to join and to be happy with their choice and take pride in their outfit. It also shouldn't be discouraged for outfits that want to remain all male or even have an all female outfit if the students want one.

One thing that surprised me when my son did Spend the Night is the overwhelming majority of kids were staying with a small number of outfits that they requested. The best outfits recruit well and have a reputation that prospective students want to be a part of. I took pride that my old outfit Squadron 17 was one of them and my son stayed with them. Yet the attitude from the staff I visited with seemed to be very negative about it. The obvious answer to me would be to look at what those outfits are doing and see how that can be replicated by other outfits instead of seemingly resenting a successful model.

Of course there should also be objective standards that all are expected to follow and Corps wide goals. Academics. Retention. Military bearing and inspections. Discipline. Those should be universal and expectations should be met. They should be the goals that every outfit strives for and is evaluated by. The more objective the better. Measure to those standards and make sure that the leaders of the outfits know what they need to do to be considered successful and what isn't satisfactory. Hold them accountable to those standards and if they aren't met attempt to support and assist them in doing so and when necessary make changes.

Survey Corps members about what they care most about the Corps and why they joined. Try to gather information from those who would be excellent candidates but didn't choose to join, for instance any students that spent the night but didn't convert. Know what students care about both for why they joined and why they stay or why they didn't. That's how you grow the Corps. That's how you build motivated cadets and help with retention.

I'm Class of '93 and was and was D&C (I considered a contract but ultimately didn't take one, as an aside I likely would have gone Reserves or National Guard had those options been more emphasized). My Father was a Yell Leader in the Class of '58 and served 28 years in the Air Force. I have 2 sons. One did Spend the Night but ended up going to Galveston and is studying Maritime Transportation there in the Maritime Academy where he has a Leadership position. My other son is a Junior who is an exceptional student and is in excellent shape who plans to attend A&M and study Engineering but at this point based on what he has seen with some of my other Corps buddies kids (3 of which had sons in the Corps) he

EXHIBIT B-2
Beckcom (J001320-041024)

has little to no interest now. I've donated to the CCA and my Dad donated incredible amounts of time and money to the Corps throughout his life.

I only say this as someone who has a lot of different perspectives and I care. I know that any decisions made will be criticized and make some unhappy. Change is part of the process. I'm happy to speak about it or to connect you with my 3 buddies who have all had varying experiences with their sons.

Gig'em,
Rob Lowe '93
roblowe93@hotmail.com

I touched on this in the first question. I'm not sure what the current regulations are regarding the freshmen. But, I can assure you that the individual outfits think they are too soft. The Corps is meant to be hard. You should expect kids to punch. Not everyone can handle the rigors and that's ok. But that is what makes the experience valuable. I have a son that wants to enter the Corps next year. He wants it to be hard! He will be a great cadet. My biggest fear for him is 4 years of distrust with leadership outside his outfit.

My suggestion is the Trigon re-analyze their current regulations on freshmen. It should be a difficult year! PT is not bad. Freshmen can be yelled at and made to push. And they can do that and still make their grades. The outfits will respect a Trigon that has their back.

Educate parents and incoming freshmen about what they can expect. They are going to be yelled at, punished and broken down. Parents and cadets should know that when they look left and right during FOW, chances are that cadet won't be there.

How do you do this and get to your goal of 3,000? Recruit the right kids. The CCA's database of former cadets needs to include "children" and their ages. The CCA can then focus efforts on the children of former cadets when they are high school juniors/seniors.

What outfits are successful in recruiting? Why are they successful? Use those outfits as a guide.

This whole issue with cadets not saying the corps hump it is just the fact that I can't hear when it happens. Maybe have it start as soon as the canon goes off. Spirit of 02 fires and then everyone starts shouting the corps hump it sounds very motivational to me. I think the idea of having a group FOW isn't a bad idea. It would standardize training and make sure that all cadets are taught proper standards instead of just the units that deem the standards important. It would also be cool to have more opportunities to compete against other SMCs in ways that we can see. Healthy competition between outfits and pride for those outfits isn't a bad thing though. It pushes cadets to compete with one another and get better. I know for a fact that if I'm in a bad situation and I yell "old army fight" it doesn't matter what outfit I'm in, anyone in the corps around me will have my back.

the answer here is simple, accountability. If you hold individual outfits, and cadets to the same level of accountability you will create a shared experience that is not diluted by disparities between outfits

Once again, open discussion. Some outfits may cling tightly to traditions and ways of training that are either unproductive or counterproductive to leadership and personal development, but not everyone does!! Fish have upperclassmen to hold them accountable for mistakes (which are minor at this stage), but upperclassmen need to hold themselves accountable for far greater responsibilities. This will be accomplished by connecting whitebelts across the Quad and encouraging open discussion about training styles and outfit culture that others can then comment on and provide suggestions for improvement. When applied to our current training style, this will greatly improve freshman experience.

In combination with my first reply, I also believe we need to offer more development for our D&C folks. As a retired Army officer I fully embrace and have personally benefitted from the Corps' excellent ROTC programs and the immersive military environment of the Corps. But rather than allow our D&C folks to just "be along for the ride" maybe we should consider a non-military leadership and staff position on the Commandant's staff who shepherds the flock of D&C cadets, leads initiatives focused on their development, and advises the Commandant and key stakeholders on this significant population of

cadets. I view it as a General Officer / SES type relationship. I'd have a lot to flush out with this recommendation but this is a starting point for the discussion. Please let me know if you'd like to discuss further. -Jason Blevins

Accept that most cadets are not in the Corps for the Corps, their top priority will always be their buddies and their outfit. The Corps experience is defined at the outfit level, not the Corps level. The Corps provides a framework and guidance structure for the outfits, it's cannot exceed that role, or else resentment will follow. No former student looks back on their time and chooses an activity that involves the entire Corps as their favorite memory, those memories are always with buddies and with outfits, and those memories are what keep people in the Corps and keep children and grandchildren of cadets coming in

By having the corps staff be the people to monitor and oversee the behavior of the outfits. Not the CTOs. The more involved CTOs and the Comm staff are in desision making and monitoring, the less the corps is a cadet lead organization.

What perceived disparity? Nothing has been presented that shows an actual disparity. If there is any factual disparity, it would be a lack of discipline and leadership coming from the Trigon. Everything that I have seen or read has been a knee jerk over reaction. It is over the top, and fundamentally destroys the Corps.

The individual outfit experience, IS the basis for the Corps experience. It is the focus. It is the everyday. It is the three-meter area of control.

What was stated by Gen Patrick Michaelis on the two posts he made on the You know you were in the Corps at A&M when... Facebook page, will without a doubt do exactly what you are trying to prevent.

Let a Cadet that comes into a certain outfit change to another without question. Usually they have already done their homework on why they want to change. If this keeps their mental health in check and they do not punch it is a win. This idea of separating the Fish is ridiculous. My Fish is furious with this idea.

I believe there is no systemic and problematic disparity between individual outfit experiences and corps standards and values. As a cadet I am told by my outfit everyday to exceed the standard in my actions, represent the corps and the outfit well, and stay true to the values of the university and our organization. Outfits acting in such a way that disregards the standard and the corps is very rare in comparison to how much larger our organization is compared to others. There will always be those who divulge from the standard and act in a way contrary to our value this is of course unfortunate. However changing how an organization operates on a whole rather than disciplining individuals involved and identifying the steps that allowed those individuals to deviate sop thoroughly from our organization.

In the Fall of 1974, almost 50 years ago, I arrived as an incoming fish in the Corps. My outfit experience is the main reason I am still passionate about the Corps and want to see it continue to evolve and remain relevant as a training ground for future leaders. For many, the outfit is where lifelong friends are made, maturity develops and life-lessons are learned. Attempting to "reconcile the perceived disparity" should not be a goal in my opinion.

The Corps standards and values can be exhibited in a variety of ways. Different outfits have historically found ways to do so effectively or they have been disbanded, with members assimilated into other outfits. The perception of disparity has ebbed and flowed over the years and will continue to do so because the Corps is a dynamic organization. If that ever ceases, I suspect that the Corps will die a slow death.

Commandant - Thank you for your good intentions, your continued efforts and for taking time to listen to an old Ag that learned many things from upperclassmen with little formal leadership training, who often got it wrong, but didn't quit!

Please see answer #1. Accountability at unit/outfit level. If not performing get disbanded and dispersed to other more successful outfits. ( maybe bottom 5or10% of get automatically disbanded each year?).

EXHIBIT B-2
Beckcom (J001320-041024)

TAMUS 02804

Accountability at the Unit level as well as individual level. The Cadets know the standard going into each year and know the expectations and consequences.

Set clear left and right limits and allow BDE commanders to do the same. I was the L-1 CO Class of '22 and the 1st BDE Commander always set clear goals and left and right limits for us. Armed with that information I knew exactly what/when/where/how my outfit could plan and execute training. The best part of that was that the training we planned and executed had our personal outfit spin on it which made it feel genuine and truly ours, which helped to increase buy-in overall. If you and the CTOs and the Hollingsworth center can create very broad and clear left and right limits and then allow BDE commanders to interpret that and pass it down the line each outfit will know what they have to work with and cannot get mad when they step out of line for potentially going too far on one side or the other. It all comes down to clear communication and you as Commandant trusting your cadet leadership. The Corps is cadet-run and should always stay that way, but it would help leadership out if they had clear guidelines to follow. Also, something that could help would be more Corps-wide competitions, something similar to Bloody Cross but not necessarily always something physical because certain outfits excel in different areas. Maybe holding monthly or quarterly big Corps-wide competitions would help to make people buy-in and be proud to represent their outfit and the Corps overall.

A lot of big words there but don't worry I got an answer. People in outfits aren't more outfit centric than corps centric because that's just the way things are. They are like that because of you. The Corps stack represents to cadets a commandant staff that is looking to inhibit their experience and the rest of cadets experience while here at Texas A&M. And when you put out something like this I can understand why! They see a corps staff that seem to be puppets of CTO's. Same thing with MUC's. They see bulls that are itching to see you screw up so they can pounce. That's what the Corps Stack represents to most cadets. But it doesn't have to represent that. There can be a united Corps that doesn't just unite when bad decisions come down from comm staff. If you really want cadets to live up to Corps Standards and values, allow them to lead and actively participate in this experience without them having to look over their shoulders at a bull waiting for them to screw up. Discipline and Mentor when necessary, absolutely. But don't walk onto the Quad and act like your responsibility is to fix all these broken individuals or a broken system. Your job is to give these young men and women an environment to fix themselves. There was a time when one of the most popular shirts on campus was "Rent a Friend, Join a Frat" with a Corps stack on it. If you want people to have pride in that stack again and not just their outfit logo, allow that Corps Stack to be theirs, not yours.

You don't. The outfit experience IS the Corps experience. A-Co is not B-Co, nor should it be.
If you want to increase unity amongst the Corps, and particularly participation in the Corps hump-it, actually do the hump it more than once or twice a year. We all memorized it because it was a campo, but we never actually did it. When we would, no one knew the cadence or tempo for it. Figure that out, practice it during FOW, and then do it before each march in and before any Corps trip and March to the Brazos.

maybe it's time to consider retirement away from the Quad.

Hold cadets to standards, hold outfits to standards. Instill the Corps values and standards within the outfits. Embrace the mantra of lead, follow, or out of the way. Make standards actually count. ONE PT test for the Corps with ONE standard of measurement, age, sex, ableness should not matter. Either one can do the job or one can't, a buddy who can't get another back isn't a buddy, but a liability.

First, throw out the bad ones. Should all-male units still be around? We have seen units do better with females and males so why are there still all-male units (there aren't any all-female units...)? PT is not everything but it seems to be a big reason all-male units are still around. In my unit, PT is for the middle 80%. Those who want to go harder go to the gym or do STS or something more challenging for them. So, first, fix some outfit's culture. Second, do not allow different standards for different outfits. Some examples are burnt windshields, backward brass, unique spearheads on guidons, different ranks for guidon bearers, allowing females to wear earrings in PT and Charlies, female fish buns, allowing blackbelts to cross the elephant ears, and not allowing fish (or certain cadets) to say certain words). Outfit culture is a lot harder to change than simple changes to the Standard. Yet, I think a "crack-down" on

those small changes to the Standard would help. Another thing is that everyone learns differently and we all need different things. Some would like community service while others want perfect marching. That's the great thing about the Corps. You get a unique but relatable experience. One more thing, I have seen the older cadets are wiser and have great feedback. My Ol' Lady last year was 3 years older than me and she was amazing. Cadets from D-Co also have great advice. There should be more ways we can interact with them and learn from them.

Addressing the perceived disparity between individual outfit experiences and overarching Corps standards and values, while preserving the unique identity that defines the Corps experience, requires a nuanced approach. By introducing more layers between command staff and outfits, we can create a structure that facilitates better communication, oversight, and alignment with Corps-wide objectives, without compromising the distinctiveness of individual outfits. Here's how this can be achieved:

**1. Intermediate Leadership Bodies:** Establish intermediate leadership bodies or councils that serve as liaisons between the command staff and the individual outfits. These bodies would be composed of representatives from various outfits and command staff members, ensuring that there is a direct line of communication and feedback between the two. This structure allows for the concerns and suggestions of individual outfits to be heard and addressed, promoting a sense of inclusion and participation across the Corps.

**2. Standardization and Customization Balance:** Implement a framework that outlines core standards and values all outfits must adhere to, ensuring a unified Corps identity. However, within this framework, allow for customization where outfits can infuse their unique traditions and practices. This balance ensures that while the Corps operates cohesively under shared standards, the individuality of each outfit is not only preserved but celebrated.

**3. Leadership Development Programs:** Introduce specialized leadership development programs that focus on equipping leaders at all levels with the skills to navigate the challenges of maintaining Corps standards while fostering outfit identity. These programs can include workshops, mentorship opportunities, and scenario-based training that prepare leaders to effectively manage the dynamics of their specific outfits within the broader context of the Corps.

**4. Enhanced Oversight Mechanisms:** With additional layers between command staff and outfits, implement enhanced oversight mechanisms to ensure that all outfits are aligned with Corps standards and values. This could involve regular assessments, feedback sessions, and reporting systems that allow for continuous monitoring and support. However, these mechanisms should be designed to empower outfits rather than impose unnecessary control, encouraging self-regulation and accountability.

**5. Cross-Outfit Collaboration Initiatives:** Encourage initiatives that promote collaboration and interaction among different outfits. These could take the form of joint training exercises, community service projects, or leadership retreats. Such initiatives help to bridge the gap between individual outfit experiences and the overarching Corps identity, fostering a sense of unity and shared purpose.

**6. Transparent Communication Channels:** Ensure that communication channels between command staff, intermediate bodies, and outfits are open, transparent, and efficient. Regular updates, town hall meetings, and feedback sessions can help maintain a clear understanding of Corps objectives, standards, and the value of outfit identities within this larger framework.

By introducing more layers between command staff and outfits, we can create a more supportive and responsive structure that addresses the disparity between individual outfit experiences and Corps-wide standards. This approach not only reinforces the shared values and objectives of the Corps but also ensures that the unique identity and traditions of each outfit are preserved and respected, enriching the overall Corps experience.

You know when I was a fish, I had to high port the "fish guidon" back from the Brazos river. It was 7 miles and the "fish guidon" was a 6 inch wide, 8 foot tall tree trunk.

You know what? I made it back. This was the hardest thing I have ever done in my life and now I am 50 FIFTY. It changed my life forever.

There is no way this would be permitted these days for for God's sake, LEAVE THE CADETS TO DO PT. You are making a very WEAK CORPS.

My son (a current fish) says it's too easy. He was a high school wrestler. I put him in the Corps to make him even stronger, tougher and a better leader. If it's not going to be a PT challenge, and he's D&C, why would he do this AT ALL!!!!!??????? STOP with your RESTRICTIONS!!! My son needs to be crapped out!!!

I believe input shouldn't just come from the highest up people. There should be a system in such a way that the leaders such as CO's act as representatives for their whole outfit as opposed to just their opinions. It is the responsibility of the leaders on a smaller scale to bring the whole opinion, not just their own, to the leaders on a larger scale and the smaller scale leaders need to be made aware of how important they are. Without this, the majority of people that are lower on the chain of command are all of the sudden surprised when a decision was made that they don't like

"perceived disparity between the individual outfit experiences" - What is this? Perceived by who, what disparity, do people not like their outfit? If you do not like something be the catalyst of change within the outfit. There were things that our Zip class changed and I am certain that the Butts under us made changes when they were leaders.

Please define the Corps standards and values that are not being upheld. It goes back to accountability, if outfits are not meeting the standard, then address the problem at that level. If the Corps is not meeting the standards, then first examine the standard (is it relevant), then examine the leadership at the highest level.

Pretty much how it works in the corporate world - when an individual does not meet their goal - it goes on their evaluation and they are coached or eliminated. If the organization is not meeting the goals of the shareholders, then the CEO is coached and often eliminated.

Is there a problem here? More context is needed.

Let the outfits have their own identity and if they are hazing beyond PT, then punish them. YOU ARE RUINING THE CORPS. LET THE FISH PUSH AND LET THE RV'S RUN. FOR God's sake man, what are you DOING?????

The individual corps outfit experience is the what makes the corps so unique and honestly is one of my favorites. As a former CO, it was amazing to build an outfit culture that made us seemed different and not just like anyone else. I believe making members in the corps feel unique is a great thing. I understand the flip of the coin where if it goes too far, it can be a deterrent to the unity of the corps. I believe by analyzing the outfit cultures and identifying those cultures that can be dedicated to specific corps wide goals can help create a greater sense of achievement. So make the overall corps wide goals tailored to outfits around the quad that best suits their cultures. I think that would increase buy into not all the outfit culture but also into the corps identity. Another consideration, make FOW longer and more standardized. Select representatives from all around the corps and have them teach then they can go to specialized outfits. Kinda like a boot camp where everyone learns the same but do it in the summer and not during the regular year. I think by doing that, you can produce a more united corps but also help develop a sense of uniqueness

The purpose of each outfit at its very core is to follow the Corps mission statement: To develop well-educated leaders of character prepared for the global leadership challenges of the future. We can reconcile the perceived disparity between outfit experiences and overarching Corps standards and values by reinforcing good leadership. Current leadership involves staff and higher deciding who will be the next CO, 1SG, etc. without seeking input from cadets in their outfit. This results in leaders being chosen who can present themselves well at interview but be completely incompetent or lack the character and core

EXHIBIT B-2
Beckcom (J001320-041024)

TAMU 02837

values to lead their unit to success. By seeking cadet input through a survey or form for every leadership position, we can align ourselves closer to a cadet-led Corps and achieve success.

The purpose of each outfit at its very core is to follow the Corps mission statement: To develop well-educated leaders of character prepared for the global leadership challenges of the future. We can reconcile the perceived disparity between outfit experiences and overarching Corps standards and values by reinforcing good leadership. Current leadership involves staff and higher deciding who will be the next CO, 1SG, etc. without seeking input from cadets in their outfit. This results in leaders being chosen who can present themselves well at interview but be completely incompetent or lack the character and core values to lead their unit to success. By seeking cadet input through a survey or form for every leadership position, we can align ourselves closer to a cadet-led Corps and achieve success. NOTE: Company A-2 has been blessed with good leadership. I am speaking of other outfits where this has not been the case.

Recruiting needs to be equitable. In the early 2000s my phone push list was not the same as the legacy outfits or all male outfits.

"Percieved" being the key word. Every outfit has their different experiences, that is what makes the Corps unique compared to other academies. Because you are trying to make it an equal experience for everybody, you are taking the fun out of the Corps of Cadets and the challenge I personally came here for. Those who seek a challenge seek outfits that will actually challenge them. Therefore, you should let outfits push their freshman during formation, allow them to do smokers more frequently, and allow them to teach their fish mental resiliency. By you limiting outfit activities and by having a commandant's brief on Monday mornings, you are doing the exact opposite. Instead, let cadets be challenged, let them learn and be taught that fish year is far from easy. If other outfits don't wish to smoke their fish? Fine! That's their decision, because the people in that outfit did not come to the Corps for a challenge.

You are trying to make everything the same for retention purposes. No! Like I said earlier, retention and motivational programs that remind cadets the Corps is supposed to be challenging would increase retention as a whole! Those who simply don't care? Let them punch, because they are the ones that aren't willing and aren't capable of upholding the standard. They are also the ones that do not seek a challenge, like many other cadets do. As a reminder, prospects are interested in the outfit, not the Corps as a whole. It's quite baffling to see that prospects come in for a challenge and instead are being softened up, being told they "are doing something hard" when in fact they are not. I know for a fact when I came in as a fish in an all-male, I was seeking the challenge. Now, every day I am more and more disappointed because I do not get what I came here for. And now, you're trying to make it even softer, for retention purposes. Please, I cannot say it enough, please allow outfits to make it harder on their fish. It's not "student-lead", as you call it, if some outfits are limited to what they can do. The Corps is getting softer and softer, and is not the challenge I thought I signed up for.

Outfit pride and culture is a big deal and should be celebrated. Healthy competition should be embraced to its fullest. Every outfit is not going to be a carbon copy of another (how boring). There is too much history and tradition (The Band vs C-2 and Flight of the Great Pumpkin come to mind as an example). This is why we have outfit level awards at the end of the year! You don't join the Corps for a participation trophy. Consistent 360 evaluations between classes in outfits should produce real data. Comparative analysis can be performed to determine disparities (if they are really there). Decisions should never be based on perception, that is a recipe for disaster. I've heard rumors that some are thinking that all Fish are somehow not fully affiliated with an outfit. I think that is also a disaster waiting to happen. Fish will have an affinity for an outfit based on many factors. My father was a Naval officer when I attended so I naturally found a welcoming place in the Regiment. It would be better served for incoming Freshmen to be polled/surveyed on affinities and help place them into an appropriate outfit.

Thank you for providing an opportunity to give feedback. I loved my Corps experience and use lessons learned all the time. I look forward to continuing to see a strong Corps of Cadets and the fostering of new leaders in our society.

Maintain true free time for cadets. Free time that is regularly interrupted by upperclassman barging in dorms is another form of intimidation. Reward outfits with higher retention rates. Post actual retention rate publicly for every outfit so that cadets are better informed of the outfit they are selecting. Outfit culture should not vary so significantly from Corps culture. Outfit culture forces cadets to urinate in their dorm sinks rather than leave the dorm and pass an upperclassman in the hall. Is that Corps leadership?

The cadet-led corps didn't have this problem. The outfits ARE different, thank goodness! Some are athletic-focused, academic-focused, service-focused,...thank goodness! What unifies them are things that have been taken away: greeting outside the outfit, formation, PT,...The routine of the Corps should be similar for all of them. But outfits need to be able to have their own identity. Healthy competition between them (as long as it's not nasty) is healthy and should be encouraged.

I would like to see the differences between the outfits better described on the Corps website and in recruiting. If an engineering major who wants to do well academically but isn't extraordinarily fit (and doesn't care to be), he should be able to eliminate the outfits where athletics is a focus without doing Spend the Night with all the outfits. The Corps can serve more students if the outfits are different, as long as the main parts are the same.

I really liked the reasoning in your FB proposal to the Old Ags. The current recruiting process is truly nothing other than a shot in the dark. My cadet really tried to get to know the different outfits based on their social media posts, but it is too heavily dependent on the skills of whomever is posting and they do not know the culture of the group they are selecting.

I think the idea of a fish Brigade and a Sophomore Leadership academy is excellent. I loved the idea of the fish getting to know the different outfits and their cultures in advance of their selection. In addition, I think it's also important for an adult to get to know the cadets and know the culture of the outfits and place cadets based on a multitude of factors. I believe many fish may push, simply because they are not a fit for the culture of their outfit and truly, they cannot switch outfits without the shame and ridicule from their former buddies.

I read your concern about moving the fish, mid year and I truly think you could have the outfit selection be during the 2nd semester and the fish remain in the fish brigade all year.

My father was a DNC, D-2 Spider, Class of 1966. His outfit was disbanded twice, and I'm sure it was for good reason based on the stories I've heard. I am a member of Corps Mom's, Quad Mom's, Fish Mom's and Aggie Corps Parents and can share that many of our fish have had drastically different experiences based on the outfit they are in.

We need to be raising gentleman who are leaders with integrity and confidence and unfortunately, that is not the culture all cadets are experiencing.

There can be a new process to where all of the upperclassman are good bulling with the fish during their first semester. Once they are placed with their individual outfits, then we can initiate a time where we keep them to the standards that are required for our individual outfits while also maintaining their general corps standards and connections.

You don't. By putting the fish separate and not in outfits, you don't. It's diluted by 85%. Not to mention fdt, band, and rudders will ALL suffer immensely.

Fish do need protection from the ongoing hazing. But to separate them fully is going to cause more issues within the corps. Like it is currently., but with more oversight and accountability. Possibly increase an ethics and morals position within each outfit for members to confide in and provide feedback or action items. This would be better than the change that has gone out.

I do not believe that there is a "perceived disparity" between outfit experiences and the Corps standards and values. I believe that outfit experiences, or outfit culture, ARE the Corps and thus comprise its standards and values. I said before that I would outline how outfits should function with staff, and I shall explain more here. Corps Staff has come to believe through some misguided interpretation of their role that they are meant to personal lead the Corps into a unified vision of what they think it should be, that the Corps Commander's job is to standardize the experience and create a system similar to the military academies, where every freshmen receives the same experience. I believe that this is foolish, because a system that is entirely the same becomes stagnant. I believe in innovation and diversity, both things that create a system where by which information can be shared across outfits about what works best and what doesn't. I believe that outfits should communicate regularly, but this does not mean that they should be the same. I believe in a system of Darwinian evolution, by which outfits with poor retention and recruitment fail, and outfits that succeed thrive and continue in their success. I believe in a future that is ruled not by the whims of Corps and Comm staff that directs the Corps without cadet input or vote. I believe in a future that is designed and directed by regular cadets, where every member of the Corps can feel that their voice matters and that they are contributing to the direction in which this organization is headed. This is not this Corps that we have right now, but it needs to be if we are to survive as an organization that is run by and for cadets.

Disband the corps block at football games

A reason why cadets often have the attitude of "I love my outfit and hate the Corps" is because of bureaucracy and low standards often ignored for retention. This often starts right from FOW. Corps leadership control of FOW is something cadets do not like. FOW comes with many restrictions that cadets on cadre believe impedes on their training. Not allowing training outside after 1000, having PT that does not reflect what outfit PT consists of, having fish in corps-wide briefs for much of the training days, and limiting cadre members to 7 upperclassmen when there is no shortage of highly qualified cadets who are willing to sacrifice a week of their summer to train freshmen. As cadets, we don't have malicious intent or ill will toward freshmen, we do truly want to develop them into strong and high quality people who know how to manage adversity. Upperclassmen in most outfits have a very diverse portfolio of experiences since coming to A&M and life in general and we all want to impart that wisdom on our freshmen to help them succeed in their studies, social lives, their involvement in organizations, and their plans for after college be it graduate or professional school, the private sector, or the military. Cadets want to be able to train freshmen because they want to build genuine relationships with them and continue the fraternal aspect of the Corps. The bureaucracy in leadership selection and FOW strains this. Cadets often believe that their outfits train to a higher standard than the Corps at large which is something to take pride in, creating a disparity between Corps-wide training events and outfit training. Allowing more training opportunities along with decentralizing leadership to allow the outfit commanders to make the best decisions for their people and creating less bureaucracy in the Corps of Cadets will make the Corps of Cadets a more positive place and truly exemplify the Corps experience.

normally I'd just say FIDO, but not in this case. We will fight this one till the end and you won't get your way.

During my senior year of high school I had a zoom meeting with every single army outfit on the quad. I made it my goal to find the perfect outfit. What I found instead is that every outfit had its own benefits. I found A2 attracted totally different future leaders than D2 yet they both attract people to the corps. This sense of outfit community attracts people to the corps. One of the main reason second-generation cadets come back is because they have seen the power of the outfit. There is something so special about showing up to FOW and being assigned your family. From the buddies to the cadre everyone is there for that outfit. This culture does not degrade the corps culture however it adds to it. Being able to make a smaller, closer group your family helps people buy in. It helps them feel that they are home. Once fish are past FOW all echelons of their units should encourage them to participate in both special units and organizations off of the quad. This will help them meet other cadets and begin to help them buy into the corps culture AND the university culture at large.

In terms of pure standards corps wide the results of inspections and physical fitness tests should result in remedial training. However, these inspections (namely the Office of the Commandant inspections) should be more standardized. Currently, if you get some advisors you are liable to be degraded and treated as less than human while other advisors show you they care. I think this point also applies to almost all interactions with advisors which has put traditions such as whipping out at risk because you are liable to be lectured even if you are doing it outside and in a non-distracting manner.

In conclusion, outfit cultures are what make the corps culture. Each outfit is a puzzle piece that helps people buy in and contribute to the corps culture overall. With more participation in special units and general student organizations, we can strengthen corps culture. This encouragement on special units paired with remedial training based on inspection results will pull the corps up and help us come together.

How do we reconcile the perceived disparity between the individual outfit experiences and overarching Corps standards and values, without diluting the identity that so defines the Corps experience?

I believe the disparity is the result of second and third order effects of prior changes implemented primarily to preserve the academic day and reduce "Corps Games" impact of freshman. By removing these elements of the fish experience, we have insulated fish into their outfits and allowed them to exist with little input from surrounding upper classmen.

I don't necessarily think those changes were all bad but when done without consideration for other impacts they resulted in fish who don't have to run down the quad, thus not meeting upper classmen outside their outfit. Fish no longer speak to upperclassmen on all floors when going through their own dorms. Again, reducing their chance to meet other cadets outside of their outfit. Fish pranks, aka details from Mr. Claus, don't happen anymore. As a fish these allowed me and my buddies to meet and eventually drop handles with most of the upperclassmen in our dorm. We were invited to outfit parties because of pulling off particularly daring pranks. Through this we got to know the other outfits. I don't get the impression from talking to current cadets that this happens anymore.

To build Esprit de Corps everyone must feel they are held to the same standard. When people feel they are living up to the standards, or the perceived standards, and others are allowed to slack they become disillusioned.

Build opportunities for cadets to interact with other outfits through competitive events. Ideally these would be conceived of and executed by the cadets, but it might take some guidance to get that process started.

As a recent former student '22, the major issue you face is apathy.

Unfortunately, I believe this apathy has been self-inflicted by Comm Staff; the result of an inadequate amount of adversity that cadets and 1st semester fish experience. Has Comm Staff mistaken adversity as a reason for poor retention? If so, why does retention seemingly get worse each year, even with the myriad of changes made to the Corps?

EXHIBIT B-2
Beckcom (J001320-041024)

TAMU-0235

I found my first semester incredibly challenging. It was physically and mentally draining. Yet, overcoming and earning my Brass with my buddy class made it meaningful. This was reflected on the daily level, when my buddies and I would overcome whatever smoke session, rack drills, or afternoon training our upperclassmen could throw at us. Those small wins kept me going, and most importantly they taught me valuable lessons that I thank God for learning now as an officer in the USAF.

Now I understand that continuing traditions merely because its always been how we do things is misguided. However, there can be great logic and reasoning behind those traditions. You killed Rack Drills, but they taught me how to work with peers, communicate, and survive intense situations. You killed Fallout Holes, but they where I formed incredible bonds with buddies and learned to mentally prepare for difficult situations. You don't believe PT should just be smoke sessions, but I truly learned who I am and that all things end when my class would be smoked. These are such incredible lessons I am so fortunate to have experienced, that I am much better off with.

When these traditions and aspects of the Corps were removed, we began to lose meaning in the Corps. At a point it becomes more of a professional development organization than a military leadership organization. Could I not get the same experience being in toast masters or another student club? Just do what the Corps does best!

Give cadets meaning again, and I believe that you will be truly impressed. You can already see this in how certain outfits that are known for being more difficult often wear the uniform better and follow the standard better (i.e. SQ-17).

Cadet leadership must be heard. The Corps, from a cadet perspective, appears to make a lot of dumb decisions, and once the decisions are made, we cannot change it no matter how much our voices raise.

It is very apparent to many of us that our upper-level cadet leadership is not brutally honest with those employed for the Corps. Our ideas are squashed, our training is hindered, and our voices drown in the silence of indifference.

By listening to cadets, allowing us to take charge, and trusting us with training that pushes the limits of our people, we will regain pride in the Corps. We care about outfits much more than the Corps because outfits are a family, and we feel like our family is under attack. I WANT to have pride in the Corps, but decisions like this make it hard to.

If I need to expand more upon these responses, I'd be more than happy to talk in person. I would love to, in fact. I truly hope this helps.

There has always been unit experience disparity. Ones experience in a Pre-Med outfit vs an Ag outfit is going to be different. Certainly make sure all in leadership, from Sophomores on up, understand the Corps standards and values, but accept different outfit cultures as the norm.

I believe this is created out of thin air and takes away the value of what is happening at the outfit level. I would seriously consider where I am hearing such discrimination against outfits from and be hesitant to assume such things. If this is from people within genuine outfits? Or if this is from people no longer in outfits or no longer/never were members of the Corps? My outfit has not only set the corps standard but as an outfit culture there is an expectation that we exceed and hold ourselves to a higher standard then that expected of us. It's what has made my outfit so successful as leaders and as men and women in life. Without outfit culture you cannot have Corps culture. Our individuality it is what allows us to unite as one Corps. We are all together different but the beauty of it is we serve the same purpose to better cadets for the future.

Different units and cultures exist for a reason. An organization this large will not be unanimous in its people's individual ambitions, goals, or personalities. The ability to invest into a unit that suits one's

personality and goals is what lends itself to be part of a large and successful organization. Competition between the units is also very healthy, just like siblings in a family. Requiring the same standards be met from every person in an organization is also a good and reasonable thing, but even higher standards within individual outfits doesn't work against the organization. It helps it, in fact. Having events and special units for people across the quad to meet and form relationships creates a more cohesive corps, though people can't be expected to know everyone due to sheer volume of people. If commanders have more responsibility over their people, then standards will also fall onto them to meet and exceed. Outfit experiences are the heartbeat of the Corps experience and values.

This is the biggest and most important question. Corps identity is important, as is that of the individual outfits. Rather than just jumping in with a massively disruptive solution (based on a "perceived disparity," no less), has there been a serious study of how and why this has occurred over the years? There was strong unit cohesion and identity during my years there, but I don't recall it being at the expense of Corps identity (though I could be wrong) … Perhaps the most painful and apt comparison can be the gradual, almost imperceptible changes over the years that led to the bonfire collapse -- small reductions in standards multiplied over time created catastrophe.

I took tremendous pride in belonging to the Corps, as I did with my individual outfit. But I would have chosen my outfit over the Corps every time, as would most cadets, I suspect. This is human nature, and can't be reorganized or trained away without diminishing the entire experience and unique nature of the Corps. As I said earlier, my outfit experience has been the most positive lasting influence the Corps has had over my lifetime. I also learned a lot about how to lead, follow and grow, but it's the personal relationship that matter most. I did not serve in the military following my time at A&M, but without exception, when I ask my buddies who did serve what they miss most now that they are retired from service, they ALL respond the same: the camaraderie. They never say "the comprehensive leadership training." That's not to say that training and development isn't important, because of course it is, but it needs to be a partner to the development of personal relationships.

In the business world, the most productive, satisfied employees are those who report they are part of a strong culture and those who have positive personal relationships with their coworkers.

I promise you that when I die, surrounded by friends, family and my group of brothers who have stuck together for decades through thick and thin, I won't wish that I had more leadership training and less opportunity for camaraderie during the most formative period of my life.

So, the answer is, BOTH must be stressed. Corps expectations and standards must be upheld or else consequences should ensue. The problems I've seen discussed – fish aren't whipping out to those not in their outfits or chains of command, cadets not participating in the Corps hump it, etc. – are all symptoms of a leadership structure that has forgotten how to instill pride and encourage participation. It's not a fault of the org chart, and it's not a problem that requires massive disruption. Fish will do what is taught, emphasized and demonstrated to them. In the '80s, before units were integrated, I had upperclassmen who would specifically tell us not to whip out to female cadets. Imagine if they had encouraged the opposite, and then stressed why it was important to conduct yourself professionally in every circumstance? If the things that are NOT being done are important, and I'm sure they are, then focus on rewarding those things and providing strong examples of the benefits of doing them. The problems we experience are never more than one college generation -- four short years -- from being completely eradicated.

This is a HUGE PROBLEM. The unit "t" traditions and cultures are absolutely diluting the overall Corps identity and creating unnecessary friction. Solution ...
1. Be more selective in unit leadership. The CO/SEA selection process must weed out prospective leaders who are more wedded to their unit's "traditions" and culture than the Corps'.
2. Accountability. Cadets DON'T hold each other accountable. Period.
3. Followership. With all the emphasis on Leadership the Corps does a terrible job at developing "Faithful Followers" who understand and support the organization's mission and culture. This starts with freshman AND sophomores, but the priority are the JUNIORS! (Yes, the forgotten class year). Get the JUNIORS on board with faithful followership and you'll make some real progress.

EXHIBIT B-2
Beckcom (J001320-041024)

TAMUX-0233

4. Refine ALL unit traditions. Here's the litmus test: Does this unit tradition or activity edify and unite the outfit or does it create unnecessary divisions and in/out groups? If the answer is the latter, get rid of it. For example ... EVERYTHING in Company E-2 that involved Reville is toxic, creates in/out groups and creates disunity in the outfit ... yet the OOC enables these activities to continue resulting in one of the most toxic outfit cultures on the Quad.

You are looking at this completely backwards. You want to recruit more, and your answer is to kill the outfits identities that recruit themselves? It's hare-brained. The outfits that have their own identity are recruiting with no issues. In fact, they usually have to turn away cadets. Figure out what part of their identity is causing demand from HS students to join, and encourage the outfits that have trouble recruiting to emulate their successes. The more you try to kill outfit identity, the harder time you will have recruiting.

I would also encourage you to start having some bulls on staff that were d&C cadets at A&M. Ones that have spent their lives in sales, marketing, etc. Ones that think outside the box, instead of just trying to force the same box on everyone.

Seriously...what justifies taking PT away from the best upperclassmen in the Corps? Check your ego at the door, sir.

What you are describing is communism and has never worked in all of history. Encourage the lower performing outfits to emulate the high performing outfits. I will follow up with a question for you, what lessons have you learned, specifically, and how will you implement change in your own decision making process, specifically

Best question ever. Do the opposite. Promote outfit individuality. Create separation and specialization opportunities between outfits. In my opinion, healthy and civil competition is the best way to create enthusiasm and growth. Outfits will adjust to suit and cater to their strengths, attract recruits, and improve on weaknesses. See my prior answer to creating project leadership opportunities. My son will join next year and we've been watching YouTube recruiting videos per outfit. Would be great to find a Civil Engineering outift or an Ag outfit, etc. Nothing says you can't have standards and values as a whole and still remain individual. There's nothing more American.

You don't. Outfit pride is what makes the Corps special. Forcing integration on outfits was a mistake during my time in the Corps and still is today. Some cadets don't mind being in an integrated outfit, especially those signing contract, but to some cadets it's a big deal. I was one of those as was most of my friends in the Corps. I was a D&C cadet and joined the Corps for the fraternal aspect and to be closely intertwined with the traditions of the school I love. There is a reason why there are fraternities and sororities; they aren't coed. As I'm sure you see, the outfits with the most pride are the ones that have that fraternal feel to them. I know my friends from the Corps are still my best friends today. I wouldn't have that without that environment I was fortunate to be a part of. I have a son that has already been accepted into the university and plans on joining the Corps. I will say that if the Corps is changed and he can't be a part of a non-integrated outfit, he is out, and as a father I will support his decision. I love the Corps but it's because I loved Spider D first. Lastly, outfits having their own identity is what helps cadets find those that they want to be around and become lifelong friends with. Doing away with outfit pride will water down the Corps and hurt recruiting a heck of a lot more than it will help it. Don't make the Corps softer because you are worried about retention. If it's not hard you don't grow from it. In the real world people quit their job all the time. Companies move on with the next man up. I've lost few employees over the years that were truly missed. The strong ones stick around. I have been with the same company for 23 years. Had good times and bad, but the hard times I had my fish year are what shaped me and made me the types of person who could withstand the tough times. Worry about making the fish strong so they are prepared to lead. Don't cater to the weak ones.

Please allow me to rephrase this question: How can we preserve the individual unit experience while balancing the Corps standards and values?

Not all units are/were the same. Not all military services are the same. Not all branches within each military service are the same.

You cannot from a "position on high" create an environment in which everyone succeeds to the exact

EXHIBIT B-2
Beckcom (J001320-041024)

TAMUS-0334

same metric. Look at the growth on the number of shoulder cords worn in the Quad. In my day there were three unit level cords, Moore, Hochmuth and Scholarship. Now we've added a few more.

I cannot confirm but I was told the blue and white cord is for scholarship. If the blue and white cord is for scholarship, what is the gold star for? And there was once a ribbon worn for achieving a 3.25 GPA. Wow, in one semester seemingly you can achieve a trifecta of uniform accoutrements.

However, you can pretty much expect the units having "pre-med" to win the scholarship cord. Certainly, not the "jock outfits". Perhaps a bit of expectation management is in order.

Likewise, if needed to better prepare fish for the rigors of u nit life, let's expand the Freshman orientation (Beast Barracks style?). Let's prepare our fish for the rigors of the Corps, but let's not modify its structure. This is still college, not basic training. The Corps is there to get an education, not prepare for war. And that is a difference.

And for heavens sake, allow members of the Corps to "run" and lead this fish preparation period. Keep the Trigon away. Allow leadership development by the upper classmen while preparing the fish.

You mentioned hiring four more Leadership advisors. (Just what the Corps needs, more representative of the Trigon.)

How about taking that money for salary and benefits and use it to bring in successful leaders as nominated by former members of the Corps of Cadets.

Have the former cadets nominate these leaders and the Trigon can vet them.

Especially, leaders who rose and succeeded as a result of their Corps experience, or despite it.

We have a large talent pool who have a lot to give and would be most willing to give back to their Corps in developing leadership for the Cadets. Put them up in the campus hotel for a few days and allow them to interact with the Corps. Allow the good with the bad….

I always am amused when I come upon a cadet or groups, and they hungerly want to know of my experiences as a Cadet. All the Trigon needs to do is tailor those "experiences" to those having an impact (good or bad) in their lives.

And it does not have to be limited to Aggies either.

I believe that having slightly different values between the outfits is part of what makes the Corps strong. Allowing fish to choose which culture suits them allows for a unique experience that you can't get at any other ROTC or academy.

Allow the outfits to excel and emphasize different things based on its culture while also having values that all the outfits can unite behind such as determination and leadership.

A big part of the difference is that the outfits do not trust Corps or Comm staff to train their freshmen because they don't have great experiences with either. CTO's are generally seen as fickle and inconsistent and Corps Staff is generally seen as resume builders that don't really care about people. While these aren't always true by any means, these perceptions exist for a reason.

This is a really tough one. I like the idea of a stronger FOW experience, one which really emphasizes the Corps and Cadet identity. The idea should be "by the end of FOW they should be able to return home and have their parents be astounded by how neat, courteous, and attentive they are." They should be transformed in this process. I think 4-6 weeks is the absolute minimum time for that transformation, but I also recognize that a lot of that transformation should occur in unit (i.e., the unit's culture and narrative should EMPHAISIZE and strengthen the influence of the Corps values in the fish).

Maybe every unit should provide a list of values (some sort of manifesto) which elaborates on and emphasizes the Corps values. This manifesto would help units to see how everything that makes someone a good cadet should make them a better Trident, Gladiator, Killer etc.

Maybe start a propaganda campaign that makes it looks cool to just be a CADET. (I would call this campaign "I am Cadet"). This is my silliest idea to date but I can totally see how it could give people solidarity as cadets. But it would involve a lot of old footage and heritage moments strung together to remind us of the awesome patriotic and red ass history of the corps. Basically bring the corps center to instagram in a way that makes everyone say "hell yeah the corps is awesome". One of my favorites is the story in the corps center about how the Head yell leader stopped a riot at the 1926 Baylor/TAMU football game by having the band play Taps. The riot ended immediately when the whole corps (previously rioting) stopped and came to attention. I read that and it made my heart ache to be part of that organization.

Lastly we need to focus more on the Cadet oath. Or make a cadet creed. But I'm afraid it would just become a joke.

EXHIBIT B-2
Beckcom (J001320-041024)

TAMUS-0240

**EXHIBIT**

**11**



Office of General Counsel

### THE TEXAS A&M UNIVERSITY SYSTEM

April 23, 2024

Open Records Division                                    *via **OAG E-Filing***
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548

Re:    Withdrawal of Request for a Decision Regarding Public Information Request from Brian
       Beckcom to Texas A&M University (J001320-041024)

Dear Open Records Division:

        On April 19, 2024, we requested a decision on an open records request submitted by Brian
Beckcom ("requestor") to Texas A&M University (the "university") regarding the information we
submitted as Exhibits B-1 and B-2. The open records request, enclosed as Exhibit A, seeks certain
documents, materials, and communications.

        After submitting the request for a decision to your office, the university has changed its
position with respect to the applicability of Tex. Gov't Code sec. 552.111 to Exhibits B-1 and B-
2, and the university will release this information to the requestor. Therefore, a decision from your
office is not required with respect to Exhibits B-1 and B-2, and we are withdrawing our request to
your office.

        Thank you for your consideration of this matter. If you have any questions, please feel free
to contact me.

                                        Sincerely,

                                        R. Brooks Moore
                                        Deputy General Counsel

Enclosure:    Exhibit A

cc:           Requestor (without enclosures)

              TAMU Open Records

---

301 Tarrow Street, 6th Floor • College Station, Texas 77840-7896
(979) 458-6120 • Fax (979) 458-6150 • www.tamus.edu/legal

EXHIBIT
**12**

# Public Information Records (#J001365-041524)

⌄ **Public Information Records Details**

| | |
|---|---|
| This request is for: | Texas A&M University |
| Summary of Request: | Any and all audio or video recordings of candidates as part of the Commandant selection process. |
| Describe in detail the Record(s) Requested: | From: Patti Artavia<br>Sent: Monday, April 15, 2024 11:33 AM<br>To: open-records@tamu.edu<br>Cc: Brendan Fradkin ; Brian Beckcom<br>Subject: Open Records Request<br><br>Please see attached request.<br><br>Patti Artavia<br>Senior Paralegal/Case Manager<br>2016 AAJ Paralegal of the Year<br>VBAttorneys.com<br>Direct Dial (832) 791-3118<br><br><br>To Whom It May Concern:<br>Pursuant to Section 552.001, et seq., of the Texas Open Records Act, Public Records Information, please produce the following documents:<br><br>1. Any and all audio or video recordings of candidates as part of the Commandant selection process;<br><br>I agree to pay reasonable fees for the processing of this request.<br><br>As provided by the open records law, I will expect your response within 10 business days. If you choose to deny this request, please provide a written explanation for the denial including a reference to the specific statutory exemption(s) upon which you rely. Also, please provide all segregable portions of otherwise exempt material.<br><br>You may make redactions for confidential personal information. I do not consent to redaction or withholding based on any other privilege.<br><br>Please direct any future correspondence to the undersigned and Brendan@vbattorneys.com and Patti@vbattorneys.com We look forward to hearing from you.<br><br>Sincerely,<br><br>/s/ Brian Beckcom<br>Brian Beckom<br>Brian@vbattorneys.com |
| Date From: | |
| Date To: | |
| Preferred Method to Receive Records: | Electronic via Records Center |
| Do you agree to the redaction of information that is subject to mandatory exceptions, provided such redactions are clearly labeled on information you receive?: | YES |

| Do you agree to the redaction of information that is subject to discretionary exceptions, provided such redactions are clearly labeled on information you receive?: | NO |
|---|---|

> **Category**

∨ **Clarification(s)**

| Clarification(s): | STAFF: Please describe any clarifications requested and received. |
|---|---|

> **OAG decision requested**

> **Exceptions**

> **Charges**

∨ **Message History**

Date

On 4/15/2024 1:15:18 PM, Leslie Kacer wrote:
CC: Open-records@tamu.edu; Brendan@vbattorneys.com; Patti@vbattorneys.com
**Subject:** Public Information Records :: J001365-041524
**Body:**
Dear Brian Beckcom:

We received your public information request for  Texas A& M University.  Your request was given the **reference number J001365-041524** for tracking purposes.  Please refer to this number when making inquiries about your request.

You can monitor the progress of your request at the link below and you'll receive an email when your request has been completed. Thank you for your interest in  Texas A& M University.

To monitor the progress or update this request please log into the  Public Records Center.

On 4/15/2024 1:02:57 PM, Leslie Kacer wrote:
Request was created by staff

∨ **Request Details**

| Reference No: | J001365-041524 |
|---|---|
| Created By: | Leslie Kacer |
| Create Date: | 4/15/2024 8:00 AM |
| Update Date: | 4/15/2024 1:05 PM |
| Completed/Closed: | No |
| Required Completion Date: | 4/29/2024 |
| Status: | Activity Assigned |
| Priority: | Medium |

TAMU-0219

Assigned Dept:              TAMU_Open Records

Assigned Staff:            Open Records University


Customer Name:          Brian Beckcom

Email Address:           Brian@vbattorneys.com

Phone:                        8327913118

Group:                        TAMU


Source:                      Email

EXHIBIT
13

CC: open-records@tamu.edu; patti@vbattorneys.com; brendan@vbattorneys.com
**Subject:** Public Information Records :: J001365-041524
**Body:**
04/29/2024


RE: PUBLIC RECORDS REQUEST of April 15, 2024, Reference # J001365-041524

Dear Brian Beckcom,

Texas A&M University received a public information request from you on April 15, 2024.  Your request mentioned:

*"To Whom It May Concern:*
*Pursuant to Section 552.001, et seq., of the Texas Open Records Act, Public Records*
*Information, please produce the following documents:*

*1. Any and all audio or video recordings of candidates as part of the Commandant selection*
*process;*

*I agree to pay reasonable fees for the processing of this request.*

*As provided by the open records law, I will expect your response within 10 business days. If*
*you choose to deny this request, please provide a written explanation for the denial including a*
*reference to the specific statutory exemption(s) upon which you rely. Also, please provide all*
*segregable portions of otherwise exempt material.*

*You may make redactions for confidential personal information. I do not consent to*
*redaction or withholding based on any other privilege.*

*Please direct any future correspondence to the undersigned and Brendan@vbattorneys.com*
*and Patti@vbattorneys.com We look forward to hearing from you.*

*Sincerely,*

*/s/ Brian Beckcom*
*Brian Beckom*
*Brian@vbattorneys.com"*


The information found responsive to your request is available and can be obtained by visiting the Public Records Online Portal and logging in from the "My Request Center" tab.

Sincerely,

Knesha Brashear
Open Records Office

<div style="border:1px solid black; display:inline-block; padding:4px 20px; float:right;">
**EXHIBIT**

**14**
</div>

# Public Information Records (#J001723-051624)

⌄ **Public Information Records Details**

| | |
|---|---|
| This request is for: | Texas A&M University |
| Summary of Request: | 1. Any documents pertaining to renovation plans for the bathroom/restroom facilities in the dormitories housing the Corps of Cadets. This should include contracts or agreements related to the renovation projects, estimates, analyses, architectural designs/plans, engineering designs/plans, and anticipated costs. |
| | 2. Any communications between university employees or officials regarding the renovation plans or any of the documents pertaining to those plans. |
| | 3. Any communications between university employees or officials and third-parties regarding the renovation plans or any of the documents pertaining to those plans. I agree to pay reasonable fees for the processing of this request. |
| Describe in detail the Record(s) Requested: | From: Patti Artavia |
| | Sent: Thursday, May 16, 2024 3:37 PM |
| | To: open-records@tamu.edu |
| | Cc: Brendan Fradkin ; Brian Beckcom |
| | Subject: TPIA Request |
| | Pursuant to Section 552.001, et seq., of the Texas Open Records Act, Public Records Information, please produce the following documents: |
| | 1. Any documents pertaining to renovation plans for the bathroom/restroom facilities in the dormitories housing the Corps of Cadets. This should include contracts or agreements related to the renovation projects, estimates, analyses, architectural designs/plans, engineering designs/plans, and anticipated costs. |
| | 2. Any communications between university employees or officials regarding the renovation plans or any of the documents pertaining to those plans. |
| | 3. Any communications between university employees or officials and third-parties regarding the renovation plans or any of the documents pertaining to those plans. I agree to pay reasonable fees for the processing of this request. |
| | Please respond within 10 business days. If you choose to deny this request, please provide a written explanation for the denial including a reference to the specific statutory exemption(s) upon which you rely. Also, please provide all segregable portions of otherwise exempt material. |
| | You may make redactions for confidential personal information. I do not consent to redaction or withholding based on any other privilege. |
| Date From: | |
| Date To: | |
| Preferred Method to Receive Records: | Electronic via Records Center |
| Do you agree to the redaction of information that is subject to mandatory exceptions, provided such redactions are clearly labeled on information you receive?: | YES |
| Do you agree to the redaction of information that is subject to discretionary exceptions, provided such redactions are clearly labeled on information you receive?: | NO |

## ❯ Category

## ⌄ Clarification(s)

| | | |
|---|---|---|
| Clarification(s): | Rec'd Response to Clarification Request - 5/17<br>Sent Clarification Request - 5/16 | STAFF: Please describe any clarifications requested and received. |

## ❯ OAG decision requested

## ❯ Exceptions

## ❯ Charges

## ⌄ Notes

| Note | Created | Modified |
|---|---|---|
| Hi Ladies -<br><br>Do you need a ruling for this request? If so, has the document needing a ruling been uploaded?<br><br>Thank you,<br><br>Melanie Burns<br><br>Tricia Bledsoe Knesha Brashear Wendy Ramirez Leslie Kacer Melanie Burns | 6/3/2024 9:07:00 AM by Melanie Burns | 6/3/2024 9:07:00 AM by Melanie Burns |

## ⌄ Message History

Date

On 5/17/2024 2:21:02 PM, Brian Beckcom wrote:
TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: [Brendan@vbattorneys.com], [Open-records@tamu.edu], [Patti@vbattorneys.com]

We will limit it to the last 3 years.
Please respond timely instead of the constant delay and piecemeal production.
If you choose to assert any privileges, please produce a privilege log.

-bb
Brian Beckcom
www.VBAttorneys.com
www.BrianBeckcom.org


On Thu, May 16, 2024 at 4:49 PM Texas A&M University Public Records Support wrote:

On 5/16/2024 4:48:22 PM, Leslie Kacer wrote:

Date
CC: Open-records@tamu.edu; Brendan@vbattorneys.com; Patti@vbattorneys.com
**Subject:** Public Information Records :: J001723-051624
**Body:**
May 16, 2024

RE: PUBLIC RECORDS REQUEST of May 16, 2024, Reference # J001723-051624

Dear Brian Beckcom,

Texas A& M University received a public information request from you on May 16, 2024.   Your request mentioned:

*"From: Patti Artavia < patti@vbattorneys.com>*
*Sent: Thursday, May 16, 2024 3:37 PM*
*To: open-records@tamu.edu*
*Cc: Brendan Fradkin < brendan@vbattorneys.com> ; Brian Beckcom < brian@vbattorneys.com>*
*Subject: TPIA Request*

*Pursuant to Section 552.001, et seq., of the Texas Open Records Act, Public Records Information, please produce the following documents:*

*1. Any documents pertaining to renovation plans for the bathroom/restroom facilities in the dormitories housing the Corps of Cadets. This should include contracts or agreements related to the renovation projects, estimates, analyses, architectural designs/plans, engineering designs/plans, and anticipated costs.*

*2. Any communications between university employees or officials regarding the renovation plans or any of the documents pertaining to those plans.*

*3. Any communications between university employees or officials and third-parties regarding the renovation plans or any of the documents pertaining to those plans.*
*I agree to pay reasonable fees for the processing of this request.*

*Please respond within 10 business days. If you choose to deny this request, please provide a written explanation for the denial including a reference to the specific statutory exemption(s) upon which you rely. Also, please provide all segregable portions of otherwise exempt material.*

*You may make redactions for confidential personal information. I do not consent to redaction or withholding based on any other privilege."< /brian@vbattorneys.com> < /brendan@vbattorneys.com> < /patti@vbattorneys.com>*

We are in need of clarification/narrowing regarding the information requested. Could you please provide us with a date range so that we can better assist you with your request?

As provided by section 552.222(d) of the Texas Public Information Act, your request will be considered withdrawn if we do not receive a response from you by the 61st day after the date of this request for clarification/narrowing.

Sincerely,

Leslie Kacer
Open Records Office

TAMU-0849

On 5/16/2024 4:16:02 PM, Leslie Kacer wrote:
CC: Open-records@tamu.edu; Brendan@vbattorneys.com; Patti@vbattorneys.com
**Subject:** Public Information Records :: J001723-051624
**Body:**
Dear Brian Beckcom:

We received your public information request for  Texas A& M University.  Your request was given the **reference number J001723-051624** for tracking purposes.  Please refer to this number when making inquiries about your request.

You can monitor the progress of your request at the link below and you'll receive an email when your request has been completed. Thank you for your interest in  Texas A& M University.

To monitor the progress or update this request please log into the  Public Records Center.

On 5/16/2024 4:05:00 PM, Leslie Kacer wrote:
Request was created by staff

## ⌄ Request Details

| | |
|---|---|
| Reference No: | J001723-051624 |
| Created By: | Leslie Kacer |
| Create Date: | 5/16/2024 8:00 AM |
| Update Date: | 6/3/2024 4:00 PM |
| Completed/Closed: | No |
| Required Completion Date: | 6/3/2024 |
| | |
| Status: | Activity Assigned |
| Priority: | Medium |
| Assigned Dept: | TAMU_Open Records |
| Assigned Staff: | Open Records University |
| | |
| Customer Name: | Brian Beckcom |
| Email Address: | Brian@vbattorneys.com |
| Phone: | 8327913118 |
| Group: | TAMU |
| | |
| Source: | Email |

TAMU-0330

**EXHIBIT**

**15**

CC: Open-records@tamu.edu; patti@vbattorneys.com; brendan@vbattorneys.com
**Subject:** Public Information Records :: J001723-051624
**Body:**
06/03/2024

RE: PUBLIC RECORDS REQUEST, Reference # J001723-051624

Dear Mr. Brian Beckcom,

The information you seek was the subject of a previous request received by our office. We have requested a ruling from the Office of the Attorney General (OAG) regarding this information. Therefore, we will be relying on the pending ruling letter regarding your request.  You will be notified, once we are in receipt of the OAG's decision letter.  Please find uploaded information responsive to your request we are not seeking to withhold.  We are still reviewing the remaining responsive information and if there is any additional information that can be released pending the Attorney General's ruling, we will provide as soon as possible.

Please note, the PO for Spence showing a $503,055 charge for Patterson architects for design services is not accurate. The $503,055 is the total budget for the project. As shown in the uploaded a spreadsheet, the $503,055 total budget is broken down in the following categories:

| | |
|---|---|
| Pre-design/pre-construction costs: | $600 |
| Design costs: | $31,250 |
| Construction: | $406,950 |
| Project Management: | $64,255 (including $40,400 contingency and $23,955 SSC contract administration services) |
| Total: | $503,055 |

 This information is now available and can be obtained by visiting the <u>Public Records Online Portal</u> and logging in from the "My Request Center" tab.

Sincerely,

Tricia Bledsoe

Open Records Office

**EXHIBIT
16**



Office of General Counsel

## THE TEXAS A&M UNIVERSITY SYSTEM

May 6, 2024

Open Records Division                                    ***via UPS DELIVERY***
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Re:     Request for a Decision regarding a Public Information Request from JD Foster to Texas
        A&M University (J001330-041124)

Dear Open Records Division:

On April 29, 2024[1], we requested a decision on an open records request JD Foster ("requestor") submitted to Texas A&M University (the "university") on April 15, 2024. The request, enclosed as Exhibit A, seeks certain correspondence and documents.

We believe that a portion of the information responsive to the request is excepted from disclosure under the Texas Public Information Act, Government Code, Chapter 552 ("Act"), as explained below. Therefore, we are requesting a decision regarding this information.[2]

### Exhibit B-1.  Tex. Gov't Code § 552.107, Tex. R. Evid. 503

The representative sample of information enclosed as Exhibit B-1 constitutes or documents a communication between a Texas A&M System attorney and university administrators and system officials, and this communication should be excepted from disclosure under section 552.107(1) of the Act and/or Tex. R. Evid. 503 (to the extent that any information covered by Exhibit B-1 is subject to section 552.022 of the Act). The attorney general has provided the following analysis of this exception:

> Section 552.107(1) of the Government Code protects information coming within
> the attorney-client privilege. When asserting the attorney-client privilege, a
> governmental body has the burden of providing the necessary facts to demonstrate

---

[1] The request was originally received on April 11, 2024. *See* Exhibit A. The university requested clarification/ narrowing of the request on April 11, 2024, and the requestor provided clarification/narrowing on April 11, 2024. The university requested further clarification/narrowing on April 12, 2024, and the requestor provided clarification/narrowing on April 15, 2024, making it the official date of receipt. Thus, the 10th business day after receipt of this request is April 29, 2024.

[2] Please note that the university will also redact or withhold certain other responsive information as authorized by section 552.114 of the Act.

TAMU-02838

the elements of the privilege in order to withhold the information at issue. Open Records Decision No. 676 at 6-7 (2002). First, a governmental body must demonstrate that the information constitutes or documents a communication. *Id*. at 7. Second, the communication must have been made "to facilitate the rendition of professional legal services" to the client governmental body. Tex. R. Evid. 503(b)(1). The privilege does not apply when an attorney or representative is involved in some capacity other than that of providing or facilitating professional legal services to the client governmental body. *In re Tex. Farmers Ins. Exch*., 990 S.W.2d 337, 340 (Tex. App.—Texarkana 1999, orig. proceeding) (attorney-client privilege does not apply if attorney acting in a capacity other than that of attorney). Governmental attorneys often act in capacities other than that of professional legal counsel, such as administrators, investigators, or managers. Thus, the mere fact that a communication involves an attorney for the government does not demonstrate this element. Third, the privilege applies only to communications between or among clients, client representatives, lawyers, and lawyer representatives. Tex. R. Evid. 503(b)(1). Thus, a governmental body must inform this office of the identities and capacities of the individuals to whom each communication at issue has been made. Lastly, the attorney-client privilege applies only to a confidential communication, *id*. 503(b)(1), meaning it was "not intended to be disclosed to third persons other than those: (A) to whom disclosure is made to further the rendition of professional legal services to the client; or (B) reasonably necessary to transmit the communication." *Id*. 503(a)(5). Whether a communication meets this definition depends on the intent of the parties involved at the time the information was communicated. *Osborne v. Johnson*, 954 S.W.2d 180, 184 (Tex. App.—Waco 1997, orig. proceeding). Moreover, because the client may elect to waive the privilege at any time, a governmental body must explain that the confidentiality of a communication has been maintained. Section 552.107(1) generally excepts an entire communication that is demonstrated to be protected by the attorney-client privilege unless otherwise waived by the governmental body. *See Huie v. DeShazo*, 922 S.W.2d 920, 923 (Tex. 1996) (privilege extends to entire communication, including facts contained therein).

*See, e.g.*, Tex. Att'y Gen. OR2016-02974 (2016). These same factors apply to the application of the attorney-client privilege under Tex. R. Evid. 503. *See* Tex. Att'y Gen. No. ORD-676 (2002).

We submit the information that meets the criteria set forth above to demonstrate the elements of the attorney-client privilege necessary to withhold this information in its entirety. First, the information constitutes or documents a communication, satisfying the first element of the privilege test. The communications or documented communications in Exhibit B-1 are between a Texas A&M System Office of General Counsel (OGC) attorney and university administrators and system officials. Specifically, the communications in Exhibit B-1 are between: Ray Bonilla, General Counsel, OGC; and Susan Ballabina, Chief of Staff, Office of the President, Texas A&M University. The following are copied on this communication: President Mark A.

TAMUS 02839

Welsh III, Texas A&M University; Joe Ramirez, Vice President for Student Affairs, Texas A&M University; and Patrick Michaelis, Commandant, Corps of Cadets, Texas A&M University. The communications/documented communications were forwarded by Susan Ballabina to Regent Randy Brooks, Texas A&M System Board of Regents. The underlying communication was between: Ramirez and Welsh with a copy to Ballabina; Michaelis (full names and titles above); Thomas Reber, Executive Associate Vice President, Student Services, Texas A&M University; Chareny Rydl, Executive Director, Residence Life and Housing, Texas A&M University; and Kevin P. McGinnis, Vice President and Chief Compliance Officer, Texas A&M University. *See* Exhibit B-1.

Second, the communications or documented communications were sent and received expressly for the purpose of facilitating the rendition of legal advice or legal services from an OGC attorney to university administrators and system officials. Third, the communications or documented communications are between an OGC attorney and university administrators and system officials, and the attorney-client privilege expressly covers communications between a client or the client's representatives and the client's lawyer or the lawyer's representatives. *See* Tex. R. Evid. 503(b)(1)(A). Finally, at the time this information was communicated, it was the intent of the parties that the information not be disclosed to third persons. Subsequent to the initial communication of the information, the attorney and client representatives have maintained the confidentiality of the communication. Therefore, we believe that the representative sample of responsive information, enclosed in Exhibit B-1, is excepted from disclosure under section 552.107(1) of the Act and/or Tex. R. Evid. 503.

### Exhibit B-2. Tex. Gov't Code §§ 552.110, 552.1101

The information that is enclosed as Exhibit B-2 may include commercial or financial information excepted from disclosure as third-party proprietary information under sections 552.110 and/or 552.1101 of the Act. Regarding the application of this provision to the information at issue, we note that the Act provides:

(a)     In a case in which information is requested under this chapter and a person's privacy or property interests may be involved, including a case under section 552.101, 552.110, 552.1101, 552.114, 552.131, or 552.143, a governmental body may decline to release the information for the purpose of requesting an attorney general decision.

(b)     A person whose interests may be involved under Subsection (a), or any other person, may submit in writing to the attorney general that person's reasons why the information should be withheld or released.

(c)     The governmental body may, but is not required to, submit its reasons why the information should be withheld or released.

TAMUx 0230

(d) If release of a person's proprietary information may be subject to exception under Section 552.101, 552.110, 552.1101, 552.113, 552.131, or 552.143, the governmental body that requests an attorney general decision under Section 552.301 shall make a good faith attempt to notify that person of the request for the attorney general decision. Notice under this subsection must:

(1) be in writing and sent within a reasonable time not later than the 10th business day after the date the governmental body receives the request for the information; and

(2) include:
(A) a copy of the written request for the information, if any, received by the governmental body; and
(B) a statement, in the form prescribed by the attorney general, that the person is entitled to submit in writing to the attorney general within a reasonable time not later than the 10th business day after the date the person receives the notice:
(i) each reason the person has as to why the information should be withheld; and
(ii) a letter, memorandum, or brief in support of that reason.

(e) A person who submits a letter, memorandum, or brief to the attorney general under Subsection (d) shall send a copy of that letter, memorandum, or brief to the person who requested the information from the governmental body. If the letter, memorandum, or brief submitted to the attorney general contains the substance of the information requested, the copy of the letter, memorandum, or brief may be a redacted copy.

Tex. Gov't Code Ann. § 552.305 (West 2020).

The university is declining to release the information in Exhibit B-2 to the requestor pending a decision from your office, and we are sending the letter prescribed by the attorney general to the vendors as notice of their right to object to the release of materials containing proprietary information. A copy of this letter is enclosed as Exhibit C. The university takes no position regarding the application of sections 552.110 and/or 552.1101 to the information and declines to submit reasons why all or part of the marked information should or should not be considered proprietary to the vendors.

Please note that we are sending this brief via UPS because the size of the brief and the accompanying exhibits make it impractical and impossible to make this submission through the designated electronic filing system.

TAMUX-0235

Thank you for your consideration of this matter.  If you have any questions, please feel free to contact me.

Sincerely,

R. Brooks Moore
Deputy General Counsel

Enclosures:    Exhibits A, B-1, B-2, C


cc:     Requestor *(via email) (no attachments)*

Texas A&M University Open Records

**Quad-Tex Construction, Inc.**
Attention: Fred Patterson, Doug Chmelar
11069 N Dowling Rd
College Station, TX 77845
office@quadtex.net

**Patterson Architects**
701 South Texas Ave
Bryan, TX 77803
fred@patarch.com

**Kirksey Architecture**
Attention: Verr Soltes
6909 Portwest Drive
Houston, TX 77024
verr.soltes@kirksey.com

**Project Control of Texas, Inc.**
Attention: Gary Hall
17300 Henderson Pass, Suite 110
San Antonio, TX 78232
ghall@projectcontrol.com

**SpawGlass Construction Corp.**
Attention: Garett Wheaton
4030 SH-6 S., Ste. 300
College Station, TX 77845
garett.wheaton@spawglass.com

TAMU-0232

# Public Information Records (#J001330-041124)

EXHIBIT
17

## ⌄ Public Information Records Details

This request is for:          Texas A&M University

Summary of Request:          Corps of Cadets bathroom/restroom project/renovations.

| | |
|---|---|
| Describe in detail the Record(s) Requested: | From: JD Foster<br>Sent: Thursday, April 11, 2024 1:09 PM<br>To: open-records@tamu.edu<br>Subject: Texas Open Records Act Request |

To Whom it May Concern:

Please find attached my correspondence of even date.

Thank You,

JD Foster

JD Foster
Managing Attorney
Foster Massengill, PLLC


Please accept this letter as a formal request for documents or information pursuant to Section 552.001, et seq., of the Texas Open Records Act, Public Records Information, please produce the following documents:

1. All documents or other materials related to any 'bid plan' for any intended, planned, or ongoing project for the renovation of any bathroom/restroom facility located in the dorms utilized for housing the Corps of Cadets, commonly referred to as Spence Hall (Dorm 1), Kiest Hall (Dorm 2), Briggs Hall (Dorm 3), Fountain Hall (Dorm 4), Gainer Hall (Dorm 5), Lacy Hall (Dorm 6), Leonard Hall (Dorm 7), Harrell Hall (Dorm 8), Whitely Hall (Dorm 9), White Hall (Dorm 10), Harrington Hall (Dorm 11), Utay Hall (Dorm 12).

2. Any and all contracts or agreements of any kind relating to any intended, planned, or ongoing project for the renovation of any bathroom/restroom facility located in the dorms utilized for housing the Corps of Cadets, commonly referred to as Spence Hall (Dorm 1), Kiest Hall (Dorm 2), Briggs Hall (Dorm 3), Fountain Hall (Dorm 4), Gainer Hall (Dorm 5), Lacy Hall (Dorm 6), Leonard Hall (Dorm 7), Harrell Hall (Dorm 8), Whitely Hall (Dorm 9), White Hall (Dorm 10), Harrington Hall (Dorm 11), Utay Hall (Dorm 12).

3. All documents relating to or evidencing any estimate for or actual costs relating to any intended, planned, or ongoing project for the renovation of any bathroom/restroom facility located in the dorms utilized for housing the Corps of Cadets, commonly referred to as Spence Hall (Dorm 1), Kiest Hall (Dorm 2), Briggs Hall (Dorm 3), Fountain Hall (Dorm 4), Gainer Hall (Dorm 5), Lacy Hall (Dorm 6), Leonard Hall (Dorm 7), Harrell Hall (Dorm 8), Whitely Hall (Dorm 9), White Hall (Dorm 10), Harrington Hall (Dorm 11), Utay Hall (Dorm 12).

4. All plans, mock-ups, proposals, floor-plans, depictions, or other similar documents relating to any intended, planned, or ongoing project for the renovation of any bathroom/restroom facility located in the dorms utilized for housing the Corps of Cadets, commonly referred to as Spence Hall (Dorm 1), Kiest Hall (Dorm 2), Briggs Hall (Dorm 3), Fountain Hall (Dorm 4), Gainer Hall (Dorm 5), Lacy Hall (Dorm 6), Leonard Hall (Dorm 7), Harrell Hall (Dorm 8), Whitely Hall (Dorm 9), White Hall (Dorm 10), Harrington Hall (Dorm 11), Utay Hall (Dorm 12).

5. Any and all documents exploring, discussing, or otherwise related to the effect such renovations may have on housing capacity or other effects on the existing use(s) of such dorms relating to any intended, planned, or ongoing project for the renovation of any bathroom/restroom facility located in the dorms utilized for housing the Corps of Cadets, commonly referred to as Spence Hall (Dorm 1), Kiest Hall (Dorm 2), Briggs Hall (Dorm 3), Fountain Hall (Dorm 4), Gainer Hall (Dorm 5), Lacy Hall (Dorm 6), Leonard Hall (Dorm 7), Harrell Hall (Dorm 8), Whitely Hall (Dorm 9), White Hall (Dorm 10), Harrington Hall (Dorm 11), Utay Hall (Dorm 12).

6. Any and all communications between any employee or University officials within the Office of the President, Office of the Vice President for Student Affairs, Office of the Commandant, and/or Office of the General Counsel relating to any intended, planned, or ongoing project for the renovation of any bathroom/restroom facility located in the dorms utilized for housing the Corps of Cadets, commonly referred to as Spence Hall (Dorm 1), Kiest Hall (Dorm 2), Briggs Hall (Dorm 3), Fountain Hall (Dorm 4), Gainer Hall (Dorm 5), Lacy Hall (Dorm 6), Leonard Hall (Dorm 7), Harrell Hall (Dorm 8), Whitely Hall (Dorm 9), White Hall (Dorm 10), Harrington Hall (Dorm 11), Utay Hall (Dorm 12). (Such communications should include emails, text messages, other forms of electronic or digital communication, traditional correspondence and letters, interoffice and intraoffice memoranda, and other forms of written communication.)

7. Any and all communications between any employee or University officials within the Office of the President, Office of the Vice President for Student Affairs, Office of the Commandant, and/or Office of the

TAMU-0234

General Counsel and any third-party relating to any intended, planned, or ongoing project for the renovation of any bathroom/restroom facility located in the dorms utilized for housing the Corps of Cadets, commonly referred to as Spence Hall (Dorm 1), Kiest Hall (Dorm 2), Briggs Hall (Dorm 3), Fountain Hall (Dorm 4), Gainer Hall (Dorm 5), Lacy Hall (Dorm 6), Leonard Hall (Dorm 7), Harrell Hall (Dorm 8), Whitely Hall (Dorm 9), White Hall (Dorm 10), Harrington Hall (Dorm 11), Utay Hall (Dorm 12). (Such communications should include emails, text messages, other forms of electronic or digital communication, traditional correspondence and letters, interoffice and intraoffice memoranda, and other forms of written communication.)

8. Any and all documents pertaining to Diversity, Equity, and Inclusion (commonly, "DEI") and/or Texas Senate Bill 17 (commonly, "SB17"), including but not limited to communications between any employee or University officials within the Office of the President, Office of the Vice President for Student Affairs, Office of the Commandant, and/or Office of the General Counsel and/or impact studies or equivalent documents, relating to any intended, planned, or ongoing project for the renovation of any bathroom/restroom facility located in the dorms utilized for housing the Corps of Cadets, commonly referred to as Spence Hall (Dorm 1), Kiest Hall (Dorm 2), Briggs Hall (Dorm 3), Fountain Hall (Dorm 4), Gainer Hall (Dorm 5), Lacy Hall (Dorm 6), Leonard Hall (Dorm 7), Harrell Hall (Dorm 8), Whitely Hall (Dorm 9), White Hall (Dorm 10), Harrington Hall (Dorm 11), Utay Hall (Dorm 12). (Such communications should include emails, text messages, other forms of electronic or digital communication, traditional correspondence and letters, interoffice and intraoffice memoranda, and other forms of written communication.)

| | |
|---|---|
| Date From: | |
| Date To: | |
| Preferred Method to Receive Records: | Electronic via Records Center |
| Do you agree to the redaction of information that is subject to mandatory exceptions, provided such redactions are clearly labeled on information you receive?: | NO |
| Do you agree to the redaction of information that is subject to discretionary exceptions, provided such redactions are clearly labeled on information you receive?: | NO |

> **Category**

⌄ **Clarification(s)**

| | | |
|---|---|---|
| Clarification(s): | Clarification Requested - 04/11<br>Clarification Received - 04/11<br>2nd Clarification Requested 04/12<br>2nd Clarification Received 04/15 | STAFF: Please describe any clarifications requested and received. |

> **OAG decision requested**

> **Exceptions**

> **Charges**

⌄ **Notes**

| Note | Created | Modified |
|---|---|---|
| Quad- Tex filed 3rd Party Brief to OAG | 5/20/2024 4:36:00 PM by Melanie Burns | 5/20/2024 4:36:00 PM by Melanie Burns |

| | | |
|---|---|---|
| See the Student Affairs Response doc I uploaded in the OGC Feedback folder I created. The marked information should be withheld under 552.114 and/or 552.107. Also, pages 19-24 are potentially 552.110 information of SSC. NOTE: we did not submit SSC information with our brief and did NOT notice SSC. Please check with TAMU. Do we need to notice SSC and submit this information to allow SSC to present their objections (in addition to their objections on the current bids and contracts previously submitted). Are there other SSC contract docs or bids that need to be submitted as potentially 552.110 of SSC (any of the docs you have in the "response for release pending ruling" folder)?<br><br>The President Office Responsive Emails must be withheld per 552.107 and/or 552.114.<br><br>Any specific documents about construction prior to February 5, 2024 must be withheld per 552.114 as these relate to a project that is identifiable to 1 student. The screenshot on page has a reference to "Title IX Compliance". This reference is incorrect in that it references the prior project, and as such, should be redacted per 552.114.<br><br>A question for the TAMU team is whether the remaining information in the Student Affairs Response doc is specifically identifiable to the rationale for the prior project. I do not think so, but we need university input on this.<br><br>Please let me know if additional briefing is needed to cover any potential SSC 552.110.<br><br>Thanks,<br><br>Brooks<br><br>Open Records University Melanie Burns | 5/16/2024 2:43:00 PM by Brooks Moore | 5/16/2024 2:43:00 PM by Brooks Moore |
| The information for review as 552.111 or 552.111/FERPA should be withheld under 552.114 because it is identifiable to a specific student and a small group of students in the same outfit.<br><br>I will draft a brief asserting 552.107 and 552.110.<br><br>Brooks<br>Open Records University Melanie Burns | 5/5/2024 3:19:00 PM by Brooks Moore | 5/5/2024 3:19:00 PM by Brooks Moore |
| IT conducted a search of President Welsh's and Dr. Ballabina's emails. Two searches were done. Responsive emails in search #1 are attached. There were no responsive emails in search #2. Neither President Welsh nor Dr. Ballabina had any responsive text messages. | 4/20/2024 9:17:00 PM by Deena McConnell | 4/20/2024 9:17:00 PM by Deena McConnell |

⌄ **Message History**

On 6/3/2024 10:56:00 AM, Tricia Bledsoe wrote:
CC: Open-records@tamu.edu
**Subject:** Public Information Records :: J001330-041124
**Body:**
06/03/2024

RE: PUBLIC RECORDS REQUEST, Reference # J001330-041124

Dear Mr. JD Foster,
Please find uploaded additional documents responsive to your request that we are not seeking to withhold.

This information  is now available and can be obtained by visiting the **Public Records Online Portal** and logging in from the " My Request Center" tab.

Please note, the PO for Spence showing a $503, 055 charge for Patterson architects for design services is not accurate.  The $503, 055 is the total budget for the project.  As shown in the uploaded a spreadsheet, the $503, 055 total budget is broken down in the following categories:

Pre-design/pre-construction costs:    $600

Design costs:                                  $31, 250

Construction:                                                        $406, 950

Project Management:                                          $64, 255 (including $40, 400 contingency and $23, 955 SSC contract administration services)

Total:                                               $503, 055

Sincerely,

Tricia Bledsoe

Open Records Office

On 5/17/2024 5:16:02 PM, Tricia Bledsoe wrote:
CC: Open-records@tamu.edu
**Subject:** Public Information Records :: J001330-041124
**Body:**
05/17/2024

RE: PUBLIC RECORDS REQUEST, Reference # J001330-041124

Dear Mr. JD Foster,

Please find uploaded documents responsive to your request that we are not seeking to withhold.
This information  is now available and can be obtained by visiting the  Public Records Online Portal and logging in from the " My Request Center" tab.

Sincerely,

Tricia Bledsoe
Open Records Office

TAMU-0261

Date

On 5/8/2024 11:27:01 AM, JD Foster wrote:
TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: [openrecords@tamus.edu], [Open-records@tamu.edu]


To Whom it May Concern:

Please release the documents you are not seeking to redact or exclude from the response to the request while we wait for the AG to make a determination regarding the information and documents
you are seeking to redact or exclude. Please let me know how we can best facilitate that effort.

Thank You,

JD Foster

JD Foster
Managing Attorney
Foster Massengill, PLLC

CONFIDENTIALITY STATEMENT
This message, as well as any attached document, contains information, which may be confidential
and/or privileged or may contain attorney work product. If you have received this message in error, please delete all electronic copies of this message and its attachments, if any, without disclosing the contents, and notify the sender immediately.

NO SIGNATURE OR AGREEMENT
Unless expressly stated otherwise, nothing contained in this message should be construed as a
digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

From: Texas A&M University Public Records Support

Sent: Monday, May 6, 2024 2:51 PM
To: JD Foster
Cc: openrecords@tamus.edu; Open-records@tamu.edu
Subject: Public Information Records :: J001330-041124



Attachments:
Foster_J1330_552.107__552.110__552.1101.pdf
VENDOR_NOTICE_-_Foster__J001330-041124_.pdf


On 5/6/2024 2:51:00 PM, Melanie Burns wrote:
CC: openrecords@tamus.edu; Open-records@tamu.edu
**Subject:** Public Information Records :: J001330-041124
**Body: 05/06/2024**

**For Requestor: JD Foster (J001330-041124): REQUEST FOR OAG DECISION**

The Texas A& M University System is requesting a decision from the Office of the Attorney General of Texas regarding your open records request to Texas A& M University.  Attached is a copy of our correspondence being submitted today.

Thank you,

System Open Records

On 4/29/2024 3:39:00 PM, Melanie Burns wrote:
CC: openrecords@tamus.edu
**Subject:** Public Information Records :: J001330-041124
**Body: 04/29/2024**

**For Requestor: JD Foster (J001330-041124): REQUEST FOR OAG DECISION**

The Texas A& M University System is requesting a decision from the Office of the Attorney General of Texas regarding your open records request to Texas A& M University.  Attached is a copy of our correspondence being submitted today.

Thank you,

System Open Records

On 4/15/2024 12:51:02 PM, JD Foster wrote:
TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: [Open-records@tamu.edu]


Per your request, we are narrowing our requests to include the following date range: August 1, 2023 to present.

Please let us know if you have any questions or concerns.

Thank You,

JD Foster

JD Foster
Managing Attorney
Foster Massengill, PLLC



CONFIDENTIALITY STATEMENT
This message, as well as any attached document, contains information, which may be confidential
and/or privileged or may contain attorney work product. If you have received this message in error, please delete all electronic copies of this message and its attachments, if any, without disclosing the contents, and notify the sender immediately.

NO SIGNATURE OR AGREEMENT
Unless expressly stated otherwise, nothing contained in this message should be construed as a
digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

From: Texas A&M University Public Records Support

Sent: Friday, April 12, 2024 4:42 PM
To: JD Foster
Cc: Open-records@tamu.edu
Subject: Public Information Records :: J001330-041124

TAMU-0269

Date

On 4/12/2024 4:41:38 PM, Leslie Kacer wrote:

TAMU-0240

CC: Open-records@tamu.edu;
**Subject:** Public Information Records :: J001330-041124
**Body:**
April 12, 2024

RE: PUBLIC RECORDS REQUEST of April 11, 2024, Reference # J001330-041124

Dear JD Foster,

Texas A& M University received a public information request from you on April 11, 2024.  Your request mentioned:

*"From: JD Foster < jd@fostermassengill.com>*
*Sent: Thursday, April 11, 2024 1:09 PM*
*To: open-records@tamu.edu*
*Subject: Texas Open Records Act Request*

*To Whom it May Concern:*

*Please find attached my correspondence of even date.*

*Thank You,*

*JD Foster*

*JD Foster*
*Managing Attorney*
*Foster Massengill, PLLC*


*Please accept this letter as a formal request for documents or information pursuant to Section 552.001, et seq., of the Texas Open Records Act, Public Records Information, please produce the following documents:*

*1. All documents or other materials related to any ' bid plan' for any intended, planned, or ongoing project for the renovation of any bathroom/restroom facility located in the dorms utilized for housing the Corps of Cadets, commonly referred to as Spence Hall (Dorm 1), Kiest Hall (Dorm 2), Briggs Hall (Dorm 3), Fountain Hall (Dorm 4), Gainer Hall (Dorm 5), Lacy Hall (Dorm 6), Leonard Hall (Dorm 7), Harrell Hall (Dorm 8), Whitely Hall (Dorm 9), White Hall (Dorm 10), Harrington Hall (Dorm 11), Utay Hall (Dorm 12).*

*2. Any and all contracts or agreements of any kind relating to any intended, planned, or ongoing project for the renovation of any bathroom/restroom facility located in the dorms utilized for housing the Corps of Cadets, commonly referred to as Spence Hall (Dorm 1), Kiest Hall (Dorm 2), Briggs Hall (Dorm 3), Fountain Hall (Dorm 4), Gainer Hall (Dorm 5), Lacy Hall (Dorm 6), Leonard Hall (Dorm 7), Harrell Hall (Dorm 8), Whitely Hall (Dorm 9), White Hall (Dorm 10), Harrington Hall (Dorm 11), Utay Hall (Dorm 12).*

*3. All documents relating to or evidencing any estimate for or actual costs relating to any intended, planned, or ongoing project for the renovation of any bathroom/restroom facility located in the dorms utilized for housing the Corps of Cadets, commonly referred to as Spence Hall (Dorm 1), Kiest Hall (Dorm 2), Briggs Hall (Dorm 3), Fountain Hall (Dorm 4), Gainer Hall (Dorm 5), Lacy Hall (Dorm 6), Leonard Hall (Dorm 7), Harrell Hall (Dorm 8), Whitely Hall (Dorm 9), White Hall (Dorm 10), Harrington Hall (Dorm 11), Utay Hall (Dorm 12).*

*4. All plans, mock-ups, proposals, floor-plans, depictions, or other similar documents relating to any*

TAMU-0245

*intended, planned, or ongoing project for the renovation of any bathroom/restroom facility located in the dorms utilized for housing the Corps of Cadets, commonly referred to as Spence Hall (Dorm 1), Kiest Hall (Dorm 2), Briggs Hall (Dorm 3), Fountain Hall (Dorm 4), Gainer Hall (Dorm 5), Lacy Hall (Dorm 6), Leonard Hall (Dorm 7), Harrell Hall (Dorm 8), Whitely Hall (Dorm 9), White Hall (Dorm 10), Harrington Hall (Dorm 11), Utay Hall (Dorm 12).*

*5. Any and all documents exploring, discussing, or otherwise related to the effect such renovations may have on housing capacity or other effects on the existing use(s) of such dorms relating to any intended, planned, or ongoing project for the renovation of any bathroom/restroom facility located in the dorms utilized for housing the Corps of Cadets, commonly referred to as Spence Hall (Dorm 1), Kiest Hall (Dorm 2), Briggs Hall (Dorm 3), Fountain Hall (Dorm 4), Gainer Hall (Dorm 5), Lacy Hall (Dorm 6), Leonard Hall (Dorm 7), Harrell Hall (Dorm 8), Whitely Hall (Dorm 9), White Hall (Dorm 10), Harrington Hall (Dorm 11), Utay Hall (Dorm 12).*

*6. Any and all communications between any employee or University officials within the Office of the President, Office of the Vice President for Student Affairs, Office of the Commandant, and/or Office of the General Counsel relating to any intended, planned, or ongoing project for the renovation of any bathroom/restroom facility located in the dorms utilized for housing the Corps of Cadets, commonly referred to as Spence Hall (Dorm 1), Kiest Hall (Dorm 2), Briggs Hall (Dorm 3), Fountain Hall (Dorm 4), Gainer Hall (Dorm 5), Lacy Hall (Dorm 6), Leonard Hall (Dorm 7), Harrell Hall (Dorm 8), Whitely Hall (Dorm 9), White Hall (Dorm 10), Harrington Hall (Dorm 11), Utay Hall (Dorm 12). (Such communications should include emails, text messages, other forms of electronic or digital communication, traditional correspondence and letters, interoffice and intraoffice memoranda, and other forms of written communication.)*

*7. Any and all communications between any employee or University officials within the Office of the President, Office of the Vice President for Student Affairs, Office of the Commandant, and/or Office of the General Counsel and any third-party relating to any intended, planned, or ongoing project for the renovation of any bathroom/restroom facility located in the dorms utilized for housing the Corps of Cadets, commonly referred to as Spence Hall (Dorm 1), Kiest Hall (Dorm 2), Briggs Hall (Dorm 3), Fountain Hall (Dorm 4), Gainer Hall (Dorm 5), Lacy Hall (Dorm 6), Leonard Hall (Dorm 7), Harrell Hall (Dorm 8), Whitely Hall (Dorm 9), White Hall (Dorm 10), Harrington Hall (Dorm 11), Utay Hall (Dorm 12). (Such communications should include emails, text messages, other forms of electronic or digital communication, traditional correspondence and letters, interoffice and intraoffice memoranda, and other forms of written communication.)*

*8. Any and all documents pertaining to Diversity, Equity, and Inclusion (commonly, " DEI" ) and/or Texas Senate Bill 17 (commonly, " SB17" ), including but not limited to communications between any employee or University officials within the Office of the President, Office of the Vice President for Student Affairs, Office of the Commandant, and/or Office of the General Counsel and/or impact studies or equivalent documents, relating to any intended, planned, or ongoing project for the renovation of any bathroom/restroom facility located in the dorms utilized for housing the Corps of Cadets, commonly referred to as Spence Hall (Dorm 1), Kiest Hall (Dorm 2), Briggs Hall (Dorm 3), Fountain Hall (Dorm 4), Gainer Hall (Dorm 5), Lacy Hall (Dorm 6), Leonard Hall (Dorm 7), Harrell Hall (Dorm 8), Whitely Hall (Dorm 9), White Hall (Dorm 10), Harrington Hall (Dorm 11), Utay Hall (Dorm 12). (Such communications should include emails, text messages, other forms of electronic or digital communication, traditional correspondence and letters, interoffice and intraoffice memoranda, and other forms of written communication.)"</jd@fostermassengill.com>*

Our office is unable to conduct a search for Items 1 through 8. Therefore, we are requesting that you narrow your request by providing us with a date range, so that we can better assist you with your request.

Date

As provided by section 552.222(d) of the Texas Public Information Act, your request will be considered withdrawn if we do not receive a response from you by the 61st day after the date of this request for clarification/narrowing

Sincerely,

Leslie Kacer
Open Records Office

On 4/11/2024 1:54:01 PM, JD Foster wrote:
TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: [Open-records@tamu.edu]


Ms. Kacer:

Please find my responses below:
 Statement #1. No.Statement #2. No.


Please let me know if you have any questions or concerns.


Thank You,

JD Foster

JD Foster
Managing Attorney
Foster Massengill, PLLC

CONFIDENTIALITY STATEMENT
This message, as well as any attached document, contains information, which may be confidential and/or privileged or may contain attorney work product. If you have received this message in error, please delete all electronic copies of this message and its attachments, if any, without disclosing the contents, and notify the sender immediately.

NO SIGNATURE OR AGREEMENT
Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

From: Texas A&M University Public Records Support

Sent: Thursday, April 11, 2024 1:44 PM
To: JD Foster
Cc: Open-records@tamu.edu
Subject: Public Information Records :: J001330-041124

Date

On 4/11/2024 1:44:03 PM, Leslie Kacer wrote:
CC: Open-records@tamu.edu
**Subject:** Public Information Records :: J001330-041124
**Body:**

April 11, 2024

JD FOSTER (J001330-041124): REQUEST FOR CLARIFICATION/NARROWING; REDACTION RESPONSES REQUESTED

There are now 2 statements regarding mandatory exceptions and discretionary exceptions you need to select for your open records request. These questions are derived from a form developed by the Office of the Attorney General, dated 10/01/19. Please select " yes" or " no" in regards to these 2 exception questions for your open records request. Selecting " yes" will allow the university to expedite your request by avoiding the necessity of seeking a decision from the Office of the Attorney General.

Statement #1:
Do you agree to the redaction of information that is subject to mandatory exceptions, provided such redactions are clearly labeled on information you receive? (Yes or No)

Statement #2:
Do you agree to the redaction of information that is subject to discretionary exceptions, provided such redactions are clearly labeled on information you receive? (Yes or No)

Note: This is a request for clarification/narrowing of your request. Section 552.222 provides that a request for information is considered withdrawn if the requestor does not respond in writing to a governmental body's written request for clarification or additional information within 61 days.

Sincerely,

Leslie Kacer
Open Records Office

On 4/11/2024 1:30:30 PM, System Generated Message:
**Subject:** Texas A&M University Public Information Request :: J001330-041124
**Body:**
Dear JD Foster:

We received your public information request for **Texas A&M University**.  Your request was given the **reference number J001330-041124** for tracking purposes.  Please refer to this number when making inquiries about your request.

You can monitor the progress of your request at the link below and you'll receive an email when your request has been completed.

Thank you for your interest in **Texas A&M University**.


To monitor the progress or update this request please log into the Public Records Center.

On 4/11/2024 1:30:29 PM, Leslie Kacer wrote:
Request was created by staff

## ⌄ Request Details

| | |
|---|---|
| Reference No: | J001330-041124 |
| Created By: | Leslie Kacer |
| Create Date: | 4/11/2024 8:00 AM |
| Update Date: | 6/3/2024 10:45 AM |

TAMU-0248

Completed/Closed:          No

Required Completion Date:   Paused


Status:                    OAG decision requested

Priority:                  Medium

Assigned Dept:             TAMU_Open Records

Assigned Staff:            Open Records University


Customer Name:             JD Foster

Email Address:             jd@fostermassengill.com

Phone:

Group:                     TAMU


Source:                    Email

TAMU-0349

EXHIBIT

18

Spring 2024

- WG#2 has not met as a complete group since late December.
- Dave Kelley developed the curriculum overlay for weekly Commandant instruction and SOMS 181/281 integration (see attachment; SOMS 181-281 KSA Curriculum overlay)
- Sub-group w/ Col Parker as lead has started developing case studies that incorporate the leadership topics for use in SOMS class discussions (see samples attached: Management v. Leadership; Values-based Leadership; Bases of Power)
- Contacted Shanna and Jason at Rudder Theater Complex to reserve the Auditorium/Theater for specified dates
  - o No conflicts identified at this time
  - o ~$1200 per week to use Rudder Mon/Fri mornings
  - o Rudder has not confirmed availability; awaiting a response to email sent Friday, 12 Jan
  - o Recommendation:  Commandant kicks off first session on 5 Feb 24
    - ▪ Audience:  Freshmen and Sophomores
    - ▪ Alternate Audience:  Whole Corps?
- Certification:
  - o Still wrestling with how to integrate SOMS, outfit preparation training, certification task force personnel
    - ▪ Timeline for certification
      - • Spring semester
      - • Refresh during Zero Weeks (formerly cadre training/FOW)
      - • Fall semester remediation
    - ▪ Spring preparation training
      - • Minor unit vice outfit training?
    - ▪ Certification task force
      - • OOC staff only or do we augment with cadet leadership who are "trusted agents?"

Meredith,
Here are the highlights from our latest WG meeting.

1. WG focus this semester has been on establishing timeline of Leadership Foundation classes and developing related instruction (case studies) for SOMS curriculum. WG members have been tasked with developing case studies for all Leadership Foundation material. Some are pending refinement of TLOs and ELOs.
2. Instructor certification process is ongoing.
   a. Will require augmentation with cadet evaluators (likely vetted seniors, maybe some juniors) to achieve appropriate throughput during zero week.
   b. Pool of available evaluators is dependent upon which cadets remain after sourcing cadre for Freshman Orientation.
3. We still need to nail down the available time for training in zero week (previously "FOW").
   a. Focus of zero week will be assessment of skills and practical application.
   b. We assume (need to confirm) we won't have sophomores check in until after the completion of Summer exams (8 Aug). Due to parents' work schedules, it may be best to have the bulk check in over the weekend (10-11 Aug) and begin training on 12 Aug; however, that only gives us one week prior to the start of classes. Also, we will need to deconflict with arrival/check-in of the freshmen.
   c. Remediation will continue into Phase I for cadets who can't/don't certify in zero week.

v/r,
Byron

**LtCol Byron L. Schlather '93, USMC (Ret)** | Deputy, Corps Operations
Office of the Commandant | Division of Student Affairs | Texas A&M University
1227 TAMU | College Station, TX 77843-1227

ph: 979.458.8458 | bschlather@corps.tamu.edu | corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**CORPS OF CADETS** | We Make Leaders

**From:** Simpson, Meredith M <msimpson@corps.tamu.edu>
**Sent:** Monday, February 12, 2024 11:57 AM
**To:** LeVan, Sherri Jean <slevan@corps.tamu.edu>; Schlather, Byron L <bschlather@corps.tamu.edu>
**Subject:** WG Updates

Morning,

We plan to share WG updates tomorrow at the staff meeting. Sherri, you'll already be there and I think I have the most recent info from the PPT. If there is something else, please let me know.

Byron, can you plan to attend at 0930 tomorrow and share any decision points/requests today as a read ahead for the CMDT?

Thanks!

**Meredith Simpson**
Chief of Staff
Office of the Commandant | Corps of Cadets
1227 TAMU | College Station, TX 77843-1227
ph: 979.845.2811 | msimpson@tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY**

**Class of 2027 (Freshman-to-Sophomore)**
**Spring 2024 Notional curriculum concept**

| CMDT Training Time | CMDT out | Intro/Kickoff "Why" behind these sessions (Combined session) | Historical Approaches "Great Man" Theory Trait Theory Behavioral Theories | Transactional Leadership | Situational Theories | Transform-ational Leadership | | Primal Leadership (Emotional Intelligence) | Ethical Leadership | CMDT out | Coaching skills & techniques | Disciplined habits Growth Mindset | Honorable Living | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **22 Jan** | **29 Jan** | **5 Feb** | **12 Feb** | **19 Feb** | **26 Feb** | **4 Mar** | **11 Mar** | **18 Mar** | **25 Mar** | **1 Apr** | **8 Apr** | **15 Apr** | **22 Apr** | **29 Apr** |
| **(MON)** | Leadership theories and major concepts | | | | | | **Spr Brk** | **Theory & concepts (continued)** | | | **Coaching & Development** | | | |

| SOMS 181 Course Overview | Leadership vs Management | Bases of Power | Case studies & application Historical approaches | Case studies & application Transactional Leadership | Case studies & application Situational Theories | Case studies & application Transform-ational Leadership | | Case studies & application Primal Leadership | Case studies & application Ethical Leadership | Personal application of Resiliency & Health concepts | Conduct a counseling session Instruct & evaluate drill Conduct inspections | Case studies & application Disciplined Habits Growth Mindset | Live in accordance with Core Values Respect & appreciate diverse perspectives | End of course Evaluations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1** | **2** | **3** | **4** | **5** | **6** | **7** | **Spr Brk** | **8** | **9** | **10** | **11** | **12** | **13** | **14** |
| **SOMS 181** | **Application of Leadership Theories** | | | | | | | **Application (continued)** | | **Resiliency/ Health** | **Coaching & Development** | | | |

# Class of 2026 (Sophomore-to-Junior)
## Spring 2024 Notional curriculum concept

| CMDT Training Time | 26 Jan | 2 Feb | 5 Feb | 16 Feb | 23 Feb | 1 Mar | 8 Mar | 15 Mar | 22 Mar | READING DAY | 5 Apr | 12 Apr | 19 Apr | 26 Apr | 3 May |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CMDT OUT | Intro/Kickoff "Why" behind these sessions (Combined session) | Servant leadership | Strengths Theory | Leverage Strengths for team effectiveness | Growing strengths in self & others | | | Intro to Constraint Theory | Reading Day | Creating constraint growth goals & action plan | Developing others: Team leadership | Developing others: Motivation Theory | Cultivating Ethical Norms | |
| (FRI) | | Authentic Leadership | | | Strengths Theory & Development | | | Spr Brk | Constraint Theory & Mitigation | | | Team Leadership | | | |

| SOMS 281 Course Overview | Week 1 | 2 | 3 | 4 | 5 | 6 | 7 | | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Intro to Authentic leadership (True North) | Authentic leadership  My leadership journey | Values clarification  Connection between authenticity, values, & resiliency | *Personal application:*  Servant leadership  Leveraging authority for benefit of those under that authority | *Personal application:*  Strengths Assessment  Self Awareness | *Personal application:*  Respect & appreciate strengths in others  Leverage strengths for team effectiveness | | | *Personal application:*  Growing strengths in self & others  Empower others | *Personal application:*  Constraint Assessment | *Personal application:*  Constraint mitigation | *Practical application:*  Create constraint growth goals & action plan (growth mindset) | *Practical application:*  Establishing team goals & accountability  Team leadership  "I" to "We" | *Practical application:*  Developing new leaders  Enforcing standards  Motivating others | End of course Evaluations |
| SOMS 281 | Authentic Leadership | | | | | Strengths Theory & Development | | Spring Break | Strengths (cont) | Constraint Theory & Mitigation | | | Team Leadership | | |

TAMU 0570

SOMS 181 Case Study

Leadership vs Management

Fitness Fanatics or Frisbee Friday

**Abstract**

Cadets face a choice of what type of activity to schedule for unit training time. This is the last training time before Cadet Challenge, and winning the competition is an outfit goal. Interpersonal tensions about priorities have been on the rise at the competition approaches. The case provides two dissenting opinions which represent aspects of management and leadership.

**Learning Outcomes**

1. Demonstrate proficiency of selected competencies essential for leadership performance at the basic level
    a. Contrast aspects of management and leadership
    b. Describe positive aspects of both management and leadership
2. Develop and enhance supervisory, motivational and supporting skills
    a. Assess contributing factors to organizational climate
    b. Identify sources of motivation
3. Develop and enhance counseling techniques
    a. N/A
4. Develop and enhance effective instructional techniques for Performance Oriented Training
    a. N/A

**Discussion**

Questions for in-class discussion and related considerations to follow.

1. Which senior would you say is more of a manager than a leader? And, why? Try to describe the cadets' comments by what they did save rather than what they didn't do. First focus on management.

Cadet Arentz talked about the process to achieve the goal. Managers are focused on process.

He collected data along the way, showing progress and comparison to other outfits. Managers collect and use facts to make decisions.

He wanted to improve the chances of reaching the goal of winning the competition by continuing along the same pattern of progress with the same type of focused training time. Managers use proven methods and seek to minimize risk.

2. Which senior would you say is more of a leader than a manager? And, why? Try to describe the cadets' comments by what they did save rather than what they didn't do. First focus on management.

Cadet Barbay wanted to take a different approach in the last training time to achieve the goal. Leaders are willing to try new methods.

He sensed the members of the outfit were stressed and tensions about the competition were building. Leaders take interest in attitudes, not just outcomes.

He wanted to re-focus the members of the outfit camaraderie and pride in the outfit. Leaders seek to motivate followers.

3.  Is either approach to the final training time completely wrong?

Neither approach is completely wrong. Each has its own merits and risks.

Breaking up into competition groups is likely to garner some incremental gain and additional points in the competition. It does not address the building tensions about priorities and could risk the conflict blowing up more publicly.

Playing ultimate frisbee could restore esprit de corps among the outfit. The session would need some introductory comments to explain the reasoning behind the departure from the norm. Frisbee has a higher risk of injury. It also forgoes an opportunity for incremental gain in preparedness toward a higher point total. With the right framing, this session could provide an additional measure of motivation to the competitors, which would produce more points.

4.  Will a team-focused event for training time provide the desired motivation for better performance in the competition?

A sense of belonging and teamwork is a common source of motivation. However, Individuals are motivated by different things. Competition itself can be a source of motivation, and some members would likely rather have an event-focused practice session.

5.  If you were making the decision, what would you schedule for the last training time?

There is no wrong answer here. Cadets may choose one of the two proposed options or develop their own.

**Case Progression [optional]**

The following progressions can be added to the case to extend learning opportunities based on available time.

1.  Now that you've decided, the activity for the training time, deliver opening comments for the outfit at the beginning of the training time.

Draw out comments that provide reasoning for the choice, motivation to members, and focus on the outfit goal.

2.  One of the unit's best athletes gets hurt playing frisbee and can't compete in Cadet Challenge. As the leader that made the decision, what do you say to the members of the unit.

Draw out comments that acknowledge risks, provide new motivation to members, and focuses on the outfit goal.

**Teaching Strategies [optional]**

Author:  Col Kevin Parker          Original Date:  28 Dec 2023          Last updated:  28 Dec 2023

Instructors may ask all students to choose which option they prefer without revealing it to the group at first. Then, using a show of hands, the students can be divided into two groups to debate the merits and risks of each option.

**References**

Zaleznik, Abraham. "Managers and Leaders: Are They Different." Harvard Business Review, January 2004. https://hbr.org/2004/01/managers-and-leaders-are-they-different#:~:text=The%20distinction%20is%20simply%20between,and%20decisions%20mean%20to%20participants..

SOMS 181 Case Study

Leadership vs Management

Fitness Fanatics or Frisbee Friday

**Scenario**

There is one scheduled training time left before this year's Cadet Challenge, the annual fitness competition between outfits. Because winning the competition is an outfit goal, most of the scheduled training times have been spent preparing for the event. Some of the other typical uses for training time have been set aside during this period, causing several upperclassmen to question if the outfit is too focused on Cadet Challenge at the expense of other interests. Discussions over priorities have been limited to a few people within each class and not public, but they were well known enough to have created some tension. Two seniors in the same outfit are planning how to use their last training time.

Senior Arentz says, "With one more training session focused on the specific events in the challenge, I think we just might win this thing. We've been working on it for over a month, and each time we've used a scheduled training time to focus our competitors on their specific events, we raise our total score by 5 points. In our practice last week, we scored the same as the winning overall score last year. I think it's important we stay focused on improving our score, because I know other outfits are working hard to win too. We should split up into groups so our competitors can maximize their time on their specific events."

Senior Barbay replies, "I don't think one more practice is going to make or break us. Everyone has been working so hard on this, especially on their own time. We know we're competitive to win the whole thing, but we should get everyone's mind off the competition for a bit. We should play ultimate frisbee to blow off some steam. Besides, that puts us all together, reminding us we're all in this together. We'll compete in Cadet Challenge as individuals and small teams, but we'll win as an outfit, so we should spend our last training time as an outfit. Surely, that extra team motivation will drive a few more points."

Author:  Col Kevin Parker          Original Date:  28 Dec 2023          Last updated:  28 Dec 2023

TAMU-0254

**Abstract**

An outfit has a fish who has not learned a single campusology over the first several weeks of the fall semester. He has fallen so far behind his pers, there may not be time left for him to earn his Corps Brass with his buddies unless something changes soon. The Platoon Sergeant responsible for this freshman's training pulls her sophomore Fire Team Leaders aside to brainstorm ideas on how to effectively change the fish's behavior. They provide diverse opinions, each based on a different basis of power.

**Learning Outcomes**

1. Demonstrate proficiency of selected competencies essential for leadership performance at the basic level
   a. Identify and describe each basis of power.
   b. Choose and justify a recommended basis of power to handle a challenging leadership scenario.
2. Develop and enhance supervisory, motivational and supporting skills
   a. Articulate the utility and limits of each basis of power.
3. Develop and enhance counseling techniques
   a. N/A
4. Develop and enhance effective instructional techniques for Performance Oriented Training
   a. N/A

**Discussion**

Questions for in-class discussion and related considerations to follow.

1. Pick one of the sophomore's inputs. It does not have to be one you agree with.
   a. Tell which basis of power this input represents. Why you think so?
   b. What are the strengths of this approach?
   c. What are the limitations of this approach?

Sophomore Cadet Oles: Reward Power

Let's try positive reinforcement by giving him something good when he learns a campo. You could give him junior privileges for the day when he says his first memorized campo correctly. Then, repeat that every time he says a new perfectly.

   a. Why? It offers a reward for the desired behavior.
   b. Strengths? It can provide motivation for changed behavior to receive the reward. A day with junior privileges is a very attractive reward for a fish. Effective for behaviors that will be observable, so the performance can be noticed and rewarded.
   c. Limits? It is not effective for behaviors that won't always be observable by the rewarder (e.g., staying awake in class). So, the subordinate may only act in desirable ways when being observed and may not create lasting, intrinsic change. Rewards are not effective if they are not achievable (for impossible tasks) or aren't valued by the subordinate. If a reward is promised and not delivered, the supervisor loses credibility, gains resentment, and the behavior change will cease. Offering a full day of junior privileges for each campusology would be unsustainable without

TAMFUx-0859

risking other tasks the fish likely needs to learn and practice. It also may create resentment from his peers who fulfilled their responsibilities without getting similar rewards.

Sophomore Cadet Taylor: Coercive Power

Let's make it painful for him to not know his campos by adding some negative consequence every time he can't recite them. We can have him doing pushups the whole time during every formation. And if that doesn't work after a week, then we can tell him we'll take his car keys away.

a. Why? It creates an expectation of punishment if the desire behavior isn't performed.
b. Strengths? It can produce desired behavior when subordinate is under observation and believes performing desired behavior will likely avoid a punishment they don't want to endure. The subordinate's perception of the severity of punishment and probability of receiving it both matter.
c. Limits? If the expected punishment is viewed as too light, it will not be coercive, because the subordinate may choose to endure it rather than perform the desired behavior. If the subordinate believes there is no way to avoid the punishment no matter what they do, they will not bother attempting the desired behavior. If the punishment is too severe (take car keys), it will build resentment in the subordinate. Repeated use of coercive power decreases attraction by the subordinate. In a voluntary organization, the use of coercive power on subordinates who lack commitment always risks the subordinate leaving the organization to avoid punishment or the threat of punishment.

Sophomore Cadet Zimpelman: Legitimate Power

Let's start by making the expectation very clear from someone in authority. Have the commanding officer order him directly to learn two campos by the end of every week. When I was a fish last year, that would have given me the motivation to do anything.

a. Why? It leverages the belief that someone has the authority, right or credibility to state what others ought to do and the subordinate feels an obligation to comply.
b. Strengths?  It can produce desired behavior when the subordinate is fully committed to the organization. Deliberate onboarding that emphasizes the structure, roles, and authorities to establish legitimate authority can set initial expectations of compliance.
c. Limits?  Onboarding expectations of compliance fade over time based on the subordinate's observations and experience, which become a greater influence on their belief in actual legitimacy and willingness to accept influence. The value of legitimate power relies on the subordinate's perception of its legitimacy, so their experience determines if the power grows or fades. Use of legitimate power must remain within the understood job description of the authority. Use beyond the limits of its intended bounds (abuse of authority) undercuts legitimate power. If the subordinate does not believe in the legitimacy of the organization's "system" (roles, authorities, obligations), then there is no legitimate power. A risk here is the subordinate's view that all cadets are just college students and basically the same with no actual power to dictate or influence behavior of another.

Sophomore Cadet Simmons: Referent Power

TAMUX-0250

Let's try to leverage his desire to be a member of the Corps. You could talk to him one-on-one and make him realize some facts. First, he obviously wants to be in the Corps, because he signed up and he's still here. Second, learning campos is part of being in the Corps. We can't fulfill our role as Keepers of the Sprit if we don't' know A&M's traditions. He seems to have a lot of respect for you, so I think he'll respond to those facts coming from you.

    a. Why? It is based on using the subordinate's desire to be associated with the organization or another person.

    b. Strengths? It will induce a subordinate to believe, think, and act like a member of the organization. If the subordinate wants to be a member and believes that all members perform a certain behavior, then they will want to perform the same behavior. If the subordinate is attracted to another person (not romantically—more in the sense of respecting, wanting to be their friend, or wanting to be like them), they will want to perform behaviors like the other or act in ways that gain favor with the other.

    c. Limits? The degree of influence by referent power is solely based on the perception of the subordinate in how much they want to be associated with something or someone. Since this perception cannot be fully known, relying on referent power can come up hollow and not change behavior. The subordinate must be fully committed to wanting to remain a member of the organization. With referent power of an individual, the person the subordinate is attracted to may not even be aware of their influence, the lengths subordinates may go to win favor, and the acts subordinates believe are favored—so upperclassmen need to be careful and attentive.

Sophomore Cadet Campbell: Expert Power

I'd like to have a chance to coach him on a few techniques I used to learn my campos last year. The fish all know I have them memorized the best, because if their wording is a little off, I catch them when others don't.  And, you always use me as an example to recite them in training. I think I can show him the way of the "Campo Master."

    a. Why? It is based on the subordinates' perception of expertise compared their own knowledge.

    b. Strengths? It can encourage changed behavior by providing opportunity for influence as the subordinate respects the expertise and is willing to listen and mimic it.

    c. Limits? Expert power is limited in influence only over areas where expertise is recognized. Attempting to influence in areas beyond the expertise can undermine confidence. So, the sophomore should not try to expand the campusology coaching to also coach the freshman on math if they are getting Cs while the fish gets As.

2. What rewards might be appropriate in this scenario?

Verbal praise may be appropriate. Never underestimate the value of telling a subordinate, "Good job." Verbal praise can be more effective in done in front of others. Privileges for a more limited time without a promise for the same on each successive campusology might be effective. Consider fairness in distributing rewards across the other freshmen.

3. What punishments might be appropriate in this scenario?

3

A set of push-ups might be appropriate to get the fish's attention and make sure he knows you're serious about him meeting the standard, but it won't help him directly in learning campusologies. So, verbal feedback may be just as effective. Taking away a privilege might provide a new incentive, but it must be one the freshman cares about and given back once the freshman complies.

4. Are you limited in strictly using only one basis of power in this or any scenario?

No. Depending on the situation, consider and use approaches that leverage any of the bases of power, including any combination of them.

5. If the Platoon Sergeant asked you what she should do, what would you recommend?

Within reasonable limits, there is no wrong answer here. Cadets may choose variations of the proposed options or develop their own.

**Case Progression [optional]**

The following progressions can be added to the case to extend learning opportunities based on available time.

1. What happens if your chosen method doesn't work? Is the situation recoverable? What else could you try?

2. How might the other freshmen react to your chosen approach?

**Teaching Strategies [optional]**

Instructors may ask all students to choose which basis of power prefer without revealing it to the group at first. Then, using a show of hands, the students can be divided into groups to debate the merits and risks of each option.

**References**

French, Johan and Raven, Bertram, "The Bases of Social Power" in Cartwright, D (ed.), *Studies in Social Power*. Ann Arbor, MI: University of Michigan, 1959, 150-167.

TAMUS-0288

Bases of Power

Campo No-go

**Scenario**

After the first several weeks of the fall semester, Fish Jones has not learned a single campusology. He has fallen so far behind his pers, there may not be time left for him to earn his Corps Brass with his buddies unless something changes soon. The Platoon Sergeant responsible for his training pulls her sophomore Fire Team Leaders aside to brainstorm ideas on how to effectively change the fish's behavior. They provide diverse opinions, each based on a different basis of power.

Sophomore Cadet Oles: Let's try positive reinforcement by giving him something good when he learns a campo. You could give him junior privileges for the day when he says his first memorized campo correctly. Then, repeat that every time he says a new perfectly.

Sophomore Cadet Taylor: Let's make it painful for him to not know his campos by adding some negative consequence every time he can't recite them. We can have him doing pushups the whole time during every formation. And if that doesn't work after a week, then we can tell him we'll take his car keys away.

Sophomore Cadet Zimpelman: Let's start by making the expectation very clear from someone in authority. Have the commanding officer order him directly to learn two campos by the end of every week. When I was a fish last year, that would have given me the motivation to do anything.

Sophomore Cadet Simmons: Let's try to leverage his desire to be a member of the Corps. You could talk to him one-on-one and make him realize some facts. First, he obviously wants to be in the Corps, because he signed up and he's still here. Second, learning campos is part of being in the Corps. We can't fulfill our role as Keepers of the Sprit if we don't' know A&M's traditions. He seems to have a lot of respect for you, so I think he'll respond to those facts coming from you.

Sophomore Cadet Campbell: I'd like to have a chance to coach him on a few techniques I used to learn my compos last year. The fish all know I have them memorized the best, because if their wording is a little off, I catch them when others don't.  And, you always use me as an example to recite them in training. I think I can show him the way of the "Campo Master."

TAMUX-0259

SOMS 281 Case Study

Values Based Leadership

Loyal Wingman

**Abstract**

A cadet, with his drunk roommate on Northgate, is faced with the decision to abandon him and make it back by curfew or miss curfew to make sure the roommate gets home safely.

**Learning Outcomes**

1.  Understand, recognize, and apply intentional leadership terms and functions to leadership case studies.
    a.  Identify relevant values in a leadership case study.
2.  Given a leadership case study (1) analyze the leadership issues present in the case, (2) critically evaluate potential courses of action, (3) generate values-based solutions, and (4) develop intentional plans to implement solutions.
    a.  Analyze conflicting loyalties in a case study.
    b.  Develop intentional plans to implement solutions that demonstrate behavior consistent with values.

**Discussion**

Questions for in-class discussion and related considerations to follow.

1.  Considering values based leadership, what values should you consider in deciding what to do?

Loyalty. This should be one of the prime drivers of discussion in this case. Loyalty to who or what? Loyalty can be to the chain of command that ordered the curfew. Loyalty can be to the roommate to ensure he gets home safely, because it does not appear he can do that on his own. Loyalty can be to the Corps to obey orders but also to avoid the roommate getting in an incident that would reflect poorly on the Corps.

Courage. The ability to face fear, danger, or adversity; both physical and moral courage. Missing curfew will likely have consequences, but facing them to do what one thinks is right takes moral courage.

Selfless Service. The desire and ability to put others before self, making personal sacrifices to better the Corps of Cadets, the University, the State, and the Nation. Risking the personal consequences of missing curfew may be in the best interest of the Corps.

Discipline. Striving for excellence by holding yourself and others accountable to a higher standard. Making the ordered curfew takes discipline. Holding yourself to that standard requires personal sacrifice, because one might rather spend more time out on the town.

2.  Some may be tempted to leave the roommate and go home now, thinking he created the situation on his own so now has to deal with on his own. If you leave him alone knowing it's a risk to his personal safety, what does that say about your sense of honor, defined as "An unwavering commitment to sound moral values and strong character"?

TAMUxC286

3. How are the multiple potential loyalties—to the chain of command, the roommate, and the Corps—in conflict with each other? Looking at each loyalty individually, what would each tell you to do?

Being loyal to the chain of command means going home now. Being loyal to the roommate means staying to make sure he gets home safely. Being loyal to the Corps could mean staying or going.

4. What is the riskiest outcome, and how does the risk affect your decision?

Missing curfew risks demerits or at worst a restricted weekend. Leaving the roommate alone risks he gets in a fight, arrested, or hurt trying to get home.

This will drive most cadets to choose to stay with the roommate and risk punishment. Calling or texting the outfit commanding officer may be an option to mitigate the consequences of missing curfew but it also risks the roommate getting in bigger trouble for being publicly intoxicated.

5. Either tonight or in the morning, do you plan notify the outfit commanding officer?

Notifying the outfit commanding officer may mean you get in trouble for missing curfew even if you did it for good reason. It also risks the roommate getting in bigger trouble for being publicly intoxicated. It's possible someone else saw you and will report the curfew violation. Bad news does not get better with time. It is also usually better to admit fault yourself rather than be seen as trying to omit or hide something.

6. Is reporting the incident being disloyal to your roommate?

It is not being disloyal to your roommate. It is honoring a higher-order loyalty to the Corps and the chain of command. The loyalty to your roommate took precedence due to the immediate nature of the situation but does not override the loyalty to the Corps or chain of command once the urgency has passed. Unless the action is purely self-serving, it should not be seen as disloyal. In the light of day, the roommate should see that he put you in a bad situation.

**Case Progression [optional]**

Thia case can be paired with another that emphasizes following orders even when it's unpleasant. This progression, with values-based decisions that point to different outcomes, will challenge cadets to think through the layers of loyalties and values.

**Teaching Strategies [optional]**

Role play. Students can be assigned to play roles in real time to act out the scenario and their reactions. Possible roles include: main actor, roommate, bystander, and commanding officer.

**References [optional]**

Corps of Cadets. The Standard. August 2023.

Chapter 50, paragraph 1.d:

> Cadets who are 21 years old or older and publicly intoxicated, on or off the university campus, will be charged with violating University Student Rules. This rule also applies to cadets, who

TAMUX-0265

allow, provide, or do not attempt to stop a cadet under the age of 21 from drinking, on and off campus.

Chapter 1, paragraph 5:

CADET VALUES

Our values reflect what we hold to be important and guide our daily lives, especially our relationships with others. Our values shape the environment in which we live, study, and develop our leadership skills. Our Cadet Values are:

a. Honor.  An unwavering commitment to sound moral values and strong character.
b. Integrity.  The honesty and moral courage to always defend and do what is right.
c. Discipline.  Striving for excellence by holding yourself and others accountable to a higher standard.
d. Courage.  The ability to face fear, danger, or adversity; both physical and moral courage.
e. Respect.  Maintaining an environment that ensures all persons are treated with fairness and dignity.
f. Selfless Service.  The desire and ability to put others before self, making personal sacrifices to better the Corps of Cadets, the University, the State, and the Nation.

Texas A&M University website. https://www.tamu.edu/about/purpose-values.html (accessed 7 January 2024).

**Core Values.**  Our core values unify our current and former students, faculty and staff. They are guideposts we live by and show in our words and deeds. We are a community of problem-solvers, scholars and creators with a service mission.
**Excellence.**  Having an unwavering desire and commitment to do one's best academically and in all other aspects of life.
**Integrity.**  Doing the right things regardless of the circumstances or personal consequences.
**Leadership.**  Inspiring others to follow due to the strength, integrity and benevolence of one's character.
**Loyalty.**  Being dedicated to our nation, state, university, families and those institutions and values we hold dearest.
**Respect.**  Earning favor through the consistent dignity and merit of one's character.
**Selfless Service.**  Providing one's time, talents or resources for the greater good without regard for personal gain or recognition.

Coleman, Stephen. "Professional Ethics, Duties, and Obligations." In Military Ethics: An Introduction with Case Studies. Oxford: Oxford University Press, 2013. 45-46.

SOMS 281 Case Study

Values Based Leadership

Loyal Wingman

**Scenario**

Since Saturday's football game is early in the day, the commanding officer has set a curfew for everyone in the outfit to be back in the dorms by 0200. You lost track of time and are now out past the curfew. At 0230, you approach your dorm and see one of your buddies who is not 21 crawling out a first floor dorm window carrying a case of beer. He crawls back in another window to a room where you know neither occupant is 21. As he turns to shut the window behind him, you lock eyes.

TAMU-0263

**Class of 2027 (Freshman-to-Sophomore)**
**Spring 2024 Notional curriculum concept**

| CMDT Training Time | CMDT out | Intro/Kickoff "Why" behind these sessions (Combined session) | Historical Approaches "Great Man" Theory Trait Theory Behavioral Theories | Transactional Leadership | Situational Theories | Transform-ational Leadership | | Primal Leadership (Emotional Intelligence) | Ethical Leadership | CMDT out | Coaching skills & techniques | Disciplined habits Growth Mindset | Honorable Living | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **22 Jan** | **29 Jan** | **5 Feb** | **12 Feb** | **19 Feb** | **26 Feb** | **4 Mar** | **11 Mar** | **18 Mar** | **25 Mar** | **1 Apr** | **8 Apr** | **15 Apr** | **22 Apr** | **29 Apr** |
| **(MON)** | Leadership theories and major concepts | | | | | | Spr Brk | Theory & concepts (continued) | | | Coaching & Development | | | |

| SOMS 181 Course Overview | Leadership vs Management | Bases of Power | Case studies & application Historical approaches | Case studies & application Transactional Leadership | Case studies & application Situational Theories | Case studies & application Transform-ational Leadership | | Case studies & application Primal Leadership | Case studies & application Ethical Leadership | Personal application of Resiliency & Health concepts | Conduct a counseling session Instruct & evaluate drill Conduct inspections | Case studies & application Disciplined Habits Growth Mindset | Live in accordance with Core Values Respect & appreciate diverse perspectives | End of course Evaluations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1** | **2** | **3** | **4** | **5** | **6** | **7** | **Spr Brk** | **8** | **9** | **10** | **11** | **12** | **13** | **14** |
| **SOMS 181** | Application of Leadership Theories | | | | | | | Application (continued) | | Resiliency/ Health | Coaching & Development | | | |

**Class of 2026 (Sophomore-to-Junior)**
**Spring 2024 Notional curriculum concept**

| CMDT Training Time | 26 Jan | 2 Feb | 5 Feb | 16 Feb | 23 Feb | 1 Mar | 8 Mar | 15 Mar | 22 Mar | READING DAY | 5 Apr | 12 Apr | 19 Apr | 26 Apr | 3 May |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *(topic)* | | CMDT OUT | Intro/Kickoff "Why" behind these sessions (Combined session) | Servant leadership | Strengths Theory | Leverage Strengths for team effectiveness | Growing strengths in self & others | | Intro to Constraint Theory | Reading Day | Creating constraint growth goals & action plan | Developing others: Team leadership | Developing others: Motivation Theory | Cultivating Ethical Norms | |
| **(FRI)** | | Authentic Leadership | | | Strengths Theory & Development | | | Spr Brk | Constraint Theory & Mitigation | | | Team Leadership | | | |

| SOMS 281 Course Overview | Week 1 | 2 | 3 | 4 | 5 | 6 | 7 | (Spring Break) | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *(topic)* | Intro to Authentic leadership (True North) | Authentic leadership — My leadership journey | Values clarification — Connection between authenticity, values, & resiliency | *Personal application:* Servant leadership — Leveraging authority for benefit of those under that authority | *Personal application:* Strengths Assessment — Self Awareness | *Personal application:* Respect & appreciate strengths in others — Leverage strengths for team effectiveness | | | *Personal application:* Growing strengths in self & others — Empower others | *Personal application:* Constraint Assessment | *Personal application:* Constraint mitigation | *Practical application:* Create constraint growth goals & action plan (growth mindset) | *Practical application:* Establishing team goals & account-ability — Team leadership — "I" to "We" | *Practical application:* Developing new leaders — Enforcing standards — Motivating others | End of course Evaluations |
| **SOMS 281** | Authentic Leadership | | | | Strengths Theory & Development | | | Spring Break | Strengths (cont) | Constraint Theory & Mitigation | | | Team Leadership | | |

TAMUX-0269

**Class of 2027 (Freshman-to-Sophomore)**
**Spring 2024 Notional curriculum concept**

| CMDT Training Time | CMDT out | Intro/Kickoff "Why" behind these sessions (Combined session) | Historical Approaches "Great Man" Theory Trait Theory Behavioral Theories | Transactional Leadership | Situational Theories | Transform-ational Leadership | | Primal Leadership (Emotional Intelligence) | Ethical Leadership | CMDT out | Coaching skills & techniques | Disciplined habits Growth Mindset | Honorable Living | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **22 Jan** | **29 Jan** | **5 Feb** | **12 Feb** | **19 Feb** | **26 Feb** | **4 Mar** | **11 Mar** | **18 Mar** | **25 Mar** | **1 Apr** | **8 Apr** | **15 Apr** | **22 Apr** | **29 Apr** |
| **(MON)** | Leadership theories and major concepts | | | | | | **Spr Brk** | Theory & concepts (continued) | | | Coaching & Development | | | |

| SOMS 181 Course Overview | Leadership vs Management | Bases of Power | Case studies & application Historical approaches | Case studies & application Transactional Leadership | Case studies & application Situational Theories | Case studies & application Transform-ational Leadership | | Case studies & application Primal Leadership | Case studies & application Ethical Leadership | Personal application of Resiliency & Health concepts | Conduct a counseling session Instruct & evaluate drill Conduct inspections | Case studies & application Disciplined Habits Growth Mindset | Live in accordance with Core Values Respect & appreciate diverse perspectives | End of course Evaluations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1** | **2** | **3** | **4** | **5** | **6** | **7** | **Spr Brk** | **8** | **9** | **10** | **11** | **12** | **13** | **14** |
| **SOMS 181** | Application of Leadership Theories | | | | | | | Application (continued) | | Resiliency/ Health | Coaching & Development | | | |

**Class of 2026 (Sophomore-to-Junior)**
**Spring 2024 Notional curriculum concept**

| CMDT Training Time | CMDT OUT | Intro/Kickoff "Why" behind these sessions (Combined session) | Servant leadership | Strengths Theory | Leverage Strengths for team effectiveness | Growing strengths in self & others | | Intro to Constraint Theory | Reading Day | Creating constraint growth goals & action plan | Developing others: Team leadership | Developing others: Motivation Theory | Cultivating Ethical Norms | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 Jan | 2 Feb | 5 Feb | 16 Feb | 23 Feb | 1 Mar | 8 Mar | 15 Mar | 22 Mar | READING DAY | 5 Apr | 12 Apr | 19 Apr | 26 Apr | 3 May |
| (FRI) | Authentic Leadership | | | Strengths Theory & Development | | | Spr Brk | Constraint Theory & Mitigation | | | Team Leadership | | | |

| SOMS 281 Course Overview | Intro to Authentic leadership (True North) | Authentic leadership My leadership journey | Values clarification Connection between authenticity, values, & resiliency | *Personal application:* Servant leadership Leveraging authority for benefit of those under that authority | *Personal application:* Strengths Assessment Self Awareness | *Personal application:* Respect & appreciate strengths in others Leverage strengths for team effectiveness | | *Personal application:* Growing strengths in self & others Empower others | *Personal application:* Constraint Assessment | *Personal application:* Constraint mitigation | *Practical application:* Create constraint growth goals & action plan (growth mindset) | *Practical application:* Establishing team goals & account-ability Team leadership "I" to "We" | *Practical application:* Developing new leaders Enforcing standards Motivating others | End of course Evaluations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week 1 | 2 | 3 | 4 | 5 | 6 | 7 | | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| SOMS 281 | Authentic Leadership | | | | Strengths Theory & Development | | Spring Break | Strengths (cont) | Constraint Theory & Mitigation | | | Team Leadership | | |

TAMU-0301



## Phase 1

**WG# 2**

Solid foundation in:
- Character
- Competency
- Actions

Through:
- Lecture
- Prac App / Role Play
- Assessment

Week 0:
- Immersive schedule

Weeks 1-7:
- Certification
- Remediation

Transition

Oct 9-12

| Week - 0 7/10–17 Aug | Week 2 25-31 Aug | Week 4 8-14 Sep | Week 6 22-28 Sep |
| Week 1 18-24 Aug | Week 3 1-7 Sep | Week 5 15-21 Sep | Week 7 29 Sep-5 Oct |

## Phase 2

- Employ KSAs learned in Phase 1 as a small unit leader
- Continue developing freshmen into contributing members of the outfit

| Week 2 20-26 Oct | Week 4 3-9 Nov | Week 6 17-23 Nov |
| Week 1 13-19 Oct | Week 3 27 Oct – 2 Nov | Week 5 10-16 Nov | Week 7 25-26 Nov |

**Spring Term**
Transition

MLK/ Week

Last week Jan

## Phase 3 (SP24 Ph-0)

- Prepare and educate freshmen for the roles they will assume the following fall
- Prepare and educate sophomores to become juniors and Phase 1 cadre members

| Wk 1 Feb | Wk 3 Feb | Wk 5 Mar | Wk 7 Mar | Wk 9 Apr | Wk 11 Apr |
| Wk 2 Feb | Wk 4 Feb | Wk 6 Mar | Wk 8 Mar | Wk 10 Apr | Wk 12 Apr |

**WG# 1**

**Corps Orientation**
- Confident in Academics
- Solid Foundation of TAMU & Corps Stds, values, & traditions
- Comfortable with Time Mgt
- Self-Disciplined
- Fit
- Have Fun/Better student exp in Corps than out

Corps Brass Fri AM/Fall Break

**Outfit Orientation**
- Demonstrate Phase 1 Skills/Mindset within Outfit Structure
  - Academics
  - Corps Stds, Values, Traditions
  - Self-Disciplined & Fit
- Learn Outfit Customs and Traditions
- Corps Leadership Development Book??
- Others?? Define??

Reading Day-Finals-Winter Break

1 FEB

**Preparation for next level of Leadership through deliberate education and practical application of coaching and leader development KSAs**

Final Review



WG# 2

Phase 3 (SP24 Ph-0)

Week 1
Feb

Week 2
Feb

Week 3
Feb

Week 4
Feb

Week 5
Mar

Week 6
Mar

Week 7
Mar

Week 8
Mar

Week 9
Apr

Week 10
Apr

Week 11
Apr

Week 12
Apr

1 FEB

Final
Review

WG# 1

Corps Orientation (Phase 1) Worksheet (Higgins, Sosa, Ornelaz, Washington, Fleming - LeVan)

Zero Week + 7 Weeks Academics

Purpose: To enable a transition from high school student "mindsets and skill sets" to college student skills and mindsets within the model of Texas A&M and the Corps of Cadets

**Phase I Endstate:** Freshman
- Are confident in their ability to take and do well in college classes
- Have a solid foundation of TAMU & Corps standards, values, and Traditions.
- Are comfortable managing their time
- Are self-disciplined
- Are fit
- Are having fun
- Understand and believe that they will have better student experience at A&M and will be more academically successful if they stay in the Corps than if they were to leave. We must make a better value proposition than we are currently.

**Phase I POI outline:**
- Instruction and practical application in Standards/Values/Traditions
- SOMS
- Academic 1 on 1
- Resiliency 1 on 1
- Career Preparation introduction
- Drill
- Progressive physical fitness program
- Counseling/Feedback

**Housed by Major Unit**

**Manning:**
Cadet Cadre: Certified through WG#2's Cert process. Using Major & Minor Unit XOs for oversight, 1stSgt, (SR? PLt Cdr x 2), Juniors SL x4, ASL x 4, 40 fish. That's 2 seniors, 9 juniors, 40+ fish = 51+ cadets/floor. Using FOW 2023 numbers as a baseline, that's 5 BDE fish units (4 floors)~202, 5 Regt fish units (5 Floors) ~215, 8 Wing fish units (7 Floors)~309 , and 3 Floors of band fish units~130. 44 Senior and ~207 Juniors
- Minor Unit housed in Fish Dorms end of hallway
  - XO in charge of or Phase 1 operations
  - CO focus is on Corps Operations
  - Juniors FT/AFT leaders (Sophomores Phase 2)
  - Transfer Units in one dorm
- Training Cadre for Orientation Phase - SOMS, Hollingsworth, CMDT Leadership Briefs, Certification
  - Phase I not just for fish but also for outfits to get ready to be able to receive and train fish

- GAP: What is the rest of the Units doing During Phase 1 as a unit. Need to know the training/certification of other classes/leadership. What is being taught so they can integrate cleanly in Phase 2.

Staff Oversight:
- Advisors - Corps Performance Coach, how? Academics, how? Military & Operational Advisors, how? ROTCs, how?
  - Integration of support Advisors – LDA construct as part of this phase, dedicated time with FISH with academics, performance coaches, LDA teams during unit activities early during FO, as they approach Phase 2, preparation by cadre about unit

**Resources:** LLCs space needed by Major Units for Unit Activity Times - Meredith Question

**Policy and Procedure Needed:**
- Standard for how all Freshmen Operate by Year Group and Phase (Needs WG)
  - Example: Introduces traditions through Campos in SOMS and unit activities/visit sites as part of unit activities when class starts

- There is a Brass culmination at the end of Phase 1. It would involve the FO Cadre presenting the brass to the freshmen , combined with a revealing of the freshmen's new outfit}. The FO Cadre will ceremoniously hand over the responsibility of training the Fish to the Outfit Cadre. Outfit Cadre take the oath and the freshmen greet them. It signifies the end or *Orientation* and the beginning of *Outfit Orientation*. A two-fold event: Awarding of Corps Brass by MU freshman unit cadre and outfit welcome by corps units for their assigned freshman.
- Subgroup Outfit Integration:
  - Standard/unified event from OOC/set standard (first time around)/outfits may not welcome with open arms/may want to put on their own culmination/welcome into Phase II
  - Easier transition into outfits
  - Actual accomplishment/something tangible to complete/be able to check a box
  - Feel transition as a Corps at all levels not just fish
  - Want it to mean something/sense of belonging
  - bring cadet challenge weekend to the fall?
  - Leadership based activities - LRCs
  - Cadre can see the results of their work/leadership training success
  - Not just about freshman/the entire Corps
  - Formal change of command from one cadre to new outfit cadre/leadership integration as an outfit
  - Hand off responsibility/take to next level past outfit integration mechanism
  - Recommend Data/Bio Cards for fish to meet/get to know upperclassmen and upperclassmen to know fish before Phase II – Transition Responsibility

**Explanation of the Weekly Sections:**
- SOMS 111 - The subject that is being taught to the freshmen
- Academics - Significant academic events for the University and freshman academic milestones

- Dedicated Cadet Life touchpoints - Career Preparedness,  Resiliency Coaches, ATR, Cadet SLs
- Cadre Focus - Guidance for the FO Cadre. They need to know what Fish are being taught in SOMS so that they can reinforce it during unit activities and counseling time.
- Physical Fitness - Limits to physical activity so that freshmen encounter a progressive PT program
- Standards, Values, and Traditions  (SVT) - Can be any number of events. Teaching/Reviewing Camposologies, inspecting uniforms, teaching CR skills, talking about TAMU traditions, Counseling Sessions. Cadre will use this time to achieve items identified on the Worksheet Schedule.
- Administrative - Various other necessary activities
- Fish Intramurals - allows fish to engage with other university students - extra curricluar

(Zero Week) 7 (band) /10 - 17 Aug

- FO Cadre Introductions by the Advisors to include a class on how the freshmen should expect to be treated. FO Cadre then will break them into their training platoon, explain structure and introduce themselves.
- Academics-
    - Campus Schedule Tour mandatory with all tools to navigate (Phone Apps etc)
    - EST Prep (Continue with EST assignments as in previous FOW, e.g. Ensure Maroon link profile is good, academic schedule printed, mandatory TAMU online classes)
        - Aggie Grade Book and Scheduler
    - Schedule Checks
        - SOMS, ROTC, Full Time Student (dependent on Scholarship)
- Dedicated Cadet Life touchpoints - Resiliency Coaches, ATR, Cadet SLs
    - Initial, then when next checks? Midpoint of phase and Prior to Culmination
- Cadre Focus- Conduct initial assessment- identify issues (administrative, medical, mental, academic, etc), Provide good example, Ensure FOW schedule is adhered to. Teach set up and wear of the uniform
- Physical Fitness - Intro to Stretching and conduct of PT
- SVT - Stationary Drill (Attention, Parade Rest, facing movements, saluting), CAMPOs: #1&2
- Administrative
    - Any other training requirements in Computer Based Training?  Title IX
    - ROTC Inprocessing
    - Uniform Issue and re-fit
    - Scholarship Counseling? Different Scholarships/Requirements Video, Canvas, or in person?
    - Poll for all fish on what intramural teams are available for the Fall

(Week 1) 18 - 24 Aug - First Week of School

- SOMS 111 - Time Mgt (verify lesson plan/curriculum by weeks for entire semester with Katie)
- Academics - **Add/Drop end of Week** [correct classes, SOMS, ROTC, etc]
- Dedicated Cadet Life touchpoints- Resiliency Coaches, Cadet FLs, ATRs, (ROTC/CAP Chaplain?)
    - What is the Cadet Chaplains roles…they have taken on a lot of responsibility = redefine? As an individual to point students to the right or needed resource?  or is it a Chain of Command responsibility – not a single student – does the chaplain elevate to

Battalion/Group lvl and are they a faith-based resource or not. If not, then they shouldn't be called chaplain.

- Cadre Focus - Introduction of Corps Brass Books. Morning Activities discuss add/drop
  - Activity 1 - Commandant Brief
- Academic Free Period – (one on ones with Cadet Life Academic Perf)
- Afternoon Activities (Meredith question for use of Adams hall – performance coaches)
- Physical Fitness-
  - Activity 2: Initial Strength/Agility assessment (modified Corps PFT with .5 mile run, max # of pushups, max plank time) Cadre record this data for ability group assignments
  - Activity 4: run 15 min @ 10 min/mile pace        Lower Body - 1 Set

- SVT -  CAMPOs: #3,4,11,&14
  - Activity 3: Marching Drill (Step off, halt, Open & Close Ranks),
  - Activity 5: Initial Counselings
- Administrative -  set up fish Intramural teams


(Week 2) 25 Aug – 31 Aug

- SOMS 111 - Goals
- Academics -
- Dedicated Cadet Life touchpoints
- Cadre Focus - get the freshmen to write down on a 3x5 card their goals for why they joined the Corps, post it above their rack.
- University Intramurals - during extra curricular times
- Physical Fitness
  - Activity 2: Run 20 Min ! 10min/mile pace;   Upper body (UN) Resistance Daily 16 - 1 set
  - Activity 5: Corps Run:  Lower Body - 1 set

- SVT - CAMPOs: #7,10,15,&27
  - Activity 1: Corps Discipline Brief
  - Activity 3: Marching Drill ("Eyes right" and "Ready front")
  - Activity 4: Initial Uniform Inspection


(Week 3) 1 Sep – 7 Sep

- SOMS 111 - Manifesto
- Academics -
- Dedicated Cadet Life touchpoints -
- Cadre Focus - Discuss Corps trip end of month, expectations, need to personally secure rooms.
- Physical Fitness
  - Activity 2: Run 22 min @ 10min/mile; Upper Body (UB) Resistance Daily 16 - 1 set
  - Activity 4: Corps Run; Lower Body - 1 set
- SVT - CAMPOs: #12,16,19&28
  - Activity 1:  Marching Drill(Column Movements)
  - Activity 3:
- Administrative -

(Week 4) 8 Sep – 14 Sep

- SOMS 111 - MBTI
- Academics - Scheduled appts with student groups - proactive assessment
- ==Dedicated Cadet Life touchpoints -==
- Cadre Focus - Discuss as an outfit cadre MBTI and what are same/different characteristics of the fish's MBTI. What opportunities do different personalities bring. Strengths and weaknesses.
- Physical Fitness
    - Activity 1: Run 22 miin @ 10 min/mile: lower body 1 set
    - Activity 3: Run 24 min @ 10 min/mile; Upper body Resistance Daily 16 - 1 Set
    - Activity 5: Run 16 min @ 10 min/mile: lower body 1 set
- SVT - CAMPOs: #13,20,21&29
    - Activity 2: Marching Drill (to the rear march & mark time)
    - ==Activity 4:==
- Administrative -

(Week 5) 15 Sep – 21 Sep

- SOMS 111 -  Character Artifact
- Academics - Scheduled appts with student groups - proactive assessment
- ==Dedicated Cadet Life touchpoints -==
- ==Cadre Focus -==
- Physical Fitness-
    - Activity 1: Run 24 Min @ 10 min/mile; Upper body Daily 16 - 2 Sets
    - Activity 3 Run 18 Min @ 10 min/mile; LB resistance - 2 Sets
    - Activity 5: Corps Run
- SVT - CAMPOs: #5,17,25,&26
    - Activity 2: Instruct fish on construction of fish spurs.
    - Activity 4: Marching Drill(Flanking).
- Administrative -

(Week 6) 22 Sep – 28 Sep

- ==SOMS 111 -==
- ==Academics -== Scheduled appts with student groups - proactive assessment
- ==Dedicated Cadet Life touchpoints -==
- ==Cadre Focus== -
- Physical Fitness
    - Activity 1: Run 24 Min @ 10 min/mile; Upper body Daily 16 - 2 Sets
    - Activity 3: Run 20 Min @ 10 min.mile;  LB resistance - 2 Sets
    - Activity 5: ==Corps Run before Arkansas??==
- SVT - CAMPOs: #9,18,22,&30
    - Activity 2:  Test fish on drill as per Corps Brass Book.
    - Activity 4: Corps Trip Prep and significance
- Administrative -

(Week 7) 29 Sep – 5 Oct

- SOMS 111 -
- Academics - Heavy Testing WEEK {may need to assess PFT period if early or late window)
- Dedicated Cadet Life touchpoints -
- Cadre Focus - Brass Culmination and signoffs complete;  ALL outfits provide a list of Cadre, hometown, and major for fish to start learning post outfit assignment notification
- Physical Fitness
  - Activity 1: Run 20 min 9 min/mile;  Upper body Daily 16 - 2 Sets
  - Activity 3: Corps PFT 1.5 miles, max pushups, max plank time(Outfit Ldrship Run with them to observe – CO/XO/1st Sgt/Plt Sgt)
  - Activity 5: Corps Run; Brass Culmination
- SVT - CAMPOs: #6,8,23,&24
  - Activity 2: Drill Time (continue testing per Corps Brass Book)
  - Activity 4: Final Counselings

- Administrative - Post outfit assignments


Fall Break (6-9 Oct)

**Transition** 4 days (10-13)

- Counseling: Cadet Cadre - FTL works directly with the outfits he has fish with.  Warm handoff on each Fish they were responsible for to the FTL at the unit.

- Handoff – Athletic Ability /Academic/Drill/SVT from SQLs to outfits

- Introduction to units during morning activity time (PT resumes next week based on ability groups).

- SVT - Tie unit into campos that have meaning to thems, bonfire, etc.

# Working Group #1 : Freshman Orientation Phases

## Defining the problem:

- Intentional and immersive leadership development experience that recognizes tradition but transcends and accelerates the leadership experience to remain competitive for tomorrow.
- Acknowledges 'student led' but within the construct of OOC standards, values, and policies.
- Holds the balance between outfit integrity and leadership development.

## Scope:

View OOC as 'TRADOC' – put in play policies and guidelines that

1) define success 2) define what 'right' looks like and 3) define the product

## Key tasks and progress markers:

Groups will design an implementation plan that begins with the end in mind.

1 Nov: Working Group Kick Off, IPRs begin

15 Nov: IPR #1

Refine/resource/reflect

28 Nov: IPR #2

Refine/resource/reflect

5 Dec: Staff Meeting Update/IPR #3

Refine/resource/reflect

19 Dec: Final Recommendation/Summary Report submitted

10 Jan: Implementation Meeting/Phase 2 Begins

## Outputs:

Each working group will present their findings to include

1) a summary of recommendations

2) a plan for enacting their recommendations

3) request for support with identified resources to support the work required for their plan

4) a timeline of implementation and assessment.

## Key Considerations

1. FOW is no longer a week; it extends to fall break or beyond
2. Becomes a white-belt event (those who have led before)
3. Focus on orientation NOT initiation
4. Socialization approach – 3 phases that need recommended timing
   a. Integration into the Corps: cadre focused, OOC facilitated
   b. Integration into the Outfit
   c. Training for the next position

## Strategic Considerations

1. Consolidation of fish to one area of the Quad that is restricted to Cadre and fish
2. Spring 2024 changes/needs/policies for fall 2024 implementation of your recommendations

**Working Group Collaborators**

Lead: Sherri LeVan                   Desiree Ornelaz

Katie Higgins                        John Regan

Russell Tipton                       Jerry Peralta

Josh Polk                            Steven Allbert

Tommy Snyder                         Rob Washington

Brad Tippett                         Hannah Sosa

John Fleming

# Working Group #2: Sophomore Leadership Academy

## Defining the problem:

- Intentional and immersive leadership development experience that recognizes tradition but transcends and accelerates the leadership experience to remain competitive for tomorrow.
- Acknowledges 'student led' but within the construct of OOC standards, values, and policies.
- Holds the balance between outfit integrity and leadership development.

## Scope:

View OOC as 'TRADOC' – put in play policies and guidelines that

1) define success 2) define what 'right' looks like and 3) define the product

## Key tasks and progress markers:

Groups will design an implementation plan that begins with the end in mind.

1 Nov: Working Group Kick Off, IPRs begin

15 Nov: IPR #1

Refine/resource/reflect

28 Nov: IPR #2

Refine/resource/reflect

5 Dec: Staff Meeting Update/IPR #3

Refine/resource/reflect

19 Dec: Final Recommendation/Summary Report submitted

10 Jan: Implementation Meeting/Phase 2 Begins

## Outputs:

Each working group will present their findings to include

1) a summary of recommendations

2) a plan for enacting their recommendations

3) request for support with identified resources to support the work required for their plan

4) a timeline of implementation and assessment.

## Key Considerations

1. Result in certified/validated trainers
2. Concurrent to FOW; validated trainers develop the 'how' of outfit integration and Corps Brass
3. Socialization approach – phases that need recommended timing
   a. Task based: Proper training of physical fitness, drill and ceremonies, room inspections, uniforms, discipline process, honor code and honor process
   b. Theory based: demanding vs demeaning, transactional vs transformational, emotional intelligence, motivation, understanding subordinates
   c. Practical application and assessment: scenario based/role modeling case studies, personality assessment review, in-person (blind) interview process to certify, SGT rank awarded upon validation

## Strategic Considerations

1. Spring 2024 needs IOT implement this in Aug 2024
2. Role of the current Corps Leadership Development Model to support
3. Spring 2024 changes/needs/policies for fall 2024 implementation of your recommendations

### Working Group Collaborators

Lead: Byron Schlather
Jason Mullenberg
Ken Griffing
Jeff Gardner
Kevin Parker
Will Zimmerman
Peter Siegel

Frank Wood
Kristen LeForte
Bill Meredith
Steven Cheatham
Cristina Vela
Remi Bankole

Spring 2024

- WG#2 has not met as a complete group since late December.
- Dave Kelley developed the curriculum overlay for weekly Commandant instruction and SOMS 181/281 integration (see attachment; SOMS 181-281 KSA Curriculum overlay)
- Sub-group w/ Col Parker as lead has started developing case studies that incorporate the leadership topics for use in SOMS class discussions (see samples attached: Management v. Leadership; Values-based Leadership; Bases of Power)
- Contacted Shanna and Jason at Rudder Theater Complex to reserve the Auditorium/Theater for specified dates
  - No conflicts identified at this time
  - ~$1200 per week to use Rudder Mon/Fri mornings
  - Rudder has not confirmed availability; awaiting a response to email sent Friday, 12 Jan
  - Recommendation: Commandant kicks off first session on 5 Feb 24
    - Audience: Freshmen and Sophomores
    - Alternate Audience: Whole Corps?
- Certification:
  - Still wrestling with how to integrate SOMS, outfit preparation training, certification task force personnel
    - Timeline for certification
      - Spring semester
      - Refresh during Zero Weeks (formerly cadre training/FOW)
      - Fall semester remediation
    - Spring preparation training
      - Minor unit vice outfit training?
    - Certification task force
      - OOC staff only or do we augment with cadet leadership who are "trusted agents?"

| From: | LeVan, Sherri Jean |
|---|---|
| **Sent:** | Tuesday, February 20, 2024 5:21 PM |
| **To:** | DSA - DL - CORPS Recruiting Staff |
| **Subject:** | Commandant's Response |
| **Attachments:** | FILE_3134.pdf |

This was sent to me, looks like all our planning for the fall before the Commandant made any decisions was released. Unacceptable in my opinion, he still hadn't finalized all the COAs and direction.

This the Commandant's response to the facebook pages, I received this from Mike Reilly. Someone distilled it down for the cadets, but included his entire response. I have not seen what is being said only that it was posted on a former cadet facebook page.

Sherri

**Sherri J. LeVan, Colonel, USAF, (Ret)**
Corps Recruiting Director
Office of the Commandant | Corps of Cadets
1400 TAMU | College Station, TX 77843

979.862.6657 | slevan@tamu.edu | corps.tamu.edu
------------------------
**TEXAS A&M UNIVERSITY**

**From:** Sherri <dnslevan@att.net>
**Sent:** Tuesday, February 20, 2024 3:56 PM
**To:** LeVan, Sherri Jean <slevan@corps.tamu.edu>
**Subject:** Info

**This Message Is From an External Sender**
This message came from outside your organization.

Sent from my iPhone

TAMU-0295

For clarity's sake, the below was posted by The Commandant in a former Cadet Facebook group. I put it here to consolidate and make it easier for cadets to view.

For now, keep your ears open, and listen. Be quick to listen slow to speak, slow, become angry and slow to action. Let's see where this heads over the next couple of days. No rash decisions don't act out of emotion. I have to live the same way right now. My buddies are blowing up our group text.

A two part response (because it is long):  Part 1

All – well, looks like the rumor mill got well ahead of a final decision.

This below is a long post with a lot in it so strap in for a moment:  Last week, after a lot of discussion and working groups, I made a call to move out on planning to restructure Cadet 'socialization' and 'leadership education'.  Below lays out the logic – it is long, but it is because there is a lot to process in the 'why' here.

Since November I've had the staff working through options directly addressing the balance between the communal/fraternal aspects of the Corps experience and the leader training and education program that the Corps (and the Office of the Commandant) mission reflects.

Observations:

- Tradition above leader development.  There is a certain truth to a note sent to me by a Cadet earlier this year when we had a discussion about the culture of the Corps.  To quote: "Too often we put tradition above leadership development".

- Outfit culture is challenging Corps culture.  If you've witnessed the drop in basic Corps standards such as 'whipping out', uniform standards, simple things such as a lack of ability (or enthusiasm) to rally behind a 'Corps Hump it' – this is what I'm talking about.  Watch underclassmen address upperclassmen on/off the quad:  for the most part – it is only directed within the outfit – we are not meeting expectations this way.

- Corps standards and values don't apply to my unit.  I've detected an 'it does not apply to me or my unit' pattern.  This is deeply embedded in the previous two points.

- Peer accountability is hard.  I remain steadfastly committed to empower student leadership with authority and responsibility, but it also means they are accountable within a set of standards and values.  Holding each other accountable is the hardest act of leadership – there is growth here, and it continues to grow.  Young leaders are grasping (and not grasping) that being 'student led' also means it is within a framework of guidance, standards, values, and accountability.

- We need to expand leadership opportunities.  Our breadth of leadership positions within the Corps are lacking.  This become very apparent in the limited roles the majority of our White Belts have to expand their leadership experiences.  Can we provide 'purpose' here?

- Our leadership development program needs work.  We spend a lot of time discussing the 'Be' and 'Do' of leadership, but we are all over the map with 'Know'.  A lack of an integrated curriculum map with clear learning objectives the build off each other.  ROTC leader development classes and SOMS should be complimentary… but we have drifted in mapping an effective course design.  Because we don't have that, SOMS classes have become less effective than they could be.  In essence:  the lessons of SOMS are 'skipping' off the Corps experience.

- Our retention statistics are telling.  From a perspective of statistics I offer the following:  We spent an inordinate amount of time working with Cadet Leadership to 'be' the very best example (Know and Do) of a cadre for incoming freshmen for FOW last year.  It was the first time in a while that Cadets were in the lead.  And they did a OUTSTANDING job – leading, coaching, inspiring, teaching – being aspirational to every new freshmen.  The numbers told the story:  we lost just over 1% of freshmen that week.  An incredible tribute to leadership in action.  But then the rest of the Corps returned the first weekend, and within 3 weeks our attrition bumped to 10%.  An incredible statistic that can be interpreted in a myriad of ways.  I chose to interpret it this way:  our investment in (1) leadership development of 'ALL' cadets is not where it needs to be, and (2) our Freshmen were not given the time/space to be totally prepared for the rigors of cadet life in an academic setting.  This is also a realization that students coming to A&M are probably smarter than most of us where when we showed up, but at the same time, they are less mature.

Current Actions that have been in place:

- Connecting 'recruiting to retention' – an initiative brought forward by Cadet leadership under the assumption that if you have the right culture, you should be rewarded:  outfits can recruit 1.5 times the number of freshmen that remain at the end of the school year.  This allows outfits that 'have it right' to flourish, and those that don't, to either recover, or attrit themselves out of existence.  Yes, Darwin is at work here, and it should be an incentive that works both ways.  If you have a bad year retention-wise you can recover if you've got the right culture.

- Re-mapping 'core curriculum'.  We are in the process of looking at every aspect of how we bring the leadership models to each cadet.  What should every freshmen know?  How does it tie to their next leadership experience?  How do we validate 'knowledge' and 'certify' expertise before they lead freshmen?  What do rising sophomores, juniors, seniors need to know to be successful?  How do we create a curriculum map that builds on itself?  I am intimately involved in getting this right.  We are starting now with a top-down approach to arm every rising sophomore and rising junior with the 'tools' to be a better leader at echelon.  This is manifesting itself in a spring surge in leadership development led personally by the staff on Monday and Friday mornings.

- We are re-writing the 'Standard' and the 'Cadence'. We are writing Commandant's Guidance to the Corps in the form of an 'order' that gives the framework for success… and models the behaviors we seek to impart.

- We are hiring 4 Leader Development Advisors – who will be someone cadets want to emulate' to focus on bringing leadership models and reflection to the practical application of every Cadet's leadership journey both on and off the quad.

- We are addressing the maturity of our Cadets by focusing on arming them with the five factors of resilience and how they intersect:  physical, mental, sleep, performance nutrition, and spiritual.  All in an effort to get left of harmful behaviors by helping each Cadet build resiliency in a way that helps them drive through adversity whether on the battlefield or in life.

Internal Discussions:

So the questions posed by me to the staff at the end of last semester:  Why do we do FOW the way we do?  Is it ground in history, tradition, or outcomes?  Do we continue to do FOW the same way we've always done it?  How do we re-imagine leadership development to better prepare rising sophomores and rising juniors for their next (if not first) leadership experience in the Corps, if not life?  How do we more rigorously, intentionally, and immersively bring leadership training and education to life?  How do we achieve balance between the twin aspects of the Corps experience:  leadership development and tradition.  How do we make them mutually supportive rather than mutually exclusive?  Reinforcing rather than the polarizing.

The working groups looked at multiple ways to addressing the above questions.  We looked at models where it is working.  We questioned the assumptions behind the way we've always done it.  We looked at time requirements.  We challenged ourselves to keep in balance the tension between the fraternal aspects of the Corps and the Leader of Character mission we are charged with.

….
PART 2:

A 'plan to plan' – this is what I said to move out on:

Go bold in honoring the past but pushing ourselves into the future – to remain relevant.  To transform the Corps experience to provide leaders of character to the state and nation at a time we need to most.

First, we are establishing a 'Sophomore Leadership Academy'.  This is focused on rising sophomores in the second semester of their fish year, and culminates during the first few weeks of the Sophomore year.  This will focus on educating, training, modeling, scenario/case study, demonstrating, and certifying that they (1) understand, and (2) can execute what it means to

lead in a demanding and aspirational way.  No longer can we tolerate the 'least qualified leading the most vulnerable'.

Second – we are extending the orientation period of incoming freshmen to focus on outcomes to be successful:   A common understanding of traditions, values, standards; to set conditions for success academically; to incorporate the five factors of resilience into the fabric of the Corps experience; and to drive an articulation of the value proposition of the Corps.
The combining of these two initiatives involves some pretty significant adaptations of the Corps experience up front to ensure we mature the Corps experience in a way that is valuable to all.

The extended Freshmen orientation will last about 5-6 weeks (around Fall Break), culminating in the pinning of Corps Brass.  It will be led under a cadre of about 200 Seniors and Juniors who will be exclusively responsible to the training and education of the outcomes listed above.  The Freshmen will be consolidated under Major unit 'pods'.  Simultaneous to this the Sophomores will be completing their 'certifications' under the Sophomore Leadership Academy.  As they graduate, they will be incorporated into the cadre.

After the Freshmen class has successfully been pinned, there is a transition from Cadre to outfit leadership – this transition more closely matches the mental model we all have of our experience.   The next 7-8 weeks is outfit integration that rides on (1) the commons set of standards, values, and traditions that all Cadets learn, and (2) under the leadership of outfits (Sophomores who have graduated from the Sophomore Leadership Academy), Juniors, and Senior into the unique aspects and culture of their outfit.  This will culminate in an outfit form of 'culmination' that each outfit will have to lay out.

As the Corps completes the first semester, the second semester becomes a selection and a preparation phase for the next leadership position in the Corps.

So what are the friction points?  What are the risks?

1. The one logistical challenge we are seeking to solve is the transition from 'orientation unit' consolidation, to outfit footprints.  This is a math and a physics problem.  Right now the challenge is whether it is feasible to reshuffle the entire quad during the semester (right around Fall break) or do we wait till the transition between fall and spring semesters.  This is a big driver of 'feasibility'. There are others:  march ins, PT, formations, etc… a lot to think through here.

2. It does not look like the way we've always done it.  Completely true.  Unless you go back to the 50's where all fish resided at RELLIS (FDT came out of this).  I would ask that we all take a step back from our own version of the Corps and allow this to improve our beloved institution.

3. What about outfit integrity?  I can see how this can be interpreted if we allow ourselves to be prisoners of our experience.  I'd challenge all of us to be 'informed' by our experience and see the future benefit of transforming the Corps experience in a way that results in leaders better prepared for the challenges of tomorrow while building a community that will last a lifetime.

4. What about outfits that have it right?  Now they get to get it 'righter'.  There are layers upon layers of how to address this.  We all have a sense of pride here, I am the same with E-1.  But we have to confront the brutal facts that we are losing the identity of the Corps at the expense of outfit identity.  That our leadership training and education program needs to be improved.  Our current leadership model is bouncing off the fraternal aspects of every outfit.  Spend a day with 'your unit' and watch how they interact with other units.  You'd be surprised.  We are actually addressing a larger concern of Corps identity in relation to the university, the state, and the nation.

5. Impact on recruiting?  Outfits still recruit for their outfit.  The 'Corps Orientation' Phase is about providing a corps wide calibration of standards, values, and tradition.  There is still a hugely important quality of outfit identity in the recruiting process.

6. General.. this is all about quantity!  I get this a lot.  Here's how I'd address it:  (1.) "Old" Army and 'Their' Army are vastly different, but equally as challenging.  I watch these young men and women wrestle hard everyday – and the stressors of yesterday pale in comparison to the stressors of today.  (2.)  Quantity or Quality:  I want both.  And I think we can do it.  There will always, always be some form of attrition.  And I'm calibrating what I think is acceptable.

If you've read this far it is because our version of the Corps experience so incredibly defined our identities, our friends, and our lives.  But we have to move forward in a way that balances the important and relevant aspects of the Corps experience we experienced to where it needs to go next.  We cannot remain relevant if we put tradition above leadership development.   We need balance here.

I look forward to your thoughts as I lay out this plan to keep planning to a group dedicated to 'you know you win the corps at A&M when…'

Thank you.  Commandant

| **From:** | Simpson, Meredith M |
| **Sent:** | Wednesday, March 6, 2024 4:22 PM |
| **To:** | Thompson, Amy L |
| **Attachments:** | Feedback Form.27Feb1000.pdf |

| **Follow Up Flag:** | Follow Up |
| **Flag Status:** | Flagged |

**Meredith Simpson**
Chief of Staff
Office of the Commandant | Corps of Cadets
1227 TAMU | College Station, TX 77843-1227
ph: 979.845.2811 | msimpson@tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY**

TAMU-02817

# How can we be more intentional and immersive in our leadership training and education program across the four-year journey?

The greatest leadership training is not done in the classroom but done in a position of authority. The fish are not learning leadership, except by example. The people gaining leadership are the upper class men who are given the privilege of responsibility.

Giving outfit leadership more autonomy while also enforcing high standards of outcomes is what will lead to the greatest leadership development.

https://texags.com/forums/16/topics/3445742

Have a standard for the corps as a whole (such as kicking out repeated PT failures) but allow individual company identities to remain. Allow companies to have a MAJOR say in their individual unit leadership

Let us lead. The corps is very hypocritical on being a "cadet run " organization then attempting to reinvent the entire program with zero cadet input

By bringing back an actual cadet led corps. The changes that you plan to implement will only bring resentment from the current cadets.

Do not go forward with all fish dorms next year. Outfit culture is vital to developing loyal leaders who respect authority.

Provide an opportunity for fish to take on a leadership role in their second semester, even if only a minor one. Once they have proven themselves as capable cadets, they should begin assuming that role.

Actually make the cadet lead the corps the Commandant promised in his initial address to the corps. There has been a constant stream of lies and false hope given this year. Commandant staff needs to have some accountability for their actions instead of blaming everything on the cadets. If they want more training for the freshmen class, then have the cadets be better prepared. Equip the cadets instead of taking away everything we have worked so hard to fix and prepare for next year.

Let ROTC units exist, cadets not going into the service can observe the "fraternal organization " and those joining the service can have their specific leadership models tweaked to their service

Make SOMS more than reading a book with discussion. Make SOMS 2 credits and have some sort of "hands on" training in regards to what is learned in class.

By letting upperclassman lead and train the fish that come to their unit and setting aside time during the week for outfit briefs.

Make soms classes more than busywork classes where commandants staff talks just to fill the space. Making it an intentional time for actual leadership development could be immensely valuable.

We need to redefine what it means to be a senior. The idea that seniors "inspire" is extremely vague and does not give them much to go off of. Furthermore, incentivize being present in the outfit and in the Corps. I firmly believe that upperclassman who don't show up shouldn't be allowed to train any class.

Creating a culture where every class has motivation and a genuine reason to invest in those below them. This means partially holding lazy whitebelts accountable but most importantly means giving outfits as many opportunities as possible to train freshmen and develop relationships through outfit activities and other mechanisms. Fish's training academy would make leadership development less immersive for everyone who isn't on the select Whitebelt cadre and that is a net loss.

Make sure everyone has a vital role in their outfit and feels needed. I think this would also inspire people to stay motivated and participate in corps activities to the full extent.

My answer to this is on my next answer.

Overall restructure the corps. Outfits become platoons. Battalions become companies and major units become battalions. It would make the description of these leadership billets make more sense as well as give the small leadership positions (SL, FTL) the ability to lead.

Secondly outfit COs now become PLs, Battalion Commanders are now company commanders and so on. I think this model can be seen amongst the RVs. We operate as a company but then we break off into our platoons to conduct drill, pt, etc. additionally we still have our own unique cultures across our platoons. The culture of the outfit wouldn't change. You would just rename Leadership positions as well as what it means to lead in this role. Which in turn will make leadership more Intentional as well as make leadership make more sense.

Look back at the years before COVID. What did they do then that had them at 2500+ cadets and see what has changed since then. The corps was growing at the rate it needed to survive and thrive before COVID.

It is hard to give thoughtful meaningful and purposeful answers for change if we do not know the reason for the change. As a student organization we deserve to know the full reason for the changes. Please.

By allowing leaders to do what is necessary to push the individuals below and around them. Encouraging the corps experience in its truest form, in the form we all came here because we love, not the form being pushed by those before us, Kathryn banks, General Ramirez, and I hope not yourself. Without a significant challenge and purpose we will never be immersed in this leadership environment. Without the ability to properly train our subordinates nothing but apathy will ensue. Without proper outfit and individual level culture individuals will have nothing to have pride for.

We must recognize that all leadership must be where the followers are and provide metrics and feedback for improvement and to keep units intact as much as possible.
This means that metrics must be provided to each unit for expectations of each position (from fish, to sophomore, to clerk, to junior, to Scholastics Junior, to XO, etc.) within the outfit, recognizing some units may divide effort within a chain among several individuals. Accountability for compliance must then be ensured. Most organizations include systems for feedback outside the direct chain of command - so the Corps should expect every Cadet to provide, perhaps monthly, a review of their own leadership and followership, of the leadership of their own outfit, and of the followership of their own members. With today's technology, it is easy to obtain an electronic survey from each Cadet.
Outfit advisors must read those monthly reports and take the appropriate action, which may be meetings and redirections to those in positions of command or in positions of followership. This affords an opportunity for Advisors to identify those on the bubble of retention and provide outlets, including potential transfer to another unit. This also affords the Outfit Advisors the opportunity to determine whether those in a position of leadership are suited to it, succeeding, or failing.
At the end of the day, training is Explaining, Demonstrating, Guiding and Enabling. Evaluation is a critical element in ensuring each of these elements is being met.
Regular evaluations should also be helpful in flagging the failures identified already.

As a rising senior, freshman cannot be the only priority when it comes to training. How do outfits push upperclassmen to grow? I think a big reason for whitebelt apathy is uppers do not feel like they have more to learn and if they don't get a position they want, they lose motivation to be there. I believe this is the reason everyone is as upset as they are because without fish, they won't know how to operate because they only focus on the fish.

Leadership (in my opinion) is a bottom up approach. So it takes time for ideas and culture to change. I think there have been quite a few good steps made this year with regard to holding people accountable, keeping Cadets involved, and giving Cadets the opportunity to take ownership and I think we need some more time to let these ideas truly take hold.

I would move forward with the proposed changes. All levels in the corps has been thoroughly corrupted by bad leadership and power hungry people who are not interested in developing people but rather being able to assert power over others and using freshmen as a means for entertainment and ego.

Continuing to allow fish to live with their outfit would result in a more immersive leadership training, as they are around their upperclassmen much more and can observe what they do and learn from their examples. We can also be more intentional by allowing cadets more control over the Corps to let cadets have larger scale leadership experiences to prepare them for the future.

Continue to provide the best possible training through intentional and corrective training, as well as providing resources to improve through both outfit upperclassmen and the Corps. As a fish this year, the entire reason why I joined was for the adversity. Knowing that I was going to become the best version of myself through a trial of fire was what lit me up and motivated me to be here. I believe the Aggie Corps is the best in every way for a reason, and that reason is because of the tried and true traditions that have been instated over the decades that hone the best leaders the nation could want. I love this Corps, and even as a freshman, it has already become my home. My outfit buddies are my best friends in the entire world and knowing that new changes for next year compromise this structure saddens me. I want what the Corps has given me to continue on for centuries to come. Sometimes, counterculture isn't bad.

As far as training and leadership goes, I say bring things back to the outfits at a radical level. Outfits are where everything important takes place. It's where you make your closest friends, face your greatest struggles, and learn who you really are under a volley of struggle. Keeping training and development under the outfits will not detract from the overall Corps spirit, I believe it will add to it by having a close family in a large unit.

There has to be a better way of choosing the future leaders of the corps and units. As a senior, I have suffered the command of unit commanders and major/minor unit commanders who are not prepared or committed to the prospect of leading. Many potentially great leaders are overlooked when it comes to even offering interviews, and the ones who are chose to lead are woefully inadequate. I have had one great CO and one good CO in my outfit in these four years. Each year me and my buddies have put out for leadership just to be overlooked and never give a chance. The imports we have gotten have cared little for the outfit and have been a detriment to the unit by imposing their will without feedback or consideration. You wonder why cadets are disheartened in the organization by the time they are seniors? It is obvious that cadets are not being seen or heard and are being subjugated to poor leadership by the corps. Let us choose our own leaders or actually spend more time choosing our leaders because this has been a major problem in many outfits and throughout all levels of staff.

I think it's important to let cadets continue to be involved. Taking sophomores away from their outfits to be trained by corps advisors detracts from the upperclassmen's ability to make an impact on their subordinates. I think it's okay to have a specific curriculum that sophomores should be learning, and advisors should definitely be present to enforce those ideas, but cadets should remain the main teachers.

I am only a fish. I know and have experienced less than a quarter of my journey. However, what I do know is I have learned a great amount from the current model. My buddies and I have fought through the first semester together, and I wouldn't want to change that for anything. What made the corps so great was having a close support network of my outfit from the beginning. I was aware of upperclassmen to go to for help in the transition from high school to college, and was able to gain good advice, strong bonds and deep mentorship from them. What I also know, is that a Commandant Brief every Monday morning to learn about leadership means little for a group of college students that attend multiple lectures daily. Those at the top are undermining the value of socialization in the leadership model. Much of that socialization comes from the outfit level. I was incredibly fortunate with a good one, one without a single punch, an outfit with a proud fish class who have improved in our leadership ability simply by having inspirational individuals directly in our lives everyday. It's not the corps that needs to change, it's those lacking outfit cultures that need to reevaluate. Intentionally and immersion stem from focusing on individual future leaders. People buy in to a system that they feel cherishes and knows them personally. The only way to do that is by improving outfits.

I appreciate the weekly discussions with the commandant. However, it appears that SOMS teachings are antithetical to the mission of the Corps. I frequently left SOMS feeling disappointed in myself and feeling as though I was nothing more than a propagandized cog in a machine. I believe it would be beneficial to turn SOMS into a place where cadets can share leadership experience, discuss current issues, and learn about the issues of the Corps beyond the March to 3000. Additionally, I believe that the incentive for general Corps traditions has fallen as a result for apathy in our higher leadership. We must select individuals for staff who love the Corps and do not segregate themselves from the standard.

Reevaluate the SOMS curriculum to focus more so on discussion of leadership theory and why we are coming to certain beliefs and actions in our leadership instead of surface level explanations of what we could do. A lot of the stuff has the potential to be interesting but it barely scratches the surface of why we as people do things and what benefits or consequences come from it. Currently it appears like it is just an excuse for leadership to tell their vision to us and just hope the younger classes grasp onto it. Make each soms class feel different because, aside from the transition from CTO to Leadership Professors, a lot of it has felt very similar and I personally didn't feel like the professors had the ability to use the hour a week to their full extent. Many cadets do the assignments and classify it as busy work and dont really think about what they are writing. If they do it is probably only what they imagine their professor wants to hear which will lead to no real change. Additionally there should be more of an emphasis on DNC careers. Previously I had mentioned in SOMS classes that I felt ill prepared by the Corps, especially for business careers, because we only started interview questions in the Fall of senior year. Nowadays it is common, if not essential, for students to have internships prior to senior year. Cadets should know about these opportunities and timelines so they can be prepared to be leaders in whatever world they go into.

Make the Corps cool again. Make it difficult, but provide resources that make that manageable. Imagine if Cadets were treated like athletes here at Texas A&M. That is what I would love to see us move towards. Adults checking in on us, personal trainers, dietary and food coaches.

We can allow leaders to actively make more choices and guide the future of the corps. It feels as if we are bowling with the bumpers up and anyone who's been bowling knows that is entirely different than the actual sport. Additionally cadet leadership is consistently undermined by CTOs or whatever you want to call them. We preach things in SOMS class like praise in public scold I private then proceed to rip leaders in the hallway for all to hear. Another key failure is communication all we have heard is that fish brigade is about March to 3000 and now it is about leadership values and a lack of whipping out. The fact that the way I and many others I know learned the justification for the Commandant's choices is through a leaked Facebook post is an absolute travesty. When the Commandant first arrived he said his one of his key goals was to "give the corps back to the cadets" since then there has been earth shattering decisions made behind close doors with little to no cadet input is a failure on all accounts. In sports it can be said a coach has lost a locker room when he is no longer respected by the team leaders. I think it can be effective said the Commandant has "lost the locker room" and similar to any coach who finds himself in that position needs to do something to regain our trust.

MORE OUTFIT MONITORING

Outfits culture and training needs to be monitored much more than it is, however it needs to be done consistently and effectively. I would propose both Unit Staff and Corps Staff doing routine check-ins with the blackbelts of every outfit to ask about outfit culture, trainings, and culture. This way, Corps staff can find out what goes on behind the scenes in outfits, not just what upperclassmen want you to see whenever someone is physically there. This will (if done properly) keep upperclassmen from being able to facilitate a toxic culture and unauthorized training. This will also offer a better support/protection for fish and sophomores (it is necessary for them too) against toxic training and culture that their outfit may try to facilitate.

There is lots of bad/toxic stuff that goes on in many outfits across the quad that never gets reported or found out because there is no way for someone on the outside to see it. Information must come from within the outfits.

I would love to discuss this topic more. My email:

I believe the briefs are a step in the correct direction. The give and take of formations have in my opinion enabled more leadership on outfit levels. Off the bat we were able to switch call times, adjust PT plans to be more focused on platoon level goals, and delegate responsibility throughout the ranks.

I believe in the importance of keeping a healthy mind and body. We're taught leadership is a muscle that needs to be worked. We need an 'exercise' to ACTUALLY practice leadership. Something we organized and execute on our own. This comes in to form of PT for several outfits including my own. Talking about leadership ideals and scenarios and good, but it doesn't mean anything if we can't practice it. It's just words. I think PT serves for this reason. I'm not someone who just says, 'smoke the freshman cause they're freshman', I believe in building them up. My point in this, is that we need something that we can organize on our own and execute. Something we can agree with on an outfit or major unit level. This can come in the form of major unit FTX's for contracts, something that was done in the past. As well corps wide major unit competitions. Competition breeds success, we could even encourage this through further academic incentives.

I understand little 't' traditions pose problems. I believe they only pose a problem if they push into an area of legality (obviously). Being able to connect with alumni about the same traditions is an incredible opportunity. Run traditions by CTOS and be OPEN-MINDED. CTOs need to stop cursing out cadets without learning a perspective. We could be doing everything correct and because it 'looks bad' I'll be at parade rest and have a bunch of curses slung at me for no reason. It breeds an environment of frustration and apathy. If I'm doing everything right, why am I being demeaned? If I work diligently to create an outfit within the boundaries of our rules why do the CTOS not know those rules? Why is their first response to do EXACTLY what you don't want us to do to the freshman? It's not fair, CTOs are the face of commandant staff, what happens when the only thing we see them do is yell at us? It makes us by proxy dislike you, as someone in a leadership position, it makes it increasingly difficult to support decisions or change.

Don't let outfit culture be quashed, and empower every class to be leaders. This year I have felt that as a sophomore (especially second semester) I have no role. I am constantly walking on eggshells as one wrong move will end up with me being dressed down by a military advisor. I came into my pisshead year thinking I was going to be yelling and screaming all of the time and love it. I didn't. I like being a sophomore who still upholds the Standard. I still am demanding when necessary but also I can build those relationships with my fish. These will be the people I rely on next year to execute whatever vision we as a corps have. I think if you want fish to stay and keep outfit culture and build a better corps culture you need to treat heads better and allow them a little bit more leniency to make mistakes. Empower your sophomores to keep fish accountable.

The Corps experience is one of the most immersive leadership programs in the nation, currently. I'm not sure "more immersive" is possible. Intentional? The inherent structure of classes within an outfit is one of the most intentional arrangements that I've been a part of. The outfit provides every aspect of leadership opportunity that a cadet will likely encounter upon graduation. Now, for "training and education", more classes and seminars could be offered - outside speakers (alumni, pillars of the community, etc) could be engaged to interact and share insights to the cadets.

We allow outfits to develop leaders like 150 years of corps before us

Give more situational leadership education and training instead of theoretical. My time in the Corps helped, but not the classes. All of my leadership skills were developed within interactions with my fellow cadets and cadre through dialogue and trying different strategies. Give the fish the foundation their first semester or halfway through their first semester, but the rest of their time in the Corps should include how to deal with their peers and mentorship from fellow cadets, up and down their chains, and CTOs.

Continue with outfit culture as is, stop trying to implement the authority of big corps. Within the outfit, the four class system works extrodanarily well when done corrext (which it is most of the time.) As fish you learn, as heads you train, as butts you lead, and as Zips you mentor. fish are taught the skills they need

to uphold the standard and to be a cadet by their upperclassmen. Possheads use the skills they learn as a fish and are taught by their whitebelts to train the fish. Butts use the skills they learn as a blackbelt to be leaders and congrigate with the Zips for advice. And Zips mentor those under them to be better leaders, and prepare to use the skills they have learned in the real world post graduation.

A balance of student independence and Corps-wide accountability. More strictly enforced standards all around.

Don't separate Freshman from Upperclassman

We can be more intentional and immersive in our leadership training by giving cadets leaders to look up to and learn from. Yes there are already some, but maybe if cadets respected their CTOs or other leaders, it will be more immersive on how a leader should act. How one should not by hypocritical. How one should be flexible, not stiff as a board. How one should hope to become. This includes the DNC cadets, as they currently have no leaders in their major's fields to look up to beside what the university provides.

Honestly thought the way we were trained and learned during my 4 ( c/o '77) worked pretty well. The lessons I learned from being a fish were used in my 40+ career...

Allow more slack for outfits. Sophomores don't become scary and disciplinary when they can't be scary or disciplinary. No pushing at formo just makes them an outcast in the outfit where they can't goodbull and they can't be demanding either. Pushing was the one think that made fish respect them because they had the ability to actually execute their authority.

Promoting outfit unity by keeping outfit activities with all years, and creating more opportunities for outfits to grow with each other, such as team building events.

Challenge your cadets more by allowing for more training and not requiring meetings that have no direct purpose or intention. If meetings are necessary make them brief and as small groups as possible such as having wing meeting instead of a commandant address every week

1. Start leadership training the Fish the last 6 weeks of their fish year, so they are ready to assume their Sophomore Leadership roles when they come back on the quad.
2. Rotate ALL Sophomore Leadership positions at the end of the semester to give more cadets the opportunity to practice what they have learned. Currently only a limited number of cadets ever get to be a squad leader. This would double the number.
3. Consider also rotating All Jr positions at the end of the semester. If a Jr is stuck in a minor BS job, he feels left out and stuck in a rut.

Over the years, I have recruited a lot of cadets, many when I was a Scout Master. I remember one, that had been my best Senior Patrol leader. He quit after his fish final review, (Had a 3.5 GPA) because he did not want to spend the next three years stuck. He had been selected as the social corporal of his outfit. . The outfit tradition was, he would have been in the social position as a Soph, Jr and Sr. He wanted an opportunity to learn some leadership. Not a very good leadership training path.

It seems improbable that a leadership lab like the Corps can immerse its participants when all meaningful decisions are made by the Commandant's Officer rather than a committee of cadets. Consult with cadets before proposing radical changes without our consent. Give the cadets the ability to govern ourselves and vote in changes with greater autonomy, i.e. allow us to perform in leadership roles.

I think this is the wrong question to ask. The leadership development that comes out of the Corps, contrary to the belief of a lot of people, doesn't come from the corps leadership positions. Nor does it come from general outfit positions. I think the leadership position that gives the most leadership development is to be a 1SG or a CO right now, as you have to manage and lead a large group of subordinates and peers. But the bulk of the leadership development within the Corps comes not from the direct training, but from the character development and growth experiences you get from being a part of the experience. It starts as a fish, with your own physical and mental limits being pushed as well as your

buddies. I can't understate the importance of a buddy class for a fish, the peer leadership opportunities a buddy class gives fish are some of the best the corps offers, and the character development you undergo as a fish comes not only from yourself but largely in part from watching and helping your buddies grow as they help you. Sophomore year you're on the opposite end of the board and now you have to lead your own fish, and the one-on-one leadership experience being a fireteam leader should be with proper execution is a great opportunity that sophomores miss out on. Junior and Senior year, the leadership development comes more from trying to help run larger outfit operations. I don't think the Corps needs more 'intentional' leadership training. Our current model actually has a lot of room for leadership development, but the problem is that cadets are disenfranchised with the corps, overloaded with coursework and don't have time to invest, or generally demotivated to take the opportunities they have. More 'mandatory training' will only make that problem worse.

Continue to raise the bar. An idea. Make FOW slightly longer, maybe even slightly into the school year. We are known for already making great leaders under the current model. This idea seems to have not failed us. I know so many leaders in the corps that were created with this model.

Listen to feedback on how upperclassman felt most effectively trained as underclassman

Give cadets ability to love the organization again. Allow it to be a challenge, make it worth earning. Make this place something to be proud of, earn, and difficult.

LET ME BE A SOPHOMORE PLEASE!!! I went through Brass and earned it, so let me be a sophomore and let the fish be fish.

Focus on the "Be" and "Do" of leadership. We have classes, briefs, and the like to discuss and "Know," but of late have been lacking in the application.
The best way to learn, especially in a laboratory like this, is to be given more freedom; that means cadets need to be making the actual decisions, not Commandant's staff.
Army ROTC does this excellently with land navigation, and letting you get lost yourself instead of, in this case, guiding you to a point (which may not even be on your lane strip).

Additionally, the 2nd and 3rd semesters of SOMS should not be centered on MAs/CTOs ranting about what's wrong in the corps, but instead the military training (I.e. ORIs, customs & courtesies, professional translation of lessons learned, and allowing for an open forum of discussion centered on cadets themselves.)

What has always made the Corps unique is the intense stress and seemingly impossible challenges put on the fish, and the class bonding and unity that occurs as a result. My Corps buddies are still very close today 24 years later. We look back on the challenges we went through together with fondness, and now as an adult I know that no matter what I face, I dealt with X in the Corps, so I can deal with Y now. That's what robust and ready leaders are like, regardless of whether you are in the corporate world or military. That's why the Aggie Corps has always produced some of the highest quality leaders from any institution. If you take away the buddy system and the outfit identity, you'll get all the things that are the problem with the military and it's morale today. The goal is not to produce plug and play cadets that can be moved around - and create "sameness," but work on creating excellence and allowing that to look different across outfits. The goal is to create close bonds and hardened, humble leaders. The outfits are a laboratory of leadership, and naturally the best labs will produce the best results. Learn from the best and help the ones who are struggling - rather than lower the standard across the board and lose the heart of the organization. That's what the world needs. I was C-2 guidon, regiment sergeant major, regiment commander and RV platoon sergeant for the squats. Those experiences alongside my buddies is what made for "intentional and immersive leadership training." If you take that away, we might as well just be a service academy, where cadets will scrawl IHTFP all over campus and dream of the day they can get out of there.

Each class year has its own place in the development of a leader. Too much focus on one part or not enough focus on another causes a disconnect in what we should all value as a meaningful leadership training experience. If any changes are to occur, to keep the integrity of the leadership development model, precise and careful consideration needs to be given to the roles at every class level. This should come in the form of conceptual lessons and teaching points, but most importantly, physical examples on how the roles work within our organization and how they can be translated for our futures. If guidence

cannot be provided adequately to cadets amists changes, it may be good to reevaluate exactly how leadership at every level should be played out, lest we abandon the very purpose of the Corps of Cadets.

Continue to defend and uphold the standard while prioritizing the value of the corps leadership experiences available in outfit activities.

I believe that we can be more immersive in our leadership training by expanding the criteria for leadership roles as well as creating more. At the moment, the way we chose leaders is very simple and only focuses on grades first and foremost though most cadets would rather have a good CO with average grades rather than a bad CO with a 4.0.

I think that having a larger group for standardized drill and uniform would be good, however if we want the fish to stay close together, the outfits present a simple option. It is much harder for 200 cadets to become a cohesive unit than 20 or 30. Using outfits would also allow sophomores to learn their job and grow as a leader. I believe that FOW should be extended to two weeks and be corps wide to allow standardization, after this, these fish will be released to their outfits for sophomores to learn their job and fish to learn outfit culture.

We can do interviews for people each semester as part of the transition process from going to a fish to sophomore, sophomore to junior, junior to senior.

Intentional and immersive is by keeping the fish with the upperclassmen-having the upperclassmen teach them from the beginning, like it has been the past couple years. Although SOMS is required for only a year and 1/2, I think it should be required for all four years. And if you want to focus more on being intentional, in those classes there can be given situations that every under and upperclassmen experience and explain how every action that is taken not only has a reaction but has a purpose. We tell our fish all the time that everything we do has a reason and a leadership correspondence. That should be emphasized. If SOMS won't be for all four years then have meetings with the whitebelts as well. Fish year everyone cares because they want you to stay, and by that time you're already calling the Corps home and don't want to leave. Then during Pisshead year every MA and everyone on Corps Staff hates you because they think you're the problem-so you get a fraction of that care, maybe a fourth of initial care. Then once you hit being a whitebelt you're basically tossed to the way side. The whitebelt's leadership development matters too. Even if SOMS doesn't become required, whitebelts should still have meetings with the Commandant maybe once every two weeks to a month to understand our purpose, place, and course of action in accordance to your vision while fulfilling our own visions. I understand helping the blackbelts develop, but the whitebelts matter just as much as they do in this entire Corps process.

As a zip, I look fondly at the time where it was tough as a buddy class and made me proud to be a killer. Enforcing height and weight along with pt scores will make everyone care more. Also let prospects know that this won't be easy but will be worth it.

This is a student organization, let the students run it. They have the pulse on the generation, and those that thrive have the knowledge on how to do so. Just as fraternities have attrition, so too will the corps. Just as fraternities are not for everyone, so too is the corps. The corps is its own entity, NOT a USMA lite.

Service towards others needs to be more heavily implemented. I was talking with Colonel Allison last semester, and he told me that when he was here no freshmen had to do pushups for their mistakes. Instead, the upperclassman directly in charge of them had to do the pushups because they didn't do enough to get their freshmen to the point where they were flawless. I think a system something like this would benefit the Corps. I don't think the upperclassmen necessarily always doing pushups in front of the freshmen or whoever it is that messed up would have any benefit, because then the initiator might do the opposite desired effect and try to mess up to make their upperclassmen have to do pushups. I think this kind of system, though, would make more humble and service-oriented cadets.

I was an Outfit Commander class of 2000:
1. As a sophmore, there was no official leadership training, just a "passed down" model of what some thought was cool, often yielding the next class to be even more obsurd. Any type of coaching/leadership training for sophmores should be welcomed.

2. When I became outfit commander, same thing, no real training. We met biweekly with a Cadet Training officer with no real guidance, it was story time.
We met weekly with the band directors, same thing, it was a pissing contest of which outfit was better.

Any training for commanders that would involve:
1. delegation techinques,
2. peer/underclassman accountability,
3. communication techniques
4. planning weekly, monthly and semester goals in PT, inspections, academics guidance
5. Conflict resolution strategies

If we are truly making an attempt to build leaders, these are the current strategies I stress with my current subodinates.

Mandatory leadership forums for the different classes where Old Ags and other leaders come and talk about leadership. In the interim between forums have classes broken down by major units have sessions with officers out of the Trigon.

Peer selected leadership. Would eliminate a lot of the perceived pointlessness of leadership positions that is prevalent amongst the Corps. Reinfecting pride into the corps will increase this ability too. The only way to reinfect pride is to make the corps something worth the time and effort it takes. The lessening of standards and ease/comfort of many outfits fish experience only subtracts from the pride one can have as a cadet as they know PT standards are not hard, you aren't going to be pushed, you're not going to be yelled at, the challenge changes to mundane inconveniences not a stressful situation from which to grow.

I think proper oversight of a cadet run corps and special units. I graduated in '21 and felt that part of the lack of leadership opportunities resided in the fact that not enough autonomy was given to cadets in how their corps, major units, special units, and outfits were run. Obviously oversight is needed or you'd end up with the inmates running the asylum. At the same time, your average cadet finds more opportunities for personal growth when they are presented to him as a means to make an impact. This impact is more readily seen when the decisions a cadet leader makes have tangible effects on the corps. This is opposed to the image that "the bulls" are the ultimate decisions makers and everything else is just cosmetic.

I appreciate what you're trying to do but I find that removing fish from an outfit ends up stranding all of the upperclassmen without a purpose.

By NOT separating the fish from their outfits for FOW

(AS800, '23 dead zip)

1. Immersion was not an issue in 2019. Every upper in my outfit was involved with training before COVID because people had responsibilities. Every year cadets have been able to take less and less action without oversight which kills drive to participate. Examples included training chow, training before formation, and daily room inspections before fallout in the morning. Every upper could be responsible for the performance and mentoring of fish in their CoC. These tasks are now gone, and engagement and immersion is following for both fish and uppers. Fallout holes and head sheds were great for getting cadets in the zone for training time, and assisted with "flipping the switch".

2. Corps events that give everyone a chance to lead such as a weekend at the O-course or LRC where each cadet must lead and pass a graded event before the end of the semester, similar to the PT test. The idea is to engage leadership in all cadets and provide opportunities for learning and discussion based on current performance. Events could also include things like taking turns planning a minor unit event with exclusively non-training cadets.

3. Cadets could assist with leading a SOMS class in a role similar to that of a TA, allowing cadets to

mentor each other with the guidance of instructors and have responsibilities to the class they serve.

4. Require non-corps or extracurricular Corps orgs leadership be mandatory for all those not in some position within the corps. Not everyone is in ROTC or corps leadership, so this could help thrust cadets into getting involved in something else they are interested in (aviation club, interamural teams, etc)

Actually giving Cadets an opportunity to Lead rather than Manage. Management is the forefront of what we do in the Corps of Cadets, rather than leadership. We are constantly told what we can and cannot do and have to work within the Small gray area and that sums up our leadership opportunities.

We are told to think outside of the box, but when we do we are told no or that it is not feasible or won't be approved. A key example of this would be when my outfit wanted to put on a 1 day long Field training exercise. Months of planning and logistics went into it as a way for my pissheads to practice for becoming whitebelts, leading teams and practicing execution of long term plans. Advisors constantly deffered their decisions saying maybe or it wasn't at all possible. One advisor finally agreed but told us day of that we couldn't go forward with it.

With all of the required guidance we have we cannot resonably set our own agenda for ourselves or our people with all these requirements that we have to hit otherwise we are hit with discipline. I understand the need for these requirements to better connect us to core values, but it does not allow us to be creative with our time or try new things, which I believe is essential to leadership.

I don't agree in a total laissez-faire approach to activities, there should be standards and an approval process for what is done. but as leaders we should be able to at least plan how we think activities or outfit led things should be done, rather than being shut down. It increases group cohesion and a shared sense of identity. Rather than a "do it because staff said so" mentality. This model doesn't make leaders, it makes managers and followers.

Expand SOMS for freshman and sophomore to twice a week. In SOMS classes, teach second semester fish about being sophomores and perhaps conduct "pisshead practices." Also, allow outfits to conduct "pisshead practices" by having second semester fish, ideally after spring break, practice training their buddies. Taking fish out of their outfits during designated training times takes away leadership opportunities for the upperclassmen, especially the sophomores in the outfit. First semester sophomore SOMS, the new pissheads should have opportunities to reflect on their leadership methods and see what is effective and what is not. Sophomore second semester SOMS should prepare the sophomores to be juniors. I know when I was in the Corps looking at scenarios and discussing how we would handle each scenario really helped me grow as a leader and see different viewpoints on how to solve problems and address issues. During weekly outfit meetings, allow juniors time to offer constructive criticism to the sophomores (without fish present). The criticism should be organized and offered with solutions and likely should be approved by the first sergeant. Increase white belt mentorship. Have chaplains make sure white belt mentors meet with their black belts formally at least once per month. Encourage COs to talk to all seniors in the outfit when setting outfit objectives.

The Corps has served as the best life lab for more than 100 years. Seeking ways to be intentional and immersive is like asking how to be a better helicopter parent. The Trigon staff should be present and offer guidance. The Trigon does not need to be selecting the leaders. Watch the activities for safety. Let the Cadets run the Corps and make mistakes. That is part of learning.

The answer is certainly not (in my opinion) fundamentally changing the system of the how the corps will be run for the future, instead of re-examining a proven, successful model that has been operational for a very long time in a university that values tradition. I think that if there's a broken part of a toy, you can fix that toy instead of buying a new one. You can fix it and reinforce it so the same thing doesn't happen again. Personally, I'd say one of the "repairs" to be more intentional and immersive in our leadership training and education program across the four-year journey is by involving comm staff in OBSERVING and offering GUIDANCE to outfits during their training times. The most effective way I've given feedback to my underclassmen is by affirming in public and correcting in private. Whenever anyone that has held rank in the military walks in the hallway, all we feel is fear, because there is a big chance that at the slightest mistake, the "Advisor" or "CTO" will destroy the training environment, embarrass the leadership

in front of the fish, damage their credibility, and all of that will occur for something like calling "preparation for new roles" the term that has been used for years, "transition training." Gen. Michaelis said it himself during his first Commandant's address, that this is a "leadership laboratory" that should afford cadets to make mistakes and learn experientially instead of sitting in a class learning concepts but not giving any experience of about how to enact them. If that is an issue, comm staff should take a more active role in providing accurate, constructive feedback, not taking destructive, seemingly intentionally intimidating and discouraging steps to put our cadets down instead of lifting them up. The measures being taken to keep cadets from making mistakes are also measures to stop them from learning, because mistakes are a huge part of learning. So for a short answer, I think a patient, graceful involvement of comm staff to advise outfits during training times, provide help and not give commands to outfits during operations, would be the most beneficial.

For our cadet leaders, at the upper-end of the four-year learning experience, a better feedback pipeline is necessary. This is the first time I've ever been given the opportunity to give feedback on a greater-than-outfit level in my three years in the corps, and I think that this should be a necessary expectation of our upper leaders. I know from being a fish to being in my own leadership position now that there is a constant pressure and need to fight against becoming disconnected from the bottom level of the hierarchy as you move up, and I believe our highest leaders are the most disconnected from the "real corps," the 90% of cadets that carry out their guidance on a day-to-day basis. Upper-leaders also rarely get to chance to see firsthand the effects of their guidance. There was a point last semester where I really wanted to offer some feedback to whoever decided afternoon training times were not allowed to take place on Thursday afternoons, and realized that the corps did not care what I thought (there was no way for me to give feedback), which is extremely backwards for an organization that is aiming to teach people to be leaders.

For the very bottom, "babying" cadets will lead us nowhere in either recruiting (most cadets are looking for a challenge) and the quality of our program and I believe this change to implement a fish dorm would be very similar to "babying" our cadets.

Please note that anything I've said has been meant and intended in the most respectful way possible. No matter the decision that is made, I will have complete buy in to this corps and making the best impact I can make on our freshmen

I think upholding everything that makes A&M and the corps special and preserving the four year corp development model is crucial, peak corps experience was last year.

Give cadets more power over the policies that are put in place for the corps.

Don't have a fish dorm

I believe that allowing cadets to have a larger say in the type of training that would be asked of them to perform and receive is important. I believe that kind of training would be more productive when those who are training as well as being trained really believe in what it is that they're conducting and learning.

Get rid of the Green tabs for all. Command tabs should be earned, not just because you are on that leadership tract. The Corps of Cadets is a Leadership Laboratory where you can work on your leadership style and learn by the success and failures within the safety net set forth and overseen by the Cadet Training Staff. The Corps of Cadets runs on the Class system. The Freshmen are the Main Cog in that wheel. Your first semester fish year (not FOW) is when you are expected to let go of all the accolades you got in HS and to relinquish your selfish instincts. Every fish starts off on the same level and you must rely on your buddies to be successful. Is it stressful? Yes, the goal is to make the fish class a unified entity which culminates with the earing of Corps Brass. I look back on my fish year with fondness and because it was tough, it showed me I could do anything I set my mind to and if I knew I had the help from my buddies. the second semester fish year is when the groundwork is laid out and the Leaders start to emerge. you know HOW to be a cadet (Uniform standards, inspection standards, and all the other things that your overall outfit has to do with the goal is the General Moore Award and the other

awards you can win. (again, promoting the all classes have to pull their weight to achieve that goal. The Sophomore class has the hardest Job in the Corps as they must instruct and discipline the fish to care about the smallest details about be able to present themselves off the quad in a manner that promotes the Corps as an organization that should be respected and to uphold the mantra of soldier, statesman, and knightly gentleman. at the same time the upperclassmen are pushing the sophomores to still work as a class in unity (the visual to the fish on how that should look) and to also lead them in their approach to leading that mission. The Jr Class is the day to day running of the outfit (making sure the study hours are kept, all the meal counts are there, etc.) but this is where the road takes a fork. while 40-45% of Cadets will eventually take a commission, the other 55-60% will take a D&C path. the Corps at this moment fails those D&C cadets at the expense of the contract cadets (I also understand that the commandant's office's mission is to assist those scholarship cadets. to be perfectly honest, the current system of cadets moving outfits is part of the problem. there were plenty of leadership positions available to those that wanted it in my time you had Corps Staff, Regiment staff, Battalion Staff, and Outfit staff. these positions are ROTC accolades. Nobody cares what staff position you held at your ROTC in the military or in the private sector. Now the culmination of 3 Hard years of Corps work, you are a Sr Cadet and you are now at your Leadership Lab to practice what you have learned from those leaders that came before you and in your ROTC classes and the Trigon officers and CTO's. this is the system I learned under and I feel it was successful.

Allow for Freshmen to put their newly learned leadership skills from their outfits (meaning that the Freshmen will be with their outfits since the beginning of their Corps career) by having them compete in Wing, Brigade, or Regiment level competitions solely led by the Freshmen, yet arranged by Upperclassmen (i.e. monthly marching competitions, "fish platoon" PT competitions, MPIs already test knowledge and The Standard which is good). The emphasis here is that the Freshmen will be forced to put their learned leadership skills to the test. Additionally, this would NOT ONLY increase outfit buy-in/better culture/class relations, but it would also be a good assessment of which Outfits are lacking the instructional, intentional, and immersive leadership because the Freshmen classes that would perform badly will reflect their Outfit leadership.

In order to create and intentional and immersive experience within a leadership organization, it is critical to consider the value of having a smaller ratio of trainee to the trainers. While understanding the purpose of the unified freshman dorm being to better prepare cadets for the Corps and student environment, it is also important to consider that there are other options to that of which is preposed that wouldn't inhibit the ability of Outfits to carry on with traditions and values that have been around for years. For example, if the issue is that the sophomores are placing too much stress on cadets in the first stages of the training. Why not, post-FOW, introduce all of the white belts to the fish but keep the same sophomore cadre who are already well trained present while the rest of the sophomores conduct an ethical leadership course. Thus, within the most critical part of a students education, the first month and a half, freshman will be able to slowly transition into what the rest of the semester will entail. Further instilling buddy unity, communication skills, and better utilizing the Senior and Junior cadets to create an environment of highly controlled stress where freshman "students first" can focus on their education in conjunction to the Corps of Cadets lifestyle.

When I was in the corps the formal leadership training took place in your junior year as addendum of the Naval Science curriculum and Naval History. It was in the form of a business management class. Good course but at 20 years old I struggled to apply the principles learned to the military context. While there were a few Corps positional opportunities (e.g., ASL)to demonstrate and experience leadership it was very "trial and error" and "on the job". My thought was and is that this resulted in a lot of mistakes and no doubt contributed to the abysmal attrition numbers in my outfit (S-2 87-91). We graduated 7 original folks from a 36 fISH. S-2 was disbanded for H-1 2 years after I graduated. I would propose an immersive leadership plan for every cadet every year. Every year could have objective based leadership principles that needed to be demonstrated with larger responsibilities each year (team, squad, platoon, company) Each fISH could be assigned a sophomore team leader/mentor who switched after one semester. Same principle up the line. Additionally, a robust peer evaluation system should be instituted providing anonymous feedback to the underclassmen and team leader mentor teams. I would suggest rotating key leadership positions each semester. West Point does this and I think it's a good learning. Finally, as a sophomore I was expected to be a disciplinarian to my fISH at exactly the time I had the least

experience. I propose that we shift the view of Pissheads from martinets to mentors. That will certainly require juniors and seniors to be more active.

By continuing to uphold the state of the corps as it was in school year 22-23

Provide a way for whitebelts to continue to buy in outside of special units. There are many ways we support fish and heads, but it drops off for upperclassman. I think having balls for each major unit would increase morale by a lot.

From what I am aware, freshmen are responsible for learning how to follow before they can lead in the Corps of Cadets. Learning how to be a follower can give insight on how to be a better leader in the future. If the structure of the Corps stays the same, I will use what I have learned from following instructions from my fire team and from various chains in my outfit to instruct and lead fish. Experiencing good and bad instruction helps the followers learn what kinds of communication and leadership styles work to develop well trained and confident individuals ready to be rewarded with leadership.
Secondly, Air Force Leadership Laboratories do an outstanding job at offering leadership opportunities to fish willing to step up and put out for them. For both LLAB and for Air Force PT, fish have many opportunities to take charge of their flight and learn. This is the whole point of a leadership laboratory, it is a time to experiment, learn, fail or succeed in leadership. From my personal understanding as a freshmen, it also offers a unique leadership experience for upperclassmen outside of their outfit as flight commander.

Properly train sophomores. The biggest single detriment to the corps leadership development is a lack of training at the sophomore level. Often times, the only leadership training that a sophomore gets is surviving freshman year. They then proceed to behave exactly as they were treated

From my perspective, and many other people I've talked to, the current MO of the Corps is to treat the fish as if they need to be walked through every step of life. Many of these young men and women come from the top echelons of their high schools, being key members of JROTC, STUCO, NHS, and others. When they arrive here, they are made out to be fragile and un-thinking, and their upperclassmen are made to effectively treat them like children. I am not advocating for making life unnecessarily hard for the freshmen, but I am advocating that making it too easy is denying these hard-working, motivated individuals their opportunity to molded by a more rigorous environment. These 4 years are fleeting compared to their careers in the military or civilian world, but learning how to cope with the stress of balancing schoolwork, cadet life, physical fitness, and their social lives here, in an environment you can relatively safely make mistakes, sets them up for great success down the road when many of these same stressors are re-encountered in a world that is much less understanding to failure. In short, the young adults that are attracted to this institution are allured by the idea that going through this program will make them tougher in all areas of life, and to deny them of that opportunity is to deny them experience that is necessary for the real world.

This may not be your question's answer but I didn't attend A&M to become a leader or to grow through education. I applied to A&M because I wanted to be in the Corps of Cadets like my dad('49). I knew I need what the Corps could teach me, whether or not it was pleasant.

The current 4-year development model that we have (following, coaching, mentoring, and inspiring) works well, and all 4 class years are needed to make this successful.
While I believe that the Commandant briefings are a stopgap until a more unified SOMS curriculum is put together, what makes us stand out from other leadership organizations is that we practice hands on leadership that can't be found in a classroom. Those briefings take us away from that.
The greatest teacher is experience. The corps provides us the ability to create controlled and artificial stressful situations that we can put our cadets through. This helps cadets get used to acting under pressure, and any mistakes made along the way are not permanent.

My recommendation is that the Commandant's staff and Corps Staff should shadow outfits to see how they operate. NOT interfere, but just observe, even if the situation MAY seem out of hand. Ask questions at the end of training times and bring back observations to consolidate and discuss.
Ensure that leaders are intentional: I'm sure there are many cadets in leadership positions who do not

have their priorities straight. EX: Personally, I don't believe that the current values surrounding the RVs are values they should be following (especially as an official honor guard). On the surface, things look great, but racist jokes at the ends of practices or a racist and dark who's-who powerpoint are not values we want in this organization.

Take action to put intentional leaders in place who have the right end goals in mind. Allow them to use their own methods within limits to achieve that end state.

Keep outfits and MUs together and close to foster a feeling of ownership of their outfits, MUs, and the Cadet Corps as a whole. Cadets are the keepers of tradition on campus and cadet leadership needs to carry more control to make the responsibility of their position have the weight their title suggests.

I personally think you are being too intentional into the aspect of developing leadership recently. For as long as the corps has been around we have been know for developing leaders. This was because you had 4 levels of development.

Fish year - the lowest of the low having to earn your keep and quite frankly having the worst year of your life. Learning about how to become a men of character but more importantly watching other be those men of character that you care to be like.

Pisshead year-

Being the reason that the fish hate their lives. There is no relationship between the fish and the pissheads besides smoke. I firmly believe this because there is nothing strong than bonding over a common enemy. Yes you are the bad guy for a year but you also learn a lot too. You get to see the inside of how the outfit is lead. You start going out for positions and developing academically. You learn how to lead in a different way. And learn how to get shit done because you are the workhouse of the outfit.

Butt year - you run the outfit. It is yours and you are in charge. You are the person that the fish strive to be like. You act like a father to them in a rough environment where they are broken down to be build back up stronger.

Zip year - watch back and see the three classes that you developed lead the outfit. Act like a butt here and there but essentially be the moral and building up of the fish and pissheads too. ( pissheading can be a lonely life)

Personally I don't see why we would try to get away from this. Personally I am a 4th generation corps of cadet member and my grandfather and father are some of the most successful people because of the corps and that is not a brag about them but a brag about the corps because they are successful because of it.

So stop. Stop changing what the corps is. There is no need. The punches are from soft people that is a recruiting fault. Don't recruit bad cadets or people who aren't mentally prepared to have a shit year. Like you said the punch rate was much lower this year during fow because it was softer. That makes sense it is your fault for giving those cadets a false sense of reality because that is not what the corps is. That is a leadership fault.

Being a relatively recent graduate from Texas A&M and the corps of cadets, I have had the opportunities to see many examples of good and bad leadership outside of the corps. In my job, I have seen our fairly robust training period create very dedicated members of our team as well as very poor workers. I have even had the opportunity to work alongside my manager to tweak and correct our training and many of the changes I pulled directly from my time in the corps. However, good leadership training, I believe, comes down to the people who are training and less about the training program. Also, breaking down the four years in the corps, I believe the most crucial years for learning how to be a good leader is sophomore and junior year. Similar to the training we have implemented at my job, the period of training is dedicated to learning the basic tasks while "in the trenches" of the job and grinding. The reason for this is to truly learn the job from the literal ground up, to earn the respect and trust of those above you,

show your peers and your leaders that you are willing to work hard, and to earn the rest of your training period. This method has been very successful for my company and I believe it's a pretty accurate representation of fish year in the corps. My argument away from the singular fish class until the spring is the same argument I would present my leadership if they said all of our new hires will spend the first few months together away from our work. They simply would not learn the job like it is to be done at each account while also not being given the opportunity to build bonds with their coworkers. I believe the same applies to fish year in the corps. fish year provides bonding and learning with your buddy class unlike any experience leading up to it. Good leaders in the years above can truly motivate a fish class to be extremely successful, setting them up for the crucial years to follow. As far as changes go in the corps, I would love to see the same dedication to leadership training given to the fish also given to the upperclassmen. Ultimately, my time in the corps and experiencing a "hard" fish year followed by built in leadership training the following years shaped who I am and what kind of leader in life I have become.

Perhaps we ought to look towards the experience of the Academies and our own University's similar programs. The Academies have a Summer time program to get their plebes ready for school in the Fall. We have ample models from Fish Camp and T-Camp and the like on how this can be managed and organized.
Perhaps, for the new upperclassmen, a similar program could be stood up in May between Final Review and the beginning of the Summer Session.

Hands-on leadership experience is better than in class, PowerPoint-centered "training" every single time. We need to focus on opportunities for cadets to lead from the front in physical activities rather than making them sit in a chair and learn about it but rarely have a chance to implement it.

Make things hard again. I understand the overall mission of your office and of the university is to get to the benchmark of 3,000 cadets, but so far that is coming at the expense of a harder training environment. Pressure makes diamonds, and the corps isn't designed to be for everyone. I know that the majority of cadets were allured in to the corps by the harsh environment to provided for one to test themselves and come out physically and mentally stronger individuals. The corps has been producing intelligent and ethical leaders in the military and civilian sector since its creation. What I've seen so far from the proposed changes is stripping the corps of the intensity it had which attracted many. Retention is going to plummet because people don't want to be in an organization that doesn't push them or make them feel like they earned their spot in their outfits or the corps as a whole. Additionally, outfit culture is what drives camaraderie and in some cases is the crutch of some people's experiences. Outfit culture is not the issue, and by targeting it you are making enemies of the people you hope to direct. Similarity, there are traditions that are being taken away that also adversely affects the way cadets view the office. Flight of the great pumpkin is a great example, it's something for the corps to rally behind and draws in thousands of people to view. It is what makes Texas A&M and the corps such a unique and special place to be. There is a way to implement leadership changes while preserving the culture of the corps and without creating animosity between the commandant office and the corps itself. We all believe in this corps, we all love this corps, but I've seen nothing but hatred and animosity grow from the policies implemented under your charge. It will destroy the corps from the inside out if it continues.

Focus on the leadership of the fish through formation of bonds through outfit culture and family. Though love, and a lot of being straight with the freshmen

Create more opportunities for learning. Too many times I see this interaction

"This is what I want done. This is why I need it done. This is how I want it done. This is when I need it by." That's a lazy leader. Too much information, too much management, not enough opportunity for learning. Leaders everywhere do this, and it breaks my heart because they are robbing their subordinates from the ability to learn, and robbing themselves of the ability to teach them. This, I fear, is what's happening to our Corps. They're lazy leaders. Everyone is micromanaging everyone, and the more they do it, the more slips through the cracks.

"This is the task, this is when I need it done by, what are your questions and thoughts" That's a leader. Let your subordinates work through it. Coach them if they have questions. Let them screw it up, to an

extent, then show them how to get back on track. Coach them, mentor them, understand them, and by doing so; you are molding them. In my opinion, that interaction right there is what the Corps is missing. The fact that you're accepting feedback at all tells me you're more than aware of this process. You use it yourself. Now apply it to the Corps. How do you get a Pisshead to use this process? A 1SG? A Commander?

You give them tasks, give them the opportunity for mess it up, then you bring them back on track. Use the process, teach the process, live the process. This process is not taught from the bottom, up. It taught from the top, down. If you want good pissheads, you need good 1SGs. And if you need good 1SGs, you need good Commanders. And if you want good commanders, then you need good Cadre. Start where you feel appropriate, but teaching this from the bottom is a waste of time, and energy, and is a lot of heat to bring onto yourself. Teach it from the top, let it trickle down. Let people make decisions, and live with them in some cases.

---

I am not going to pretend to know the answer to this.

---

Understand the traditional structure of leadership experience within the Corps and capitalize on why it was started that way. As a freshman, you learn to follow and work as a team.

As a Sophomore, you start with one leadership tool, that is direct command and control. You see what works and what does not work through trying different things at different times. Having a larger amount of Sophomores leading a smaller number of fish gives the best situation to practice that small scale, direct front-line experience in teaching and evaluating.

As a Junior, you oversee the Sophomores and guide them. And so forth into the strategic leadership of the Seniors.

At each level, fewer people actually hold the leadership roles as you identify the best leaders in the unit.

---

First and foremost, if quality over quantity is truly the goal there needs to be emphasis on raising the bar and standards that go with it rather than dropping to the lowest common denominator. Some people weren't cut out for it/didn't understand what they were signing up for. But instead because of how much has been removed to help make it more inclusive, it's created the effect of ostracizing those who've put in the effort who then start to question if it was worth it when they could've gotten by without having pushed themselves. Additionally, while it's possible things have changed in the 2 years since I've left the corps, there's constant complaints about upper class men not respecting the fish, but if you look at how the bulls treat the cadets I've seen a lot of similarities where cadets are not treated with respect and given the appearance of a double standard. When cadets intentionally go out of their way to avoid the people that are supposed to be their advisors, there is clearly something wrong. As for making a more immersive leadership training and development, for one there are so many alumni with such variety of backgrounds who'd me more than willing to even lend an hour of their time where they could even zoom and talk to small groups and provide mentorship and learning (C-2 does really well with this both with their annual conference and other activities).

---

give more leadership opportunities

---

Put cadets in challenging positions and allow them to face failure before you provide course correction. Leadership is about being a decisive and dynamic problem. It is not about being perfect. The DOD is a perfect example of failure at this.

---

Rewards outfits that people show up, many of the jocks outfits during time were part of the boys and got all staff positions. Look at outfits that show up everyday and don't look for glamour.

---

Provide us with healthy challenges to overcome, we need direction. If little-T traditions are "hurting" the corps from your perspective, maybe try to ride the train of tradition at Texas A&M, but do so in a healthy way. Give us experiences so challenging and/or thought out that outfits can't find time to do the stupid stuff that genuinely harms our corps.

This is just an idea of mine, I lack the creativity to give you ideas on what exactly these new traditions would be. Maybe something like the Cadet Challenge? I am merely giving feedback, not trying to make decisions for you.

Give leadership back to the cadets. COs and 1SGTs have no room to lead. Any mistake and it is immediate discipline to the highest degree. If development over all four years is the goal, then all ranks should be cadet-lead, not STANDARD ENFORCED. The standard is a rule book that is disregarded unless Comm Staff/Corps staff wants to punish a cadet or outfit to the highest possible level. Also, if "across four years" is the goal, the Learn, Coach, Lead, Inspire motto should be put into place. As of now, if a sophomore in my hallway is caught by a staff member even speaking to a fish during the academic day, they would receive discipline. This is not right. On the spot correction should be allowed, to include pushing, remaking racks, or requiring their uniform. These should be repeated until the fish demonstrates their ability to meet standards. Right now, I see freshmen who don't shave, greet, or simply honor the "elephant ear." What is the point of coaching these standards and traditions if there are no repercussions to follow unacceptable behavior. Additionally, is fish cannot demonstrate a simple, perfect uniform, why should they already be "transitioning" to sophomores. The system in place as of now is broken.

Please give the RV's Physical Training back…. It used to mean so much to me and challenged me to be better… it kept me healthy both physically and mentally. Now that it is gone the company has lost most of its uniqueness to me.. I'm not even excited to go to practice anymore. Please bring physical training back to the Rv's

Focus on servant leadership and the guiding principles of that. Utilize extreme ownership (jocko's book) as another basis to teach from. Sophomores should understand the teach/show/hands on training path. Accountability to the standards firmly upheld and proper punitive punishment applied - and via buddy system.

Keep white belt engagement and D&C engagement. Especially those who are not cadre/green tabs. The corps has always been fish centric, and white belts get forgotten in the shuffle.

Consistency in core policies and a return to personal responsibility - appearance in uniform, always whipping out to upperclassmen, attention to military bearing, distinction between classes/not blurring the lines with upper and underclassmen

I believe a worthwhile direction to take regarding being intentional and immersive would be corps-wide activities, but with individual outfits participating. General Michaelis detailed his worries about outfit culture and involvement being more focused than Corps relations, and I believe that this idea, or related opportunities, offers a good balance. These kinds of events would increase quad-wide outfit involvement in the culture of the Corps without sacrificing the body and spirit of individual outfits.

The most specific idea I hold is that to remain immersed in the corps experience, freshmen should be with their outfits all year. A fish academy would instill in too many freshmen the idea of being an individual, despite its intention of being more inclusive to the idea of "being in the Corps." The majority of my experience of being a part of the Corps has been solely through my involvement in my outfit, not in the Corps. I feel empowered as a member of the Corps of Cadets because of my uniform, my values, my knowledge, and everything I have struggled through as a Corps experience, but I am certain that if I didn't have the direct support of my own upperclassmen from my own outfit, I would not have felt as involved with the outfit and the spirit of A&M. In fact, I probably would have punched from the Corps during my fish year without the idea that I was part of something small and precious within the larger body of the Corps.

I agree that Corps involvement has declined over the years in favor of outfit culture, though I can also say that outfit culture has also declined. I believe that the most important support that can be offered to

TAMU-02924

freshmen in the Corps is almost solely through the outfit level. Offering support at such a large and broad level as a "fish Academy" requires that you "water down" that support to make it more accessible to all the fish, as opposed to outfits being able to directly find the best possible support options for each individual fish.

Please define leadership. What outcomes do you expect from such a program? How will you assess the programs effectiveness m?

How we've been doing it

The most immersive experience is as an OUTFIT. I didn't care about being a "generalized cadet in an amalgamated system", I cared about being a Husler. Make CROs Apply rather than being appointed, and move them between outfits if needed like other KL's, that way there will be more intention in career readiness and leadership training. Also make SOMS required all four years, not an option.

Communicate with cadets first. We shouldn't find out the purpose and execution of this plan from a Facebook post from the Commandant to old ags. Current cadets should be the first to hear about these changes. Even the little information we received from command team was far too limited. I think this news about restructuring would have gone over more smoothly had there been more information available and more unknowns figured out before this news reached the cadet level. You can be more intentional by keeping cadets in the loop on things, asking for their input and responding to it when provided.

There should be a differentiation between Cadets commissioning versus those going into the business world when it comes to leadership experiences and training; leading in the real military is not like what Cadet Fish are experiencing; some company's (especially in all male outfits) we are led by Sophomores or upperclassmen who see it as having power to mistreat Fish because they were mistreated; there is minimal leadership skills taught or shared; they think leading is aiming to instill fear; they think paining a Fish to punch out is what makes a guy tougher and if they punch them we don't need them - but they punch out because of how wrongly they are treated; and if they have it out for you - man - you better have thick skin to take it and not want to punch someone in the face or punch out; so leaders are not grown instead they are suppressed to not exist

Keep the commandant out of the decision process

Effective, intentional, and immersive leadership training comes from people who have real-world experience. While informational, Corps SOMS classes past sophomore year are not geared toward the average cadet. There is no call to action or cadet motivation from the instructors in these classes past 3rd semester. The most benefit and leadership perspective I've ever received from a SOMS class was when the CTOs/Gunnys were my SOMS instructors. When we walked into class it never seemed like there was a lesson plan, but the discussion always connected to a leadership principle. They would talk to us about problems in the Corps, and they were always more informed than we were. By the end of every single SOMS class with a CTO, I was inspired to go make a positive difference in the Corps. Experienced, informed, and "corps-involved" leaders that care are the way to keep cadets engaged into their white-belt years. Reading through leadership books can be beneficial, but it doesn't create buy-in from cadets. By keeping SOMS instructors informed, they can challenge our norms and be the link between the commandant and the non-staff cadet body.

Expand the military science classes to include the specific instruction you are seeking incorporate a grading system to judge units on successfully incorporating the instruction into unit operations. Reward high achievers with unit designations and citations. Penalize poor achievers with probationary periods and disbanding if corrections are not achieved.

Allow outfits to have fish in their hallways and don't split up outfits between hallways. This will in turn destroy outfit pride and will create a vast swath of once we're motivated cadets in said outfits into un-motivated apathetic cadets who have no reason to work hard apart from their contract due to them not having something that they can directly effect IE: "The Outfit".

Keeping the structure the same and not change it to this fish academy.

I am a fISH in the corps. While I have not had a lot of time leading, I have had the opportunity to observe examples of leadership and observe what kind of leader I want to be as a sophomore, white belt, and eventually as a commissioned officer. I have learned that a major aspect of leadership is seeing the individual in the person you lead. I've learned this through the personal connections I've made with my upperclassman, where they saw me as more than just a fISH they needed to discipline. If fISH are removed from the outfits initially, it hurts the formation of those personal connections. fISH will also probably not make that connection with the cadre, because they will only be together for a shorter period of time. To me, an important part of corps culture is how someone like my fire team leader cares about me beyond my ability to recite campos or have a sharp uniform, but also about my individual success. It makes the corps more enjoyable, and makes connections between people that will last a lifetime.

The corps development model encourages cadets to go out for key leadership and heralds first-sergeants and commanding officers as being peak examples of what the corps has to offer but wonders why cadets not in key leadership lack the motivation they had as fish or heads. By definition they have failed to achieve some of the greatest honors in the corps yet the corps turns around and asks why they no longer believe in their "leadership training". Intentionality means you are deliberate and careful with your actions, thinking about the result before you make decisions. Immersion is providing every cadet a depth of experience they will truly thrive in. When I think about the possibilities outlined in the leaked document, I immediately see how the fish will lack the deeper immersion that Outfits offer. For my three years in the corps, Major units have existed as a way to disseminate information and provide organization to the corps. fish who enter the corps at a major unit level without the cuture will lack the guidance that tight-knit outfits provide. I largely stayed in the corps because of my buddy class and upperclassmen. The size of my group of buddies encouraged us to get to know eachother well and we forged unbreakable relationships such that none of my buddies ever punched. Another part of being a member of an outfit is knowing the name of every single outfit member and this would be diminished if fish entered the corps at a major unit level. To make the corps more intentional, stop pouring commandant staff effort into only key leadership. Require advising each semester from members of commandant staff for every cadet in the corps. To make the corps more immersive create buy-in when you recruit a freshmen and rekindle that buy-in when they arrive at FOW. I have seen many times that cadets who can point to somone in their outfit that they know cares about them will have that same level of care for their outfit. When the follower fails it is the part of the leader. I believe many issues in the corps would be solved if we all had this mentality.

Assist in cutting costs. I have known several cadets who have seriously debated dropping out from the corps because they cannot afford it. Overpriced rooms, textbooks, weekly haircuts, special unit supplies, and dry cleaning really adds up.



I think that the leadership training is very immersive all the way down the chain as is. The Corps has made some of the best leaders there is to offer. Cadets have gone on to join the military or make very successful companies. Most of the CEO's of companies that I've met with that went to A&M were also in the Corps. I do think that upperclassmen accountability needs to be changed. Having the whole leadership chain present would insure the system that has worked well in the past stays working.

Start from the bottom with a comprehensive leadership development program that prioritizes education, physical fitness, CORPS values, and lastly individual unit values/culture

Semi annual Leadership seminars with current military and civilian leaders. Small group breakout sessions per semester.

It is apparent to me over the last few days that we all love Texas A&M university and love our Corps! That being said, I believe that there are issues across the Corps with lack of leadership, lack of accountability, lack of responsibility, and lack of communication. There also seems to be a lack of alignment between various stakeholders -- Corps, SOMS, Hollingsworth, Military Programs, D&C cadets/program, the University, etc. This drives a critical issue in keeping the Corps relevant within Texas A&M University AND the student body. I believe this survey, along with the Commandant's leadership, is the first step in getting the Corps back on track.

My suggestions is that the Commandant lay out a vision for the Corps for the next 150 years to these stakeholders seeking alignment around the "why". Any future idea or concept or plan should align to help achieve that vision. While the Corps is a student run/led organization, it requires leadership and ownership by a University official, the Commandant.

My suggestions for the "how":
Corps vs Outfit:
- Outfits have come and gone and changed over the years for various reasons.
- In the end, there is one Corps, including the Fightin' Texas Aggie Band
- Outfits have their place in Esprit de Corps, culture, focus, and organization
- Outfits should be held to the same standard regardless of focus / culture
- Create a recruitment incentive for meeting standards and retention rates (or other metrics). those that do well, continue to thrive, and those that struggle either adapt and recover or fade away --- this is Leadership Lab material right here! Of course, Commandant staff should come along side the struggling outfits and mentor, retrain. We really want everyone to succeed, but sometimes failures lead to future successes.
- When in doubt, look to the FTAB for long lived examples. Each cadet is in the Band first, then outfit, also further broken down into sectionals (by instrument). The FTAB has been doing this successfully for a long time!

Freshman Orientation:
- FO should be 4 weeks and in 3 phases:
+ Weeks 1-2 = Phase 1 -- focused week 1 led by Cadre; week 2 led by Cadre with focus on transition to classes and study habits/resources
+ Week 3 = Phase 2 --- fish are introduced to remainder of outfit Seniors and Juniors
+ Week 4 = Phase 3 --- fish are introduced to remainder of sophomores and establish FTL relationships and training cadence
-Outfits should lead the FO with a larger selected Cadre. 3-4 Seniors; 4-5 Juniors; 3 Sophomores (must have completed Sophomore Leadership Academy)
- Major units lead and ensure orientation tasks are being met; perhaps augmented staffs for the orientation period.
- A standard must be created -- process, checklists, master schedule, etc - so that each unit is orienting to the same standard---- each fish learns the same things, and shares similar experiences
- The Cadre should be trained specifically in the orientation standard, conduct, and be held accountable for training.

Train-the-Trainer Approach:
- Sophomore Leadership Academy -- this is a great idea. It should be structured and standardized across the units
- Rising Seniors and Juniors must also have a shorter but similar module. Juniors must learn how to be the backbone of the Corps during their year. Both executors and leaders!
- Structure and standard!

D&C Cadets
- These are some of the best leaders within the Corps. They should have leadership positions!
- There needs to be an overhaul of the program here. Texas A&M College of Agriculture has some excellent Leadership programs and courses. I recommend a collaboration between the Corps / Hollingsworth and College of Ag.
- The university needs to develop a Minor in Leadership for these cadets due to their experiences as well as the additional courses they have taken.

Other topics to help drive culture, leadership and education:
- Formations -- get back to holding formations and reporting! Its ok for cadets to miss for off quad activities, study groups, etc, but the Corps needs to be disciplined in creating a Corps environment

- Whip outs to other outfits -- This needs to be enforced! and there needs to be a simple standard of whipping out -- no specific outfit whipping out. And this needs to happen off quad as well. What a great way to bring the Corps together.

- Howdy --- Dammit!! I cannot tell you how disappointing it is to me to walk campus now and the Corps members do not say Howdy unless spoken too, and even then some dont! Need to get back to being Keepers of the Traditions!

- Off-quad organizations and uniforms ---- I hear many stories of cadets skipping other organization meetings / events because they would have to wear their uniform. Need a way to instill pride in wearing the uniform as well as incentivize participation outside the Corps.
+ MSC -- uniform
+ Library -- no uniform
+ Rudder -- uniform
+ other buildings after chow --- no uniform for studying and attending off quad organizations

- Each outfit establishes a mentorship program -- In the fall of 2023, the A Battery CO initiated a mentorship program connecting former members to current members. This is a start!! The program needs some structure and modules, but I believe it has been beneficial for both mentor and mentee. Focus should be on personal development, resume, leadership, etc.

Truthfully, letting the outfits have their cultures. Yes, they can be bad, but it's a matter of letting evolution take care of the bad parts and grow the good ones. Corps staff's crusade and pseudo us vs them between yourselves and those on the ground makes us more likely to be antagonistic against new ordinances and rules you put out. This takes away from our want and will to lead or learn how to lead.

Identify natural leaders early on. By the end of FOW, there is usually a clear 1-2 fish that are standouts and leaders of their class. For others, it will come down to motivation. There is no other way to say this. In every facet of life, there will be leaders and followers. Give them the means and the tools to become leaders. Ensure that legitimate leadership positions are available at the outfit level and hold each person accountable to the standard set. If people are not willing to pull their weight, get them out. It's as simple as that. Although harder to do via peer review. Counseling is one tool I wish I used more.

Give cadets leadership (not management) training, more training to the Fish than upperclassmen and hit it hard spring semester.

The first semester should emphasize:
- how not to flunk out in academics,
- learning corps operations,
- show there is more strength through unity, and
- basically how to live without parents.

Purpose: Show young cadets how to lead other students who are not in the corps. Having on the uniform gives cadets more initial respect than non regs.

Offer many oppurtunities for the cadets to lead and follow across the Corps and the community. Explore community activities in Bryan / College Station and include the ability for freshman and sophomore's to move around units.

Every upperclassmen does any pt with the freshmen and sophomores to show followers what leaders can do from back then and now. No underclassmen is more special than their upperclassmen.

Make this place a family

Create leadership classes at each level for the next phase in the leadership pipeline. Freshmen second semester learn about leading individual contributors versus being an individual contributor. Second semester sophomores then learn skills for next phase of leading front line leaders leading team leaders needed as a junior. Junior leaders at this point determine whether need skills as a functional leader (outfit) or enterprise (staff) based upon interests.

The leadership pipeline provides a model utilized by Fortune 500 organizations and prepares leaders for industry.

In alignment with the Commandant's vision to strengthen Corps culture and cultivate leaders, this proposition lays out guiding principles, ideals, and requirements for future Corps activity regarding unity amongst outfits, major units, and Corps values. Per Unitatem Vis.

Problem: Outfit activities and cultures become isolated from the standards and expectations of the Corps of Cadets. Well-meaning programs that take away outfit individuality have been met with opposition from many cadets.

The proposed solution-
-unify the corps on the individual level
-major unit activities
-mandatory co-outfit and battalion PT/CR events.

Corrective Implications to Outfit Requirements:

The unification of the corps on the individual level. Corps culture is often suppressed by outfit culture due to a lack of involvement from the Corps in daily outfit life. The solution cannot be found in forced Corps-wide classes/lectures. Outfits often attend briefings with a "mandatory" mindset. Implementing lasting and effective change must be done through facilitating comradery between outfits.

To facilitate the aforementioned unity, it should be the Corps' prerogative to begin regularly scheduled (preferably monthly) Major Unit activities that go beyond briefs. These activities should focus on team building and leadership development in a practical/active environment. These Major Unit activities will divide classes and outfits in the same way that ROTC organizes squadrons. This will allow Seniors, Juniors, and Sophomores to mentor fish and allow all classes to bond with members of other outfits.

Outfits must organize joint PT/CR events within Major-Units biweekly. Co-outfit activities will expose individual outfits to the broader Corps culture and allow for outfits to supplement/learn each other's leadership methods.

Increasing the amount of practice that cadets get for leading would be of great benefit, the SOMS classes that teach leading are mostly all lecture. While the classes give examples on what a good leader looks like and also what bad ones look like, it is generally accepted that people retain only 5% of what is heard in lecture environments. In order for cadets to retain any meaningful information on proper leadership, more practice with constructive feedback will be required.

Keep the Corps cadet led. As long as we do not do massive mistakes that harm others, then no cadet should be restricted in how to lead in accordance to the standard.

Give training to the whitebelts on how to do their specific jobs because they actually run the outfits and are responsible for our events and activities. The lack of knowledge in their specific job is noticeable across the quad and the sophomores and fish don't know how to do the job next year because the people above them don't know how to either.

Each major unit needs a mission (like the band has a mission). Training the fish to a standardized way of life in the fall semester is a huge mission in itself.

I like the plan of having the Wing, Brigade, Regiment, and the Band select 200 of their best cadre from within their major unit to train and standardize the fish (who are all kept together within the major unit and not assigned to an outfit until the spring semester).

A fish's first loyalty is to one another (their fish buddies across the entire major unit), their second loyalty is to the major unit and the unit's mission, lastly the outfit (and what ever revolving outfit "culture" may be popular at the time).

In the late 80s and early 90s the Band fish were trained by ALL outfit upperclassmen across the entire band and fish could never do anything without a buddy or big group of buddies.

B-Batt fish were trained by A-Company Pissheads, Butts, and Zips with no issues of cross-outfit conflicts. Everyone was exactly the same, on the same sheet of music, and standardized for the benefit of the band's overall mission (to perform). This was highly immersive leadership training for everyone all four years.

Fish learned active followership and how not to leave your buddy behind. We even had to speak as one, all together, and in unison. The fish collective was like a single giant force, and the individual was protected by the school (of many fish). I hated it at the time but is was invaluable training - and very immersive. It was so immersive, I hated it.

The Corps and ROTC programs are disconnected. One's success in the Corps does not directly contribute to success in ROTC programs, which subsequently results in a time and energy investment decision for the student. The ROTC programs and the Corps must find ways to work together integrate and account for cadet performance in both programs. A deliberate and Immersive cadet experience integrates the ROTC programs into the Corps of Cadets program and uses leadership education concepts found across all three ROTC programs to grow the cadet. For those not seeking a commission, the program offers a military leadership education program without the obligation of a commission.

To make sure we develop each class as a person first then focus on leading. We still need to have the class system but let us train how we see appropriate. For example, a piss head can be nice and still be an effective leader and coach.

Value making mistakes. Nobody gets it right the first time all the time. Let underclassmen view good examples and understand why they are good. (For me, this meant u estranging that each fish class emulates their senior class)

Maybe let cadets lead the fish in their own outfits instead of quarantining the fish to be indoctrinated by staff.

Maybe let cadets make decisions about the corps instead of overhauling the entire system with no input.

Maybe stop completely disintegrating any power cadets have, making their "leadership" irrelevant.

Be respectful of the past. Learn from it. Major changes to policy, SOPs, guidelines and processes aren't required.

Bring in corporate leaders to lecture. Start an internship program for current cadets with former cadet owned businesses. Military leadership skills are mostly learned from peers and upperclassmen. There is interaction with the Trigon staff, but not in teaching leadership. Start a leadership class for university credit

Create applicable leadership training sessions where training is done with real world examples and real life practice.

Provide more opportunities for leadership even at the fish level.

Extra SOMS lectures for Blackbelts on Monday/Friday mornings won't do much in terms for actual engagement. Revamping the curriculum to make it less lecture like and more practical/hands-on would actually help it to somewhat apply to what they're learning/practicing in their current roles within their outfits.

You already are. The Corps is the best student led leadership development program in the state. We create leaders. Don't fix what's not broken.

Leadership should be developed collaboratively among buddy classes. Strong relationships developed through the corps are what propel individuals through adversity and creates indivuals with quality characteristics for younger classes to emulate. This is the best way to create leaders, by giving indivuals an example to live up to, rather than an artificial idea of a leader which SOMS classes try to create.

Leadership starts from the first day of FOW. The fish need to be taught self discipline and reliance on their buddies. The Corps should be a student lead organization that is advised by university staff. Look to other programs on campus that teach leadership. Being self aware is the first step I'm leadership. If one doesn't understand how their actions impact themselves and others, they cannot effectively lead. Reward good character traits and disciple poor ones.

Back off the outfits, let them grow in culture, introduce more cross training if you want to make a "more unified" corps experience. People don't join for the corps, they join for outfits.

Make the program more of a challenge. You are making it too easy. If you make it easy, they won't want to wear a uniform bc it's not worth it.

To hit your 3000 number, Hire 5-6 kids who are cool recent graduate cadets to recruit for the Corps. Send them all over the state. Get more kids kids to sign up. That way, your 10% attrition isn't a problem. Because the 10% that quit are pussies anyway and we don't want them

Also, don't ever EVER let a trans person be in the Corps much less in a command position. You know how embarrassing that is???? To see a man dressed up as a woman in the Corps of Cadets uniform? That a major fucking cut. Do you know what the teasippers would do if they got a hold of a picture as such???

Remember the good 'ol days when dudes that were queer were in the closet? This woke BS is Crazy and doesn't belong in the Corps.

Staying hands off and allowing the outfits to govern themselves along with corps staff having less power would be the best intentional thing that can possibly be done.

Further develop the 4 year leadership model with a focus on the importance of what each year encompasses. Also allowing cadets more hands on experience to immerse them in key roles.

I have a relationship with my sophomores, my fire team leader is the only reason I haven't punched. Taking away these possible relationships from next year's fish is creating hinderance on their development. More immersive training = more focus on relationships. It's literally what A&M is about, why I chose to be here. The relationships I would form with others. If you take this away from fish, give them assignments from a constant rotation of people, the authoritativeness that comes from upperclassmen goes away.

Why do you feel it is necessary? What exactly is the problem you're trying to solve?

Pardon my very long, perhaps very disconnected following message; it is very late and I am trying to express all my thoughts at once:

Stick to the "learn, coach, mentor, inspire" mindset of each class's leadership role. As a fish, I have learned a lot from my sophomores just by their example in leading me, and I feel it has prepared me to be a leader myself. Every outfit and every person is different, but good leaders breed good leaders. Another thing that has influenced my passion to lead is buddy unity. I feel that if the incoming fish start

their year in one big gaggle, especially during the most important time of their development, buddy unity will be severely lacking, which is a big, big part of what gets them through their training. There is a lot of value in "trauma bonding" and there are valuable lessons fish learn in having to rely on their buddies. All fish come to the realization after completing hard training that suffering alongside their buddy class makes it worth it in the end. There is a feeling of accomplishment that every fish (and every cadet) gets and naturally wants to share with the class beneath them. I understand there are cadets who are not going into the military, but it is through the military-style leadership model that cadets most directly learn values of character that they will carry with them later on in life. It is not about making the Corps manageable for everyone, but rather being proud to be a rigorous program designed for those dedicated to excellence. I do recognize there are some cadets who are not as passionate about the leadership experience, but mandates only drive cadets to fight back against the "tyranny". That's the premise that needs to be erased: the "cadets vs. staff" mindset. As a cadet led corps, letting the cadets in on the information is first and foremost the best way to go about changes. This forum is a great start. Although their are cadets who push a culture controversial to that of the Corps vision, letting the students figure out leadership styles for themselves is in my opinion the best policy. It is good to have an honest, involved chain of command from the get-go. If fish know immediately who is leading them and what they stand for, they will be more confident not just in following said leadership, but also in questioning leadership if the truly believe something can be done better. In short, the only change I see necessary is the fact that fish are taught from the very beginning that they are always wrong, an it makes them afraid to speak up, even if they believe their opinion should be valued and there may be a better way of doing things. There is a time for training, and there is a time for developing people as people. Humans. Training value is not lost just because people may treAt their subordinates with dignity and respect. In fact, fish look up to leaders who see them as equals, and in turn are more likely to follow them. Cultivating a respectful leadership culture is the key to growing more passionate leaders in the corps as cadets advance to their next class year. As far as retention: FOW had an amazing retention rate, but as soon as the Academic year hit, it plummeted. Like I said, it is a result of fish being too afraid to speak up and ask for help. The academic year is difficult to balance with the corps standards, especially when fish are so preoccupied with satisfying said standards that it takes a toll on their time management. This falls on the leaders to make sure they are still training the fish, but simultaneously making sure the fish know they genuinely care about their success and that academics come first. In my experience, I had a few really good sophomores who showed their involvement during EST when they checked in on their fish. It surprised me to see the sophomores not in their normal "mean" sophomore mood, but it was relieving to know they had my back. The corps is a 4-year preparatory lab, where mistakes can be made but the game goes on. Academics are real. Fish need to know the difference and know that when it comes to real problems, their upperclassmen are their equals and they share the same problems.

I'm not going to answer your questions. I'll just say that your role is to not F this up. Just by the fact that you're asking for feedback, tells me that you understand the blowback you're receiving. Just stop give the cadets some autonomy to chart their destiny.

I strongly believe the corps culture is one of the most significant aspects of the Texas A&M development experience. It is unique in its approach even from the military careers for which many of the cadets will pursue in that the characteristics of the corps graduates excel in education, leadership, mission culture and camaraderie of team and loyalty development. It is an experience unavailable anywhere else.

I appreciate and applaud any effort to continue the process of evolving these programs and experiences to continue to produce the kind of cadets and individuals who continue to contribute so much leadership in our society in every aspect of their characters in the professional and/or military world. I believe it is the responsibility of the leaders of the corps program to focus on the continued improvements required to sustain these values through the knowledge and expertise they bring to the program. As recommendations are made, careful analysis and thorough reviews must be completed concerning suggested changes to include views of past and present benefactors of the corps experience. I believe only with this collective type process will the continued sustainability of the corps experience be maintained.

My particular comment will relate to the discussion around the suggestion that freshman be separated from upperclassmen for a more specific focus on initial stages of individual development. I can

TAMU-0330

understand that here may be some weaknesses and areas for improved methods for bringing young cadets into the corps leadership development process but do not believe separating them from their outfits or the interaction with older more experienced cadets will improve the program. Rather, I believe it will be detrimental and basically convert the sophomore cadets into more of a freshman cadet within the outfits where they reside. The age interaction of these young cadets is as important to their development as their relationship building with fellow cadets in their class. If weaknesses or areas for improved development are identified for the freshman class, it should be within the environment of the overall experience of the holistic outfit approach and within the leadership and development process of the upperclassmen within the outfit environment.

I would strongly oppose separating freshman from their outfits and the interaction with upperclassmen in the daily experience. Any concerns identified should be addressed within the existing environment that has already proved to be successful.

Most of my true leadership training came from the military science program, not from the corps. The corps was about attention to detail, being physically fit, and learning how to suck it up. And that was valuable. However, it provided minimal « real » leadership training, except for learning by example from the sophomores who weren't just assholes. (There were a lot of those.) It sounds like a lot more emphasis has been placed on actually learning about leadership since the early 2000s, so kudos.

Preserve outfit culture by giving value to the lowest level of leadership with the sophomores and juniors as team and squad leaders allowing them to grow with less restrictive boundaries and create genuine leaders through adversity, not by handholding them with an overtly restrictive and top down guidance approach.

Create outfit structures that require leadership roles to be filled and empower Major Unit staffs to enforce these structures with support staff functions

More training time. Academics are overprioritized

While there are legitimate concerns with the corp, bureaucracy is not the answer. You don't learn leadership and respect from a slideshow, you learn it by having role models who are doing the exact same thing you have and made it through, as well as by being honest. Spend the Night With the Corps last year tended to sugarcoat things for most prospects as a recruiting method, and that was disingenuous. Hard times create strong people, be honest about that, making the hard times easier does nobody any favors. Pretty much everyone who is here for the full 4 years does so for 1 reason, because it makes us better, and because its a challenge. So lean into that, be intentional by letting cadets run the corp, as it has been in the past and how it is marketed. You can protect against hazing and dangerous activities without stealing the corp experience from underclassmen specifically and the outfits in general. When I came here during FOW, the only thing that got me through was knowing that the upperclassmen over me were going to be my family one day and really did care. And then beyond that I learned to lean on my buddy class, as they became my new day to day family. My outfit became my home, without that Anchor of support from my own upperclassmen and my buddies by my side I would have given up. You dont get that kind of support and camaraderie from an organization. You get it from a small group who gives everything for you, and you can only get that from an outfit size. In sociology its been studied that as groups increase, and exposure decreases, personal relationships either develop slower or not at all. Outfits are small personal family units, and you can be intentional by letting the cadets lead them as planned.

First, I applaud the openness to feedback on these issues. For perspective, I'm the father of a Senior Army ROTC cadet. I am not TAMU alumni, but USMA Class of 1994, so I do have some perspective on living in a Corps environment albeit a bit differently. Ensure each cadet has a leadership opportunity and

requirement commensurate with each stage of their development. Sophomore cadets should be in charge of, responsible for, and leading 1-2 freshmen in how to be a member of the corps, following standards, and how to be a good student. Junior cadets should be in charge of 4-6 sophomores and freshmen. They should have responsibilities in teaching/coaching the Sophomores HOW to lead the freshmen and also some responsibilities for looking after the welfare of the "squad" in terms of enforcing standards, inspections, holding sophomores accountable for deficiencies in their freshmen, and looking after health, morale welfare. This was GROSSLY under-delivered during COVID days and I fear this group may have missed out on learning how to take care of those below you. Anyone who had to endure the "quarantine barracks" will attest to this. Those Juniors that don't have squads should have some some type of "staff" function for the outfit with responsibilities for a "commodity" area that helps everyone. Establish some guides and left/right limits for what those staff duties are. Senior cadets should be in either leader roles (CO, XO, PL) or a staff OIC role. Set expectations for the leader roles. It's NOT the guys who march in front and have more dots/diamonds. What are their responsibilities? I recognize they are still students, so their responsibilities need to be commensurate with their own student requirements, but the point is teaching leadership through immersion. And leadership is not just wearing the rank and marching in front. Are the goals/rewards appropriate? Do they provide something sufficiently desirable that make the Cadets WANT to attain them? This may be an important consideration as they haven't all attained the level of maturity yet where they should be intrinsically motivated to achieve a successful outcome yet, but perhaps build toward that. I doubt that exists within all freshmen/sophomores. They are still kids after all. When the semester changes, you change everyone's duties so that a fresh batch get their shot in the critical leader roles, and others, who were the leaders, learn how to support the new leaders. Also, ensure that some time is spent in class-specific education about leadership at their level - and it doesn't even have to be all military, it can be civilian related as well. The point is to help guide them to be good leaders in general, and also good followers - of their leaders. This is separate from ROTC-specific training. -John Horning, COL, US Army

Rather than take certain classes away from the outfit once a week utilize CR training times once a week on either an outfit or maybe minor unit level. From there separate the classes so that each can do their own program without having to attempt a one-size-fits-all all approach. This would eliminate training times where an entire class is absent while still accomplishing the goals of education. This could be instructed by the new leadership advisers hired, cadets or Hollingsworth center and could rotate throughout minor units throughout the week.

Swap the CO and 1st Sergeant with another cadet after the fall semester

Giving the cadets an actual opportunity to lead. Respect them even though you think they are children. The point of the corps is to fail in a controlled environment, if you just tell them what to do and take away a very large part of learning how to lead then what even is the point of the corps other than to get 18 year Olds to spend new york apartment prices on a shared closet and inflating football audience numbers.

The Hollingsworth Leadership Center is what should be the focus. It has vastly improved over the past few years and need to start at the freshman level. Instead of having Military advisors teach those classes, actually hire real professors for it. These classes should take on the Socratic method of how the Corps is marketed out to be. A leadership discussion. This way each cadet can get a foundation and build upon it by the time they are seniors to decide which leadership method fits them the best and know how to cater it to their subordinates. The ILDP has greatly helped cadets in cultivating this process.

Empowerment of the students in the Corps is the key. Trust and verify. Give them guidance and set clear standards for what is to be achieved but allow a degree of freedom and creativity among different outfits and among larger unit leaders to achieve it. Make sure they are setting goals and tracking towards those goals and if they fail to do so intervene. The more students are making the decisions though the more they will be motivated and the more they will learn. The most important thing they need from the Commandant's office is clear and measurable objectives that they know they will be evaluated by (Academics, Retention, Recruiting, Discipline Reports, Inspections, Awards received, etc.)

Mistakes will be made but the key is learning and growing from the mistakes and not forgetting to focus

on the achievements as well as the shortfalls. The cadets should feel support from the Commandant's office and a larger accountability but not a heavy hand. The more that you expect of and trust the students the more they will deliver. The more the students own their mistakes and their successes the more they value them and the more they learn. Teach them how to make choices and learn from them for good and bad, don't simply tell them what you want them to do in too much detail.

I was class of 1998 and immersive was the best thing about it. You learned from the ground up. Learn how to follow, then learn how to instruct, then learn how to lead. All the while, you are learning from experience and what you like/dislike about the leadership qualities of your peers and upperclassmen.

How do you be more intentional about leadership training through the Zip year. That's easy.....Trust and Respect! You have to build trust and respect.

The hardest part about the process was the constant battle between the Trigon and the outfits. We always felt like the Trigon was imposing rules that were meant to be broken and making the Corps "soft". For instance, some time after my fish year we were told that freshmen were no longer allowed to do more than 40 pushups at a time and were not allowed to be in the front leaning rest. That's just one example of many. So, you have "leadership" trying to impose a rule that no one agreed with. Those decisions immediately make the Outfit culture at odds with the Corps culture. The Outfits believe the decision makers are making the Corps soft and feel like it is their duty to give the freshmen the experience they desire and will grow from. And usually, the staff cadets are caught in the middle. Some are "yes" men and women to the Trigon. They fear their commission spots and referrals. Others just turn a blind eye. Outfits are put in a position to fail and are distrustful of the Trigon and staff. No trust and no respect.

So leadership training is really difficult when there is no trust and no respect for what the "leadership" is doing.

If you can build trust, then you will have a much better chance of reaching the cadets for 4 years. Without trust, there is no way you will ever reach them. Without trust, there is not respect.

Have more intentionality in having productive events from outside speakers coming in and talking about leadership experience in the public and private sector as well as in the military. CR events on adult life skills and resume building. Case work studies on leadership challenges. A lot of white belts get left out of training. Most of the focus is on black belts. A lot of white belts are facing life after college and barely know how to perform basic life skills like filing taxes, negotiating for a car, house payments, etc.

the key to having more intentional and immersive leadership training is to create more opportunities for leadership. The more things that cadets are responsible for the more opportunities they will have to lead other cadets in support of that goal. Creating defined responsibilities for each white belt will give them the opportunity to grow and teach others within that chain of command to help execute those goals.these goals can be correlated, major unit, minor unit or outfit driven

Focus on the whitebelts!! They are the ones who pass outfit culture down!! I agree that some outfits have lost the plot in terms of upholding what the Corps stands for, but as you've seen, forcing the entire Corps experience to change will simply burden the outfits that have been using the current experience responsibly and encourage the ones who haven't to set themselves even more firmly in their ways. Upperclassmen across the Quad need to get to know each other better- I hardly know how SQ-11 trains their fish as a C-Co junior, for example! They could be doing something far more productive than us that we could adopt, or vice versa. We won't know that unless we know each other. I like to think the band has been able to use the current format of training responsibly, but there is a huge rift between us and the CT outfits that I have yet to cross without a SOMS class or being in a special unit. If we want to see those outfits improve, we need to be more connected as a Corps- and this starts with those on TOP, not the fish who don't have any bearing on leadership or outfit culture yet!

There's a lot of discussion of changing. This is constructive but needs to be framed. As a '          and father of a '23 and '26 cadets, I can assure you that the passion and love for the Corps is strong and these current cadets want an experience no different than the one we lived. They're not asking for Kleenex and stress cards. They want to be tested, pressured, tempered, and come out smarter, harder,

and ready for a world they already know is unrelenting.

The pressures this generation feels to look to the future, to decide "what you're going to be", how much money and clout you'll gain, the level of influence you make, etc is so much stronger than the 90s and earlier. Just having the chance to be called an Aggie Cadet is radically harder. We didn't have social media, instant news, pandemics, hyper-political division and turmoil, and the speed of the world as it moves today. So I'd propose that we maintain some critical and fundamental basic truths about the Corps: the Seniors lead the Corps, the Juniors run the corps, the Sophomores discipline the Corps, and the freshmen are the Corps. Maintain this basic concept and use it as a building block methodology to move to the leadership positions awarded at each class - whether formal or informal. Leverage each class year as the developmental stage for the next year, and don't forget that our Zips need to be readied for their chosen life after graduation - they need development throughout their year as well. We can formalize a pisshead training program, create benchmarks and tasks that each cadet must complete to receive the privilege of performing at the next level, and use a more rigid system of accountability - document requirements and counselings, and apply these tools to inject more structure into the formal leadership selection process.

We need to level set expectations of what each year group is required to learn and what behaviors we expect them to exhibit. Cadets live a tradecraft type profession. Fish are apprentices. Pissheads are journeymen and should have well founded values, know their expectations instinctively, and be allowed to make honest mistakes that don't end or threaten their cadet life. Juniors are masters of the "corps trade" and must possess the skills to run and operate the organization. Zips are the corporate officials who create direction and establish the overall climate. The Trigon can intervene to provide steering corrections, but only in the most critical of situations should they step in and assume control. I can't stress enough that we need to underwrite honest mistakes and allow learning to occur from them.

We have opportunity to effect these changes that move us back toward Corps fundamentals by injecting procedures, processes, and standards that reflect the decades and decades of success we've all experienced. Wholesale change will trivialize and undermine these lessons.

As any good artillery man would tell you - shift from a known point. Let's not commit fratricide while trying to improve and grow the organization we all hold passionately dear.

Maintain outfit cohesion. Ultimately no one will care for freshmen or any other cadet at any level than their buddies and the other members of their outfit. Let outfits determine what their people need. It's much easier to determine needs from a small sample size, and much easier to effectively utilize time for a smaller group. Personally, I gained more from events my outfit planned than events planned by the Corps or the major unit. Additionally, re-emphasize involvement in student orgs off the quad. The Corps can only provide so much development, cadets should be incentivized to also look for community and growth elsewhere

By making more intentional interaction between the fish and sophomores. They should have the most influence and time together. The fish should always live with the outfit because the outfits are centered around the fish and that is the environment where they have and will develop.

The first question that has to be asked here is "WHY?" The Corps of Cadets by its very nature is a living, breathing Leadership Lab. You don't get much more immersive than that. As to how to make it more intentional, how about there is a written expectation of the duties and responsibilities of each of the classes and positions within the outfits, battalions, Major Units and Corps Staff. The individuals that are in those positions are counseled at the beginning of the year and either monthly or at the end of the semester. and make their performance in their duties part of their grade.

Learn more about each Cadet and what they want from their journey in the core. Give leadership positions to people who are qualified to deal with all kinds of difficulties. Meaning put people in positions to deal with emotional, physical, and mental health of all Cadets.

I feel that overall the current leadership training and education program is effective in it's implementations. I do not reject the fact that improvements can be made however. One major area that could easily make improvements to our structure is the dissemination of information. As a fish I often

have to get information about required activities or good opportunities for development from my buddies or unofficial sources. It would be nice if the chain of command was fully utilized to give information to better communication. Stressing communication across the corps could very well help develop leaders in. identifying critically information every level of the chain of command for disseminating only the information required. This would also lead to more control by the larger corps and commandant staff to make changes as it is communicated all the way up and down. This is one way to be more intentional and immerse all members in leadesrhip training by stressing communication skills.

The first semester of college has always been a significant transition period for those who go directly from high school to college. Leadership training efforts should be deferred to the second semester. The primary lesson to be learned during the first semester of the fish year is "No Excuse, Sir", which teaches individual accountability for one's actions.

During the second semester of the fish year, a cadet's training should focus on one-on-one leadership of the next year's incoming freshman at the outfit level. The cadet cadre for this training should be comprised primarily of current 2nd and 3rd year cadets.

During the first semester of the second year, implementation of the prior year's training should occur. It should be evaluated by 3rd and 4th year cadets at the outfit level, with reporting upstream for accountability.

The first two years of a cadet's four-year journey are critical and become the foundation for all other leadership training. Some cadets will fill leadership roles in student organizations outside of the Corps. This should be encouraged, recognized and rewarded. Leadership roles within the Corps are not for all and should not be diluted by giving all cadets a title.

Couple of thoughts:

1. There are good outfits and bad ones. (My personal experience was fantastic! Very tough standards and accountability but fair and professional- if I got crapped out I deserved it and learned a lesson). I was blessed to be a G-2 Gladiator and then XO of a new M2 Spider outfit '89. There were also "Douche Bag" outfits that needed to be disbanded. My thought is to hold Cadet leaders accountable. If your outfit is not following and meeting the Corps Standard then you get disbanded and moved to other well performing outfits.

2. The Corps is not for everyone. You want more than 50% retention but you have a problem if you are at 100% retention. Not sure what the actual best balance of retention is on a yearly basis but it is not 90-100% or the program is not challenging enough to develop leaders of character.

3. Hold individual cadets accountable to the Honor code.

4. The Academics of the current Corps are fantastic but in concept I would rather hire a 3.0 leader with strong character than a 3.8-4.0 brainiac that can't lead a group of children across the street. The point is that too much emphasis on GPA is also detrimental and must always be balanced with Leadership Training and physical and mental challenges to build the Leaders of Character as Aggies.

My understanding (second hand info so not personal experience) is that the Corps has diminished the more demanding physical aspects of the corps in regards to PT and attending formation. They have also diminished accountability to respecting authority (upper class men) no whipping out, no pushups unless in very specific cases etc.. this must be re-examined. The Corps should be challenging and Cadets held accountable for their actions. Every consequence should have a specific accountability/ leadership training purpose. Following instructions, respecting authority, honor , respect etc. )Absolutely No Hazing allowed - Zero tolerance. ) Some one crosses the line then they are gone but we can not take out the physicality and accountability. We do the cadets a disservice if we do not help them grow and overcome

obstacles.

Again, not everyone is meant to be a Cadet. At the same time we do not want to lose good Cadets because of lack of leadership and accountability. The idea of squad level Leadership training for second semester fish and 1st semester Sophomores is a worthy endeavor. Separating the fish and only letting select cadre work with them is the lazy way out and destroys the fabric of the Corps. Train all cadets and hold them accountable to the standards is the only way to go. That I am interested in.

Sir, I think the best way to be more intentional and immersive in leadership training is to educate at the highest level first. The Corps is a student-led organization and one of the best parts of that is each cadet gets the opportunity to learn what kind of leadership style they have and also learn their strengths and weaknesses. I think if CDT BDE commanders could receive the education from you or the CTOs or the Hollingsworth center then they can utilize that new-found knowledge to pass it down to the BN commanders and so forth. One of the most helpful things about the Corps is that each outfit has its leaders and each leader teaches things differently and creates their environments, and with so much leadership diversity it creates a melting pot where each fish, pisshead, butt, or even zip can thrive in different learning environments. So, if the BDE commanders could receive the information and then pass that down to their subordinates it could become a ripple effect with their nuances at each level. If it seems like a specific outfit or BN is not handling something in the way you would like then you can simply nudge the BDE commander and they can course correct, and if that doesn't work then maybe a stronger intervention would be required but it would allow leadership to make mistakes and not be punished harshly for it because at the end of the day the Corps is a learning environment over everything.

I'm a member of the class of 2023, so a new dead zip. I was also in          I understand you are going to have a lot of responses to this feedback form so just for the sake of saving your time and mine, my phone number is          I live in College Station and would be happy to pop in and discuss this face to face, I think I could also offer a good perspective given that I am freshly out of the corps. Anyways, to your question, in a short answer, I think if you want to be more intentional with how you train and educate you need to be more intentional with who you are recruiting to train and educate. Because after being on my recruiting chain for 3 years, I know how the corps recruits. Yes, there is an aspect of wanting to boost the number of people who get to participate in the Corps experience. But the most efficient way to actually boost the number of people participating in this is by making it genuinely the premiere organization on campus, which it already should be. A handful of outfits have figured this out, that there is a solid way to take your responsibilities in the Corps seriously, while still having an amazing and authentic college experience. And I cannot for the life of me understand why we are not looking at these outfits, who have no problem getting plenty of people to preference them when that email drops in april, and as those cadets progress in those outfits they are chosen by members of other outfits as key leadership in corps wide special units more often than not, and instead of saying "this is bad" those of you calling the shots aren't going in to those hallways and saying "Show me what you are doing and how you are doing it so we can replicate it in the 40 other outfits across the Quad."

You need more interaction between cadets, not less. Taking freshman away from their outfit denies the upperclassmen the opportunity to lead. Non-ideal leadership is a reality of life; freshman need to learn to deal with that as well. Mistakes will be made, but that is to be expected in a leadership laboratory. That's how people learn.

let the RV's PT.

1. Break down the individual
2. Form the group and loyalty to one's buddies
3. Train the leader
4. Give the opportunity to lead

SOMS definitely plays a big role. I'd say make it mandatory for everyone and put a bigger emphasis on it. I don't know how to do that but it needs to be done. Also, work with the normal cadets and keep them informed. Not just the green tab leadership (like MUCs, BUCs, and COs). I'm saying the normal staff

sergeant juniors and two moon seniors. These kinds of cadets make up the majority of the Corps and technically run it. If there is going to be a change, make it a slow change in order to find out what works. It's been less than a year since General Michaelis became commandant. Plus, a lot of people are afraid of change. Back to the question, I kinda like how it is (no fish academy). It gives everyone a leadership role. I do have a couple of suggestions to change: make the fish "year" shorter and edit the 4th fish response. I think the fish should only go through the hard fish year for the first semester. This is something that was inspired by my former Naval Science Professor. After brass, fish should be treated much differently and that is changing (yay!). I think the big thing is to control the mindset and power struggle when they become sophomores. The second thing, the 4th fish answer ends with a demeaning sentence: "In short, sir/ma'am, I am a very dumb fish and do not know, sir/ma'am." Saying that one is "very dumb" is not right. That is demeaning and incorrect (to the most part but I don't know). All these cadets got accepted into Texas A&M University, they are not dumb. There should be a change that is not degrading.

To enhance the depth and efficacy of our leadership training and education program at the Texas A&M Corps of Cadets, incorporating a "Fish Dorms" initiative could offer a transformative approach.

**1. Structured Leadership Experiences:** The Fish Dorms would serve as a hub for structured leadership activities, enabling cadets to engage in daily leadership exercises. These activities are designed to be progressive, becoming more complex as cadets advance, ensuring a practical, hands-on approach to leadership training that complements classroom learning.

**2. Mentorship and Guidance:** Hand-picked upper-class cadets could play an integral role in the Fish Dorms, serving as mentors and role models. This direct interaction promotes a culture of mentorship, where learning from experienced peers becomes a daily practice, enhancing the cadets' leadership skills through observation, dialogue, and feedback.

**3. Cohesive Community Building:** Living together in the Fish Dorms encourages the development of a tight-knit community among first-year cadets. This environment fosters teamwork, camaraderie, and mutual support, which are essential components of effective leadership. The sense of belonging and unity cultivated in this setting is invaluable for personal growth and leadership development.

**4. Tailored Leadership Curriculum:** The Fish Dorms could also host workshops, guest speaker sessions, and leadership seminars tailored specifically to the needs and challenges of first-year cadets. This targeted approach ensures that the leadership curriculum is directly applicable to their current experiences, making the learning process more relevant and impactful.

**5. Continuous Evaluation and Feedback:** An integral part of the Fish Dorms initiative could be a structured feedback and evaluation system, where cadets receive regular assessments of their leadership progress. This system would not only highlight areas of strength but also identify opportunities for improvement, enabling a personalized development plan for each cadet.

By implementing the Fish Dorms concept, we can ensure that our leadership training and education program is not only intentional but also immersive, offering cadets a comprehensive, experiential learning environment from the very beginning of their journey. This initiative would lay a strong foundation for their development as leaders, preparing them to face the challenges of the future with confidence, competence, and a deep sense of commitment to their roles.

Meatballs do it on the RUN. They don't do it on the DON'T RUN. Stop ruining our traditions

As a fish, I don't know the complete path and maybe that's part of the training but I always plan things so that I take my own personal best goal to the finish of whatever I'm working on. I don't know much about how the upperclassmen work or about how the Corps works as a whole

Without an understanding of what is being done currently, it is a challenge to provide meaningful recommendations. Please answer first what is currently missing in Corps performance. Why is there a need to be more intentional and immersive?

What is the problem that needs solving by being more 'intentional and immersive'?

Stop lecturing the fish on Monday mornings. They are SO BORED with the lame messages you are delivering. Let them PT.

Earning something that requires discipline, growth, and adaptability is something that makes something more intentional and immersive. I believe the corps can do that by not just offering fish to earn the brass but come up with ways that other years can earn something every year. By doing this, it can give guidance on for every year to work towards a goal. Like corps brass is for the fish, come up with a corps brass like thing for the rest of the years in the corps. The corps brass is the foundation that should be built upon and I think that will make a great experience in the corps

By upholding the Corps Leadership Development Model, we can be intentional about our four-year journey. The Corps of Cadets is a leadership laboratory, training freshmen to learn, sophomores to coach, juniors to mentor, and seniors to inspire. Good leadership training is founded in the core values, and aligns with the Standard. In order for freshmen to learn effectively, external pressure is needed to guide them and help them reach their full potential. With sophomores, juniors, and seniors able to guide the freshman, he can receive the know-how to execute academic excellence, uniform readiness, drill and ceremony, and physical training well. Sophomores are there to help freshmen make goals and keep them accountable to it, as well as instruct freshmen to achieve the competencies necessary to become a well-educated leader of character prepared for the global leadership challenges of the future. Juniors are there to mentor freshmen, offering stories and helpful advice for how they overcame adversity and came to where they are now. Juniors also mentor sophomores, who for the first time are leading cadets, ensuring they guide their freshmen to the core values. Seniors inspire freshmen, sophomores, and juniors by their example and by setting the Standard and setting the tone for their outfit. Although seniors do not define the Standard, they set it—they model how executing the Standard looks like and steer the outfit to align with it should their outfit ever veer off the path. All leaders, regardless of class year, will build trust with those under them by modeling authenticity, integrity, and compassion while setting high standards of performance. They communicate their values and sense of mission and define the cause for their people and tell them where they fit in. For example, as XO, I tell the freshmen that they are an integral part of Company A-2, and we would not be the same without them.

With the freshmen being housed separately, I see that the Corps Leadership Development Model falls apart unless certain measures are taken. First by dividing the freshmen from upperclassmen, the CLDM is effectively (at least temporarily) not in effect. If an entire class is removed, all other classes are affected. If the freshmen are removed from their outfits, even for 3 months, then who will the sophomores coach? And if the sophomores are not coaching and there are no freshmen learning, how can the juniors mentor in these areas? And if the juniors are not mentoring, how can the seniors inspire? What will the seniors be inspiring them in?

In order to maintain the effectiveness of the CLDM, freshmen must be receiving coaching, mentoring, and inspiring. If the cadre cannot function as fire team leaders, chaplains, officers, and mentors and the other roles encompassed by the sophomores, juniors, and seniors, then the freshmen will necessarily be deprived for the 3 months in Phase I before Fall break. Even though they may be instructed on how to lead, without the proper nourishment, the freshmen will learn how to lead in a starved state. They will be unable to reach their full potential, no matter how many lectures in Rudder they attend.

Additionally, upperclassmen must also have a purpose during Phase I, and with the freshmen class removed, it may be difficult for them to believe that they are having a positive impact and can lead Per Unitatem Vis, when there is no unity between freshmen and outfits.

By upholding the Corps Leadership Development Model, we can be intentional about our four-year journey. The Corps of Cadets is a leadership laboratory, training freshmen to learn, sophomores to coach, juniors to mentor, and seniors to inspire. Good leadership training is founded in the core values, and aligns with the Standard. In order for freshmen to learn effectively, external pressure is needed to

guide them and help them reach their full potential. With sophomores, juniors, and seniors able to guide the freshman, he can receive the know-how to execute academic excellence, uniform readiness, drill and ceremony, and physical training well. Sophomores are there to help freshmen make goals and keep them accountable to it, as well as instruct freshmen to achieve the competencies necessary to become a well-educated leader of character prepared for the global leadership challenges of the future. Juniors are there to mentor freshmen, offering stories and helpful advice for how they overcame adversity and came to where they are now. Juniors also mentor sophomores, who for the first time are leading cadets, ensuring they guide their freshmen to the core values. Seniors inspire freshmen, sophomores, and juniors by their example and by setting the Standard and setting the tone for their outfit. Although seniors do not define the Standard, they set it—they model how executing the Standard looks like and steer the outfit to align with it should their outfit ever veer off the path. All leaders, regardless of class year, will build trust with those under them by modeling authenticity, integrity, and compassion while setting high standards of performance. They communicate their values and sense of mission and define the cause for their people and tell them where they fit in. For example, as XO, I tell the freshmen that they are an integral part of Company A-2, and we would not be the same without them.

With the freshmen being housed separately, I see that the Corps Leadership Development Model falls apart unless certain measures are taken. First by dividing the freshmen from upperclassmen, the CLDM is effectively (at least temporarily) not in effect. If an entire class is removed, all other classes are affected. If the freshmen are removed from their outfits, even for 3 months, then who will the sophomores coach? And if the sophomores are not coaching and there are no freshmen learning, how can the juniors mentor in these areas? And if the juniors are not mentoring, how can the seniors inspire? What will the seniors be inspiring them in?

In order to maintain the effectiveness of the CLDM, freshmen must be receiving coaching, mentoring, and inspiring. If the cadre cannot function as fire team leaders, chaplains, officers, and mentors and the other roles encompassed by the sophomores, juniors, and seniors, then the freshmen will necessarily be deprived for the 3 months in Phase I before Fall break. Even though they may be instructed on how to lead, without the proper nourishment, the freshmen will learn how to lead in a starved state. They will be unable to reach their full potential, no matter how many lectures in Rudder they attend.

Additionally, upperclassmen must also have a purpose during Phase I, and with the freshmen class removed, it may be difficult for them to believe that they are having a positive impact and can lead Per Unitatem Vis, when there is no unity between freshmen and outfits.

I have not been on campus since the early 2000s, but there is an opportunity in the military sciences courses if they are still the same. Instead of focusing solely on recruiting for the branch, field training/o-courses, and marksmen shooting, there could be a heavier emphasis on how to lead. From there cadets need an opportunity to lead. I was a D&C cadet and those classes needed more for the real world. Having time spent on diamond qualities is outdated. Company leadership, teaching, career readiness, etc is a more productive use of those classes.

Keep all cadets residing with their units.

Start retention programs to remind cadets that their first year is SUPPOSED to be challenging. Start motivational retention programs that teach and implement mental strength. Many capable, but few are willing. Since that is the case, supportive and uplifting teachings will help cadets be more up-to-the-challenge that is fish year.

Leadership training isn't something you get from reading a book. Understanding the values of a leader requires that "leaders in training" are given opportunities to lead -- and fail. I personally think that learning from failure produces much better leaders. At all levels of the Corps, members can see with their own eyes and hear with their own ears who are good leaders and who are not. You emulate what you see, both good and bad.

Freshmen should be given opportunities to show responsibility. Important tasks that must be fulfilled should be regularly assigned. The Freshmen should not be told in a prescriptive manner how to do the task. The Fish class will work together to determine that. This creates further cohesiveness between

members and fosters a teamwork approach. Near the end of the Fish year, potentially after March to the Brazos, Freshmen should be immersed in some form of "Leadership 101". 360 degree evaluation of upperclassmen should be performed. What worked, what didn't work? Which Sophomore showed the best leadership qualities and why. The opposite question should be asked. Hard answers should be pursued. The whole chain of command should be evaluated. The dead elephants don't get off the hook!

All Sophomores should be included in a Leadership 201 course, not just Cadre. Taking lessons from Freshmen year and establishing plans and activities on how to lead their new Freshmen class. 201 should introduce concepts like the 4 phases of group dynamics (forming, storming, norming, performing), organizational leadership best practices, etc.

Junior and Senior year is when the leadership really comes out. The entire Junior and Senior classes should be in a 301/401 level training the same time the Sophomores are. Further emphasis on group dynamics, chain of command, unit cohesiveness (even with some members in corps/brigade/regiment/wing staff positions). They all started from the same outfit! Bring them back together.

Training is immersive when members are given opportunities to lead and fail. Learn from the experience, move forward. Training is intentional when it is developed and baked into everything that is done at all levels.

Prepare sophomores to be true leaders. Telling cadets daily that they are a waste of space is not motivating or any type of actual leadership development. Cadets choosing to attend this college do not need to be broken down and rebuilt, they already have the foundation to be great leaders. Don't break the foundation, keep it strong and build upon it. What's happening now is simply hazing wrapped in fancier words.

Return the Corps to becoming Corps-led. If our students are immature, it is because they've had too many "adults" intruding. Train them, then let them work and learn.

When students go to a big school, they need to find their people asap. The Corps and the outfits fulfill that goal right away. The 15-18 fish in their outfit are their people. The same isn't true when the group is 800 new fish. It's too big. The outfits fill that purpose.

Reducing the number of cadre last year was a big mistake. Go back to a bigger cadre.

FOW should not go away. How much more immersive can training be than FOW?

Try to place cadets in leadership roles throughout campus. Not just in the corps.

Transfer leadership of the fish to the Seniors. The Sophomores do not have the skills or training to be the their "leaders" yet.

This was my post to Quad Moms:

I am class of 2000 and my cadet is a Third Gen Ag and a legacy in the Corps - what is MOST important to me is to protect the institution of the Corps of Cadets at A&M which is currently in jeopardy.

Professionally, I have worked in organizational culture change and can share that there are situations which require drastic change to yield the needed culture shift. This is never the first option, but when other attempts do not result in the necessary change at the pace required, sometimes hard decisions must be made.

I would caution all of us to remember not all outfits have similar fish experiences and I would assume the rate of fish punching and the feedback received in their exit interviews may be what is driving the decision as well as the current litigation the Corps is facing.

Although many may feel this is not an ideal solution to whatever problems the Commandant is tasked to solve - we must remember there is MUCH we do not know about what may happen in other outfits.

Outfits are not disbanded for nominal reasons and Cadre are not removed from their positions lightly. Given all the activity in both subjects over the last year, there are presumably valid reasons for the actions that are being taken.

I agree we should discuss this with our cadets, but I suggest we trust the Corps Leadership to make the best decisions for the long term success of the Corps.

|  |
| --- |
|  |

The leadership education should be at the corse that General Michaelis is currently taking the corps. The only concern I would have for the leadership training is whether the leadership program can transition transfer who are frogging up or snake-ing up a corp classification well.

|  |
| --- |

More focus needs to be put back into the outfits.

|  |
| --- |
|  |

The best way is to engage adults in oversight of the students in officer positions. Currently, there is little to no oversight therefore many things are happening (hazing, misuse of power, etc).

This question seems to want to know how the Corps can improve its leadership training. Well, I personally believe and have always been taught that leadership is based on trust. Therefore, I would counter this question by asking how the Corps plans to make leadership something that cadets can trust. This latest announcement, which has been met within widespread criticism, is the perfect example of what I mean. Corps Staff and Comm Staff have joined together without the input of the vast majority of cadets to make a plan that nobody favors except those at the very top of this organization. This announcement is failing and this plan WILL fail because cadets had no input, and because cadets were forced into this new system of Corps organization without their consent. So, how can leadership improve becomes a very simple answer. Corps leadership needs to take a backseat to what outfits care to do as outfits. I will explain what I mean more on my answer to the third question. Corp Staff, with its nepotism and corruption and isolation from the regular corps needs to go back to the drawing board. I would personally propose a voting process so that cadets are forced to argue their points and make promises of what they will do with their positions. Cadet Advisors, non-cadets, who wield far too much power in an organization that is supposedly led by cadets. The positions they occupy should be abolished or at the least stripped of their powers within the current Corps command structure. The office of the Commandant needs to come forward and bring out all of their plans and ambitions for what they believe that this organization should become, so that this Corps can have actual cadet input on what becomes of it in the future.

Stop listening to old ags who are sexist and racist.

The Corps of Cadets is already an intentional and immersive leadership development program, creating major structural change is not important. The Corps of Cadets has functioned without major hiccup from its current structure since 1876, and what hiccups did occur were due to extreme, severe, and tragic circumstances; not because of perceived "bad training."

OK looks like you wanted to implement this new plan in the fall and had met with the seniors last week to let them know. Very shady. This isn't YOUR CORPS. This is OUR CORPS.

The first thought that comes to my mind revolves around the fact that I have heard members of the commandant's staff refer to entire classes as needing to be "gotten rid of" each year I have been in the corps. If we truly are a world-class leadership organization why did I hear in October of this year from a member of the commandant's staff that we must "get rid of" the classes of 2025 and even 2026 to fix both the Ross Volunteer Company and Corps of Cadets? (never mind this was less than a month into being inducted into the RV's and almost a year away from '26 even heading to the company) How can we be training leaders if we have members of staff telling us they have given up on a class? (at this, the past four classes?) Where is the four-year training in that? The troubling part of the question is we see follow-through on this doctrine. Right now the classes of 2027 and 2026 are being "re-trained" If this is needed for their classes why is it not being done with the class of 2025? The class of 2025 will be the most crucial piece of any change made next year and the staff of the commandant has thrown us aside. Another major problem with our four-year leadership experience is the almost complete waste of multiple semesters of SOMS. In the second semester of my fish year and first semester of sophomore year, I learned next to nothing that my outfit did not teach me about the corps. I did however hear how a member of the Commandant's staff at one point in their career did not see a problem with making his Marine recruits get on their footlocker and faceplant onto the deck. Not only did they tell this story they related their clearly unethical behavior to using the term fish. This greatly worries me as they either believe using a term such as fish to be a much greater deal or they still see their actions as a very small thing. In my time I also heard war stories and many other less-than-relevant things while being quizzed from an outdated version of the standard which they believed to still be relevant. If we had used the second semester of my fish year to teach about tone, verbiage, and interactions with fish rather than what is described above I would have been far less vulnerable and had a far easier time being a sophomore. The first semester of the sophomore year could also be set up to be more discussion-based and be a helpful resource rather than being told how much of a problem we were and having to feel like we were the enemy.
In conclusion, in my time in the corps, I have observed my advisors consistently give up on classes as soon as they become whitebelts even to the point where they degrade these students in their conversations with their underclassmen. I have also observed the amazing opportunities of freshman and sophomore SOMS to be squandered and used to further separate sophomores from the Commandant's staff. Again I would like to re-emphasize I have heard multiple times from this leadership organization's hired staff that my class and every class I have been here for needs to be "gotten rid of"

Young leaders must have the opportunity to fail. To do that they have to make decisions that have consequences and will result in tangible results, either positive or negative.

Passing the uniform of the day down from Corps staff and making sure everyone is in formation at the right time isn't leadership. It's babysitting, and the cadets know it. We have slowly removed all decisions of significance that cadet leaders have. We have also removed all but a very small number of training opportunities with the expansion of the academic day. Academics have value, but if all you preach is academics over all else then we should not be surprised that everything else falls by the wayside.

Seniors need to make choices on when their outfits train, where they train, what training to put emphasis on and what just needs to meet standards. If they meet those standards or exceed them then recognize that loudly and broadly. If they fail, recognize that as well and institute correction plans.

I would also suggest starting early with a copy of The Three Meter Zone: Common Sense Leadership for NCOs by J.D. Pendry, CSM, USA. These lessons are easy to understand and will transfer well between all services and civilian leadership situations.

While the Corps taught me invaluable lessons upon leadership, my senior year at the Trigon in AFROTC Leadership was a defining moment during my time at A&M. I learned more that year than all the SOMS classes and previous years combined. The difference was that my AFROTC cadre truly embraced the concept of being cadet run, and most importantly they allowed me to fail. I had almost full reign with my cadet staff to execute how I saw fit to accomplish the mission. It allowed me to take risks and learn the consequences of poor decisions.

What I found lacking in the Corps was this spirit. Perhaps because I never served leadership on the quad, I am ill-informed. However, the vision of the Corps never seemed to originate from any cadets, and my buddies in outfit and MU leadership never seemed to have the same level of freedom as I did. I think returning more meaningful decisions to the cadet level, and truly allowing cadets to fail would prove incredible for leadership lessons. I learned so much more from when I failed as a cadet.

The foundation of this Corps are what makes this organization so impactful. We learn leadership through the Corps experience. The difficulties and hardships, the joy and the laughs, the tears and the sorrow, are what make this experience impactful. It gives SO many opportunities to learn about emotion intelligence, intellectual skills, self-awareness, and pushing men and women to their limits.

The Corps is special for the challenge it provides. To be quite truthful, knowing that my email is recorded on this form, I don't believe the SOMS classes and other forms of leadership instruction we receive are very helpful. We learn how to lead people at the outfit level. Corps staff learns how to lead at an organizational level. Neither groups truly learn how to lead in a classroom.

We will make mistakes. We will fail. We will disappoint. That is GOOD. You are facilitating an environment for us to do that, especially so it does not kill somebody when we enter the military. However, the opportunity for us to lead and learn from our leadership failures is crippling before our very eyes. That's why we care so much.

The Corps found 'leaders' for years without much input from the Trigon

I think the problem is we are assuming what we are currently doing is wrong. I believe the current leadership dynamic and setup is incredibly immersive as it is right now. Being someone who has had the most recent 4- year experience I have watched myself and others grow in ways we couldn't have ever imagined.

The Corps itself stands as the immersive element of leadership training. It is a massive and well decorated leadership laboratory, and having the opportunity for each class year to learn the role and invest into it, then train and be trained for the next year is what gives cadets such a unique experience that produces the best leaders. Time in these roles, during the Corps training times we have outside of academic responsibilities, is when this happens. Cadets will gain the most when they have time to invest and experiment and learn in active training times. Briefings are not training, they are only theory, and theory becomes useless without proper time to test and practice different leaderships and methods. Cadets learn more from failure than from success, and being allowed the room to fail in a relatively low stakes environment like the Corps will create even higher caliber leaders. Leaders and followers alike learn from more from failure than success, and cadets require the space to do so, and to then improve as people and as leaders. The current system has so much oversight that the Cadet leaders are leaders on paper. All the directives are wishes of commandant staff, not cadets leading and making decisions based on a vague, overall guidance. Cadets who fail are punished, and then the oversight becomes so heavy that there's no chance to learn and grow. The cadets need the time and responsibility to actually make decisions in regards to training, each level will take the vague guidance and apply their own vision to it and whittle it down to the operational level within outfits.

This is a great goal, but it can't be the only goal. It has to exist hand-in-hand with the question, "How can we provide a one-of-a-kind experience for our cadets that sets us apart from peer institutions by reinforcing our unique history and culture, and not just mirroring what some alumni will go on to

experience in the military?" The Corps and Texas A&M are much more than a preliminary training stop for military careers, and should be treated as such. The relationships we build as cadets -- particularly during FOW and the first semester of school -- make up the entire foundation of our time in the Corps. My buddies and the experiences we shared have had a vastly greater affect on my life than any specific leadership training I received.

Having said that, I think a more intentional four-year journey must include content aimed at each class, clearly outlining what is expected of them as a freshman, sophomore, junior and senior. How does your role change each year? How do you become an influential leader as a sophomore? How does that differ from your role as a junior or a senior? During my time in the Corps (1987-91), I was never given meaningful guidance on this ... We went from being wide-eyed fish to our sophomore year, where we essentially mirrored what we had experienced: lots of yelling, memorization, corrective PT, etc., without a deeper discussion of WHAT we were trying to accomplish and WHY we were doing that way. The upperclassman years were spent more on personal development vs. leading underclassmen in a meaningful way. There is tremendous room for change and evolution here ...

HOW this is accomplished can be something as simple as requiring all cadets to report for FOW, vs. only fish and cadre. Those not involved in working with the freshmen would spend their time in a weeklong leadership course with their class peers, filled with role-playing, group instruction, etc. I would have eaten this up as a cadet -- training aimed at me, which changed each year as I advanced through the program. I was not a loud, demonstrative leader, and I often felt left behind as positions and opportunities went to those who were more outspoken. Frankly, I think the lack of specific, role-based instruction played a big role in this. It's hard to stand out when you're not sure where you fit in, or what you should be focusing on.

I have spent a big chunk of my career working at the national level for the Boy Scouts of America, which employs a graduate-level leadership course called Wood Badge. Now more than 100 years old, the course has evolved into a weeklong leadership laboratory that guides participants through the process of becoming a more effective leader. It is transformative. The capstone of the program isn't the final day of class ... rather, it's the project phase that spans 18 months after the end of the course. Participants must come up with six "ticket" items or projects they will complete, aimed at furthering their growth as leaders and positively affecting their organizations. We could copy this approach and have cadets create three items they will complete over the course of the coming year, from taking further leadership courses through the university or online, developing team- and leadership-building activities for their unit, creating a more robust program of alumni outreach to span the generations, etc. As a former student and instructor of this course, it has changed who I am as a person and as a leader.

Good question. First, the HCEL needs a complete overhaul. It is not appropriately serving the Corps' needs. There needs to be real leadership and followership training conducted in the freshman and sophomore years that goes beyond the basic leadership traits and principles. The junior and senior cadets (contracted and D&C) need real "positional" leadership development to prepare and sustain them through their leadership journey. Additionally, the HCEL needs reorganizing to provide more tailored career readiness pipelines that truly provide D&C students with clear career readiness advantages. This means real faculty and optimally a real dean.
A key and critical deficiency is the lack of deliberate and comprehensive "transition" training to prepare cadets for their next leadership responsibilities and challenges. To do this properly, the OOC needs to overhaul its staff and hire a cadre of advisors with real experience leading organizations and developing leaders.

Stop treating D&C cadets as less than, instead of the reality that they keep the Corps lights through donations after they graduate. They are your most important cadets. They are the easiest students to recruit into the military after. They are the majority of the corps student body. They are the ones sending their sons and daughters to join the corps after.

Just because you can't threaten them by messing with their future livelihood like you do with every contract cadet in a leadership when they don't agree with you doesn't mean that they don't deserve the

TAMU-0920

same leadership opportunities and development. Yet that is consistently the attitude the leadership has displayed towards the largest percentage of the corps for at least the past 20 years.

let the RV's PT

Do not break what is not broken. I ask you back, how can the cadets in the Corps trust the adult leadership after this situation?

Invite guest leaders (prior Corps members) to come to an outfit dinner and talk about their journey, how they got where they are, and how the Corps influenced them as leaders.

I believe you can improve the leadership training by creating opportunities for most engaged and strong spirited pissheads, Butts and Zips to train the fish the last 4-6 weeks of the Spring semester so that those fish are ready to become effective pissheads when the new fish show up the following semester for FOW. I also think the Butts and Zips take the lead for the first 2-3 weeks of the Fall semester with the Pissheads taking a lesser role, yet still engaged in the process. Then you have a smooth handoff from the white belts to the Pissheads. Having the Pissheads engaged from day 1 their sophomore year is crucial to the process for their further development as leaders and to maintain tradition of the Corps. Pissheads will make mistakes in how they handle the fish from time to time but that is how they learn. They aren't going to learn that from a classroom or the Trigon. On the job training is the best way to learn and grow.

In this time of evolution, the term "leadership" is thrown around, and yet, as always, is absent of any context.

The question then becomes what is leadership? What is leadership in four years as a cadet in the Corps? What is leadership for life (as in life after the Corps of Cadets)? Are there different aspects to leadership? Is leadership the same once cadets depart the quad for life?

Let's examine the components of leadership specific to the Corps of Cadets. As I see it, there are three: trust, responsibility, and discipline.

As an observer of the Corps for the last decade or so, the question that comes to my mind is: how can the cadets exercise any leadership when they are under constant supervision from the Trigon?

I am constantly "astonished" when visiting campus, that, in any Corps activity, you cannot swing a dead cat without hitting a member of the supervisory staff from the Trigon; active duty or retired / hired.

These representatives of the Trigon have become a layer of supervision and responsibility for the Corps; the Pissheads of old.

We, as a society (sic), no longer trust the Corps of Cadets to police themselves, we no longer trust them to be accountable for bad behavior. Instead, we continue to enlarge our supervisory responsibility by growing our Trigon staff and having a greater presence on the Quad; and have evolved into the modern-day pisshead.

And allowing these supervisors (pissheads) to wear Cav Hats, with enlarged retired ranks puts the spotlight on them (for their ego) and most assuredly away from the Cadet Corps as they execute their pisshead duties. Hint: discretion suggests that the focus remain on the Corps and advisors show discretion when representing at activities.

The smothering of the Corps with all this "supervision" suppresses leadership development for the cadets.

We no longer trust the cadets to govern themselves, thus suppressing leadership development.

We continually expand Trigon supervisory staff to ensure things are accomplished properly and meet requirements.

An example: when the senior boot line forms up in the End Zone in the second half of a football game, there are a handful of bulls from the Trigon right there on field with them.
You'd think, at this point in their years as Cadets, Zips could exercise this independently. But the mere presence of the bulls reflects this lack of trust.

"Oh but SEC rules and requirements....." is your answer. My answer is: it will only take once.

That will reinforce the discipline necessary to allow the Zips to exercise the responsibility to form the boot line. It only takes the Trigon the ability to trust the Cadets to execute.
Now this lack of trust is also prevalent in certain aspects of our military. But that doesn't make it right.

In 1985, as an Army Attack Helicopter Company Commander in the grade of O3, I had the authority to downgrade a Red "X" condition and allow an aircraft or vehicle to continue operation to the nearest maintenance facility. I have subsequently learned that authority now rests with the O5 level battalion/squadron commanders. I will also add that in every case I did sign off that "Red X" to a "Circle Red X", I personally flew the aircraft back to the maintenance facility.

The real question then becomes, how can the Trigon influence actions on the Quad to ensure Cadets learn responsibility and discipline? and the answer is trust.

Failure is a component of leadership development, provided it does not become habitual.

Yet failure on the Quad is avoided at all cost. And that failure is thwarted by a suppressive supervisory Trigon staff.

The Corps was once allowed to discipline itself.

Maybe by teaching trust, responsibility and discipline, this privilege can be returned to them.

I think the best way to increase intentionality and immersive is to put the right leaders in place over the outfits.

I believe this can best be done by giving the outfits some say in how leadership is picked because those are the people that the potential leaders live with and know best. I do not think a board of people that do not really know the individual is equipped to make the best decision for an outfit's future.

I really like the idea of starting an "SLA" or curricular program for sophomore development. I think there should be a parallel course for juniors and seniors. Juniors should learn organizational planning (Col Washington's MTTB planning meetings would be EXCELLENT source material) and Seniors should have some extended sessions about organizational change and change management. Seniors could and should also be very involved in planning SLA and the fish introductory curriculum (see my last paragraph for more justification)

What I think is CRITICAL though is that it's not just CMDT staff lecturing a room full of cadets. Keep a low ratio of student/instructor and include Cadets on the teaching team (i.e. for SLA have a senior there getting a SOMs credit or a stipend to work with a CMDT staff member to learn and teach the material, sort of like the current SOMS peer mentor but more involved and more vocal).

Col Washington is really really good at this stuff in his MTTB planning. He entertains ANY suggestion and then gives us the tools we need to come to the conclusion that he could have just told us in the first place, but people listen best when it's their idea. If you can push cadets into coming up with the ideas that you want to execute, they will execute it with way more buy in because it's their idea.

TAMUx-0938

# How do we expand the leadership opportunities for every leader in the Corps, ensuring each experience provides both learning and purpose?

Leadership opportunities are from positions of responsibility, and to be given feedback on your performance. The goal should be to foster the healthiest and most independent outfit leadership teams. Outfit leadership are incapable of learning from mistakes, improving and leading at all without some degree of autonomy and controlled failure.

In short giving outfits more autonomy, and allowing for an environment that is more accepting of failure will help cadets to lead better than they would as the "enforcers" of someone else's leadership. This way we will build leaders and not managers.

https://texags.com/forums/16/topics/3445742

How about allow the fish to report to their chosen unit, rather than the asinine 8 week fish program that was brought up.

Like I said, let us lead. Yalls entire role in command staff should be to provide guidance and that's it. We are a leadership lab and yet we don't lead. The corps is making these high level changes without input of any cadet

We can expand leadership by giving opportunities to lead throughout the school year.

Stop commandant staff and corps staff from taking away all of the authority and responsibility from the cadet leaders already here and the ones being appointed next semester.

Dont. Not everyone needs a trophy. Everyone should have stiff competition at every level to be "in charge" of others

Everyone is not born to be a leader. While the Corps "builds leaders" the world does not and will not need everyone to lead - we need followers and supporters as well. This being said, not everyone needs a leadership position within their outfit or corps. More needs to be focused on the other supporting roles.

Push more CR and RUReady events.

Give each class opportunities to lead and make decisions that actually matter.

Truly I don't see where we can fit in more leaders. We already struggle with finding replacements when a CO/1SGT doesn't make grades, how are we going to find more full time people?

Shifting responsibility and workload off of CO's and 1SGT's towards other members of their respective classes. The biggest source of whitebelt apathy is feeling like one isn't necessary to the corps operating. In addition, invest more in special units and give them the opportunity to create difficult environments that will in turn keep whitebelts motivated. The RV's last semester and Recon this semester are examples of how physically difficult special units can intentionally help keep whitebelts motivated and further develop their leadership skills.

We could have more help getting leadership positions outside of the corps. Maybe create group chats/meetings for people interested in orgs, societies, sports teams, etc that can help new leaders

become more active in those organizations, while also developing the leadership skills of people already taking part in them.

We don't. Leadership is way to watered down. I believe the corps should be restructured to operate correctly. Our "outfits" operate as if they are companies in the military. But In reality we are actually the size of a platoon. If we restructure the corps so that outfits are platoons and operate as a platoon people who hold leadership billets like SL, PSG, and FTL will actually get to lead. Additionally it would make leadership more tangible. Our current "outfit" commanders (commonly referred to as company commanders) operate as if they are in charge of 100+ cadets. If we changed the verbiage and the structure of the corps then leadership wouldn't be watered down. A battalion commander in the corps today doesn't actually command a battalions worth of people, they command a companies worth of people. And so on up the chain of command. I believe restructuring the corps in this way provides more concrete steps to leadership as well as provides leadership billets that actually matter. Currently a squad leader has maybe 4-6 people under their command when that is really a fire team. If you restructure like I've laid out then that said squad leader can now lead in the way a squad is supposed to function because they have the correct amount of people in their command.

As we go through the 4 years, the leadership positions become a pyramid where they become less and less. Unless you implement new outfits, there really isn't a way to get everyone the experience that another would have.

By encouraging leadership opportunities inside and outside the quad, RVs, Cav, Rudders, FDT, Bonfire, outfit and corps leadership. Leadership opportunities in these organizations are every day being washed away by a larger agenda of control with the most common leadership phrase in the corps being "it's out of my hands it's coming from higher". Leaders are only built by making swift decisions in high risk environments. Leadership is not campos, it is not uniforms, it is the greatest challenge someone has ever been presented.

There are sufficient leadership opportunities for every leader in the Corps already. If anything, the Office of the Commandant could encourage cadets to get off the Quad and engage. We need current leaders to share their experience across the Corps.

As to sharing experiences, it should be expected that each head, butt and zip must provide, each semester, a 5 minute video answering "Where do you lead and what does that entail." These need to be provided Corps wide. In this way, cadets - particularly fish - will have an idea of where each cadet is and - if that is a position of interest - where they can be found. Yes, its about 1500 videos. But, this is how we control the narrative that "We Build Leaders."

With regard to leadership, we must recognize that come leadership may be found in a titled position in a regular unit or a speciality unit, may be untitled because the cadet provides leadership to those under them in another way, may be invisible as the cadet does not wish to be in a nominal leadership position, or may be found in any number of organizations off the Quad (where the Corps needs to be).

Metrics must be provided to each unit for expectations of each position (from fish, to sophomore, to clerk, to junior, to Scholastics Junior, to XO, etc.) within the outfit, recognizing some units may divide effort within a chain among several individuals. Accountability for compliance must then be ensured.

Most organizations include systems for feedback outside the direct chain of command - so the Corps should expect every Cadet to provide, perhaps monthly, a review of their own leadership and followership, of the leadership of their own outfit, and of the followership of their own members. With today's technology, it is easy to obtain an electronic survey from each Cadet.

As part of a regular monthly evaluation, cadets could identify what leadership positions they have on and off the Quad are any positions of interest to them. The Outfit Advisor, in reading the monthly surveys, could provide a link for that cadet to learn more about the leadership position of interest.

Outfit advisors must read those monthly reports and take the appropriate action, which may be meetings and redirections to those in positions of command or in positions of followership. This affords an opportunity for Advisors to identify those on the bubble of retention and provide outlets, including potential transfer to another unit. This also affords the Outfit Advisors the opportunity to determine whether those in a position of leadership are suited to it, succeeding, or failing.

At the end of the day, training is Explaining, Demonstrating, Guiding and Enabling. Evaluation is a

critical element in ensuring each of these elements is being met.
Regular evaluations should also be helpful in flagging the failures identified already.
We cannot make people take on leadership positions they do not want as they will not lead.
We cannot provide the leadership position each cadet wants - its their job.
All we can do is provide the path for each cadet to seek the leadership position they want.

Let cadets be in the room for decisions. The current perception is that there aren't any and even if there were, there isn't enough respect for the big three as there should be. Many see our corps commander as someone who doesn't truly understand what it is to he a fish or a member of the corps, House is overbearing and Guest is overworked. I don't agree with those thoughts in the slightest, but as it is the rest of the corps thinks otherwise. There is a balance of course, but the perception of COs being able to voice their concerns might help. At the same time, battalions need to be used more. There is so much potential in them and I feel like we've only scratched the surface. It still feels like the MOs and OAs are influencing the corps and while there are good ones, many rub cadets all together in the wrong way. Blackbelt soms lead by them feels like they assume you want to haze freshman and there's no way around it. You wither play teachers pet, or you stay quiet. They all have so much knowledge, but it doesnt matter if cadets assume they arent cared about by them. Finally, standards are dropping and cadets need to have the ability to enforce them. Too many cadets wear non regs class, don't wip out, and organizations that once were heald in high esteem are now looked down upon. An example that comes to mind is the RVs. I had the honor of running into a corps commander in the 80s and he asked where my cord was. I told him I didn't have one and didn't want to join to his shock. Anyone who was anyone wanted to be an RV he said. All the high ranking individuals in the corps were RVs and served as examples of servant leaders for all to see. They were looked up to and admired. No that could be an old ag embellishing a story, but even still, the RVs aren't look at the same. They are seen as a special unit that parties and drinks and sees themselves as above the standard. They choose themselves so now it's like a frat that does piss poor drill, yet is the governor's honor guard. Don't get me wrong, there are good RVs, but they seem to be the exception, not the rule. Cadets have to take charge and ownership of changes and leadership, or they won't buy in and nothing will change.

It's the onus of the cadet to take charge of their post. In my opinion, the hardest and most important job in the entire Corps is the FTL - they have the responsibility as the first direct link in the chain of command. But why can't an AFTL take charge over certain responsibilities or make the time to get to know those under their care? I think the focus shouldn't necessarily be on expanding leadership opportunities, rather Cadets taking serious the opportunities already presented to them.

Allow the sophomores to be at more training times with the fish to let them interact and lead them more. If we have more fish next year, a strong sophomore glass is vital for creating good leaders in the class of 28.

The corps is structured the way it is for a reason. A very specific reason. A reason that has been the same for over a century. Freshmen don't enter the Corps ready to lead. Nobody does. The entire point of freshmen year is not to lead. Rather, the point is to learn how to be led. How to follow. How to be the best subordinate you can possibly be. Everyone comes in expecting to magically become a "leader", when in reality, the only thing that can develop leadership is experience in a real world setting and learning from leaders around you. That's why the four different years of development are so critical. Sophomore year is the time to start leading, making mistakes, fostering a fire team of motivated fish and learning to influence and impact them in a way that is meaningful, challenging, and pushes them to be their very best. I think the idea that we can push leadership at all levels is valiant, but without a basis to practice it on, what good is the training? I believe that leadership is better learned through hands on experience and mistakes than in a classroom, which is what leads me to believe that we need to delegate more to the outfits. Monday and Friday morning SOMS classes and a fish Academy would only damage the ability of sophomores and white belts to experience that real world leadership applicability. Leadership opportunities have been the point of the outfit training for decades, and removing that is extremely detrimental.

How can we lead if there is nothing left to lead? If you take away the freshman and leave the units with only sophomores and whitebelts, there will be significantly less opportunities to lead. I know that the majority of cadets are motivated and care deeply for this corps. If you tell these motivated cadets that only 200 of the 1700 are "mature" enough to lead, then what do you expect? You have to find a balance where you empower positions that have been overlooked (Chain officers, SL's, etc.) instead of just saying we are not good enough and only giving leadership to a few hundred of the 1700.

Expand the amount of people involved in FOW, more manpower during this very busy period would be beneficial and those who are on cadre get to have a head start on influencing the freshmen and adapting to their roles.

You develop outfits with expanded chains of responsibilities. Giving people jobs for the sake of jobs is counterproductive. My outfit has expanded its chain work and is able to accomplish so much more. As a fish, I only know the outfit level, but I have a lot to look forward to. More responsibilities are created by the more freedom you give to outfits. Maybe it's because I'm just a fish and have no clue what the overhead looks like, but what I see from my good outfit is a system of chains where everyone has a say and fish are implemented into that system once they've learned the duties and responsibilities of it.

It appears as though standards and discipline fall on deaf ears as soon as you put a white belt on. I watched my most disciplined, former FTL, put on that white belt and fail to remember his campusologies, to shine his shoes, and wear the uniform properly. By dismissing white belt apathy as a symptom of prolonged time in the Corps, we are producing poor officers/civilians that will soon join the world as burnt out individuals. White belts that fail to fulfill their duties should be replaceable. Allow them to fail but be held accountable the way they were as a fish and pisshead. It is concerning that learning appears to end when handed more privileges and titles. They do not deserve a blind eye due to a title. You are not your title, rather a cadet doing a duty for your outfit and Corps.

Allow current leaders to properly delegate their responsibilities and work with cadets. I have personally seen how certain leaders bear the brunt of the responsibility and are unable to delegate and share this to other cadets so that they can gain leadership experience. What I have seen work well is where the butts lead the most, with heads directly under them and Zips providing insight and serving as a consultant to them. This is effective because it allows, at least on the outfit level, for leadership to have a coach who knows what they are going through and can provide advice. Furthermore, this, along with delegation, allows for cadets who might not have a formal title to serve in leadership roles. Many times here at A&M people get caught up with the title of their role instead of the actual work they needed to do. We don't need to create leadership roles out of thin air so everyone has a title for their resume, but we need to create the opportunity for cadets to step up and take on responsibility. That way they can take control of their own leadership journey and are motivated to lead not burdened with it.

I feel like there's no leniency in the Corps. If you mess up, you're treated like trash. We're college kids, we're in the Corps. Let us mess up here. Let us learn from it. So that way, when we go out into the real world, we have experiences that we have learned from. I feel like the Corps is leaving that.

If cadets aren't given the opportunity to lead fish, then what are we learning? That only a select few can do that? That's my takeaway. I'm supposed to lead enlisted personel in 2-3 years but I'm not trusted to lead some fish in the Corps.

By expanding the decisions currently leaders are allowed to make. We don't need more participation award leaders the corps is already saturated with those positions.

Performance reviews conducted for every upperclassmen conducted with unit or corps staff present. Unit staff must be inclined to look for/promote healthy leadership opportunities.

There is plenty of leadership opportunities for everyone, but not all of it gets promoted/capitalized on. Holding people accountable and promoting actual, productive leadership is the only way to really provide purpose to everyone and their leadership roles.

Committees for activities and creating delegation for outfit level leadership. By only allowing the CO and 1SGT to have access to certain responsibilities, we have trouble creating responsibilities to delegate. The only activity where we can delegate is going to be PT, that's why it's emphasized so much. That's why our culture is so dependent on it.

As mentioned on the previous question and the next one, how can we unite the corps? Creating an activity to unite behind. How can these activities be created? Committees. Led by comm staff, let people join different committees which are led by cadets who create decisions. This can be based on its own election process and have people in non-leadership positions apply. This way people can contribute to corps level decisions in the equivalent of 'think tanks', where people opinions can be heard. I'd be proud to have people in my outfit help contribute and plan events on a corps wide level. As well you can make it a requirement for 'x' amount of people per MU or MIU join, have them meet with outfit leadership or higher leadership. More responsibility, more opportunities to lead.

These events can include competitions, major/ minor unit FTX's, mass community service (Big Event but just the Corps), FOW prep and execution, dining outs.

As well don't be afraid to incentivize, give bag-ins and MESTS, that's how you'll get people in the door. Yes, the concept of buying in is frustrating, but it's necessary to get the momentum going for change.

Make seniors show up to things. When you see a senior not doing anything and just blaming "white belt apathy" that breeds further apathy from every single class. In SOMS classes I would talk to rising juniors about timely feedback. As a head, there is sometimes an issue and we have no clue until a week later when said issue is brought up. Juniors and seniors should know how procedures are conducted and what is and isn't acceptable. Let them know that giving subordinate feedback is crucial.

The leadership opportunities that exist within an outfit in a dormitory 24/7 situation are almost unparalleled. Regardless of a "position" or "rank", cadets are constantly exposed to both following leaders and being leaders themselves. The concept of 'expanding' or 'creating new' leadership opportunities has a veiled implication that the current structure is inadequate. This mindset should be respectfully challenged by the simple question, "What is the metric?". A&M cadets routinely demonstrate on a national stage their superiority in comparison to other ROTC programs across the nation. We are competing against ourselves - can we tweak improvements? Always. Do we need a wholesale overhaul? Wholeheartedly, I would say, "No." - if there are 'trends' towards bucking the established system, then address them individually. The entire Corps does not need to change strategies to address an extrapolated issue.

You do not have to have a leadership position to be a damn leader. For this, we allow cadets to become leaders themselves like 150 years of corps before us.

You don't have to give everyone a position to make them feel like a leader. Positions help, but good leaders do not need people under them or a title to influence the actions of others. Leadership is influencing those around you to thrive and complete a common mission. Teach the cadets how to communicate their ideas and how to get people to listen to them and you. My short time in the military has taught me more about this than in the Corps because it means more. I wish the Corps taught me this fact sooner.

Stop trying to expand. Condense instead. There is enough positions within the Corps for everyone to be a leader already. Be that outfit leadership, Major/minor unit leadership, or chain leadership, there is plenty of positions as is for cadets to learn how to be a leader. To be a leader you don't have to be in charge and have a big title. To be a leader you have to use the skills you're taught to help and teach others. This can, and has been done, in the present state of the Corps. We can't all be chiefs. Stop the focus solely on people with diamonds. Everyone has a position to uphold in the state they're currently in. I'm a two-moon-goon in charge of two chains, and I'm knocking it out of the park with them. It's not hard to lead even if you're not in a "leadership position". Everyone has a job, and we're doing it to the best of our abilities and leading those under us as is.

Don't crush student leadership under the heel of staff influence, which isn't to say they should be left utterly independent, but that their leadership potential shouldn't be just amount to "mouthpiece for Commandant staff"

Distribute more authority to the Corps and create positions to fulfill those roles.

The amount of leadership opportunities already present in the Corps are sufficient given the current size of the Corps. As it stands, the amount of positions seems to distance the leaders from the actual outfits, as they remain on staff and are not bound to any individual within the outfit. This leads to decisions and regulations that are fundamentally not what outfits need, as the leaders are so far removed from the people. I suggest keeping the current amount of leaders and keeping the staff from outfits accountable within their own outfit to promote growth and ideas that benefit the cadets.

Adding battalions back in like was done does open up more leadership positions, which is good. Was on 3rd Batt Staff my jr and sr years. Remember, not all want to be General. Company level positions teach how to lead as part of a bigger organization, without having to be the CEO...

Don't put people who will throw people under the bus in positions if major leadership. The current regiment disciplinary officer literally raped a girl and was appointed. Y'all are putting the wrong people with no backbone into positions that require tough decision making.

Keeping units together and learning through the example of the upperclassmen, and growing the extracurricular landscape within the corps.

Make a board of cadets that directly communicate with the commandant of the Corps to keep him connecting to what the Cadets require and what they want to get out of the corps.

I believe my first answer covered this.
Rotate who is in a leadership position at the end of each semester for Sophomores, Juniors and Seniors. Maybe not the Sr Co position. But all other positions.

Expand the leadership roster, by elevating cadet responsibilities to those of the Commandant's office. Allow a level of cadet council that that meaningfully negotiate with the Commandant and be permitted to appeal a decision if it is found unsatisfactory.

Keeping all sophomores as fire team leaders to fish. It allows them to have one on one connection while also learning how lead on a more individualized level.

Refer to my previous answer. The leadership opportunities in the corps come from interactions with fish and being a fish primarily. An all fish dorm is an antithesis to that point and is probably the most 'opposite direction' solution you can go. We currently have a massive bucket of 'leadership and character development' cadets can fill, but they can only scoop so much water at a time and some of them don't want to scoop water anymore. Adding more buckets isn't going to help.

Leaders in the corps of Cadets are built already, whether that is in outfit, minor unit, major unit, or corps staff. So many leadership positions are available. Being more transparent with whitebelts even without leadership roles would also be beneficial.

A great word of wisdom shared to me about the corps, if you were to take off all of the ranks you would still have those leaders in the same roles.

Let the student do more instead of the commandant when possible

Make corps staff mean something again. Not just a joke that nobody respects.

Return to Ol Army, Traditions have the same weight as Leadership. You don't have to choose one or the other. Develop both at the same time, like it has always been.

Give special units and student organizations more leeway/room for growth and innovation.

Guard the traditions of past and present, allowing cadets to use their interests as an asset to lead their peers. Going out on a limb, even to your own detriment, is a step in the learning process.

Individuality and ideological diversity should not be axed/restricted due to nonconformity, as there will always be ebbs and flows (ups and downs).

Part of life is going tryouts hard times, or trials and tribulations. The corps should foster an environment of artificial stress to push everyone to their limit physically, but most importantly mentally and emotionally.

You create opportunity, and people take advantage of it. But we can't all be "top leaders" and we shouldn't try. Some will serve in leadership outside the Corps, that should be encouraged. Creating smaller, niche and special purpose organizations (think Rudders Rangers, Cyberwarfare team, sports, etc) so that everyone can find their spot. More small organizations for white belts, that's my view.

While the Corps of Cadets aims to develop those in it, it is increasingly become the case that those in this organization will only get out of it however much they choose. Those that choose to do the least they can, will receive very little leadership development even over the course of their Corps career. On the other hand, those that choose to do the most they can, become involved in leadership and special units, and successfully complete the transition from followers to leader across their time in the corps. As restrictions must be put in place for the safety and health of the regular Cadet, special units become the place for cadets to reach out into whatever field they choose and grow in those areas as well as with a variety of cadets across the quad. Placing further restrictions on the activity of special units only restricts those who volunteer to go beyond the outfit model of leadership development. While all of this is true, there is an understandable level at which restrictions should be placed, but in doing so, it should not limit the ability of that unit to function. Advocating for the autonomy of special units by consequence should encourage more people to be active and seek leadership experience where they would not get it otherwise, in organizations that compliment their interests.

The learning opportunities ultimately come down to individual attitude. It takes a growth mindset to learn from the opportunities in place.

We expand the leadership opportunities by not nuking 4 outfits that created those opportunities. All of those outfits went on to have people take over positions in other outfits that took away opportunities from people that had been in those outfits originally which has taken away positions instead of creating them.

I believe the use of special units would be a good idea. As a fish and now a sophomore, I don't really see the different units and would like to see if we can give special units more opportunity to show off their skills and recruit cadets.

I believe you should give everyone interviews when applying to leadership, regardless of previous experience with leadership as long as they meet the GPA and discipline requirements. I know, that's a lot of time tk give up. But, it gives everyone an opportunity to give their side and show how they've worked hard and why they want to go out for it. It doesn't seem fair as you ascend the ranks only the favorites or brown nosers are considered for interviews and few and far between are hard workers chosen. To also give EVERYONE a say in leadership, those who apply should be considered for their outfits first. The people in every outfit should also be included in the leadership process. MA's/Corps Staff has 1/3 of a say/vote, Current Leadership has 1/3 of a say/vote, and the people within each outfit get to voice their honest opinions and have a chance to choose their own leadership, contributing the last 1/3 of the voting process. There will be bias and possible nepotism, but by including everyone in the mix it should mostly zero out in the end. Everyone gets a chance no matter if you have had a previous leadership position, been offered a previous leadership position and accepted or denied it, applied to previous leadership position, or are unable to apply to a leadership position yet: everyone gets their voice heard. These experiences would teach us that our voices do matter and if we decided not to vote that's on us and we can't complain about leadership since we didn't give our input. It also shows the motivation and the importance of putting out and being the best leader you can be no matter what because there is always someone watching-reinforcing the Corps values 24/7.

Not everyone needs to lead. But everyone needs a shot.

Every cadet currently has this, and it's already highly reflective of the public and private sector. Those that wish to put forth the effort and gain everything they want to can do so, and those that wish to be

along for the ride but only halfway participate can also do so (with the understanding that they will not be in major leadership roles.)

Encouraging more creativity across the Quad could help. In talking with a first sergeant from another outfit, he said that one of his junior buddies that doesn't have any chain positions or anything will occasionally lead training times teaching subjects based off of his major. This makes him feel more involved and invested while also giving unique training times for the outfit. Additionally, one of the most demotivating times is the Spring because not much goes on like earning Brass or football games, and even preparation for new roles can become redundant after a while. One of the things my outfit decided to do this year is have the freshmen plan an event for outfit alumni. We gave them certain deadlines for when decisions on things like the date, location, attire, etc. needed to be decided. This makes them feel more involved in the outfit as well as gives them a more hands-on approach to the preparation of new roles, especially when it comes to chains. It's also a way for sophomores to begin to seriously bond with them on a level that isn't just making sure their uniform is perfect and they're keeping up with academics, because the freshmen go to their sophomores to ask for help with their respective chains. I think increasing the value of creativity across the quad would provide more leadership opportunities and purpose for classes that often feel like they lack purpose.

Create a clear defined model for outfit leadership with roles and responsibilities. This will include the seniors through sophmores.

I understand you can run out of leadership opportunities in the outfit, therefore a strong push for special units with separate leadership levels can add depth, SEAL platoon, FDT, RECON platoon, Rudders Rangers, RV's etc. These leaders should not necessarily hold leadership positions in the outfit, expanding the opportunities.

Training and accountability at each level is key.

I do think what kills leadership at the student level: 1. when peers don't respect the rank or position of their classmates and fart off directives. 2. Cadet Leaders chose buddy loyalty over doing what is right .

Training and discussions in these areas is needed.

Not sure how much training is given to D&C cadets, but business leadership classes would be a good idea for noncontract cadets.

Everyone in the Corps has a job and someone they report to. Leadership works out of that even if the job isn't considered a leadership position such as CO or 1st Sgt. Make sure white belts don't sandbag on jobs like Clerk and other positions where the sophomores do everything.

Increase pride in the corps. Not through taking away outfit pride but increasing corps pride. Make this place and place where people who want to be challenged, grow, and set apart come. Not an advanced Boy Scout organization. One should come here to be pushed past their physical and mental breaking point, because only then can they go. Only someone else can taking you farther than you ever thought you could go.

I don't think everyone can exercise leadership opportunities. In 4 years you simply don't have the time to allot a leadership opportunity to all ~2000 cadets. That being said, there are ample preexisting leadership opportunities in the current corps structure. SOMS, ROTC classes, and the current fish experience provide the framework for leadership. There are opportunities that appear organically in the fish class and some that are necessary in SOMS or ROTC. After fish year, those basic opportunities persist and new ones appear from everywhere. One can join a special unit or pursue a position within a chain of command in their outfit's logistics. Some of these require initiative but most are a product of necessity. The truth is that some cadets never commit themselves to these opportunities.

Allowing upperclassmen to reach and train freshmen ALL year long

Create more frequent competitions for outfits, where non-training chain cadets are required to lead. This would encourage peer leadership for training chain, and the ability for others to have an opportunity to get hands on experience and responsibility in some setting, if not within the outfit operations/training. Some examples could be a weekend competition at the O-course, sports, drill inspections (similar to Citadel), or similar activities. In general, more opportunities for leadership. Restrictions to success would be time commitment, but can be mitigated by being held every 2 weeks on Friday afternoon, giving outfits 2 weeks to develop between each competition. This approach also fosters a Warrior Ethos and outfit pride.

I believe that I touched on this in the previous question, but shfiting from a management focus to a leadership focus. People are probably not feeling bought into the corps because they see it as their being micromanaged from many positions above themselves.

1st Sergeant, CO, BUC, BUXO, MUC, etc.

All telling them what needs to be done. They have their individuals chains to be creative but if they feel restricted in what they are able to do then they aren't going to feel motivated to go the extra mile. SOMS may be better suited to be a collaboration time on being creative with the time given. Sometimes I feel chains within outfits are seen as a burden rather than an opportunity for improvement and growth.

The proper opportunities for leadership in the corps exist. I've never believed that you need a billet to be a leader. Some of the best leaders I've have in the corps have been nothing more than an AFTL or a 2 moon senior. Some of them were better leaders than some of my COs or 1st Sergeants. The opportunities exist. What people need is the freedom and motivation to utilize their positions. I don't think that is something you can create, but it is something you can facilitiate and inspire to be done.

Ensure every white belt is on a chain or in a "green tab" position ie Squad Leader or Platoon Leader. XOs, COs, MUCs, and 1st Sergeants need to be responsible for making sure the white belts in their outfit are doing their jobs and leading effectively.

Also, outfit and major unit leaders specifically CO, 1st Sergeant, MUC, PLs, Sergeant Major, and Platoon Sgt. should change at semester.

Educate the Cadets about opportunities on and off of the Quad. Encourage Corps participation in events such as Big Event, Aggie Build, Muster, Traditions etc. The Corps also has leadership opportunities at all levels for all classes. Organizing and commanding PT, outfit service projects and outfit social events are all leadership opportunities. Organizing and maintaining communications with former members of the outfit is a great leadership opportunity.

Do not micromanage and demand that the Trigon chooses leaders. Micromanagement and arrogant control take away leadership opportunities. Let the cadets make mistakes and learn from them. The Trigon Cadet relationship should be like a mentor not a Tiger Mom.

The answer is certainly not by restricting the amount of people that can train the freshmen or by isolating them from the rest of the corps. This will afford them no leadership exposure or learning opportunities. It will create a cultural divide between freshmen and upperclassmen. Leadership opportunities for freshmen in their first semester would be to observe what works, what doesn't, and the second semester to be taught the concepts and start learning how to be a sophomore (while still being fish). Leadership opportunities for all other classes should be to allow each cadet to be present in a training environment, give them the opportunity to train and mentor freshman cadets and other cadets junior to them. As mentioned in my response to the first question, ensuring all of this has learning and purpose should be ensured by having actual shadowing by "advisors" in a PATIENT and GRACEFUL manner. Those who deconstruct/destroy training times as they happen and destroy the credibility of cadet leadership in front of their subordinates only make the learning experience a lot worse for the fish. I still remember my Fish Drill Team "Black Monday" being interrupted by a lecture from a CTO to our leadership and thinking how everything that I could overhear being said to my leaders could have been said before the training, in private, and in a manner that did not reflect poorly on them. In any case it may have taught me what not to do.

I personally find it strange this question was even thought to be asked and have no idea how the current plan for next year even addresses this question, given the large restriction on who will be able to interact with the fish. It seems the current solution to ensure learning and purpose is to destroy learning and purpose except for in very small and observable instances for very few cadets.

There are so many leadership shouldn't be a participation award. Simply put there already is leadership opportunities everywhere, getting a chain to be in charge of as a whitebelt, have a squad, learning to lead with influence instead of rank. As well as this, cadets have the highest involvement within off the quad leadership per capita of any organization on campus. We make leaders, we don't make people that get the most opportunities to get a position, that's not how the real world works. I think the leadership experience here speaks for itself with the high rate of jobs for cadets post graduation as well as the highest camp scores of any senior military college. I don't understand why we would borrow ideas from other senior military colleges to improve recruiting and retention when we are already larger than those schools and have better leadership scores where it matters.

Give cadet leaders more opportunities to have a real say in decisions that affect the corps.

Don't have a fish dorm

As a fish, it is difficult for me to answer this question. I do believe that next year, it would be beneficial for me to get as much experience with my fish directly. I would have every training time throughout the week to learn about what leadership skills and styles I do and don't like, which would give me a longer time to hone in on those specific skills and styles. It would also put me through a larger variety of situations that I would have to adapt to, thus enhancing my flexibility as a leader.

You Don't, this isn't everyone gets a trophy. The Cream rises to the top and Leadership opportunities are already there. (Corps Staff, Major Unit Staff, add Battalion Staff , Outfit staff.) There are jobs even in the outfit level that have to be fulfilled for the machine to run.

that being said, there needs to be a common list of positions that every outfit has if not, i have seen some outfits make up positions. but you also have to give those an option that may not want a leadership position as well.

the biggest issue i have heard is that you get a 1st sgt and CO & XO that are not promoted from inside the outfit. again, this was taken after the military model and you have to remember this is not the military. What the office of the commandant is failing to see here is that there is a fraternal bond that you have with your fish class that you earned corps brass with and was with you all throughout your fish and sophomore year. there is a real trust and respect that is built up and also the familiarity to call someone on their actions. (we did on several occasions)

My last point is also related to this. But, what helped me expand my leadership opportunities was becoming involved in organizations off-the-quad. Being involved in Freshmen Aggies Developing Excellence (FADE) and the SGA Student Senate showed me, and continues to show me, that there is a lack of leadership in organizations off-the-quad. This lack of leadership can be effectively filled by encouraging Cadets to get involved off-the-quad and use the skills that they learned on-the-quad to better these outside organizations (FLOs, Service Orgs, Professional Orgs, Intramurals, Women/Men Orgs, SGA, and many other orgs).

Refer to the last response which covers this as well.

In my previous answer I proposed an objective based plan, with cadet/ mentor teams being responsible to find opportunities. Since everyone is required to do this, the mentor role would work with their peers to rotate these opportunities. When I say objective based, you would literally be required to get a demonstration signed off for example: conducting a uniform inspection, conducting a hole inspection, teaching demonstrating how to set up a uniform, close order drill, etc. Mentors provide feedback but so do peer evils. With modern digital environment we could probably set up a single web app for this.

| Keeping it the same |
|---|
| more minor/major unit activities (not necessarily PT). Stop telling lower classes that the upper classes are terrible and failures and how you can't wait for them to leave. It's discouraging for us and makes us not want to try. |
| |
| For the freshmen class, leadership is already exercised in a buddy class. It is important for a buddy class of fish to work with and understand how to communicate to each other. I'm my outfit, although we do not have very many fish, we are always experimenting with ways to communicate information and being leaders in PT, in training times with leadership scenarios, and off the Quad as a group.<br>I think individual leadership could be expanded upon in Leadership Laboratory. The whole point of a lab in an academic class is to experiment and see if something works or not. This should be the same with leadership. This is the time we have to put to the test what we have learned about leadership and see if it is effective or not. Freshmen get to lead their flights in LLAB for things like briefings, scenarios, and during PT as well. There are often times to debrief and get feedback on a flight commander or fish flight commanders leadership and what can be improved upon. This is where the intent and purpose of LLAB come into play, because as you practice being a leader of a flight and get feedback, you are bettering yourself and your leadership style.<br>I would recommend if you wanted to expand upon leadership opportunities that are both a way to learn and that have a purpose, use Leadership Laboratory's more. This is something exclusive to the Corps of Cadets, and could be talked about more if what we really want to advertise is "We Make Leaders". |
| Continue leadership development across the class structure |
| Many other military-rooted institutions, such as the Academies and other SMC's (and to my knowledge, formerly the A&M Corps), utilize a rank structure that is not so tightly tied to class as ours currently is. In this structure, it is not uncommon to find sophomore cadets with sergeant rank, and senior cadets with none. Such a system, in my mind, could combat the current issue of whitebelt apathy. Awarding those that shine bright as leaders with rank and job that suits them brings quality people to positions of power. A cadet would have to prove worthy of a rank like C/2Lt, rather than handing the silver moon out to even the most apathetic senior. I believe that this system could work in the following way:<br>Freshmen start out as C/Pvt, but after the first semester, could be promotable to C/Pfc or even C/Cpl, and the jobs that come with them, such as a team leader of other freshmen.<br>Sophomores could be promotable up to an NCO-equivalent tier (with associated jobs within their outfits, staffs, chains, etc.), but could also stay as C/Pvt's if there is deemed to be no reason to promote them. The same sort of scale move on to juniors, who would be able to be on higher-level staff positions, with SNCO or even lower-grade cadet officer rank. But, of course, could still be anywhere from C/Pvt to C/Cpl if there is no reason for a promotion, and so on with seniors.<br>This system, in my eyes, opens up all years of cadets to leadership positions equal to their experience and qualifications as a leader, however, does not guarantee promotion to any sort of rank or position of power if they aren't deserving. When quality cadets are able to seek positions that fit them, the cream will rise to the top, and I believe this would bring some major motivation to cadets of all classes, all across the Quad. |
| Here again- not what you're asking… but assuming everyone wants to be a leader is a huge error. All I ever wanted to be was part of an organization and contribute. For 20 yrs in the AF I never once aspired to be the "boss"; just a contributing member of a great team. |
| I believe that this is a question of making outfit level leadership positions more meaningful. It is easy to allocate leadership to sophomores but whitebelts are a lot trickier. Adding incentives to squad leaders, or even ensuring that outfits treat these positions with value would help. Perhaps another whitebelt only special unit would help. A whitebelt FDT where candidacy is based on measurable goals and values would not only provide more leadership positions, but would entice the RVs to take their role seriously (especially with respect to drill and their values).<br><br>The Citadel's Summerall Guard is a precision drill unit made up of the TOP 61 Seniors. Instead of being similar to rushing a frat, the Summerall Guard has a clear candidacy process which juniors go through, |

and while their PT is intense, they still manage to complete their mission of conducting precision drill. Something similar here at Texas A&M could be a great motivator for whitebelts no matter their cadet rank.

Maintain an intersectional approach between contract seeking/contracted cadets and D&C cadets. Many contracted cadets do not plan to make a full military career out of their contract and leave A&M with less tools for the civilian world than their D&C counterparts. Emphasize and encourage cadets to keep and maintain their military bearing that makes them attractive leaders while also coaching cadets to hold managerial mindsets in managing people outside of a military environment.

I've said my peace there is no need to change. I believe that I have been given the best corps experience and the hardest. I have learned a crap done and have a huge purpose. I have opportunities that I wouldn't have if it wasn't for that either

Leadership is not completely learned from a lecture but must truly be experienced and practiced everyday in order to be effective. I would love to see cadets given the opportunities to lead fish across the quad in order to practice those leadership skills. Also, I believe those opportunities could help build working relationships between outfits. Those relationships could be used to share ideas in individual outfits on what leadership styles work the best. Another point is leadership positions within an outfit. I think better accountability or less positions would streamline outfits as well as given corps leadership a better understanding of how outfits are operating. I think positions in the outfit dedicated to training should be more effectively taught how to be a good leader and less how to do their job. They were in the corps freshman year so they know how to be a fish but what is important is to teach them how to teach someone to be a fish. And good training will come from good leaders.

We ma6y actually have too many leadership activities for upperclassmen, which dilutes the importance of competence in those skills, or the need to strive to become the best possible leader each Cadet can be, rather than just enough to span from the one below to the one above.

Not everyone in the corps needs a leadership position. I've heard from several people who were put in follower positions under people who did not want to lead and this heavily detracted from their experience. People should never be forced into a position they don't want

By diving up all the work between the classes

I would focus on making sure the leadership opportunities being offered right now provide both learning and purpose. You expand naturally when you're doing well. Forcing an expansion without the infrastructure and leaders to do so will put undue stress on the organization, and ultimately lead to failure.

As a former student, parent of a corps graduate '21 and parent of a prospective corps member I have tremendous love for my alma matter but am invested in the future path the corps takes. I believe strongly in traditions, but understand and accept that not all traditions are great. Some may need more oversight and adjustments, while others may have run their course. What was OK in the past doesn't always age well. I love just about everything about Texas A&M and the corps experience. That being said, I know that a cadet's outfit has a huge impact on a cadet's overall experience. As a parent, I worry almost equally about my future cadet's outfit fit, as his university fit. I can control which university he attends, but not which outfit he ends up in. The wrong outfit could result in an an punch while another may help him become a leader who is not intimidated by adversity. The line is sometimes very fine. Diversity in outfits can be great because it affords choices that fit a wide variety of personalities. However, there are some basic things they should ALL have in common. The basic culture is highly dependent on student personalities and backgrounds, but also on established and enforced parameters. The #1 reason we send out students to college is to get an education. As much as I love the corps, it comes 2nd to my child's education. I want him to have time to study. And I want him to get a minimum amount of sleep for his mental and physical wellbeing. The rest of the challenges the corps brings in order to turn him into a leader, I know he can handle. My only concern as a parent is "additional" corps activities (which vary

from outfit to outfit) that result in loss of study time and/or less than 5 hours of sleep time. I think THAT ALONE would have a positive impact on higher cadet retention and make a March to 3000 a reality.

The proposal you put out actually does the opposite of this. You start leading as a Sophomore with a small number of followers. You have many Sophomores in small-scale leader positions over their element of 2 to 3 Freshmen.

Make the system more accepting of spending time with special units/sports teams/clubs (on and off the quad)/ joining a staff position. Because so often cadets are looked down upon when they decide on other ways of leading outside of their outfit. Additionally, creating more "leadership" positions just adds to confusion and information getting lost, plus unfortunately there are people who are content with not being in one of those positions and if they are then placed there it leads to negative consequences. Plus the true leadership position need to better reflect the makeup of the corps and actually be given a voice rather than selecting a majority contract cadets, which at least gives the appearance of Comm staff selecting them because they can hold their contracts over them to keep them from actually speaking out.

allow cadets to decide what happens in their own corps. Allowing them to decide how the corps runs and the rules it runs by

Sometimes being a leader is a team sport. Less focus on rank and grades. More focus on team building dynamics.

Sq. 21 class of 10-13 had a system which people would rotate morning drills, and everyone was given certain tasks.

See previous response. To ensure that it goes as planned, possibly send out information during the planning process and gauge the corps' response.

Give leadership and decision-making back to cadets. LEARN, COACH, LEAD, INSPIRE is a great model if followed. The way the Corps is run now is DO NOT DO ANYTHING TO INCONVENIENCE A FRESHMAN OR GET YELLED AT BY A BULL AND RECEIVE A RESTRICTED WEEKEND. There is no opportunity for COs to lead their outfits. What is the point of being an "Officer" if all you do is get put at parade rest and yelled at every time you interact with an "Advisor." Expand leadership by letting cadets lead.

The more you allow ranks outside of CO and 1st Sgt to own and be responsible the more all can develop leadership. Most tasks fall on CO or 1st butt. Make sure that a meeting regarding intramurals is attended by the athletic officer and proper chain of command under. Uniform changes or needs - supply officer. Define those roles and responsibilities (Cadets define with trigon suggestions).

True lessons for failure. Don't hold up the Corps standards, leadership can be fired. Next up.

Look to promote from within an outfit first. If proper leadership talent not available, then look outside the org.

More roles for non key leaders that are just as impactful

Separation of classes in relation to military bearing, adherence to respect of rank and chain of command

Through my experience, those who care to hold leadership positions have more than ample opportunity to reach those positions within their time at the Corps. Adding more leadership positions to the Corps cannot help the current structure of the corps, only harm it through increased bureaucracy and decreased group-leading possibilities. The best chance for more leadership opportunities is temporary

TAMU-0945

leadership roles, like those for Corps sports, organizations, etc, that don't directly affect the organization of the Corps.

Please operationally define leadership. How will you assess whether or not the program achieved learning and purpose?

I think we've already expended these opportunities, especially with the change from major unit to adding the minor units in. I think, if you don't see the fact that everybody is a leader after this year, and everybody is leading in their own way, like the seniors are leading all of the classes, the juniors, the sophomores, and the seniors, the juniors are leading the sophomores and the fish and the sophomores are leading the fish you're not really looking at the corps. You're looking at something that does not exist. I think that he's opportunities are given if you use them. you know being a squad leader even just being a regular upperclassman you are always a leader you're always being watched, and being admired, or looked at.

Create more opportunities for non KLs, people get too hung up on that and when they don't get it they get apathetic.

Provide all levels of cadets with direct leadership opportunities and ways to mentor and develop subordinate cadets. A concern I have with the rumors and ideas about the restructuring is how those not on cadre will develop their own leadership, specifically sophomores, if there are not freshman cadets within the outfits from the very beginning, where is the leadership training going to be coming from. I think the best leadership training comes from having subordinates. In Air Force leadership lab, I am put in many situations to lead my peers, but I feel that the best of my leadership development has come from having fish under my command in directly interacting with them on a daily basis. Some clarification and guidance on this would be greatly appreciated.

Each year should contain experiences to grow in leadership and the experiences should align to the path the cadet is taking - going commissioned versus not upon graduation

Don't make major changes to an organization that is already really good. Really dumb thought process by the commandant

Leadership opportunities are everywhere in the corps. I believe that the opportunities are available for every cadet that is motivated enough to make a difference. However, not everyone gets the same learning experience, and cadets often lack a sense of purpose and give up in their later years. The problem with our current system is that every senior and junior key leadership position in the corps depends on one single interview during the cadet's sophomore year. We call this the "pipeline", because once you get one position, you're almost guaranteed to get the position directly above it next year. The cadets that get large leadership positions are sometimes the best fit, but the lessons learned by the cadets that don't hold large leadership positions their junior year go overlooked. I've seen strong leaders come out of their shell during their junior year, only to become immediately demotivated by the leadership selection process because it is historically impossible for anyone to challenge the cadet that has been in the "pipeline" position. The cadets in pipeline positions, while good leaders, have not experienced the same frustration and difficulty of being in a lower position as their peers. I think that a cadet democracy system could be beneficial, because the people that are in control will be further supported by their peers, and it gives more opportunities and sense of purpose to cadets who want to make a difference.

See answer to question 1. Reward/penalty at the unit level encourages unit cohesion by holding the unit accountable for the success or failure of the individuals in the unit to achieve desired leadership qualities.

Allow the cadet outfit leaders like the 1st SGT and the CO to have more freedom and flexibility with their outfits without the MA's continually stopping, berating and discouraging them from acting out in the position that they once were motivated and excited to work in and for other people.

Keeping fish with their outfits and implementing traits work for certain outfits and see how other outfits and implement those traits.

Stop playing favorites. Cadets who achieve great things in front of commandant staff are no greater than those who achieve great things in privacy. I have seen in the corps cadets who were poor leaders end up in higher positions than good leaders simply because of a five minute interview. I have seen good leaders lose hope of having an impact because of a neverending cycle of whitebelts with no leadership saying that positions don't determine your effect on the people around you while the adults on commandant staff stand by silently. When I think of successes in the corps I think of cadets and not commandant staff. Out of all my buddies it wasn't the guidon or the most outstanding pisshead who got first sergeant, it was my buddy who was an AFTL and not even on guidon chain at all. By himself he changed the course of his corps career even though some other heads stood out more in the beginning of the year. Its an accomplishment to be in the corps. There are basic requirements that you must meet to be a part of this organization and by meeting them cadets deserve respect that commandant staff rarely gives. Stop playing favorites.

Expanding leadership opportunities means building confidence in one's words. Honestly the best way for fish to lead would be to take his knowledge and discipline to make use in the real world. As a fish I was humbled. I learned the real meaning of hard work. This work was put to use by organizing study groups and being a leader to my nonreg friends who were just trying to survive the year.

Implement the commandants plan. In fish training companies have CO's PL's and PSG's. In regular companies, enforce the standards and hold cadets to the standard, or hold them accountable. The largest breakdown in leadership learning and purpose (from the company level point of view) is that leaders cannot (or simply do not) enforce standards.

Is there not enough opportunities now? Encourage cadets to join student organizations outside the Corps.

Train the Trainer Approach:
- Sophomore Leadership Academy
- Rising Junior Academy
- Rising Senior Training
Each year group needs awareness of roles, responsibilities, and training.
Juniors are key -- they are the backbone of the Corps! Both leaders and executors!
Seniors need to understand their role change as well.

D&C cadets deserve leadership opportunities too!
- these are some of the best leaders in the Corps -- future entrepreneurs and business leaders
- These are our future financial backers!

Positions:
- Traditionally there are only a limited number of leadership positions
- Expand roles and responsibilities to those not in direct leadership positions -- assign special project leads -- the staffs and the leaders shouldn't always have to execute each plan or project
- Those not serving in a leadership position or staff should have opportunities to lead special events.
- create special jobs for each year group and conduct interviews

Again, letting the individual outfits handle it. Staff's job should ONLY be management and punishment for the most egregious violations of the standard and laws. Let the outfits choose the best people for the jobs, as time goes on more chances for leadership will crop up and it should be on those who want it to take advantage. Even in the instances where the leader isn't required but is helpful.

If younger cadets learn leadership techniques as Fish, require some type of group membership not affiliated with the corps Junior/Senior years. Cadets will basically have opportunities to lead in practical groups with other, lesser trained students.

Help the Cadets find mentors that are trained to develop and explore individual purpose and organizational progress. The Corps is a place to learn to fail, learn, and move beyond the reachable into the exceptional. Teach them to debrief properly and put into action plans to improve.

Produce more corps and major unit activities together.

Revive outfits and keep them small enough everyone has to stay engaged and put out. The large outfit model will not work this is not the military.

Contract cadets get leadership roles in their respective ROTC advanced classes. These prepare contract cadets to compete in military evaluations at summer camps.

Our need is how to handle D&C cadets to pursue leadership roles within the university. We should continue to prepare these cadets for roles in industry by learning skills presented by the business school similar to classes of MBA programs with case studies in leadership in business.

The corps already sends out lots of information for leadership opportunities within the corps of cadets. However, there can only be so many positions within the corps before they become meaningless. The corps should also advertise more leadership opportunities outside of the corps, leading those outside of the corps gives a more diversified leading experience. Having leaders from the corps in outside organizations will also help expose more people to the corps and possibly increase the number of people joining.

Empower the chains more. No one really takes the chain leadership seriously. Make a social/culture change to make chains more impactful.

Allow cadets to make mistakes and learn from them instead of instilling a culture of demerits or rams that are given out as if they're election pamphlets. People aren't willing to take risks or experiment with their own leadership style because almost everything we do is punished excessively.

Expand leadership opportunities by creating missions and jobs. The Corps should be good at creating jobs - especially around Aggie tradition.

I've always viewed the Aggie Corps as akin to the British Monarchy. The Corps takes on all the daily customs and traditions of the university in a very similar fashion. It's a type of service to the university.

The Corps in itself is the collective mascot of Texas A&M. The Corps is A&M… and the cadets are expected to perform in the same capacity, doing the same things as they always have.

The Corps is a visible representation of what A&M means and what A&M produces - what we've always produced. The cadets perform a selfless service to the university - and should be given perks (like athletes). This will increase recruiting and retention. Cadets should be rewarded for their selfless service to the school - like priority in course scheduling, priority in parking, etc. The Corps performing all these special services to the school need special rewarding.

Cadets performing traditional services to the school in a standardized, customary fashion is purpose. Things like raising the flags at the Systems and Academic buildings every morning, escort service of girls across campus at night, performances by the FDT and Ross Volunteers, bugle calls, Silver Taps, Muster, etc. All the traditional services to the university is purpose. Create jobs associated with each and every tradition - and hold upperclassmen accountable for carrying out these services perfectly.

Deliberate Cadet experience planning across the four years. Perhaps a 4 year plan for leadership opportunities could assist this gap.

We make sure they are involved outside of corps leadership. The corps has so much different opportunities in it. With those coming with more leadership opportunities and most people do not know about those special units. There must always be people to follow a leader. This does not mean that these followers are leaders. They are they might just not have green tabs that tell us they are. The best leaders I have followed while in the corps where not officially leaders but where leaders naturally because I know they care about me. I also think that if we had to pass a peer and subordinate evaluation before we get a leadership position. This will help stop bad leaders who are good at interviewing from taking it away from more qualified people who are worse are interviews.

Not everyone leads the same way, and not everyone leads the same purpose. My leadership style was to be quieter and more meaningful- to this day, this is still who I am. Others lead by being an academic example and there are those who are more vocal. All are appropriate at specific points in time.

Don't presume all want or are qualified to be leaders. Don't try to fix what isn't broken.

It's taught from day one. Not sure more officially recognized leadership roles are required.

The current system is sufficient, the individual outfit smaller roles need to be built up to have more meaning.

More small squad opportunities starting at the fish level and increasing in scope and sequnce by each year.

The MIC/MUC change is fine but putting more of an emphasis on confidence over policy can help with going through transition training. Additionally giving people roles during workouts or spreading the work among a buddy class can help increase involvement and a feeling like everyone matters. This can also help with improving buddy unity as well because stronger teams tend to be built under pressure.

we have 32 commanding officers (granted I'm out of date, class of '96), we have Major Unit commanders and XO's, we have 72 RV's elected every year, I'm not sure why we are lacking in command positions. If you have too many command positions, it dilutes the importance of the diamond.

The way this country is heading, everyone gets a fucking diamond. STOP. If you are great, you get one if you suck, you don't. We need to prepare our cadets for the real world and the REAL world doesn't give out diamonds.

To create leadership experiences each class must have the freedom to carry out their roles without interference. This means allowing sophomores to train and create relationships with their freshmen. Allowing juniors to oversee, moderate and carry this out, and finally giving seniors the ability to direct their outfits in a way which instills the corps and outfit values through every class. Each outfit is unique and strives for different things, so what works for one might not work for others, but where some outfits succeed others should have the ability to attempt to emulate this on their own rather than having the corps push these changes.

Mentorship is jey to developing leadership. Seniors should have executive leadership menors while underclassmen are mentored by those above them. Unit cohesion is critical to this. From FOW fish need to learn to grow and lead in the small group environment of the outfits. The unity that is built within the outfits is paramount to the success of the fish.

Let the outfits grow, foster better care of good ones. Let the COs meet monthly with no intervention or staff and discuss what they are doing. Quit trying to take away that purpose, which is personal connections to fish in an outfit, because you literally see them grow. You remove purpose when you take fish away. No fish wants that. None. At all. Dozens of my recruits are losing interest because of this stupid proposal.

make them do more PT. Why are the RV's not doing PT? Why are the fish not pushing at formation? If you don't make it difficult, the experience is meaningless.

Allowing cadets to make decisions for their own outfits will expand the leadership opportunities and provide greater learning and purpose.

Give cadets a more hands on experience to develop an understanding of what each position does, as well as encourage outside involvement to become leaders in other student organizations. Explain the meaning behind why things are done certain ways or why we do things in general to give cadets more understanding of the purpose behind a position or activity.

Give us people we can watch develop. Allow every upperclassmen to understand the purpose and effects of their words and actions, provide the experience of being a leader with people we will grow to know personally. Grant us front row seats to their development.

I am not sure what your intention is?? There are only so many leadership roles in the organization. If you will let it naturally happen, the leaders will rise to the top. It's just a fact of life that not everybody is going to have a majorly leadership role. Why do you feel it's necessary to expand leadership opportunities?

Transition training for fish needs to start post-brass. They need sufficient time to be confident in taking up their next role, and in this way the corps will not have to worry about sophomores not being competent enough to be cadre for incoming fish. Outfits need to do more activities as whole outfits so that everyone in the chain of command is involved. Even just the little outfit vs outfit competitions during FOW showed the role each person had, and it kept a motivated culture where everyone was dedicated to building up their outfit through unity. Whatever the leadership model, the idea of outfits cannot be thrown out the window. Grouping people into smaller groups where everyone knows everyone and has a chance to be closer individually creates a unity that cannot be described nor replicated any other way. Fish training is important, but the training doesn't stop when fish grow up. Sophomores still have a lot to learn from their juniors, and juniors from seniors, but from what I've seen, classes become less and less involved as they get older. Seniors have the "overseer" role, but this doesn't mean they cannot stay involved with their underclassmen. They may do more work behind the scenes, but the underclassmen really look up to them because they aspire to be seniors. To earn the Ring, the Boots, and to have made it 4 years in one of the most prestigious programs in the nation.

I believe it can only be achieved within a holistic review and improvement within the existing structure of the corps culture and organization. I have no knowledge of the type of leadership development programs currently within the corps process for development of cadets as they grow within their structure but believe that is where more focus should be conducted if there is a conclusion there is a weakness in freshman development.

There are tons of opportunities to be a leader in the corps, and it doesn't revolve around being a commander. Recruiting sergeant, scholastic sergeant, athletics etc all have leadership roles. Special units. Opportunities are abundant for those who actually want to learn leadership of teams. Honestly I was a major unit commander and an outfit commander, and the major unit commanders had far fewer / far lesser leadership opportunities. Because of the outfit culture, which has value, and the fact that we weren't doing « battalion » and « brigade » operations, the real leadership value was at lower levels.

Create a team leader/ squad leader academy and empower our lower and mid level leadership to determine the successes of the individual outfit.

Don't allow pro-forma leadership positions to form, require outfit chains to conduct proper checkups like academics, IG, operations, recruiting etc. these should be more than just titles, actually require work to be done and turned in through these various chains, even BBQ and athletics

| More training time with more functional training |
|---|
| By ensuring people can actually lead, I think there are plenty of opportunities to lead as is, its a personal choice. We have upperclassmen who do a lot of behind the scenes work, in planning or paperwork, we have others who motivate us and lead us in workouts, others who support the outfit in their own unique ways, everyone plays a part. And if you worry about "White-belt apathy", I dont think adding more leadership will change that. Leadership is a choice and privilege and everyone does it their own way, give them the freedom to do so. The corp is supposed to be cadet run, thats why cadets make the training plans, and op orders, and lead major units, minor units, outfits, platoons, squads, and even fireteams. Such a system keeps people accountable while still allowing freedom and development. You only learn leadership by seeing it and doing it, and if you care to, you can lead in any regard. The most notable leaders ive seen this year I dont look up to because of their rank or title, I look up to them because they show that they want to lead and they care about their subordinates. Let the cadets lead as the corp was intended. |
| Standardize not only the leadership positions throughout the Corps, but also the SOP or Duties and Responsibilities for each of those positions. Ensure that each serves a purpose of development so that it is actually and visibly needed. Differentiate these from something that could be seen as an "additional duty." Rotate the upperclass in these positions after the fall semester - with possibly the exception of the "most senior" command positions - but do rotate the various staffs. Look at not only who might be good for a position, but who might also most benefit from the developmental experience of a particular position. Consider how this might vary for an ROTC Cadet versus D&C. You execute many of the same types of activities every year, so it shouldn't be too hard to orient the various duties of the positions towards the successful accomplishment of those events. While it's good to have the Cadets work through some planning/resourcing of these events, don't make them reinvent the wheel - give them problems that are solvable at their level of expertise and ensure the cadre already have the "approved solution" so they can advise or step in to assist when needed to prevent catastrophic failure. It's learning, not "sink or swim." -John Horning, COL, US Army |
| I believe this is looking at leadership the wrong way. Rather than try and create more opportunities focus on developing the idea of creating your own leadership and that you dont need a rank or command position to be a leader. Good leaders find a way to lead no matter what. One of the best leaders I had as a fish (and all my buddies would agree on this) was a no tab 2 moon good who was the outfit training officer. Despite not being in anyone's chain of command he was an engaged leader and we always felt connected to and inspired by him. Additionally, neither the real world or the military will create leadership opportunities at your convenience. Some people will get high-ranking positions, some won't and the people who don't need to learn to lead without holding a rank. |
| Provide more leadership workshops or conferences for the cadets. A lot of cadets will go through their 4 years and not be able to be a 1st Sergeant or CO. The pisshead role is a great way for them to see the direct results of their hands-on leadership from a small scale, but after sophomore year, a lot of cadets don't ever get that large-scale feel of leading a unit. Leadership conferences, even if it's a corps-lead conference could offer cadets more experiences under their belt. |
| Just let cadets make mistakes. Give them the room to learn. You are actively taking away learning opportunities. |
|  |
| Eliminate the nepotism. There is a general understanding of the cadets that there is a biased towards certain cadets when interviewing for leadership positions. Now the problem has been expanding by creating more tiers of leadership as well. There is another stigmatism towards taking on a staff roll. We often see that the support positions don't even have a real roll. What exactly does a PR officer do on a minor unit or major unit level? Nothing unless they are motivated to.<br>The same goes for Minor Unit and Major Unit Command Teams. They just pass down information that come from above them. There isn't any leadership until you go down to the outfit level at CO, XO, 1st SGT, etc. These positions are the only ones that get real leadership experience. FTL's learn how to communicate effectively with their fish and hold responsibility for them. PSG's learn how to delegate responsibilities and trouble shoot problems that may arise with conduct of their subordinates. Platoon |

Leaders finally are able to lead from the big picture point of view. They can be given or create a task to communicate towards their subordinates and see it out to completion. These could be a goal of Career Readiness points, academics, or physical fitness.

Growing the Corps to 3000 means that these positions on the outfit level now have a greater responsibility. They will now have more underclassmen below them. Putting an emphasis on the cadets a these levels will give them a greater sense of not only identity in the Corps but also their outfit. There are outfits in the Corps that hold platoon competitions where the freshmen to the seniors are all competing together against the other platoons in their outfit. A purpose will be instilled within these cadets. Therefore, leading to greater retention. Cadets are competitive with each other. Allow competition to make life in the Corps fun!

Put less emphasis on more prestigious leadership positions and instead emphasize the value and importance of every cadet, especially white belts. They should all feel an obligation to set an example, mentor, and lead regardless of position. The most influential leaders I had in my Corps days were rarely my CO or First Sergeant, much less anyone from Staff. The leaders I looked up to were the lower ranked white belts that spent time observing and interacting and caring about the outfit. They may not have had the highest grades or had the most ribbons but they damn sure had pride and they cared about the fish. There were bad leaders as well and I learned from them what not to do and what I didn't want to be. Earned respect is the greatest commodity, Stripes or Diamonds are great but it's important that every white belt feels a responsibility to lead by example and pass on knowledge. Servant leadership.

It's also crucial that leadership roles are determined by students as much as possible. There is no greater sense of pride than knowing your upperclassman chose you to lead and Officers should only step in when there is a real problem. The more that you are chosen by your peers or by the upperclassman that interact with you regularly the more meaning that has and the more respect it will garner. When the Commandant's office or Trigon makes those selections the natural reaction is to assume politics influenced them and there is less buy in and respect garnered, thus that should be limited as much as possible and primarily focused on the most senior positions, hopefully even then more for guidance than decree.

One of the best things about Texas A&M is the many student organizations that the school provides. I believe the Corps should encourage cadets to get involved outside the Corps. There are incredible student leaders outside of the Corps. I was blessed to serve on the Muster Committee when I was a senior. That was a great experience and showed me leadership in collaboration with others.

The Corps needs to encourage students to engage in student life outside of the Corps. There are obviously leadership opportunities there, but also leadership by setting the example. It also shows non regs what great students, leaders, and representative of the University cadets can be.

More intentionality on call to action at events. Give cadets additional materials to look in to if they want to. A lot of the leadership things we are taught seem "cookie cutter" or are things that we hear all the time anyway. I'd like to see more opportunities to interact with Cadet Advisors because I'm sure they have a lot to teach that I'd like to learn. It would also foster better relationships between cadets and command staff.

meet the students where they are. Find out the things that are important to them and create leadership structures around those events, functions or ideologies. Many of these things already exist, think about recrruiting, academics, retention efforts, physical training, drill, social and networking opportunities.

See my previous comment. Interconnected training times and opportunities for upper leadership from across the Quad to discuss leadership challenges and traditions will help us all understand each other and improve. From there, the experience given to fish and sophomores will also improve.

Please see previous reply

Allow outfits, special units, and major units to establish their own leadership positions. Like the military, existing leadership positions can't just spontaneously expand their scope of power and still maintain a healthy status quo and relationship with their people. Additionally, mandating certain positions to conform to an agenda can create more leaders, but not more passionate or involved leaders. From my

TAMU-0348

experience, the vast majority of people in CR positions found them more of a chore than an opportunity. Allow these smaller groups to create roles that fit their needs, and if you must create roles, create a democratic governing body that can at minimum vote on recommendations to be made to the Commander. The Corps is designed to prepare cadets for more than just the military, so this kind of involvement, while not realistic to the military, could be valuable in other fields

By giving the sophomores more opportunities to teach and lead the fish, this will naturally open up more opportunities for white belts as well.

The first thing that has to be done is to specifically define what a leader in the Corps is. once that is done, counsel the leader by putting it in writing as an initial counseling session where the expected duties and responsibilities are spelled out for each leadership position. Then have routine follow up counseling sessions throughout the semester and year to gauge performance. Make it part of their grade for their Military Science class or their Drill and Ceremonies (or whatever it is called now) class. This is basic duties and responsibilities any NCO should know.

Ask the Cadets prior(what they wish they had but did not get), present, and future what they want to accomplish in the Corps.

A unexplored way to expand leadership opportunities for leaders in the corps is allowing cadets the opportunity to practice training and learning skills in every single day of our lives . The best leaders are going to put themselves to be out into positions of leadership and power. however now all leaders are equal and some people will be in a place where they can lead others directly and more often. Expanding leadership opportunities I believe can be done through special units and organizations outside the few direct positions within the corps and outfits. it falls on the individual is the bottom line cadets who want development will find it and benefit through resources in the corps. Refining SOMS plans and leadership workshops throughout the year could benefit cadets in some ways however the current development process develops hundreds of sought out cadets who are very successful each year. Drastic change in leadership responsibilites in the face of how successful cadets often are outside the corps would detract from the corps vision.

Leadership opportunities within the Corps may not require expansion. Purpose should be clearly defined for each Corps leader, so that learning can be measured against goals, objectives and expectations. Those upperclassmen not involved in Corps leadership roles should be encouraged to pursue leadership roles in other student organizations or student government. This approach may broaden the influence of the Corps across the campus. Please keep in mind that members of the Corps represent less than 5% of the student body.

Please see answer#1. I very much like the idea of more intensive training for 2nd Semester Fish and 1st Semester Sophomores. Would volunteer to be a part of a workshop to bring both Military and Civilian business experience to the table if asked. I have been blessed my entire Military and Civilian career with the lessons learned in the Corps.

To put it shortly education. When I was in the Corps I would say the most limiting factor to cadets getting involved was the knowledge of what opportunities they had available. There was always MSC Open House but honestly, most people didn't attend that because it was in the MSC and required them to get into Bravos. If there was some sort of event for only cadets maybe held on the Quad that they could attend in nonregs and allowed them to ask questions or learn about everything then I think the number of cadets joining other organizations would exponentially increase. It is not as if there are limited leadership spots in the Corps, it all comes down to what people know about each organization which is usually via word of mouth from buddies or upperclassmen.

Like I said in the answer before, you replicate what the outfits who have figured out how to be voted on by their peers corps wide to lead them are doing across every outfit on the Quad. It's not complicated and you don't need all the fish in the same dorm for 7 weeks to do that, there really doesn't have to be a sacrifice here, there has to be an enhancement of outfits having a culture. Furthermore, If you actually want cadets to have leadership opportunities, how about you as commandant staff stop picking the leaders. Y'all aren't dumb, and you know perfectly well that no student organization operates where 40-50 year old men gather in a room and decide who they want to be their "yes men" at the top. That is so

insanely backwards. If you want to see an incentivization for cadets to lead, don't set up the leadership roles to be a catch and something to dread because you are picking them to do your dirty work. Let the corps vote on who should be their corps commander, and their deputy, and their chief of staff, and you'll be shocked at how many cadets are actually here for the reason you want them to be here: to learn how to lead and embrace opportunities to lead.

Don't abandon non-cadre cadets. If you only allow 'fully trained and certified', aka the chosen few, to interact with freshman, you are denying the vast majority of cadets the opportunity to practice leadership. It's also a good idea to keep outfits relatively small. The band recently went from 4 outfits to 6, which increased the number of leadership positions by 50%.

Is it true you threatened to disband the RV's if they didn't let you choose leadership roles? Have you lost your mind?

A&M has 1000 committees for non-regs. If they are not in a leadership position in the Corps, and want to be, they have many other campus positions available.

Learn to follow, practice to lead.
Reinstate official Corps support of Bonfire, thus providing additional leadership opportunities with practical application.

One thing I was thinking is that with the Corps expanding, make it so that a cadet cannot have more than one position if the numbers in the outfit/staff allow. So, if a cadet is a squad leader, they cannot be a training sergeant too. That will allow more cadets into leadership positions. Another thing that might expand opportunities is that the leadership changes every semester (like the NROTC leadership) but I'm not too sure about that. The MUCs, BUCs, and COs each have a vision and goals. Switching it up would make that more confusing. Another thing that would help regards sexual assault cases. I know of several cadets who were involved in sexual assault/harassment (the attackers) and basically got away with it. Some of them even went on to be commissioned into the military. That allows for more attitudes and actions not befitting a member of the Corps of Cadets to thrive. Cadets will see that they did not get that harsh of a punishment and do it too. The same goes for hazing. I know of several people who while on conduct probation still got into special units and one got into a university position (they did not participate during their probation but they did not have to apply again like others who were under the same punishment). If you want to make leaders of character, you first have to make sure the cadets have good character and not allow those with bad character to stick around and badly influence others. Talking to the cadets or allowing the cadets to speak (like this feedback form- thank you by the way) is a great way to answer these questions. You just need to be careful because there are sadly some cadets who are immature still and others have the wrong mindset for the Corps. I want the Corps to thrive and I agree it needs to change. I just don't think the Fish and Sophomore Academy is the way to do it. The briefs the fish and heads have been going to are great (I think). I just think they don't see how it would help them. I think they get tired of speeches. That problem is something I have still yet to find a good solution to.

To expand leadership opportunities within the Corps and ensure that each leadership experience is both meaningful and educative, a strategic approach could involve restructuring the current organization of outfits to form larger, full-sized company units. This restructuring aims to enhance the scale and scope of leadership experiences, providing a richer environment for development and application of leadership skills.

1. Broadening Leadership Roles: By transitioning to larger company units, we inherently increase the number of leadership roles available within each unit. This expansion allows for more cadets to take on various leadership positions, from squad leaders to company commanders, thus diversifying the leadership opportunities available to each member of the Corps.

2. Enhancing Team Dynamics: Larger units foster an environment where cadets can experience the complexities of managing more extensive teams. This setup mirrors real-world organizational structures more closely, providing cadets with a realistic understanding of leadership within larger groups. It offers a unique opportunity to navigate the challenges of communication, coordination, and motivation on a bigger scale.

3. Implementing Small Team Leadership: Despite the increase in overall unit size, the emphasis on

small team leadership remains paramount. Within these larger companies, cadets can lead smaller teams or squads, ensuring that the leadership experience is both intimate and impactful. This structure allows for more personalized mentorship and guidance, as leaders can focus on the development of their team members closely.

4. Structured Leadership Development Pathways: With the formation of larger units, the Corps can implement structured leadership development pathways, guiding cadets through progressively challenging roles within their tenure. This pathway ensures that each leadership experience builds on the previous one, providing a clear progression of responsibilities and learning outcomes.

5. Increased Engagement in Complex Projects: Larger units enable the Corps to undertake more ambitious projects and activities, from complex training exercises to extensive community service initiatives. These projects not only provide practical leadership challenges but also allow cadets to see the tangible impact of their efforts, adding a sense of purpose to their leadership experience.

6. Fostering a Culture of Excellence: The shift towards larger company units necessitates a culture that values excellence, accountability, and continuous improvement. This environment encourages cadets to strive for high standards in their leadership roles, promoting a Corps-wide ethos of excellence and dedication.

By reorganizing into larger, full-sized company units, the Corps can significantly expand the leadership opportunities available to every cadet, ensuring that each leadership role is both a learning experience and a purposeful endeavor. This approach not only prepares cadets for the complexities of leading in diverse and dynamic environments but also reinforces the Corps' commitment to developing capable, versatile leaders for the future.

I was D&C for the CHALLENGE of the Corps. Don't make it for the WEAK!!!

"ensuring each experience provides both learning and purpose?" - This is an interesting phrase - if the task/role is of importance to the organization vs. some meaningless position then by definition it will have a purpose, and to the degree that the task requires specialized training find an expert to teach, and empower leadership to implement. It is not that challenging to design...implementation requires discipline and organization.

I am class of '86. There were ample roles within the outfit for cadets to lead, we had academics officers, PT officers, inspections officers, etc. Have those roles been eliminated?
There were various staff positions, positions within Corps organizations (RV, etc).

Are we looking to solve the problem that not everyone is getting a 'participation ribbon'? I hope not, the civilian world is competitive, not everyone will be the CEO, I am certain it is the same in the military service. Our country is merit-based!

What am I missing? What is the specific problem that needs to be solved?

There is a                                              . Don't let this woke BS infiltrate the Corps. If my daughter was in an outfit with this guy, I'd make her switch outfits.

I think maybe rotating leadership can give people the opportunity to grow. Put those that meet the standards for leadership and then once they get experience, they can mentor a new person in a similar position the following semester. Make it semester based. Or after fish year, offer a ranking system not based on seniority but based on merit.

We can expand the leadership opportunities for every leader in the Corps by defining roles for each leadership position with a brief SOP. If COs set expectations with their squad leaders, fire team leaders,

| |
|---|
| platoon leaders, etc., then each role can be imbued with purpose and executed with buy-in and accountability. |
| We can expand the leadership opportunities for every leader in the Corps by defining roles for each leadership position with a brief SOP. If COs set expectations with their squad leaders, fire team leaders, platoon leaders, etc., then each role can be imbued with purpose and executed with buy-in and accountability. |
| Supervise their leadership, but don't take it out of their hands. We learn from our mistakes, not by watching someone else do things. As a teacher, I can tell you this generation needs to be able to do and not just listen to people and watch. |
| Depends on how you define "leader". All upper class men should have a leadership position. |
| Make SOMS immersive. I've seen many cadets fall asleep because it's a boring, long 50 minute lecture, and then it's done. If teachers would do in class activities like Kahoot, or fun improvisation with cadets practicing and critiquing the leadership of each other, then the class would be more interesting and students will benefit from the active exercises. |
| As with previous answer - leadership starts with taking responsibility for your actions. Each level of leadership requires higher levels of responsibility due to the number of people below you relying on your leadership. Freshmen need to be given opportunities to be responsible - all the time. This is much more than making your bed, proper uniform, shined shoes and brass, learning and memorizing campusologies. That is the basics. Outfit leadership should find other opportunities for Fish to be responsible. When I was a cadet in the mid-90's (I'm class of '95) we had a Whistle Jock that rotated between us Fish. The Whistle Jock was the leader of his class for an entire week Sun-Sat. There was a set of assigned extra-duties that had to be performed by the class and the Whistle Jock's job was to ensure those things were accomplished. The upperclassmen would add/remove items weekly so that the Fish class had to reevaluate weekly how to get the job done.<br><br>Every class should have varying roles and responsibilities assigned. As classes progress, more responsibility is assigned/obtained. |
| |
| |
| Have leaders training others tested for competency and motive before placing them with cadets. Cadets at any level could "test in" and prove to be better role models regardless of class level. |
| Return the outfit leadership decisions back to the outfits. Outfits are currently led by COs chosen by the Commandant's staff, not the cadets who know them. This leads to COs who are good at "managing up" (playing politics, sucking up, "yes-men") and not necessarily good at leading people. The leadership positions in the outfits currently are meaningless because so much of the decision-making is directed from the top. A cadet-led corps doesn't have this problem.<br><br>The new Commandant has been a major disappointment in his leadership of the Corps. "Compliance over morale" is not a core value of the university or the Corps. He seems to be great with donors and ol' Ags (until now) and riding around with the PMC in parades, but his management of the actual Corps has been abysmal. If I had a high school student, I would not encourage him or her to join the Corps if this plan goes through. |
| |
| |
| |
| |
| Create committees and subcommittees that each cadet must serve on. These can be within many different organizations on campus or within the Corps itself. |

My son, and I believe other cadets would be willing to speak to the Commandant personally and confidentially, if it could be done in a way that no one would know who said what. The fish cannot risk sharing their transparent experiences, personal thoughts and ideas without the commandant somehow "randomly" selecting cadets for interviews. Truly the specific feedback would have to be kept confidential. Otherwise, the fish would end up having to punch.

My cadet is a leader among his peers, and always has been, but even he knows he cannot seek out leadership to share feedback, due to the potential repercussions.

We should expand on the chains that each outfit can attain in order to diversify the leadership opportunities of each cadet based on their general interests or opportunities to learn from.

Checks and balances. The suits arising before Christmas highlight a lack of checks and balances for who was in charge.

Leadership opportunities are provided by the expert and watchful eye of the adult leaders. The student leaders are more likely than not to choose their "kiss butt or yes sir" type. Those that are doing right and ensuring things are handled property are passed over many times because they are getting the job done and not kissing butt.

I believe that the Corps does not have a problem with leadership opportunities. There is a multitude of ROTC, special unit, and other university organizations that a cadet can gain leadership within if they do not receive a Corps leadership position. I do not believe that the solution to this problem, if it exists, is to create a "Fish Brigade" for more white belt positions. This will only result in a weaker cadre that does not live with their fish and has no personal connection with them.

Hazing does not equal leadership

Expanding leadership opportunities is truly not necessary. Good leaders will utilize their people well and place them in roles suited for them. Emphasis on the utilization of chain of command and not placing everything in the hands of the first sergeants, sergeants major, and commanders is what is needed. Expanding key leadership is not what is needed; emphasizing proper dissemination and chain of command is what is needed.

Nobody trusts you anymore. You are an E-1 Frog and you weren't an RV..and you want to get rid of the fish year and the RV's. Maybe because hey, you turned out great! But you know what? So did a lot of RV's from the past. We do it the Aggie way and it works. Don't fix what's not broke!!

The five bases of power are legitimate, expert, reward, coercive, and referent. In my experience in the corps, the leaders who have had the greatest impact on me have used referent power. I have had leaders who were not on the cadre or even wearing green tabs give me much greater nuggets of wisdom and teach me how to lead much better than any commander has done. This was only available to them because as a freshman and sophomore, I lived with them. I saw how they lived their lives and walked the walk along with the talk they talked. Many times as an upperclassman in the corps you are not utilized to fulfill the management side of leadership. In these times it is your responsibility to be a mentor or an inspiration to the classes below you. Taking away even a few weeks of this ability puts the relationships between underclassmen and upperclassmen at risk. These formative weeks are when they need the most upperclassmen around. They may need to see the "one moon goon" and watch how he focuses more on school than anything else. They may need to talk to someone who has chosen not to contract or someone in their major. The corps development model only works if all four classes are

present and active. In terms of actual training environments, the answer is clear, have a greater presence by the staff. I have seen very little of my staff and do not know where they go or what they do. If we assign the staff to PT and train with outfits that are not their home outfit they are much more likely to report when things that shouldn't happen do happen. This will also change the general corps view of staff from people who hide from outfits to people who want to better the corps. I also think that as cadets we have lacked a watchful eye on our own training plans and what actually happens.

Every level of leadership should have no more than 3 to 5 people they are managing, from the Corps Commander down to the fire team leader. This broadening of the pyramid will create more leadership positions. These positions must have significance and can't just be middlemen passing down information from on high. That translates to what we called Sgt's time in the Army. I'm sure the other branches have it as well. Build that into the training schedule and make it sacred.

Subject matter experts for specific training. The biggest one that stands out to me on this is PT. PT should be structured to accomplish Corps standards and specific goals of the outfit. I am sure there are a number of NCO's who would be able to teach cadets how to put together a PT training plan and help them execute it. This could be built into each outfit's leadership structure and added on as additional duties at higher levels.
These SME's could be expanded to include many areas and give cadets something to own and learn from their failures and success.

Every level of leadership should have a training class they have to complete to be put into that leadership position. This should be a nested objective of the leadership courses taught in the SOMS classes. As a freshman you are working to complete a course that will enable your leadership position at the sophomore level. OJT works and is heavily relied upon both in the military and the Corps of Cadets, but when it fails it fails dramatically and usually with significant fallout.

Return more meaningful decisions down to the cadet level. Embrace the subsidiarity philosophy: "matters ought to be handled by the smallest, lowest, or least centralized competent authority rather than by a higher and more distant one, whenever possible."

Please read this. This is the whole purpose of an outfit. Without outfits, I would've never gotten the chance to lead anyone. I was able to lead because I had juniors and seniors watching over me when I was a sophomore. I was able to lead as a junior because they taught me well, and I knew the limits of my people. I will be able to lead as a senior because I will be able to watch my peers, correct them as necessary, and make sure the class of '28 is safe, taken care of, cared for, well-rounded, and developing life-long skills before they learn them the hard way.

Limiting the size of individual units. Considering other corps wide extra units, like FDT, Parson's Mounted Cavalry etc)

In every organization there are going to be leaders and there are going to be followers. Seeking to make more leadership positions for the sake of "leadership experience" is how you flood the system with too many people thinking they are in charge. Not everyone is a leader. Period, hard fact of life. I think the perspective needs to be more in the mindset of "how do we create experiences where people are forced to make their own decisions for the betterment of an organization". Giving everyone a part to play but by no means making everyone "a leader".

The less management from commandant staff, the more responsibility falls onto cadets. When this happens, Staff on every level would have reason to have more people to spread the workload and keep it reasonable. This provides a multitude of positions for people to fulfill and practice leadership on a larger scale, managing more people and learning to handle admin and morale. This is for the leadership on paper. In practice, cadets simply require the time to practice with their people. Training times, whether its learning room and uniform standards, drill, or physical training, is when people are actively

practicing their operational leadership. The more space cadets have to actually make decisions based on the needs of their people and requirements of the organization, the more learning and leadership can take place. For purpose, the Corps can be a military organization without requiring military contract. The training can have the goal of producing the best officers in the nation, or to allow DNC the challenge of participating in a military environment and lending their strength, learning leadership, to then bring into the civilian sector. Challenge creates the purpose, and it allows people to feel the satisfaction of making it through something so challenging. There is an identity gained with the organization in a big challenge, and completing this challenge is a sense or pride that is difficult to replicate anywhere else. For many people, this is one of the big reasons to join the Corps.

My previous answer delves into this, so I won't repeat myself, other than to say, every cadet deserves a good leader, and every cadet deserves to learn how to BE a good leader – even if they don't hold a significant position. In the business world, you often see this called "leading without authority" and it's the idea that everyone can lead others through their own actions, regardless of whether they are in a management role.

This can and should be taught and demonstrated for each class year, and mixed into every teaching opportunity.

Class-specific opportunities for teaching and learning should be created, beginning at the first of the year before classes begin. FOW-like opportunities should exist for all cadets, at every level, before semesters begin. It seems we often look to the academies for inspiration and best practices -- this is one we can borrow from them. They start training much earlier in the summer than the Corps does and, as far as I'm aware, those opportunities aren't confined to cadre and new students only.

Every cadet does not need or desire a formal "leadership opportunity." You're trying to force a solution onto a problem that doesn't exist. Cadets are in the Corps for many reasons and many have significant academic responsibilities or leadership in other student organizations (like SCONA). So DON'T try to force a formal Corps leadership position on every cadet.

By removing the bulls from the equation. If the bulls are constantly micro managing everyone like the proposals you were trying to sneak through without outside input, then of course there will be less leadership opportunities. It's not rocket science. Encourage a decentralized structure and allow your outfits to select their own leaders. Stop trying to decide everything for everyone.

It used to be: "Meatballs do it on the run"
Now: "Meatballs don't do it on the run bc the commandant won't let them do PT"

Current setup allows the student leaders to lead. Micromanagement by adult leadership undermines this. I ask you a question in turn, how can the stakeholders and donors trust the adult leadership after this situation?

Not everyone is going to be a unit leader. There simply aren't enough spaces. One way to expand the opportunities is to institute project or initiative leadership opportunities. Project management/leadership is a great way explore how to build a team and lead and celebrate success. Recognize leadership.

From someone who was in the Corps and has managed countless employees over the last 20 years, not everyone has the drive to be a leader. Leaders are born, not made. So if you are trying to turn every cadet into a leader then you will always be disappointed. However, by earning Corps brass and Outfit brass, the toughest and most memorable part of the Corps experience, the true leaders will emerge out of each outfit's fish class. Those are the ones the upperclassmen must identify and mentor to be the leaders of their class when they are Pissheads and beyond. There could be some leadership positions created other than 1st sergeant, guidon bearer, etc. that allows other class leaders to lead by having specific responsibilities. Maybe someone in charge of PT workouts or improving marching standards, or making sure dorm rooms remain at a constant standers, etc. Cav, RVs and other special units provide these opportunities but if a cadet doesn't join one of those it is sometimes harder for them to find their way. The upperclassmen must identify the strengths of the leading fish and assign them those positions.

Again three words: trust, discipline and responsibility.

This question seemingly assumes that we should approach every member of the Corps of Cadets to

have potential to become a flag level officer in any of the military services.

If every member of the Corps were a leader, who then becomes the led?

It also begs what is "expansion of leadership opportunity"? Are we actively seeking more and more positions of authority? ("again where everyone's a winner"?)

If we continue to dilute authority, where lies its importance.

At one point in time only those in command leadership positions wore green tabs. Now in the "everyone's a winner" environment, we copy the Army and give them to anyone in a leadership position.

Or are we now looking at a new metric, in terms of the numbers of leadership positions?

I'd say that the responsibility of being an effective leader resides with every upperclassman wearing a Corps uniform regardless of position. Having said that, there are also varying degrees of interest to exercising authority or leadership. There are also limits to authority when serving in a position of leadership.

Perhaps the real question becomes: are we really developing leaders, (operative term "developing") or merely introducing cadets to resources so they might become more successful in life?

The question also might be re-worded to reflect: "…leadership opportunities for every member of the Corps".

Not everyone wants to be a General, Admiral, CEO. The desire to lead and accept responsibility, exhibit trust in the absence of supervision and the discipline to act and execute properly is a heavy demand. Cadets once did this with little interaction with the Trigon. Yes, abuse most certainly abounded, but those failures were also learning opportunities.

But not all are willing to accept, nor seek this demand.

Finally, the question almost suggests a "cookie cutter" type solution. Leadership application varies with the individual

By encouraging outfit leadership to delegate to the people under them at times in order to allow people to work on what they are passionate about.

Again, I would involve Cadets in the process of developing leadership curriculum for the underclassmen, as a SOMS credit or stipend position/option. I also think that lower echelon leaders (Platoon commanders, Training Sergeants, Squad leaders) need some curricular development to help define their role (I.e., spend a day with Captain Quandt learning about the critical role Squad leaders play in the Marine corps, look at historical examples and recognize the historic background and important link of the role).

In addition to that that though, the Corps needs missions! We can't continue on saying that we just march and "train fish". Train them to do what? Maybe we should incorporate military exercises somehow; even for non military seekers it's important to know how to logistically plan and coordinate efforts and accomplish ORM. We should do Corps FTXs and combined exercises on a semi regular basis.

To those who say military-style exercises aren't a viable mission because of our D&C populace, here is my response: If people are joining a military based culture for leadership development, it makes sense to do military-style operations or exercises to learn. It would be appropriate for me (a military contracted cadet) to join something like say, student senate, to learn to run a political campaign for the purpose of gaining skills that will make me a better military officer, even though that political campaign may bear little resemblance to my career aspirations. We shouldn't to cater our mission set and operations to the

civilian career field, if people wanted those types of cultural models and style of "mission" they would have joined a more appropriate leadership development organization.

# How do we reconcile the perceived disparity between the individual outfit experiences and overarching Corps standards and values, without diluting the identity that so defines the Corps experience?

Having a certain amount of objective performance measurements that will keep outfits accountable to what the corps must teach. It is important to actually enforce these standards, harshly if necessary.

If a cadet doesn't pass their pt test, they should be removed from the corps. If all of an outfits fish fail their classes, they should be disbanded.

The outfits should be given the expectation of performance, given the opportunities to coarse correct if necessary, and punished if these do not occur.

The different experiences of outfits, so long as they all result in the same corps objectives is a good thing. It makes the corps rich and deed in character. Allowing outfits to take different training approaches it what allows of leadership, personal responsibility and development.

https://texags.com/forums/16/topics/3445742

Allow companies to have a MAJOR say in their individual unit leadership and embrace those diverse outfit personalities. It is a good thing that units have different strengths, weaknesses, and cultures. Some focus on intramurals, some on heavy ROTC involvement, some are engineering outfits. THATS OK. Also establish more male only companies.

You let the outfits remain individual and keep their fish

Being in the Corps and being in a specific outfit gives us the opportunity to have some sort of drive. The buddies that you make during FOW are your lifelong friends.

More inter-outfit competitions and events

Ensure that the Standard is the defining document that unifies the entirety of the Corps. Too many times have I heard that "we don't do that in our outfit"
or "that's just how we do things in this outfit" even when the Standard explicitly says otherwise. Room standards are an excellent example of this, with different outfits imposing different standards. It makes it difficult to have a unified Corps when portions of the Standard are explicitly ignored.

Stop lying to the cadets and actually make plans that equip and prepare us instead of removing any form of positive impact that we have. There is nothing that the commandant staff has done this year to increase moral and retention. The fish are leaving because there is no future in the corps with this projection. The only reason I haven't punched is because of my navy contract. I do not want to be in a corps that treats its cadets like this.

Individual outfits promote hazing, end of story. But over bearing Corps staff makes "leaders" simply follow orders passed onto them, and scream it down on the people below them.

Where is this perceived disparity? The outfits create the competitiveness and family within the overarching corps. Everyone is a cadet and should live by the values of the corps and university, and follow the outlined standard. This has nothing to do with the outfits.

By pushing the standard not taking the fish away.

Stopping making the overarching Corps standards things that outfits feel like they have to fight. If the attitude of the Commandant is one that the outfits disagree with, of course they will fight back. Instead, let large scale workouts become an event that happens weekly or biweekly, that cadets look forward to.

Outfit experiences have gotten too large. I agree with the fish brigade idea as long as it is measured. I think FOW should be at least 2 weeks. We are not training soldiers here we are teaching adults how to march, shine their shoes, and communicating the overall Corps values. The fish Brigade idea needs to be toned back but I think it is part of the solution. The other half is patience and greater discipline for those who breaks those standards and values.

Have a baseline standard for the corps and make it higher than what it is now. Then, allow outfits to set even higher standards if they wish to do so. The major issue with overarching corps standards is that they are low and disappointing. It's incredibly easy to make it in the corps by doing the bare minimum, and that's why people feel more attached to their outfits as outfits can hold their cadets to a higher standard

I'm not sure I see this issue. Outfits should be unique in their development. Some outfits prepare people for the military, some are more focused on stem activities, and some are focused on preparing people for the private sector. Every commanders intent should be checked to make sure it aligns with the universities corps values, but at the end of the day, we're all in the same corps and we all have respect for one another no matter their outfit/culture.

It first starts with having a cohesive vision of that corps is across the board from our MAs and OAs. As a cadet I do often hear about one thing that is going on in the wings that is okay to MAs in the regiment. There is no cohesion across what they want from cadets. OAs and MAs need to be better trained to know what is expected of the ENTIRE corps.

Secondly what is the corps experience. That is a term that gets thrown around a ton but doesn't have a definition. This term needs to be defined so that cadets can execute. Until it is defined we will continue to give new cadets the cadet experience we had as fish.

Look back at the early 2010s and see what was working for the corps then. It was bigger than we are now and was producing quality cadets over just going for quantity. While the March to 3000 is great, it is only beneficial if we are producing quality cadets with outfit pride.

The corps experience is defined by outfit identities, it has always been this way. Any possibility of an overarching corps attitude, experience, etc was lost with Earl Rudder. All males and integrated outfits cannot be held to the same standards as one will be pushed too far or one will be dragged down to a lower level. This is pure science, not hypothesis. Without giving individual leaders the ability to tailor their leadership styles and methods, not a single leader will be built within this quadrangle.

We keep the outfits intact but ensure they are very aware that unacceptable performance will result in corrective action within the outfit.
By providing metrics for performance, providing opportunities for evaluation, encouraging cadets to engage off the Quad, providing guidance (not instruction) on these options, and imposing localized corrective actions to ensure compliance, Corps standards and values will be emphasized as the floor with the expectation that falling through the floor will have unwelcome repercussions.
This means providing monthly metrics on performance of the fish as a class - retention, grades, military performance, and -- big one -- campus involvement. Fish cannot just sit in their hole when not in class. The metrics should be adjusted monthly in light of expectations, such as a reduction in attrition throughout the fall semester from the end of FOW to the last day of the fall semester.
Metrics for performance will ensure compliance with Corps standards. Feedback from cadets will likewise

ensure compliance.

As part of a regular monthly evaluation, cadets could identify what leadership positions they have on and off the Quad are any positions of interest to them. The Outfit Advisor, in reading the monthly surveys, could provide a link for that cadet to learn more about the leadership position of interest.

Feedback from Outfit Advisors can raise retention by recognizing those on the bubble and determining if a transfer to another outfit is the solution.

Corps values are provided as an expectation. Failure of an outfit to uphold those values, whether based on Rams or on feedback or on observation, will make clear those values are more than words.

The Corps experience should be more than the outfit experience, so part of every Outfit Advisor's job must be to review the extent of out-of-the-outfit involvement by every cadet. Has the cadet joined a pre-professional society, a council, any on-campus organization, or any speciality units within the Corps. Well-rounded means get off the outfit hallway and get involved.

Nowadays, that involvement outside the outfit is going on the resume. We need to encourage (expect) involvement outside the outfit, whether in the larger Corps or on the campus. This is how cadets get jobs or positions.

Notably, the concept of intensive time-specific metrics, regular evaluations and sharing of expectations, including leadership off the Quad, does not require the logistical challenges contemplated in the announced concept and remains consistent with the representations made to current cadets and - most importantly - prospective cadets and their families - over the past two years.

As someone with a home outfit of a strong and mostly healthy outfit culture, people are worried change will mean the death of the place they call home. I think there is room for both an outfit experience, while still pushing a larger corps of cadets experience.

Happy medium -> Fish Academy WITH fish living with their respective outfits. I think we do a lot of good things during FOW and a lot of issues then arise when the rest of the Corps returns. If we were to expand the "FOW experience" and have these "training outfits" not immediately end after FOW but go on for a little longer (2-3 weeks?) that would both give the freshman an opportunity to learn how college works while instilling the values of the Corps as a whole before then being introduced to the Outfit Culture.

There should be more interactions between outfits, outside of their respective groups. Maybe more events that involve the entire Corps or at least a mix of different types of outfits that may not interact as much.

In short: there isn't a disparity between outfit experiences and overarching Corps standards and values. Outfit uniqueness is one of the most important attributes of the Corps. I am a freshman and already have more pride in this university and my outfit than most people will ever have in an organization they are ever involved in. Texas A&M thrives on the saying, "from the outside looking in you can't understand it. From the inside looking out you can't explain it." The Corps of Cadets is at the heart of this truth. We are not perfect, but that's to be expected. We say that the Corps is a "leadership laboratory", which would imply that it's an experiment. An unsure attempt to better yourself and those around you, particularly in the forms of physical fitness, leadership, and mental and moral development. This means the Corps will never be perfect, but that you make mistakes now so you can learn from them, and become better for our career post-Corps, whatever that path may be. Having a personal connection to those you lead has been the most important aspect of leadership that I have seen (and not seen) in my semester and a half spent in the Corps. Taking fish away from outfits will have results yet to be known, but one thing is sure to happen: Direct leadership (and the ability to follow) will not be developed. Life will be hard, and fish year prepares cadets for this reality. It shows that the things worth doing won't be easy, but that's the point. At the end of the day, I have two main points that I will stand firm in: direct leadership and follower-ship that outfits develop is a core element of the Corps of Cadets, and that a student lead Corps will never be perfect, but that failure is the best way to learn .

Be honest when recruiting. I know from a fish perspective that this year, many of my buddies greatly misunderstood what the Corps was like because SNWC isn't even relatively accurate to the fish experience. Spending the night with a white belt, while valuable, is not nearly as insightful into what a future leader will experience as spending it with a current fish would be. I also think that letting outfits "do

their thing" is a huge benefit to the Corps, the only issue is that recruiting tries to hide this fact. It certainly wasn't made clear to me, an out of stater, that outfits had different cultures. This is one of the strengths of the Corps! Embrace it! I think this needs to be promoted. I LOVE my outfit! It's my home, my family, my brothers and sisters, my place in this big University. I think future leaders should be clued into this. Maybe outfits could have a set of "descriptive words" that define how the operate? How the live and how hard they train? It's no secret to anyone in the corps that outfits have varying levels of difficulty. The challenge is marketing that to Future Leaders so they're more aware of what they're getting into.

My takeaway from my fish experience so far has been this: we are changing too much, too fast. Trying to cater perfectly to everyone who signs up is a huge mistake. Yes, fish retention is good, but then again, do we really want everyone to stay? What if the Corps isn't for them? Take SEAL training in the Navy. So many people quit because of how difficult it is, and that's what makes them the most elite warriors! Lowering the standards of our great and powerful Corps to try and keep more people will only serve to weaken our structure over time. I believe that keeping the Corps "hard" is why the Aggie Corps is revered worldwide. I love my Corps, and want to help watch it become the best leadership development outfit there ever was!

You need to get cadet buy-in to the corps mission. That comes from choosing a staff that isn't just people who want to leave their outfit. I do not mean to be rude to staff, but the overarching similarity with them is that they did not enjoy their outfit so they left. Now these cadets who are not well respected are breathing down everyone's neck which causes animosity. Having a staff that actually has respect would carry more authority. Staff should not be a place for unpopular cadets to bag out and assert power. Staff has a role, change that.

Give outfits more opportunities to interact with each other. You could even implement some form of "sister outfit" system that pairs outfits with each other from across the quad to participate in combined training times. They could even compete with each other for cadet challenge to further encourage camaraderie. If outfits communicated and collaborated more they would have a better understanding of each other and their respective identities. Over time they could even influence each other and fix some of the tribalism in the corps.

You criticize the individual outfits, not the Corps. Outfit culture is made by the randomness of its selection. Future leaders have a short outfit description online, potentially spend a night with them and then select and become integrated. That's important for the well-roundedness of the outfits. Cadets are placed with personalities they get along with and ones they absolutely do not, but they stand by each other because that's what we're taught, but more importantly, because they're family. To improve the whole, you set a standard that defines the Corps, ensuring that the individual parts still have enough freedom to move within them. To me, my hallway feels like home. I look up to my Commander. I am proud of how I have been shaped. I feel safe within my buddy class. What truly is the Corps experience, if not that?

Firstly, I believe the commandant talks are the first step in establishing a consensus. Second, as much as military advisors are seen as more of an annoyance than a helping hand, we must employ them to identify when command teams are straying from the Corps identity. I am not a fan of throwing people under the bus, but I recognize that I see this in my own outfit. To create a collectivized understanding of Corps identity, we must start meeting more frequently. Only seeing other outfits at discipline briefs and commandant speeches is concerning. I see the value in separating the fish. However, I believe that the fear is we will produce subpar cadets softened by unproductive cadet leadership and leadership chosen by nepotism. Fish struggled this semester to adhere to the bare minimum. The question is whether putting them into a larger basic training environment will better or worsen that.

Individual outfits are what makes the corps great, they allow for cadets to grow in comradery and have a shared identity. I don't see a problem with these strong outfit cultures because they show that people care strongly about their segment of the corps. In a way it is like a state and corps staff is the federal government. They work together but certain things are left the the states, or outfits, because it is more beneficial for them to focus on it. We are unified in our values and our love for aggie tradition but we go about that in our own way with certain outfits having key identifiers. In regards to the final statement, I think the corps experience would be nothing without the outfits because they help define the fish year

experience. There is a reason any time you ask an Old Ag what year they were in the corps, as if by instinct they include their outfit, it is a part of their identity.

I trust my leaders in my individual outfit way more than the leadership in the Corps. Corps Staff and Commandant Staff. Build trust in Corps leadership and then that's a conversation to be had. After this though, I think it's going to take a year or two to build trust back within the Cadet Corps though.

Allow natural recruiting to run its course outfit pride is what makes the corps great. We are not a monolith and any attempt to make us into such will dilute the corps experience for everyone. Outfits with poor culture will not draw more people and will die. This disparity is not based on any facts but rather the Commandant's perception which appears to be massively flawed. I have seen him around my outfit once at which point he was confused why we hadn't dropped with our fish in mid January he is terribly out of touch and the reaction to decisions like this show it

The band is overall pretty unified, however, that is not the case for most other units. I believe a lot of the reason that outfits seem isolated from each other is because there is no real reason to interact with each other. Besides Corps Runs, pretty much all of our training is independent with just our outfits.

This can be fixed by supporting more unification between units. Having interconnected training times & competitions between major units will surely unify the Corps significantly more than it is. For example, the Corps track competition was a good way to unify major units behind something.

Fully unifying the Corps will be impossible, however, there are ways like this to significantly prevent total outfit isolation.

The outfit experience IS the corps experience. However, this should be solved on a minor unit level. Encourage multi-outfit level activities. Once again competition is always a breed for success, and I don't think people see it as a waste of time.

If you want to Corps to be united, we need something fun to be united behind besides values. Think about the times when the corps is fully assembled. For Block T practice (Necessary but universally hated), briefs (Necessary but universally hated), March-ins (Necessary but universally frustrating), and formations. Not to be on the nose, there is a trend. I am a junior, my favorite experiences are always seeing the entire corps marching to the brazos. Because it's FUN, and meaningful. Why can't we find more activities like that? Everything we do as a corps is a leadership exercise that feels like command team is getting the end of the stick and having to drag along the outfit. It makes us feel like it is us against them.

The point I'm getting at is the corps needs activities that are corps wide, fun, and make us proud to be part of the corps. Not that I participate in bonfire, but back in the day it was bonfire. We need something else, something universal. I mentioned some examples in the first question.

The OOC inspection as well in theory works, but when the corps standard is enforced so unevenly that it's a complete luck of the draw on whether or not you get yelled at because of your rank being a 1/10th of an inch off, or a CTO doesn't if you have your bed made it generates animosity.

I love the Corps, I love the standard, and I'm proud to be here. Even if this wasn't anonymous, I would have said the exact same things, it is my opinion. In the same way you want the best corps I want the best corps. Thank you for creating this and taking our opinions into account.

I would just do more things as a major or minor unit. Last semester 7th battalion did a competition over a week, and it allowed me to talk to people who lived on the floors above or below me that I had never met. I would also use SOMS just to talk about the Corps standard. I understand the need to focus on the theory and study of leadership, but just discussing the Standard in a SOMS class and telling people why we have it would make more people understand the reasoning behind it.

Perceived by whom? This sounds like trying to solve a problem that either doesn't exist, or has been exaggerated to something it isn't. And define "disparity" - unlikeness or unequal? Throughout the history

TAMUX-0985

of the Corps, different outfits approach things with different fervor. That's why there have always been two or three "Bloody Cross outfits" and three or four "Bonfire outfits" and some outfits where General Moore was their goal. This is what makes the Corps the Corps. If my outfit was successful in their internal motivations, that was a sense of pride that we carried around the Quad. That doesn't make my outfit inferior or your outfit inferior - we all add to the overall contribution that the Corps of Cadets gives to the University as a whole. Your outfit focuses on PT? Well, my outfit focuses on grades. Who's better? It doesn't matter! The outfits are a combination of the melting pot of cadets that decide to join the Corps of Cadets. All of these outfit 'focuses' can 100% still exist while adhering to the 'overarching Corps standards and values'. If they start to pull away from those, address them individually - this is not a "one size fits all" issue that needs to be addressed.

The corps experience is built on the outfit you join. You do not get a corps experience, without an outfit experience, like 150 years of corps before us.

Give more tangible missions and tailor it to the outfits. I was a MU recruiting officer when march to 3000 first came out. I did not know how to tell my outfits what they needed to do to accomplish it. There was no quota they had to reach or a number they needed to maintain. It was just a holistic number that needed to be reached by the Corps. Give a mission for people to rally around and they will give their best effort. Values are done from the ground up, not top down. Other than the ones that have been passed down from generation to generation of cadets, talk to the cadets and ask them what their values are. In Air Force terms, weather does not think the same as fighters who are not the same from bombers, finance, coms, etc., yet we still share the same mission of fly, fight and win. The Corps can be the same way. I know, from a wing level, that outfits think differently. Give them a shared mission with values to back it and they will show their best. In short, outfits think differently, give them something to apply it to.

We have an identity within the Corps by simply putting on the uniform and earning our Brass. And that is EARNING not being given, not being pinned, earning it. I was a cripple my freshman year and did everything I could to earn that piece of medal, and I continue to do so every day.
The focus needs to stop being put on the Corps as a whole and back onto the outfits, because those are our families. Those are the people that we interact with on the daily and who will marry us and bury us. Outside of the Corps, we're all seen as cadets no matter what, but within the Corps, we should be able to honor our outfits, because that's who we are. Yes, I might be a member of the Corps od Cadets at Texas A&M University. But more importantly to me, I'm a Hell Raising Rebel of the Lonestar Company class of 2024, and I'm damn proud of it.

Evolving the Corps experience is one thing; proposing a change which would fundamentally gut the Corps training model and wreck the formative weeks and months which create outfit identity without any prior dialogue with students is another.
Outfit culture is a precious part of what makes the Corps special. Yes, when too far separated from the Corps itself it can cause divides, but isn't that the same for societies around the world? In my eyes, the Corps' Outfit system serves as a laboratory for international/intercultural exchange and cooperation, as while we Cadets may be split into many outfits with different hump-its, traditions, training styles and code-phrases, we all come together to form a cohesive community despite our differences, just as nations and peoples cooperate despite their differences. Taking away the formative time that creates and fosters those distinct cultures would turn the Corps into an unrecognizable mush of centralization.
All in all, communication need to be much more open, and much less secretive and threatening. Reforms such as the one previously proposed should be discussed openly, not handed down with no chance for general student input. We shouldn't have CTO/Advisors giving mocking or threatening warnings to Cadets about sweeping future changes being handed down, traditions being removed or privileges being revoked! (See: RVs)
Also, I'd urge that we hire Advisors who wish to foster and improve Corps culture, not remove it out of disdain. Too many times have I had SOMS instructors who turned the classroom into a soapbox to talk about how much they hate the Corps model and how they wish it would fit THEIR vision instead. We've created an environment where the students and Staff are fundamentally disconnected, causing the students to feel like they've been treated unjustly and the Staff to, in our eyes, act like uncaring authority

figures who want to form this organization in their image instead of forming any sort of dialogue with students outside of Corps Staff.

No idea

The individual outfit is the identity of the Corps experience. It's not meant to be uniform. There are similarities between the Standard, landmarking events (such as Brass), and general activities. However, it is the "little T" Traditions that define how each member of the Corps experiences their time here. I don't know how many stories I've shared or heard talking about the Traditions that my outfit has compared to others. How our Brass was different. How our PT is different. The only perceived disparity is from those who aren't experiencing the day-to-day of cadets and only seeing the bad. If the Standard and corps values are something you truly care about, then make changes to the Corps that make cadets care about the values.

Outfits have got to know all rules apply to them. Was surprised to see this issue. While I was and am a form Old Army Cock Company CT, (C-2), I was always proud of being a CT...

Make the Corps worth fighting for. People have fallen back on the outfits for everything because no one likes or respects the Corps staff. They're all just pawns in this "cadet lead corps" and have no real say in things. Outfit leadership are the only people that have day to day interactions and the ability to bond with the underclassmen. If you made corps staff more available and more powerful then maybe people might respect them more and then in turn respect the Corps they represent. People dont wanna do the Corps humpit because to them its some stupid little faint attempt at unity when in reality they dont respect the people that try to push it

By letting outfits teach their own while keeping a light eye on activities, but do not interrupt with tradition that has kept outfits and the corps running. Do not split the corps up from each other keep us as separate but whole.

Keep the hallways and outfits the same and have meetings once a week where the whole corps of a certain class meets and discusses a topic then breaks into smaller groups comprised of cadets from all branches of the corps.

When my son was a fish in E2, the outfit tradition was that the Fish rooms had to be identical. So, they were not allowed to have books out, since they were taking different classes. Yes, read that again, fish were NOT allowed to use their bookshelves and had to keep their books locked up in their footlockers (except during CQ) (And during CQ they were encouraged to leave the dorm and go study in the library, due to an alcohol issue in the dorm.) DUMB tradition!!! Thank God General Van Alstine reorganized a few things his first year.

Maybe there needs to be a Standard on what a fish hole standard are, that is Corps wide. (What they can have on their desk, in their closet ..... when are they allow to have a dorm refrigerator etc. )

Is there currently a cadet court? If not, there should be. Another way to teach leadership, is by having a jury of your peers.

The identity that defines the Corps experience is reflected in the diversity of outfit interpretations of leadership, training, morale, traditions and social structure. Outfits should be granted the freedom to diverge from the status quo of procedures, to experiment and fail. Instead of eradicating decades of beloved 'small t' traditions, instead, pass guidelines and intermediate when specific outfits are out of line rather than punishing the entire organization.

Not be afraid to disband outfits that are causing the major issues. Or the problem cadets themselves. Overall the system works because outfit cultures are different with the same underlying values. It's the bad weeds that need to be cut out and sends a message to show that discipline and values matter.

My answer to this will be long as I have the most thoughts on this. From my perspective of the corps, the disparity between outfit experiences and the overarching corps standards and values comes from several

sources. (TLDR below)

The first and foremost is commanders outright ignoring guidance. A great example of this is the 'resiliency training' guidance that got passed to my outfit earlier this year. It would have required us to sacrifice two morning activities a week for it, and my command team was trying to make it work. I talked with them about it, and not only were they obviously bullshitting the requirements so they could get other training in, because the guidance that was passed down was ridiculous and not very well thought out to them, but other COs within the regiment were simply going to ignore the guidance. Poorly thought out guidance being passed down from staff that doesn't properly answer cadets questions or give a plan of execution (the duncan policy is a great example of this, I asked the simple question of 'how are they going to track whos bagging in and not force them to go to duncan',and not even my battalion SGMAJ could answer that question). Multiple accounts of guidance being passed down from staff that force COs to implement decisions they know their outfits will dislike them for, and with no support or execution plan from staff sours relationships, screws over command teams, and doesn't actually help implementing the guidance. Which is another issue.

The second problem I see the most is one of enforcement. The Corps has a lot of rules right now about how outfits run themselves and what upperclassmen can do to train their fish. And if outfits stayed within those guidelines while varying depending on their commanders, we would still have outfit culture and a much more unified corps experience. The problem is outfits operate outside of those boundaries often. We don't need more (in my opinion we need less). We need them to be enforced. There's a joke in the regiments about 'brigade hazing' where the brigades are able to actually haze their fish outside corps guidelines easily, because they know how to bend/break the rules and get away with it, and it's got a semblance of truth. If you want outfits to effectively train fish without hazing them, implementing more rules and things to keep track of isn't the solution, effectively making sure commanders follow the intent of guidance in place is. I see outfits and white belts bragging about making their fish do things that my buddies have had their doors kicked down for with no repercussions. Not only this, but outfits that 'haze' or are hard on their fish generally get street cred and are seen as good or cool for it, and it's kind of part of corps culture right now. The corps culture is rewarding cadets for breaking rules because not only are the rules in place too restrictive, but they're easy to break and get away with. Until the wider Corps is able to actually implement and enforce a standard on outfits equally, guidance will continue to be ignored. You need to give outfits and COs a wide area to maneuver, but a strong barrier to keep them in the that area, because the moment some outfits go out of bounds without repercussion, everyone wants to.

The third mostly comes from the attitude between the average cadet and higher up leadership. It's not secret that a lot of cadets dislike Corps Staff, and have disliked staff for a long time. And unfortunately that's a product of the fact that staff has to be a limiting factor on what cadets can do. But a lot more can be done to help that relationship. Obviously, the first issue I pointed to about poor guidance being passed down and little support from upper staff about that guidance. But it's also a product of the attitude Commandant's staff has when it comes to cadets. In my sophomore SOMS class. My entire job was to listen to a CTO complain about white belts in class, that was every single lecture. It was always about some white belt who was negligent and how they're all lazy and poor leaders. And it made me realize that, because CTOs and staff usually interact with the bad actors of the corps primarily, they get a twisted view of the average cadet and are usually what I like to call 'hostile by default', or at least on a very short hair trigger. I see a CTO maybe once a week and interact with them maybe once a month, and usually I dread those interactions because I don't want to screw something minor up and get yelled at by someone with very little patience. But it speaks to what I believe is a wider problem with higher level Corps leadership that they see their role as cadets needing to be 'controlled' or 'disciplined'. Which is somewhat correct, but as a leader simply controlling, restricting, or disciplining personnel is not your only job. Higher level leadership needs to do a far better job of supporting the mission of outfits and supporting everyday cadets and lower level leadership instead of just being controlling. But because high level leadership sees cadets as something to control, and because cadets see high level leadership as a controlling element that almost never makes good decisions, it contributes to the rule breaking culture I talked about above.

And lastly, we can't take the staff's word seriously. I'm adding this because I just saw in the Corps teams the 'are staff going to read this?' question and the answer was 'write out a well thought out answer and they will'. After I'd written all this. Because staff isn't transparent all that often (and there's been a few cases of them going back on their word, the 'you guys can have pushing if you don't do pullout formo' that happened my fish year is a good example), we can't really trust them. So I've probably just written all this for it to be ignored, but here's hoping it isn't.

The TLDR of this is that our current system isn't bad, the problem isn't our method, it's our execution of said method that needs to improve.

Making the Corps of Cadets as a whole develop more culture. Make major unit nights where people can get to know each other. Have more corps wide events where people actually congregate. To develop corps experience and standard, to where people are more loyal to the corps, help them get to know other cadets. Collaboration between outfits, creating new culture in the corps of Cadets where people value it more than their own outfit.

People will always be loyal to their outfit that will never change.

Outfit experience has defined the Corps for as long as I have heard from (back to the 80s). In my opinion no 2 experiences should be the same. There should not be one corps experience everyone gets. This isn't a theme park ride, it's a journey

Hold outfit cultures responsible. Hold outfits who preform below the standard accountable. Allow outfits who preform well to continue their culture and experience without in acting changed to harm those outfits. There are already metrics taken from retention, grades, recruitment etc.

Outfit Culture should be unique and obey to the standards mostly. However, going in and changing long established traditions for the sake of "Leadership" isn't going to fix the problem of low numbers for Corps attendance and recruitment.

Emphasize outfit cultures, don't coalesce them. Highlight Ol' army, and the traditional ways of doing things; find the methods that work.

If we're using other institutions as comparison, see what they allow that we don't, and start un-restricting the options of cadets.

Focus on quality and attitude of cadets, not the quantity. Make it harder and more prestigious to remain in the corps as opposed to keeping it harder to remove cadets who refuse to grow/participate. (I.e. brass should actually be earned again, not a certainty of being given)

Disparity is going to happen when you have different leaders, different cultures. My suggestion is identify outfits that are underperforming, take them to learn from outfits that are outperforming. What are the best practices that got them there and then challenge those outfits to implement them. That is what has always happened in every organization in history. The Japanese learned Six Sigma and manufacturing from us - and 30-40 years later we are back learning it from them. Don't destroy or try to make us all "same," let diversity of culture and style develop and build outfit best practices. You might be surprised what you find when you learn from the best outfits. C-2 was one of the better ones - and most of what made us great was not what the Trigon thought would make us great. Trigon leading an outfits culture is the dealt knell. This is not the military - it's more like a fraternity with a military framework. When graduates leave, they are ready for military or civilian life.

If a standardized fish training camp is to be put in place for the reasons meantioned in the facebook post to former Cadets, it must be very careful to not violate the Corps experience and the integrity of the leadership development model. Keeping that in mind, it would be wise to keep freshman grouped together with their future buddies within the larger group as to develop the values so central to the entire Corps together and seamlessly translate them into their outfits and outfit cultures. By holding the Corps traditions and values as the base to build from, freshman Cadets can bring that into their outfits while maintaining the buddie unity that is so essential and necessary to developing fish year.

Aside from the freshman, as the Corps changes in ways many do not understand, the natural response is

to turn inward to what you do know and can control, thus so many are more loyal now to their outfits than the organization as a whole. To restore pride in who we are as Cadets and to maintain leadership development, we must be confident that we truly are a Cadet led Corps. First we must establish the ability to communicate with those who make decisions, as to not see this as some sort of ploy against what we stand for. Second, the leadership that is placed over us should be the ones driving the Corps into a better future. Those who have put themselves forward to take on the heaviest burden this leadership development course has to offer, should have the understanding of every Cadet, and with it they have the task of leading us and being a GOOD leader. One who cares for those under them and acts on their behalf while listening to the voice of the people.

Outfit differences can be good. This is the value of diversity at work: different strengths complement each other. As long as they remain in line on the main principles, our corps values.

I don't believe there is a disparity created by outfits like the corps thinks there is. I think the disparity is created by the corps and how it only works with certain outfits while leaving others in the wind. It never gives outfits the spotlight on the Corps Instagram or recognizes outfits for their hard work, most outfits do things in the name of their buddies, upperclassmen, and underclassmen not necessarily the Corps as a whole. Most outfits also have so much history that if you take that away you go against cadets being the "Keepers of the Spirit" and simply college students in costumes advertising something that no longer exists or practices what it preaches.

I do think there is some disparity, however it might be a good thing. There are things we need to standardize such as drill, uniforms and rooms, however if we want cadets to feel connected to the corps, it has always started at the outfit level, NOT the whole corps level.

In regards to unfortunate outfit experiences, those that are not meeting the Corps standards and values seemed to be repeatedly disregarding that. The chopping block of getting rid of outfits does exist and is always a possibility. The Corps is supposed to prepare leaders of character for the global leadership challenges of the future. Each outfit has their own character, same with the Corps. However, the outfits fit into the Corps, outfit experiences should figure into the standards and values of the Corps, that's why there's a standard that any cadet can go and read anytime and there is a campusology of the Corps Values and we discuss endlessly what each mean in general, how they apply to us, and how they affect others around us. The standard is a guideline, the outfits should be allowed to be a little tougher on grading and/or training like the military, WITHOUT breaking the law. Crack down in academics or uniform/hole standards, etc. Again, if there are outfits that don't fall within those Corps standards (like way out of left field) a sit down should be had, warnings given, then a final date of expiration if needed. It wouldn't taint the Corps experience as much because numerous chances are given and we are a strict training environment-we are the best of both worlds involving military training and civilian life. We should be treating it as such instead of too lenient on one side of the spectrum with an outfit while being on the complete other side of the spectrum for a different outfit and insanely strict. Standard applies to all outfits and should be evenly executed to the outfits so both Corps experience is maintained while not destroying outfit culture.

The disparity is what makes us better and push harder. If it was one corps cadets wouldn't compete as hard.

Have more full corps functions that are casual and allow for outfit intermingling. You currently have an outfit that does a back porch event where everyone can come together to relax and have a good time. This should be corps sponsored.

You see the same issue between platoons and companies in the Army, and frats in Greek life. But they both put forth the effort to have communal events that bring everyone together.

There were absolutely zero fun, non ultra structured events that brought the corps together when I was in, and as such it was an us vs you mentality. You break this through relaxed communication and shared experiences.

TAMU-0900

The band accomplishes this very effectively because we do a lot as a major and minor unit. Yes we have individual outfit cultures to an extent, but none of us feels disconnected with people from other outfits. All classes are expected to show respect and stay true to their roles and leadership development model across the outfits within the units because we view ourselves more as pieces of a collective whole than complete separate entities that happen to wear the same uniform. Freshmen and sophomores are expected to whip out to all upperclassmen and stay as respectful with those upperclassmen as their own, including sophomore etiquette. The Corps implemented minor units recently, so I think this would be the perfect time to start instituting this kind of culture Corps-wide. It would create more unity across the board. While the band does have practices every morning that help us be more unified, we also do things like minor unit battalion weeks where each battalion does training times together for a whole week. We also have some events that are band-wide, like a band-wide tug of war about two weeks ago. It would probably be difficult to get this implemented at first with people always being resistant to change, but I think creating these policies and having minor unit staff and outfit leadership diligently observe and make sure they're being met could help the Corps have a more unified front.

This is a good question. You get this right, and you can build great leaders with alumni support.

1. Keep outfit time/training sacred in the afternoon. Make sure outfits are training and have a plan to improve in PT, academics, and inspections, especially for white belts.
2. Encourage participation and increase the number of Special units across the Corps giving choice to Cadets to participate and build relationships with others outside their outfit. If you keep the standard outfit time sacred, but encourage Spec Units you can get the best of both worlds.
(Not a 100% sure on this next option) Give the fish opportunities as well to join more Special Units that are only fish. Make these Special Units challenging and rigorous so if a fish decides to participate, he/she are not looked down upon by their buddies or outfit.

Lastly, have increased participation by the Commissioned officers with the Cadets, doing outfit stuff and good bull. Bridging this gap will win the hearts and minds of the cadets.

We need leadership in our country, and the Corps is a unique opportunity to get it right.

Gig'em and God Bless

Empower Major Units to uphold the Corps standards with the outfits under their command. Grant them the authority to discipline outfits and leaders for failing to uphold those basic and overarching standards without diluting the uniqueness of the individual outfits. Issue rams and have people walk it off on the weekend or even hold disciplinary hearings if the situation warrants it. Have members of the Trigon to advise so that no petty tyranny or paybacks take place.

Universal 2 week FOW. You can even have a fish dorm during that time to standardize training. But 5-6 weeks away from the outfit only makes fish year more complicated and you loose the essential experience that builds buddy unity and pride. Outfits are what make the corps special from other SMCs. Any old ag will say the same.

The truth about growing the Corps is that you rely upon the outfit experience to do so. The Corps as a whole feels a little bit lackluster. I agree that certain elements of unity such as the hump it and whipping out have fallen by the wayside and I wish that were not the case. That being said the diversity of cultures and experiences that come with each outfit help to shape the corps experience for each incoming cadet. I know several underclassmen that I helped guide into outfits based on their wants and strengths. If they were placed in a giant fish dorm I think several of them would have punched. There is nothing wrong with a diverse corps. The competitiveness that stems from it should be applauded.

Build from the ground up. It's easier to make people motivated about smaller organizations before bigger ones.

The overall Corps is seen as very cheesy and soft, plainly said. Cadets value muddy uniforms and loud whip outs on the Quad, and see Corps staff and the overall corps as a boring symbol of localized beurocracy. Each outfit is in a perpetual rebellious phase, and nobody wants to be the nerd that sucks up

to the helicopter mom that is Corps Staff and the adults perceived to be their puppet masters. The image of corps commanders has been bad lately, and nobody aspires to get the position because the position is now for nerds in most cadets' eyes. The corps can adapt to modern times without throwing the old army baby out with the bath water, especially when it comes to "little" T traditions, push ups, etc. People want those experiences more often than not. I think the air force and marine corps do a great job of promoting challenges and both intellectual and physical, by having a challenging attitude and backing it up with day to day life; they also suffer less in recruiting. Big Corps should value true grit, brains, and the ability to marry the two while protecting cadets from actual physical harm, as well as creating mental toughness through high pressure and not babying adults, as young and immature as they might be.

By giving Cadets a Corps they can be proud of.

The biggest issue is that individuals are proud to be apart of a special unit, outfit, or class. And not as in tune with being proud to be in the corps. I believe that stems back to the management portion of the issue I have highlighted in the first and second questions. We are given too many restrictions on what we can and cannot do.

People will enjoy the corps more if the Corps is more enjoyable to be apart of. Less micro management. Let us actually lead and I believe people will notice a difference.

I know there is an issue when it comes to Oufits not enforcing the standard or even Cadet Values. I think the way we combat this is by making the corps more of the experience that people wanted it to be when they signed up. People want a challenge. That is why they are here, They're not here for a free ride or an easy time. That is why the Corps is not for everyone. If the Corps goes back to the ideals that it can associate with, Honor, Integrity, Discipline, Courage, Respect, and Selfless Service, then the Corps can thrive.

I don't believe Resiliency can be taught in a classroom. It is learned with your buddies in the mud of combat conditioning, or a long run with the outfit.

If the Corps allows us to make mistakes and give the challenge that people want without raining on our parade all of the time then people will want to uphold the standard and be proud of the organization.

I do not believe that this is an outfit vs corps problem. People feel wronged by the Corps due to micromanagement and restrictions imposed and have retreated into their outfits and special units to find purpose.

I am proud of the Corps and what I have been able to accomplish in it. But I know a large amount of my peers do not feel the same way.
I do not believe the proper response to solving this problem is to further micromanage and remove fish, one of the few motivating factors for whitebelts to get out of their racks in the morning, for even a small period of time.
I believe this would further alienate individuals from wanting to uphold the Corps' core values and mission.

I appreciate y'all asking for feedback. I know despite all that is flying around, you all are trying to make the Corps better. Many people may not see that but I sure do, this survey proves it.

I hardly have any leadership or career experience compared to y'all at the top of the food chain. But what I have been able to learn in my short time in the Corps is that incredible individuals of character are forged out of times of hardship. Myself included. If I never came to the corps, I would have been deprived of a life of excellence and would have easily settled for Mediocrity. Please let us keep a challenge that has forged previous generations of Aggies into defenders of our way of life, and of our nation.

I pray for y'all everyday And I know y'all will make the right decision for us, for the Corps, and for future

generations of Aggies.
Thanks and Gig 'Em.

Have more all Corps activities and competitions. Have a water fight at FOW and air out with the whole fish class. I remember my dad talking about a "Corps Olympics" where every outfit put up 1-3 cadets for different running, swimming, and field events. Use SOMS classes to teach fish and sophomores overarching Corps standards and values.

At least in my time in the Corps, most "toxic" outfit culture (ie. not whipping out to females or BQs, ignoring leadership directives) came from all male outfits. While I don't think having females simply solves problems, I noticed that all-male outfits tended to attract people with a more toxic viewpoint causing many of the most toxic cadets to be together and perpetuate their culture within the outfit.

Create a list of non negotiable standards that every fish and cadet must meet. However, also allow room for outfits to set their own standards and rules (ie where covers are displayed in your room, where fish can look in the hallway, etc.)

Give the Cadets something from the Corps level to appreciate and respect. Provide opportunities for networking, summer internships and positive experiences for all cadets not just the ones the Commandant chooses. Stop all attempts by the Trigon to control all leadership opportunities. Show respect to earn respect. The Commandant has said nothing about what the good outfits do well. This entire process has the appearance of a bitter attack by the Commandant.
Stop micromanaging corps outfits. The Commandant slow trailing an outfit on a morning run then yelling at them about the way they conducted the activity is not an example of leading from the front. The actions and behavior of the Trigon staff and their families also reflects on the leadership ability of the Commandant and his staff.
Have successful outfits and less successful outfits communicate about operations, goals and objectives. Some Cadets prefer to be the strong Cadet in a weak outfit. Some Cadets prefer to be a strong cog in a strong outfit. The difference in outfits is a good lesson for Cadets. I was fortunate to be in a good outfit. We include former cadets from other outfits in our reunions.

I mean this completely seriously: look at the Band as a case study. Each with their own individual outfit culture but each exemplifying the Band's standards and values. All unified under being bandsmen and women. Because of inter-outfit involvement and collaboration during band events, we all share that identity. CTs have nothing to bind them together. Service events, special campus projects, mandatory things that outfits do with other outfits in their own minor, major, and entire corps units that give them the opportunity to SOCIALIZE AND BE FRIENDS, not just march or be administrative, will solve most cultural problems.

The cultural problems that arose during the COVID lockdown in many units and outfits were because of a lack of buy-in due to the many corps changes. Buy-in is created by an overall cadet support of the vision of the corps. This decision for the future plan of the corps has so much friction with the student body that it will destroy buy-in and arguably create more cultural problems, if not destroy culture altogether. Buy-in for the vision of the corps, support, is what creates culture.

The corps experience is an outfit experience. Being with your buddy class from day one until final review is what makes an experience. You can't pick your buddies, just like you can't pick your co-workers in real life, you learn to adapt and overcome challenges. I think all outfits should actually be held to (a last year version of) the standard with oversight. I think we also need to remove the rule that if you don't report for hazing then you get the same punishment. I reported someone for hazing and subsequently everyone that got called in for questioning said it wasn't hazing because otherwise they would receive the same punishment, this is preventing a lot of cases from being reported.

Make it more clear to cadets what the culture of the corps should be while not taking away from the outfit culture or experience. (Outfit culture is a large part of overall corps culture)

Don't have a fish dorm

I believe that the outfit culture is the largest unit of socialization a cadet will receive in the corps. I do not believe this is a bad thing. I would say that it is how a cadet chooses to express that outfit culture to other outfits on an individual level, as well as on an outfit wide level, is important to creating the relationships between outfits, that makes the corps culture what it is. I believe that a way to do this would be more interactions between the outfits on an outfit wide level, that wouldn't interfere with the normal training plan of each outfit, such as friendly sport competitions and multiple outfit wide briefs (possibly set goals on a battalion level?).

All I can speak to on this is my experience from 35 yrs ago. I am very Proud to have been in my outfit as we won the General Moore Award, the Jouine Award and placed third in the Hocmouth Award. I am a competitive person and each class in our outfit did what we had to do to accomplish our goals. that also had a wave effect in that our battalion won best minor unit, and the Regiment won major unit awards. we had guys in our outfit that were on Corps staff, Regiment Staff, Battalion Staff. I was proud to be in the Corps of Cadets and i took pride in my appearance and my actions off the quad to not put us in a bad light. i had friends in my Major from other outfits and we would study together.

Have you asked the Unit CO's to provide you with the Outfit semester and year end goals? and an outline of their process to accomplish that task? The Corps is an enigmatic group where you have to build upon the obvious inter-service rivalry (Brigade, Wing, Band and Regiment) and then within that are the battalion rivalry & finally the outfit rivalry.

I am not sure of the "fix" for this I just know that my buddies and I have fond memories of our time in the corps as well as our outfit.

I like everyone that will respond to this has a passion for the Corps or we wouldn't have tuned into hornets nest

thank you for your time in reading my ramblings, I want what is best for the Corps but I also want keep the traditional aspects

The possibility of making Commanders more strict in their training and also in their conduct with the outfit. At the end of the day, the success and detriment of their followers falls on their shoulders as far as expectations, standards, and values.

Again, this is answered in the first response. Thank you.

Great question. I've heard some of the feedback of fISH disrespecting other upperclassman from different outfits, etc. I do not understand that. I was never encouraged to disrespect other upperclassman. I still remember being afraid of Tony Buzbee and that's 35 years ago. He never even made me push, but my upperclassman would never have tolerated me disrespecting him or any other upperclassman. I think you go at it from a concept I learned in the business world called three questions (it can be up to five). In this case each cadet asks in order (1) is this the right decision to make for the United States? , (2) is this the right decision to make for the Corps of Cadets? (3) is this the right decision to make for my outfit? , and finally (4) is this the right decision for my squad, team, buddies p, etc. The trick is, if you answer no at any point, you don't do it. You only get to the lower questions if you've answered the first. These principles should be in the Standard, taught like the Code of Conduct, and recited like the Soldier's Creed.

You don't let the bad outfits fade into obscurity

Communicate about possible avenues the corps wants to take with the average cadet. Outfits typically communicate with their people, the corps needs to do the same. We feel like we have zero control and say in our overall experience unlike our outfits. Let cadets sit in on comm staff meetings. We feel like yall just talk poorly about us without us there, making the divide greater.

You get the Corps experience being in the corps regardless. You get an added bonus of outfit culture depending on which outfit you want to join. I see no problem with having differing outfit cultures because they all should have the same standard of the Corps overall. Some outfits like PT more, others like to do more community service, and have more of a structured and planned out CR event schedule. Others are

heavily involved in corps clubs or activities like PMC, FDT, bonfire, and RVs.

What I think needs to be done is advertise the outfit culture better than it is. On the Corps website where there is a list of all the outfits and a little blurb, most of them are extremely similar and slightly vague. Fish Academy has been explained to me in this way- by the end of their time there, fish will choose which outfit they want to "pledge" to based on how an outfit rates themselves on a variety of focuses like PT, academics, and so on. This should be provided right now instead of changing how the Corps is structured. Providing a better insight on what an outfit is about before fish join in my opinion will help a fish stay in a place that aligns more to their values. Let fish choose how they want to experience instead of watering down the experience for everybody.

Every year, move 5% of a units members to a new outfit

When outfits each have an individual identity, and engage in friendly competition with others, the esprit de corps of the entire organization rises. However, if all cadets were to conform to a single monoculture of the Corps, this individual interest is gone, and there will be much less buy-in. I believe that in order to form a healthy equilibrium between Corps-wide standardization and outfit prosperity, those in charge of this Corps need to lead with a less cookie-cutter-like approach. On some issues, leadership needs to be clear, concise, and impartial in enforcing standards. In others, there is no need to do much more than have a laissez-faire approach. Outfit PT can be seen as a key example of what I mean: leadership ought to let an outfit tailor its approach to physical training times in a way that aligns with the way it sells itself. At the same time, standards still need to be in place so there aren't outfits that do walking laps around the quad while others sprint to Madisonville and back. With adaptable leadership in mind, leaders could set a something in place like the following: outfits can do what they want for PT as long as it does not endanger physical wellbeing (can be anything from a focus on rec center workouts to an emphasis on long distance running across campus), and as long as they are posting good PFT results. If either of those are not the case, outfits could be dealt with on a case by case basis.

My point for that example is simple: that outfits can be allowed to do things "their way," as long as "their way" gets quality results and does not negatively impact the members of said outfit.

By admitting any disparity is " perceived" you answer the question. The whole is only as good as the individual smaller units in it, who each struggled to be the best. Without unit loyalty at a " lower" level, loyalty to the larger organization won't be possible.

The Commandant has the power to set goals and objectives that the outfits should try to meet. Reward outfits that meet these goals with special privileges and benefits. Special trips, merchandise, monetary funds, larger amounts of incoming cadets, and highporting guidons are all potential ideas.

REWARD US FOR BEING MODEL CADETS.

The Aggie Band is in a unique situation. Because we spend 12+ hours a week learning, playing, and performing at Aggie football games we have a culture greater than our own outfits. Major unit, Minor unit, and Outfit culture ALL exist.

In the Aggie Band, people go to staffs in order to better serve the band. The rest of the corps has a sentiment that going to staff is a way to get away from your outfit. That is a mindset that needs to be changed. Staffs need to care about culture and foster ways to create it (such as the battalion weeks and combined band events that we conduct) in order to create that culture. It will not happen on its own.

In the Band, it is expected that all fish greet all upperclassmen in the Band whether they are in the same outfit or not. Shared standards create a shared experience. We also expect more from our cadets when it comes to room and uniform standards. There are corps standards, and then there are BQ standards. We pride ourselves in this and that is why so many of us refuse to put out for corps staff.

Do the corps hump-it more than twice a semester, if it was practiced before or after formation you'd have significantly less cadets mumbling the words across the quad. Give cadet MU leadership the space and responsibility of keeping their MU unified culturally and aligned with Corps values.

Outfit pride doesn't dilute the corps experiences. It enhances it. It is sad that you look at an outfit that has strong pride a love for this school, involvement off the charts, grades off the charts, more leadership than

any outfit, with the best retention. You see something that doesn't Aline with the corps standards and values. Why not learn from those type of outfits and try to create more. The most successful outfits have alumni organizations and have a sense of pride that dates back 20-30-40 years. That is one of the reasons the corps is so special. Also you're wrong in how you perceive the outfits who have deep unity. You see it as a threat to the corps and disrespectful. Well the reason I love the corps is because of the outfit. And I would say there are a bunch more like that too.

I think the corps experience is derived from the individual outfit experiences. My grandfather who was in the corps loves to share his experiences and in 1961-1965 the experiences he shares were those within his unit. Whenever I am with my buddies and we are sharing things that impacted us most during our time in the corps, it is always the experiences within our outfit that are shared. I believe leaning into the outfit experience and making that truly the identity of the corps would be huge. Give outfits opportunities to grow together and strengthen that experience. Good leaders, good accountability, and a little difficulty will hold outfits and groups of people together through strong bonds formed. Give outfits the opportunity to share their experiences and give outfits chances to build experiences together. Activities within and outside of the corps. Involve the corps more into the campus life at A&M. Encourage members of the corps to gain more leadership experience outside of the quad within the student body.

Again, the answer may be that less is more. With over forty outfits there may be too many choices, and too many to police in a uniform sort of way. The rather large number of Major Units will further hinder having a "core" set of standards, values, experiences in the Corps.

This question barely makes sense. Two disparities are mentioned: the ones between outfit experiences, and the ones between the corps standards and the outfit "standards". Outfit experiences are supposed to vary. Otherwise they would lose identity and simultaneously, incentive to compete. We can see this issue in some units with no clear outfit identity. I once overheard two butts talking about how their outfit, sq. 3, was functionally the same as sq. 12. With the o Lt difference being the people, and they found that to be demoralizing. However other units, specifically the all-males do this very well. The difference between K-2 and C-2 is striking, but they both have shared corps experiences. The issue with standards can be fixed. Clearly outline the incentives to follow the standards and show why it's important to follow them, and punish those who don't. This goes for all standards. I have seen many corrected about slight issues with their hair or uniform but people who are extremely overweight and can't pass the pt test are allowed to stay. That doesn't make sense and every cadet sees it and feels less inclined to follow any standards if the staff is picking and choosing which standards they'll enforce

We don't have to fix this, Outfit culture is what defines the Corps, and gives us all a unique opportunity to learn and develop. If I didn't want to learn or be led the way I want, I would have joined a different outfit.

You uphold the Corps, and ensure all your subordinates are doing the same. If a individual is holding their unit above the Corps, then that individual needs to be retrained or coached if possible, or removed if it's not. It's up to their superiors to make that call, and live with the consequences. If you are fostering an environment where expectations and desires are clearly communicated and enforced, there's no easier way to say this, the trash will take itself out. You cannot sabotage the Corps, only your role in it. It's not an answer many want to hear, but the organization will always be more important than any individual, group, or unit.

The more important question is what do you do once the call is made to remove an individual or unit from the Corps due to their inability to achieve the standard? You communicate that. The ability to make the right decision is one thing, but making sure others know why that was the right decision and using it as an opportunity to coach and mentor others is far more valuable. Every organization has its failures. The ones that stick around are the ones who address those failures in a way that continues to uphold the organization and its values.

Thank you for the opportunity to share my experience and wisdom. I sincerely hope I have been of some help. Leadership is... difficult in practice, and easy to criticize. Whatever you decide to do, I hope it proves

fruitful. These cadets deserve every opportunity to become true leaders, something that is needed now more than ever.

Not an easy answer. I am not going to pretend to know the answer to this one!

You don't. While the Corps is a venue for ROTC, it is also a leadership training opportunity for mostly non-regs. Units hold up to The Standard or they don't. Continued failure to meet The Standard results in units being disbanded.

For nearly a century, Cadets identify more with their individual units than with the Corps in general. My best friends in the world are my Aggie buddies from the freshman year all the way through the Senior year. We learned together, we played together, we fought together. That cohesion formed life-long bonds in addition to the training.

No, I feel a sense of pride when I go back and I see the Challengers forming up on the Quad.

Can you genuinely say the identity of the corps experience hasn't been diluted as is over the past few years? Especially following Covid, it has felt like that was used as a catalyst for making far reaching changes. At least my experience people take more pride in their outfits because they feel there is still some opportunity to have influence on making a difference compared with the larger corps where more often changes are forced upon the cadets without any conversations.

Each outfit should be allowed to have its own culture. it allows for a unique experience for each individual. Outfit culutre and uniqueness is what makes our corps special

This is no different than barracks in the Army. The Bulls as leaders need to be present amd part of those teams, holding the outfits to a standard.

Stop jock outfits from being all about look at me, and individual pr shirts (outfit shirts and hoodies should be enough anything off uniform should be corps stuff).

Maybe it's a good thing. It's very possible that a majority of people join the corps because they think they've found an outfit that achieves everything they want to achieve in the corps. I think the corps offers a great experience that is only heightened by outfit diversity to better suit the individual. If an individual doesn't like the corps, most likely they simply don't like their outfit, but can't tell the difference. So, to prevent this, maybe fixing outfit recruiting to give a real (not biased) picture of their outfits' cultures to future leaders could solve this. Just food for thought, definitely not a refined idea.

The Corps experience is to have an extremely hard fish year. Not a semi-difficult first semester then immediately forced into SOMS "leadership briefs." That has never been a part of the "Corps experience" and nobody that I know joined the Corps to sit through briefings. I joined the Corps to be pushed to my limits which has made me into the leader I am today. It is sad to see the freshman class stripped of this opportunity in the name of "retention." QUALITY OVER QUANTITY. If someone can't handle getting yelled at because they can't wire a uniform properly, they should not receive their brass.

Start by uncovering what great outfits do right. Capture those processes and procedures. Build out unified Corps training based around the Standards. Bring cadre in early and train on those standards. Create the wanted guardrails and allow Corps to work within.

FOW should extend into first few weeks of school but with the outfits and trained cadre in charge. Allows fish to adjust to class cycle, studying and Corps expectations. It will take dedication from military advisors to be present during that time to ensure cadre only interaction.

Sophomore training during first few weeks to match timing of fish fully integrating in outfit. Define what is expected of them - hold high standards and push fish to chase excellence in all they do. Can be stern without the abuse. Be honest about what the abuse can do. These are adults, treat them as such.

The outfit traditions should be understood by Trigon. New military advisers should also get a training from the cadets. What's important to that outfit and why, how can MA help, etc. this will help their adjustment also.

The plan shared has merit. Just needs to be vetted with stakeholders and asked all to find common ground.

Use key leaders to reinforce corps standards and values and then integrate with outfit traditions to exceed corps expectations. Have meeting with outfit leadership to set up what outfit culture looks like that reinforces corps standards without killing outfit individuality.

Standardized core principles that every Corps outfit must adhere to and exhibit, with the outfit identity as a second place to core responsibilities.

I covered this in my answer to the first question, but my main concern is the fact that the freshmen will now have incentive to form cliques within the fish Academy, and will have an even harder transition to outfit-life later in the semester because of the friends they have made in the fish Academy.

What disparity exists? Could you provide examples? What is the "identity" that so defines the Corps experience? What is the problem?

See the thing is the individual outfits and their identity makes the corps the corps, because other than that you are basically doing the same thing and there is no difference in which outfit you choose. The court is fine the way it is and if you think it's wrong, you're wrong, yes something can change in a slower way if you automatically force people to change your not gonna make a productive environment you're going to kill the corps. The identity of each outfit is what makes people want to come to a certain place. I've talked to people about it, and there's almost no difference between the corps. If you do it on a fundamental level, the only difference is CT and BQ, and the ROTC and that is the only difference fundamentally. It is the culture of the outfits that makes people want to come and stay it is 17 culture and their legacy children that makes them come and stay it is sixes legacy that makes people want to come and stay. It is E2 Culture that makes it come and stay. What would make us different than a fraternity with these changes what would make us different from West Point, and those other military colleges nothing we are the core of cadets. We are a senior military college of Texas A&M. We have non-reg. We choose the core because of the heritage we were promised we were promised to go into and be apart of.

 People pick outfits based on differences

I do not see a big enough disparity between outfit experience and corps experience to justify keeping the fish from their outfits for over a month. Everyone and every outfit is supposed to be held to the same standards outlined in the standard and guidance from staff, so if anybody or an outfit is not upholding these standards and values, the problem seems to come from a lack of accountability directed at those outfits not a faulty system and definitely does not require the need for a restructuring of the whole system. I think that the solution should involve more accountability being enforced from upper-level staff leadership rather than destroy generations of individual outfit traditions. There are two ways to build up the corps identity. One is to promote it and work towards a buy-in from cadets and the other is diminish outfit identity, which I believe is the direction these changes are directing the corps and is completely wrong. Outfit identity is a huge part of what makes us unique and what keeps people engaged in the corps and gives them a purpose and a "why". I understand the desire to want to build up a greater corps identity, but this can definitely be done without sacrificing the tradition and heritage that every outfit holds so dear.

The truth is that even if changes are made, current sophomores and upperclassmen (most not all) say they don't plan to change (all male outfit); fear will prevent others from speaking up with what happens after hours when no adults are around to check in or supervise (we've seen adults around once or twice

and it's when negative stuff went down - hazing); when students get to be fake leaders they will force those they lead to act in a way that goes against the plan when no one is looking. Again some not all. Maybe an anonymous survey should be given to fish to have them ask about how they feel about their current sophomores and juniors since they'll be the juniors and seniors leading next year. Maybe this would help fish be honest instead of fearful of who leads them

Don't think you have all the answers. You don't. Your viewpoint is skewed badly

Outfit identities have strayed into individualistic and xenophobic culture traps. This problem is difficult to approach, because many are so protective of their outfit cultures. I've found that when the corps does activities together, it boosts morale and I personally feel more connected to the rest of the corps. For example, whooping at formation is such a small tradition that we have, but it connects cadets across the quad because we all love good bull. Besides block T practice, Brass, and Commandant Briefs, United Corps activities are few and far in between. Maybe the answer to a toxic outfit culture is exposure to others, which could be achieved through joint training, social events, competitions, etc. with random other outfits across the quad. Whatever it is, the Corps needs to get a little closer with one another and build repertoire, whether we like it or not.

While perceptions are said to be reality, the colloquial is not true. The only way to effectively impact the perception is to communicate communicate communicate the facts that dispute the perception. But the communication cannot be varied, and it must be repetitive, common, and constant.

Start keeping outfits who are obviously lacking physically and grade wise accountable. Allow these outfits to actually pt together throughout the week and form a community that will push them to become the best outfit in the quad, not just in words and slogans. The main problem is discouraging the outfits who are producing good and high speed cadets by threatening the disbandment of their outfit and separating fish into their own dorms, this will effectively destroy the motivation factor that the Corps relies on through the outfits and will create a new norm of complacency and apathy in the corps as they can't be the primary teachers to the fish, rather a conglomerate of juniors who are not in their outfit.

Implementing more corps mpis and commandants inspection

I believe the idea that there should be a singular corps experience is wrong. When I was choosing my outfit, I liked the ability to select and outfit that I perceived to have values that aligned to my own. In my case, I joined a stem focused outfit, and I am really happy with that decision. Other people may chose to join an outfit that aligns closer to their values, and that's ok. As long as all outfits meet the basic requirements expected of cadets, that's ok.

I am a member of the band. I don't see a disparity between my outfit experiences and corps standards and values. Every member of my outfit exceeds the standard in every way: knowledge, uniform, drill, etc. BQs look like real cadets when we walk down the Quad on our way to class and it hasn't been recognized by the commandant as being an accomplishment on the outfit level at all. The band outfits couldn't be more different from eachother in culture yet we all see the importance of the standard. The hallmarks of an Aggie Bandsmen are Dignity, Self-Discipline, and Enduring Pride. These are the reasons freshmen join the band and the reasons why we stay are because every member of the band exemplifies these hallmarks. Some part of the Fightin' Texas Aggie Band experience is making cadets who are far more outstanding than the rest of the corps while being largely tossed to the side by CTs or anyone in charge. For the three years I've been here band outfits have had the General Moore cord. For two out of three the band has had the Hochmuth cord. We are the example that MPI teams use to train new graders. We march perfect drills on Kyle field week after week. CTs make fun of us out of lighthearted jest and few are offended by that. I, however, am offended that the commandant wants to make such big changes to fix problems that the band does not have. Even with March to 3000 the band is exempt from a goal the rest of the corps has because next year we will reach capacity at 400 members and our portion of the mass recruiting will be over. The commandant is producing more disparity by ignoring the one success story in the corps. Instead of causing more problems, look at the band: true keepers of the spirit, guardians of tradition, and true examples of cadet excellence.

Disparity is not the right word. I have no malice to any of my fellow corps members. I have pure love towards my unit, and pure respect to any of the members that went through the corps with me. I wish the corps would spotlight unit traditions so I could learn about every outfit. In 20 years I will find someone from a unit I was not in and I want to remember something about that unit. Getting rid of outfit identity would be stripling away the buy in of the corps. The world works in small groups. We can only handle so much. Jobs and military all have niche small groups that make up the whole.

There should be no issue with this. The perceived disparity is solely based around rumors lack of knowledge and lack of esprit de corps. Corps standards and values should be first and foremost in all cadets minds because it is the CORPS that is the spirit of Aggieland-NOT (close your eyes and pick your unit). If units are threatened by basic Corps standards I can only assume that they either do not meet the standard or they vary so far from it that it is completely subjective. that speaks volumes about their units culture and leadership: they are both weak. The corps experience is after all, what you make it. If the standard is raised and held high, the only units who can have a problem with it would fail to meet the standard anyway.

Just like the real military, some outfits will be better than others for myriad of unquantifiable reasons. The individual outfit experience is quintessential to being a cadet and should NEVER be diluted. It is therefore incumbent that the Trigon, Bulls, and cadet staffs at all levels ensure the outfits maintain standards and values. That is where the true leadership experiences will be gained. Individual oufits should be allowed to continue their own SOPs provided they fall within the Corps standards.

See my lengthy first answer!

When in doubt, look at the example of the Fightin Texas Aggie Band. Each member is in the Band first, then outfit, then section (by instrument). We can argue later if they are in the Band or Corps first!!

Again, don't stick your nose in unless there is an egregious violation of the standard or laws (I.e. hazing, SHARP/Title IX, or extreme MIP/DWI violations involving death or extreme injury). If a unit has a bad little t Tradition I believe you should advise the removal of them. I understand it's a tall order but I believe there is a way to do this.

Move to centralized control, decentralized execution.

When you look back at your Corps career, each individual will have a story. Some are outfit focused, but not all. The culture that exists in an outfit, while somewhat consistent is based more on the names on the doors vs a heritage. Some might disagree, but the reality is that culture is based on who is there now, not who was there 6 years ago or 20 years ago. Set standards for the Corps, get rid of the individuals that are bad apples and protect the Corps of Cadets.

Plan activities between each group to create synergy within and outside the outfits

Make it so that outfits shoot to exceed standards rather than meet them too many people in Comm Staff have told us to just shoot for the standard the problem with this is that people generally fall short of their goals that's why they say to aim high. Additionally the outfits are part of the corps pretending that that aren't will lead to people not feeling as though they belong and get lost in the sea. Outfit culture exists to create a family dynamic that motivates everyone to be better leaders.

The individual outfit experience is what makes A&M different from the academies. Having worked with academy grads, the bond built in the outfit experience builds lifelong bonds to a common outfit.

All leaders whether in the corps or in various schools on campus, the bond of a core group of individuals experiencing different experiences in contract cadet or D&C roles, allows for reflection and growth.

I have personally managed to stay close to my outfit buddies for 30 plus years in both military and business leadership role.

Any program to grow leadership roles without taking this as the key differentiating the A&M Corps experience from other uniformed student bodies in the US.

I like more attention being given to skills needed to learn at different paths along the 4 year experience. In my days, the only leadership training given was as part of the Army ROTC junior year. I personally learned more about leadership in that one year than I ever earned in dorms.

In my mind we need to provide this training. Allow cadets to return to their outfits for evaluation in these roles with feedback given by trained seniors as mentors. Think Army Advanced Camp but seniors are trained to evaluate junior and sophomores in their skills learned and applied. Rotate roles within the outfit for evaluation periods. Is there anything wrong with having three juniors having th first sergeant role in a given year?

We can do this and willing to help in any way.

Mike Munson
1995 Company E-1

I believe outfit experiences are just as vital as the corps experience. As all cadets say the people we meet in FOW and earn our brass with our outfit. Likewise, I believe the corps experience is there to provide structure to the outfits. My suggestion is to leave it the same I believe the corps is not broken. It has prevailed and flourished producing many successful people and it need not change now

The slight differences in each outfit are integral to the corps experience as it gives cadets a sense of belonging. Imagine a normal student coming into Texas A&M and not joining any organizations or clubs. The chance to develop a close community and sense of belonging greatly diminish. One of the largest draws to the corps is having an immediate close group of buddies which outfits provide. The identity of the corps still stands strong, look at everyone out in a uniform day by day across campus. As long as the corps values are upheld in an outfit (which almost all outfits already uphold them) and the 12 competencies are met, having an outfit identity does not subtract from the corps experience, rather it bolsters the experience.

Nothing needs to be changed in regards to the outfit to Corps relationship. Outfits buy in cadets to stay in the Corps. If cadets punch it is mostly because they simply do not belong in the Corps. Also, outfits with high retention rates are the ones with no outfit culture or they have bad leadership. C-2 has only lost 1 fish this year so far and it is not just because of our tradition but rather our deep-rooted brothership culture. There are a lot of outfits that do not have a strong family-like culture due to a lack of identity and poor leadership. Also, stop reinventing the wheel on issues that do not bother cadets like morning formo.

Make the corps more involved with campus activities and orgs. Build a culture of strength and unity that surpasses the individual outfit. Growth through struggle should be the norm across the quad. Most people that I know who punch after fish year cite that the real reason that they are leaving is not because they have an issue with their outfit but because the corps does not offer the challenge that we endured fish year and they feel stagnate and tied down with overbearing policies that restrict leadership, especially with D&C cadets. The corps experience is not unified across the quad. By making it easier, all you are doing is taking away the struggle that we want to experience to make us better. Nothing worth doing is ever easy. As president Kennedy said we chose to be here not because it is easy, but because it is hard. We want to push our limits and find out what we are capable of.

This is hard for a former BQ to answer… but I suppose the overall Corps priority is the selfless service to the university in guaranteeing all traditions, customs, and courtesies are carried out (no matter how bizarre or obsolete) because that is the duty of the Corps to the university. This duty is purpose, and

tradition, and can be an expanded mission set to include all classes of cadets and spur various jobs.

The band had horrible jobs within the major unit that were made prestigious (as only Aggies can do)… jobs like "Instrument Loading Crew." That was a terrible job, but an honor to be part of, and with a leadership chain of command. It was also tradition.

As a BQ, the band performance was my primary mission focus - a direct service to the university. My loyalty was to the band as a major unit first, then my outfit. Most of our cadet training occurred on the drill field every afternoon with the entire band. This would be very similar to major unit cadre training all their fish every morning and afternoon in the fall. This would be very immersive and provide mission, purpose, and jobs to the major units.

My individual outfit training occurred thirty minutes in the morning and thirty minutes in the evening. As a fish, we got snipits of "outfit culture" mostly enjoyed by Butts and Zips.

I see no problem with training fish for an entire semester with sharp cadre from the major units and then sending them to the outfits. They'll have seven semesters to learn "outfit culture."

The Corps may need a "reset" to condition cadets from the bottom up to perform a service to the university first. This is accomplished through the leadership of the major units who utilize manpower provided by the outfits. Standardization is important. Fish unity is important. A challenge is important (physically and mentally). The stressors of the Corps helped me in the Air Force… I could think clearly and make decisions in chaos. The Corps at A&M provided the scripted organized chaos and piled on stressors that strengthened my resolve and ability to prioritize. Even the incessant yelling was a stressor we learned to work through and even tune out.

Reset the Corps by pulling the fish out from the outfits for an entire semester. Train them correctly to proper standardization - blame the outfits for not training the fish and Pissheads properly. Tell the Old Ags to calm down - these are the same people who complain that the cadets are not standardized, look bad in uniform, are not engaged, are not militarily impressive, etc. Make the outfits unified under the umbrella of the major unit. All upperclassmen should be able to correct a fish - there's no reason why the Corps can't take a unified approach to training and standardization. COVID probably really caused some problems.

I'm not familiar with fixed unit culture. B-Battery's culture changed with normal attrition. Outfit culture in the band was driven by the various personalities within the unit… and we really didn't get a full grasp of the culture until we were Butts. Pissheads and fish were focused on grades and Corps training, not culture.

Matt Daniel '93
Head Drum Major
B-Battery
USAF Lt Col (Ret)

Diluting the outfit experience is not the answer here. Those first months are critical to demonstrating to young cadets on the value of trust in the leadership of the people they will work with throughout the years of their Corps experience.Deliberate and intentional education and training targeted at outfit upperclassmen in how to train freshmen on the Corps's values is the answer. Think of corporate America organizations…it's the first line supervisors job to educate new employees on the organizations core values so that new employees may embrace them. THEN first line supervisors can have the foundational trust and environment to build their own organizational identity with their new employees.

All the outfits want to say the focus on academics, training, ROTC, ect more than any other outfit. But this is not true every outfit is different because of its history and traditions. We need to encourage and give incentives to the outfits that bring the standard back into a living document. As a fish we just do things

because we are told to with no reason or passion. As we become upperclassmen, we still think the same telling our fish creating an endless cycle. To fix anything we don't change the rules we change the culture. If we can get a corps culture of being redass and an outfit culture that is connected it. The corps experience will improve while keeping the unique outfit cultures.

I loved my outfit experience. My outfit was my family. The corps was my association. I'll admit we pushed boundaries, but overall that made us physically and mentally stronger and smarter in the long run. We thought independently, had pride for what we stood for, and would've given any and everything to help our buddies.

Outfit cultures are not at odds with "corps culture", whatever that even is. For example flight of the great pumpkin is a C-2 event, but loved and attended by the entire corps plus non regs. It is a c2 tradition sure, but it is something that adds to the corps overall.

Myself and all my buddies have said that we would have punched by now if not for our outfit's fantastic culture. No one cares about corps culture, because it has been so overhauled by ideas like this fish academy thing. The main representations of worthwhile tradition is found in the outfits, and most people have loyalty to their outfits over the corps anyway.

Outfits > corps. And outfit culture is NOT at odds with the corps anyway.

Each outfit should have its own identity. Why this focus on "equity"? Who perceives the suggested disparity? Members can change outfits if they like another's identity better.

This is a tough one. I'm old. So was my and my wife's father when we talked about changes over the decades. Having many friends that reached command rank in the military. We've visited about different units each had their own personalities. Some were outstanding in accomplishing combat objectives but caused grief at elevated levels due to their lack of sensitivities to the backlash of practices used. Creating an amalgamation of commonalities isn't how business or the military functions well. We need differences in approach, style, and skill levels. Disparity exists. Leaders learn to use that while minimizing harm or unfavorable outcomes to the disparate factions. I certainly do not see the specific issues being dealt with here. But solving disparities is most often not effective. Good luck. I always remember what a great friend told me as he was stepping down from his company. "They'll fix everything I messed up. Then they'll stay around long enough to mess up for the next guy." Best wishes going forward.

Through deduction if someone is in and outfit they are in the corps. There is a respect that is present but outfit culture takes personal precedence because they have the most facetime with cadets.

The outfits are key to the success of the Corps. They provide a family for the cadets and a leadership lab as well. Yet many times they are robbed of good leaders by job positions outside of the outfit. Though these positions are good for the individual they often prevent the fish from seeing these outstanding leaders and benefitting from contact with them. Corps staff is necessary as are the staffs of the different branches, yet they operate sperately and often opposed to the outfits. We often saw these staffs as the enemy and not our commrades, yet those cadets had once been a part of our ranks. If those staffs stayed more grounded to those they command then these differences would lessen.

There is no disparity between outfit culture and overall Corps culture. Each outfit may have more of a focus on one Corps value than another one but the difference in each outfit is what keeps the Corps experience diverse and unique for every cadet. Diluting the culture of every outfit leads to less motivation to be a better cadet overall because they don't have pride in their outfit to begin with. Additionally it would reduce the buy-in for freshmen because their experience would be less personal if they were to be shoved into a larger group that didn't have different focuses and would be a less intimate buddy class as well.

I'm          My son is a fish in        We have several other legacy outfit members. The plan to homogenize the freshman class would ruin any legacy.

There are always going to be terrible outfits. Disband them if they get out of hand for too long.        nearly got disbanded when I was a fish. We had 25 fish and 17 remained after first semester. 4 of us were

passing! We won the General Moore award the next year. We stick together like dogs.

Outfit experiences are what makes the Corps unique. My outfit has been around since        . We used to be the best. We won GM my pisshead year and got 2nd my zip. We were the BEST outfit on the quad. Times change. But we are still        . My son hasn't earned        yet. If you propose the homogenized Corps,        will go away. So will the hard standards that        Company brings to the table for its fish.

How to make the Corps standards? We should tell the fish they are required to say "howdy" starting from fish camp. Into FOW, and lead by example. The Corps sets the standard. We say HOWDY. Simple solution. HOWDY!!!

What makes the corps experience significant is the ability to develop relationships with your buddies. As a non contract seeking cadet myself, the only reason I joined and have stayed in the corps is for my buddies. Doing anything to inhibit the creation of these relationships destroys what makes the corps unique.

First, the Corps commander needs to set the vision for the Corps and those under his or her lead need to implement the vision. Standards are critical. There is nothing wrong with individual outfit experiences but the outfits need to still have standards to meet and the outfit leadership needs to be heald accountable when these standards aren't met. This gives outfit leadership the ability to learn to motivate their outfit without demoralizing their outfits. Every organization is made up of teams of teams. The small teams have to learn to work together to fit into the larger picture. Just like a military unit, healthy competition is good but there has to be the understanding that in the end, both outfits are a part of something greater.

Remove CTAs, give better outfit autonomy, increase cross outfit training. You want more corps experience? Find ways to improve outfit involvement with other outfits. You kill outfits. You kill the corps. That is fundamentally what the corps is built on.

If you remove the outfit identity, you remove the oldest tradition at TAMU.

There are always going to be bad outfits. When grades slip and retention slips in a particular outfit, put the microscope on them. If they continue to suck, then threaten to disband them.

What you can't do is basically disband EVERY outfit and go to some west point basic training system. We are the Aggies. The Aggies are we. We don't do it like them and this is Texas A&M University, not a military academy. The Corps keeps the Spirit of Aggieland around here.

If you remove the outfit identity, you remove the oldest tradition at TAMU.

The Corps of Cadets overarching culture is to set the basic standards that each outfit adds to and creates the true experience that all cadets want, take a look at all males and why they are the best outfits.

 Allow more interaction between Corps staff and outfits instead of it being autonomic entities.

You can't, but diversity is what makes the Corps so great. It's why it's known to produce such good leaders, there's variety within them.

You were once a member of this organization. Don't you feel connected to those who were in your outfit after so many years of being away? The outfit is the bedrock of the corps. Yes, getting an education, developing leadership skills and life lessons are very important. But the relationships you form during your time are just as important. that is being an aggie.

Every outfit has their issues. Like I said, many have a cadets vs staff mindset, and in exercising this mindset, they only receive more discipline, driving them to either retaliate or stop caring. Neither is good for outfit development, and neither sets a good example for fish, who don't know what a good leadership model is supposed to look like yet. But again, taking away what can be valuable training time (especially physical) to do, say, SOMS briefs, does not make much of an impact on the way the cadets lead. They don't like being told what to do. They like to learn hands-on, firsthand, and experiment. And that's not all bad. When problems arise, however, it is important that especially fish know they are able to make their own decisions if they are uncomfortable. They are allowed to speak up. In some cases, they will never be satisfied with the training because they simply cannot handle the rigor and didn't know what they were

getting into. There is nothing wrong with that, but standards should not be lowered, and outfit activities should not be banned, just to meet the lowest common denominator for retention. This is supposed to be a military program with a military training style. It will be hard. It will make you question yourself. It will not make you feel good. It is supposed to test your ability to act under pressure, to suffer with others, and most importantly, to develop as leaders. The corps has great examples of good leadership and of bad leadership. As much as bad leadership can be toxic to an outfit, it is important for cadets to recognize it and want to make that change. It shouldn't be higher's job to keep every outfit accountable for leadership, but outfits should work things out on their own. This isn't to say there are no consequences or people keeping accountability; I believe that should fall on the major unit leadership. Bringing outfits together under the major unit, especially if outfits look up to their MUCs, will have a more impactful result than guidance coming straight from higher itself (everyone is arguing that the current state is not a cadet-led corps).

I am not in a position to answer this as I am an alumni from many years past and am not sufficiently familiar with the current programs. I can only say I believe it is a holistic issue and not one that fragments the historical and existing structure of the corps.

If a large percentage of the corps is joining because, essentially, it is a fraternity or sorority like experience (I.e. they are neither joining the military nor seeking a four year long experiential leadership course), we will never transition away from outfit culture. They can claim they want to be leaders, but they really want to be fraternity president. However, if new cadet recruits ARE looking for a four year experiential leadership, then we should abandon the outfit culture.

It's simple, impart leaders with the values and regulations associated with the corps, and train them to utilize those as a frame of reference akin to commanders intent. Then provide them to tools and formats to standardize processes, then simply oversee. This allows the individual outfits to set and define their training priorities and create long term visions for their units year to year.

Perceived disparity? Who perceives it? This is a loaded question, what metric is there to actually determine this disparity? What specific Corps standards are being ignored? If this is indeed the case, isn't that the job of MU staffs and CTOs? What is the purpose of the chain of command if not to enforce corps policies?

Enforce a minimum standard. Individual outfit cultures should contribute to that standard bringing their unique elements. More supervision (but not direct interference) from the Bulls solves this.

Outfit experience is the Corps experience. The outfits are not a weakness but a strength. Not a single person in an outfit doubts that they are apart of the overall corp, they see themselves as apart of the outfit as their family and the corps as their organization. As I mentioned earlier, the outfit culture is why im still here. After every silver taps or memorial we pray and talk together, our upperclassmen have supported us and suffered with us through the worst of this year, inside and outside of the corps. The traditions and "culture" that they pass down we accept not because its a tradition, or its just something we do, but its because we emulate those we respect and look up to, and thats our family, our outfit. My identity is a cadet in the corp, but more specifically, my identity is found in my buddy class and upperclassmen, who understand what I go through because they've been there through all of it, and in the upperclassmen's case, put their heart and soul into planning and our development. Our outfit has made it abundantly clear that every single aspect of the corp is for the fish, is to lead and guide us. Anytime something has come across wrong or not gone as intended, it is fixed quickly and to the fullest extent, because they are here for us professionally and personally. Im proud of my outfit, my upperclassmen, and my buddies, these are the ones I suffer snd struggle with, the corp is about people, building strength and relationships, and being the spirit of aggieland. You learn those in the outfits, not a classroom. You learn how to develop

and be strong through people close to you who care for you and give you everything, like our upperclassmen. You learn how to love and help others by being in a buddy class that becomes an extension of yourself. Taking away the outfit experience in any one part damages all of the others as well.

I'm sure this may not be 100% popular, but perhaps more popular than removing Freshmen from the outfits. My experience at USMA was that following the Sophomore year, all the cadets moved to new companies/outfits. This enabled meeting new people and developing additional relationships, but also allowed for growth by being able to move beyond perhaps a challenging experience in the first two years, or to enable the new Juniors to more easily come in a NCO-leaders where no-one has any pre-conceived notions about them whether it be the Seniors or the Sophomores. It's kind of like a clean slate opportunity when they really need to perhaps outrun their knuckle-headedness of the first two years and when the Sophomores need someone to hold them the the standard, and not necessarily their drinking buddy. This would perhaps need to remain within the various "ROTC-types" to keep some semblance of the appropriate service culture, but this will also help provide more commonality across the Corps. Are there ever lectures, guest speakers, lessons that are brought in just for a particular class? Where topics are discussed that they all experience that are most relevant to them? And I don't mean bring all the Sophomores in and tell them how they aren't doing a good enough job keeping their rooms clean. But where they are all getting an experience together? Are their any other sort of "class-specific" activities that bind the class to each other and to Corps-wide traditions versus outfit traditions. We had class-level events at USMA (Yearling Winter Weekend, 500th Night, 100th Night) and the plebes had to be able to recount how many days to each of these upcoming events and how many days until we Beat the Hell Outta Navy... That Corps-wide telling by the plebes of an upcoming event that each class would participate in furthered that we were all part of the same thing. I full recognize TAMU and USMA are different and serve different purposes, and trust that you will discern the meaning behind what I'm offering and not as a suggestion that you mirror it be mirrored. I believe outfit traditions are important, to this day 30-yrs later I can remember the motto of one of the USMA companies I WAS NOT in because of how they shouted it. A small thing for sure, but heck, it bound them together - even if the rest of us had to endure it. If leadership positions are standardized, and roles/expectations are standardized, and certain events are made central to both the learning opportunity and the bonding opportunity, and then more people are getting their shot at some of those roles, then you will have a more common-across the quad experience that should meet Corps standards. In the mean time, outfit t-shirts, outfit PT, outfit songs, outfit mascots, etc are all good ways to allow some individual outfit experience as well. - John Horning, COL, US Army

This was an excellent point I found that the commandant made however I believe his reaction was far to extreme as I personally never felt this concern was made clear by him or his staff. The introduction of an idea as radical as Fish Academy feels to the corps like a punishment for not executing a vision we did not know we were expected to execute. To start, I believe that corps culture is synonymous with outfit culture. Outfit culture is to me the predominant factor that makes us different from every single academy and SMC. There is a healthy drive of competition and buy-in that is able to be generated on a small local scale that drives you to want your outfit to be the very best and this begins with the fish as they are the future generation. I believe that the issues in a lack of accountability for the freshman and standards of other outfits begin at disconnect at the minor and major unit levels. There is little to no sense of minor unit pride and while I by no means believe that outfits should have a part in training or imposing there own culture on other units fish, I do believe it would be beneficial for minor units to begin taking responsibility for one another. I by no means suggest that other outfits should pisshead another outfit's fish in a traditional sense however I absolutely suggest on-the-spot corrections and communication between outfits. One way to make this easier would be mass whip-outs at the beginning of the year similar to how outfits do, except to other outfits in the minor unit. Ideally, this will promote a more comfortable attitude towards a unified minor unit while maintaining outfit culture and "sovereignty". This would help a much broader standard and ultimately lead to a more unified corps.

The Corps Experience IS the differences and identities between outfits. Some outfits will excel at certain things based on their identity. Not every outfit can be a cookie cutter copy of the next. Yes, this doesn't result in everyone having that SQ-12 GPA or that K-2 Bloody Cross time, but that's why kids join the corps, so they can take pride in the identity of the outfit they've invested in. Just make sure everyone has the same opportunities, which I think has been the case ever since I was in.

This question implies outfit culture can't coexist with the overarching corps standards. Stop focusing on the March to 3000, we know it's just for the sake of money. Focus on QUALITY not quantity.

The Corps Experience starts with your buddies. Every class I have been able to talk to has said the same thing: "You marry and bury your buddies". Creating a fish dorm eliminates this. Part of the corps that is special is that not only you belong to one of the most unique organizations at the university and in the nation, but within it you belong to a family of cadets that you can trace back to the start of the outfit. An out of state cadet that is the first Aggie in their family can come to the Corps and have a family that is there no matter what. No other organization has that. The can grow from their an join a special unit like FDT, PMC, or RV's and now belong to another unique family. The Corps Experience is your outfit identity. Every outfit says that they are "the best damn outfit anywhere" for a reason. They can compete against other outfits in Corps challenges but gain their best friends with they join together in special units. Killing outfit identity hurts the Corps experience and eliminating the difficulty of special units hurts the pride of being accepted into them.

Embrace the differences. The Corps has a tremendous opportunity because of the unique nature of Texas A&M and the traditions of the Corps as both a Senior ROTC program and an elite University with such a large and diverse student body. Allow outfits to emphasize different things and celebrate them. That will also help with recruiting and retention. For instance, an outfit that emphasizes athletics. An outfit that emphasizes different traditions at Texas A&M that they can take pride in (E-2 obviously does this with Reveille but there are countless others). An outfit that emphasizes community service. An outfit that emphasizes different Corps organizations such as PMC or FDT. Outfits the emphasize physical fitness preparedness like Rudders Rangers. Outfits that emphasize different majors such as Engineering, Business, or Agriculture. The more prospective students feel they have options the more likely they are to join and to be happy with their choice and take pride in their outfit. It also shouldn't be discouraged for outfits that want to remain all male or even have an all female outfit if the students want one.

One thing that surprised me when my son did Spend the Night is the overwhelming majority of kids were staying with a small number of outfits that they requested. The best outfits recruit well and have a reputation that prospective students want to be a part of. I took pride that my old outfit Squadron 17 was one of them and my son stayed with them. Yet the attitude from the staff I visited with seemed to be very negative about it. The obvious answer to me would be to look at what those outfits are doing and see how that can be replicated by other outfits instead of seemingly resenting a successful model.

Of course there should also be objective standards that all are expected to follow and Corps wide goals. Academics. Retention. Military bearing and inspections. Discipline. Those should be universal and expectations should be met. They should be the goals that every outfit strives for and is evaluated by. The more objective the better. Measure to those standards and make sure that the leaders of the outfits know what they need to do to be considered successful and what isn't satisfactory. Hold them accountable to those standards and if they aren't met attempt to support and assist them in doing so and when necessary make changes.

Survey Corps members about what they care most about the Corps and why they joined. Try to gather information from those who would be excellent candidates but didn't choose to join, for instance any students that spent the night but didn't convert. Know what students care about both for why they joined and why they stay or why they didn't. That's how you grow the Corps. That's how you build motivated cadets and help with retention.

I'm Class of '93 and was and was        (I considered a contract but ultimately didn't take one, as an aside I likely would have gone Reserves or National Guard had those options been more emphasized).
                                        and served 28 years in the Air Force. I have 2 sons. One did Spend the Night but ended up going to
                    where he has a Leadership position. My other son is a Junior who is an exceptional student and is in excellent shape who plans to attend A&M and study Engineering but at this point based on what he has seen with some of my other Corps buddies kids (3 of which had sons in the Corps) he

has little to no interest now. I've donated to the CCA and my Dad donated incredible amounts of time and money to the Corps throughout his life.

I only say this as someone who has a lot of different perspectives and I care. I know that any decisions made will be criticized and make some unhappy. Change is part of the process. I'm happy to speak about it or to connect you with my 3 buddies who have all had varying experiences with their sons.

Gig'em,

I touched on this in the first question. I'm not sure what the current regulations are regarding the freshmen. But, I can assure you that the individual outfits think they are too soft. The Corps is meant to be hard. You should expect kids to punch. Not everyone can handle the rigors and that's ok. But that is what makes the experience valuable. I have a son that wants to enter the Corps next year. He wants it to be hard! He will be a great cadet. My biggest fear for him is 4 years of distrust with leadership outside his outfit.

My suggestion is the Trigon re-analyze their current regulations on freshmen. It should be a difficult year! PT is not bad. Freshmen can be yelled at and made to push. And they can do that and still make their grades. The outfits will respect a Trigon that has their back.

Educate parents and incoming freshmen about what they can expect. They are going to be yelled at, punished and broken down. Parents and cadets should know that when they look left and right during FOW, chances are that cadet won't be there.

How do you do this and get to your goal of 3,000? Recruit the right kids. The CCA's database of former cadets needs to include "children" and their ages. The CCA can then focus efforts on the children of former cadets when they are high school juniors/seniors.

What outfits are successful in recruiting? Why are they successful? Use those outfits as a guide.

This whole issue with cadets not saying the corps hump it is just the fact that I can't hear when it happens. Maybe have it start as soon as the canon goes off. Spirit of 02 fires and then everyone starts shouting the corps hump it sounds very motivational to me. I think the idea of having a group FOW isn't a bad idea. It would standardize training and make sure that all cadets are taught proper standards instead of just the units that deem the standards important. It would also be cool to have more opportunities to compete against other SMCs in ways that we can see. Healthy competition between outfits and pride for those outfits isn't a bad thing though. It pushes cadets to compete with one another and get better. I know for a fact that if I'm in a bad situation and I yell "old army fight" it doesn't matter what outfit I'm in, anyone in the corps around me will have my back.

the answer here is simple, accountability. If you hold individual outfits, and cadets to the same level of accountability you will create a shared experience that is not diluted by disparities between outfits

Once again, open discussion. Some outfits may cling tightly to traditions and ways of training that are either unproductive or counterproductive to leadership and personal development, but not everyone does!! Fish have upperclassmen to hold them accountable for mistakes (which are minor at this stage), but upperclassmen need to hold themselves accountable for far greater responsibilities. This will be accomplished by connecting whitebelts across the Quad and encouraging open discussion about training styles and outfit culture that others can then comment on and provide suggestions for improvement. When applied to our current training style, this will greatly improve freshman experience.

In combination with my first reply, I also believe we need to offer more development for our D&C folks. As a retired Army officer I fully embrace and have personally benefitted from the Corps' excellent ROTC programs and the immersive military environment of the Corps. But rather than allow our D&C folks to just "be along for the ride" maybe we should consider a non-military leadership and staff position on the Commandant's staff who shepherds the flock of D&C cadets, leads initiatives focused on their development, and advises the Commandant and key stakeholders on this significant population of

cadets. I view it as a General Officer / SES type relationship. I'd have a lot to flush out with this recommendation but this is a starting point for the discussion. Please let me know if you'd like to discuss further. -Jason Blevins

Accept that most cadets are not in the Corps for the Corps, their top priority will always be their buddies and their outfit. The Corps experience is defined at the outfit level, not the Corps level. The Corps provides a framework and guidance structure for the outfits, it's cannot exceed that role, or else resentment will follow. No former student looks back on their time and chooses an activity that involves the entire Corps as their favorite memory, those memories are always with buddies and with outfits, and those memories are what keep people in the Corps and keep children and grandchildren of cadets coming in

By having the corps staff be the people to monitor and oversee the behavior of the outfits. Not the CTOs. The more involved CTOs and the Comm staff are in desision making and monitoring, the less the corps is a cadet lead organization.

What perceived disparity? Nothing has been presented that shows an actual disparity. If there is any factual disparity, it would be a lack of discipline and leadership coming from the Trigon. Everything that I have seen or read has been a knee jerk over reaction. It is over the top, and fundamentally destroys the Corps.

The individual outfit experience, IS the basis for the Corps experience. It is the focus. It is the everyday. It is the three-meter area of control.

What was stated by Gen Patrick Michaelis on the two posts he made on the You know you were in the Corps at A&M when... Facebook page, will without a doubt do exactly what you are trying to prevent.

Let a Cadet that comes into a certain outfit change to another without question. Usually they have already done their homework on why they want to change. If this keeps their mental health in check and they do not punch it is a win. This idea of separating the Fish is ridiculous. My Fish is furious with this idea.

I believe there is no systemic and problematic disparity between individual outfit experiences and corps standards and values. As a cadet I am told by my outfit everyday to exceed the standard in my actions, represent the corps and the outfit well, and stay true to the values of the university and our organization. Outfits acting in such a way that disregards the standard and the corps is very rare in comparison to how much larger our organization is compared to others. There will always be those who divulge from the standard and act in a way contrary to our value this is of course unfortunate. However changing how an organization operates on a whole rather than disiciplining individuals involved and identifying the steps that allowed those individuals to deviate sop thoroughly from our organization.

In the Fall of 1974, almost 50 years ago, I arrived as an incoming fish in the Corps. My outfit experience is the main reason I am still passionate about the Corps and want to see it continue to evolve and remain relevant as a training ground for future leaders. For many, the outfit is where lifelong friends are made, maturity develops and life-lessons are learned. Attempting to "reconcile the perceived disparity" should not be a goal in my opinion.

The Corps standards and values can be exhibited in a variety of ways. Different outfits have historically found ways to do so effectively or they have been disbanded, with members assimilated into other outfits. The perception of disparity has ebbed and flowed over the years and will continue to do so because the Corps is a dynamic organization. If that ever ceases, I suspect that the Corps will die a slow death.

Commandant - Thank you for your good intentions, your continued efforts and for taking time to listen to an old Ag that learned many things from upperclassmen with little formal leadership training, who often got it wrong, but didn't quit!

Please see answer #1. Accountability at unit/outfit level. If not performing get disbanded and dispersed to other more successful outfits. ( maybe bottom 5or10% of get automatically disbanded each year?).

Accountability at the Unit level as well as individual level. The Cadets know the standard going into each year and know the expectations and consequences.

Set clear left and right limits and allow BDE commanders to do the same. I was the L-1 CO Class of '22 and the 1st BDE Commander always set clear goals and left and right limits for us. Armed with that information I knew exactly what/when/where/how my outfit could plan and execute training. The best part of that was that the training we planned and executed had our personal outfit spin on it which made it feel genuine and truly ours, which helped to increase buy-in overall. If you and the CTOs and the Hollingsworth center can create very broad and clear left and right limits and then allow BDE commanders to interpret that and pass it down the line each outfit will know what they have to work with and cannot get mad when they step out of line for potentially going too far on one side or the other. It all comes down to clear communication and you as Commandant trusting your cadet leadership. The Corps is cadet-run and should always stay that way, but it would help leadership out if they had clear guidelines to follow. Also, something that could help would be more Corps-wide competitions, something similar to Bloody Cross but not necessarily always something physical because certain outfits excel in different areas. Maybe holding monthly or quarterly big Corps-wide competitions would help to make people buy-in and be proud to represent their outfit and the Corps overall.

A lot of big words there but don't worry I got an answer. People in outfits aren't more outfit centric than corps centric because that's just the way things are. They are like that because of you. The Corps stack represents to cadets a commandant staff that is looking to inhibit their experience and the rest of cadets experience while here at Texas A&M. And when you put out something like this I can understand why! They see a corps staff that seem to be puppets of CTO's. Same thing with MUC's. They see bulls that are itching to see you screw up so they can pounce. That's what the Corps Stack represents to most cadets. But it doesn't have to represent that. There can be a united Corps that doesn't just unite when bad decisions come down from comm staff. If you really want cadets to live up to Corps Standards and values, allow them to lead and actively participate in this experience without them having to look over their shoulders at a bull waiting for them to screw up. Discipline and Mentor when necessary, absolutely. But don't walk onto the Quad and act like your responsibility is to fix all these broken individuals or a broken system. Your job is to give these young men and women an environment to fix themselves. There was a time when one of the most popular shirts on campus was "Rent a Friend, Join a Frat" with a Corps stack on it. If you want people to have pride in that stack again and not just their outfit logo, allow that Corps Stack to be theirs, not yours.

You don't. The outfit experience IS the Corps experience. A-Co is not B-Co, nor should it be.
If you want to increase unity amongst the Corps, and particularly participation in the Corps hump-it, actually do the hump it more than once or twice a year. We all memorized it because it was a campo, but we never actually did it. When we would, no one knew the cadence or tempo for it. Figure that out, practice it during FOW, and then do it before each march in and before any Corps trip and March to the Brazos.

maybe it's time to consider retirement away from the Quad.

Hold cadets to standards, hold outfits to standards. Instill the Corps values and standards within the outfits. Embrace the mantra of lead, follow, or out of the way. Make standards actually count. ONE PT test for the Corps with ONE standard of measurement, age, sex, ableness should not matter. Either one can do the job or one can't, a buddy who can't get another back isn't a buddy, but a liability.

First, throw out the bad ones. Should all-male units still be around? We have seen units do better with females and males so why are there still all-male units (there aren't any all-female units...)? PT is not everything but it seems to be a big reason all-male units are still around. In my unit, PT is for the middle 80%. Those who want to go harder go to the gym or do STS or something more challenging for them. So, first, fix some outfit's culture. Second, do not allow different standards for different outfits. Some examples are burnt windshields, backward brass, unique spearheads on guidons, different ranks for guidon bearers, allowing females to wear earrings in PT and Charlies, female fish buns, allowing blackbelts to cross the elephant ears, and not allowing fish (or certain cadets) to say certain words). Outfit culture is a lot harder to change than simple changes to the Standard. Yet, I think a "crack-down" on

those small changes to the Standard would help. Another thing is that everyone learns differently and we all need different things. Some would like community service while others want perfect marching. That's the great thing about the Corps. You get a unique but relatable experience. One more thing, I have seen the older cadets are wiser and have great feedback. My Ol' Lady last year was 3 years older than me and she was amazing. Cadets from D-Co also have great advice. There should be more ways we can interact with them and learn from them.

Addressing the perceived disparity between individual outfit experiences and overarching Corps standards and values, while preserving the unique identity that defines the Corps experience, requires a nuanced approach. By introducing more layers between command staff and outfits, we can create a structure that facilitates better communication, oversight, and alignment with Corps-wide objectives, without compromising the distinctiveness of individual outfits. Here's how this can be achieved:

**1. Intermediate Leadership Bodies:** Establish intermediate leadership bodies or councils that serve as liaisons between the command staff and the individual outfits. These bodies would be composed of representatives from various outfits and command staff members, ensuring that there is a direct line of communication and feedback between the two. This structure allows for the concerns and suggestions of individual outfits to be heard and addressed, promoting a sense of inclusion and participation across the Corps.

**2. Standardization and Customization Balance:** Implement a framework that outlines core standards and values all outfits must adhere to, ensuring a unified Corps identity. However, within this framework, allow for customization where outfits can infuse their unique traditions and practices. This balance ensures that while the Corps operates cohesively under shared standards, the individuality of each outfit is not only preserved but celebrated.

**3. Leadership Development Programs:** Introduce specialized leadership development programs that focus on equipping leaders at all levels with the skills to navigate the challenges of maintaining Corps standards while fostering outfit identity. These programs can include workshops, mentorship opportunities, and scenario-based training that prepare leaders to effectively manage the dynamics of their specific outfits within the broader context of the Corps.

**4. Enhanced Oversight Mechanisms:** With additional layers between command staff and outfits, implement enhanced oversight mechanisms to ensure that all outfits are aligned with Corps standards and values. This could involve regular assessments, feedback sessions, and reporting systems that allow for continuous monitoring and support. However, these mechanisms should be designed to empower outfits rather than impose unnecessary control, encouraging self-regulation and accountability.

**5. Cross-Outfit Collaboration Initiatives:** Encourage initiatives that promote collaboration and interaction among different outfits. These could take the form of joint training exercises, community service projects, or leadership retreats. Such initiatives help to bridge the gap between individual outfit experiences and the overarching Corps identity, fostering a sense of unity and shared purpose.

**6. Transparent Communication Channels:** Ensure that communication channels between command staff, intermediate bodies, and outfits are open, transparent, and efficient. Regular updates, town hall meetings, and feedback sessions can help maintain a clear understanding of Corps objectives, standards, and the value of outfit identities within this larger framework.

By introducing more layers between command staff and outfits, we can create a more supportive and responsive structure that addresses the disparity between individual outfit experiences and Corps-wide standards. This approach not only reinforces the shared values and objectives of the Corps but also ensures that the unique identity and traditions of each outfit are preserved and respected, enriching the overall Corps experience.

You know when I was a fish, I had to high port the "fish guidon" back from the Brazos river. It was 7 miles and the "fish guidon" was a 6 inch wide, 8 foot tall tree trunk.

You know what? I made it back. This was the hardest thing I have ever done in my life and now I am 50 FIFTY. It changed my life forever.

There is no way this would be permitted these days for for God's sake, LEAVE THE CADETS TO DO PT. You are making a very WEAK CORPS.

My son (a current fish) says it's too easy. He was a high school wrestler. I put him in the Corps to make him even stronger, tougher and a better leader. If it's not going to be a PT challenge, and he's D&C, why would he do this AT ALL!!!!!??????? STOP with your RESTRICTIONS!!! My son needs to be crapped out!!!

I believe input shouldn't just come from the highest up people. There should be a system in such a way that the leaders such as CO's act as representatives for their whole outfit as opposed to just their opinions. It is the responsibility of the leaders on a smaller scale to bring the whole opinion, not just their own, to the leaders on a larger scale and the smaller scale leaders need to be made aware of how important they are. Without this, the majority of people that are lower on the chain of command are all of the sudden surprised when a decision was made that they don't like

"perceived disparity between the individual outfit experiences" - What is this? Perceived by who, what disparity, do people not like their outfit? If you do not like something be the catalyst of change within the outfit. There were things that our Zip class changed and I am certain that the Butts under us made changes when they were leaders.

Please define the Corps standards and values that are not being upheld. It goes back to accountability, if outfits are not meeting the standard, then address the problem at that level. If the Corps is not meeting the standards, then first examine the standard (is it relevant), then examine the leadership at the highest level.

Pretty much how it works in the corporate world - when an individual does not meet their goal - it goes on their evaluation and they are coached or eliminated. If the organization is not meeting the goals of the shareholders, then the CEO is coached and often eliminated.

Is there a problem here? More context is needed.

Let the outfits have their own identity and if they are hazing beyond PT, then punish them. YOU ARE RUINING THE CORPS. LET THE FISH PUSH AND LET THE RV'S RUN. FOR God's sake man, what are you DOING?????

The individual corps outfit experience is the what makes the corps so unique and honestly is one of my favorites. As a former CO, it was amazing to build an outfit culture that made us seemed different and not just like anyone else. I believe making members in the corps feel unique is a great thing. I understand the flip of the coin where if it goes too far, it can be a deterrent to the unity of the corps. I believe by analyzing the outfit cultures and identifying those cultures that can be dedicated to specific corps wide goals can help create a greater sense of achievement. So make the overall corps wide goals tailored to outfits around the quad that best suits their cultures. I think that would increase buy into not all the outfit culture but also into the corps identity. Another consideration, make FOW longer and more standardized. Select representatives from all around the corps and have them teach then they can go to specialized outfits. Kinda like a boot camp where everyone learns the same but do it in the summer and not during the regular year. I think by doing that, you can produce a more united corps but also help develop a sense of uniqueness

The purpose of each outfit at its very core is to follow the Corps mission statement: To develop well-educated leaders of character prepared for the global leadership challenges of the future. We can reconcile the perceived disparity between outfit experiences and overarching Corps standards and values by reinforcing good leadership. Current leadership involves staff and higher deciding who will be the next CO, 1SG, etc. without seeking input from cadets in their outfit. This results in leaders being chosen who can present themselves well at interview but be completely incompetent or lack the character and core

values to lead their unit to success. By seeking cadet input through a survey or form for every leadership position, we can align ourselves closer to a cadet-led Corps and achieve success.

The purpose of each outfit at its very core is to follow the Corps mission statement: To develop well-educated leaders of character prepared for the global leadership challenges of the future. We can reconcile the perceived disparity between outfit experiences and overarching Corps standards and values by reinforcing good leadership. Current leadership involves staff and higher deciding who will be the next CO, 1SG, etc. without seeking input from cadets in their outfit. This results in leaders being chosen who can present themselves well at interview but be completely incompetent or lack the character and core values to lead their unit to success. By seeking cadet input through a survey or form for every leadership position, we can align ourselves closer to a cadet-led Corps and achieve success. NOTE: Company A-2 has been blessed with good leadership. I am speaking of other outfits where this has not been the case.

Recruiting needs to be equitable. In the early 2000s my phone push list was not the same as the legacy outfits or all male outfits.



"Percieved" being the key word. Every outfit has their different experiences, that is what makes the Corps unique compared to other academies. Because you are trying to make it an equal experience for everybody, you are taking the fun out of the Corps of Cadets and the challenge I personally came here for. Those who seek a challenge seek outfits that will actually challenge them. Therefore, you should let outfits push their freshman during formation, allow them to do smokers more frequently, and allow them to teach their fish mental resiliency. By you limiting outfit activities and by having a commandant's brief on Monday mornings, you are doing the exact opposite. Instead, let cadets be challenged, let them learn and be taught that fish year is far from easy. If other outfits don't wish to smoke their fish? Fine! That's their decision, because the people in that outfit did not come to the Corps for a challenge.

You are trying to make everything the same for retention purposes. No! Like I said earlier, retention and motivational programs that remind cadets the Corps is supposed to be challenging would increase retention as a whole! Those who simply don't care? Let them punch, because they are the ones that aren't willing and aren't capable of upholding the standard. They are also the ones that do not seek a challenge, like many other cadets do. As a reminder, prospects are interested in the outfit, not the Corps as a whole. It's quite baffling to see that prospects come in for a challenge and instead are being softened up, being told they "are doing something hard" when in fact they are not. I know for a fact when I came in as a fish in an all-male, I was seeking the challenge. Now, every day I am more and more disappointed because I do not get what I came here for. And now, you're trying to make it even softer, for retention purposes. Please, I cannot say it enough, please allow outfits to make it harder on their fish. It's not "student-lead", as you call it, if some outfits are limited to what they can do. The Corps is getting softer and softer, and is not the challenge I thought I signed up for.

Outfit pride and culture is a big deal and should be celebrated. Healthy competition should be embraced to its fullest. Every outfit is not going to be a carbon copy of another (how boring). There is too much history and tradition (The Band vs C-2 and Flight of the Great Pumpkin come to mind as an example). This is why we have outfit level awards at the end of the year! You don't join the Corps for a participation trophy. Consistent 360 evaluations between classes in outfits should produce real data. Comparative analysis can be performed to determine disparities (if they are really there). Decisions should never be based on perception, that is a recipe for disaster. I've heard rumors that some are thinking that all Fish are somehow not fully affiliated with an outfit. I think that is also a disaster waiting to happen. Fish will have an affinity for an outfit based on many factors. My father was a Naval officer when I attended so I naturally found a welcoming place in the Regiment. It would be better served for incoming Freshmen to be polled/surveyed on affinities and help place them into an appropriate outfit.

Thank you for providing an opportunity to give feedback. I loved my Corps experience and use lessons learned all the time. I look forward to continuing to see a strong Corps of Cadets and the fostering of new leaders in our society.

Maintain true free time for cadets. Free time that is regularly interrupted by upperclassman barging in dorms is another form of intimidation. Reward outfits with higher retention rates. Post actual retention rate publicly for every outfit so that cadets are better informed of the outfit they are selecting. Outfit culture should not vary so significantly from Corps culture. Outfit culture forces cadets to urinate in their dorm sinks rather than leave the dorm and pass an upperclassman in the hall. Is that Corps leadership?

The cadet-led corps didn't have this problem. The outfits ARE different, thank goodness! Some are athletic-focused, academic-focused, service-focused,...thank goodness! What unifies them are things that have been taken away: greeting outside the outfit, formation, PT,...The routine of the Corps should be similar for all of them. But outfits need to be able to have their own identity. Healthy competition between them (as long as it's not nasty) is healthy and should be encouraged.

I would like to see the differences between the outfits better described on the Corps website and in recruiting. If an engineering major who wants to do well academically but isn't extraordinarily fit (and doesn't care to be), he should be able to eliminate the outfits where athletics is a focus without doing Spend the Night with all the outfits. The Corps can serve more students if the outfits are different, as long as the main parts are the same.

I really liked the reasoning in your FB proposal to the Old Ags. The current recruiting process is truly nothing other than a shot in the dark. My cadet really tried to get to know the different outfits based on their social media posts, but it is too heavily dependent on the skills of whomever is posting and they do not know the culture of the group they are selecting.

I think the idea of a fish Brigade and a Sophomore Leadership academy is excellent. I loved the idea of the fish getting to know the different outfits and their cultures in advance of their selection. In addition, I think it's also important for an adult to get to know the cadets and know the culture of the outfits and place cadets based on a multitude of factors. I believe many fish may push, simply because they are not a fit for the culture of their outfit and truly, they cannot switch outfits without the shame and ridicule from their former buddies.

I read your concern about moving the fish, mid year and I truly think you could have the outfit selection be during the 2nd semester and the fish remain in the fish brigade all year.

. His outfit was disbanded twice, and I'm sure it was for good reason based on the stories I've heard. I am a member of Corps Mom's, Quad Mom's, Fish Mom's and Aggie Corps Parents and can share that many of our fish have had drastically different experiences based on the outfit they are in.

We need to be raising gentleman who are leaders with integrity and confidence and unfortunately, that is not the culture all cadets are experiencing.

There can be a new process to where all of the upperclassman are good bulling with the fish during their first semester. Once they are placed with their individual outfits, then we can initiate a time where we keep them to the standards that are required for our individual outfits while also maintaining their general corps standards and connections.

You don't. By putting the fish separate and not in outfits, you don't. It's diluted by 85%. Not to mention fdt, band, and rudders will ALL suffer immensely.

Fish do need protection from the ongoing hazing. But to separate them fully is going to cause more issues within the corps. Like it is currently., but with more oversight and accountability. Possibly increase an ethics and morals position within each outfit for members to confide in and provide feedback or action items. This would be better than the change that has gone out.

I do not believe that there is a "perceived disparity" between outfit experiences and the Corps standards and values. I believe that outfit experiences, or outfit culture, ARE the Corps and thus comprise its standards and values. I said before that I would outline how outfits should function with staff, and I shall explain more here. Corps Staff has come to believe through some misguided interpretation of their role that they are meant to personal lead the Corps into a unified vision of what they think it should be, that the Corps Commander's job is to standardize the experience and create a system similar to the military academies, where every freshmen receives the same experience. I believe that this is foolish, because a system that is entirely the same becomes stagnant. I believe in innovation and diversity, both things that create a system where by which information can be shared across outfits about what works best and what doesn't. I believe that outfits should communicate regularly, but this does not mean that they should be the same. I believe in a system of Darwinian evolution, by which outfits with poor retention and recruitment fail, and outfits that succeed thrive and continue in their success. I believe in a future that is ruled not by the whims of Corps and Comm staff that directs the Corps without cadet input or vote. I believe in a future that is designed and directed by regular cadets, where every member of the Corps can feel that their voice matters and that they are contributing to the direction in which this organization is headed. This is not this Corps that we have right now, but it needs to be if we are to survive as an organization that is run by and for cadets.

Disband the corps block at football games

A reason why cadets often have the attitude of "I love my outfit and hate the Corps" is because of bureaucracy and low standards often ignored for retention. This often starts right from FOW. Corps leadership control of FOW is something cadets do not like. FOW comes with many restrictions that cadets on cadre believe impedes on their training. Not allowing training outside after 1000, having PT that does not reflect what outfit PT consists of, having fish in corps-wide briefs for much of the training days, and limiting cadre members to 7 upperclassmen when there is no shortage of highly qualified cadets who are willing to sacrifice a week of their summer to train freshmen. As cadets, we don't have malicious intent or ill will toward freshmen, we do truly want to develop them into strong and high quality people who know how to manage adversity. Upperclassmen in most outfits have a very diverse portfolio of experiences since coming to A&M and life in general and we all want to impart that wisdom on our freshmen to help them succeed in their studies, social lives, their involvement in organizations, and their plans for after college be it graduate or professional school, the private sector, or the military. Cadets want to be able to train freshmen because they want to build genuine relationships with them and continue the fraternal aspect of the Corps. The bureaucracy in leadership selection and FOW strains this. Cadets often believe that their outfits train to a higher standard than the Corps at large which is something to take pride in, creating a disparity between Corps-wide training events and outfit training. Allowing more training opportunities along with decentralizing leadership to allow the outfit commanders to make the best decisions for their people and creating less bureaucracy in the Corps of Cadets will make the Corps of Cadets a more positive place and truly exemplify the Corps experience.

normally I'd just say FIDO, but not in this case. We will fight this one till the end and you won't get your way.

During my senior year of high school I had a zoom meeting with every single army outfit on the quad. I made it my goal to find the perfect outfit. What I found instead is that every outfit had its own benefits. I found A2 attracted totally different future leaders than D2 yet they both attract people to the corps. This sense of outfit community attracts people to the corps. One of the main reason second-generation cadets come back is because they have seen the power of the outfit. There is something so special about showing up to FOW and being assigned your family. From the buddies to the cadre everyone is there for that outfit. This culture does not degrade the corps culture however it adds to it. Being able to make a smaller, closer group your family helps people buy in. It helps them feel that they are home. Once fish are past FOW all echelons of their units should encourage them to participate in both special units and organizations off of the quad. This will help them meet other cadets and begin to help them buy into the corps culture AND the university culture at large.

In terms of pure standards corps wide the results of inspections and physical fitness tests should result in remedial training. However, these inspections (namely the Office of the Commandant inspections) should be more standardized. Currently, if you get some advisors you are liable to be degraded and treated as less than human while other advisors show you they care. I think this point also applies to almost all interactions with advisors which has put traditions such as whipping out at risk because you are liable to be lectured even if you are doing it outside and in a non-distracting manner.

In conclusion, outfit cultures are what make the corps culture. Each outfit is a puzzle piece that helps people buy in and contribute to the corps culture overall. With more participation in special units and general student organizations, we can strengthen corps culture. This encouragement on special units paired with remedial training based on inspection results will pull the corps up and help us come together.

How do we reconcile the perceived disparity between the individual outfit experiences and overarching Corps standards and values, without diluting the identity that so defines the Corps experience?

I believe the disparity is the result of second and third order effects of prior changes implemented primarily to preserve the academic day and reduce "Corps Games" impact of freshman. By removing these elements of the fish experience, we have insulated fish into their outfits and allowed them to exist with little input from surrounding upper classmen.

I don't necessarily think those changes were all bad but when done without consideration for other impacts they resulted in fish who don't have to run down the quad, thus not meeting upper classmen outside their outfit. Fish no longer speak to upperclassmen on all floors when going through their own dorms. Again, reducing their chance to meet other cadets outside of their outfit. Fish pranks, aka details from Mr. Claus, don't happen anymore. As a fish these allowed me and my buddies to meet and eventually drop handles with most of the upperclassmen in our dorm. We were invited to outfit parties because of pulling off particularly daring pranks. Through this we got to know the other outfits. I don't get the impression from talking to current cadets that this happens anymore.

To build Esprit de Corps everyone must feel they are held to the same standard. When people feel they are living up to the standards, or the perceived standards, and others are allowed to slack they become disillusioned.

Build opportunities for cadets to interact with other outfits through competitive events. Ideally these would be conceived of and executed by the cadets, but it might take some guidance to get that process started.

As a recent former student '22, the major issue you face is apathy.

Unfortunately, I believe this apathy has been self-inflicted by Comm Staff; the result of an inadequate amount of adversity that cadets and 1st semester fish experience. Has Comm Staff mistaken adversity as a reason for poor retention? If so, why does retention seemingly get worse each year, even with the myriad of changes made to the Corps?

I found my first semester incredibly challenging. It was physically and mentally draining. Yet, overcoming and earning my Brass with my buddy class made it meaningful. This was reflected on the daily level, when my buddies and I would overcome whatever smoke session, rack drills, or afternoon training our upperclassmen could throw at us. Those small wins kept me going, and most importantly they taught me valuable lessons that I thank God for learning now as an officer in the USAF.

Now I understand that continuing traditions merely because its always been how we do things is misguided. However, there can be great logic and reasoning behind those traditions. You killed Rack Drills, but they taught me how to work with peers, communicate, and survive intense situations. You killed Fallout Holes, but they where I formed incredible bonds with buddies and learned to mentally prepare for difficult situations. You don't believe PT should just be smoke sessions, but I truly learned who I am and that all things end when my class would be smoked. These are such incredible lessons I am so fortunate to have experienced, that I am much better off with.

When these traditions and aspects of the Corps were removed, we began to lose meaning in the Corps. At a point it becomes more of a professional development organization than a military leadership organization. Could I not get the same experience being in toast masters or another student club? Just do what the Corps does best!

Give cadets meaning again, and I believe that you will be truly impressed. You can already see this in how certain outfits that are known for being more difficult often wear the uniform better and follow the standard better (i.e. SQ-17).

Cadet leadership must be heard. The Corps, from a cadet perspective, appears to make a lot of dumb decisions, and once the decisions are made, we cannot change it no matter how much our voices raise.

It is very apparent to many of us that our upper-level cadet leadership is not brutally honest with those employed for the Corps. Our ideas are squashed, our training is hindered, and our voices drown in the silence of indifference.

By listening to cadets, allowing us to take charge, and trusting us with training that pushes the limits of our people, we will regain pride in the Corps. We care about outfits much more than the Corps because outfits are a family, and we feel like our family is under attack. I WANT to have pride in the Corps, but decisions like this make it hard to.

If I need to expand more upon these responses, I'd be more than happy to talk in person. I would love to, in fact. I truly hope this helps.

There has always been unit experience disparity. Ones experience in a Pre-Med outfit vs an Ag outfit is going to be different. Certainly make sure all in leadership, from Sophomores on up, understand the Corps standards and values, but accept different outfit cultures as the norm.

I believe this is created out of thin air and takes away the value of what is happening at the outfit level. I would seriously consider where I am hearing such discrimination against outfits from and be hesitant to assume such things. If this is from people within genuine outfits? Or if this is from people no longer in outfits or no longer/never were members of the Corps? My outfit has not only set the corps standard but as an outfit culture there is an expectation that we exceed and hold ourselves to a higher standard then that expected of us. It's what has made my outfit so successful as leaders and as men and women in life. Without outfit culture you cannot have Corps culture. Our individuality it is what allows us to unite as one Corps. We are all together different but the beauty of it is we serve the same purpose to better cadets for the future.

Different units and cultures exist for a reason. An organization this large will not be unanimous in its people's individual ambitions, goals, or personalities. The ability to invest into a unit that suits one's

personality and goals is what lends itself to be part of a large and successful organization. Competition between the units is also very healthy, just like siblings in a family. Requiring the same standards be met from every person in an organization is also a good and reasonable thing, but even higher standards within individual outfits doesn't work against the organization. It helps it, in fact. Having events and special units for people across the quad to meet and form relationships creates a more cohesive corps, though people can't be expected to know everyone due to sheer volume of people. If commanders have more responsibility over their people, then standards will also fall onto them to meet and exceed. Outfit experiences are the heartbeat of the Corps experience and values.

This is the biggest and most important question. Corps identity is important, as is that of the individual outfits. Rather than just jumping in with a massively disruptive solution (based on a "perceived disparity," no less), has there been a serious study of how and why this has occurred over the years? There was strong unit cohesion and identity during my years there, but I don't recall it being at the expense of Corps identity (though I could be wrong) … Perhaps the most painful and apt comparison can be the gradual, almost imperceptible changes over the years that led to the bonfire collapse -- small reductions in standards multiplied over time created catastrophe.

I took tremendous pride in belonging to the Corps, as I did with my individual outfit. But I would have chosen my outfit over the Corps every time, as would most cadets, I suspect. This is human nature, and can't be reorganized or trained away without diminishing the entire experience and unique nature of the Corps. As I said earlier, my outfit experience has been the most positive lasting influence the Corps has had over my lifetime. I also learned a lot about how to lead, follow and grow, but it's the personal relationship that matter most. I did not serve in the military following my time at A&M, but without exception, when I ask my buddies who did serve what they miss most now that they are retired from service, they ALL respond the same: the camaraderie. They never say "the comprehensive leadership training." That's not to say that training and development isn't important, because of course it is, but it needs to be a partner to the development of personal relationships.

In the business world, the most productive, satisfied employees are those who report they are part of a strong culture and those who have positive personal relationships with their coworkers.

I promise you that when I die, surrounded by friends, family and my group of brothers who have stuck together for decades through thick and thin, I won't wish that I had more leadership training and less opportunity for camaraderie during the most formative period of my life.

So, the answer is, BOTH must be stressed. Corps expectations and standards must be upheld or else consequences should ensue. The problems I've seen discussed – fish aren't whipping out to those not in their outfits or chains of command, cadets not participating in the Corps hump it, etc. – are all symptoms of a leadership structure that has forgotten how to instill pride and encourage participation. It's not a fault of the org chart, and it's not a problem that requires massive disruption. Fish will do what is taught, emphasized and demonstrated to them. In the '80s, before units were integrated, I had upperclassmen who would specifically tell us not to whip out to female cadets. Imagine if they had encouraged the opposite, and then stressed why it was important to conduct yourself professionally in every circumstance? If the things that are NOT being done are important, and I'm sure they are, then focus on rewarding those things and providing strong examples of the benefits of doing them. The problems we experience are never more than one college generation -- four short years -- from being completely eradicated.

This is a HUGE PROBLEM. The unit "t" traditions and cultures are absolutely diluting the overall Corps identity and creating unnecessary friction. Solution ...
1. Be more selective in unit leadership. The CO/SEA selection process must weed out prospective leaders who are more wedded to their unit's "traditions" and culture than the Corps'.
2. Accountability. Cadets DON'T hold each other accountable. Period.
3. Followership. With all the emphasis on Leadership the Corps does a terrible job at developing "Faithful Followers" who understand and support the organization's mission and culture. This starts with freshman AND sophomores, but the priority are the JUNIORS! (Yes, the forgotten class year). Get the JUNIORS on board with faithful followership and you'll make some real progress.

4. Refine ALL unit traditions. Here's the litmus test: Does this unit tradition or activity edify and unite the outfit or does it create unnecessary divisions and in/out groups? If the answer is the latter, get rid of it. For example ... EVERYTHING in Company E-2 that involved Reville is toxic, creates in/out groups and creates disunity in the outfit ... yet the OOC enables these activities to continue resulting in one of the most toxic outfit cultures on the Quad.

You are looking at this completely backwards. You want to recruit more, and your answer is to kill the outfits identities that recruit themselves? It's hare-brained. The outfits that have their own identity are recruiting with no issues. In fact, they usually have to turn away cadets. Figure out what part of their identity is causing demand from HS students to join, and encourage the outfits that have trouble recruiting to emulate their successes. The more you try to kill outfit identity, the harder time you will have recruiting.

I would also encourage you to start having some bulls on staff that were d&C cadets at A&M. Ones that have spent their lives in sales, marketing, etc. Ones that think outside the box, instead of just trying to force the same box on everyone.

Seriously...what justifies taking PT away from the best upperclassmen in the Corps? Check your ego at the door, sir.

What you are describing is communism and has never worked in all of history. Encourage the lower performing outfits to emulate the high performing outfits. I will follow up with a question for you, what lessons have you learned, specifically, and how will you implement change in your own decision making process, specifically

Best question ever. Do the opposite. Promote outfit individuality. Create separation and specialization opportunities between outfits. In my opinion, healthy and civil competition is the best way to create enthusiasm and growth. Outfits will adjust to suit and cater to their strengths, attract recruits, and improve on weaknesses. See my prior answer to creating project leadership opportunities. My son will join next year and we've been watching YouTube recruiting videos per outfit. Would be great to find a Civil Engineering outfit or an Ag outfit, etc. Nothing says you can't have standards and values as a whole and still remain individual. There's nothing more American.

You don't. Outfit pride is what makes the Corps special. Forcing integration on outfits was a mistake during my time in the Corps and still is today. Some cadets don't mind being in an integrated outfit, especially those signing contract, but to some cadets it's a big deal. I was one of those as was most of my friends in the Corps. I was a D&C cadet and joined the Corps for the fraternal aspect and to be closely intertwined with the traditions of the school I love. There is a reason why there are fraternities and sororities; they aren't coed. As I'm sure you see, the outfits with the most pride are the ones that have that fraternal feel to them. I know my friends from the Corps are still my best friends today. I wouldn't have that without that environment I was fortunate to be a part of. I have a son that has already been accepted into the university and plans on joining the Corps. I will say that if the Corps is changed and he can't be a part of a non-integrated outfit, he is out, and as a father I will support his decision. I love the Corps but it's because I loved Spider D first. Lastly, outfits having their own identity is what helps cadets find those that they want to be around and become lifelong friends with. Doing away with outfit pride will water down the Corps and hurt recruiting a heck of a lot more than it will help it. Don't make the Corps softer because you are worried about retention. If it's not hard you don't grow from it. In the real world people quit their job all the time. Companies move on with the next man up. I've lost few employees over the years that were truly missed. The strong ones stick around. I have been with the same company for 23 years. Had good times and bad, but the hard times I had my fish year are what shaped me and made me the types of person who could withstand the tough times. Worry about making the fish strong so they are prepared to lead. Don't cater to the weak ones.

Please allow me to rephrase this question: How can we preserve the individual unit experience while balancing the Corps standards and values?

Not all units are/were the same. Not all military services are the same. Not all branches within each military service are the same.

You cannot from a "position on high" create an environment in which everyone succeeds to the exact

same metric. Look at the growth on the number of shoulder cords worn in the Quad. In my day there were three unit level cords, Moore, Hochmuth and Scholarship. Now we've added a few more.

I cannot confirm but I was told the blue and white cord is for scholarship. If the blue and white cord is for scholarship, what is the gold star for? And there was once a ribbon worn for achieving a 3.25 GPA. Wow, in one semester seemingly you can achieve a trifecta of uniform accoutrements.

However, you can pretty much expect the units having "pre-med" to win the scholarship cord. Certainly, not the "jock outfits". Perhaps a bit of expectation management is in order.

Likewise, if needed to better prepare fish for the rigors of u nit life, let's expand the Freshman orientation (Beast Barracks style?). Let's prepare our fish for the rigors of the Corps, but let's not modify its structure. This is still college, not basic training. The Corps is there to get an education, not prepare for war. And that is a difference.

And for heavens sake, allow members of the Corps to "run" and lead this fish preparation period. Keep the Trigon away. Allow leadership development by the upper classmen while preparing the fish.

You mentioned hiring four more Leadership advisors. (Just what the Corps needs, more representative of the Trigon.)

How about taking that money for salary and benefits and use it to bring in successful leaders as nominated by former members of the Corps of Cadets.

Have the former cadets nominate these leaders and the Trigon can vet them.

Especially, leaders who rose and succeeded as a result of their Corps experience, or despite it.

We have a large talent pool who have a lot to give and would be most willing to give back to their Corps in developing leadership for the Cadets. Put them up in the campus hotel for a few days and allow them to interact with the Corps. Allow the good with the bad….

I always am amused when I come upon a cadet or groups, and they hungerly want to know of my experiences as a Cadet. All the Trigon needs to do is tailor those "experiences" to those having an impact (good or bad) in their lives.

And it does not have to be limited to Aggies either.

I believe that having slightly different values between the outfits is part of what makes the Corps strong. Allowing fish to choose which culture suits them allows for a unique experience that you can't get at any other ROTC or academy.

Allow the outfits to excel and emphasize different things based on its culture while also having values that all the outfits can unite behind such as determination and leadership.

A big part of the difference is that the outfits do not trust Corps or Comm staff to train their freshmen because they don't have great experiences with either. CTO's are generally seen as fickle and inconsistent and Corps Staff is generally seen as resume builders that don't really care about people. While these aren't always true by any means, these perceptions exist for a reason.

This is a really tough one. I like the idea of a stronger FOW experience, one which really emphasizes the Corps and Cadet identity. The idea should be "by the end of FOW they should be able to return home and have their parents be astounded by how neat, courteous, and attentive they are." They should be transformed in this process. I think 4-6 weeks is the absolute minimum time for that transformation, but I also recognize that a lot of that transformation should occur in unit (i.e., the unit's culture and narrative should EMPHAISIZE and strengthen the influence of the Corps values in the fish).

Maybe every unit should provide a list of values (some sort of manifesto) which elaborates on and emphasizes the Corps values. This manifesto would help units to see how everything that makes someone a good cadet should make them a better Trident, Gladiator, Killer etc.

Maybe start a propaganda campaign that makes it looks cool to just be a CADET. (I would call this campaign "I am Cadet"). This is my silliest idea to date but I can totally see how it could give people solidarity as cadets. But it would involve a lot of old footage and heritage moments strung together to remind us of the awesome patriotic and red ass history of the corps. Basically bring the corps center to instagram in a way that makes everyone say "hell yeah the corps is awesome". One of my favorites is the story in the corps center about how the Head yell leader stopped a riot at the 1926 Baylor/TAMU football game by having the band play Taps. The riot ended immediately when the whole corps (previously rioting) stopped and came to attention. I read that and it made my heart ache to be part of that organization.

Lastly we need to focus more on the Cadet oath. Or make a cadet creed. But I'm afraid it would just become a joke.

∨ **Public Information Records Details**

| | |
|---|---|
| This request is for: | Texas A&M University |
| Summary of Request: | Re-file of J000762, without redaction authority per 4/10/24 Fradkin email. |
| Describe in detail the Record(s) Requested: | 4/11/24 email: |

Also just confirming that you're still moving forward on seeking the OAG opinion for the new request on J762.

Original Request J000762
From: Patti Artavia
Sent: Monday, February 26, 2024 7:03 AM
To: open-records@tamu.edu
Subject: Open Records Request

Please see attached letter. Thank you

Patti Artavia
Senior Paralegal/Case Manager
2016 AAJ Paralegal of the Year
VBAttorneys.com
Direct Dial (832) 791-3118


Pursuant to Section 552.001, et seq., of the Texas Open Records Act, Public Records Information, please produce the following documents:

● All documents or other materials related to the Office of the Commandant's plans regarding the so-called fish Brigade, including but not limited to any documents from any working groups and any communications regarding the same.

● All materials, studies, communications, etc. referred to in the Commandant's February 2024 Facebook post regarding "socialization," "leadership education," discussion of the "communal/fraternal aspects of the Corps," any studies or materials concerning same, any discussions or studies of outfit v. Corps culture, the Rellis experiment in late 1940s and 1950s wherein fish were moved to Rellis Air Force Base and any studies or documents concerning same, any study of retention or attrition statistics, any proposed "re-mapping" of the core curriculum, any documents or other materials related to re-writing the Standard and the "Cadence," and any documents or materials related to Commandant's Guidance to the Corps or any drafts of same.

● All documents or materials related to the 4 Leadership Development Advisors and any documents related to the Commandant's plans moving forward regarding the Corps of Cadets.

● Any and all email or other digital communications from anyone in the Commandant's Office to anyone else related to the subject of the Corps of Cadets or any restructuring of the same.

● Any and all communications from anyone at Texas A&M concerning the plan to restructure the fish and Corps experience, including from the Office of the President of Texas A&M, the Office of the Vice President of Student Affairs, and the Board of Regents.

● Any discussions, communications or materials related to Diversity, Equity and Inclusion as they related to any proposed changes to the Corps of Cadets and any analysis or reference to the recent laws in Texas as they relate to same, and any analysis regarding whether any proposed changes

| | |
|---|---|
| Date From: | |
| Date To: | |
| Preferred Method to Receive Records: | Electronic via Records Center |

Do you agree to the redaction of information that is subject to mandatory exceptions, provided such redactions are clearly labeled on information you receive?:          NO

Do you agree to the redaction of information that is subject to discretionary exceptions, provided such redactions are clearly labeled on information you receive?:          NO

> **Category**

___

﹀ **Clarification(s)**

___

Clarification(s):          STAFF: Please describe any clarifications requested and received.

> **OAG decision requested**

___

> **Exceptions**

___

> **Charges**

___

﹀ **Notes**

| Note | Created | Modified |
|------|---------|----------|

| | | |
|---|---|---|
| Narrowed:<br><br>On Thu, Mar 7, 2024 at 9:30 AM Brian Beckcom wrote:<br>Ms. Kacer:<br>Thank you for your form letter. I obviously am not requesting a blind search, or an unlimited search, and my request is obviously limited in scope and time. I also note that you have not objected to some of the requests, which makes the responses to those requests now one day overdue. Please produce any and all materials to which you do not object immediately, or advise why you refuse to do so.<br>For the sake of compromise, we are willing to limit the request at this juncture to the years 2023 and 2024. We are willing to limit the scope to personnel in the Office of the Commandant, Office of the Vice President of Student Affairs, and Office of the President.<br>With respect to identifying the name(s) of individuals with documents, that objection is quite obviously improper as well as illogical. If I knew all the name(s) of the people involved, I wouldn't be sending a request, obviously. In fact, one of the purposes of information requests is to learn the personnel involved.<br>With that said, there is a limited number of personnel employed at the Office of the Commandant and the ROTCs, in fact the website lists less than 25 employees, so your form objection that A&M has "thousands" of employees is frivolous.<br>I would suggest you start with these folks: https://corps.tamu.edu/staff-directory/<br>I would likewise request that you inform the personnel in the Trigon, the ROTCs, the Office of the Vice President, and the Office of the President of their continuing obligations under law to preserve all documents, communications, and other matters. Destruction of documents -- even those subject to document retention procedures -- is improper and impermissible under Texas law, and may result in a variety of consequences both individually and institutionally, so please ensure that the relevant personnel understand their obligations in this regard.<br>Thank you. Please do not hesitate to call me with any questions. In the meantime, I look forward to receiving the materials to which there are no objections today.<br>Going forward, I request that you copy my colleagues Patti Artavia and Brendan Fradkin, cc'd above, on all future communications.<br>-bb<br>VBAttorneysLessons from Leaders PodcastMy Bio Video | 4/16/2024 3:23:00 PM by Tricia Bledsoe | 4/16/2024 3:23:00 PM by Tricia Bledsoe |
| Please cc these email addresses when we send to Requestor:<br>brendan@vbattorneys.com; patti@vbattorneys.com | 4/10/2024 6:24:00 PM by Tricia Bledsoe | 4/10/2024 6:24:00 PM by Tricia Bledsoe |

⌄ **Message History**

Date

On 4/24/2024 9:36:10 AM, Knesha Brashear wrote:
CC: open-records@tamu.edu; patti@vbattorneys.com; brendan@vbattorneys.com
**Subject:** Public Information Records :: J001320-041024
**Body:**
04/24/2024


RE: PUBLIC RECORDS REQUEST of April 10, 2024, Reference # J001320-041024

Dear Brian Beckcom,

The information we are no longer seeking to withhold in response to your request #J000762 is available and can be obtained by visiting the <u>Public Records Online Portal</u> and logging in from the " My Request Center" tab.

Please note we have redacted information confidential under FERPA and 552.114 of the Tex. Gov't Code. Information confidential under FERPA can be redacted/withheld without seeking a decision from the attorney general.
Finally, in accordance with Open Records Decision No. 684, we have redacted information confidential under section 552.137 of the Texas Government Code.


Sincerely,

Knesha Brashear
Open Records Office


On 4/23/2024 5:11:01 PM, Melanie Burns wrote:
CC: openrecords@tamus.edu; open-records@tamu.edu
**Subject:** Public Information Records :: J001320-041024
**Body:** 04/23/2024

For Requestor: Brian Beckcom (J001320-041024): WITHDRAWAL OF OAG DECISION REQUEST

The Texas A& M University System is withdrawing its request for a decision from the Office of the Attorney General of Texas regarding your open records request to Texas A& M University.  Attached is a copy of our correspondence being submitted today.

Thank you,

System Open Records

On 4/19/2024 4:09:02 PM, Melanie Burns wrote:
CC: openrecords@tamus.edu; open-records@tamu.edu
**Subject:** Public Information Records :: J001320-041024
**Body: 04/19/2024**

**For Requestor: Brian Beckcom (J001320-041024): REQUEST FOR OAG DECISION**

The Texas A& M University System is requesting a decision from the Office of the Attorney General of Texas regarding your open records request to Texas A& M University.  Attached is a copy of our correspondence being submitted today.

Thank you,

System Open Records

| Date | |
|---|---|

On 4/10/2024 5:44:23 PM, System Generated Message:
**Subject:** Texas A&M University Public Information Request :: J001320-041024
**Body:**
Dear Brian Beckcom:

We received your public information request for **Texas A&M University**.  Your request was given the **reference number J001320-041024** for tracking purposes.  Please refer to this number when making inquiries about your request.

You can monitor the progress of your request at the link below and you'll receive an email when your request has been completed.

Thank you for your interest in **Texas A&M University**.

To monitor the progress or update this request please log into the Public Records Center.

On 4/10/2024 5:44:21 PM, Brooks Moore wrote:
Request was created by staff

## ⌄ Request Details

| | |
|---|---|
| Reference No: | J001320-041024 |
| Created By: | Brooks Moore |
| Create Date: | 4/10/2024 8:00 AM |
| Update Date: | 5/7/2024 11:40 AM |
| Completed/Closed: | Yes |
| Close Date: | 4/24/2024 9:36 AM |
| | |
| Status: | Information Released |
| Priority: | Medium |
| Assigned Dept: | TAMU_Open Records |
| Assigned Staff: | Open Records University |
| | |
| Customer Name: | Brian Beckcom |
| Email Address: | Brian@vbattorneys.com |
| Phone: | 8327913118 |
| Group: | TAMU |
| | |
| Source: | Email |

TAMU-0432

EXHIBIT

20

| | |
|---|---|
| **From:** | Moore, Brooks |
| **Sent:** | Friday, April 26, 2024 9:37 AM |
| **To:** | 'Brendan Fradkin' |
| **Subject:** | RE: Public Information Records :: J001320-041024 |
| **Attachments:** | EMAIL RE_ Class Request - Rudder Theatre.pdf; CMDT Note to All .pdf |

| | |
|---|---|
| **Categories:** | Orange Category |

Brendan,

The email reserving Rudder Theatre is attached. We do not believe this was responsive to the request but are happy to provide it.

The second is the original FB post, which I believe was previously provided. We do not have access to the FB group because it is a closed group not under the university's control.

The powerpoint you referenced was previously provided, on pages 23-24 (timeline).

The university did not have any proposed lesson plans/curricula.

Brooks

**R. Brooks Moore | Deputy General Counsel**
Office of General Counsel
THE TEXAS A&M UNIVERSITY SYSTEM

**From:** Moore, Brooks
**Sent:** Thursday, April 25, 2024 5:02 PM
**To:** 'Brendan Fradkin' <brendan@vbattorneys.com>
**Subject:** RE: Public Information Records :: J001320-041024

Brendan,
See below. I will let you know when we have something to report on the items for which TAMU is searching to see if they have information as noted below.

Please know that the university's Open Records Office is short-staffed from yesterday until May 1, so this is affecting their response time a bit. They are doing their best but still have approximately 87 open requests.

Brooks

**R. Brooks Moore | Deputy General Counsel**
Office of General Counsel
THE TEXAS A&M UNIVERSITY SYSTEM

**From:** Brendan Fradkin <brendan@vbattorneys.com>
**Sent:** Thursday, April 25, 2024 11:02 AM
**To:** Moore, Brooks <RBM@tamus.edu>
**Subject:** Re: Public Information Records :: J001320-041024

1

Brooks,

I've reviewed the fish brigade documents and there are a few references to other documents that should have been searched for and included if found.

Emails reserving Rudder Theater Complex (referenced on p.1) <mark>Moore Response-Outside scope of request</mark>

Powerpoint Sharing Updates (referenced on p.2-3) <mark>Moore Response-TAMU is looking to see if they have this information</mark>

Proposed lesson plans/curricula (referenced on p.27) <mark>Moore Response-TAMU is looking to see if they have this information</mark>

Mike Reilly Communication to Sherri LeVan (referenced on p.36). Also, this raises the question of other third-party communications to the Commandant and his office discussing these plans. Has an email search been conducted for the Commandant, Sherri LeVan, Meredith Simpson, or anyone else who was working on the fish brigade plans? If not, could you have your TPIA folks search for additional documents? <mark>Moore Response-Yes to first question.  TAMU searched email accounts for all staff in the Office of the Commandant.</mark>

The original facebook communications from the Commandant (referenced on p.37). Similar to the prior post, this raises concerns of facebook or other social media communications related to the fish brigade planning. At a minimum, there is without a doubt an original facebook post with that information. Can you see if your TPIA folks requested this information from the Commandant and his office? And if not, can they please do so? <mark>Moore Response-TAMU is looking to see if they have this information</mark>

If you believe that some of these aren't covered under the requests, please let me know. If they aren't covered we'll get new requests out. If they are covered, please have the TPIA folks do a search and get those produced as soon as possible. Thanks,

On Wed, Apr 24, 2024 at 10:31 AM Moore, Brooks <RBM@tamus.edu> wrote:

> Pages 25-end (152) are what we originally took to the OAG, including the long survey response document previously provided in redacted form.  It is my understanding that pages 1-24 were flagged by Corps staff yesterday as additional planning information that should have been taken to the OAG but were not.  To our knowledge, this is everything on the fish brigade concept.
>
>
> Brooks
>
>
> **R. Brooks Moore | Deputy General Counsel**
> Office of General Counsel
> THE TEXAS A&M UNIVERSITY SYSTEM
>
> ---
> **From:** Brendan Fradkin <brendan@vbattorneys.com>
> **Sent:** Wednesday, April 24, 2024 10:07 AM

Thanks, Brooks. It looks a little different than what we talked about so I just want to make sure it's the right thing. J0762-J1320 are the policymaking documents related to the fish brigade? My initial understanding was that it was one big document only containing the fish brigade plans. The released documents have communications, survey results, meeting notes, charts, etc.

Can you clarify if this is indeed all of the fish brigade stuff?

On Wed, Apr 24, 2024 at 9:53 AM Moore, Brooks <RBM@tamus.edu> wrote:

The information has been released.

Brooks

Sent from my IPhone

On Apr 24, 2024, at 7:12 AM, Brendan Fradkin <brendan@vbattorneys.com> wrote:

Thanks, Brooks,

When can we expect the documents?

On Tue, Apr 23, 2024 at 5:13 PM Moore, Brooks <RBM@tamus.edu> wrote:

FYI.

Brooks

3

TAMUX-3403

**R. Brooks Moore | Deputy General Counsel**
Office of General Counsel
THE TEXAS A&M UNIVERSITY SYSTEM

**From:** Texas A&M University Public Records Support <texasam@mycusthelp.net>
**Sent:** Tuesday, April 23, 2024 5:11 PM
**To:** Brian@vbattorneys.com
**Cc:** SO-Open Records <OpenRecords@tamus.edu>; open-records@tamu.edu
**Subject:** Public Information Records :: J001320-041024

**Attachments:**
WITHDRAWAL_NOTICE_-_Beckcom__J001320-041024_.pdf

--- Please respond above this line ---

04/23/2024

For Requestor: Brian Beckcom (J001320-041024): WITHDRAWAL OF OAG DECISION REQUEST

The Texas A&M University System is withdrawing its request for a decision from the Office of the Attorney General of Texas regarding your open records request to Texas A&M University. Attached is a copy of our correspondence being submitted today.

Thank you,

System Open Records

To monitor the progress or update this request please log into the Public Records Center.

TAMU-3400

--

Brendan Fradkin

VB Attorneys

832-791-2337


Follow us on **Facebook**, **Twitter**, **LinkedIn**, and **Instagram**
Why hire VB Attorneys
The best compliment you can give our team is the referral of someone who needs our help.

--

Brendan Fradkin

VB Attorneys

832-791-2337


Follow us on **Facebook**, **Twitter**, **LinkedIn**, and **Instagram**
Why hire VB Attorneys
The best compliment you can give our team is the referral of someone who needs our help.


--
Brendan Fradkin
VB Attorneys
832-791-2337

Follow us on **Facebook**, **Twitter**, **LinkedIn**, and **Instagram**
Why hire VB Attorneys
The best compliment you can give our team is the referral of someone who needs our help.

TAMU-3437

EXHIBIT
21

| From: | Schlather, Byron L |
| --- | --- |
| To: | Muchow, Jason A |
| Cc: | Wright, Shanna A |
| Subject: | RE: Class Request - Rudder Theatre |
| Date: | Tuesday, January 16, 2024 4:32:00 PM |

Howdy, Jason!

After speaking with Meredith Simpson last week, we'd still like to use Rudder Theater as our first option (except for our first session, which we'd like to conduct in the Auditorium).  We are aware of the cost associated with this request.

This series of lectures is not tied to an academic curriculum or class.  It is a speaker series that includes the Commandant and other members of his staff.  We did some additional planning yesterday, and our first event is likely to be on 5 February (vice 26 January) with all freshmen and sophomores attending (roughly 1250), so we'd like to hold that session in the Auditorium.  We plan to conduct subsequent sessions on Mondays with the freshmen (about 700) and Fridays with the sophomores (about 550) in the Theater.

The MAC is not regularly set up for lectures/presentations, and the Office of the Commandant does not own the space—it belongs to Music Activities.

v/r,
Byron

**LtCol Byron L. Schlather '93, USMC (Ret)** | Deputy, Corps Operations
Office of the Commandant | Division of Student Affairs | Texas A&M University
1227 TAMU | College Station, TX 77843-1227

ph: 979.458.8458 | bschlather@corps.tamu.edu | corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**CORPS OF CADETS** | We Make Leaders

**From:** Muchow, Jason A <j-muchow@tamu.edu>
**Sent:** Thursday, January 11, 2024 3:11 PM
**To:** Schlather, Byron L <bschlather@corps.tamu.edu>
**Cc:** Wright, Shanna A <shanna.wright@tamu.edu>
**Subject:** Class Request - Rudder Theatre

Howdy Byron, following up on our call earlier.

As discussed, I understand the need to make this happen, but I do feel that the Theatre should be a <u>last</u> resort option. There are several reasons for that, one of the biggest being the fact that we charge for space usage & this would work out to around $1,200 per week to support.

Please let me know if you need assistance locating another space for this to take place.
-jason

P.S. How many does the large band rehearsal hall hold at the MAC?

**Jason Muchow**| Associate Director

University Center & Special Events | Operations

1232 TAMU | College Station, TX 77843-1232


ph: 979.845.8903 | j-muchow@tamu.edu | http://rtc.ucenter.tamu.edu

--------------------------------------------------------------------------------

**TEXAS A&M UNIVERSITY**

**EXHIBIT**

**22**

All – well, looks like the rumor mill got well ahead of a final decision.

This below is a long post with a lot in it to strap in for a moment:  Last week, after a lot of discussion and working groups, I made a call to move out on planning to restructure Cadet 'socialization' and 'leadership education'.  Below lays out the logic – it is long, but it is because there is a lot to process in the 'why' here.

Since November I've had the staff working through options directly addressing the balance between the communal/fraternal aspects of the Corps experience and the leader training and education program that the Corps (and the Office of the Commandant) mission reflects.

Observations:

- Tradition above leader development.  There is a certain truth to a note sent to me by a Cadet earlier this year when we had a discussion about the culture of the Corps.  To quote: "Too often we put tradition above leadership development".

- Outfit culture is challenging Corps culture.  If you've witnessed the drop in basic Corps standards such as 'whipping out', uniform standards, simple things such as a lack of ability (or enthusiasm) to rally behind a 'Corps Hump it' – this is what I'm talking about.  Watch underclassmen address upperclassmen on/off the quad:  for the most part – it is only directed within the outfit – we are not meeting expectations this way.

- Corps standards and values don't apply to my unit.  I've detected an 'it does not apply to me or my unit' pattern.  This is deeply embedded in the previous two points.

- Peer accountability is hard.  I remain steadfastly committed to empower student leadership with authority and responsibility, but it also means they are accountable within a set of standards and values.  Holding each other accountable is the hardest act of leadership – there is growth here, and it continues to grow.  Young leaders are grasping (and not grasping) that being 'student led' also means it is within a framework of guidance, standards, values, and accountability.

- We need to expand leadership opportunities.  Our breadth of leadership positions within the Corps are lacking.  This become very apparent in the limited roles the

majority of our White Belts have to expand their leadership experiences. Can we provide 'purpose' here?

- Our leadership development program needs work. We spend a lot of time discussing the 'Be' and 'Do' of leadership, but we are all over the map with 'Know'. A lack of an integrated curriculum map with clear learning objectives the build off each other. ROTC leader development classes and SOMS should be complimentary… but we have drifted in mapping an effective course design. Because we don't have that, SOMS classes have become less effective than they could be. In essence: the lessons of SOMS are 'skipping' off the Corps experience.

- Our retention statistics are telling. From a perspective of statistics I offer the following: We spent an inordinate amount of time working with Cadet Leadership to 'be' the very best example (Know and Do) of a cadre for incoming freshmen for FOW last year. It was the first time in a while that Cadets were in the lead. And they did a OUTSTANDING job – leading, coaching, inspiring, teaching – being aspirational to every new freshmen. The numbers told the story: we lost just over 1% of freshmen that week. An incredible tribute to leadership in action. But then the rest of the Corps returned the first weekend, and within 3 weeks our attrition bumped to 10%. An incredible statistic that can be interpreted in a myriad of ways. I chose to interpret it this way: our investment in (1) leadership development of 'ALL' cadets is not where it needs to be, and (2) our Freshmen were not given the time/space to be totally prepared for the rigors of cadet life in an academic setting. This is also a realization that students coming to A&M are probably smarter than most of us where when we showed up, but at the same time, they are less mature.

Current Actions that have been in place:

- Connecting 'recruiting to retention' – an initiative brought forward by Cadet leadership under the assumption that if you have the right culture, you should be rewarded: outfits can recruit 1.5 times the number of freshmen that remain at the end of the school year. This allows outfits that 'have it right' to flourish, and those that don't, to either recover, or attrit themselves out of existence. Yes, Darwin is at work here, and it should be an incentive that works both ways. If you have a bad year retention-wise you can recover if you've got the right culture.
- Re-mapping 'core curriculum'. We are in the process of looking at every aspect of how we bring the leadership models to each cadet. What should every freshmen know? How does it tie to their next leadership experience? How do

we validate 'knowledge' and 'certify' expertise before they lead freshmen?  What do rising sophomores, juniors, seniors need to know to be successful?  How do we create a curriculum map that builds on itself?  I am intimately involved in getting this right.  We are starting now with a top-down approach to arm every rising sophomore and rising junior with the 'tools' to be a better leader at echelon. This is manifesting itself in a spring surge in leadership development led personally by the staff on Monday and Friday mornings.

- We are re-writing the 'Standard' and the 'Cadence'.  We are writing Commandant's Guidance to the Corps in the form of an 'order' that gives the framework for success… and models the behaviors we seek to impart.
- We are hiring 4 Leader Development Advisors – who will be someone cadets want to emulate' to focus on bringing leadership models and reflection to the practical application of every Cadet's leadership journey both on and off the quad.
- We are addressing the maturity of our Cadets by focusing on arming them with the five factors of resilience and how they intersect:  physical, mental, sleep, performance nutrition, and spiritual.  All in an effort to get left of harmful behaviors by helping each Cadet build resiliency in a way that helps them drive through adversity whether on the battlefield or in life.

Internal Discussions:

So the questions posed by me to the staff at the end of last semester:  Why do we do FOW the way we do?  Is it ground in history, tradition, or outcomes?  Do we continue to do FOW the same way we've always done it?  How do we re-imagine leadership development to better prepare rising sophomores and rising juniors for their next (if not first) leadership experience in the Corps, if not life?  How do we more rigorously, intentionally, and immersively bring leadership training and education to life?  How do we achieve balance between the twin aspects of the Corps experience:  leadership development and tradition.   How do we make them mutually supportive rather than mutually exclusive?  Reinforcing rather than the polarizing.

The working groups looked at multiple ways to addressing the above questions.   We looked at models where it is working.  We questioned the assumptions behind the way we've always done it.  We looked at time requirements.  We challenged ourselves to keep in balance the tension between the fraternal aspects of the Corps and the Leader of Character mission we are charged with.

A 'plan to plan' – this is what I said to move out on:

Go bold in honoring the past but pushing ourselves into the future – to remain relevant. To transform the Corps experience to provide leaders of character to the state and nation at a time we need to most.

First, we are establishing a 'Sophomore Leadership Academy'. This is focused on rising sophomores in the second semester of their fish year, and culminates during the first few weeks of the Sophomore year. This will focus on educating, training, modeling, scenario/case study, demonstrating, and certifying that they (1) understand, and (2) can execute what it means to lead in a demanding and aspirational way. No longer can we tolerate the 'least qualified leading the most vulnerable'.

Second – we are extending the orientation period of incoming freshmen to focus on outcomes to be successful: A common understanding of traditions, values, standards; to set conditions for success academically; to incorporate the five factors of resilience into the fabric of the Corps experience; and to drive an articulation of the value proposition of the Corps.

The combining of these two initiatives involves some pretty significant adaptations of the Corps experience up front to ensure we mature the Corps experience in a way that is valuable to all.

The extended Freshmen orientation will last about 5-6 weeks (around Fall Break), culminating in the pinning of Corps Brass. It will be led under a cadre of about 200 Seniors and Juniors who will be exclusively responsible to the training and education of the outcomes listed above. The Freshmen will be consolidated under Major unit 'pods'. Simultaneous to this the Sophomores will be completing their 'certifications' under the Sophomore Leadership Academy. As they graduate, they will be incorporated into the cadre.

After the Freshmen class has successfully been pinned, there is a transition from Cadre to outfit leadership – this transition more closely matches the mental model we all have of our experience. The next 7-8 weeks is outfit integration that rides on (1) the commons set of standards, values, and traditions that all Cadets learn, and (2) under the leadership of outfits (Sophomores who have graduated from the Sophomore Leadership Academy), Juniors, and Senior into the unique aspects and culture of their outfit. This will culminate in an outfit form of 'culmination' that each outfit will have to lay out.

As the Corps completes the first semester, the second semester becomes a selection and a preparation phase for the next leadership position in the Corps.

So what are the friction points? What are the risks?

1. The one logistical challenge we are seeking to solve is the transition from 'orientation unit' consolidation, to outfit footprints. This is a math and a physics problem. Right now the challenge is whether it is feasible to reshuffle the entire quad during the semester (right around Fall break) or do we wait till the transition between fall and spring semesters. This is a big driver of 'feasibility'. There are others: march ins, PT, formations, etc… a lot to think through here.

2. It does not look like the way we've always done it. Completely true. Unless you go back to the 50's where all fish resided at RELLIS (FDT came out of this). I would ask that we all take a step back from our own version of the Corps and allow this to improve our beloved institution.

3. What about outfit integrity? I can see how this can be interpreted if we allow ourselves to be prisoners of our experience. I'd challenge all of us to be 'informed' by our experience and see the future benefit of transforming the Corps experience in a way that results in leaders better prepared for the challenges of tomorrow while building a community that will last a lifetime.

4. What about outfits that have it right? Now they get to get it 'righter'. There are layers upon layers of how to address this. We all have a sense of pride here, I am the same with E-1. But we have to confront the brutal facts that we are losing the identity of the Corps at the expense of outfit identity. That our leadership training and education program needs to be improved. Our current leadership model is bouncing off the fraternal aspects of every outfit. Spend a day with 'your unit' and watch how they interact with other units. You'd be surprised. We are actually addressing a larger concern of Corps identity in relation to the university, the state, and the nation.

5. Impact on recruiting? Outfits still recruit for their outfit. The 'Corps Orientation' Phase is about providing a corps wide calibration of standards, values, and tradition. There is still a hugely important quality of outfit identity in the recruiting process.

6. General.. this is all about quantity! I get this a lot. Here's how I'd address it: (1.) "Old" Army and 'Their' Army are vastly different, but equally as challenging. I watch these young men and women wrestle hard everyday – and the stressors of yesterday pale in comparison to the stressors of today. (2.) Quantity or Quality:

I want both.  And I think we can do it.  There will always, always be some form of attrition.  And I'm calibrating what I think is acceptable.

If you've read this far it is because our version of the Corps experience so incredibly defined our identities, our friends, and our lives.  But we have to move forward in a way that balances the important and relevant aspects of the Corps experience we experienced to where it needs to go next.  We cannot remain relevant if we put tradition above leadership development.   We need balance here.

I look forward to your thoughts as I lay out this plan to keep planning to a group dedicated to 'you know you win the corps at A&M when…'

Thank you.  Commandant.


+++

TAMU-0439

**EXHIBIT**
**23**

**Jason Contreras**

| | |
|---|---|
| **From:** | Brian Beckcom <brian@vbattorneys.com> |
| **Sent:** | Wednesday, May 22, 2024 2:11 PM |
| **To:** | Brendan Fradkin |
| **Cc:** | Jason Contreras; Nicole Myette; Patti Artavia |
| **Subject:** | Re: Beckcom v. Texas A&M - Mandamus |

Jason:

See Brendan's email.

I wanted to work this out, but since you are too busy to talk on the phone for 10 minutes, I'll just summarize briefly what I wanted to discuss with you:

Does your boss know that you are taking a pro-DEI, anti-SB 17 position in this litigation?? Have you sought and received approval from the higher-ups in the AGs office to take this position?

I think the powers-that-be may be interested to know that you are taking a pro-DEI, anti-SB 17 position in this case.

-bb

VBAttorneys
Lessons from Leaders Podcast
My Bio Video

On Wed, May 22, 2024 at 1:36 PM Brendan Fradkin <brendan@vbattorneys.com> wrote:
Jason,

To clarify, we followed the Court procedure by submitting a request for hearing date. We didn't select that specific date.

Are there some hearing dates that do work for you and we can jointly inform the Court?

On Wed, May 22, 2024 at 1:19 PM Jason Contreras <Jason.Contreras@oag.texas.gov> wrote:

1

Brian: I'm not available any earlier than 5/30. Also, in the future you need to confer w/ me on hearing dates versus unilaterally setting them.

Jason T. Contreras

Assistant Attorney General

---

**From:** Patti Artavia <patti@vbattorneys.com>
**Sent:** Wednesday, May 22, 2024 11:56 AM
**To:** Jason Contreras <Jason.Contreras@oag.texas.gov>
**Cc:** Brian Beckcom <brian@vbattorneys.com>; Brendan Fradkin <brendan@vbattorneys.com>; Nicole Myette <Nicole.Myette@oag.texas.gov>
**Subject:** Re: Beckcom v. Texas A&M - Mandamus

Mr. Contreras, is there an earlier date you can have the call with Mr. Beckcom. Right now we are set for next Thursday at 330. He would like to try to get it done sooner. Thank you

Patti Artavia
Senior Paralegal/Case Manager
2016 AAJ Paralegal of the Year
VBAttorneys.com
Direct Dial (832) 791-3118

Follow us on **Facebook**, **Twitter**, **LinkedIn**, and **Instagram**
Why hire VB Attorneys
Tell me how I'm doing: ReviewVB.com
The best compliment you can give our team is the referral of someone who needs our help.

On Mon, May 20, 2024 at 12:40 PM Jason Contreras <Jason.Contreras@oag.texas.gov> wrote:

TAMU-0417

Had to push to 3:30pm b/c of a conflict

Jason T. Contreras

Assistant Attorney General

---

**From:** Patti Artavia <patti@vbattorneys.com>
**Sent:** Monday, May 20, 2024 12:30 PM
**To:** Jason Contreras <Jason.Contreras@oag.texas.gov>
**Cc:** Brian Beckcom <brian@vbattorneys.com>; Brendan Fradkin <brendan@vbattorneys.com>; Nicole Myette <Nicole.Myette@oag.texas.gov>
**Subject:** Re: Beckcom v. Texas A&M - Mandamus

Thank you. What is the best number for him to call?

Patti Artavia
Senior Paralegal/Case Manager
2016 AAJ Paralegal of the Year
VBAttorneys.com
Direct Dial (832) 791-3118

Follow us on **Facebook**, **Twitter**, **LinkedIn**, and **Instagram**
Why hire VB Attorneys
Tell me how I'm doing: ReviewVB.com
The best compliment you can give our team is the referral of someone who needs our help.

On Mon, May 20, 2024 at 12:28 PM Jason Contreras <Jason.Contreras@oag.texas.gov> wrote:

Brian: I'm not available this week. Next Thursday at 2:30pm works.

Jason T. Contreras

TAMU-0418

Assistant Attorney General

---

**From:** Patti Artavia <patti@vbattorneys.com>
**Sent:** Friday, May 17, 2024 1:44 PM
**To:** Jason Contreras <Jason.Contreras@oag.texas.gov>
**Cc:** Brendan Fradkin <brendan@vbattorneys.com>; Brian Beckcom <brian@vbattorneys.com>
**Subject:** Beckcom v. Texas A&M - Mandamus

Mr. Contreras, Mr. Beckcom would like to schedule a call with you as soon as possible regarding this matter. Please let me know if you have any availability early next week. Thank you.

Patti Artavia
Senior Paralegal/Case Manager
2016 AAJ Paralegal of the Year
VBAttorneys.com
Direct Dial (832) 791-3118

Follow us on **Facebook**, **Twitter**, **LinkedIn**, and **Instagram**
Why hire VB Attorneys
Tell me how I'm doing: ReviewVB.com
The best compliment you can give our team is the referral of someone who needs our help.

--
Brendan Fradkin
VB Attorneys
832-791-2337

Follow us on **Facebook**, **Twitter**, **LinkedIn**, and **Instagram**
Why hire VB Attorneys
The best compliment you can give our team is the referral of someone who needs our help.

TAMU-0419

**EXHIBIT 24**

# 61.01     Public Information Act Compliance



Revised November 10, 2022 (MO  -2022)
Next Scheduled Review:  November 10, 2027
Click to view Revision History.

## Policy Summary

The Texas A&M University System (system) and its members are committed to full compliance with the Texas Public Information Act.

## Policy

1.  The system Board of Regents (board) is committed to full and complete compliance with the letter and the spirit of the Texas Public Information Act and to public policy of the state of Texas that "all persons are, unless otherwise expressly provided by law, at all times entitled to full and complete information regarding the affairs of government and the official acts of those who represent them."  It is the board's policy that the system and all members fully comply with the provisions of the Texas Public Information Act.  In the absence of any applicable exception to disclosure under the Act, requested information will be provided as soon as possible.

2.  Each chief executive officer (CEO) is designated as that member's Officer for Public Information.  To assist in achieving full compliance with the Act, the chancellor must promulgate a regulation that includes procedures to be used in the receipt and referral of public information requests.  Such procedures must provide for the appointment of a specific agent of the Officer for Public Information at each member to compile and coordinate responses to all public information requests.  The System Office of General Counsel assists members in determining whether requested information is public and in seeking Attorney General decisions in accordance with the Act.  The agent of the Officer for Public Information must notify the CEO and/or other appropriate member or system contacts of requests that may have public relations significance.

3.  The chancellor and each member CEO must make every effort to keep the board informed on issues which could appear in the media and about which board members may be questioned.

## Related Statutes, Policies, or Requirements

Tex. Gov't Code, Ch. 552

Regulation *61.01.02, Public Information*

TAMUX 0240

## Member Rule Requirements

A rule is not required to supplement this policy.

## Contact Office

General Counsel
(979) 458-6120

TAMUС-0045

EXHIBIT
25

# 61.01.02   Public Information

Revised September 10, 2019
Next Scheduled Review:  September 10, 2024
Click to view Revision History.



## Regulation Summary

This regulation establishes baseline procedures to help members of The Texas A&M University System (system) comply with the Texas Public Information Act.

## Regulation

1.   PUBLIC INFORMATION

    1.1   The Texas Public Information Act, Chapter 552, Texas Government Code (the Act), specifies that, with certain exceptions, all information collected, assembled or maintained pursuant to law or ordinance or in connection with the transaction of official business by a governmental body or for a governmental body, if the governmental body owns or has access to the information, is public information and must be available to the public during normal business hours of the governmental body.

    1.2   As used in the Act, the term "governmental body" includes boards, committees, institutions, agencies or offices that are within or created by the executive branch of the state government, including the system Board of Regents (board), system members and System Offices, and are under the direction of one or more elected or appointed members (i.e., system board).

    1.3   The Act "will be liberally construed in favor of granting a request for information."

2.   THE OFFICER FOR PUBLIC INFORMATION AND DESIGNATED AGENT

    2.1   The Act provides that each member chief executive officer (CEO) is the officer for public information, who is responsible for the preservation and care of the member's public records.

    2.2   Each CEO must designate an agent to act as public information officer/coordinator (PIO) for that member.  The PIO will compile and coordinate responses to all public information requests the member receives.  ***However, the CEO retains ultimate responsibility for that member's full compliance with the Act.***  Also, each CEO must appoint a backup or alternate PIO to act in the PIO's absence.  Each CEO will also ensure that the identity of the PIO, the PIO's office and mailing address, the member's open records email address, and a link to the member's electronic open records portal are prominently displayed and easily accessible on the member's website.  The System Office of General Counsel (OGC)

TAMUS 3410

and the PIOs for the other members must be promptly notified upon the appointment of a new PIO.

2.3   Each member PIO and backup/alternate must complete open records training as required by the Act.

2.4   The PIO will not make any inquiry of a requestor except to establish proper identification, seek clarification to determine what public information is being requested, or seek to narrow the scope of a request for a large amount of information.  All requests will be treated uniformly without regard to the position or occupation of the requestor or whether the requestor is a member of the media.

2.5   The PIO must keep an accurate record of all public information requests the member receives for a given year, including the name and contact information of each requestor, the date on which a request is received, the date on which the records are made available or copies provided, the type of information requested, which departments or units were requested to provide information by the PIO, which departments or units provided the requested information, how much is charged to and paid by the requestor for copies and other costs, if any, and any other information necessary to demonstrate the member's compliance with the Act for each request.  The PIO must also keep a record of when an Attorney General decision is sought and the decision of the Attorney General for a given request, if any.

2.6   Not later than the end of each month, the PIO must electronically submit to the Office of the Attorney General all necessary information on the number and nature of public information requests the member responded to during the prior month.  For example, reports for September of a given year must be submitted to the Attorney General's Office by the end of October of that year.

2.7   Each member PIO must ensure that the member timely makes all other reports to the Office of the Attorney General which are required by the Act.

2.8   Each member PIO must prominently display the sign in the form approved by the Attorney General "that contains basic information about the rights of a requestor, the responsibilities of a governmental body, and the procedures for inspecting or obtaining a copy of public information under" the Act.

2.9   Each member must develop guidelines for public information requests to ensure that the PIO can promptly seek and receive responsive information from the widest reasonable group of departments/units.  Members are encouraged to use email and electronic records when possible to expedite responses to public information requests.

3.   PUBLIC INFORMATION REQUEST PROCEDURES

3.1   Any public information request to a member must be in writing and directed to that member's PIO.  A public information request to a member may only be submitted by one of the following methods to the person designated as that member's PIO:  hand delivery, US mail, email, or the member's electronic open records portal.

3.2   After receiving a public information request, the PIO must promptly:

TAMUC-3423

(a) Process the request through the member's electronic open records portal.

(b) Send an acknowledgment of receipt to the requestor, including its assigned portal number.

(c) Forward a copy of the request to the member department/unit or widest group of departments/units that may reasonably possess the requested information. The member department/unit or group of departments/units will search for the requested information and notify the PIO by the next business day, if possible, what responsive information each department/unit possesses. A copy of the records containing the responsive information will be forwarded to the PIO as soon as possible.

(d) Notify the CEO and/or other appropriate member or system contacts of requests that may have public relations significance.

(e) Forward a copy of the request and responsive documents to OGC if the PIO has a question regarding the applicability of an exception to disclosure under the Act. See Section 5 for seeking a decision from the Attorney General.

3.3 If the PIO determines, through consultation with OGC, the requested information is public, the PIO must promptly produce to the requestor a copy of the information or produce the information for inspection.

3.4 If the information is unavailable within 10 business days after receiving a written request for information, the PIO must certify this fact in writing to the requestor and set a date and hour within a reasonable time when the information will be available.

4. COST OF COPIES

4.1 If assessed, copy charges will not be excessive. Maximum charges for the reproduction of public information, reflecting rates approved by the Office of the Attorney General, can be found in Texas Administrative Code.

4.2 Public information will be furnished without charge or at a reduced rate if the member determines that a waiver or reduction of the fee is in the public interest because furnishing the information can be considered as primarily benefiting the general public. Requests for reduced charges must be in writing and addressed to the PIO.

5. PUBLIC INFORMATION DECISIONS

5.1 If a member receives a public information request that it (1) considers to be within one of the Act's exceptions to disclosure; and (2) wishes to withhold responsive information from public disclosure, a request for decision must be submitted to the Attorney General within ___10 business days___ after receiving the public information request. In some limited circumstances, the Act may permit the withholding of information without seeking an Attorney General decision, e.g., FERPA.

5.2 The PIO will segregate responsive public information from the information submitted to the Attorney General and will promptly produce the public information to the requestor.

TAMUK-3018

5.3 The member PIO will immediately submit information to OGC for review and for preparation of the Attorney General decision request, including the following:

(a) a copy of the written public information request and information showing when the request was first received by the member;

(b) information showing who at the member first received the request;

(c) a copy of the specific information requested or representative samples of the information if a voluminous amount of information was requested; and

(d) a list of all departments/units that were requested by the PIO to provide responsive information and which departments/units actually provided the information.

OGC will then forward the decision request and the information to the Attorney General.

6. EMPLOYEE PUBLIC INFORMATION REQUESTS

6.1 System employees are not authorized to submit public information requests to members while acting in their official capacity. Any public information request made by a member employee must be submitted in that employee's individual capacity as a private citizen.

6.2 The willful misuse of information received through the Act may subject the employee to the loss of individual indemnification by the state. This regulation does not affect employees' access to information in their official personnel files.

7. ANNUAL SYSTEM MEMBER COMPLIANCE CERTIFICATION

Not later than the last business day of September, members must annually submit a *Public Information Act Compliance Certification* to OGC for the prior fiscal year. The certification will be consistent with the form linked in this regulation.

## Related Statutes, Policies, or Requirements

1 Tex. Admin. Code Ch. 70, *Cost of Copies of Public Information*

Tex. Gov't Code Ch. 552

Attorney General's Open Government website

Attorney General's Public Information Act Handbook 2018

Attorney General's Public Information Act Sign

System Policy *33.04, Use of System Resources*

System Policy *61.01, Public Information Act Compliance*

System Regulation *61.99.01, Retention of State Records*

TAMUX-0429

## Appendix

[Annual System Member Public Information Act Compliance Certification Form](#)

## Member Rule Requirements

A rule is not required to supplement this regulation.

## Contact Office

General Counsel
(979) 458-6120

**EXHIBIT**
**26**

| | |
|---|---|
| **From:** | Bell Jr, Douglas |
| **To:** | Winking, Audrey J |
| **Cc:** | Gardner, Jeffery D; Smith, Asia |
| **Subject:** | FW: |
| **Date:** | Tuesday, March 5, 2024 12:08:25 PM |

Howdy Audrey,

Have we spoken wit

**Douglas Bell, Ph.D.** | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Tuesday, March 5, 2024 11:38 AM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** Smith, Asia <asias@sco.tamu.edu>
**Subject:**

Sir,

has not been questioned yet you may want to reach out to him. He is willing to make a statement if asked.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Corps Standards and Accountability Director
Military Advisor Parsons Mounted Cavalry
979-458-9317

| | |
|---|---|
| **From:** | Alvarado, Blair |
| **To:** | Alva |
| **Subject:** | FW |
| **Date:** | Frid |

---

**From:** Eddy, Georgia G <spur-saddle59@exchange.tamu.edu>
**Sent:** Wednesday, January 31, 2024 1:01 PM
**To:** Alvarado, Blair <abalvarado@tamu.edu>
**Subject:** Fw

Howdy,

A student has requested witnesses to be present for their upcoming Conference. I will discuss the case with you during our 1:1 today.

Respectfully,

Georgia Eddy '22
Texas A&M University
Academic Integrity Administrator
Aggie Honor System Office
(979) 458-3378

---

**From**
**Sent:** Tuesday, November 28, 2023 12:15 AM
**To:** Eddy, Georgia G <spur-saddle59@exchange.tamu.edu>; Eddy, Georgia G <spur-saddle59@exchange.tamu.edu>
**Subject**

Dear Georgia Eddy,

This email is for additional information for the

*Amend to the case's file:
- The case's file claimed that ████ went to the afternoon activity's training time. However, instead, ███ texted and called ████████ through his (█████████ phone number and told ███ ████ to go back to the dormitory.

*Witnesses:
██████████ Justify whether    has told others that he ( ███ was a                    .

- ██████████ is a                in company      in the Corps of Cadets. He is a lower ranking

TAMU-03428

Cadet than ███████ and a ██████ with ███████. █ is taking ████████ for ██████████ During a conversation with ████████, ████████ told ███████ that Mr. █ told that he (Mr. ███) was a ████████████████, and he (Mr. ███) would help ████████ if ██████████ struggled in that class (as ██ did with ████████).

████████ Justify whether ██ has told others that he (Mr. ██) was a ████████████████.

- ████████ is a ████████ in company ████ in the Corps of Cadets. He is a lower ranking Cadet than ████████, a ████████ with ████████, and a former roommate with ████████ (before ████████ moved to a different room). ████████ used to take ████████ (he dropped it to take ████████. At the time he was taking ████████, He, as he told ████████, was told by Mr. ██ that Mr. █ is a ████████████ and would offer help if ██ struggled in that class (as ██ did with ████████).

████████: Justify whether ██ has told others that he (Mr. ██) was a ████████████.

- ████████ is a ████████ in company ████ in the Corps of Cadets. ████ is a lower ranking Cadet than ████████ and a ████████ with ████████. Unlike other witnesses, ██ is not taking ████████ for ████████. Despite that, ████ was told by Mr. ██ that he (Mr. ██) is a ████████ after he (Mr. ███) found out that ████████ was gathering witnesses for the case. After ████████ asked ██████ whether Mr. ██ told ██████ that he (Mr. ███) was a ████████ Mr. ██ found out the situation and came to ██████'s room; he (Mr. ███) started to convince ██████ that he (Mr. ███) was a ████████

████████ Justify whether ████ has told others that he (████████ was a ████████████.

- ████████ is a ████████ in company ████ in the Corps of Cadets. He is a lower ranking cadet than ████████ and a ████████ with ████████. ████████ is taking ████████ for ████████ knows, as he told ████████, that ████████ is a ████████████ through a story by ████████ (As ████████

████████ Justify the story on ████████ (████████ leaving outfit's afternoon training time to meet Mr. ██).

████████ is a ████████ in company ████ in the Corps of Cadet. ████████ is a lower ranking cadet than ████████ and a ████████ buddy with ████████. On ████████ as ████████ was leaving the outfit's afternoon activity from the ████████ I ████████ He (████████) met ████████ on the steep in front of the Kyle Field. They (████████ and ████████) had a talk about how sore ████████ leg was from having to train in the morning. Then, they (████████ and ████████ saw Mr. ██, and ████████ started to leave with Mr. ██.

TAMU-03429

*Edvidences:

Picture of ███████ mail to ██ : This is a picture of the ████████ that ███████ sent to Mr.
██ .

Help desk with ███████ , Help Desk 2: This is a picture of the email correspondence when ██
██████ tried to retrieve the email after Mr. ██ deleted it.

Mr. ██ phone number, ██ text on ████ this to justify the story on Friday
(noted that those evidences in email form will be forwarded to Georgia Eddy)

| | |
|---|---|
| **From:** | Bell Jr, Douglas |
| **To:** | Latham, Skylar |
| **Cc:** | Smith, Asia |
| **Subject:** | Investigation Assigned |
| **Date:** | Monday, December 18, 2023 3:24:13 PM |
| **Attachments:** | |

Howdy,

Please see the attached       harassment investigation assigned to you.  Please let me know if you have any questions or concerns.

**Douglas Bell, Ph.D.**  | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

| | |
|---|---|
| **From:** | Smith, Asia |
| **To:** | Bell Jr, Douglas |
| **Subject:** | RE: 3 items shared with you |
| **Date:** | Monday, February 26, 2024 9:50:00 AM |
| **Attachments:** | image001.png |

I would assign myself as the SCA and ask Skylar to co adjudicate with me.


**Asia Smith M.S.Ed.** |Assistant Director of Student Conduct
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | asiasmith@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Smith, Asia
**Sent:** Monday, February 26, 2024 9:45 AM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** RE: 3 items shared with you

Dr. Bell,

I have reviewed this case and believe tha             should be charged with Abuse of Process for *attempting to discourage an individuals'*             *participation in, or use of, a student conduct, disciplinary or legal process.* Additionally, I would charge hazing for the coercive behavior and theft for stealing the intellectual property of another student. Dishonesty may also apply or making false statements in the meeting with the faculty member and submission of work that was not his.

The theft maybe addressed by the AHSO but if I were charging the student I would want to encompass all behaviors. I would not charge             ould also like to determine if other             members sent their work

**Asia Smith M.S.Ed.** |Assistant Director of Student Conduct
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | asiasmith@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Friday, February 23, 2024 2:23 PM
**To:** Smith, Asia <asias@sco.tamu.edu>
**Subject:** FW: 3 items shared with you

I'm looking through my email, and I forgot to send this your way for your review.  Please review and let me know your thoughts before you assign.

**Douglas Bell, Ph.D.** | Director of Student Community Standards

TAMU-3432

Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | [dbelljr3@tamu.edu](mailto:dbelljr3@tamu.edu) | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Bell Jr, Douglas
**Sent:** Tuesday, February 6, 2024 11:43 AM
**To:** Winking, Audrey J <[audrey_winking@sco.tamu.edu](mailto:audrey_winking@sco.tamu.edu)>
**Subject:** RE: 3 items shared with you

See attached.

**Douglas Bell, Ph.D.** | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | [dbelljr3@tamu.edu](mailto:dbelljr3@tamu.edu) | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Winking, Audrey J <[audrey_winking@sco.tamu.edu](mailto:audrey_winking@sco.tamu.edu)>
**Sent:** Tuesday, February 6, 2024 11:39 AM
**To:** Bell Jr, Douglas <[douglasb@vpsa.tamu.edu](mailto:douglasb@vpsa.tamu.edu)>
**Subject:** RE: 3 items shared with you

Hey Dr. Bell,

I tried but I'm unable to open those attachments, it says I need access.

**Audrey Winking**|  Senior Student Conduct Investigator
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |[audrey_winking@sco.tamu.edu|](mailto:audrey_winking@sco.tamu.edu) sco.tamu.edu

---

**From:** Bell Jr, Douglas <[douglasb@vpsa.tamu.edu](mailto:douglasb@vpsa.tamu.edu)>
**Sent:** Tuesday, February 6, 2024 11:06 AM
**To:** Winking, Audrey J <[audrey_winking@sco.tamu.edu](mailto:audrey_winking@sco.tamu.edu)>
**Subject:** FW: 3 items shared with you

**Douglas Bell, Ph.D.** | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | [dbelljr3@tamu.edu](mailto:dbelljr3@tamu.edu) | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Blair Alvarado (via Google Drive) <drive-shares-noreply@google.com>
**Sent:** Friday, February 2, 2024 1:08 PM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** 3 items shared with you

**This Message Is From an External Sender**

This message came from outside your organization.

# Blair Alvarado shared 3 items



Blair Alvarado (abalvarado@tamu.edu) has shared the following items:



Howdy Dr. Bell,

We have been navigating a potential case of academic misconduct with the following information. As information continues to be provided, some indicators have begun to present themselves that may need to be reviewed by your office. ███████ sites exceeding pressures to provide assignments along with demands to delete emails, etc. to and from their ███████████ in the documents I have provided. There are also some witnesses that may provide some clarity. There are other documents as well; if you would like to review more or have questions, please let me know. A conference is scheduled to address potential academic misconduct within the next week. Thank you for your time. ABA

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because abalvarado@tamu.edu shared files or folders
located in Google Drive with you.



Thanks for the statement from ████. The Honor Council Probation is different from the Student Conduct Probation. He was charged for student rule violations in Student Rule 20. For our office Student Rule 24 is used and he will have different behaviors addressed that include Hazing, Abuse of process, dishonesty.

I tried calling you this morning to see where you were at with getting this statement (great minds think alike). Are you available                                    I can schedule him for that time.

**Asia Smith M.S.Ed.**  |Assistant Director of Student Conduct
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | asiasmith@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Wednesday, March 20, 2024 11:02 AM
**To:** Smith, Asia <asias@sco.tamu.edu>
**Cc:** Latham, Skylar <skylarl@sco.tamu.edu>
**Subject:** RE: Corps Conduct Cases

Morning Ladies,

        I'm trying to catch up on delinquent emails.  I apologize for the delay in responding.    For the ████████ situation, Aggie Honor has already ruled that      is responsible.  I received a statement from █████ (attached).  I do have a question.  If ██ is already on Conduct Probation as a result of academic dishonesty, would it be double jeopardy to charge him again?

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Corps Standards and Accountability Director
Military Advisor Parsons Mounted Cavalry
979-458-9317

---

**From:** Smith, Asia <asias@sco.tamu.edu>
**Sent:** Thursday, February 29, 2024 4:05 PM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Cc:** Latham, Skylar <skylarl@sco.tamu.edu>
**Subject:** Corps Conduct Cases

Howdy,

We have three cadets that will be seen by the Conduct office. I wanted to get your schedule for March 7th and 8th.

I've asked Skylar to co-SCA with me so I have copied her on this email. In my conversations with Skylar she said that you may already be aware of the incidents but I wanted to loop you in officially prior to sending charge letters.

I assume all will get conduct unbecoming a cadet.

**Summary**

-Fighting a non student

▉▉▉▉ - interfering with the officers who were addressing the fight with

▉▉ - appeared before AHSO regarding turning in another       The other       stated that       asked several other students for them to submit their work to him. Would it be possible to gather statements for the other students named?

 –

24.4.3. Physical abuse. Any attempt to cause injury or inflict pain; or causing injury or inflicting pain. Also causing physical contact with another when the person knows or should reasonably believe that the other will regard the contact as offensive or provocative. It is not a defense that the person, group, or organization against whom the physical abuse was directed consented to, or acquiesced to, the physical abuse.

24.4.6.1. Evading. Intentionally fleeing from a University official or law enforcement officer when the person knows or reasonably should have known the University official or law enforcement officer is attempting to confront, arrest, or detain.

▉▉▉▉▉▉

24.4.17. Disorderly conduct. Public behavior that is disruptive, lewd, or indecent; breach of peace; or aiding, or procuring another person to breach the peace on University premises or at functions sponsored by the University or participated in by members of the University community.

24.4.6. Failure to comply. Failure to comply with proper and lawful direction of any University official or law enforcement officer.

▉▉▉▉▉▉▉

24.4.23. Abuse of process. Abuse of the student conduct, disciplinary and/or legal processes including, but not limited to, investigations, conferences, and appeals.

24.4.5. Hazing. Any act that endangers the mental or physical health or safety of a student, or that destroys or removes public or private property; and/or assisting, directing, or in any way causing others to participate in degrading behavior and/or behavior that causes ridicule, humiliation, or embarrassment for the purpose of initiation, admission into, affiliation with, or as a condition for continued membership in a group or organization; or as part of any activity of a recognized student organization, student group, Corps of Cadets, Corps outfit, Corps unit, or Corps Special Activities. Previously relied upon "traditions" (including Corps, fraternity/sorority, or any other group or organization activity, practice or tradition), intent of such acts, or coercion by current or former

members or student leaders of such groups, will not suffice as a justifiable reason for participation in such acts. It is not a defense that the person (or group) against whom the hazing was directed consented to, or acquiesced to, the behavior in question.

Examples of such behavior include but are not limited to:
- Misuse of authority by virtue of one's class rank or leadership position.

24.4.1. Dishonesty. Acts of dishonesty, including but not limited to the following:

24.4.4.1. Theft. Unauthorized removal or stealing and/or attempted removal or stealing of property of a member of the University community or other personal or public property, on or off campus. This includes knowingly possessing such stolen property. This also includes theft of services and/or misuse of another's property including, but not limited to, unauthorized use of another's property, unauthorized selling of subsidized tickets, and use of a forged parking permit.

I was hoping to get with you earlier today however time moves so quickly. I must have letters out on Monday to have meetings at the end of the week so your prompt response is appreciated.

Let me know your thoughts!

**Asia Smith M.S.Ed.**   |Assistant Director of Student Conduct
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | asiasmith@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

| | |
|---|---|
| **From:** | Smith, Asia |
| **To:** | Bell Jr, Douglas |
| **Subject:** | RE:              Investigation Report |
| **Date:** | Tuesday, January 9, 2024 4:44:00 PM |

Skylar will be the SCA for this case.

**Asia Smith M.S.Ed.** |Assistant Director of Student Conduct
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | asiasmith@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Monday, January 8, 2024 2:32 PM
**To:** Smith, Asia <asias@sco.tamu.edu>
**Subject:**              Investigation Report

Howdy,
Please review the attached investigation report and let me know who you would like for me to forward this report to.

**Douglas Bell, Ph.D.** | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Bell Jr, Douglas
**To:** Winking, Audrey J
**Subject:** FW: Corps Hazing/Harassment Complaint
**Date:** Thursday, September 14, 2023 12:15:29 PM
**Attachments:** FW Video and photos from corps student.msg

I am forwarding this information to initiate an investigation into this matter. Please let me know if you have any questions or concerns.

**Douglas Bell, Ph.D.** | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
------------------------
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Smith, Jennifer M <jennifer.smith@exchange.tamu.edu>
**Sent:** Thursday, September 7, 2023 1:16 PM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** Desai, Jennifer L <jdesai@tamu.edu>
**Subject:** FW: Corps Hazing/Harassment Complaint

See synopsis below.

*Jennifer Smith* | Assistant Vice President & Title IX Coordinator
University Risk, Ethics, and Compliance | Civil Rights and Equity Investigations
Texas A&M University | YMCA, Suite 108
1268 TAMU | College Station, TX 77843-1268
ph: 979.458.8167 |Jennifer.smith@tamu.edu

**From:** Desai, Jennifer L <jdesai@tamu.edu>
**Sent:** Wednesday, September 6, 2023 1:31 PM
**To:** Smith, Jennifer M <jennifer.smith@exchange.tamu.edu>
**Subject:** Corps Hazing/Harassment Complaint

Hi Jennifer-

I had an intake this morning with ▮▮▮▮▮▮ a corps member in ▮▮▮ He is being harassed/hazed by ▮▮▮▮▮▮ another student in his unit. I recognize this is not an 08.01.01 violation, but a Rule ▮▮▮▮▮▮ is concerned about retaliation and ostracism from the corps if he reports up the chain and also worried that Student Conduct will identify him to the respondent and ▮▮▮ is already in fear for his safety and under emotional distress. When I asked him what he wanted to get from reporting to our office, he stated "I just want ▮▮▮ moved away from me. I do not want to interfere with his ▮▮▮▮▮▮ and future."

Synopsis of events
This past weekend, ▮▮▮ was 5 minutes late to ▮▮▮▮▮▮ and ▮▮▮ forced him to stand in front of the unit whi ▮▮▮ yelled things at him, such as "you're a p▮▮▮ of shit", "I fucking hate

you", "I want you out".  After the game several people told ▮ to watch his back and keep his door locked to his dorm room. ▮ reported that he is afr▮ of ▮ causing him bodily harm. ▮ understands he needs to take responsibility for his infraction and is willing to follow corps a▮oved sanctions, but ▮ takes things beyond discipline to the level of harassment.

▮ has repeatedly targeted ▮ since his ▮ year. ▮ reported the following hazing incidents, all of which are not approved by the corps:
-Last year before the ▮ game, ▮ entered ▮ dorm room at 4am

-▮ forced him to do squats while holding his footlocker.


-When ▮ was sick with ▮ forced him to stand at attention in front of his window ▮ would come up behind him ▮d yell at him.  This was reported to the CO but nothing was done about it.
-▮ called ▮ a "faggott"

▮ has photos and videos of these incidents

▮ also reports ▮ had issues with his ▮ when she was a student at TAMU. ▮ was a ▮ and was drinking in the dorm and lied about it. ▮ was the ▮ and ▮ reported it up. ▮ tried to accuse her of ▮ days ▮ graduation, but was ▮ proven innocent. ▮ instantly targeted ▮ because of the issues with ▮ ▮ refers to her as a "▮" and talks about hi▮ tred for her.

Jennifer Desai | Case Manager
Department of Civil Rights and Equity Investigations
Texas A&M University | YMCA Building, Suite 108
1268 TAMU | College Station, TX 77843
ph: 979.458.8192 | jdesai@tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
TEXAS A&M UNIVERSITY

**MENTAL HEALTH RESOURCES:** 24/7 Professional Counseling | After-hours Mental Health Support | Local Emergency Services

Thank you!  See you in a bit.

---

**From:** Washington, Robert Sykes <rwashington@corps.tamu.edu>
**Sent:** Friday, September 22, 2023 9:00 AM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** Re: Investigation

I can do that

LtCol Robert Washington, USMC (ret)
Cadet Training Officer, Corps of Cadets
Texas A&M University
rwashington@corps.tamu.edu

---

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Friday, September 22, 2023 8:28:27 AM
**To:** Washington, Robert Sykes <rwashington@corps.tamu.edu>
**Subject:** RE: Investigation

Would 11 work? If so, I can meet with you in                                    in one of our
panel rooms.

**Audrey Winking**|  Senior Student Conduct Investigator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

---

**From:** Washington, Robert Sykes <rwashington@corps.tamu.edu>
**Sent:** Thursday, September 21, 2023 5:02 PM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** RE: Investigation

Audrey,
  Yes, I am available at 10am. I am assuming you are in the SSB? What is your office number?

 Rob

**LtCol Robert S. Washington '95, USMC (Ret)** | Operations Planner & RV Company Advisor
Corps of Cadets | Office of the Commandant | Division of Student Affairs | Texas A&M University
1227 TAMU | College Station, TX 77843-1227

TAMU-3042

Office ph: 979.458.1202 Mobile ph:
rwashington@corps.tamu.edu | corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - - -
**CORPS OF CADETS** | We Make Leaders



---

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Thursday, September 21, 2023 4:15 PM
**To:** Washington, Robert Sykes <rwashington@corps.tamu.edu>
**Subject:** Investigation

Howdy,

Dr. Bell informed me that you have been assigned to work on the          investigation with me.  Do you
have some time tomorrow (Friday) where we could chat briefly about the plan for the investigation
moving forward?  The only times I am unavailable                                                                                .  We
could meet via Zoom or Teams if that is more convenient for you since it should be a quick meeting!

I am hoping to do interviews next Wednesday afternoon          if that works for you!

Thanks,
Audrey

**Audrey Winking**|  Senior Student Conduct Investigator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

| | |
|---|---|
| **From:** | Winking, Audrey J |
| **To:** | Washington, Robert Sykes |
| **Subject:** | RE: █ |
| **Date:** | Friday, September 29, 2023 10:30:00 AM |

Okay great, thank you!  I do plan on condensing some of our questions as well so I will make sure he's done on time.  I can always have him come back the next day to review notes if needed.

**From:** Washington, Robert Sykes
**Sent:** Friday, September 29, 2023 10:29 AM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** RE: █

That is the event that I have to leave for since I am the ████ advisor. He is not expected to be out there until 4:25 so I think if we are done by 3:45 then he should have time to get to his room and change. It is important for him to take part in it but I think he will have time.

**LtCol Robert S. Washington '95, USMC (Ret)** | Operations Planner & RV Company Advisor
Corps of Cadets | Office of the Commandant | Division of Student Affairs | Texas A&M University
1227 TAMU | College Station, TX 77843-1227
Office ph: 979.458.1202 Mobile ph:
rwashington@corps.tamu.edu | corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**CORPS OF CADETS** | We Make Leaders



**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Friday, September 29, 2023 10:22 AM
**To:** Washington, Robert Sykes <rwashington@corps.tamu.edu>
**Subject:** █

Hi Lt. Col. Washington,

██████ emailed me saying he has the ████████████████████ at ██████████ , so he was asking if we can reschedule his interview.  I typically only work around students' class schedules, but is this something we should work around? I wasn't sure if this was extracurricular or something that is critical he participates in so I wanted to get your perspective!

He is the one we have scheduled ████████ with his class ending ████████ So we in theory should be done by ████ but I do recognize that would be really rushed for him.

Thanks,
Audrey

**From:** Bell Jr, Douglas
**To:** Winking, Audrey J
**Subject:** FW:                    -
**Date:** Thursday, October 12, 2023 10:55:54 AM

FYI for Co-Investigator

**Douglas Bell, Ph.D.** | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Thursday, October 12, 2023 8:48 AM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** RE:

Sir,

John Regan will be our investigator.  He can be reached at jregan@corps.tamu.edu

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Accountability and Standards
Military Advisor Parsons Mounted Cavalry
979-458-9317

| | |
|---|---|
| **From:** | Bell Jr, Douglas |
| **To:** | Winking, Audrey J |
| **Subject:** | FW: ▮▮ ▮▮ - |
| **Date:** | Wednesday, October 11, 2023 2:27:04 PM |
| **Attachments:** | FW Filex - You have access to the folder 23-1003-0003.msg |
| | Re Filex - You have access to the folder 23-1003-0003.msg |
| | FW ▮▮ ▮ update.msg |

Please see the information below.  I am recommending this information for an investigation.

**Douglas Bell, Ph.D.** | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Mailbox - DSL - Student Conduct Office <sco@tamu.edu>
**Sent:** Wednesday, October 11, 2023 1:57 PM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** FW: ▮▮ ▮▮ -

Howdy Dr. Bell.

Attached below is another email SCO email received from  ▮▮ ▮▮

Nelda Trevino | Administrative Coordinator II
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station,TX 77843-1172

ph: 979.847.7272 | neldat@sco.tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Wednesday, October 11, 2023 1:11 PMHowdy
**To:** Mathes, Kathryn <kathryn_mathes@studentlife.tamu.edu>; Mailbox - DSL - Student Conduct
Office <sco@tamu.edu>
**Cc:** ▮▮▮▮▮▮▮▮▮▮
**Subject:** ▮▮ ▮▮ -

 -

**This Message Is From an External Sender**
This message came from outside your organization.

To whom this may concern,



██████ has become too distraught over the idea of reporting the ongoing and progressing issues of retaliation and harassment to anyone, but especially ████ due to his recent actions and the new threats that have steamed from them. ████ expressed a resistance to speaking to ████ over the weekend. And this morning she stated that she did not want to speak to ████ because he's not going to do anything, and things just keep getting worse. Which, I firmly believe was ████ intent to begin with, which was clearly demonstrated in his actions of reporting to other students and informing them of the police report, and her hiding place between classes, and other things she reported to him in confidence.

I feel it's pertinent to review the facts that have occurred over this long weekend because so much has happened over such a short period of time. ████ and immediately upon receiving the report ████ informed the students in ████ Chain of Command that ████ met with ████, who immediately turned around and informed these students ████, ████ what ████ reported to him including the fact that ████ has been essentially ████ was then informed by ████ that she would be expected to sit in a meeting with these same ████ who have been bullying, threatening, and intimidating her for weeks.

Less than 24 hours later, after standing for a uniform inspection, with at least ████ inspecting her not a single one said anything about her hair. ████ waited until after the formation was over, and for ████ to enter her room before ordering her to wear a hair net, again. She didn't even have the common curtesy to stop and speak to her about it, she gave the order and walked away. Let's take this opportunity to point out that other students in ████ class have **not** been required to wear hair nets from day one. Including ████ and ████ who did not have hair nets on during that same inspection. And ████ has been allowed to wear her hair in a braid, every day, since day one, when all the ████ were ordered that braids were forbidden for ████ to wear (not a privilege). But nothing has been said to these other students. They went as far as deducting demerits from ████ due to her hair style, and in turn refused her the right to due process in accordance with the Standard to appeal those demerits. As a matter of fact, everything these girls have ordered ████ to do regarding her hair or attempted to enforce is in clear violation of the Standard and made up lies, but they only want to enforce these made-up policies when it comes to ████ no one else is required to follow them. No other students are singled out. No other students are required to wear hair nets or forbidden to wear braids. No other ████ in this unit are being constantly harassed over their hair. Clearly this is retaliation that has progressed into unrelenting harassment.

On Saturday, during the football game, several ████ publicly accosted ████ demanding that she put a hair net on immediately or else they were going to get "smoked" (physical training). Apparently, Cadet ████ told these ████ they needed to hold ████ accountable and if ████ refused to immediately put on a hair net the entire ████ class was going to pay and be smoked. First, I would like to point out that they are not only ordering ████ to wear a hairnet but are taking away the rights afforded to her under the standard, which clearly states all females are authorized to wear their hair in the approved styles, hair nets are optional, and that these standards apply to all cadets regardless of class year. Second, the ████ already gave permission for ████ to wear her hair in this specific style and did not require her to wear a hair net. Third, ████ also told ████ she was authorized to wear her hair in accordance with the Standard and I think he also even went as far as telling her not to buy a hair net because it is not required.

TAMU 0448

Cadets ███ decision to threaten several ███ that ██ better put on the hair net right this minute or else, is a blatant threat of punitive physical training. According to the Standard, "Punitive PT" (used solely to punish) is not authorized. It goes on to state how Corrective Physical Training should not be the default answer and that counseling has to take place first. The one time they attempted to conduct a counseling was when they made it a formal written counseling, which ███ refused to sign, and in turn the girls' deducted demerits without informing her. And the counseling was in direct violation to the Standards policy on female hair and grooming standards. These girls were attempting to conduct a formal counseling and deduct demerits because ███ was FOLLOWING THE STANDARDS POLICY. These girls are simply making things up with the sole intent to get another student in trouble, which is what they verbally told ███ was their intent weeks ago when they threatened to re-write the unit manual to ensure she gets in trouble and threatened to have her kicked out of the program. To return to the topic of Corrective Physical Training, threatening students with Physical Corrective Training for <u>following the Standard</u>, is outrageous to say the least. But according to the standard "Group ███ will never be conducted because of a single cadet's actions." Which is exactly what they threatened or have planned to do, ███ the entire ███ class solely because of ███ Let's go on to state that the Standard also says "Violations of these guidelines will be investigated as potential hazing incidents."

Last night, ███ returned to her dorm at approximately ███ She was not even in her room for an hour before the problems started. Last night, the same group of girls told ███ she was not allowed to go to ███ practice in the morning. Claiming they were never given a document excusing her from morning formation. At the beginning of the ███ was told by her ███ Cadet ███, that she simply had to fill out the accountability sheet to be excused. This was the same form the other ███ in her unit on the ███ team filled out. And what has been used up to this point to excuse these ███ from formation. But it wasn't until last night that ███ and only ███ was told she wasn't allowed to go to practice unless she produced the document from the Corps Commander excusing her from practice. ███ checked with the other ███ in her unit, and confirmed she was the only one told she wasn't allowed to go. The other ███ was never spoken to about any issues regarding ███ practice.

On top of all of that, ███ was told by another ███ this morning ███ that she overheard a conversation that sounded suspicious and concerned this student enough to tell ███ what she heard, but also requested to remain anonymous because she feared retaliation and being treated the way ███ has been. The ███ reported to ███ that she overheard Cadets ███ talking about ███ and that they said: "... good, I hope she doesn't make it back." Why wouldn't ███ make it back from her car? What plans have they made that would prevent this from happening? They already stole her daily class schedule; a school faculty member told these bullies where she was hiding between classes, and now threats are being made about ███ not making it back from her car. How many more red flags do we need to see before someone intervenes and brings a stop to this?

Let's be very clear, at this point it is specific unrelenting pinpointed attacks designed to target, harass, and intimidate ███ These girls are doing everything in and out of their power to ensure ███ gets in trouble, makes her life miserable, fails her classes, and ruins her reputation. These attacks are being planned and implemented by Cadets ███ ███ who have refused to stop after multiple School faculty members have insured ███ repeatedly, that their behavior would stop, and this situation would not continue. However, that could not be the furthest from the truth. After all, these

problems have continued to progress for over three weeks now.

Are these girls so out of control that the faculty members have no form or recourse to bring them to a stop? Are these girls blatantly refusing to follow the orders and directions given to them by faculty members? Are they so out of control that they are refusing to conform to the rules of the school and the program? How many faculty members over how many weeks, with how many repeated occurrences, does it take to get someone to intervene and to bring an end to this insanity? How little control and oversight of its students does the Corps have that this type of behavior is being condoned and allowed to continue? Or, is this the intent of the faculty members and the cadet program, to allow it to continue and bread so out of control that ▮▮▮ is forced to flee the program and the school because ▮▮▮ violated the perceived "code of silence" bread into the Corps students as "tradition." And students who follow the rules, and refuse to be bullied and intimidated, are labeled as troublemakers.

These have just been the problems that have steamed since ▮▮▮ To add to the never-ending list of problems these girls are instigating. I am completely flabbergasted that these students have been allowed to continue on this destructive path with unchecked authority at clearly retaliating, harassing, and intimidating another student. I completely understand why ▮▮▮ feels like nothing will ever get done and these girls are clearly not just being allowed to continue to behave like this but are being encouraged to create more problems for ▮▮▮ has been ostracized from her fellow classmates and ▮▮▮ because of these ongoing problems. Instead of focusing on her studies she is being required to take time out of her personal study time to address these unrelenting problems which is becoming increasingly time demanding, stressful, and degrading.

It is not just ▮▮▮ that is concerned for her health and safety, but ▮▮▮ and I as well. I fear it will just be a matter of time before there's another incident.

Regards,

▮▮▮▮▮

Dr. Bell,

Please see email below.

Best,
Lori

**Lori White** | Administrative Coordinator I
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 | loriw@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** ▮
**Sent:** Monday, October 9, 2023 4:18 PM
**To:** Mathes, Kathryn <kathryn_mathes@studentlife.tamu.edu>
**Cc:** Mailbox - DSL - Student Conduct Office <sco@tamu.edu>
**Subject:** ▮ update

.

**This Message Is From an External Sender**

This message came from outside your organization.

Mrs. Mathes,

I wanted to keep you updated on the situation with ▮ and bring to light some concerning issues I have. And new information was brought to light regarding what I believe are red flags in the decision-making processes of a faculty member.

Are you aware ▮ considers it part of his <u>standard policy</u> to notify a student's chain of command when police reports are made? This means a faculty member believes it's his obligation to inform other <u>students</u> when police reports are being made. Without the prior knowledge or consent of the student who actually made the report. Even when the report is made about those exact same students in the chain of command.

**I honestly can not think of a greater threat and deterrent to reporting crimes and problems of any nature.**

Students, including those in the Corps of Cadets, are known to spread vicious rumors and gossip especially when faculty members themselves are the ones maliciously feeding this information to students. Faculty members that tell Cadet

students when another cadet has made a report to law enforcement or another faculty member. This breeds into the culture at A&M Corps of Cadets demanding that "what happens in the Corps, stays in the Corps." This is reminiscent of the military "code of silence" regarding violence within the military setting, especially geared toward females, in which some victims fail to report their victimization experiences because they believe no action will be taken, or because they fear they will experience negative career consequences, or other forms of retaliation, including being labeled a "troublemaker."

How many crimes occur between a subordinate and a higher-ranked student in the same chain of command in the Corps of Cadets? I am willing to bet this category is the highest when it comes to hazing and other serious crimes involving the Corps. However, how likely is a student in the Corps to report a crime if they fear retaliation, especially when it's a 100% guaranteed fact that the other students will be notified by faculty members if they even attempt to report anything to anyone? I fear this is the case, and a lot is going underreported in the Corps because of this fear tactic practice that demands victims stay silent.



To further perpetuate this conflict,                    was informed on              by
(student) that she will be expected to sit in on a meeting with       of the girls who have been involved in the incidents              has reported.
against my one                    With              , the faculty member, who has demonstrated he has no concern for       health and safety, and in turn, has been gossiping with the students and spreading information       gave to him in confidence that could prove to endanger her safety if this situation continues to spiral.

We also already know that                    found it pertinent to divulge information about what              reported to him during their meeting to students. To include,
reporting to              (a student) that              has been practically out of fear of being in her own room due to these girls' actions and behaviors.              has flagrantly advertised to these girls where              has been hiding when she is not in classes. And I will remind you, they already stole her daily schedule that was required of her to publically post on her door (door card) and now they know where she hides between classes.              actions have taken away her only safe space and boldly advertised her location to not only her bullies but strangers who have already clearly demonstrated a blatant refusal to follow school rules and the Standard. Strangers that have already blatantly told her they have every intention of getting her into trouble and ensuring she is kicked out of the Corps, and not only have they said these things but have already acted upon these threats.

              can claim they are part of her chain of command and live together, regardless of his petty excuse for his poor decisions. I will remind you these students are not friends and have never been friends. They do not socialize to any degree outside of the quad, and in              case, the absolute only time they speak to her is to threaten her and/or give orders that often conflict with the Standard or orders provided to       by higher ranked Cadets, intentionally creating more problems. These same girls have created such fear in the dorm that the other students don't even speak to my daughter anymore because they fear they will be treated like              f they even socialize with her. There is total and complete segregation in the dorm and this unit because of the absolutely poor leadership and behavior displayed by a handful of power-hungry girls who have been given too much authority, not enough training, and zero accountability. Any so-called leader who controls and demands

compliance and respect through fear-based leadership has absolutely no business influencing the lives of other students or continuing this horrible cycle that gets labeled in the Corps as a "tradition."

It is absolutely no student's business where            location is at any point in time, especially not some random unhinged strangers who have clearly and deliberately been targeting          Double fold for a student who is already being accused of threatening, intimidating, harassing, and bullying her. No police officer in the world would condone advertising the schedule and location of any person, especially to their bullies and people they already feared. This screams "red flag" with pure deliberate and malicious intent behind it.

There is zero empathy or even a basic level of understanding by         in how it feels to be in         shoes or any kid who is stuck living in this horrible situation while attempting to get an education and achieve her goals while being at this school and in this so-called "leadership program." I believe if the Corps was truly interested in problem resolution they would have handled this situation more effectively weeks ago, instead of not only allowing the problems to continue to spiral out of control but having staff members feed into the problems. Even after         repetitive complaints of continued problems the corps chose to ignore her. The school should have better oversight and ensure there are adequate policies and procedures put in place to instill more trust, professionalism, and confidence in the system and in the actions of the Crops faculty members and the students involved in this program. The school and the Corps should follow their own rules and the Standard it claims to uphold and properly educate the students on these rules. Instead, it would appear the Corps operates totally separately from the school with zero oversight.

The girls         has reported have no respect for the Standard. No respect for school policies or the law of the land. And clearly, they see themselves as above these rules and laws. As they have repetitively demonstrate their refusal to follow them. As exemplified on Saturday when they yet again gave         an order that restricts and takes away the rights afforded to her in the Standard. As the Standard clearly states: "...all cadets are permitted to wear their hair in the following fashion regardless of class year." At this point, there is no misunderstanding of their intent to continue to harass and intimidate ███ Clearly, these girls feel they have unlimited power to give students any order they see fit and feel these orders should be followed regardless of what the law, the school, or the Standard states. There were also reports made to         by other students that could indicate a plan made by these same girls to issue punitive physical training to the entire     class as a form of punishment if        doesn't do what they say.

I appreciate the help you are trying to prove ███ However, I fear the Corps is practicing unhealthy and potentially harmful practices for students who are trying to report problems or seeking assistance. In the future, we will not utilize the school police department as there's a clear conflict of interest and no respect for victims much less students trying to protect themselves, rather it's a dangerous path for any student, especially those in the Corps to utilize.

Thank you for your time on this matter.

███████

TAMU-3453

| From: | TAMU Civil Rights |
|---|---|
| To: | Gardner, Jeffery D; Bell Jr, Douglas |
| Cc: | Simpson, Meredith M |
| Subject: | FW: Filex - You have access to the folder 23-1003-0003 |
| Date: | Thursday, October 5, 2023 9:03:30 AM |
| Attachments: | |

Good morning,

The CREI office received the attached UPD report yesterday afternoon. Since this does not rise to the CREI or TIX level to address, we are referring to the Corps and SCO to address as you see fit.

Please let me know if you have any questions or discover any sex-based misconduct or discrimination/harassment against a protected class.

Best,

Samantha Brunner  (she/her)
Assistant Deputy Title IX Coordinator
University Risk, Ethics, and Compliance | Civil Rights and Equity Investigations
Texas A&M University | YMCA, Suite 108
1268 TAMU | College Station, TX 77843-1268
ph: 979.458.7598 |SBrunner@tamu.edu


-----Original Message-----
From: tbrooks@tamu.edu <tbrooks@tamu.edu>
Sent: Wednesday, October 4, 2023 2:56 PM
To: TAMU Civil Rights <civilrights@tamu.edu>
Subject: Filex - You have access to the folder

The folder,                , is now available for you to use:



You can download files in this folder.

This folder currently has the following files:

                .PDF
Commander Johnson (                )

FYI

**Douglas Bell, Ph.D.** | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Mailbox - DSL - Student Conduct Office <sco@tamu.edu>
**Sent:** Monday, October 16, 2023 9:05 AM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** FW: ▇▇ Car statement

This is the first email received this morning from ▇▇ ▇▇

Nelda Trevino | Administrative Coordinator II
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station,TX 77843-1172

ph: 979.847.7272 | neldat@sco.tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** ▇▇ ▇▇ ▇▇▇▇
**Sent:** Monday, October 16, 2023 5:27 AM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>; Leible, Jason Aaron
<jleible@corps.tamu.edu>; Mailbox - DSL - Student Conduct Office <sco@tamu.edu>
**Subject:** ▇▇ Car statement

On ▇▇▇▇▇▇, at approximately 2120, I was informed by ▇▇▇▇ that she had
been approached by other cadets outside of the unit with questions regarding if she is
in the unit that has the ▇▇▇▇▇▇▇▇▇▇  I believe that this supports my claim
that ▇▇▇▇▇ jeopardize my safety by informing other cadets of information I gave
him in confidence. It also supports my claim that the unit leadership/ students(s) this
information was given to is maliciously gossiping about me and providing information
to others that do not have a need to know about any of this.
- ▇▇ ▇▇

**From:** Bell Jr, Douglas
**To:** Winking, Audrey J
**Subject:** FW: ▓▓▓ Dorm Statement
**Date:** Monday, October 16, 2023 9:13:37 AM

FYI

**Douglas Bell, Ph.D.** | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Mailbox - DSL - Student Conduct Office <sco@tamu.edu>
**Sent:** Monday, October 16, 2023 9:10 AM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** FW: ▓▓▓ Dorm Statement

More information from ▓▓▓ ▓▓▓

Nelda Trevino | Administrative Coordinator II
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station,TX 77843-1172

ph: 979.847.7272 | neldat@sco.tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** ▓▓▓ ▓▓▓ ▓▓▓
**Sent:** Monday, October 16, 2023 5:27 AM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>; Leible, Jason Aaron
<jleible@corps.tamu.edu>; Mailbox - DSL - Student Conduct Office <sco@tamu.edu>
**Subject:** ▓▓▓ Dorm Statement

On ▓▓▓▓▓▓, during my meeting with the Commandant I had informed him I
suspected someone was entering my room with the malicious intent of messing with
things, including leaving debris behind on my desk. Ensuring I failed my room
inspections. This was documented in my room inspection appeal (sent on ▓▓▓▓),
which was sent to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. As well as, the other
statement I will be sending up in regards to all of the incidents that have occurred
since.

On Sunday, ▓▓▓▓▓▓, I returned to campus, at approximately 1830, I walked
through the door to my room to discover a singular french fry centered on the star on
my bed sheet, perfectly parallel to the lines in the star. Obviously, this fry was
intentionally placed there.

At approximately 2000, I asked ████████ if she did it and she stated ██████ did it. It turns out she let him into our room and allowed him to place the fry on my bed yesterday morning (Saturday). And let it stay there for over 24 hours which obviously could have gotten me into trouble. Not to mention the insects or rodents this could have attracted.

██████, is one of the cadets in this unit that does not speak to me. We don't socialize and we are not on friendly terms, I do not consider this "good bull."

-████ ████

| From: | Bell Jr, Douglas |
|---|---|
| To: | Winking, Audrey J |
| Subject: | FW: ▮▮▮▮ Statement |
| Date: | Monday, October 16, 2023 9:32:26 AM |
| Attachments: | Teams-Text Messages.zip |
| | Social Media Incident.zip |
| | Emails.zip |
| | Demerit pictures - Documents.zip |
| | ▮▮▮▮▮ Statement.docx |

**Douglas Bell, Ph.D.** | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Mailbox - DSL - Student Conduct Office <sco@tamu.edu>
**Sent:** Monday, October 16, 2023 9:30 AM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** FW: ▮▮▮ Statement

Another email with information.

Nelda Trevino | Administrative Coordinator II
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station,TX 77843-1172

ph: 979.847.7272 | neldat@sco.tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮
**Sent:** Monday, October 16, 2023 9:22 AM
**To:** Mailbox - DSL - Student Conduct Office <sco@tamu.edu>; Leible, Jason Aaron <jleible@corps.tamu.edu>
**Subject:** ▮▮▮ Statement

Good morning,
Attached is my statement along with supporting documents/ pictures. My apologies, the first email did not include the attachments.

Respectfully,



FYI

**Douglas Bell, Ph.D.** | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** specialsituationsteam@tamu.edu <specialsituationsteam@tamu.edu>
**Sent:** Wednesday, October 18, 2023 9:27 PM
**To:** DSA - DL - DSA TAMU Special Situations Team <SpecialSituationsTeam@tamu.edu>
**Subject:** Tell Somebody Report

**Name of Submitter:** ███████████
**Title:** parent
**UIN:**
**Email:** ████████████████
**Phone:** █████████████
**Address:** ████████████████████████████

**Name of person exhibiting behavior:** ██████████████
**UIN of person exhibiting behavior:**

**Event Description:** ██████████████ is my daughter's roommate, she has been allowing people to go into the room and rummage through my daughter's drawers and wardrobe closet. Things have been stolen and damaged.█
████ admitted to my daughter, █████████, on Sunday ████ that she allowed ██████ to leave a french fry behind on my daughter's bed for over 24 hours, while she was out of town (trying to get her in trouble and harass her).
████ admitted to another student that ████ and █████ have been participating in this same behavior by damaging my daughter's stuff, going through her personal stuff including undergarments, and leaving dirt and debris behind on furniture. And participating in other activities to ensure my daughter fails room inspections and gets in trouble.

Today █████ - She went through all her drawers and damaged a dress with ink. A book and some sheet music were stolen. She suspects other clothing is missing but it's hard to identify each

individual piece of clothing.

My daughter has reason to believe this activity has been going on for at least the past 3 weeks and has been taking pictures and videos of her room before leaving every day. This situation is increasing in frequency and seriousness with more being disturbed and damaged on a daily basis.

Residence in this hall have also started cyberstalking my daughter and our family, they have been printing off pictures from my social media accounts, altering the images, and posting them in the hallways (there are pictures to document this). The Corps of Cadets faculty is aware of this and has done nothing to stop it.

**Supporting Documentation 1:**
**Supporting Documentation 2:**
**Supporting Documentation 3:**
**Supporting Documentation 4:**

FYI

Douglas Bell

Please excuse any typo, message sent from I-Phone

Begin forwarded message:

**From:** Mailbox - DSL - Student Conduct Office <sco@tamu.edu>
**Date:** October 19, 2023 at 8:23:49 AM CDT
**To:** "Bell Jr, Douglas" <douglasb@vpsa.tamu.edu>
**Subject: FW:** ████ ████ **Room Incident #2**

Good morning Dr. Bell.

Another incident.

Nelda Trevino | Administrative Coordinator II
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station,TX 77843-1172

ph: 979.847.7272 | neldat@sco.tamu.edu<mailto:neldat@sco.tamu.edu> |
sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
DIVISION OF STUDENT AFFAIRS | One Division. One Mission.

From: ████ ████████████ >
Sent: Wednesday, October 18, 2023 10:43 PM
To: Leible, Jason Aaron <jleible@corps.tamu.edu>; Mailbox - DSL - Student
Conduct Office <sco@tamu.edu>
Subject: ████ ████ Room Incident #2

at approximately 1700, I returned to my dorm room and immediately
knew an unknown party had rummaged through it. First, I took pictures of my
room at approximately 0700 before leaving for the day. The room was perfectly
squared away and inspection-ready. Upon returning at 1700, I immediately
noticed my books on the shelf above the desk were tipped over. Upon further
inspection clothes had been pulled off the hangers in the wardrobe closet and left
laying on the bottom ground area, drawers had been opened and clothing and
personal items had been rummaged through. A dress was damaged with what

TAMU-0465

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nicole Myette on behalf of Jason Contreras
Bar No. 24092093
nicole.myette@oag.texas.gov
Envelope ID: 90554186
Filing Code Description: PLEA TO THE JURISDICTION
Filing Description: DEFENDANT'S FIRST SUPPLEMENT TO FIRST AMENDED PLEA TO THE JURISDICTION
Status as of 8/6/2024 7:47 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Patti Artavia | | patti@vbattorneys.com | 8/5/2024 4:36:38 PM | SENT |
| Brian ABeckcom | | brian@vbattorneys.com | 8/5/2024 4:36:38 PM | SENT |
| Brendan Fradkin | | brendan@vbattorneys.com | 8/5/2024 4:36:38 PM | SENT |

Associated Case Party: Texas A&M University

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jason Contreras | | Jason.contreras@oag.texas.gov | 8/5/2024 4:36:38 PM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 8/5/2024 4:36:38 PM | SENT |
| Thomas Silver | | tsilver@tamus.edu | 8/5/2024 4:36:38 PM | SENT |
| Jerri Low | | jlow@tamus.edu | 8/5/2024 4:36:38 PM | SENT |

Associated Case Party: Brian Beckcom

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| J DavidDodd III | | David@Jddoddlaw.com | 8/5/2024 4:36:38 PM | SENT |

appears to be ink. I suspect articles of clothing are missing, but I am positive a book and some sheet music have been stolen. My ████████ with as they ████████ The bins over my bed, very top shelf, had also been rummaged through.

████ had heard about the incident on Monday regarding my roommate, ████, accusing ████ of messing around with my side of the room and leaving a french fry on my bed. ████ told ████ that he had nothing to do with it and that it was actually ████ and ████.

My expectation of reasonable privacy has been violated by people opening drawers and digging through my personal items and undergarments, not to mention the theft, and damage to private property. My roommate, ████, already admitted to bringing her friends into our room and allowing other people and herself to violate my personal property is a clear and blatant violation of guests' privileges, regardless of whether those guests are family, strangers, or other students/residents. Regardless of other people/students' involvement ████ already admitted to being an equal participant in violating my privacy, and my property.

I do not consider targeting me and vandalizing my personal space, property, and gear in my room funny. It is not a joke. Nor is it considered "good bull".

The continued harassment of my roommate, ████████████, and other unknown residents of this hall is a clear demonstration of repeated harassment in I have been facing for the last several weeks and have repeatedly sought out faculty assistance with and it has resulted in zero resolution. I spent over four hours trying to locate my roommate, ████ to confront her about the new incident and missing/damaged items in my room. However, I was unable to locate her, even after lights out.

I am unsure if the incidents that have occurred/continue to occur fall under the current investigation or if I am required to file another report elsewhere.

[cid:18b45fee9727790a4ed1]
[cid:image001.jpg@01DA0265.907DFFE0]
[cid:image002.jpg@01DA0265.907DFFE0]
[cid:image003.jpg@01DA0265.907DFFE0]

[cid:image004.jpg@01DA0265.907DFFE0]
[cid:image005.jpg@01DA0265.907DFFE0]



Sir,

After speaking with this student and her outfit we have actions in place that will resolve the situation.  As the police report stated there is no indication of hazing and we found the same thing.  I will be happy to discuss your findings and mine.

V/R

> On Oct 9, 2023, at 4:51 PM, Bell Jr, Douglas <douglasb@vpsa.tamu.edu> wrote:
>
> Howdy,
> I wanted to follow up on this issue.  I received some additional information regarding this concern, and I feel that an investigation from SCO maybe warranted.  Please let me know if you have any additional information.
>
> Douglas Bell, Ph.D.  | Interim Executive Director of Student Community Standards
> Student Conduct Office | Division of Student Affairs | Texas A&M University
> 1257 TAMU | College Station, TX 77843-1257
> ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
> - - - - - - - - - - - - - - - - - - - - - - -
> DIVISION OF STUDENT AFFAIRS | One Division. One Mission.
> -----Original Message-----
> From: Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
> Sent: Thursday, October 5, 2023 10:08 AM
> To: Bell Jr, Douglas <douglasb@vpsa.tamu.edu>; Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>
> Cc: Simpson, Meredith M <msimpson@corps.tamu.edu>
> Subject: FW: Filex - You have access to the folder
>
> Dr. Bell,
>
>   I reviewed the report and the other complaints Ms. ▮▮▮▮ has filed against her outfit.  I will be speaking with her either today or tomorrow to determine what is going on.
>
> V/R
>
> Lt. Col Jeff Gardner '82, USAF (Ret)
> Assistant Commandant for Accountability and Standards Military Advisor Parsons Mounted Cavalry
> 979-458-9317
>
> -----Original Message-----
> From: TAMU Civil Rights <civilrights@tamu.edu>
> Sent: Thursday, October 5, 2023 9:03 AM
> To: Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>; Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
> Cc: Simpson, Meredith M <msimpson@corps.tamu.edu>
> Subject: FW: Filex - You have access to the folder
>
> Good morning,
>
> The CREI office received the attached UPD report yesterday afternoon. Since this does not rise to the CREI or TIX level to address, we are referring to the Corps and SCO to address as you see fit.

>

> Please let me know if you have any questions or discover any sex-based misconduct or discrimination/harassment against a protected class.

>

> Best,

>

> Samantha Brunner  (she/her)
> Assistant Deputy Title IX Coordinator
> University Risk, Ethics, and Compliance | Civil Rights and Equity Investigations Texas A&M University | YMCA, Suite 108
> 1268 TAMU | College Station, TX 77843-1268
> ph: 979.458.7598 |SBrunner@tamu.edu

>

>

> -----Original Message-----
> From: tbrooks@tamu.edu <tbrooks@tamu.edu>
> Sent: Wednesday, October 4, 2023 2:56 PM
> To: TAMU Civil Rights <civilrights@tamu.edu>
> Subject: Filex - You have access to the folder 23-1003-0003

>

> The folder, 2        , is now available for you to use:

>

>

>

> You can download files in this folder.

>

> This folder currently has the following files:

>

>

:███ ████

>

| From: | Regan III, John M |
|---|---|
| To: | Winking, Audrey J |
| Subject: | RE: investigation |
| Date: | Friday, October 13, 2023 10:50:38 AM |

Good Morning Audrey,

The only time I will not be available next week is Wednesday 1200 – 4:30.

**GySgt John M. Regan III USMC (Ret)** | 1st Regiment Military Advisor/CCMU Advisor
Office of the Commandant | Division of Student Affairs | Texas A&M University
1227 TAMU | College Station, TX 77843-1227

ph: 979-458-4279 I jregan@corps.tamu.edu |
- - - - - - - - - - - - - - - - - - - - - - - -
**Corps of Cadets** | We Make Leaders

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Friday, October 13, 2023 8:50 AM
**To:** Regan III, John M <jregan@corps.tamu.edu>
**Subject:** investigation

Good morning,

I was told that you will be working on the ███████ investigation with me. Can you please send me your availability for next week so that we can get her interview scheduled? I would like to meet with her on Tuesday or Wednesday next week if possible ███████ and then once we have more information from her we can schedule the other students' interviews for the following week.

Thanks!

**Audrey Winking** | Senior Student Conduct Investigator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

**Bell Jr, Douglas**

---

**From:** Winking, Audrey J
**Sent:** Wednesday, May 24, 2023 11:56 AM
**To:** Upshaw-Brown, Jaclyn B; Bell Jr, Douglas
**Subject:** Investigation

The          investigation report is complete and can be found here:       Investigations\Active Investigations\Completed Investigations\Completed_

Thanks,

**Audrey Winking**|  Senior Student Conduct Investigator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

TAMU-0407

# Bell Jr, Douglas

**From:** Bell Jr, Douglas
**Sent:** Wednesday, April 19, 2023 8:34 AM
**To:** Harrell, Kristen
**Subject:** FW: [Maxient]      College Station - On-Campus Grounds
**Attachments:**

We can chat about this at our 1 on 1

**Douglas Bell, Ph.D.** | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
**Sent:** Monday, April 17, 2023 10:42 AM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** FW: [Maxient]      College Station - On-Campus Grounds

For discussion. . .

**Jaclyn Upshaw-Brown** | Assistant Director
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 |jaclynu@sco.tamu.edu |sco.tamu.edu

---

**From:** Maxient System <notifications@maxient.com>
**Sent:** Sunday, April 16, 2023 6:39 PM
**To:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
**Subject:** [Maxient]     College Station - On-Campus Grounds

**This Message Is From an External Sender**

This message came from outside your organization.

Primary recipient (awaiting your action in Maxient)

## Campus Community Incident Report
**Background Information**
Campus Location
**College Station**
Status of the Alleged Offender
**Student**

1

TAMU-3408

Date of incident

Time of incident

Location of incident
**On-Campus Grounds**

**Involved Parties**

██████████████ () Alleged Offender
██████████ () Alleged Offender
███████████ () Alleged Offender
██████████ () Alleged Offender

**Incident Description**
Please describe the incident with as much detail as possible and use specific, concise, objective language. Focus on the Who, What, When, Where, How, and Why of the incident. Indicate specific people, words, phrases, and interactions.

Please try use specific names instead of pronouns (he, she, they, etc.) when referring to people in the body of the report. When possible, we encourage the use of direct quotes, even in incidents when the language may be profane or abusive. For example, "Joe Aggie shook his fist at me and said 'you are a stupid loser'" is more helpful than "Joe Aggie was threatening and used aggressive language with me."

**Supporting Documentation**
**No additional documents were attached to this report.**

**Submitted By**
Your full name

Position/title/student status

Your email address

TAMU-3409

Your phone number

UIN

*[UNAUTHENTICATED]*

## Routing Information
Primary recipient:
**Jaclyn Upshaw-Brown (Interim Director, Student Conduct Office)**
Copied recipients:
  • scrs@studentlife.tamu.edu
Text msg recipients: None
Originating IP address:
Submitted through IR layout #1
Processed by routing rule #167. Routed to Jaclyn Upshaw-Brown, Interim Director, Student Conduct Office.

**Message sent by Maxient**
**The reporter did not provide an email address. REPLIES WILL NOT REACH ANYONE.**

TAMU-3495

| | |
|---|---|
| **From:** | Bell Jr, Douglas |
| **Sent:** | Thursday, April 20, 2023 11:08 AM |
| **To:** | Upshaw-Brown, Jaclyn B |
| **Subject:** | RE: [Maxient]        College Station - On-Campus Grounds |

Hey Jaclyn,
I would like to chat about this today for first thing tomorrow morning.

**Douglas Bell, Ph.D.**  | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
**Sent:** Monday, April 17, 2023 10:42 AM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** FW: [Maxient]        College Station - On-Campus Grounds

For discussion. . .

**Jaclyn Upshaw-Brown**  |  Assistant Director
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 |jaclynu@sco.tamu.edu |sco.tamu.edu

---

**From:** Maxient System <notifications@maxient.com>
**Sent:** Sunday, April 16, 2023 6:39 PM
**To:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
**Subject:** [Maxient]        College Station - On-Campus Grounds

---

**This Message Is From an External Sender**

This message came from outside your organization.

---

Primary recipient (awaiting your action in Maxient)

## Campus Community Incident Report
**Background Information**
Campus Location
**College Station**
Status of the Alleged Offender
**Student**

TAMU-0471

Date of incident

Time of incident

Location of incident
**On-Campus Grounds**

██████████████████████████**Involved Parties**

████████████████ () Alleged Offender
████ () Alleged Offender
████████ () Alleged Offender
████ () Alleged Offender

**Incident Description**
Please describe the incident with as much detail as possible and use specific, concise, objective language. Focus on the Who, What, When, Where, How, and Why of the incident. Indicate specific people, words, phrases, and interactions.

Please try use specific names instead of pronouns (he, she, they, etc.) when referring to people in the body of the report. When possible, we encourage the use of direct quotes, even in incidents when the language may be profane or abusive. For example, "Joe Aggie shook his fist at me and said 'you are a stupid loser'" is more helpful than "Joe Aggie was threatening and used aggressive language with me."

**Supporting Documentation**
**No additional documents were attached to this report.**

**Submitted By**
Your full name

Position/title/student status

Your email address

2

TAMU-3492

Your phone number

UIN

*[UNAUTHENTICATED]*

**Routing Information**
Primary recipient:
**Jaclyn Upshaw-Brown (Interim Director, Student Conduct Office)**
Copied recipients:
   • scrs@studentlife.tamu.edu
Text msg recipients: None
Originating IP address:
Submitted through IR layout #1
Processed by routing rule #167. Routed to Jaclyn Upshaw-Brown, Interim Director, Student Conduct Office.

**Message sent by Maxient**
**The reporter did not provide an email address. REPLIES WILL NOT REACH ANYONE.**

TAMU-0498

| | |
|---|---|
| **From:** | Gardner, Jeffery D |
| **Sent:** | Friday, April 28, 2023 11:48 AM |
| **To:** | Bell Jr, Douglas |
| **Cc:** | Upshaw-Brown, Jaclyn B; Winking, Audrey J; Anderson, Chauncy Jovan |
| **Subject:** | Re: [Maxient]            College Station - On-Campus Grounds |

Msg t Anderson is your man. He is copied on this email.

V/R

> On Apr 28, 2023, at 9:36 AM, Bell Jr, Douglas <douglasb@vpsa.tamu.edu> wrote:
>
> Thank you for this information.
>
> Lt.Col Gardner, can you assist in identifying a CTO to assist with this investigation.  Thank you in  advance.
>
> **Douglas Bell, Ph.D.**  | Interim Executive Director of Student Community Standards
> Student Conduct Office | Division of Student Affairs | Texas A&M University
> 1257 TAMU | College Station, TX 77843-1257
>
> ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
> - - - - - - - - - - - - - - - - - - - - - - -
> **DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.
>
> **From:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
> **Sent:** Friday, April 28, 2023 9:35 AM
> **To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>; Winking, Audrey J <audrey_winking@sco.tamu.edu>
> **Cc:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
> **Subject:** FW: [Maxient]            College Station - On-Campus Grounds
>
> Good morning, Dr. Bell and Audrey,
>
> Based on the information in the initial report, I would recommend that we initiate an investigation to speak with the individuals LtCol Gardner has identified below about their experiences
>
> We have confirmed that surveillance footage from Duncan is not likely to be available due to the amount of time that has passed.
>
> Please let me know if you have any questions.
>
> Thank you,
> **Jaclyn Upshaw-Brown**  | Assistant Director
> Student Conduct Office | Division of Student Affairs | Texas A&M University
> 1172 TAMU | College Station, TX 77843-1172

1

TAMU-0494

ph: 979.847.7272 |jaclynu@sco.tamu.edu |sco.tamu.edu

---

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Wednesday, April 26, 2023 10:29 AM
**To:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
**Cc:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** FW: [Maxient]                College Station - On-Campus Grounds

FYI

**Douglas Bell, Ph.D.**  | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Wednesday, April 26, 2023 8:47 AM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** RE: [Maxient]                College Station - On-Campus Grounds

These are the names I was given:

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Discipline
Military Advisor Parsons Mounted Cavalry
979-458-9317

---

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Thursday, April 20, 2023 3:12 PM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Cc:** Winking, Audrey J <audrey_winking@sco.tamu.edu>; Upshaw-Brown, Jaclyn B
<jaclynu@sco.tamu.edu>
**Subject:** RE: [Maxient]                College Station - On-Campus Grounds

Thank you for your assessment of the information provided.  We would still like to do our due diligence to ensure everything is above board and not assume any details within this incident report. So again, do you know how we would go about figuring out who would have been in the
     ? Thank you for this information.

**Douglas Bell, Ph.D.**  | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University

2

TAMU-0409

1257 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Thursday, April 20, 2023 2:55 PM
**To:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
**Cc:** Winking, Audrey J <audrey_winking@sco.tamu.edu>; Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** RE: [Maxient]          College Station - On-Campus Grounds

So I've ask a few questions about this process.  Here are my thoughts:

Lt. Col Jeff Gardner '82, USAF (Ret)

TAMU 0404

**From:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
**Sent:** Thursday, April 20, 2023 11:47 AM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Cc:** Winking, Audrey J <audrey_winking@sco.tamu.edu>; Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** FW: [Maxient]          College Station - On-Campus Grounds

Hi, Jeff,

We received the IR below involving allegations of hazing among the
After discussing it, we feel we need to do our due diligence in looking into it.

Do you know how we would best go about figuring out who would have been in this
          ? We'll also be checking to see if security footage from Duncan is available (although we
suspect it may not have been retained this long, since the alleged incident in Duncan occurred several
months ago).

Thank you,
Jaclyn

**From:** Maxient System <notifications@maxient.com>
**Sent:** Sunday, April 16, 2023 6:39 PM
**To:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
**Subject:** [Maxient]          College Station - On-Campus Grounds

**This Message Is From an External Sender**

This message came from outside your organization.

Primary recipient (awaiting your action in Maxient)

## Campus Community Incident Report
**Background Information**
Campus Location
**College Station**
Status of the Alleged Offender
**Student**
Date of incident

Time of incident

Location of incident
**On-Campus Grounds**

**Involved Parties**
          () Alleged Offender
          () Alleged Offender
          () Alleged Offender
          () Alleged Offender

4

TAMU-3407

## Incident Description

Please describe the incident with as much detail as possible and use specific, concise, objective language. Focus on the Who, What, When, Where, How, and Why of the incident. Indicate specific people, words, phrases, and interactions.

Please try use specific names instead of pronouns (he, she, they, etc.) when referring to people in the body of the report. When possible, we encourage the use of direct quotes, even in incidents when the language may be profane or abusive. For example, "Joe Aggie shook his fist at me and said 'you are a stupid loser'" is more helpful than "Joe Aggie was threatening and used aggressive language with me."

## Supporting Documentation

**No additional documents were attached to this report.**

## Submitted By

Your full name

Position/title/student status

Your email address

Your phone number

UIN

*[UNAUTHENTICATED]*

## Routing Information

TAMU-0408

Primary recipient:
**Jaclyn Upshaw-Brown (Interim Director, Student Conduct Office)**
Copied recipients:
  • scrs@studentlife.tamu.edu
Text msg recipients: None
Originating IP address:
Submitted through IR layout #1
Processed by routing rule #167. Routed to Jaclyn Upshaw-Brown, Interim Director, Student Conduct Office.

**Message sent by Maxient**
**The reporter did not provide an email address. REPLIES WILL NOT REACH ANYONE.**

TAMU-0409

# Bell Jr, Douglas

**From:** Bell Jr, Douglas
**Sent:** Thursday, May 11, 2023 1:17 PM
**To:** Winking, Audrey J
**Subject:** FW: [Maxient]       College Station - On-Campus Grounds

FYI

**Douglas Bell, Ph.D.** | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Thursday, May 11, 2023 1:16 PM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** BEATY, GARY <gbeaty@corps.tamu.edu>
**Subject:** RE: [Maxient]       College Station - On-Campus Grounds

Just spoke to him.  He has received the correspondence and is tracking for next week.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Discipline
Military Advisor Parsons Mounted Cavalry
979-458-9317

---

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Thursday, May 11, 2023 1:13 PM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Cc:** BEATY, GARY <gbeaty@corps.tamu.edu>
**Subject:** RE: [Maxient]       College Station - On-Campus Grounds

Howdy Lt. Col. Gardner,
We have had some issues getting in touch with MSG. Anderson and we would like to move forward with our investigation. Can you please give him a gentle reminder to check his email and respond to Audrey Winking.  Thanks in advance.

**Douglas Bell, Ph.D.** | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

TAMU-03486

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Friday, April 28, 2023 11:48 AM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>; Winking, Audrey J <audrey_winking@sco.tamu.edu>; Anderson, Chauncy Jovan <canderson@corps.tamu.edu>
**Subject:** Re: [Maxient]                College Station - On-Campus Grounds

Msg t Anderson is your man. He is copied on this email.

V/R

On Apr 28, 2023, at 9:36 AM, Bell Jr, Douglas <douglasb@vpsa.tamu.edu> wrote:

Thank you for this information.

Lt.Col Gardner, can you assist in identifying a CTO to assist with this investigation.  Thank you in  advance.

**Douglas Bell, Ph.D.**  | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
**Sent:** Friday, April 28, 2023 9:35 AM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>; Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Cc:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** FW: [Maxient]                College Station - On-Campus Grounds

Good morning, Dr. Bell and Audrey,

Based on the information in the initial report, I would recommend that we initiate an investigation to speak with the individuals LtCol Gardner has identified below about their experiences

We have confirmed that surveillance footage from Duncan is not likely to be available due to the amount of time that has passed.

Please let me know if you have any questions.

Thank you,
**Jaclyn Upshaw-Brown**  |  Assistant Director
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 |jaclynu@sco.tamu.edu |sco.tamu.edu

2

TAMU-0404

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Wednesday, April 26, 2023 10:29 AM
**To:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
**Cc:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** FW: [Maxient]                College Station - On-Campus Grounds

FYI

**Douglas Bell, Ph.D.**  | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Wednesday, April 26, 2023 8:47 AM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** RE: [Maxient]                College Station - On-Campus Grounds

These are the names I was given:

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Discipline
Military Advisor Parsons Mounted Cavalry
979-458-9317

---

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Thursday, April 20, 2023 3:12 PM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Cc:** Winking, Audrey J <audrey_winking@sco.tamu.edu>; Upshaw-Brown, Jaclyn B
<jaclynu@sco.tamu.edu>
**Subject:** RE: [Maxient]                College Station - On-Campus Grounds

Thank you for your assessment of the information provided.  We would still like to do our due diligence
to ensure everything is above board and not assume any details within this incident report. So again, do
you know how we would go about figuring out who would have been in the
        Thank you for this information.

**Douglas Bell, Ph.D.**  | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu

TAMU 0492

- - - - - - - - - - - - - - - - - - - - - - - -

**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Thursday, April 20, 2023 2:55 PM
**To:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
**Cc:** Winking, Audrey J <audrey_winking@sco.tamu.edu>; Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** RE: [Maxient]           College Station - On-Campus Grounds

So I've ask a few questions about this process. Here are my thoughts:

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Discipline
Military Advisor Parsons Mounted Cavalry

4

TAMU-3498

**From:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
**Sent:** Thursday, April 20, 2023 11:47 AM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Cc:** Winking, Audrey J <audrey_winking@sco.tamu.edu>; Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** FW: [Maxient]　　　　College Station - On-Campus Grounds

Hi, Jeff,

We received the IR below involving allegations of hazing among the
After discussing it, we feel we need to do our due diligence in looking into it.

Do you know how we would best go about figuring out who would have been in this
　　　　　We'll also be checking to see if security footage from Duncan is available (although we suspect it may not have been retained this long, since the alleged incident in Duncan occurred several months ago).

Thank you,
Jaclyn

**From:** Maxient System <notifications@maxient.com>
**Sent:** Sunday, April 16, 2023 6:39 PM
**To:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
**Subject:** [Maxient]　　　　College Station - On-Campus Grounds

**This Message Is From an External Sender**
This message came from outside your organization.

Primary recipient (awaiting your action in Maxient)

## Campus Community Incident Report
**Background Information**
Campus Location
**College Station**
Status of the Alleged Offender
**Student**
Date of incident

Time of incident

Location of incident
**On-Campus Grounds**

**Involved Parties**

　　　　　lleged Offender
██████ () Alleged Offender
██████ () Alleged Offender
███ () Alleged Offender

**Incident Description**
Please describe the incident with as much detail as possible and use specific, concise, objective language. Focus on the Who, What, When, Where, How, and Why of the incident. Indicate specific

5

TAMU 0494

people, words, phrases, and interactions.

Please try use specific names instead of pronouns (he, she, they, etc.) when referring to people in the body of the report. When possible, we encourage the use of direct quotes, even in incidents when the language may be profane or abusive. For example, "Joe Aggie shook his fist at me and said 'you are a stupid loser'" is more helpful than "Joe Aggie was threatening and used aggressive language with me."

## Supporting Documentation
**No additional documents were attached to this report.**

## Submitted By
Your full name

Position/title/student status

Your email address

Your phone number

UIN

*[UNAUTHENTICATED]*

## Routing Information
Primary recipient:
**Jaclyn Upshaw-Brown (Interim Director, Student Conduct Office)**
Copied recipients:
- scrs@studentlife.tamu.edu

TAMU 0489

Text msg recipients: None
Originating IP address:
Submitted through IR layout #1
Processed by routing rule #167. Routed to Jaclyn Upshaw-Brown, Interim Director, Student Conduct Office.

**Message sent by Maxient**
**The reporter did not provide an email address. REPLIES WILL NOT REACH ANYONE.**

TAMU-03494

## Bell Jr, Douglas

**From:** Winking, Audrey J
**Sent:** Wednesday, May 10, 2023 11:39 AM
**To:** Anderson, Chauncy Jovan
**Cc:** Bell Jr, Douglas
**Subject:** RE: [Maxient]   College Station - On-Campus Grounds


Hi Chauncy,

I would like to schedule interviews for the following dates/times (  interviews total). Please let me know as soon as possible if these work for you so that I can send the interview notices to the students!




Thanks,

**Audrey Winking**|  Senior Student Conduct Investigator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu


---

**From:** Winking, Audrey J
**Sent:** Thursday, May 4, 2023 10:40 AM
**To:** Anderson, Chauncy Jovan <canderson@corps.tamu.edu>
**Subject:** RE: [Maxient]   College Station - On-Campus Grounds

Are there any days/times that I need to avoid scheduling interviews for next week?

**Audrey Winking**|  Senior Student Conduct Investigator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu


---

**From:** Anderson, Chauncy Jovan <canderson@corps.tamu.edu>
**Sent:** Thursday, May 4, 2023 10:39 AM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** RE: [Maxient]   College Station - On-Campus Grounds

Ok next week will be good. Looking forward to it.


**R/**

TAMU-0487

**MSgt Chauncy J. Anderson USMC (Ret)** | Cadet Training Officer II
Office of the Commandant | Division of Student Affairs| Texas A&M University
Lacy| Dorm 6  TAMU | College Station, TX 77843

ph: 979.458.9372 |                              | canderson@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**Corps of Cadets** | We Make Leaders

---

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Wednesday, May 3, 2023 10:40 AM
**To:** Anderson, Chauncy Jovan <canderson@corps.tamu.edu>
**Subject:** RE: [Maxient]              College Station - On-Campus Grounds

Hi Chauncy,

Just wanted to follow up on your availability. We will probably need to look at next week and depending on whether the cadets are still in town after finals or not we may need to do some via Zoom.

**Audrey Winking**|  Senior Student Conduct Investigator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

---

**From:** Winking, Audrey J
**Sent:** Friday, April 28, 2023 11:52 AM
**To:** Anderson, Chauncy Jovan <canderson@corps.tamu.edu>
**Subject:** RE: [Maxient]              College Station - On-Campus Grounds

Hi there,

Looks like you will be working with me on this investigation!  What does your availability look like next week?  Once I know when you're available for interviews, I will work on getting the students scheduled. I am hoping we can get them in before finals or them leaving for the semester. If you happen to know when the cadets leave campus for summer too, that may be helpful for me to know in case we can't fit them all in before finals.

Thanks,

**Audrey Winking**|  Senior Student Conduct Investigator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Friday, April 28, 2023 11:48 AM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>; Winking, Audrey J <audrey_winking@sco.tamu.edu>; Anderson,

TAMU-03413

Chauncy Jovan <canderson@corps.tamu.edu>
**Subject:** Re: [Maxient]               College Station - On-Campus Grounds

Msg t Anderson is your man. He is copied on this email.

V/R

On Apr 28, 2023, at 9:36 AM, Bell Jr, Douglas <douglasb@vpsa.tamu.edu> wrote:

Thank you for this information.

Lt.Col Gardner, can you assist in identifying a CTO to assist with this investigation.  Thank you in  advance.

**Douglas Bell, Ph.D.**  | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
**Sent:** Friday, April 28, 2023 9:35 AM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>; Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Cc:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** FW: [Maxient]             College Station - On-Campus Grounds

Good morning, Dr. Bell and Audrey,

Based on the information in the initial report, I would recommend that we initiate an investigation to speak with the individuals LtCol Gardner has identified below about their experiences

We have confirmed that surveillance footage from Duncan is not likely to be available due to the amount of time that has passed.

Please let me know if you have any questions.

Thank you,
**Jaclyn Upshaw-Brown**  |  Assistant Director
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 |jaclynu@sco.tamu.edu |sco.tamu.edu

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Wednesday, April 26, 2023 10:29 AM
**To:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>

3

TAMU-03489

**Cc:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** FW: [Maxient]            College Station - On-Campus Grounds

FYI

**Douglas Bell, Ph.D.** | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Wednesday, April 26, 2023 8:47 AM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** RE: [Maxient]            College Station - On-Campus Grounds

These are the names I was given:

**Lt. Col Jeff Gardner '82, USAF (Ret)**
**Assistant Commandant for Discipline**
**Military Advisor Parsons Mounted Cavalry**
**979-458-9317**

---

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Thursday, April 20, 2023 3:12 PM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Cc:** Winking, Audrey J <audrey_winking@sco.tamu.edu>; Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
**Subject:** RE: [Maxient]            College Station - On-Campus Grounds

Thank you for your assessment of the information provided. We would still like to do our due diligence to ensure everything is above board and not assume any details within this incident report. So again, do you know how we would go about figuring out who would have been in the
    Thank you for this information.

**Douglas Bell, Ph.D.** | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

4

TAMU-03496

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Thursday, April 20, 2023 2:55 PM
**To:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
**Cc:** Winking, Audrey J <audrey_winking@sco.tamu.edu>; Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** RE: [Maxient]          College Station - On-Campus Grounds

So I've ask a few questions about this process.  Here are my thoughts:

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Discipline
Military Advisor Parsons Mounted Cavalry
979-458-9317

5

From: Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
Sent: Thursday, April 20, 2023 11:47 AM
To: Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
Cc: Winking, Audrey J <audrey_winking@sco.tamu.edu>; Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
Subject: FW: [Maxient]          College Station - On-Campus Grounds

Hi, Jeff,

We received the IR below involving allegations of hazing among the
After discussing it, we feel we need to do our due diligence in looking into it.

Do you know how we would best go about figuring out who would have been in
            We'll also be checking to see if security footage from Duncan is available (although we
suspect it may not have been retained this long, since the alleged incident in Duncan occurred several
months ago).

Thank you,
Jaclyn

From: Maxient System <notifications@maxient.com>
Sent: Sunday, April 16, 2023 6:39 PM
To: Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
Subject: [Maxient]          College Station - On-Campus Grounds

**This Message Is From an External Sender**

This message came from outside your organization.

Primary recipient (awaiting your action in Maxient)

## Campus Community Incident Report
**Background Information**
Campus Location
**College Station**
Status of the Alleged Offender
**Student**
Date of incident

Time of incident

Location of incident
**On-Campus Grounds**

**Involved Parties**
                () Alleged Offender
                    Alleged Offender
                        Alleged Offender
        Alleged Offender

**Incident Description**
Please describe the incident with as much detail as possible and use specific, concise, objective
language. Focus on the Who, What, When, Where, How, and Why of the incident. Indicate specific
people, words, phrases, and interactions.

6

TAMU-03492

Please try use specific names instead of pronouns (he, she, they, etc.) when referring to people in the body of the report. When possible, we encourage the use of direct quotes, even in incidents when the language may be profane or abusive. For example, "Joe Aggie shook his fist at me and said 'you are a stupid loser'" is more helpful than "Joe Aggie was threatening and used aggressive language with me."

**Supporting Documentation**
**No additional documents were attached to this report.**

**Submitted By**
Your full name

Position/title/student status

Your email address

Your phone number

UIN

*[UNAUTHENTICATED]*

**Routing Information**
Primary recipient:
**Jaclyn Upshaw-Brown (Interim Director, Student Conduct Office)**
Copied recipients:
  • scrs@studentlife.tamu.edu
Text msg recipients: None
Originating IP address:

TAMU-0498

Submitted through IR layout #1
Processed by routing rule #167. Routed to Jaclyn Upshaw-Brown, Interim Director, Student Conduct Office.

**Message sent by Maxient**
**The reporter did not provide an email address. REPLIES WILL NOT REACH ANYONE.**

TAMU-0494

# Bell Jr, Douglas

| | |
|---|---|
| **From:** | Bell Jr, Douglas |
| **Sent:** | Wednesday, September 27, 2023 11:59 AM |
| **To:** | Winking, Audrey J |
| **Subject:** | Corp Incident |
| **Attachments:** | FW:       Corps Searching Rooms |

Howdy Audrey,

I wanted to give you the opportunity to weigh in to see if an additional investigation is needed or if this is enough information to move forward with the conduct process.  One email contain statements from the Corps Members and the next email contains information from the IRs received.  Let me know your thoughts.

**Douglas Bell, Ph.D.**  | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

1

TAMU-0499

## Bell Jr, Douglas

| | |
|---|---|
| **From:** | Latham, Skylar |
| **Sent:** | Friday, March 22, 2024 8:49 AM |
| **To:** | Bell Jr, Douglas |
| **Cc:** | Smith, Asia |
| **Subject:** | RE:     Hazing Concerns |

I will forward him the link to the report and inform him that if he wishes to, he may file a report.

**Skylar Latham '23** | Assistant Coordinator
Student Conduct Office | Division of Student Affairs
Texas A&M University 1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | skylarl@sco.tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**STUDENT CONDUCT OFFICE** | Live By The Aggie Core Values

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Friday, March 22, 2024 8:45 AM
**To:** Latham, Skylar <skylarl@sco.tamu.edu>
**Cc:** Smith, Asia <asias@sco.tamu.edu>
**Subject:** RE:     Hazing Concerns

I think this may be worth investigating if student ▮▮▮▮ would like to make a formal statement via a CCIR.

**Douglas Bell, Ph.D.** | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Latham, Skylar <skylarl@sco.tamu.edu>
**Sent:** Friday, March 22, 2024 8:42 AM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** Smith, Asia <asias@sco.tamu.edu>
**Subject:**     Hazing Concerns

Hey ya'll,

Yesterday I met with student ▮▮▮▮ ▮▮▮▮ who is a ▮▮▮▮ and was ▮▮▮▮ in the Corps of Cadets. At one point in our meeting, he mentioned having been in the Corps, and to make conversation, I asked why he punched. He then proceeded to tell me he and ▮▮▮▮ punched three days into ▮▮▮▮ and discussed how it was intense for them both. Two specific comments he made raised concerns for me:

1. He was woken up at 2:00 AM to an ▮▮▮▮ and telling them to be ready for fallout at the usual start time.
2. When punching, he was advised to not share much about his experience with the outfit to Corps staff, specifically by an upperclassman (or multiple), because ▮▮▮▮ could get disbanded.

I'm not sure what much may be done in this circumstance, but I do want it to be brought to your attention.

1

TAMU x0494

**Skylar Latham '23** | Assistant Coordinator
Student Conduct Office | Division of Student Affairs
Texas A&M University 1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | skylarl@sco.tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**STUDENT CONDUCT OFFICE** | Live By The Aggie Core Values

2

TAMU-0497

**Bell Jr, Douglas**

| | |
|---|---|
| **From:** | Gardner, Jeffery D |
| **Sent:** | Monday, September 25, 2023 3:31 PM |
| **To:** | Bell Jr, Douglas |
| **Subject:** | FW: |
| **Attachments:** | ██████.pdf; ██ Account.pdf; ██████ Account.pdf; █████ Account.pdf; ██ Account.pdf; ████ Account.pdf; ██ Account.pdf; Account.pdf; ██ Account.pdf; ███ Account.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Sir,

Statement from ████ cadets.

V/R

<span style="color:maroon">Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Discipline
Military Advisor Parsons Mounted Cavalry
979-458-9317</span>

**From:** ███████████████████████████ >
**Sent:** Friday, September 22, 2023 10:29 PM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject**:

Howdy!

Sir, attached are the written accounts of ████ Cadets involved in the incident with nonregs in our dorm. I am sorry for the late email, but I was just now able to gather all of the accounts. Thank you again, and let me know if there is anything I can do to help.

With Respect,

████████

1

TAMU 0498

**Bell Jr, Douglas**

| | |
|---|---|
| **From:** | Gardner, Jeffery D |
| **Sent:** | Monday, September 25, 2023 11:20 AM |
| **To:** | Bell Jr, Douglas |
| **Cc:** | Michaelis, Patrick Ralph; Simpson, Meredith M |
| **Subject:** | RE: Corps Searching Rooms |

Sir,

I spoke to the        1st Sgt.  He is providing me with information today.  I'll send it to you as soon as I receive it.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Discipline
Military Advisor Parsons Mounted Cavalry
979-458-9317

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Monday, September 25, 2023 10:37 AM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Cc:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:** RE: Corps Searching Rooms

I have discovered the names of    cadets that were searching rooms:

█████████████████████████████████. Please let me know if you have any additional information.

**Douglas Bell, Ph.D.**  | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Thursday, September 21, 2023 12:31 PM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:** RE: Corps Searching Rooms

Sir,

I will reach out to the

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Discipline

TAMU 0499

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Thursday, September 21, 2023 12:15 PM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Cc:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>
**Subject:** Corps Searching Rooms

Howdy Lt. Gardner,
I received several incident reports from Residence Life regarding Corps Members entering non-regs student rooms in search of a                laundry bag last week.  I wanted to see if you have any additional information related to this situation.

**Douglas Bell, Ph.D.**  | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

2

# Bell Jr, Douglas

**From:** Winking, Audrey J
**Sent:** Friday, September 29, 2023 2:39 PM
**To:** Bell Jr, Douglas
**Subject:** RE: Incident report
**Attachments:** Incident report.docx

I made a few highlights on here where we did get        names.  There is also mention about UPD assisting with one of the incidents – can you reach out to see if we can get notes from that?

Thanks!

**Audrey Winking**|  Senior Student Conduct Investigator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

---

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Friday, September 29, 2023 2:15 PM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** FW: Incident report

**Douglas Bell, Ph.D.**  | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Friday, September 29, 2023 10:55 AM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:** Incident report

Good Morning Dr. Bell,

        Attached you will find four individual incident reports from Corps            .  In each of these incidents, non-corps students attempted to take items from the cadets.  We would appreciate the Student Conduct Office looking into these events and taking appropriate action.  Please let me know if you have questions or if we can be of assistance.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Accountability and Standards

1

## Bell Jr, Douglas

**From:** Gardner, Jeffery D
**Sent:** Tuesday, September 5, 2023 2:15 PM
**To:** Bell Jr, Douglas; Michaelis, Patrick Ralph; Simpson, Meredith M
**Subject:** RE: [Maxient]          College Station - On-Campus Residence Hall
**Attachments:** Incident.pdf

Dr. Bell,

      Attached are the Commandant's thoughts on the       issue.

V/R

<span style="color:maroon">Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Discipline
Military Advisor Parsons Mounted Cavalry
979-458-9317</span>

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Tuesday, September 5, 2023 11:42 AM
**To:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>;
Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** RE: [Maxient]          College Station - On-Campus Residence Hall

I wanted to follow up to see if there was any additional information.   SCO intends to move forward with an investigation
in the coming week.

**Douglas Bell, Ph.D.**  | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Bell Jr, Douglas
**Sent:** Wednesday, August 30, 2023 3:41 PM
**To:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>;
Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** FW: [Maxient]          College Station - On-Campus Residence Hall

I wanted to pass this along for your consideration and review.  Please let me know your thoughts.

**Douglas Bell, Ph.D.**  | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

TAMU-0508

# Bell Jr, Douglas

**From:**             Bell Jr, Douglas
**Sent:**             Thursday, October 19, 2023 10:53 AM
**To:**             Caldwell III, Danny Wilson
**Subject:**             Investigation Report
**Attachments:**             Investigation Report - Final.pdf; Audio Clip 1 - S.mp3; Audio Clip 2 - W.mp3; FW_ Audio Files for
             Hazing Investigation.pdf

Howdy Danny,

I am assigning the      investigation to you.  Lets chat after you have reviewed this information.  I will also forward you
the initial report in Maxient.

**Douglas Bell, Ph.D.**  | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

TAMU-0504

**Bell Jr, Douglas**

---

**From:** Winking, Audrey J
**Sent:** Wednesday, October 11, 2023 3:21 PM
**To:** Bell Jr, Douglas
**Subject:** RE: report

I just added two audio files as well as a PDF of the email from the student from when he sent the audio files to Tia.

**Audrey Winking**| Senior Student Conduct Investigator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

---

**From:** Winking, Audrey J
**Sent:** Wednesday, October 11, 2023 11:24 AM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** report

The investigation report is complete and in the share drive.

**Audrey Winking**| Senior Student Conduct Investigator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

TAMU-0309

Hi, all!

After looking at the two bigger investigations that have recently come in, here is what I'm thinking in terms of assignments:

- Jeanae and Jaclyn to team up as SCAs.
- : Jamyia and Audrey to team up as SCAs
  - Note: We are still uncertain whether more information relevant to this org/investigation is forthcoming from the individual who contacted OFSL shortly before the break. I've checked in with CREI to see if they've heard from her; OFSL has provided contact information so I can follow up with her if not. But I figured y'all could at least start reading, making your list of who might be charged and what type of process, drafting charges, etc. while we figure that out.

Each investigation came with some video/audio files; I've put those into the main Scans→Investigations folder for now.

Please let me know if you have any questions.

Thank you,
Jaclyn

**Jaclyn Upshaw-Brown**  |  Assistant Director
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 |jaclynu@sco.tamu.edu |sco.tamu.edu

**From:** Doughty, Jeanae
**To:** Gardner, Jeffery D
**Subject:** Administrative Conferences
**Date:** Thursday, February 23, 2023 10:13:00 AM

Howdy Col. Gardner,

I am in the process of scheduling the administrative conferences for the        cadets. Would you be

available on Monday,                                    and Tuesday,                                Since there

are       cadets, I've scheduled two separate conferences. If you are unavailable during those

days/times, please provide me your availability for next Monday through Wednesday.

All the Best,

**Jeanae Doughty** |*she/her/hers*| Assistant Coordinator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 | jeanaed@sco.tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

Morning Ma'am,

I can be available at those times.  Quick question, I thought they were all going before a panel starting on          Has there been a change?

V/R

<span style="color:darkred">Lt. Col Jeff Gardner '82, USAF (Ret)</span>
<span style="color:darkred">Assistant Commandant for Discipline</span>
<span style="color:darkred">Military Advisor Parsons Mounted Cavalry</span>
<span style="color:darkred">979-458-9317</span>

**From:** Doughty, Jeanae <jeanaed@sco.tamu.edu>
**Sent:** Thursday, February 23, 2023 10:14 AM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:**     Administrative Conferences

Howdy Col. Gardner,

I am in the process of scheduling the administrative conferences for the        cadets. Would you be available on Monday,                              and Tuesday,                             ? Since there are        cadets, I've scheduled two separate conferences. If you are unavailable during those days/times, please provide me your availability for next Monday through Wednesday.

All the Best,

**Jeanae Doughty** |*she/her/hers*| Assistant Coordinator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 | jeanaed@sco.tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
<span style="color:darkred">**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.</span>

Very well.  I knew I had not seen charge letters for this.  Makes sense now.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Discipline
Military Advisor Parsons Mounted Cavalry
979-458-9317

**From:** Doughty, Jeanae <jeanaed@sco.tamu.edu>
**Sent:** Thursday, February 23, 2023 10:43 AM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** RE:  Administrative Conferences

Okay perfect! I'll get those letters sent out now. To clarify, the        cadets are still going before a panel starting                The administrative conferences are for the                          that had lesser alleged unrelated hazing/alcohol violations. Also, the cadet on              has
charges.

All the Best,

**Jeanae Doughty** |*she/her/hers*| Assistant Coordinator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 | jeanaed@sco.tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Thursday, February 23, 2023 10:37 AM
**To:** Doughty, Jeanae <jeanaed@sco.tamu.edu>
**Subject:** RE:  Administrative Conferences

Morning Ma'am,

        I can be available at those times.  Quick question, I thought they were all going before a panel starting on            .  Has there been a change?

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)

Assistant Commandant for Discipline

Military Advisor Parsons Mounted Cavalry

979-458-9317

---

**From:** Doughty, Jeanae <jeanaed@sco.tamu.edu>
**Sent:** Thursday, February 23, 2023 10:14 AM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:**     Administrative Conferences

Howdy Col. Gardner,

I am in the process of scheduling the administrative conferences for the        cadets. Would you be available on Monday,                              and Tuesday,                          Since there are        cadets, I've scheduled two separate conferences. If you are unavailable during those days/times, please provide me your availability for next Monday through Wednesday.

All the Best,

**Jeanae Doughty** |*she/her/hers*| Assistant Coordinator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 | jeanaed@sco.tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

| | |
|---|---|
| **From:** | Doughty, Jeanae |
| **To:** | Gardner, Jeffery D |
| **Subject:** | RE:      Administrative Conferences |
| **Date:** | Thursday, February 23, 2023 1:42:00 PM |

Looks like it was just a system glitch. I have retracted the second letter.

All the Best,

**Jeanae Doughty** |*she/her/hers*| Assistant Coordinator

Student Conduct Office | Division of Student Affairs | Texas A&M University

1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 | jeanaed@sco.tamu.edu | sco.tamu.edu

- - - - - - - - - - - - - - - - - - - - - - -

**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>

**Sent:** Thursday, February 23, 2023 12:59 PM

**To:** Doughty, Jeanae <jeanaed@sco.tamu.edu>

**Subject:** RE:      Administrative Conferences

I received letters on        cadets but received two letter for ███████████

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)

Assistant Commandant for Discipline

Military Advisor Parsons Mounted Cavalry

979-458-9317

**From:** Doughty, Jeanae <jeanaed@sco.tamu.edu>

**Sent:** Thursday, February 23, 2023 10:14 AM

**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>

**Subject:**      Administrative Conferences

Howdy Col. Gardner,

I am in the process of scheduling the administrative conferences for the        cadets. Would you be available on Monday,                              and Tuesday,                         Since there are        cadets, I've scheduled two separate conferences. If you are unavailable during those days/times, please provide me your availability for next Monday through Wednesday.

All the Best,

**Jeanae Doughty** |*she/her/hers*| Assistant Coordinator

Student Conduct Office | Division of Student Affairs | Texas A&M University

1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 | jeanaed@sco.tamu.edu | sco.tamu.edu

- - - - - - - - - - - - - - - - - - - - - - -

**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

| **From:** | Doughty, Jeanae |
|---|---|
| **To:** | Gardner, Jeffery D |
| **Subject:** | Re:    Administrative Conferences |
| **Date:** | Thursday, February 23, 2023 1:47:40 PM |

Yes, and just a heads up,    of the cadets just called to request a separate administrative conference on Monday. Are you available at 8:30 am or 11:00 am?

All the Best,
**Jeanae Doughty** |*she/her/hers*| Assistant Coordinator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 | jeanaed@sco.tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>

**Sent:** Thursday, February 23, 2023 1:43 PM

**To:** Doughty, Jeanae <jeanaed@sco.tamu.edu>

**Subject:** RE:    Administrative Conferences

Very well. So there are only    ?

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)

Assistant Commandant for Discipline

Military Advisor Parsons Mounted Cavalry

979-458-9317

**From:** Doughty, Jeanae <jeanaed@sco.tamu.edu>

**Sent:** Thursday, February 23, 2023 1:43 PM

**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>

**Subject:** RE:    Administrative Conferences

Looks like it was just a system glitch. I have retracted the second letter.

All the Best,
**Jeanae Doughty** |*she/her/hers*| Assistant Coordinator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 | jeanaed@sco.tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>

**Sent:** Thursday, February 23, 2023 12:59 PM

**To:** Doughty, Jeanae <jeanaed@sco.tamu.edu>

**Subject:** RE:    Administrative Conferences

I received letters on    cadets but received two letter for ██████████

TAMU-0132

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)

Assistant Commandant for Discipline

Military Advisor Parsons Mounted Cavalry

979-458-9317

**From:** Doughty, Jeanae <jeanaed@sco.tamu.edu>
**Sent:** Thursday, February 23, 2023 10:14 AM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:**	Administrative Conferences

Howdy Col. Gardner,

I am in the process of scheduling the administrative conferences for the        cadets. Would you be

available on Monday,                                          and Tuesday,                                    ? Since there

are        cadets, I've scheduled two separate conferences. If you are unavailable during those

days/times, please provide me your availability for next Monday through Wednesday.

All the Best,

**Jeanae Doughty** |*she/her/hers*| Assistant Coordinator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 | jeanaed@sco.tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

I am available at both times.

Lt. Col Jeff Gardner '82, USAF (Ret)

Assistant Commandant for Discipline

Military Advisor Parsons Mounted Cavalry

979-458-9317

**From:** Doughty, Jeanae <jeanaed@sco.tamu.edu>
**Sent:** Thursday, February 23, 2023 1:48 PM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** Re: Administrative Conferences

Yes, and just a heads up,        of the cadets just called to request a separate administrative conference on Monday. Are you available at 8:30 am or 11:00 am?

All the Best,

**Jeanae Doughty** |*she/her/hers*| Assistant Coordinator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 | jeanaed@sco.tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Thursday, February 23, 2023 1:43 PM
**To:** Doughty, Jeanae <jeanaed@sco.tamu.edu>
**Subject:** RE: Administrative Conferences

Very well.  So there are only        ?

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)

Assistant Commandant for Discipline

Military Advisor Parsons Mounted Cavalry

979-458-9317

**From:** Doughty, Jeanae <jeanaed@sco.tamu.edu>

**Sent:** Thursday, February 23, 2023 1:43 PM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** RE:    Administrative Conferences

Looks like it was just a system glitch. I have retracted the second letter.

All the Best,

**Jeanae Doughty** |*she/her/hers*| Assistant Coordinator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 | jeanaed@sco.tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Thursday, February 23, 2023 12:59 PM
**To:** Doughty, Jeanae <jeanaed@sco.tamu.edu>
**Subject:** RE:    Administrative Conferences

I received letters on     cadets but received two letter for ███████████.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Discipline
Military Advisor Parsons Mounted Cavalry
979-458-9317

---

**From:** Doughty, Jeanae <jeanaed@sco.tamu.edu>
**Sent:** Thursday, February 23, 2023 10:14 AM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:**    Administrative Conferences

Howdy Col. Gardner,

I am in the process of scheduling the administrative conferences for the      cadets. Would you be available on Monday,                         and Tuesday,                         ? Since there are      cadets, I've scheduled two separate conferences. If you are unavailable during those days/times, please provide me your availability for next Monday through Wednesday.

All the Best,

**Jeanae Doughty** |*she/her/hers*| Assistant Coordinator

Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 | jeanaed@sco.tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Doughty, Jeanae
**To:** Gardner, Jeffery D
**Subject:** Options Letter
**Date:** Monday, February 27, 2023 12:02:00 PM

Howdy Col. Gardner,

I am creating the options letter for ██████████ for his abuse of process charge/unbecoming a cadet (for abusing the process) and wanted to run the sanctions by you before sending. I was thinking about assigning him Conduct Review/Corps Conduct Review for the remainder of the                as well as an         that will be due at the end of April. Thoughts?

All the Best,

**Jeanae Doughty** |*she/her/hers*| Assistant Coordinator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 | jeanaed@sco.tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Gardner, Jeffery D
**To:** Doughty, Jeanae
**Subject:** RE: Options Letter
**Date:** Monday, February 27, 2023 12:04:13 PM

Thank you very much.  That works for me.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Discipline
Military Advisor Parsons Mounted Cavalry
979-458-9317

---

**From:** Doughty, Jeanae <jeanaed@sco.tamu.edu>
**Sent:** Monday, February 27, 2023 12:02 PM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:**     Options Letter

Howdy Col. Gardner,

I am creating the options letter for ▮▮▮▮▮▮▮ for his abuse of process charge/unbecoming a cadet (for abusing the process) and wanted to run the sanctions by you before sending. I was thinking about assigning him Conduct Review/Corps Conduct Review for the remainder of the ▮▮▮▮▮ as well as an ▮▮▮ that will be due at the end of April. Thoughts?

All the Best,

**Jeanae Doughty** |*she/her/hers*| Assistant Coordinator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 | jeanaed@sco.tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Upshaw-Brown, Jaclyn B
**To:** Freeman Jr, Cedric L; Alvarado, Blair; Gardner, Jeffery D
**Cc:** Spangler, Rebecca; Doughty, Jeanae
**Subject:** Panel information for March 6-10
**Date:** Tuesday, February 21, 2023 9:13:10 AM

Howdy, panel members,

Thank you SO MUCH for volunteering for the large panel scheduled for March 6-10! I'll be your Panel Chair. Rebecca, I'm sharing this information with you so that you'll have it in the event we need to bring you in. If that's the case, we will let you know as soon as we find out!

I do want to note that we are planning to feed you throughout the week; if you have any special dietary needs (or just ideas of what you'd like to eat!), please let me know.

Given the length of the investigation report, I am giving you access to the file documents via Filex a little earlier than we usually would. You will need to enter the access codes below to decrypt the files.

**Some reminders about reviewing the file electronically:** Please take steps to maintain confidentiality while reviewing the files and do not save them to your devices. We also ask that you delete the files from your downloads once you are finished. Finally, please refrain from seeking out information about the individuals or incidents involved other than what is provided in the file documents.

**Filex access codes**
Combined charge letters:
Investigation report:
Recording 1:
Recording 2:

If you have any questions or concerns, please let us know.

Thank you,
Jaclyn

**Jaclyn Upshaw-Brown**  |  Assistant Director
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 |jaclynu@sco.tamu.edu |sco.tamu.edu

TAMU-0349

**From:** jbupshaw@tamu.edu
**To:** Doughty, Jeanae
**Subject:** Filex - You have access to the folder March 6-10 panel documents
**Date:** Tuesday, February 21, 2023 9:13:10 AM

The folder, March 6-10 panel documents, is now available for you to use:

You can upload and download files in this folder.

This folder currently has the following files:

Recording 2
Recording 2.m4a

Recording 1
Recording 1.mp3

Investigation report
    Investigation Report - FINAL_Redacted.pdf

Combined charge letters
Compiled charge letters.pdf

**From:** jbupshaw@tamu.edu
**To:** Doughty, Jeanae
**Subject:** Filex - A new file is available for you to download
**Date:** Thursday, March 2, 2023 10:14:07 AM

The encrypted file, Screenshots submitted by ▮▮▮▮▮ is now available for you to download.
To read this file you will need the passcode. Contact the person who sent the
file to request the passcode. To download the file, visit the address below:

File Details:
Screenshots submitted by ▮▮▮▮
Screenshots submitted by ▮▮▮▮ .pdf 1.85MB

This file is in the folder, March 6-10 panel documents. You can upload and download files in this folder.

| **From:** | jbupshaw@tamu.edu |
|---|---|
| **To:** | Doughty, Jeanae |
| **Subject:** | Filex - A new file is available for you to download |
| **Date:** | Thursday, March 2, 2023 10:17:26 AM |

The encrypted file,      log submitted by ▮▮▮▮▮▮ is now available for you to download. To read this file you will need the passcode. Contact the person who sent the file to request the passcode. To download the file, visit the address below:

File Details:
EST log submitted by ▮▮▮▮▮▮
2nd Reg EST Log -                 , 9_47PM.xlsx 123.52KB

This file is in the folder, March 6-10 panel documents. You can upload and download files in this folder.

**From:** Upshaw-Brown, Jaclyn B
**To:** Alvarado, Blair; Freeman Jr, Cedric L; Gardner, Jeffery D
**Cc:** Spangler, Rebecca; Doughty, Jeanae
**Subject:** Documents added to file
**Date:** Thursday, March 2, 2023 10:21:36 AM

Morning, all,

I have received some additional documents from one of the students for next week's panel. Their submission deadline is today at 5 pm, so if anything else comes in I will get it added to the Filex tomorrow and send you the codes.

**Access codes:**
- Screenshots submitted by ▮▮▮▮▮▮▮ :
- ▮▮▮ log submitted by ▮▮▮▮▮▮ :

It looks like the Filex links have expired for the other files; let me know if you didn't have a chance to view them before that happened, and I'll re-add them.

Just as an FYI, we are planning to order breakfast for y'all on Monday and Tuesday, since we're asking you to join us so bright and early. We'll provide lunch as well. Reminder to let me know if there are any dietary needs!

Thank you!

**Jaclyn Upshaw-Brown** | Assistant Director
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 |jaclynu@sco.tamu.edu |sco.tamu.edu

**From:** jbupshaw@tamu.edu
**To:** Doughty, Jeanae
**Subject:** Filex - A new file is available for you to download
**Date:** Friday, March 3, 2023 10:16:02 AM

The encrypted file, Compiled documents submitted 3.2 is now available for you to download.
To read this file you will need the passcode. Contact the person who sent the
file to request the passcode. To download the file, visit the address below:


File Details:
Compiled documents submitted 3.2
Compiled documents submitted 3.2.pdf 19.60MB

This file is in the folder, March 6-10 panel documents. You can upload and download files in this folder.

| | |
|---|---|
| **From:** | Upshaw-Brown, Jaclyn B |
| **To:** | Alvarado, Blair; Freeman Jr, Cedric L; Gardner, Jeffery D |
| **Cc:** | Spangler, Rebecca; Doughty, Jeanae |
| **Subject:** | RE: Documents added to file |
| **Date:** | Friday, March 3, 2023 10:20:10 AM |

Hi again, everyone,

I'm writing with one more access code for documents for fact-finding that were submitted by the deadline. You should have just received a Filex link, but let me know if not.

Access code:

This document includes several written statements from the charged students, a few witness statements pertaining to the alleged hazing of the ⬛⬛⬛⬛⬛⬛⬛⬛ and a larger set of text messages discussing the planning of the ⬛⬛⬛⬛ incident. If you have time to take a look at it before Monday, that's great. If not, don't stress about it; you should have a bit of time at the beginning of the day to review while we get the students settled, help them complete paperwork, etc.

Thank you!!!
Jaclyn

**Jaclyn Upshaw-Brown** | Assistant Director
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 |jaclynu@sco.tamu.edu |sco.tamu.edu

---

**From:** Upshaw-Brown, Jaclyn B
**Sent:** Thursday, March 2, 2023 10:22 AM
**To:** Alvarado, Blair <abalvarado@tamu.edu>; Freeman Jr, Cedric L <cedric_freeman@reslife.tamu.edu>; Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Cc:** Spangler, Rebecca <rebeccas@studentlife.tamu.edu>; Doughty, Jeanae <jeanaed@sco.tamu.edu>
**Subject:** Documents added to file

Morning, all,

I have received some additional documents from one of the students for next week's panel. Their submission deadline is today at 5 pm, so if anything else comes in I will get it added to the Filex tomorrow and send you the codes.

**Access codes:**
- Screenshots submitted by ⬛⬛⬛⬛⬛⬛ :
- ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

TAMUX0339

It looks like the Filex links have expired for the other files; let me know if you didn't have a chance to view them before that happened, and I'll re-add them.

Just as an FYI, we are planning to order breakfast for y'all on Monday and Tuesday, since we're asking you to join us so bright and early.  We'll provide lunch as well. Reminder to let me know if there are any dietary needs!

Thank you!

**Jaclyn Upshaw-Brown**  |  Assistant Director
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 |jaclynu@sco.tamu.edu |sco.tamu.edu

**From:** Bell Jr, Douglas
**To:** Doughty, Jeanae
**Subject:** Res.Life/Corps Incident
**Date:** Tuesday, October 3, 2023 10:07:07 AM
**Attachments:** Statements.pdf
23-0918-0005 SA.pdf
2023.09.20 - Email 2.pdf
2023.09.20 - Email.pdf
2023.09.22 - Email 2.pdf
2023.09.22 - Email.pdf
2023.09.25 - Email.pdf
██ text from ██ 1.png
██ text from ██ 2.png
██ text from ██ 3.png

Howdy Jeanae,

I have gathered all the emails and statements I received and there are several incident reports as well. Below are the actors who allegedly entered the rooms:



████████████ (Instructed      to check rooms)

████████████ (checked rooms)

████████████ (checked rooms)

████████████ (checked rooms)


████████████ – went upstairs

████████████ – went upstairs

████████████ – went upstairs

████████████ – went upstairs


There are three other names mentioned, but based on the information, they were just present



████████████ (appears to have calmed things down)

████████████████

████████████


Take a look at all the information, and we can discuss it tomorrow or Thursday. I will forward the res.life IRs to you as well.


**Douglas Bell, Ph.D.** | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

| | |
|---|---|
| **From:** | Doughty, Jeanae |
| **To:** | Gardner, Jeffery D |
| **Subject:** | Case |
| **Date:** | Tuesday, October 10, 2023 9:47:00 AM |

Howdy Col. Gardner,

I've been assigned the ___ case and wanted to reach out and touch base with you regarding your availability. There are ___ students, which will require multiple meetings. Also, please let me know if you have any questions.

All the Best,

**Jeanae Doughty** |*she/her/hers*| Assistant Coordinator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 | jeanaed@sco.tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:**     Gardner, Jeffery D  
**To:**       Doughty, Jeanae  
**Subject:**  RE:     Case  
**Date:**     Tuesday, October 10, 2023 9:54:43 AM

Howdy Jeanae,

Is this for the investigation or the administrative hearings?

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Accountability and Standards
Military Advisor Parsons Mounted Cavalry
979-458-9317

---

**From:** Doughty, Jeanae <jeanaed@sco.tamu.edu>
**Sent:** Tuesday, October 10, 2023 9:48 AM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:**     Case

Howdy Col. Gardner,

I've been assigned the        case and wanted to reach out and touch base with you regarding your availability. There are        students, which will require multiple meetings. Also, please let me know if you have any questions.

All the Best,

**Jeanae Doughty** |*she/her/hers*| Assistant Coordinator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 | jeanaed@sco.tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

This is for the administrative conferences involving    cadets.

All the Best,

**Jeanae Doughty** |*she/her/hers*| Assistant Coordinator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 | jeanaed@sco.tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Tuesday, October 10, 2023 9:55 AM
**To:** Doughty, Jeanae <jeanaed@sco.tamu.edu>
**Subject:** RE:     Case

Howdy Jeanae,

Is this for the investigation or the administrative hearings?

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Accountability and Standards
Military Advisor Parsons Mounted Cavalry
979-458-9317

**From:** Doughty, Jeanae <jeanaed@sco.tamu.edu>
**Sent:** Tuesday, October 10, 2023 9:48 AM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:**     Case

Howdy Col. Gardner,

I've been assigned the       case and wanted to reach out and touch base with you regarding your availability. There are        students, which will require multiple meetings. Also, please let me know if you have any questions.

All the Best,

**Jeanae Doughty** |*she/her/hers*| Assistant Coordinator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 | [jeanaed@sco.tamu.edu](mailto:jeanaed@sco.tamu.edu) | [sco.tamu.edu](http://sco.tamu.edu)
- - - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

Howdy Ma'am,

I have read through everything.  Conduct unbecoming a cadet is the only thing I would really be able to charge them with.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Accountability and Standards
Military Advisor Parsons Mounted Cavalry
979-458-9317

**From:** Doughty, Jeanae <jeanaed@sco.tamu.edu>
**Sent:** Tuesday, October 10, 2023 10:04 AM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** RE:     Case

This is for the administrative conferences involving    cadets.

All the Best,

**Jeanae Doughty** |*she/her/hers*| Assistant Coordinator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 | jeanaed@sco.tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Tuesday, October 10, 2023 9:55 AM
**To:** Doughty, Jeanae <jeanaed@sco.tamu.edu>
**Subject:** RE:     Case

Howdy Jeanae,

Is this for the investigation or the administrative hearings?

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)

Assistant Commandant for Accountability and Standards

Military Advisor Parsons Mounted Cavalry

979-458-9317

---

**From:** Doughty, Jeanae <jeanaed@sco.tamu.edu>
**Sent:** Tuesday, October 10, 2023 9:48 AM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:**      Case

Howdy Col. Gardner,

I've been assigned the        case and wanted to reach out and touch base with you regarding your availability. There are        students, which will require multiple meetings. Also, please let me know if you have any questions.

All the Best,

**Jeanae Doughty** |*she/her/hers*| Assistant Coordinator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 | jeanaed@sco.tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

| From: | Doughty, Jeanae |
| --- | --- |
| To: | Gardner, Jeffery D |
| Subject: | RE:     Case |
| Date: | Tuesday, October 10, 2023 2:33:00 PM |

Howdy,

Ok, thank you! Also, the only rule I could charge the upper for giving the direction is "hazing", which doesn't apply in this case, so I am leaving his charges as is. In looking at our calendars, I wanted to confirm that you are available during the following days/times:

- Monday, October 16th 9:30 am-11:00 am
- Monday, October 16th 2:00 pm-3:30 pm
- Wednesday, October 18th 9:30 am-11:00 am

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Tuesday, October 10, 2023 2:30 PM
**To:** Doughty, Jeanae <jeanaed@sco.tamu.edu>
**Subject:** RE:     Case

Howdy Ma'am,

I have read through everything.  Conduct unbecoming a cadet is the only thing I would really be able to charge them with.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Accountability and Standards
Military Advisor Parsons Mounted Cavalry
979-458-9317

---

**From:** Doughty, Jeanae <jeanaed@sco.tamu.edu>
**Sent:** Tuesday, October 10, 2023 10:04 AM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** RE:     Case

This is for the administrative conferences involving    cadets.

All the Best,

**Jeanae Doughty** |*she/her/hers*| Assistant Coordinator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

TAMU-0334

ph: 979.847.7272 | jeanaed@sco.tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Tuesday, October 10, 2023 9:55 AM
**To:** Doughty, Jeanae <jeanaed@sco.tamu.edu>
**Subject:** RE:      Case

Howdy Jeanae,

        Is this for the investigation or the administrative hearings?

V/R

<span style="color:maroon">Lt. Col Jeff Gardner '82, USAF (Ret)</span>
<span style="color:maroon">Assistant Commandant for Accountability and Standards</span>
<span style="color:maroon">Military Advisor Parsons Mounted Cavalry</span>
<span style="color:maroon">979-458-9317</span>

---

**From:** Doughty, Jeanae <jeanaed@sco.tamu.edu>
**Sent:** Tuesday, October 10, 2023 9:48 AM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:**      Case

Howdy Col. Gardner,

I've been assigned the        case and wanted to reach out and touch base with you regarding your availability. There are        students, which will require multiple meetings. Also, please let me know if you have any questions.

All the Best,

**Jeanae Doughty** |*she/her/hers*| Assistant Coordinator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 | jeanaed@sco.tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

Those times should work.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Accountability and Standards
Military Advisor Parsons Mounted Cavalry
979-458-9317

**From:** Doughty, Jeanae <jeanaed@sco.tamu.edu>
**Sent:** Tuesday, October 10, 2023 2:39 PM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** RE:      Case

My apologies. Wednesday, the time is 9:00 am-10:30 am.

**From:** Doughty, Jeanae
**Sent:** Tuesday, October 10, 2023 2:33 PM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** RE:      Case

Howdy,

Ok, thank you! Also, the only rule I could charge the upper for giving the direction is "hazing", which doesn't apply in this case, so I am leaving his charges as is. In looking at our calendars, I wanted to confirm that you are available during the following days/times:

- Monday, October 16th 9:30 am-11:00 am
- Monday, October 16th 2:00 pm-3:30 pm
- Wednesday, October 18th 9:30 am-11:00 am

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Tuesday, October 10, 2023 2:30 PM
**To:** Doughty, Jeanae <jeanaed@sco.tamu.edu>
**Subject:** RE:      Case

Howdy Ma'am,

TAMUx-0364

I have read through everything.  Conduct unbecoming a cadet is the only thing I would really be able to charge them with.

V/R

<span style="color:maroon">Lt. Col Jeff Gardner '82, USAF (Ret)</span>
<span style="color:maroon">Assistant Commandant for Accountability and Standards</span>
<span style="color:maroon">Military Advisor Parsons Mounted Cavalry</span>
<span style="color:maroon">979-458-9317</span>

**From:** Doughty, Jeanae <jeanaed@sco.tamu.edu>
**Sent:** Tuesday, October 10, 2023 10:04 AM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** RE:     Case

This is for the administrative conferences involving    cadets.

All the Best,

**Jeanae Doughty** |*she/her/hers*| Assistant Coordinator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 | jeanaed@sco.tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Tuesday, October 10, 2023 9:55 AM
**To:** Doughty, Jeanae <jeanaed@sco.tamu.edu>
**Subject:** RE:     Case

Howdy Jeanae,

Is this for the investigation or the administrative hearings?

V/R

<span style="color:maroon">Lt. Col Jeff Gardner '82, USAF (Ret)</span>
<span style="color:maroon">Assistant Commandant for Accountability and Standards</span>
<span style="color:maroon">Military Advisor Parsons Mounted Cavalry</span>
<span style="color:maroon">979-458-9317</span>

**From:** Doughty, Jeanae <jeanaed@sco.tamu.edu>

**Sent:** Tuesday, October 10, 2023 9:48 AM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:**     Case

Howdy Col. Gardner,

I've been assigned the       case and wanted to reach out and touch base with you regarding your availability. There are        students, which will require multiple meetings. Also, please let me know if you have any questions.

All the Best,

**Jeanae Doughty** |*she/her/hers*| Assistant Coordinator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 | jeanaed@sco.tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Bell Jr, Douglas
**To:** Doughty, Jeanae
**Subject:** Investigation Assigned
**Date:** Friday, October 20, 2023 10:23:40 AM
**Attachments:** Investigation Report.pdf

Please see attached investigation report assigned to you.  Please let me know if you have any questions.

**Douglas Bell, Ph.D.**  | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

TAMU 0369

**From:** Bell Jr, Douglas
**To:** Doughty, Jeanae
**Subject:** Investigation Assigned
**Date:** Friday, October 20, 2023 10:23:40 AM
**Attachments:** Investigation Report.pdf

Please see attached investigation report assigned to you.  Please let me know if you have any questions.

**Douglas Bell, Ph.D.**  | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

| **From:** | Doughty, Jeanae |
| **To:** | Gardner, Jeffery D |
| **Subject:** | Corps Admin |
| **Date:** | Wednesday, October 25, 2023 2:31:00 PM |
| **Attachments:** | Investigation Report.pdf |

Howdy Col. Gardner,

I've been assigned the                investigation. I am attaching the investigation report for your reference. Please let me know if/when you are available to chat.

All the Best,

**Jeanae Doughty** |*she/her/hers*| Assistant Coordinator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 | jeanaed@sco.tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

Sounds good! I can walk over at 10:15 am.

All the Best,
**Jeanae Doughty** |*she/her/hers*| Assistant Coordinator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 | jeanaed@sco.tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Thursday, October 26, 2023 7:17 AM
**To:** Doughty, Jeanae <jeanaed@sco.tamu.edu>
**Subject:** RE: Corps Admin

Morning Ma'am,

      I have some time tomorrow after 1000.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Accountability and Standards
Military Advisor Parsons Mounted Cavalry
979-458-9317

---

**From:** Doughty, Jeanae <jeanaed@sco.tamu.edu>
**Sent:** Wednesday, October 25, 2023 2:32 PM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** Corps Admin

Howdy Col. Gardner,

I've been assigned the         investigation. I am attaching the investigation report for your reference. Please let me know if/when you are available to chat.

All the Best,

**Jeanae Doughty** |*she/her/hers*| Assistant Coordinator

Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 | jeanaed@sco.tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

| From: | Doughty, Jeanae |
|---|---|
| To: | - Student Conduct Office - Student Employee |
| Subject: | FW: Investigation Assigned |
| Date: | Friday, October 27, 2023 9:45:00 AM |
| Attachments: | Investigation Report.pdf |

Hey, can you redact this for us please?

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Friday, October 20, 2023 10:24 AM
**To:** Doughty, Jeanae <jeanaed@sco.tamu.edu>
**Subject:** Investigation Assigned

Please see attached investigation report assigned to you.  Please let me know if you have any questions.

**Douglas Bell, Ph.D.**  | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

| | |
|---|---|
| **From:** | - Student Conduct Office - Student Employee |
| **To:** | Doughty, Jeanae |
| **Subject:** | RE: Investigation Assigned |
| **Date:** | Friday, October 27, 2023 10:10:56 AM |
| **Attachments:** | Investigation Report_Redacted.pdf |

All done.

**From:** Doughty, Jeanae <jeanaed@sco.tamu.edu>
**Sent:** Friday, October 27, 2023 9:46 AM
**To:**                      - Student Conduct Office - Student Employee
**Subject:** FW: Investigation Assigned

Hey, can you redact this for us please?

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Friday, October 20, 2023 10:24 AM
**To:** Doughty, Jeanae <jeanaed@sco.tamu.edu>
**Subject:** Investigation Assigned

Please see attached investigation report assigned to you.  Please let me know if you have any questions.

**Douglas Bell, Ph.D.**  | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

## EDUCATION

2021    **Master of Organizational Leadership** *(awarded May 7, 2021)*
        Trevecca Nazarene University – Nashville, TN

2013    **Bachelor of Liberal Studies** *(awarded May 12, 2013)*
        The University of Memphis – Memphis, TN
        Major:  Interdisciplinary Studies

## PROFESSIONAL EXPERIENCE

2021 – Present    **Associate Coordinator, Student Conduct Office**
                  **Texas A&M University – College Station, TX**
- Assist in the resolution of student conduct cases and other office initiatives, services, and projects.
- Supervise the Graduate Assistant.
- Administer the student conduct code.
- Serve as an investigator.
- Assist with office assessment.
- Assisting with and coordinating office presentations and trainings.
- Review reports for potential violations of the Student Conduct Code.
- Meet with students, witnesses, advisors, and other supporters to resolve cases.
- Engage in individual developmental and/or educational conversations with students.
- Appropriately refer to university and community resources and services.
- Assign appropriate educational sanctions.
- Serve as panel chair or student conduct administrator as needed.
- Design, implement, and evaluate presentations and workshops to students, faculty, and staff in alignment with office mission.
- Stay current on trends in student conduct and new legislation, state laws, federal requirements, and national standards relating to student conduct.
- Work with supervisor to create and maintain professional development plan, this may include utilizing campus trainings and/or attending professional conferences directly affiliated with job responsibilities.
- Assist in maintaining positive working relationships with office stakeholders, providing information when appropriate, responding promptly to appropriate requests for assistance, and maintaining a professional demeanor.

- Serve as representative on Department, Division and University committees and task forces, at events, and to department stakeholders as assigned.
- Attend and actively engage in Department and Division meetings, trainings, and functions. Other duties as assigned.

| | |
|---|---|
| 2019 – 2021 | **Administrative Assistant to the Dean of Student Services & Enrollment Management**<br>**Mississippi Gulf Coast Community College, Harrison County Campus – Gulfport, MS** |

- Assist Dean in daily planning and implementation of Student Services functions.
- Take minutes at all meetings assigned by the Dean.
- Produce letters, reports, and minutes from rough drafts utilizing word processing skills.
- Compose routine correspondence.
- Handle telephone calls in an effective manner.
- Maintain an accurate and complete filing system.
- Compile and maintain data for reports.
- Arrange for college vehicles, transportation, reservations, and lodging requirements.
- Order all departmental printing from District Printing.
- Handle the purchasing of supplies, etc. for the department.
- Complete hiring packages for personnel hired.
- Maintain employee personnel files for all Student Services personnel.
- Maintain timecards for all Student Services personnel and input leave in Banner during specific payroll dates.
- Prepare special contracts and/or contract addendums when required.
- Monitor, process, and reconcile expenditures and revenues.
- Prepare specifications for quotes and bid tabulations.
- Prepare monthly procurement card statements.
- Process check requests, purchase orders, and travel vouchers.
- Verify and maintain departmental budgets for accuracy.
- Maintain inventory for major and minor equipment for the department and stay up to date on inventory procedures.
- Schedule, coordinate, and assist Dean of Student Services with all aspects of conduct hearings.
- Supervise and/or participate in student activities as assigned by administrative staff.
- Supervise student workers and, when assigned, office personnel in lower levels.
- Schedule meetings and coordinate arrangements for refreshments, meals, audiovisual, and other requirements.
- Handle the reservations for rooms under Student Services responsibility.
- Coordinate the Awards Day Program held at the end of the spring semester.

- Coordinate nominations and selection of the Citizenship Award, Campus Hall of Fame, and Who's Who Among Mississippi Gulf Coast Community College programs.
- Participate in the planning and execution of all Student Services functions (orientation, registration, graduation, Bulldog Day, etc.).
- Maintain an effective relationship with college personnel, students and the community.
- Upgrade skill level and performance through employee development.
- Demonstrate exceptional adherence to work schedules and policies as exemplary performance for co-workers and subordinates.
- Perform other duties as assigned by the Dean of Student Services and Campus Vice President.
- Nominated and selected as 1st Quarter "In the Blue" Employee for the Harrison County Campus in March 2021.

2017– 2019    **Teller**
               **BancorpSouth – Biloxi, MS**
- Provided basic cash receipt and payment services in accordance with policies and procedures.
- Offered prompt and efficient customer transactions.
- Cashed checks and processing withdrawals.
- Balanced cash drawer daily.
- Completed balanced, weekly reports.
- Maintained confidentiality of bank records and customer information.
- Processed orders for tellers from the vault.
- Prepared incoming and outgoing monetary shipments.

## PROFESSIONAL AFFILIATIONS & AWARDS

Association for Student Conduct Administrators (ASCA), 2021-Present
MGCCC "In the Blue" Staff Award, 3rd Quarter - 2021
Delta Sigma Theta Sorority, Incorporated, 2011-Present



View Submitted Application: TAMU Career
Site: Assistant Coordinator-Student Conduct
Office

10:22 AM
04/08/2024
Page 1 of 3

| Contact Information | |
|---|---|
| | Recruiters can reach out to you about this application using the public contact information from your worker profile below. |
| **Email** | jeanaed@sco.tamu.edu (Work) |
| | jeanaed@tamu.edu (Work) |
| **Phone Number** | |

| Experience | |
|---|---|
| **If you can't find the Company Name, check this box and enter it manually** | Yes |
| **Company Name** | Mississippi Gulf Coast Community College, Harrison County Campus |
| **Title** | Administrative Assistant to the Dean of Student Services & Enrollment Management |
| **Location** | Gulfport, MS |
| **Start Date** | |
| **Currently Work Here** | Yes |
| **Responsibilities and Achievements** | ·Assist Dean in daily planning and implementation of Student Services functions. |

· Take minutes at all meetings assigned by the Dean.
· Produce letters, reports, and minutes from rough drafts utilizing word processing skills.
· Compose routine correspondence.
· Handle telephone calls in an effective manner.
· Maintain an accurate and complete filing system.
· Compile and maintain data for reports.
· Arrange for college vehicles, transportation, reservations, and lodging requirements.
· Order all departmental printing from District Printing.
· Handle the purchasing of supplies, etc. for the department.
· Complete hiring packages for personnel hired.
· Maintain employee personnel files for all Student Services personnel.
· Maintain time cards for all Student Services personnel and input leave in Banner during specific payroll dates.
· Prepare special contracts and/or contract addendums when required.
· Monitor, process, and reconcile expenditures and revenues.
· Prepare specifications for quotes and bid tabulations.
· Prepare monthly procurement card statements.
· Process check requests, purchase orders, and travel vouchers.
· Verify and maintain departmental budgets for accuracy.
· Maintain inventory for major and minor equipment for the department and stay up to date on inventory procedures.
· Schedule, coordinate, and assist Dean of Student Services with all aspects of conduct hearings.
· Supervise and/or participate in student activities as assigned by administrative staff.
· Supervise student workers and, when assigned, office personnel in lower levels.
· Schedule meetings and coordinate arrangements for refreshments, meals, audiovisual, and other requirements.
· Handle the reservations for rooms under Student Services responsibility.
· Coordinate the Awards Day Program held at the end of the spring semester.
· Coordinate nominations and selection of the Citizenship Award, Campus Hall of Fame, and Who's Who Among Mississippi Gulf Coast Community College programs.
· Participate in the planning and execution of all Student Services functions (orientation, registration, graduation, Bulldog Day, etc.).
· Maintain an effective relationship with college personnel, students and the community.
· Upgrade skill level and performance through employee development.
· Demonstrate exceptional adherence to work schedules and policies as exemplary performance for co-workers and subordinates.
· Perform other duties as assigned by the Dean of Student Services and Campus Vice President.
· Nominated and selected as 1st Quarter "In the Blue" Employee for the Harrison County Campus in March 2021.

| | |
|---|---|
| **If you can't find the Company Name, check this box and enter it manually** | Yes |
| **Company Name** | Morton's the Steakhouse |
| **Title** | Hostess/Food Runner |

View Submitted Application: TAMU Career
Site: Assistant Coordinator-Student Conduct
Office

10:22 AM
04/08/2024
Page 2 of 3

| | |
|---|---|
| **Location** | Biloxi, MS |
| **Start Date** | |
| **End Date** | |
| **Responsibilities and Achievements** | · Greeted and seated all guests.<br>· Enhanced customer experiences by providing personalized service.<br>· Maintained a positive rapport with colleagues and other patrons.<br>· Retrieved and delivered guest entrees and sides.<br>· Assisted bar staff with daily operations. |

| | |
|---|---|
| **If you can't find the Company Name, check this box and enter it manually** | Yes |
| **Company Name** | BancorpSouth |
| **Title** | Teller |
| **Location** | Biloxi, MS |
| **Start Date** | |
| **End Date** | |
| **Responsibilities and Achievements** | · Provided basic cash receipt and payment services in accordance with policies and procedures.<br>· Offered prompt and efficient customer transactions.<br>· Cashed checks and processing withdrawals.<br>· Balanced cash drawer daily.<br>· Completed balanced, weekly reports.<br>· Maintained confidentiality of bank records and customer information.<br>· Processed orders for tellers from the vault.<br>· Prepared incoming and outgoing monetary shipments. |

| | |
|---|---|
| **If you can't find the Company Name, check this box and enter it manually** | Yes |
| **Company Name** | Red Lobster, Inc. |
| **Title** | Service Professional |
| **Location** | D'Iberville, MS |
| **Start Date** | |
| **End Date** | |
| **Responsibilities and Achievements** | ·Greeted and seated all VIP Guests.<br>· Enhanced customer experiences by providing personalized service<br>· Maintained a positive rapport with colleagues and other patrons.<br>· Delivered food and drinks.<br>· Managed financial transactions. |

| | |
|---|---|
| **If you can't find the Company Name, check this box and enter it manually** | Yes |
| **Company Name** | Harrison County Courthouse |
| **Title** | Chancery Clerk Assistant |
| **Location** | Gulfport, MS |
| **Start Date** | |
| **End Date** | |
| **Responsibilities and Achievements** | ·Input data including deed records, liens records, and IRS revenue.<br>· Filed and archived records.<br>· Organized and designed informational displays for individuals considering foreclosures. |

| | |
|---|---|
| **Replace the Experience information in my profile with this information** | No |

Education

| | |
|---|---|
| THE TEXAS A&M UNIVERSITY SYSTEM | View Submitted Application: TAMU Career Site: Assistant Coordinator-Student Conduct Office |

10:22 AM
04/08/2024
Page 3 of 3

| | |
|---|---|
| Country | United States of America |
| School | Trevecca Nazarene University |
| Degree | Masters |
| Degree Received | |
| Field of Study | |
| First Year Attended | 2019 |
| Last Year Attended | 2021 |
| GPA | |

| | |
|---|---|
| Country | |
| School | |
| Degree | Bachelors |
| Degree Received | |
| Field of Study | Interdisciplinary Studies |
| First Year Attended | 2007 |
| Last Year Attended | 2013 |
| GPA | |

| | |
|---|---|
| Replace the Education information in my profile with this information | No |

**Certifications**

none entered

**Language**

none entered

**Skills**

My experience related to Assistant Coordinator – Student Conduct Office includes: •10 plus years of administrative duties; •Efficient organizational skills, ensuring that all data is complete and accurate upon insertion; •Ability to work effectively with diverse populations; •Experience in purchasing and budget management; •Strong planning, execution, and project management skills; •Experience in coordinating student conduct hearings; •Ability to effectively resolve conflict; •Experience in advising and supervising undergraduate peers and student workers in various organizations; •Ability to develop and maintain effective working relationships with stakeholders and vendors.

| | |
|---|---|
| Replace the Skills information in my profile with this information | No |

**Resume - JADoughty.doc**

| | |
|---|---|
| File Name | Resume - JADoughty.doc |
| Content Type | application/msword |
| Updated By | |
| Upload Date | 07/29/2021 09:07:55 AM |
| Comment | |

**Cover Letter - TA&M - JDoughty.docx**

| | |
|---|---|
| File Name | Cover Letter - TA&M - JDoughty.docx |
| Content Type | application/vnd.openxmlformats-officedocument.wordprocessingml.document |
| Updated By | |
| Upload Date | 07/29/2021 09:27:46 AM |
| Comment | |

TAMU-0336

DIVISION OF STUDENT AFFAIRS
STUDENT COMMUNITY STANDARDS



**MEMORANDUM**

DATE:            January 30, 2024

TO:              BG Joe E. Ramirez, Jr., USA (Ret.)
                 Vice President for Student Affairs

THROUGH:    Dr. Kristen Harrell
                 Assistant Vice President for Student Affairs

FROM:          Dr. Douglas Bell
                 Director, Student Community Standards

SUBJECT:      Case

_____

      submitted a statement to the Corps of Cadets when she requested to transfer out of and into a different squadron. The statement that    submitted included information concerning multiple incidents that have taken place within    that led to    request to transfer outfits. Some of the incidents that occurred include:

- Requiring   to stand on the wall for an extended amount of time (three hours with only one "shake it out" where they got to relax).  Multiple   submitted statements mentioning standing at 5 points of attention for "very long periods of time."
    - Five points meant their heels, butt, both shoulder blades, and head had to be on the wall.
    - It was stated during the investigation that "only the   had to stand like this."
- Requiring   to make and break their racks repeatedly for over 40 minutes. Upperclassmen repeatedly gave the   3-5 minutes to make their racks.  Some statements mentioned that they had to remake their Rack for 2 hours during FOW.
- During FOW,   was required to perform Uniform Drills where they were required to change from PT gear to bravos, then charlies, then bravos fully wired, back to PT gear in an unreasonable amount of time.
- Making   perform PT when sick or injured.
- Calling the   pathetic/weak/ and other names such as "wags."
- The   were told there would be "hell to pay" if they did not win and capture the flag. Calling   "fucking retards" after they lost a game of
- Performing "   Jokes" during outfit meetings where a   gets to tell a joke to an upperclassman to attempt to make an upperclassman laugh.  Anyone who laughs has to "wipe it off," which means sticking their hand out and counting to three and then smacking themselves in the forehead and wiping their smile off their face.

All the cadets within the outfit were charged with alleged violations of Student Rule 24 related to Hazing. Also, all the   were charged with having knowledge and failing to report due to the bolded portions of our Hazing rule:

Student Conduct Office
Student Services Building, 3rd Floor, Suite 309
1172 TAMU
College Station, TX 77843

Tel. 979.847.7272
Fax 979.845.6136
sco@tamu.edu
http://studentconduct.tamu.edu/

TAMUC-0552



1. [24.4.5.] Hazing. Any act that endangers the mental or physical health or safety of a student, or that destroys or removes public or private property; and/or assisting, directing, or in any way causing others to participate in

degrading behavior and/or behavior that causes ridicule, humiliation, or embarrassment for the purpose of initiation, admission into, affiliation with, or as a condition for continued membership in a group or organization; or as part of any activity of a recognized student organization, student group, Corps of Cadets, Corps outfit, Corps unit, or Corps Special Activities. Previously relied upon "traditions" (including Corps, fraternity/sorority, or any other group or organization activity, practice or tradition), intent of such acts, or coercion by current or former members or student leaders of such groups, will not suffice as a justifiable reason for participation in such acts**. It is not a defense that the person (or group) against whom the hazing was directed consented to, or acquiesced to, the behavior in question.**

Examples of such behavior include but are not limited to:
- Misuse of authority by virtue of one's class rank or leadership position.
- Striking another student by hand or with any instrument.
- Any form of physical bondage of a student.
- Taking of one or more students to an outlying area and dropping them off.
- Causing a student to violate the law or a University rule such as indecent exposure, trespassing, violation of visitation, etc.
- Any form of "quadding."
- **Having firsthand knowledge of the planning of such activities or firsthand knowledge that an incident of this type has occurred and failing to report it to appropriate University officials (The Vice President for Student Affairs or designee responsible for oversight of the student conduct processes and/or the University Police Department) is also a violation under this section.**

During the investigation, it was mentioned by the Corps Staff that the information that was provided was not a part of the legitimate military training program as defined and approved by the University. Due to the information provided during the investigation, it was requested that all the          provide statements. The          were not charged with Conduct Unbecoming of a Cadet. Cadet          was transferred to          Since she initially reported this information, she was not charged with violating the student rule.  All the          were offered the low-level options process, which did not include any Corps sanctions.   If requested, we will hold administrative conferences and talk with the          to gain additional perspective regarding the case and determine if the cadets were in violation of our hazing rule.


Douglas Bell, Ph.D.
Director of Student Community Standards

Student Conduct Office
Student Services Building, 3rd Floor, Suite 309
1172 TAMU
College Station, TX 77843

Tel. 979.847.7272
Fax 979.845.6136
sco@tamu.edu
http://studentconduct.tamu.edu/

TAMU-0353

# Bell Jr, Douglas

**From:** Bell Jr, Douglas
**Sent:** Tuesday, October 24, 2023 4:26 PM
**To:** Winking, Audrey J
**Subject:** FW: incidents █████████████

FYI

**Douglas Bell, Ph.D.** | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
------------------------
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Friday, October 20, 2023 9:35 AM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>; Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>
**Subject:** RE: incidents ████████████

Sir,

That would be Jason Leible, jleible@corps.tamu.edu

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Accountability and Standards
Military Advisor Parsons Mounted Cavalry
979-458-9317

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Friday, October 20, 2023 9:26 AM
**To:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>
**Cc:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** RE: incidents ████████████

Howdy,
I think there may be enough here to at least investigate. We can initiate our investigation into this situation. Lt. Col. Gardner, can you please provide a support staff name to serve as a Co-Invesitgator.

**Douglas Bell, Ph.D.** | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
------------------------
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

1

TAMU-0354

**From:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>
**Sent:** Friday, October 20, 2023 8:06 AM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** FW: ██████ incidents ████████████████

Doug – I read through these documents in detail this morning.  I am bothered by the conduct of the ██████ in this outfit.  The first document is the one that really stands out (request to transfer).  Before I act here, I'd like your perspectives if there is any form of violation of university hazing standards here.

patrick

**BG Patrick R. Michaelis '93, US Army (Ret.)**
Commandant
1227 TAMU | College Station, TX 77843-1227
ph: 979.845.2811|
- - - - - - - - - - - - - - - - - - - - - - -
**Corps of Cadets** | **Texas A&M University**

**From:** Anderson, Chauncy Jovan <canderson@corps.tamu.edu>
**Sent:** Wednesday, October 18, 2023 6:47 AM
**To:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>
**Cc:** Fleming, John D <jfleming@corps.tamu.edu>; Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** ██████ incidents ████████████████

Good Morning Sir,

I finally received the additional info last night regarding Cadet ██████████ Below is the original email from last month but I've also attached the additional document that I received last night as well.  She stated also having an audio file that she sent her mother the night that it happened. She's working on getting that to me. If you have any questions please let me know.

**R/**
**MSgt Chauncy J. Anderson USMC (Ret)**  | Cadet Training Officer II
Office of the Commandant | Division of Student Affairs| Texas A&M University
Lacy| Dorm 6  TAMU | College Station, TX 77843

ph: 979.458.9372 |                            | canderson@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**Corps of Cadets** | We Make Leaders

**From:** ████████████████████████████
**Sent:** Tuesday, September 26, 2023 7:45 PM
**To:** Anderson, Chauncy Jovan <canderson@corps.tamu.edu>
**Subject:** Meeting 09/28

Good evening Master Sergeant Anderson,

My name is ██████████████████. I'm a cadet in ██████ and a recent transfer from ██████ I was in the same outfit as ████ ████ when she was in the Corps of Cadets. My time in ██████, though brief, has been incredibly different than my time

2

TAMU-0589

spent in ▮▮▮. If you're available this Thursday, ▮▮▮ and I would love to meet with you and discuss our experiences and perhaps receive some advice to navigate our new circumstances.

I truly believe that transferring to ▮▮▮ was the best choice for me, and I'm truly grateful to ▮▮▮ and ▮▮▮ for allowing me to find somewhere I am a better fit, however, I also believe that many of my buddies, including ▮▮▮ would have remained in the Corps of Cadets had they begun their time in a different outfit or made the transfer as I did. I do not say this lightly, and I truly think that discussing our experience would benefit our buddies who remain in ▮▮▮.

I initially typed up a request to transfer outfits that I have attached to this email. As of today, I have also modified it to detail my experience within

Thank you for your time, and please get back to me at your earliest convenience.

Best wishes,

▮▮▮

3

TAMUX 0884

**Bell Jr, Douglas**

**From:** Winking, Audrey J
**Sent:** Friday, December 22, 2023 12:06 PM
**To:** Bell Jr, Douglas
**Subject:** investigation reports complete

Both the          and          Event reports have been completed and saved in the shared drive.

**Audrey Winking**|  Senior Student Conduct Investigator
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

1

TAMU-0357

**Bell Jr, Douglas**

| | |
|---|---|
| **From:** | Bell Jr, Douglas |
| **Sent:** | Tuesday, January 30, 2024 2:35 PM |
| **To:** | Harrell, Kristen |
| **Subject:** | Memo for Gen. Ramirez |
| **Attachments:** | Case Memo - docx |

Please see the attached memo and let me know if you have any questions or feedback.

**Douglas Bell, Ph.D.** | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

TAMUS 0388

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nicole Myette on behalf of Jason Contreras
Bar No. 24032093
nicole.myette@oag.texas.gov
Envelope ID: 98751778
Filing Code Description: PLEA TO THE JURISDICTION
Filing Description: Defendant's First Supplement to Plea to the Jurisdiction_Pt. 3 of 7
Status as of 3/21/2025 4:16 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Patti Artavia | | patti@vbattorneys.com | 3/21/2025 3:17:29 PM | SENT |
| Brian ABeckcom | | brian@vbattorneys.com | 3/21/2025 3:17:29 PM | SENT |
| Brendan Fradkin | | brendan@vbattorneys.com | 3/21/2025 3:17:29 PM | SENT |
| Michael Granado | | michael@vbattorneys.com | 3/21/2025 3:17:29 PM | SENT |
| Hunter Shurtleff | | hunter@shurtlefflaw.com | 3/21/2025 3:17:29 PM | SENT |

Associated Case Party: Texas A&M University

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jason Contreras | | Jason.contreras@oag.texas.gov | 3/21/2025 3:17:29 PM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 3/21/2025 3:17:29 PM | SENT |

Received & Filed 3/21/2025 3:26 PM
Gabriel Garcia, District Clerk
Brazos County, Texas
Erika Garcia
Envelope# - 98752541

**Bell Jr, Douglas**

| | |
|---|---|
| **From:** | Harrell, Kristen |
| **Sent:** | Monday, January 29, 2024 11:00 AM |
| **To:** | Bell Jr, Douglas |
| **Subject:** | Need to follow up |

We'll need to chat about

**Kristen Harrell, PhD** | She, her, hers | Assistant Vice President
Office of the Vice President | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257

ph: 979.845.4728 | kristenh@tamu.edu |
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

TAMU-0359

| | |
|---|---|
| **From:** | Bell Jr, Douglas |
| **Sent:** | Monday, November 6, 2023 9:43 AM |
| **To:** | Rydl, Chareny L |
| **Cc:** | Reber, Thomas W; Harrell, Kristen |
| **Subject:** | RE: Cadet Suspension |

To my knowledge, this individual was         suspended from the Corps (only) by CMDT, pending the outcome of an investigation and adjudication process.  We are still investigating

**Douglas Bell, Ph.D.**  | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Rydl, Chareny L <chareny@reslife.tamu.edu>
**Sent:** Monday, November 6, 2023 9:31 AM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** Reber, Thomas W <treber@tamu.edu>; Harrell, Kristen <kristenh@vpsa.tamu.edu>
**Subject:** FW: Cadet Suspension

Well this is a first.  Not sure how if he is        suspended from the Corps how they can allow him to move back.  Not my area so if there is any follow up I will leave it up to you.

Chareny

**From:** Wilson, Jeff C <jeff_wilson@reslife.tamu.edu>
**Sent:** Monday, November 6, 2023 9:23 AM
**To:** Rydl, Chareny L <chareny@reslife.tamu.edu>; McCracken, Kyle R <kyle_mccracken@reslife.tamu.edu>; Krenz, Michael D <mikek@reslife.tamu.edu>
**Subject:** FW: Cadet Suspension

Interesting…that the OOC is allowing a cadet who has been       suspended to remain (move back) to the Quad (in a Corps space) while this issue is being worked thru Student Conduct
Thank you

**Jeff Wilson '84 |** Associate Director
Department of Residence Life | Division of Student Affairs
1258 TAMU | College Station, TX 77843-1258

ph: 979.845.4744 | toll free 888.451.3896 |email:  jeff_wilson@reslife.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front



**From:** Simpson, Meredith M <msimpson@corps.tamu.edu>
**Sent:** Friday, November 3, 2023 2:36 PM
**To:** Barrera, Sylvia <sylvia_barrera@reslife.tamu.edu>; Scheffler, Ricky L <rick_scheffler@reslife.tamu.edu>; Fleming, John D <jfleming@corps.tamu.edu>; Meredith Jr, Billy <bmeredith@corps.tamu.edu>; Parker, Chad L <cparker@corps.tamu.edu>
**Cc:** Schlather, Byron L <bschlather@corps.tamu.edu>; Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>; Wilson, Jeff C <jeff_wilson@reslife.tamu.edu>
**Subject:** RE: Cadet Suspension

All,

The CMDT learned this afternoon via parent concern that ██ is living in a study carrell in      . That was not his intended result of the suspension and subsequent move, and he assured the family that the OOC would take action to remedy the situation.

Rick identified a space in                          that is vacant. ██ will connect with Corps Housing on Monday morning to initiate the next iteration of the move. Rick is standing by with access/keys/      and the student was notified of the availability of the space/next steps.

Chad, can you please let the CO know to expect to see the student in the hallway on Monday mid-day?
Rick, once the move is complete can you cancel access to his current facility in      ?

Thanks,
mms

**Meredith Simpson**
Office of the Commandant | Corps of Cadets
1227 TAMU | College Station, TX 77843-1227
ph: 979.845.2811 | msimpson@tamu.edu

Academic Questions: academics@corps.tamu.edu
Corps Virtual Office: tx.ag/corpsacademics
- - - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY**

---

**From:** Wilson, Jeff C <jeff_wilson@reslife.tamu.edu>
**Sent:** Friday, October 20, 2023 1:07 PM
**To:** Fleming, John D <jfleming@corps.tamu.edu>; Barrera, Sylvia <sylvia_barrera@reslife.tamu.edu>
**Cc:** Simpson, Meredith M <msimpson@corps.tamu.edu>; Schlather, Byron L <bschlather@corps.tamu.edu>; Scheffler, Ricky L <rick_scheffler@reslife.tamu.edu>; Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** RE: Cadet Suspension

All –
We have a temporary space held for this student in                . We have notified                     that this student could move today (after 5 pm).

Sylvia & Rick –
Alexis sent you a note on this via Teams as well
Thank you

TAMU-0161

**Jeff Wilson '84 |** Associate Director
Housing Assignments Office | Department of Residence Life | Division of Student Affairs
1258 TAMU | College Station, TX 77843-0000

ph: 979.845.4744 | toll free 888.451.3896 |email:  jeff_wilson@reslife.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

---

**From:** Fleming, John D <jfleming@corps.tamu.edu>
**Sent:** Friday, October 20, 2023 1:04 PM
**To:** Barrera, Sylvia <sylvia_barrera@reslife.tamu.edu>
**Cc:** Simpson, Meredith M <msimpson@corps.tamu.edu>; Wilson, Jeff C <jeff_wilson@reslife.tamu.edu>; Schlather, Byron L <bschlather@corps.tamu.edu>; Scheffler, Ricky L <rick_scheffler@reslife.tamu.edu>; Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** Cadet Suspension

Howdy Sylvia,
        I will cc you on an email to a cadet shortly but wanted to first explain what is going on.

        SCO has initiated and investigation into potential violations of student rules in        Based on statements gathered so far a particular cadet has been identified as possibly be the main focus of the investigation.  BG Michaelis has decided to suspend that cadet from the Corps pending the results of the investigations.  This cadet will be instructed to move out of his Corps dorm living space Monday and into another        space, preferably off the quad.  This is similar to the situation involving a number of      cadets            .

        I already called Jeff Wilson and talked through this with him.  Let me know if you have any questions.

S/F

**LtCol John D. Fleming '94. USMC (Ret)**  | Assistant Commandant, Operations and Training
Office of the Commandant | Division of Student Affairs | Texas A&M University
Ash II LLC |1227 TAMU | College Station, TX 77843-1227

ph: 979.862.4311 | fax: 979.458.1436 | jfleming@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**Corps of Cadets** | We Make Leaders

TAMU-0382

**Bell Jr, Douglas**

| | |
|---|---|
| **From:** | Michaelis, Patrick Ralph |
| **Sent:** | Friday, October 20, 2023 12:25 PM |
| **To:** | Bell Jr, Douglas |
| **Cc:** | Gardner, Jeffery D; Simpson, Meredith M |
| **Subject:** | RE:        incidents ███████████████ |

Doug. I've temporarily suspended ████████ from the Corps pending the results of the investigation.  Thanks for your help here and looking forward to a quick turnaround.


patrick

**BG Patrick R. Michaelis '93, US Army (Ret.)**
Commandant
1227 TAMU | College Station, TX 77843-1227
ph: 979.845.2811|
- - - - - - - - - - - - - - - - - - - - - - -
**Corps of Cadets** | **Texas A&M University**

---

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Friday, October 20, 2023 9:42 AM
**To:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>
**Cc:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** RE:        incidents███████████████

I am available to chat until noon.

**Douglas Bell, Ph.D.**  | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>
**Sent:** Friday, October 20, 2023 9:39 AM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** Re:        incidents███████████████

Doug - before you move forward, need a quick chat. Are you available for a call this morning?

Patrick R. Michaelis
Brigadier General, USA (ret)
Commandant
Texas A&M Corps of Cadets


Sent from my iPhone

1

TAMUX-0369

On Oct 20, 2023, at 9:35 AM, Gardner, Jeffery D <jeff_gardner@corps.tamu.edu> wrote:

Sir,

      That would be Jason Leible, jleible@corps.tamu.edu

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Accountability and Standards
Military Advisor Parsons Mounted Cavalry
979-458-9317

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Friday, October 20, 2023 9:26 AM
**To:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>
**Cc:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** RE:      incidents ███████████████

Howdy,
I think there may be enough here to at least investigate.  We can initiate our investigation into this situation.   Lt. Col. Gardner, can you please provide a support staff name to serve as a Co-Invesitgator.

**Douglas Bell, Ph.D.**  | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>
**Sent:** Friday, October 20, 2023 8:06 AM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** FW:      incidents ███████████████

Doug – I read through these documents in detail this morning.  I am bothered by the conduct of the ███████ in this outfit.  The first document is the one that really stands out (request to transfer).  Before I act here, I'd like your perspectives if there is any form of violation of university hazing standards here.

patrick

**BG Patrick R. Michaelis '93, US Army (Ret.)**
Commandant
1227 TAMU | College Station, TX 77843-1227
ph: 979.845.2811|
- - - - - - - - - - - - - - - - - - - - - - -
**Corps of Cadets** | **Texas A&M University**

**From:** Anderson, Chauncy Jovan <canderson@corps.tamu.edu>
**Sent:** Wednesday, October 18, 2023 6:47 AM

2

TAMU-3104

**To:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>
**Cc:** Fleming, John D <jfleming@corps.tamu.edu>; Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:**　　　　incidents ████████████████

Good Morning Sir,

I finally received the additional info last night regarding Cadet ████████ Below is the original email from last month but I've also attached the additional document that I received last night as well. She stated also having an audio file that she sent her mother the night that it happened. She's working on getting that to me. If you have any questions please let me know.

R/
**MSgt Chauncy J. Anderson USMC (Ret)** | Cadet Training Officer II
Office of the Commandant | Division of Student Affairs| Texas A&M University
Lacy| Dorm 6  TAMU | College Station, TX 77843

ph: 979.458.9372 | mobile:　　　　　　　| canderson@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**Corps of Cadets** | We Make Leaders

---

**From:** ████████████████████████████
**Sent:** Tuesday, September 26, 2023 7:45 PM
**To:** Anderson, Chauncy Jovan <canderson@corps.tamu.edu>
**Subject:** Meeting 09/28

Good evening Master Sergeant Anderson,

My name is ████████████████. I'm a cadet in　　　and a recent　　　from　　. I was in the same outfit as ████████ when she was in the Corps of Cadets. My time in　　　,　　　　, has been incredibly different than my time spent in　　　. If you're available this Thursday, ████ and I would love to meet with you and discuss our experiences and perhaps receive some advice to navigate our new circumstances.

I truly believe that transferring to　　　was the best choice for me, and I'm truly grateful to ████████ and ████████ for allowing me to find somewhere I am a better fit, however, I also believe that many of my buddies, including　　　would have remained in the Corps of Cadets had they begun their time in a different outfit or made the transfer as I did. I do not say this lightly, and I truly think that discussing our experience would benefit our buddies who remain in　　　.

I initially typed up a request to transfer outfits that I have attached to this email. As of today, I have also modified it to detail my experience within

Thank you for your time, and please get back to me at your earliest convenience.

Best wishes,

████████

3

TAMU-0505

| | |
|---|---|
| **From:** | Bell Jr, Douglas |
| **Sent:** | Friday, January 19, 2024 9:34 AM |
| **To:** | Latham, Skylar; Smith, Asia |
| **Subject:** | RE: |

That is my thought.

**Douglas Bell, Ph.D.** | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Latham, Skylar <skylarl@sco.tamu.edu>
**Sent:** Friday, January 19, 2024 9:33 AM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>; Smith, Asia <asias@sco.tamu.edu>
**Subject:** RE:

Should these be the students brought in for administrative conferences?

**Skylar Latham '23** | Assistant Coordinator
Student Conduct Office | Division of Student Affairs
Texas A&M University 1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | skylarl@sco.tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**STUDENT CONDUCT OFFICE** | Live By The Aggie Core Values

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Friday, January 19, 2024 9:28 AM
**To:** Smith, Asia <asias@sco.tamu.edu>
**Cc:** Latham, Skylar <skylarl@sco.tamu.edu>
**Subject:** FW:

Below are the names of the                who assisted during      .

**Douglas Bell, Ph.D.** | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Friday, January 19, 2024 9:26 AM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** RE:

Sir,

TAMU-03106

As requested.

<span style="color:maroon">Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Accountability and Standards
Military Advisor Parsons Mounted Cavalry
979-458-9317</span>

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Friday, January 19, 2024 9:04 AM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Cc:** Smith, Asia <asias@sco.tamu.edu>
**Subject:**

Howdy Lt. Col. Gardner,
We are reviewing the investigation report for                , and I wanted to know if you had the list of the
Members for              who participated/assisted in         .  Thanks in advance.

**Douglas Bell, Ph.D.**  | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

TAMU-0303

Request to Transfer Document Concerning ████████

Objective: Transfer to

Reasons for Transfer: Compatibility with outfit culture, moral alignment, leadership methods, differing priorities.

To be more specific, ████ promotes selfless leadership and actively engages in community service. The outfit is very academic-oriented. ████████ is currently in ████. The outfit promotes honor and hard work and heavily promotes discipline through physical training.

I was personally asked by my superiors to provide constructive criticism for the outfit. The leadership in the outfit is striving to change for the better. The following list details my personal experience and recommendations. These are my personal opinions, but I can honestly say that many are shared by my fellow cadets.

Unfortunately, we have lost ████ so far, leaving ████ in our buddy class; however, several would have been excellent cadets. I'm writing this because I don't want to lose any more cadets who might punch if things don't change.

My overall observation is that ██████████████████ care very much about this outfit. There are a few issues I would like to address:

Chain of command is ineffective:
████ are not willing or able to answer questions or address concerns. Fire teams are inefficient and squad leaders are nonexistent. ████ are the ones primarily disciplining us throughout ████ and even now. For example, they are the ones who dictated training in ████. They are intimidating figures who lead with negative reinforcement and degradation. This treatment has led some ████ to punch * Although ████████ is in a position to lead by example, she has allowed ████ to dictate training and often harsh discipline. For example, during ████, ████ participated in rack drills for most days of ████ often lasting more than two hours. We also had timed uniform drills, in which the ████ had to change back and forth between various uniforms for inspection. It was often very intense and the pressure was excessive. The ████ stood at attention on the wall for increasingly long periods of time past the point where the ████ collapsed from leg cramps, or were shaking and in tears. You're considered weak if you're pushing yourself and your body doesn't comply. Examples include cadets passing out during PT, cadets participating in PT even when excused with doctor's notes, and having a "spew line" for the amount of ████ throwing up, and cadets being called "pathetic" and "weak" before collapsing.

*I can provide specifics for why many ████ quit and which factors were responsible, but it is not my place to type it out on this report.

Communication is lacking:

who were sick or injured were still expected to participate in PT even when excused by medical professionals. In my case, I was unable to attend classes for 3 days. I messaged my team leaders immediately, and received no specific instructions. I was told to still line up with my buddies for the first call even though I was unable to stand properly. My CO found me in the restroom and told me that in the future, I should go to my          doors rather than just text them so that I would be accounted for. The next day, I was still unable to participate in PT or training activities, but was told to still line up with my buddies. I attended formation and all attempts made to make a statement and explain that I was dizzy and ill were met with harsh instructions and demands to shut up. We went back to our dorms and had our room inspection drills until breakfast. I stumbled through helping my buddies clean their holes while fighting nausea. We lined up on the wall, and I was yelled at for looking like I was falling asleep. I made a statement that I was dizzy and concerned about passing out before running to the restroom. When I finally did return to PT, I informed my          that I was able to do calisthenics, but would likely throw up if I ran. I was still expected to run sprints until I was violently puking on the ground and hyperventilating.

Unfortunately, a fellow buddy of mine who was sick had a similar story. She was excused for several days by a doctor, but was told by the upperclassmen that she was still expected to attend PT. She is recovering from a               injury, and still attempts to do strenuous physical activity to avoid getting yelled at.

Culture:

The culture of this outfit is competitive and intense. There is no positive feedback and expectations are never clear. There is no transparency, and the          are not treated respectfully. Our outfit has had          punch out. The          are overwhelmed and often scared. The          often confuse fear for respect and lead by intimidation instead of example. The          are often told that if we get it together for once, we'll get good bull. When we do get good bull, we aren't allowed to smile or laugh, and we aren't allowed to initiate anything considered fun. They tell us that they push us to make us better and that we're lucky to have them. Our buddy class all encouraged each other to hold on until after          because things would get better. Our          then told us that they had weeded out all the weak ones, and it was only going to get harder. There is no motivation or encouragement. We are belittled and called pathetic if we struggle to keep up. This outfit defines your worth in your PFT scores, and cadets are treated accordingly. You will not be respected if you aren't athletic. In fact, you will likely be the target of belittlement and degradation during PT times if you fall behind. There's no accountability with leadership, and the          do not know who to ask questions to. We were assigned our fire team leaders after three weeks and didn't meet our               until after two weeks of classes. Personally, I felt that my          were not willing to answer my questions and often took a very long time to reply to messages if they replied at all.

Personal Experience:

In my experience, I've had little to no issues with most of the          . Many of them have been very supportive and inspiring figures to me. I have had little to no contact with most of the
.

was primarily run by ▮▮▮▮. Those who were there were often intimidating and harsh disciplinarians. My personal opinion of ▮▮▮▮▮ is that he is degrading and unapproachable. He would often say harsh things about us to other ▮▮▮▮ in the hallway. He's angry most of the time and gives off the impression that he would be much happier of a person if he had never met any of us. When he does feel like joking around, he gets angry if we react positively. We often say that he loves good bull and hates other people's joy. In the case of some cadets, his degradation often seemed personal. It is my understanding that ▮▮▮▮ are supposed to be inspiring and supportive figures. I felt neither of those things after being called "a bunch of f****ng retards" after losing a game of ▮▮▮▮ In fact, during field day we were told that ▮▮▮▮ don't lose, and if we lost a game, we would go back to standing at attention on the wall for two hours.

We are often told that the ▮▮▮▮ are rooting for us and want to see us improve. I mentioned to ▮▮▮▮▮▮ that I felt that some ▮▮▮▮ were rooting for me to quit, and would celebrate if I left because they wouldn't have to deal with me during PT anymore. He assured me that that wasn't the case and that some people just take PT a lot more seriously than others and that I would get better. In the case of ▮▮▮▮▮, the degradation has often felt personal to me. My buddies often say that outside of training times, he's nice; however, he's never spoken to me outside of harshly pointing out my mistakes or calling me pathetic. In fact, there was a time during ▮▮▮ in which there were several of us in the hallway rushing back to our holes hoping we wouldn't have to greet. We were noisier than necessary, and ▮▮▮▮▮ saw us. I was the only one who got in trouble. He came to my door and told me that it was astounding how I couldn't get the simplest things right, and how shockingly incompetent and pathetic I am. There were six of us in the hallway, and I was the only one who got in trouble. I went to a paired dinner with my ▮▮▮▮ mentor, a buddy of mine, and her mentor. I made a joke about how I was sure that ▮▮▮▮▮ hated me because I struggled during PT, and both ▮▮▮▮▮▮▮▮ confirmed that I was probably right.

I had no issues with ▮▮▮▮▮ until going to dinner with him, my mentor, and my buddy. That evening, I had previously told ▮▮▮▮▮ that I was considering transferring outfits. He asked me if he could tell ▮▮▮▮ so she could talk to me about it. I told him I would be happy to talk to her about it and that he definitely should tell her. I hadn't yet told anyone other than ▮ ▮▮▮▮▮▮ and I was planning on speaking to my ▮▮▮▮▮ about it the following day, but for reasons regarding consolidation of rooms, I spoke up sooner than planned. That night, during the ▮▮▮▮ mentor dinner, ▮▮▮▮ began to ask me questions. He asked me if it was true that I was planning to transfer outfits. I told him yes, and my buddy with me was very upset. ▮▮▮▮ began to ask me why. I told him that I would be happy to have that conversation with him in another time and place, but I wasn't comfortable talking about it at the moment. He continued pushing me multiple times, and I continued saying that I was uncomfortable. I felt like my privacy had been breached.

I am seriously concerned about the ▮▮▮▮▮▮ of one of my buddies. She's had many breakdowns and reached out to the ▮▮▮▮▮. She dreads PT for fear of degradation, and she is

understanding but upset that I am leaving because we had previously hoped to be          .
Her concerns are valid, and I worry about how she will cope if things continue how they are.

It is only fair to mention the positives in this outfit.
There are several people who have made my experience in the outfit a positive one. █
████████████████████████ were both very kind and supportive to my buddies and I who
were struggling. ████████████████ have both inspired me to work hard even when I've
been upset, frustrated, or tired. ████████ especially has given me invaluable advice and
motivation. During PT, the only person who was kind to me when I struggled was ████████
He fell out on runs with me, and instead of belittling me, he encouraged me to try my best and to
keep pushing myself. He never made me feel bad, and I was always thankful to have him there
with me. Similarly, ████████ helped me calm down when I hyperventilated, and didn't make
me feel bad about myself.

In conclusion, I strongly believe that there needs to be a culture change within this outfit. There
needs to be accountability because the          are struggling, and I would not be surprised if there
were more punches. In an outfit where worth is defined by          scores, "weak        " are
degraded and belittled. We are never fully unlocked and the          are always walking on
eggshells and afraid of upsetting the          . Ultimately, I am requesting immediate transfer to
          because I anticipate retaliation for my transfer request.

TAMU-0397

Update as of 09/26/27

I have spent one full week in           and I truly believe that I have made the right decision. There is an effective chain of command, and I was immediately placed in a fire team with strict, but helpful                  . My       team leader is often hard on me, but in the best possible way. I can tell he cares and wants me to improve, and I only feel motivated to work harder and make him proud. Our          leader is very approachable, though I haven't yet needed to ask a question that far up the chain of command. Our              are fantastic. They inspire and motivate us to improve.

I've experienced severe             in the past during outfit physical training time. This morning, we had our                  session, and those feelings came flooding back. No one was upset with me. In fact, ██████████ pulled me aside to collect myself. He told me it was good that I understood that what I was going through was             and that I could work through it because if I couldn't, I wouldn't already be here. One of the           told me that while they wanted me to push myself, overexertion was not the goal. Even the                  motivated me. No one called me weak or pathetic, they all just told me that they knew I had more to give, and I did. I completed an incredibly intense workout, and instead of feeling           or dread for the day to come, I felt a sense of accomplishment. I did something difficult and scary, and I got through it. I was never put down or left behind, I was only supported and encouraged to get back up. The training environment is so different from what I was used to, I didn't know how to react at first. Now, I'm just so thankful that I'm here.

The culture here is different too. Everyone cares about each other and lifts each other up. You never give up on yourself, and you never give up on your buddies. I'm still finding my place within this outfit, but everyone has been so kind and welcoming, I have no doubt that this is where I'm meant to be. I know that there will always be hard days, but I also know that in        I have people to lean on. My buddies are supporting me, my               are pushing me, my          are rooting for me, and my          are inspiring me. Every day will be another step towards improvement, and someday, I'll be able to inspire that growth in someone else.

| | |
|---|---|
| **From:** | Bell Jr, Douglas |
| **Sent:** | Wednesday, January 24, 2024 1:23 PM |
| **To:** | Smith, Asia |
| **Cc:** | Latham, Skylar |
| **Subject:** | RE:      Tentative Charges |

Move forward.

**Douglas Bell, Ph.D.** | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Smith, Asia <asias@sco.tamu.edu>
**Sent:** Wednesday, January 24, 2024 1:16 PM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** Latham, Skylar <skylarl@sco.tamu.edu>
**Subject:** RE:      Tentative Charges

Dr. Bell,

After consultation with Col. Garner and heavy reflection, I believe Skylar is ready to move forward with          charge letters.

Please let us know if you have any thoughts or concerns.

Asia

**Asia Smith M.S.Ed.** |Assistant Director of Student Conduct
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | asiasmith@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Friday, January 19, 2024 9:18 AM
**To:** Smith, Asia <asias@sco.tamu.edu>
**Cc:** Latham, Skylar <skylarl@sco.tamu.edu>
**Subject:** RE:      Tentative Charges

After an additional review, this makes sense.  I would do an options process for the          and unnamed upperclassmen.  I am attempting to get the          list from Gardner, so we know exactly who was present at         .

**Douglas Bell, Ph.D.** | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University

TAMU-0399

1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Smith, Asia <asias@sco.tamu.edu>
**Sent:** Friday, January 19, 2024 9:15 AM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** Latham, Skylar <skylarl@sco.tamu.edu>
**Subject:**      Tentative Charges

Howdy Dr. Bell,

I wanted to streamline the tentative charges for you for review.


Failure to report
Conduct Unbecoming


Failure to report
Complicity
Conduct Unbecoming a Cadet


Hazing
Failure to report
Complicity
Conduct Unbecoming

As mentioned some of the named upperclassmen were dishonest in their interview with the investigators and, as a result, will also receive "Abuse of the Conduct Process".

**Asia Smith M.S.Ed.**  |Assistant Director of Student Conduct
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | asiasmith@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

TAMU-0904

## Bell Jr, Douglas

| | |
|---|---|
| **From:** | Latham, Skylar |
| **Sent:** | Thursday, January 25, 2024 5:48 PM |
| **To:** | White, Lori J; Trevino, Nelda L.; Gonzalez Guerra, Bernardo; Crumrine, Calleigh; Koch, Aubrey - Student Conduct Office - Student Employee; Doughty, Jeanae; Caldwell III, Danny Wilson; Masroor, Wajiha - Graduate Assistant - Student Conduct Office; Taylor, Japheth J. |
| **Cc:** | Smith, Asia; Bell Jr, Douglas |
| **Subject:** | |

Howdy,

Just finished finalizing        Letters will auto send at 8:30 AM tomorrow morning. There is about     students involved so we may want to make a tablet or two.

Sincerely,

**Skylar Latham '23** | Assistant Coordinator
Student Conduct Office | Division of Student Affairs
Texas A&M University 1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | skylarl@sco.tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**STUDENT CONDUCT OFFICE** | Live By The Aggie Core Values

1

TAMU-0305

| | |
|---|---|
| **From:** | Smith, Asia |
| **Sent:** | Tuesday, January 9, 2024 4:44 PM |
| **To:** | Bell Jr, Douglas |
| **Subject:** | RE: Investigation Report |

Skylar will be the SCA for this case.

**Asia Smith M.S.Ed.** |Assistant Director of Student Conduct
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | asiasmith@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Monday, January 8, 2024 2:32 PM
**To:** Smith, Asia <asias@sco.tamu.edu>
**Subject:** Investigation Report

Howdy,
Please review the attached investigation report and let me know who you would like for me to forward this report to.

**Douglas Bell, Ph.D.** | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

TAMU-0906

## Bell Jr, Douglas

**From:**        Bell Jr, Douglas
**Sent:**        Thursday, January 5, 2023 11:41 AM
**To:**          Upshaw-Brown, Jaclyn B
**Subject:**     FW:      Report

I have put this report within your scans folder.

**Douglas Bell, Ph.D.**  | Director of Student Conduct
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Friday, December 23, 2022 11:15 AM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:**     Report

The      Investigation Report is complete. The final report and the two audio recordings can be found here:
   \Investigations\Active Investigations\In Progress _


Have a great break!

**Audrey Winking**|  Student Affairs Coordinator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

TAMU-0303

**Douglas Bell, Ph.D.** | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Friday, September 29, 2023 11:26 AM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:** FW:     Initial Report:

Dr. Bell,

I just received another incident report.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Accountability and Standards
Military Advisor Parsons Mounted Cavalry
979-458-9317

---

**From:**
**Sent:** Friday, September 29, 2023 11:23 AM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>;

**Cc:** ████████████████████████████████████████ ██████████████████████████████
**Subject:**     Initial Report:

Good afternoon, Lt Col Gardner and Cadet ████,

**Who:** ██████████████████████████ ████████████
**What:** Stolen Property
**Where:** In between
**When:** 1300, Thurs
**Why:** Cadet ██████ was returning from a mathematics lab class with a non-reg friend, during which

one of his             was taken.    fraternity students (male) came up from
behind him and took his spur by stepping on his heels and shoving him. Cadet ▮▮▮▮▮ tried to grab
one of the frat students, but he got away with the             .
The   fraternity students were
                          Both wore black tennis shoes, no glasses, one with a turquoise shirt other with a
black shirt.

The reasoning for submitting this        is to help create a trail of similar cases to hold the fraternities
accountable.



--
Very Respectfully,


▮▮▮▮▮▮▮▮▮
Texas A&M University
Corps of Cadets |
P: ▮▮▮▮▮▮▮▮
E: ▮▮▮▮▮▮▮▮▮▮▮▮▮

Gardner is suppose to provide some statements.  I am not sure who should be a co-investigator.

**Douglas Bell, Ph.D.**  | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Harrell, Kristen <kristenh@vpsa.tamu.edu>
**Sent:** Thursday, September 28, 2023 8:14 PM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** FW:

**Kristen Harrell, PhD** | She, her, hers | Assistant Vice President
Office of the Vice President | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257

ph: 979.845.4728 | kristenh@tamu.edu |
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>
**Sent:** Thursday, September 28, 2023 4:02 PM
**To:** Hearst, Shante <shearst@stuact.tamu.edu>
**Cc:** ███████████████████████████████████████
█████████████████████████████████████
**Subject:** RE:

**Good on all, Shante. Thanks.**

**I'd like a report on where we are on this incident next week. This is the kind of behavior that leads to physical altercations between our students – something that is never good for anyone.**

**Thanks again for the information.**

*BG Joe E. Ramirez, Jr*
*United States Army (Retired)*
*Vice President for Student Affairs*
*Texas A&M University*

**From:** Hearst, Shante <shearst@stuact.tamu.edu>
**Sent:** Thursday, September 28, 2023 12:07 PM
**To:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>
**Cc** ███████████████████████████████████████████
███████████████████████████████████████████
**Subject:** RE:

General Ramirez,

    are recognized as a registered student organization but are not a member of any council. They operate and are viewed more like a          because they are not affiliated with     (where they would be housed if they were affiliated with a council).

I'm happy to provide additional clarification if this wasn't helpful.

**Shanté Hearst**
Fraternity & Sorority Life, Director
Department of Student Activities, Assistant Director
Texas A&M University
1236 TAMU | College Station, TX 77843-1236

ph: 979.862.5636 | shearst@stuact.tamu.edu | studentactivities.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.


**From:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>
**Sent:** Thursday, September 28, 2023 12:01 PM
**To:** Hearst, Shante <shearst@stuact.tamu.edu>
**Cc:** ███████████████████████████████████████████
███████████████████████████████████████████
**Subject:** Re:

So the frat involved is NOT recognized by the university?? Is that what you're telling me??

BG(R) Joe E. Ramirez, Jr
Vice President for Student Affairs
Texas A&M University
Sent from my iPhone


       On Sep 28, 2023, at 11:42 AM, Hearst, Shante <shearst@stuact.tamu.edu> wrote:


       Hello General Ramirez,

TAMU-0391

██████ has been in contact with ████████, and shared that ████████████ (outside of our office) is an identified group. It was addressed on Tuesday at the meeting and all chapters were warned to refrain from participating in this behavior. I will continue to keep everyone posted.

**Shanté Hearst**
Fraternity & Sorority Life, Director
Department of Student Activities, Assistant Director
Texas A&M University
1236 TAMU | College Station, TX 77843-1236

ph: 979.862.5636 | shearst@stuact.tamu.edu | studentactivities.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>
**Sent:** Thursday, September 28, 2023 11:30 AM
**To:** Dobiyanski, Victoria E <vdobiyanski@tamu.edu>; Brown, Josh <jhbrown@stuact.tamu.edu>; Hearst, Shante <shearst@stuact.tamu.edu>
**Cc:** ████████████████████████████████████████████████████ >
**Subject:** Fwd:

I've asked ████████████ to send me everything he has on this incident, including any names he may have of those who did this, as well any specific fraternities who have been doing it. Once I get that information I want this investigated and dealt with immediately.

More to follow. Will forward the information once I get it.

BG(R) Joe E. Ramirez, Jr
Vice President for Student Affairs
Texas A&M University
Sent from my iPhone

Begin forwarded message:

> **From:** ████████████████████████████████████
> **Date:** September 28, 2023 at 11:22:09 AM CDT
> **To:** "Ramirez Jr, Joe E" <jramirez@vpsa.tamu.edu>
> **Cc:** "Simpson, Meredith M" <msimpson@corps.tamu.edu>
> **Subject: Fwd:**
>
> ████ - I don't know of a single instance where the Corps actively targets Greek life. This is embarrassing.
>
> ████

Patrick R. Michaelis
Brigadier General, USA (ret)
Commandant
Texas A&M Corps of Cadets

Sent from my iPhone

Begin forwarded message:

> **From:** "Simpson, Meredith M"
> <msimpson@corps.tamu.edu>
> **Date:** September 28, 2023 at 10:51:50 AM CDT
> **To:** "Gardner, Jeffery D" <jeff_gardner@corps.tamu.edu>,
> "Michaelis, Patrick Ralph" <pmichaelis@corps.tamu.edu>
> **Subject: RE:**
>
>
> Sir,
>
> Jeff and I talked this morning and I reached out to
>      /Fraternity and Sorority Life to engage their
> leadership as well. The pledges are being 'tasked' with
> stealing spurs.
>
> V/R,
> mms
>
> **Meredith Simpson**
> Office of the Commandant | Corps of Cadets
> 1227 TAMU | College Station, TX 77843-1227
> ph: 979.458.2829 | msimpson@tamu.edu
>
> Corps Virtual Office: tx.ag/corpsacademics
> - - - - - - - - - - - - - - - - - - - - - - - -
> **TEXAS A&M UNIVERSITY**
>
> ---
>
> **From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
> **Sent:** Thursday, September 28, 2023 10:27 AM
> **To:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>
> **Cc:** Simpson, Meredith M <msimpson@corps.tamu.edu>
> **Subject:**
>
> Morning Sir,
>
>      Wanted to update you on the          situation.
> So far this week there have been three known instances
> where frat pledges have either attempted to steal or have

TAMU-0389

stolen         .  I am obtaining statements from the
and         .  I'm still trying to find the female       in the wing
who was surrounded by frat pledges and had her spurs
stomped.  We have the names of two of the frat pledges.
Once I have all the information consolidated, we will move
forward to Student Conduct.  I am available for questions.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Discipline
Military Advisor Parsons Mounted Cavalry
979-458-9317

TAMU-0384

| | |
|---|---|
| **From:** | Bell Jr, Douglas |
| **To:** | Winking, Audrey J |
| **Subject:** | FW: Incident report |
| **Date:** | Friday, September 29, 2023 2:14:53 PM |
| **Attachments:** | Incident report.docx |

**Douglas Bell, Ph.D.** | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Friday, September 29, 2023 10:55 AM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:** Incident report

Good Morning Dr. Bell,

        Attached you will find        individual incident reports from Corps            .  In each of these incidents, non-corps students attempted to take items from the cadets.  We would appreciate the Student Conduct Office looking into these events and taking appropriate action.  Please let me know if you have questions or if we can be of assistance.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Accountability and Standards
Military Advisor Parsons Mounted Cavalry
979-458-9317

Who:

What: Stolen Property

Where: Outside Southside Commons by Bike Racks

When: 1230

Why:                    was walking with a non-reg friend of his and they were in the middle of a conversation on their way into the commons near the bike rack area.                    got flat tired by two kids and one grabbed onto his backpack.                    spun around and was carrying a metal water bottle in his hand so he used it and whacked one of the kids in the ribs but the other with the spurs got away and started running towards the parking lot near the greenhouses in front of the commons. A few other cadets saw what happened and ran to the parking lot. The kid who took the spurs went inside their getaway car and they surrounded the car so they couldn't move. A few minutes later he quickly ran out the side of the car and the cadets chased him around commons by        dorm hall. While this was happening a few cadets stayed behind to keep the car from leaving and the University Police Department arrived and surrounded their car. Then, the kid with the spurs ran inside        . The kid then returned back to the car and a few minutes later he was forced to return the            with the help of UPD. UPD asked if                    wanted to press charges but he declined.


Walking back from class by        , frat guy on a bike drove by and grabbed bider off of Cadets head. No retaliation from        . Was reacquired by                    after the same guy tried to take his. in this occurrence            lowered his shoulder, causing the frat to drop both biders and run off.

              Incident report


In the early afternoon of                my roommate and I,                were eating in the commons at the tables side by side Infront of the 4 vending machines across from the mail room. I then suddenly heard face paced footsteps behind me when a person took my            off the table and proceeded to sprint away. Without hesitation I sprinted after him running through the doors in the back of commons. In full uniform            I was chasing this pledge through the commons and down the concrete steps in the back of commons. I then proceeded to subdue him from behind in the street in the back of commons. He then was getting up still refusing to give up my property. I then secured his leg with my upper body. I also felt his leg rear back to kick me. I knew        was not far behind.        then proceeded to subdue him causing him to be on the ground again. He still would not give up my property. After a few seconds of me and my roommate securing him on the ground he finally gave my property back. His get away truck then left without him. He then walked into the commons. This was an organized event enacted by the pledges who were involved. Me and        never used force that could have caused serious or fatal harm to this pledge even though we had the full ability to do so. We were simply reacting to someone who blatantly stole a valuable item from me with the intention of getting that item back and not hurting the pledge.

Incident Report

In the early afternoon of               my roommate and I were eating a quick snack at the Commons at the tables in front of the vending machines across from the MailRoom when suddenly an individual while sprinting by our table reaches down and grabs something off of our table. Unsure exactly what was happening, I began to sprint after this individual alongside my roommate and after realizing exactly what was taken I turned back to grab the remainder of our property off of the table such as my phone and the rest of our               . When sprinting back out of the door I heard the other people standing outside causing ruckus and after getting to a position where I could see I witnessed this individual standing over my roommate with a demiener of aggression while my roommate was hugging tightly onto one of his legs and holding his head against his thigh which made me realize he was continuing to escalate the situation. My immediate reaction was to subdue the individual in order to deescalate the situation to insure the safety of everyone involved. Referring back to the numerous de escalation training I have participated in at the                              as a                    " I did exactly what I was taught. After a quick scan of the surrounding terrain and analyzing the environment I realized that a takedown would be safe therefore I quickly got the individual onto the ground and stood with one leg in between his two legs bisecting the center of his body with my body turned at a 45 degree angle towards the center of the individual in the ready position for anything that this individual might try to do. I stayed in this position and did not allow him to get up until I felt the situation was completely deescalated and was comfortable with the attitude this individual had due to the fact that I knew he was much bigger than myself and I was unsure of his mission and skillset.  The individuals name is


On Monday,                    I was studying at the West Campus Dining facility on the 2nd floor. At approximately 1545, I had my               on the table next to my laptop while I was working on a math assignment. All of a sudden, some kid snatched my spurs and took off running. I was taken by surprise but quickly got up and started chasing him. I ran down the stairs and chased him outside of the building. I sprinted, slowly gaining on him until he ran through the door of the Heep Building. He then proceeded to run into a pole in the middle of a doorway where I was able to catch him. I quickly grabbed him with both arms and held him from getting away. Then, a fellow cadet came to my aid and helped me pry the spurs from his hands. Even being captured by me, he did not want to give up the spurs as we had to forcefully take them from his hands. After I got my spurs back, I let him go without much confrontation. I then ran back to get my stuff from where I was studying before going to class. After class I learned that the kid that attempted to steal my spurs was in my same class but left once he saw me enter. He also did not show up to class on Wednesday. I do not have much information on him except that his name is

TAMU-0583

# Bell Jr, Douglas

**From:** Bell Jr, Douglas
**Sent:** Tuesday, September 19, 2023 9:10 AM
**To:** Michaelis, Patrick Ralph
**Cc:** Gardner, Jeffery D; Simpson, Meredith M
**Subject:** FW: [Maxient]          College Station - On-Campus Residence Hall
**Attachments:**                    .pdf

**Follow Up Flag:**     Follow up
**Flag Status:**        Completed

Please see the incident report I received last week.  I sent this information to CREI, and they returned it to SCO. Please conduct your 72-hour review of this information.

**Douglas Bell, Ph.D.** | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** ▓▓▓▓▓▓▓ (via Maxient) <notifications@maxient.com>
**Sent:** Monday, September 11, 2023 4:33 PM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** [Maxient]          College Station - On-Campus Residence Hall

## This Message Is From an External Sender
This message came from outside your organization.

Primary recipient (awaiting your action in Maxient)

## Campus Community Incident Report
### Background Information
Campus Location
**College Station**
Status of the Alleged Offender
**Student**
Date of incident

Time of incident

Location of incident
**On-Campus Residence Hall**

### Involved Parties
**Corp of cadets,**          , Alleged Offender
▓▓▓▓▓▓▓                        Witness

### Incident Description

1

Please describe the incident with as much detail as possible and use specific, concise, objective language. Focus on the Who, What, When, Where, How, and Why of the incident. Indicate specific people, words, phrases, and interactions.

Please try use specific names instead of pronouns (he, she, they, etc.) when referring to people in the body of the report. When possible, we encourage the use of direct quotes, even in incidents when the language may be profane or abusive. For example, "Joe Aggie shook his fist at me and said 'you are a stupid loser'" is more helpful than "Joe Aggie was threatening and used aggressive language with me."

**During my time in the      unit, I witnessed some very hurtful and unproductive "leadership" among the upperclassmen. To give some specifics:**

**A student who came from      was talked about behind his back as if he was an outsider. One upperclassman specifically said, "When I get in trouble for hazing that     , I will say I was protecting my country." A group of upperclassmen then laughed as if that was something funny to say. This same student continued to be given a hard time based on            in the way they wanted him to.**

**     He would be forced to stand in the hall constantly repeating the same phrase and if he did not get it right he would be sent back into his room, only to then come out 5 minutes later and deal with the same actions. Even being laughed at and shouted at while attempting to do things correctly.**

**The other      do not have things any easier, the upperclassmen are constantly changing times around on them or calling the      dumb and stupid. In one specific instance, the      were told to have three jokes for their Sunday meeting and when the meeting came they were told every      should have had three individual jokes, that the jokes they did have were horrible, that they were stupid for not coming up with anything in 8 hours. The      are also struggling to get enough sleep because when a meeting is scheduled for just 1 hour it will end up taking 2. They do not feel they have enough time to accomplish their academic homework.**

**The final inconsistency comes with the      being told to join groups outside of the corps, but then being told they are not allowed to miss too much formation. They then have to quit the groups they joined or pick between the few.**

**Overall the     outfit is negatively impeeding the mental health and overall stability of this group of      .**

**Supporting Documentation**
**No additional documents were attached to this report.**

**Submitted By**

Your full name

 

Position/title/student status

 

Your email address

 

Your phone number

 

UIN

 

*[UNAUTHENTICATED]*

**Routing Information**
Primary recipient:
**Dr. Douglas Bell (Interim Executive Director, Student Community Standards)**
Copied recipients:
- scrs@studentlife.tamu.edu
Text msg recipients: None
Originating IP address:
Submitted through IR layout #1
Processed by routing rule #167. Routed to Dr. Douglas Bell, Interim Executive Director, Student Community Standards.

**Message sent by Maxient**
**Replies will be sent to the submitter      .**

TAMU-0589

**Upshaw-Brown, Jaclyn B**

**From:**      Upshaw-Brown, Jaclyn B
**Sent:**      Tuesday, January 31, 2023 1:40 PM
**To:**        Gardner, Jeffery D
**Subject:**

Hi, Jeff,

I've shared         with you through Filex. Passcode is

I'll be the assigned SCA for this one. On first read, I'm seeing some concerns about unauthorized PT. . . there may not be a lot more than that, since the reporting party was contradicted by those whom he says were hazed on most of the incidents. I'll finish reading more thoroughly this afternoon and keep you posted.

Thanks,
Jaclyn

**Jaclyn Upshaw-Brown** | Assistant Director
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 |jaclynu@sco.tamu.edu |sco.tamu.edu

TAMUx 0590

| | |
|---|---|
| **From:** | Bell Jr, Douglas |
| **Sent:** | Thursday, January 5, 2023 11:41 AM |
| **To:** | Upshaw-Brown, Jaclyn B |
| **Subject:** | FW:    Report |

I have put this report within your scans folder.

**Douglas Bell, Ph.D.** | Director of Student Conduct
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Friday, December 23, 2022 11:15 AM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:**

The        Investigation Report is complete. The final report and the two audio recordings can be found here:
\Investigations\Active Investigations\In Progress _


Have a great break!

**Audrey Winking**| Student Affairs Coordinator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

1

TAMU-0391

**Upshaw-Brown, Jaclyn B**

| | |
|---|---|
| **From:** | Upshaw-Brown, Jaclyn B |
| **Sent:** | Tuesday, February 7, 2023 9:13 AM |
| **To:** | Pearce, Jeffrey Scott |
| **Subject:** | FW: |
| **Attachments:** | statements.docx, Night Incident - ██████ (1).pdf; ██ Statement.docx; ██ written report.docx; Incident Report.pdf; - Google Docs.pdf; Statment .pdf; Statement - Google Docs.pdf; Paper.docx; CDT ██████ Personal Statement.docx; ██████ Incident 01_15_23.pdf; FDT Written Statement.docx |

As discussed. Let me know if you run into questions!

**Jaclyn Upshaw-Brown** | Assistant Director
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 Jjaclynu@sco.tamu.edu |sco.tamu.edu

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Thursday, February 2, 2023 9:08 AM
**To:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
**Subject:**

Good morning,

Attached are the statements from the members of the ████. Let me know if you have questions. Enjoy your day.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Discipline
Military Advisor Parsons Mounted Cavalry
979-458-9317

1

TAMU-0392

**Upshaw-Brown, Jaclyn B**

| | |
|---|---|
| **From:** | Upshaw-Brown, Jaclyn B |
| **Sent:** | Tuesday, January 17, 2023 2:13 PM |
| **To:** | Bell Jr, Douglas |
| **Cc:** | Winking, Audrey J; Gardner, Jeffery D |
| **Subject:** | FW: FW: [Maxient]          College Station - Off Campus          8:00 PM |

Good afternoon, Dr. Bell,

Please see below for an incident report and some initial follow-up regarding alleged hazing of ██████ leaders.

I believe these allegations warrant further investigation.

Please let me know if you have any questions.

Thank you,
**Jaclyn Upshaw-Brown** | Assistant Director
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 | jaclynu@sco.tamu.edu | sco.tamu.edu

**From:** ███████████
**Sent:** Tuesday, January 17, 2023 11:56 AM
**To:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
**Subject:** Re: FW: [Maxient]          College Station - Off Campus          8:00 PM

Howdy!

I became aware of this information when I asked ████████ why he had the wok in his room, and he explained the details I provided about the situation.

I know it occurred on Sunday night,          at around 6:30pm.

I do not know any names of those who were subjected, all he explained was that they did this to all          members.

Sincerely,
████████

On Tue, Jan 17, 2023 at 11:17 AM Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu> wrote:

Howdy, ████

Thank you for bringing this matter to the University's attention.

1

TAMU-3399

So that we can determine an appropriate path forward in looking into this issue, I wondered if you could answer a few preliminary questions:

- How did you become aware of this information?
- Do you know approximately when this occurred?
- Can you provide names of any of the individuals who were subjected to this behavior?

Thank you,
Jaclyn

**Jaclyn Upshaw-Brown** | Assistant Director
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 |jaclynu@sco.tamu.edu |sco.tamu.edu

**From:** ███████████ (via Maxient) <notifications@maxient.com>
**Sent:** Sunday, January 15, 2023 8:36 PM
**To:** Sellers, Tyler B <tsellers@stuact.tamu.edu>
**Subject:** [Maxient]          College Station - Off Campus          8:00 PM

**This Message Is From an External Sender**
This message came from outside your organization.

Secondary recipient (you were copied)

**Campus Community Incident Report**

TAMU-0394

## Background Information

Campus Location
**College Station**
Status of the Alleged Offender
**Recognized Student Organization**
Date of incident

Time of incident
**8:00 PM**
Location of incident
**Off Campus - Unknown House**

## Involved Parties

ı () Organization

## Incident Description

Please describe the incident with as much detail as possible and use specific, concise, objective language. Focus on the Who, What, When, Where, How, and Why of the incident. Indicate specific people, words, phrases, and interactions.

Please try use specific names instead of pronouns (he, she, they, etc.) when referring to people in the body of the report. When possible, we encourage the use of direct quotes, even in incidents when the language may be profane or abusive. For example, "Joe Aggie shook his fist at me and said 'you are a stupid loser'" is more helpful than "Joe Aggie was threatening and used aggressive language with me."
██████████████████████████ **and other** ████ **leadership blind folded members and made them get into cars and drove them to a house at an unknown location. They then forced them to consume 12 dozen eggs made from a wok that he keeps in his dorm.**

## Supporting Documentation

**No additional documents were attached to this report.**

## Submitted By

Your full name
████████████████

Position/title/student status
**Student**
Your email address
███████████████████████

Your phone number
████████████

UIN
████████████

*[UNAUTHENTICATED]*

## Routing Information

Primary recipient:
**Erica Moore (Administrative Coordinator, Department of Student Activities)**
Copied recipients:

TAMU 0393

- Tyler Sellers
- jhbrown@stuact.tamu.edu

Text msg recipients: None
Originating IP address:
Submitted through IR layout #1
Processed by routing rule #189

**Message sent by Maxient**
**Replies will be sent to the submitter**

TAMU-3398

## Upshaw-Brown, Jaclyn B

| | |
|---|---|
| **From:** | Upshaw-Brown, Jaclyn B |
| **Sent:** | Tuesday, January 24, 2023 5:31 PM |
| **To:** | Bell Jr, Douglas; Winking, Audrey J |
| **Subject:** | FW: Investigations |

Thoughts on this???

**Jaclyn Upshaw-Brown** | Assistant Director
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 |jaclynu@sco.tamu.edu |sco.tamu.edu

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Tuesday, January 24, 2023 4:27 PM
**To:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
**Subject:** Re: Investigations

Thank you. Is there any chance I could go ahead and get statements from the          to help speed up the process?

V/R

> On Jan 24, 2023, at 4:01 PM, Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu> wrote:
>
> Sure! I'll Filex them to you. Please use the access codes below.
>
> After reviewing    , I would agree with Jamyia that there's not enough here to support issuing charges. I do have some lingering questions about the references to conversations that the CTO had with the outfit early in the fall semester where         was left with the impression that the CTO felt hazing was happening; do you know anything more about that?
>
> Additionally, I wanted to give you an update regarding the timeline for the     investigation. Audrey will be working on it with a representative from the Corps. We would expect interviews to start no earlier than late next week, as she is currently attending the ASCA conference and will be wrapping up a different report early next week.
>
> **Access codes:**
>
>
> Jaclyn

1

TAMUX-0393

**Jaclyn Upshaw-Brown** | Assistant Director
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 |jaclynu@sco.tamu.edu |sco.tamu.edu

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Tuesday, January 24, 2023 11:33 AM
**To:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
**Subject:** Investigations

Good morning Ma'am,

Just a quick question. Will I be able to review the investigation reports before they are charged out? I believe I can provide some insight and context.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Discipline
Military Advisor Parsons Mounted Cavalry
979-458-9317

2

TAMU-0398

# Upshaw-Brown, Jaclyn B

**From:** Sellers, Tyler B
**Sent:** Tuesday, January 17, 2023 9:39 AM
**To:** Upshaw-Brown, Jaclyn B
**Cc:** Bell Jr, Douglas; Dobiyanski, Victoria E; Brown, Josh; Moore, Erica
**Subject:** FW: [Maxient]      College Station - Off Campus - 01/15/2023 8:00 PM
**Attachments:**

Howdy Jaclyn,

Please see below and attached for an IR we received related to activities within        which may constitute violations of student rules. As this is a Corps unit, I'll have Erica forward you the IR in Maxient so you can determine next steps with Corps staff partners. Let us know regarding any questions or support you may need on our end. Thanks.

-Tyler

**Tyler Sellers** | Assistant Director
SOLAD & Community Expectations and Conduct
Department of Student Activities | Texas A&M University
125 John J. Koldus Building, 1236 TAMU | College Station, TX 77843-1236

ph: 979.862.2953 | tsellers@stuact.tamu.edu | studentactivities.tamu.edu
- - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** ███████████ (via Maxient) <notifications@maxient.com>
**Sent:** Sunday, January 15, 2023 8:36 PM
**To:** Sellers, Tyler B <tsellers@stuact.tamu.edu>
**Subject:** [Maxient]      College Station - Off Campus     8:00 PM

**This Message Is From an External Sender**

This message came from outside your organization.

Secondary recipient (you were copied)

## Campus Community Incident Report
### Background Information
Campus Location
**College Station**
Status of the Alleged Offender
**Recognized Student Organization**
Date of incident

Time of incident
**8:00 PM**
Location of incident
**Off Campus - Unknown House**

### Involved Parties

TAMU-0399

() Organization

## Incident Description
Please describe the incident with as much detail as possible and use specific, concise, objective language. Focus on the Who, What, When, Where, How, and Why of the incident. Indicate specific people, words, phrases, and interactions.

Please try use specific names instead of pronouns (he, she, they, etc.) when referring to people in the body of the report. When possible, we encourage the use of direct quotes, even in incidents when the language may be profane or abusive. For example, "Joe Aggie shook his fist at me and said 'you are a stupid loser'" is more helpful than "Joe Aggie was threatening and used aggressive language with me."

██████████████████████ **and other** ███████████ **blind folded members and made them get into cars and drove them to a house at an unknown location. They then forced them to consume 12 dozen eggs made from a wok that he keeps in his dorm.**

## Supporting Documentation
**No additional documents were attached to this report.**

## Submitted By
Your full name
████████████████

Position/title/student status
**Student**
Your email address
█████████████████

Your phone number
███████████

UIN
██████████████

## Routing Information
Primary recipient:
**Erica Moore (Administrative Coordinator, Department of Student Activities)**
Copied recipients:
• Tyler Sellers
• jhbrown@stuact.tamu.edu
Text msg recipients: None
Originating IP address:
Submitted through IR layout #1
Processed by routing rule #189

| | |
|---|---|
| **From:** | Bell Jr, Douglas |
| **Sent:** | Wednesday, March 1, 2023 10:32 AM |
| **To:** | Upshaw-Brown, Jaclyn B |
| **Subject:** | Fwd: OCJ |
| **Attachments:** | OCJ-    .pdf |

Sorry for the delay

Douglas Bell

Please excuse any typo, message sent from I-Phone

Begin forwarded message:

> **From:** "Berry, Carrie M" <cberry@vpsa.tamu.edu>
> **Date:** February 22, 2023 at 4:27:37 PM CST
> **To:** "Bell Jr, Douglas" <douglasb@vpsa.tamu.edu>
> **Subject: RE: OCJ**
>
> Wkdqnv/
> Fduulh
>
> **From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
> **Sent:** Wednesday, February 22, 2023 4:04 PM
> **To:** Berry, Carrie M <cberry@vpsa.tamu.edu>
> **Subject:** RE: OCJ
> Good Afternoon. Nothing is attached. You can just scan the memo.
> **Douglas Bell, Ph.D.** | Interim Executive Director of Student Community Standards
> Student Conduct Office | Division of Student Affairs | Texas A&M University
> 1257 TAMU | College Station, TX 77843-1257
>
> ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
> - - - - - - - - - - - - - - - - - - - - - - -
> **DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.
> **From:** Berry, Carrie M <cberry@vpsa.tamu.edu>
> **Sent:** Wednesday, February 22, 2023 3:57 PM
> **To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
> **Subject:** OCJ
> Doug-
> Off campus incident for                memo attached.
> Do you want me to just scan the memo in the future or do you need the attachments as well?
> Carri
> **Carrie Berry |** Sr. Administrative Coordinator
> Office of the Vice President for Student Affairs | Texas A&M University

1

1256 TAMU | College Station, TX 77843-1256
ph: 979.845.4728 | c-berry@tamu.edu

- - - - - - - - - - - - - - - - - - - - - - - -

**TEXAS A&M UNIVERSITY**

TAMU-03032

| | |
|---|---|
| **From:** | Upshaw-Brown, Jaclyn B |
| **Sent:** | Friday, January 6, 2023 1:43 PM |
| **To:** | Winking, Audrey J; Barrett, Jamyia C; Doughty, Jeanae |
| **Cc:** | Bell Jr, Douglas |
| **Subject:** | Investigations |

Hi, all!

After looking at the two bigger investigations that have recently come in, here is what I'm thinking in terms of assignments:

- : Jeanae and Jaclyn to team up as SCAs.
- Jamyia and Audrey to team up as SCAs
  - o Note: We are still uncertain whether more information relevant to this org/investigation is forthcoming from the individual who contacted OFSL shortly before the break. I've checked in with CREI to see if they've heard from        OFSL has provided contact information so I can follow up with        if not. But I figured y'all could at least start reading, making your list of who might be charged and what type of process, drafting charges, etc. while we figure that out.

Each investigation came with some video/audio files; I've put those into the main Scans→Investigations folder for now.

Please let me know if you have any questions.

Thank you,
Jaclyn

**Jaclyn Upshaw-Brown** | Assistant Director
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 |jaclynu@sco.tamu.edu |sco.tamu.edu

1

## Texas A&M University
## Campus Community Incident Report

*Submitted on January 15, 2023 at 8:35:47 pm CST*

Nature | **College Station**
Urgency | **Recognized Student Organization**
Incident Date and Time | **8:00 PM**
Incident Location

Reported by
Name:
Title:
Email: ███████████████████
Phone: ██████████
Address: ██████████
**[UNAUTHENTICATED]**

Involved Parties

Organization

Incident Description
Please describe the incident with as much detail as possible and use specific, concise, objective language. Focus on the Who, What, When, Where, How, and Why of the incident. Indicate specific people, words, phrases, and interactions.

Please try use specific names instead of pronouns (he, she, they, etc.) when referring to people in the body of the report. When possible, we encourage the use of direct quotes, even in incidents when the language may be profane or abusive. For example, "Joe Aggie shook his fist at me and said 'you are a stupid loser'" is more helpful than "Joe Aggie was threatening and used aggressive language with me."

██████████████████████ **and other** ███████████ **blind folded team members and made them get into cars and drove them to a house at an unknown location. They then forced them to consume 12 dozen eggs made from a wok that he keeps in his dorm.**

*Pending*
*Submitted from ███████ and routed to Erica Moore (Administrative Coordinator, Department of Student Activities). Processed by routing rule #189.*
*Copies to: tsellers@stuact.tamu.edu,jhbrown@stuact.tamu.edu*



| | |
|---|---|
| **From:** | Upshaw-Brown, Jaclyn B |
| **Sent:** | Tuesday, February 21, 2023 11:32 AM |
| **To:** | Bell Jr, Douglas |
| **Subject:** | OCJ request |
| **Attachments:** | OCJ request.pdf |

Hi, Doug,

Please see the attached request for OCJ and let me know if you have any questions.

Thank you,
Jaclyn

**Jaclyn Upshaw-Brown** | Assistant Director
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 |jaclynu@sco.tamu.edu |sco.tamu.edu

TAMU-0936

DIVISION OF STUDENT AFFAIRS
OFFICES OF THE DEAN OF STUDENT LIFE



## MEMORANDUM

DATE:       February 17, 2023

TO:          BG Joe E. Ramirez, Jr., USA (Ret.)
             Interim Vice President for Student Affairs

THROUGH:   Dr. Douglas Bell
             Executive Director, Student Community Standards

FROM:       Jaclyn Upshaw-Brown   *Jaclyn Upshaw-Brown*
             Interim Director, Student Conduct Office

SUBJECT:   Disciplinary Action for an Off-Campus Incident

On                    the Assistant Commandant for Discipline submitted to the Student Conduct Office a series of statements from current and former                          regarding an incident on                    . According to the statements,                  and                  were instructed to report to Hensel Park and bring their Corps beanies. Once at the park, they were met by            who told them to pull their beanies down over their eyes and then drove them to a location that was undisclosed to the              at the time (the home of a                     and          TAMU student). At the home, the                   were informed they would each be expected to eat a 12-egg omelet, competing for the fastest time. Some                  reported hearing comments that suggested failing to finish would result in negative consequences, though it does not seem they were explicitly told what those ramifications would be. Several statements reflect that two or three of the                felt ill and/or vomited as a result of eating the omelets. Finally, one report indicates that one of the upperclassmen consumed alcohol while              during the event.

Given this conduct occurred off campus and in order to address the totality of the situation, I recommend that the University be granted permission to further investigate and, if necessary, issue disciplinary charges. In accordance with University Student Rules 24.3, disciplinary action for an off-campus offense will be taken only when, in the judgment of the Vice President for Student Affairs, action is warranted.

Attached to this request memo is the packet of statements.

Approved/~~Disapproved~~

_____         2/22/2023
BG Joe E. Ramirez, Jr., USA (Ret.)                    Date
Vice President for Student Affairs

ENCL:   FDT statements

Student Conduct Office
Student Services Building, Suite 309
1257 TAMU
College Station, TX 77843-1257

Tel. 979.847.7272   Fax 979.845.6136
scrs@tamu.edu
http://studentlife.tamu.edu/sco

# Upshaw-Brown, Jaclyn B

**From:** ██████████████████████████████████
**Sent:** Wednesday, January 18, 2023 12:46 PM
**To:** Upshaw-Brown, Jaclyn B
**Subject:** Re: FW: [Maxient]       College Station - Off Campus      8:00 PM

Thank you. I appreciate your concerns, and for letting me know quickly.

On Tue, Jan 17, 2023 at 2:52 PM Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu> wrote:

> Thank you, ████ You may be hearing from our investigations team in the coming weeks; please be on the lookout for communication from them via email.
>
> **Jaclyn Upshaw-Brown** | Assistant Director
> Student Conduct Office | Division of Student Affairs | Texas A&M University
> 1172 TAMU | College Station, TX 77843-1172
>
> ph: 979.847.7272 |jaclynu@sco.tamu.edu |sco.tamu.edu

---

**From:** ████████████████████████████████████
**Sent:** Tuesday, January 17, 2023 11:56 AM
**To:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
**Subject:** Re: FW: [Maxient]      College Station - Off Campus     8:00 PM

Howdy!

I became aware of this information when I asked ████████████ why he had the wok in his room, and he explained the details I provided about the situation.

I know it occurred on Sunday night, ████ at around 6:30pm.

I do not know any names of those who were subjected, all he explained was that they did this to all ████████ members.

Sincerely,

████████████

On Tue, Jan 17, 2023 at 11:17 AM Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu> wrote:

> Howdy, ████
>
> Thank you for bringing this matter to the University's attention.
>
> So that we can determine an appropriate path forward in looking into this issue, I wondered if you could answer a few preliminary questions:
>
> - How did you become aware of this information?

1

TAMU 0938

- Do you know approximately when this occurred?
- Can you provide names of any of the individuals who were subjected to this behavior?

Thank you,
Jaclyn

**Jaclyn Upshaw-Brown** | Assistant Director
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 | jaclynu@sco.tamu.edu | sco.tamu.edu

---

**From:** ▮▮▮▮▮▮▮ (via Maxient) <notifications@maxient.com>
**Sent:** Sunday, January 15, 2023 8:36 PM
**To:** Sellers, Tyler B <tsellers@stuact.tamu.edu>
**Subject:** [Maxient]          College Station - Off Campus          8:00 PM

**This Message Is From an External Sender**

This message came from outside your organization.

Secondary recipient (you were copied)

**Campus Community Incident Report**

## Background Information

Campus Location
**College Station**
Status of the Alleged Offender
**Recognized Student Organization**
Date of incident

Time of incident
**8:00 PM**
Location of incident
**Off Campus - Unknown House**

## Involved Parties

ı () Organization

## Incident Description

Please describe the incident with as much detail as possible and use specific, concise, objective language. Focus on the Who, What, When, Where, How, and Why of the incident. Indicate specific people, words,

2

phrases, and interactions.

Please try use specific names instead of pronouns (he, she, they, etc.) when referring to people in the body of the report. When possible, we encourage the use of direct quotes, even in incidents when the language may be profane or abusive. For example, "Joe Aggie shook his fist at me and said 'you are a stupid loser'" is more helpful than "Joe Aggie was threatening and used aggressive language with me."

████████████████████████ and other ████████ blind folded ████████████ members and made them get into cars and drove them to a house at an unknown location. They then forced them to consume 12 dozen eggs made from a wok that he keeps in his dorm.

## Supporting Documentation

No additional documents were attached to this report.

## Submitted By

Your full name
████████████

Position/title/student status
**Student**
Your email address
████████████████████

Your phone number
██████████

UIN
████████████

*[UNAUTHENTICATED]*

## Routing Information

Primary recipient:
**Erica Moore (Administrative Coordinator, Department of Student Activities)**
Copied recipients:
• Tyler Sellers
• jhbrown@stuact.tamu.edu
Text msg recipients: None
Originating IP address:
Submitted through IR layout #1
Processed by routing rule #189

TAMU-3630

| | |
|---|---|
| **From:** | Doughty, Jeanae |
| **Sent:** | Tuesday, January 17, 2023 8:20 AM |
| **To:** | Upshaw-Brown, Jaclyn B |
| **Subject:** | RE: Investigation Report |

Oops! Sorry about that. Will do! Thanks!

---

**From:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
**Sent:** Tuesday, January 17, 2023 8:18 AM
**To:** Doughty, Jeanae <jeanaed@sco.tamu.edu>
**Subject:** RE: Investigation Report

Hi, Jeanae,

There's no attachment here. Also, Dr. Bell should be the one to receive completed investigation reports!

Thank you,
Jaclyn

**Jaclyn Upshaw-Brown** | Assistant Director
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 |jaclynu@sco.tamu.edu |sco.tamu.edu

---

**From:** Doughty, Jeanae <jeanaed@sco.tamu.edu>
**Sent:** Friday, January 13, 2023 5:40 PM
**To:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
**Subject:** Investigation Report

Hey Jaclyn,

I am attaching the Investigation Report for                     Please let me know if you have any questions. Have a great
weekend 😊

All the Best,

**Jeanae Doughty** |*she/her/hers*| Assistant Coordinator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 | jeanaed@sco.tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

TAMU-0631

| | |
|---|---|
| **From:** | Gardner, Jeffery D |
| **Sent:** | Wednesday, January 25, 2023 12:48 PM |
| **To:** | Upshaw-Brown, Jaclyn B |
| **Subject:** | Re: Investigations |

Very well. Thank you.


> On Jan 25, 2023, at 12:34 PM, Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu> wrote:


> If it were me, I would probably try something like:
> "There has been a report regarding an alleged hazing event that occurred around                    involving upperclassmen requiring                              to eat a large quantity of eggs. The Student Conduct Office will be investigating this allegation. In order to expedite and streamline that process, and in accordance with the expectation to report hazing within the Student Conduct Code, anyone who has information about this incident is asked to submit a written statement detailing their knowledge of what occurred."
> Of course, you are welcome to wordsmith so that it makes sense to you/them.
> Jaclyn
> **Jaclyn Upshaw-Brown** | Assistant Director
> Student Conduct Office | Division of Student Affairs | Texas A&M University
> 1172 TAMU | College Station, TX 77843-1172
> ph: 979.847.7272 |jaclynu@sco.tamu.edu |sco.tamu.edu

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Wednesday, January 25, 2023 12:26 PM
**To:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
**Subject:** RE: Investigations
Very well. How would you recommend I ask?
Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Discipline
Military Advisor Parsons Mounted Cavalry
979-458-9317

---

**From:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
**Sent:** Wednesday, January 25, 2023 12:23 PM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** RE: Investigations
If you want to request written statements from the students who may have additional information, that may help guide the investigation process. The framing of that request will be important, in that it truly needs to be a request and not a situation where we are seen as coercing or threatening students.
**Jaclyn Upshaw-Brown** | Assistant Director
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172
ph: 979.847.7272 |jaclynu@sco.tamu.edu |sco.tamu.edu

1

TAMU-0632

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Tuesday, January 24, 2023 4:27 PM
**To:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
**Subject:** Re: Investigations

Thank you. Is there any chance I could go ahead and get statements from the                                          to help speed up the process?

V/R

> On Jan 24, 2023, at 4:01 PM, Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu> wrote:
>
>
> Sure! I'll Filex them to you. Please use the access codes below.
> After reviewing        I would agree with Jamyia that there's not enough here to support issuing charges. I do have some lingering questions about the references to conversations that the CTO had with the outfit early in the        semester where ▓▓▓▓▓ was left with the impression that the CTO felt hazing was happening; do you know anything more about that?
> Additionally, I wanted to give you an update regarding the timeline for the investigation. Audrey will be working on it with a representative from the Corps. We would expect interviews to start no earlier than late next week, as she is currently attending the ASCA conference and will be wrapping up a different report early next week.
> **Access codes:**
>
>
> Jaclyn
> **Jaclyn Upshaw-Brown** | Assistant Director
> Student Conduct Office | Division of Student Affairs | Texas A&M University
> 1172 TAMU | College Station, TX 77843-1172
> ph: 979.847.7272 |jaclynu@sco.tamu.edu |sco.tamu.edu

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Tuesday, January 24, 2023 11:33 AM
**To:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
**Subject:** Investigations

Good morning Ma'am,

Just a quick question. Will I be able to review the investigation reports before they are charged out? I believe I can provide some insight and context.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Discipline
Military Advisor Parsons Mounted Cavalry
979-458-9317

TAMU-0639

# Upshaw-Brown, Jaclyn B

**From:** Upshaw-Brown, Jaclyn B
**Sent:** Wednesday, January 25, 2023 4:50 PM
**To:** Gardner, Jeffery D
**Cc:** Bell Jr, Douglas
**Subject:** Re: Investigations

Okay. Bases on what we have, there's not enough information to support issuing Student Conduct charges to a specific individual at this time; the specific actions discussed in the interviews that might have been chargeable could not be attributed to a particular person. Please let me know if you learn anything else that might change that decision.

Thank you,
Jaclyn

**Jaclyn Upshaw-Brown** | Student Affairs Coordinator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 |jaclynu@studentlife.tamu.edu| studentlife.tamu.edu/sco
– – – – – – – – – – – – – – – – – – – – – – –
**OFFICES OF THE DEAN OF STUDENT LIFE** | Supporting [YOU]

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Wednesday, January 25, 2023 4:44 PM
**To:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
**Subject:** Re: Investigations
I do not. However,        leadership, CTO, the cadets in question and I are going to have a nice discussion.

V/R

> On Jan 25, 2023, at 4:17 PM, Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu> wrote:

> Thank you! Did you have any additional context regarding the        conversations referenced below?
> **Jaclyn Upshaw-Brown** | Assistant Director
> Student Conduct Office | Division of Student Affairs | Texas A&M University
> 1172 TAMU | College Station, TX 77843-1172
> ph: 979.847.7272 |jaclynu@sco.tamu.edu |sco.tamu.edu

> **From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
> **Sent:** Wednesday, January 25, 2023 2:58 PM
> **To:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
> **Subject:** RE: Investigations
> Howdy Ma'am,

TAMU-0614

I spent an enjoyable and educational afternoon reading the two reports you provided. I'm available to discuss should my input be needed.

V/R

<span style="color:#8B1A1A">Lt. Col Jeff Gardner '82, USAF (Ret)</span>
<span style="color:#8B1A1A">Assistant Commandant for Discipline</span>
<span style="color:#8B1A1A">Military Advisor Parsons Mounted Cavalry</span>
<span style="color:#8B1A1A">979-458-9317</span>

**From:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
**Sent:** Tuesday, January 24, 2023 4:02 PM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** RE: Investigations

Sure! I'll Filex them to you. Please use the access codes below.

After reviewing        I would agree with Jamyia that there's not enough here to support issuing charges. I do have some lingering questions about the references to conversations that the CTO had with the outfit early in the        semester where ▬▬▬▬ was left with the impression that the CTO felt hazing was happening; do you know anything more about that?

Additionally, I wanted to give you an update regarding the timeline for the        investigation. Audrey will be working on it with a representative from the Corps. We would expect interviews to start no earlier than late next week, as she is currently attending the ASCA conference and will be wrapping up a different report early next week.

**Access codes:**


Jaclyn

**Jaclyn Upshaw-Brown** | Assistant Director
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172
ph: 979.847.7272 |jaclynu@sco.tamu.edu |sco.tamu.edu


**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Tuesday, January 24, 2023 11:33 AM
**To:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
**Subject:** Investigations

Good morning Ma'am,

Just a quick question. Will I be able to review the investigation reports before they are charged out? I believe I can provide some insight and context.

V/R

<span style="color:#8B1A1A">Lt. Col Jeff Gardner '82, USAF (Ret)</span>
<span style="color:#8B1A1A">Assistant Commandant for Discipline</span>
<span style="color:#8B1A1A">Military Advisor Parsons Mounted Cavalry</span>
<span style="color:#8B1A1A">979-458-9317</span>

TAMU-0615

# Upshaw-Brown, Jaclyn B

**From:** Gardner, Jeffery D
**Sent:** Friday, April 28, 2023 11:48 AM
**To:** Bell Jr, Douglas
**Cc:** Upshaw-Brown, Jaclyn B; Winking, Audrey J; Anderson, Chauncy Jovan
**Subject:** Re: [Maxient]        College Station - On-Campus Grounds

Msg t Anderson is your man. He is copied on this email.

V/R

> On Apr 28, 2023, at 9:36 AM, Bell Jr, Douglas <douglasb@vpsa.tamu.edu> wrote:
>
> Thank you for this information.
>
> Lt.Col Gardner, can you assist in identifying a CTO to assist with this investigation. Thank you in advance.
>
> **Douglas Bell, Ph.D.** | Interim Executive Director of Student Community Standards
> Student Conduct Office | Division of Student Affairs | Texas A&M University
> 1257 TAMU | College Station, TX 77843-1257
>
> ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
> - - - - - - - - - - - - - - - - - - - - - - -
> **DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
**Sent:** Friday, April 28, 2023 9:35 AM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>; Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Cc:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** FW: [Maxient]        College Station - On-Campus Grounds

Good morning, Dr. Bell and Audrey,

Based on the information in the initial report, I would recommend that we initiate an investigation to speak with the individuals LtCol Gardner has identified below about their experiences running for

We have confirmed that surveillance footage from        is not likely to be available due to the amount of time that has passed.

Please let me know if you have any questions.

Thank you,
**Jaclyn Upshaw-Brown** | Assistant Director
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

1

TAMU-0616

ph: 979.847.7272 |jaclynu@sco.tamu.edu |sco.tamu.edu

---

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Wednesday, April 26, 2023 10:29 AM
**To:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
**Cc:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** FW: [Maxient]              College Station - On-Campus Grounds        2

FYI

**Douglas Bell, Ph.D.** | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Wednesday, April 26, 2023 8:47 AM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** RE: [Maxient]              College Station - On-Campus Grounds

These are the names I was given:

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Discipline
Military Advisor Parsons Mounted Cavalry
979-458-9317

---

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Thursday, April 20, 2023 3:12 PM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Cc:** Winking, Audrey J <audrey_winking@sco.tamu.edu>; Upshaw-Brown, Jaclyn B
<jaclynu@sco.tamu.edu>
**Subject:** RE: [Maxient]              College Station - On-Campus Grounds

Thank you for your assessment of the information provided. We would still like to do our due diligence to ensure everything is above board and not assume any details within this incident report. So again, do you know how we would go about figuring out who would have been in the pool of candidates for
      Thank you for this information.

**Douglas Bell, Ph.D.** | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University

TAMU-0613

1257 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu

- - - - - - - - - - - - - - - - - - - - - - -

**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Thursday, April 20, 2023 2:55 PM
**To:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
**Cc:** Winking, Audrey J <audrey_winking@sco.tamu.edu>; Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** RE: [Maxient]         College Station - On-Campus Grounds

So I've ask a few questions about this process.  Here are my thoughts:

Lt. Col Jeff Gardner '82, USAF (Ret)

TAMU-0618

**Assistant Commandant for Discipline**
**Military Advisor Parsons Mounted Cavalry**
**979-458-9317**

---

**From:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
**Sent:** Thursday, April 20, 2023 11:47 AM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Cc:** Winking, Audrey J <audrey_winking@sco.tamu.edu>; Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** FW: [Maxient]            College Station - On-Campus Grounds

Hi, Jeff,

We received the IR below involving allegations of hazing among the current and prospective
After discussing it, we feel we need to do our due diligence in looking into it.

Do you know how we would best go about figuring out who would have been in this
for            ' We'll also be checking to see if security footage from            is available (although we
suspect it may not have been retained this long, since the alleged incident in            occurred several
months ago).

Thank you,
Jaclyn

**From:** Maxient System <notifications@maxient.com>
**Sent:** Sunday, April 16, 2023 6:39 PM
**To:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
**Subject:** [Maxient]            College Station - On-Campus Grounds

**This Message Is From an External Sender**

This message came from outside your organization.

Primary recipient (awaiting your action in Maxient)

## Campus Community Incident Report
**Background Information**
Campus Location
**College Station**
Status of the Alleged Offender
**Student**
Date of incident

Time of incident

Location of incident
**On-Campus Grounds**

**Involved Parties**
                    () Alleged Offender
          () Alleged Offender
                () Alleged Offender
          () Alleged Offender

4

TAMU-0619

## Incident Description

Please describe the incident with as much detail as possible and use specific, concise, objective language. Focus on the Who, What, When, Where, How, and Why of the incident. Indicate specific people, words, phrases, and interactions.

Please try use specific names instead of pronouns (he, she, they, etc.) when referring to people in the body of the report. When possible, we encourage the use of direct quotes, even in incidents when the language may be profane or abusive. For example, "Joe Aggie shook his fist at me and said 'you are a stupid loser'" is more helpful than "Joe Aggie was threatening and used aggressive language with me."

## Supporting Documentation
**No additional documents were attached to this report.**

## Submitted By
Your full name

Position/title/student status

Your email address

Your phone number

UIN

*[UNAUTHENTICATED]*

## Routing Information

5

Primary recipient:
**Jaclyn Upshaw-Brown (Interim Director, Student Conduct Office)**
Copied recipients:
   • scrs@studentlife.tamu.edu
Text msg recipients: None
Originating IP address:
Submitted through IR layout #1
Processed by routing rule #167. Routed to Jaclyn Upshaw-Brown, Interim Director, Student Conduct Office.

**Message sent by Maxient**
**The reporter did not provide an email address. REPLIES WILL NOT REACH ANYONE.**

TAMU-0341

**From:** Crawford, Dr. Tia
**To:** Winking, Audrey J
**Subject:** Investigation - Final Report
**Date:** Wednesday, October 11, 2023 10:43:52 AM

Audrey,

I have completed the      Investigation final report. It is labeled      *Investigation – Final* and located V:\Working Groups\DSA Investigators\      Investigation\REPORT PREP\Final Report.

Please let me know if you need anything else.

Tia

**Tia Crawford, Ph.D.** | Assistant Director
Department of Student Activities| Division of Student Affairs
1236 TAMU | College Station, TX 77843-1236

ph: 979.862.2514| dr.tia@tamu.edu| stuact.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

| | |
|---|---|
| **From:** | Crawford, Dr. Tia |
| **To:** | Winking, Audrey J; Brummett, Kevin L |
| **Subject:** | RE: Investigation |
| **Date:** | Friday, September 22, 2023 12:49:25 PM |

Thank you, Audrey!

Howdy Kevin! I look forward to working with you.

**Tia Crawford, Ph.D.** | Assistant Director
Department of Student Activities| Division of Student Affairs
1236 TAMU | College Station, TX 77843-1236

ph: 979.862.2514| dr.tia@tamu.edu| stuact.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Friday, September 22, 2023 12:27 PM
**To:** Brummett, Kevin L <kbrummett@corps.tamu.edu>; Crawford, Dr. Tia
<tcrawford@stuact.tamu.edu>
**Subject:** Investigation

Good afternoon,

I wanted to introduce you two, as you will be working together on the          investigation.  Tia has
graciously agreed to help me out during this busy time by taking the lead on this investigation.  I will
do my best to assist you all throughout the process if anything comes up that you need help with!

Thanks so much for your help with this investigation!

**Audrey Winking**|  Senior Student Conduct Investigator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

TAMU-3419

No worries at all, just wanted to check back in!

**Audrey Winking**|  Senior Student Conduct Investigator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |<u>audrey_winking@sco.tamu.edu</u>| sco.tamu.edu

---

**From:** Crawford, Dr. Tia <tcrawford@stuact.tamu.edu>
**Sent:** Friday, October 6, 2023 2:28 PM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** RE: investigation

Audrey,

My deepest apologies as I was tasked with a last-minute project and got swamped. I will get this completed and sent to you ASAP!!!

**Tia Crawford, Ph.D.** | Assistant Director
Department of Student Activities| Division of Student Affairs
1236 TAMU | College Station, TX 77843-1236

ph: 979.862.2514| <u>dr.tia@tamu.edu</u>| <u>stuact.tamu.edu</u>
- - - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

---

**From:** Winking, Audrey J <<u>audrey_winking@sco.tamu.edu</u>>
**Sent:** Friday, October 6, 2023 1:15 PM
**To:** Crawford, Dr. Tia <<u>tcrawford@stuact.tamu.edu</u>>
**Subject:** RE: investigation

Hey Tia,

Just wanted to check in to see how things were going with the report? Is there anything I can do to help you?

Thanks!

**Audrey Winking**|  Senior Student Conduct Investigator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

---

**From:** Crawford, Dr. Tia <tcrawford@stuact.tamu.edu>
**Sent:** Thursday, September 28, 2023 4:31 PM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** RE: investigation

Hi Audrey,

No worries. I've been in and out of meetings all day as well. Thanks again for helping us troubleshoot the technology. I will know moving forward how to do it. But the last two interviews went well. We do not believe we need to have additional interviews. The two that we interviewed have until tomorrow to send additional information. Both indicated that they might actually send something. So, we will see.

I have blocked a couple of hours on tomorrow to knock out the report for it. The only thing I may need is to have you look at the report to make sure I have done it correctly.

Tia

**Tia Crawford, Ph.D.** | Assistant Director
Department of Student Activities| Division of Student Affairs
1236 TAMU | College Station, TX 77843-1236

ph: 979.862.2514| dr.tia@tamu.edu| stuact.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

---

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Thursday, September 28, 2023 4:18 PM
**To:** Crawford, Dr. Tia <tcrawford@stuact.tamu.edu>
**Subject:** investigation

Hey Tia,

Sorry for not checking in sooner, it's been a crazy week!  But I wanted to see how interviews went for the     investigation and if you need anything from me moving forward?

Best,
Audrey

**Audrey Winking**|  Senior Student Conduct Investigator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

| From: | Crawford, Dr. Tia |
|---|---|
| To: | Winking, Audrey J |
| Subject: | RE: Shared Folder Access |
| Date: | Friday, September 22, 2023 3:33:12 PM |

Good deal! Thank you!

**Tia Crawford, Ph.D.** | Assistant Director
Department of Student Activities| Division of Student Affairs
1236 TAMU | College Station, TX 77843-1236

ph: 979.862.2514| dr.tia@tamu.edu| stuact.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

---

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Friday, September 22, 2023 3:29 PM
**To:** Crawford, Dr. Tia <tcrawford@stuact.tamu.edu>
**Subject:** RE: Shared Folder Access

I think just you two is fine!

**Audrey Winking**|  Senior Student Conduct Investigator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

---

**From:** Crawford, Dr. Tia <tcrawford@stuact.tamu.edu>
**Sent:** Friday, September 22, 2023 1:32 PM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** RE: Shared Folder Access

One more question, should I copy you on the communication? Or just Kevin & me?

**Tia Crawford, Ph.D.** | Assistant Director
Department of Student Activities| Division of Student Affairs
1236 TAMU | College Station, TX 77843-1236

ph: 979.862.2514| dr.tia@tamu.edu | stuact.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

---

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Friday, September 22, 2023 1:26 PM
**To:** Crawford, Dr. Tia <tcrawford@stuact.tamu.edu>
**Subject:** RE: Shared Folder Access

Yes!  I reserved            (the other panel room, not the one we were in this morning) for all of those times!

For the students' interview notices, you'll just put "X date at X time in the Student Services Building,            " (not the exact room) so they just check in and then our student worker will let you know when they check in.

**Audrey Winking**|  Senior Student Conduct Investigator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

---

**From:** Crawford, Dr. Tia <tcrawford@stuact.tamu.edu>
**Sent:** Friday, September 22, 2023 1:14 PM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** RE: Shared Folder Access

Audrey,

Are there rooms available for the following:

Monday, Sept. 25th, 9am – 10am – Investigator Touch Base
Tuesday, Sept. 26th, 9am-10am – Conduct Meeting
Wednesday, Sept. 27th, 9:30am-10:30am – Conduct Meeting
Wednesday, Sept. 27th, 10:30am-11:30am – Conduct meeting

Tia

**Tia Crawford, Ph.D.** | Assistant Director
Department of Student Activities| Division of Student Affairs
1236 TAMU | College Station, TX 77843-1236

ph: 979.862.2514| dr.tia@tamu.edu| stuact.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

---

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Friday, September 22, 2023 12:46 PM
**To:** Crawford, Dr. Tia <tcrawford@stuact.tamu.edu>
**Subject:** RE: Shared Folder Access

I created a document called "Notes Formatting Directions" in the DSA Investigators Drive.  Hopefully it makes sense, but I tried to make a step by step for how to format the notes pages after the

interview so that the student can review and sign them.

**Audrey Winking** |  Senior Student Conduct Investigator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

---

**From:** Winking, Audrey J
**Sent:** Friday, September 22, 2023 12:28 PM
**To:** Crawford, Dr. Tia <tcrawford@stuact.tamu.edu>
**Subject:** RE: Shared Folder Access

Wonderful!  I am working on adding documents to the folder in that drive now.

**Audrey Winking** |  Senior Student Conduct Investigator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

---

**From:** Crawford, Dr. Tia <tcrawford@stuact.tamu.edu>
**Sent:** Friday, September 22, 2023 10:54 AM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** Shared Folder Access

Audrey,

I found the DSA Investigators Folder and I do have access.

Thank you,
Tia

**Tia Crawford, Ph.D.** | Assistant Director
Department of Student Activities| Division of Student Affairs
1236 TAMU | College Station, TX 77843-1236

ph: 979.862.2514| dr.tia@tamu.edu | stuact.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

| | |
|---|---|
| **From:** | Bell Jr, Douglas |
| **Sent:** | Monday, December 11, 2023 12:24 PM |
| **To:** | Harrell, Kristen |
| **Subject:** | Memo |
| **Attachments:** | Case Memo -          .docx |

Please let me know if you need any additional information.

**Douglas Bell, Ph.D.**  | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

TAMU-0330



**MEMORANDUM**

DATE:          April 12, 2024

TO:            BG Joe E. Ramirez, Jr., USA (Ret.)
               Vice President for Student Affairs

THROUGH:       Dr. Kristen Harrell
               Assistant Vice President for Student Affairs

FROM:          Dr. Douglas Bell
               Director, Student Community Standards

SUBJECT:       Case
_____

Several reports were submitted by cadets who had their                taken by alleged fraternity members. Only three of the alleged fraternity members were identified, so they were interviewed. Each of them are members of different fraternities. There was also an incident where the Student Conduct Office was unable to identify the alleged violators.

During the Student Conduct Office investigation, it was discovered that members of the Corps chased an individual in an effort to retrieve the              .  One of the alleged students who took the              has a class with one of the members from the Corps.  Through our investigation, it is alleged that the alleged thief had to skip class because there were "like 20 people waiting" for him at his class, which is why there was an additional complicity charge.

During the Student Conduct Office Investigation, it was discovered that when one of the alleged thieves ran with the              , members of the Corps gave chase and "subdued him from behind."  Another member from the Corps "secured the individual's leg with his upper body."  When the alleged thief complied and gave the spurs back, a Corp member "straddled him," and when he tried to get up after no longer being in possession of the Spur, the Corp member "pushed him back down and said, 'get up pussy'.  As the alleged thief walked away, the members of the Corps kept taunting him.  The alleged thief had his phone shattered when he was tackled to the ground and had multiple bruises and scrapes.

The decision to charge both the alleged thieves and the members of the Corp of Cadets stemmed from the information that was collected during the interview process.  The Assistant Commandant for Discipline was involved with the Corps administrative hearing and did not provide any resistance regarding the charges or sanctions.


Charge
- Theft
  - Accepted Responsibility
Sanction
- Conduct Review through
- Ethics and Decision-Making Workshop

Student Conduct Office
Student Services Building, 3rd Floor, Suite 309
1172 TAMU
College Station, TX 77843

Tel. 979.847.7272
Fax 979.845.6136
sco@tamu.edu
http://studentconduct.tamu.edu/

TAMU-0631



Charge
- Theft
    - Accepted Responsibility

Sanction
- Conduct Review through
- Ethics and Decision-Making Workshop

Charge
- Theft
    - Accepted Responsibility

Sanction
- Conduct Review Through
- Ethics and Decision-Making Workshop

(Co Adjudicated with Lt. Col. Gardner)

Charges
- Physical Abuse
    - Accepted Responsibility
- Harassment
    - Not Responsible
- Complicity
    - Accepted Responsibility
- Corps – Conduct Unbecoming a Cadet
    - Accepted Responsibility

Sanctions
- Conduct Review through                          (Case Heard November 28th)
- Corps Review
- Ethics and Decision-Making Workshop

(Co Adjudicated with Lt. Col. Gardner)

Charges
- Physical Abuse
    - Found Responsible
- Damages
    - Not Responsible
- Corps-Conduct Unbecoming a Cadet
    - Found Responsible

Sanctions
- Conduct Review through
- Corps Conduct Review
- Ethics and Decision-Making Workshop

(Co Adjudicated with Lt. Col. Gardner)

Charges

Student Conduct Office
Student Services Building, 3rd Floor, Suite 309
1172 TAMU
College Station, TX 77843

Tel. 979.847.7272
Fax 979.845.6136
sco@tamu.edu
http://studentconduct.tamu.edu/

TAMU-0632



- Physical Abuse
  - Found Responsible
- Damages
  - Not Responsible
- Corps-Conduct Unbecoming a Cadet
  - Found Responsible

Sanctions
- Conduct Review through
- Corps Conduct Review
- Ethics and Decision-Making Workshop


Charges
- Physical Abuse
  - Not Responsible
- Corps-Conduct Unbecoming a Cadet
  - Not Responsible


In closing, all of the respondents who were alleged to have stolen the            expressed remorse and thought that this was a standing tradition.  All of the alleged thieves demonstrated some level of reflection prior to their administrative conference.


Douglas Bell, Ph.D.
Director of Student Community Standards

Student Conduct Office
Student Services Building, 3rd Floor, Suite 309
1172 TAMU
College Station, TX 77843

Tel. 979.847.7272
Fax 979.845.6136
sco@tamu.edu
http://studentconduct.tamu.edu/

TAMU-0633

| From: | Bell Jr, Douglas |
|---|---|
| **Sent:** | Tuesday, February 21, 2023 11:59 AM |
| **To:** | Ramirez Jr, Joe E |
| **Cc:** | Smith, Cindy M; Barrett, Sandra; Harrell, Kristen |
| **Subject:** | FW: OCJ request |
| **Attachments:** | OCJ request.pdf |

Howdy BG Ramirez,
Please see attached OCJ. Please let me know if you have any additional questions.

**Douglas Bell, Ph.D.** | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
**Sent:** Tuesday, February 21, 2023 11:32 AM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** OCJ request

Hi, Doug,

Please see the attached request for OCJ and let me know if you have any questions.

Thank you,
Jaclyn

**Jaclyn Upshaw-Brown** | Assistant Director
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 |jaclynu@sco.tamu.edu |sco.tamu.edu

TAMU-0694



## MEMORANDUM

DATE:        February 17, 2023

TO:          BG Joe E. Ramirez, Jr., USA (Ret.)
             Interim Vice President for Student Affairs

THROUGH:     Dr. Douglas Bell
             Executive Director, Student Community Standards

FROM:        Jaclyn Upshaw-Brown  *Jaclyn Upshaw-Brown*
             Interim Director, Student Conduct Office

SUBJECT:     Disciplinary Action for an Off-Campus Incident

───────────────────────────────────────────────────────────────

On February 2, 2023, the Assistant Commandant for Discipline submitted to the Student Conduct Office a series of statements from current and former                              regarding an incident on              . According to the statements,                      and              were instructed to report to Hensel Park and bring their Corps beanies. Once at the park, they were met by         , who told them to pull their beanies down over their eyes and then drove them to a location that was undisclosed to the                  at the time (the home of a              advisor and          TAMU student). At the home, the                  were informed they would each be expected to eat a 12-egg omelet, competing for the fastest time. Some              reported hearing comments that suggested failing to finish would result in negative consequences, though it does not seem they were explicitly told what those ramifications would be. Several statements reflect that two or three of the                  felt ill and/or vomited as a result of eating the omelets. Finally, one report indicates that one of the upperclassmen consumed alcohol while                  during the event.

Given this conduct occurred off campus and in order to address the totality of the situation, I recommend that the University be granted permission to further investigate and, if necessary, issue disciplinary charges. In accordance with University Student Rules 24.3, disciplinary action for an off-campus offense will be taken only when, in the judgment of the Vice President for Student Affairs, action is warranted.

Attached to this request memo is the packet of statements.

Approved/Disapproved

_____        _____
BG Joe E. Ramirez, Jr., USA (Ret.)                                     Date
Vice President for Student Affairs

ENCL:    FDT statements

Student Conduct Office
Student Services Building, Suite 309
1257 TAMU
College Station, TX 77843-1257

Tel. 979.847.7272   Fax 979.845.6136
scrs@tamu.edu
http://studentlife.tamu.edu/sco

TAMU-3635

Personal Statement

On Sunday        at 6:00PM, the         and       arrived at a park off campus where we were instructed to park and bring beanies. A few minutes later,       and       arrived, where we got into their cars and blindfolded ourselves with our beanies.       drove with          and myself, and we drove a few minutes to          residence, where we waited for everyone to arrive. Once everyone was there, we were told that we would be cooked a plate of a dozen eggs to eat with whatever toppings we liked as fast as possible with the intent of us needing to finish to remain with the team or potentially face some unknown consequences as well as competing for the record time. We all hung out as        with help from the other       and       cooked each plate of eggs.       ate the first plate of eggs within a few minutes while everyone else watched, socialized, and played board games. I do not remember exactly who went after her, but I believe I was around the    person to begin eating, going after       and before        . I ate for about 1 hour and 40 minutes and completed my          during this time. At some point       ate her eggs within a couple of minutes, and she called        to be able to see how fast she could eat. I was quite spaced out and was otherwise focused on eating for the rest of the time, so I am not aware of too much of what else was going on, although I believe it was mostly just people catching up and socializing. The       and       took an egg shot at some point during this time frame, and people were eating ice cream and pizza while they continued to socialize. Before I finished eating, the       made       stop eating the eggs because she was having an adverse reaction to the eggs and was throwing up, and they did not wish for her to continue eating since it was making her sick. They noted expressly that they did not care that she did not finish and wanted to prioritize health and wellbeing first. I finished eating shortly after        stopped eating and I myself was not feeling well physically and was overstimulated from the social setting, so I went outside to lay down on the front porch with       and     , and         stayed outside with us for a while as well. We stayed outside for the remainder of the time at the house, maybe an hour, as we waited for everyone else to finish eating. Other people came outside to check on us and bring us water or ice cream if we wanted, including         . Once      , the last person to eat, was finished eating, we went inside to regroup before leaving. We split back up into cars and drove back to the park, picked up our vehicles and drove back to campus, where we all met in the    . We were given our         and then left, and I returned back to bed.

I would like to write a statement concerning the alleged incident concerning the                    which occurred on                    . I dropped in for approximately 5-10 minutes in order to say hello to everyone after they had finished hell week before the rest of the corps returned from Christmas. From what I saw, everyone that was there was watching the NFL playoff games that were occurring that night, playing board games and talking. After saying hello to everyone there, I left the location as I had a prior commitment later that night.

Very Respectfully,

TAMU-0663

The                     were instructed to meet at a park and stay in their cars until they were told otherwise. There were a total of three cars of                     sense we all car pulled. About 7-10 min after we were told to be there the            pulled into the parking lot and walked up to our cars. They told us to get out of the cars and put on our corps beanies over our eyes. We then were separated into groups to fit into different cars. We held onto each other's shoulders and were guided by a        . I was in the backseat of a truck making jokes with my buddies.                     was sitting next to me and we started to play a game of sticks , a finger counting game that many elementary schoolers play. When the short car ride was over we piled out of the car and were led inside. We were then sat down on a couch and waited till everyone had made it. After everyone had gotten there we were told to take off our beanies to see a combination of current and past            . Soon after music was turned on and people started playing board games, such as Secret Hittler, and picking out what they wanted in their omelets. It was explained to us that it was a competition to see who could eat it the fastest.            was the first to go and she finished fast. After her I don't really remember the order. The others such as                     took a really long time to finish. In fact        started to not feel good from the eggs and was told to stop. She didn't finish. After you finished eating the eggs you just went back to the party. They had ice cream for after you had finished as well. Some time after I had finished I ended up sitting on the front porch with                  . The music was really loud inside so it was nice to just get a breath of fresh air and talk about all the stories we had from      and the Corps in general. Periodically someone, whether it was one of our buddies or an upperclassman, would come outside and check on us. After everyone was done and the night had come to an end, we were driven back to the park where the cars were or back to campus depending on if you were the person who drove or not. All the current            and            then met in the      room and we were given out                  . Then everyone dispersed and went back to their rooms for the night.

TAMU-3468

On                  , we parked in Hensel Park at 1800, turned the cars off and waited there until the                told us to get out of the car, put on the Corps issued beanie and put it over our eyes. They guided us to their cars and drove us for about five minutes. When we arrived, they carefully led us inside and sat us down before telling us to take the beanie off. All of the                              team was there along with the              from last year and some of the team from the                  They told us that we were all going to eat dozen egg omelets, and why that was a tradition. I told them that I had a slight sensitivity to eggs which makes my stomach a bit upset, but I refused the option of vegan eggs that they wanted me to eat and instead insisted on eating normal eggs.          was in the kitchen making the eggs however we wanted them to be made. While she was making them, more and more of the past        came in. Half of the                        had no problem eating the eggs, but                            who were before me were struggling. The three of us took about an hour and a half to finish the eggs. After I had thrown up a second time, they made me quit even though I wanted to finish.

Since it was so loud inside from everyone cheering, playing games, and having a good time, I went outside to breathe with                        and            went out with us to make sure we were doing alright and talked with us while              would poke his head out and make sure we didn't need anything and gave us ice cream to help settle our stomachs. We visited outside until the remaining                  finished and we were called back inside to ask who we thought got 15 eggs. We easily reached the conclusion that                  and                were the ones who ate 15 eggs. We were then told to go to the            So we got back into the              cars to go back to the Park and get our cars. We then drove back to campus and went to the                where they gave us the                  .

On ____ me and my ____ buddies were told me go to a location that is close to campus and arrive hungry. After we arrived at the park our ____ pretended to kidnap us and drove us to a house where we were surprised with the company of ____ and ____ from

It was explained to us that it was an old tradition for the ____ back in the day to eat for time a large omelet that was served at a restaurant that is now closed. The offered us to partake in this friendly competition to eat omelets that they made for us with whatever toppings we wanted in the omelet. All of my buddies partook in this friendly competition and me and my buddies cheered each other on as each of us ate an omelet. After we finished we were drove back to get our cars and arrived back on campus.

Overall, the night was very memorable and brought me and my buddies together in a positive way while being around past ____ that we love being around.

This concludes my statement,

Very respectfully,

This account is told from the perspective of

On Sunday,                        , the                              were informed that they would be
meeting at Hensel Park and to bring a Corps issued beanie with us. Once arrived at around 1610
current          on the team instructed us to put the beanies on and pull them down over our face.
I was guided to the            car and drove to a location that I did not know about. Once we
arrived I was guided out of the car and into a room where I sat down. After everyone arrived we
were told to remove our beanies so that we could see, and we realized that we were in a living
room sitting down on a couch. Around us were our former            who we said hi to. The
                    were all gathered onto the couch and the              explained the situation about
having to eat a dozen egg omelets. They explained the rules of the competition and how we
would want to eat as fast as possible.

We then got up and greeted and joked around with our                        and              and were
plenty happy to see all of them. We made an order of who was going to eat the eggs, and we
were all allowed to customize the omelets we were given. As the night progressed we would
make jokes around those eating, play board games with each other. The night continued on with
those eating the eggs able to take breaks, eat at their own pace, watch tv or Youtube, or anything
they wanted. The rest of us just talked and joked around, discussed              within the team
and continually checked on those eating. No events within that time really stood out.

After the last person had finished eating they gathered us onto the couch and explained to us the
tradition of the egg eating and that there used to be a diner where the            would all order a
12 egg omelet. They explained that when the diner closed they started making their own and that
punishment for not finishing would mean a giant smoke session with the              . Finally they
let us know that before        was disbanded, the                        used to add extra eggs
into their meals. They let us know that                            were the ones to receive this
tradition and that it was based on someone's personality. We were free to leave after that and we
all went back to the            and received our                  and we all joked around for a bit
and then went back to the dorms.

This is                    , one of the                                        . This email is my written statement of the event.

On                    we were told to drive to 502 College Ave (Hensel Park) at 1800 and to bring our Corps issued beanie. Once there, we waited in our cars for about 5 minutes before the arrived. When they arrived they told us to get out of our cars and to put our beanies over our eyes. We were then guided into the cars of upperclassmen.   was with two other                        . We were driven to                    house, a              student and previous           Once there we were brought in and moved to a couch in the room then were told to take our beanies off. We saw all of the current                                        and some of our from when we were      . They then told us about the dozen egg omelet and the story behind it. After Hell Week, the              would go to a diner and the                        would order the 12 egg omelet on the menu. When the diner took the omelet off the menu, the                didn't want the tradition to die so they decided to start making the omelets themselves. We were told to pick an order to eat in. I was the           one to go. When it was my turn,                    asked me what all I wanted in my omelet. I chose cheese, ham, and bacon and she made the omelet. It took me over an hour to eat and while I was eating a few more former                                                            ) walked in. Once I finished I started talking to everyone again. I encouraged my buddies when it was their turn to eat.                             , started to get sick and was told to stop eating. After everyone was done eating, we stayed at the house talking for about another hour before getting rides back to the park for the cars or back to the quad.

That is my statement of the event.

Very Respectfully,

On                after the first        mock drill meet of the semester,                            and buddies were told to keep the following evening open around 1830 and to be hungry. The next day around 1400 we were notified through the Microsoft teams chat to arrive at Hensel Park at 1800, bringing our corps issued beanies. After we arrived at the park we saw the                      and           drive up and approach our cars. We were instructed to get out and pull our beanies down over our eyes. They led us in groups of 2-3 to their cars and helped us in. I ended up in a car with           and we sat in the back of the car trying not to laugh as                          put music on the radio and drove us away from the park. None of the three of us spoke during the car ride. When the car stopped       led us out of the car and into a house where we were led to a couch and told to sit down. I could hear my other           buddies sitting around me on the couch as well as some familiar voices of past upperclassmen on the team. We were all laughing and talking and someone told us to "take the beanies off already". When I opened my eyes I saw several of my old advisors including           and              . We were briefly told about the competition of eating 12 egg omelets and when asked who wanted to go first I raised my hand excitedly because I am a competitive person. We were told of the previous record of three minutes and fifty-three seconds, as well as given the opportunity to choose toppings for our omelets. While everyone else, all                          as well as most of the           from last year, played board games and conversed,              was cooking the omelets for           to consume. The omelets took awhile to cook, but when each one was completed the next        in line would have someone begin their timer and start eating. When my omelet was done being cooked I fully intended to break the previous record and I finished eating in                        . Everyone else took varying lengths of time to finish their omelets, with           beating                          and           taking over ninety minutes. Several people threw up during or after eating their omelets including                        ,              While each           either waited their turn to eat or hung around after they were finished, we had fun talking and catching up with people we hadn't seen in nearly a year due to being in                    or due to their           . We intermittently cheered on our buddies who were still eating and sat around reminiscing about      last year. Once everyone was done eating, the                          cleaned up the dishes from cooking and eating the omelets then made sure all the           had rides back to campus or to their cars at the park. We met up in the           and received our           to commemorate the end of our                    , then we were congratulated on our hard work over the past week and released.

Very Respectfully,

I'm                    and I am one of the                              on the team in question. The team
                let us know to share our side of the story and any knowledge of the event we might have to
share. It is my intention to speak plainly about what happened at the event.

After our                    meet we had our        and at the very end we were told to keep our schedule
clear for the Evening of Sunday              . They told us it would be fun to come with an appetite and our
black corps issued beanies. On that evening we drove to a park 5 minutes away from campus and we
waited for the upperclassmen to arrive. The upperclassman met us and pretended to kidnap us by
pulling our beanies over our heads and we drove in their cars to, which we didn't know at the time, one
of the old                 house. It was about a 5 minute drive away from campus. Once we arrived at the
location though, it was revealed that all the                        as well as our                           were
there. The reason we went to the house was to have more space and a proper kitchen.

Once there, they shared that once hell week was over, the time where the team comes back early from
winter break and prepares for Tulane, traditionally the team and past              would go celebrate the
hard work of the              and recount old stories. In years past, the team would go to a restaurant that
offered an omelet made from a dozen eggs and the                  would typically order one and there
would be a friendly competition to see who could eat it the fastest. The restaurant has since stopped
offering a dozen egg omelets so the                   made homemade ones for us. They asked us for
toppings and made it to our desire and once it had cooled enough for eating we started chowing down
while recording each other's times. We cheered each other on while we waited for ours to be made,
board games were played, and we enjoyed each other's company before the school year started.

At the end of the evening, we thanked our host, said our goodbyes, and we were driven back to our
cars. My              buddies and myself enjoyed the evening and laughed about our experience on the
way back to the quad.

I hope my side of the story is able to add another piece to this puzzle and I am more than willing to
answer any questions anyone has on the subject. Thank you for taking the time to hear my side.

Very Respectfully,

My name is                and I was present at the events of                  with       This is an account of events from my perspective.

On the evening of                        , myself and the other                        of the Team arrived at Hensel Park, and were instructed to bring our black beanies. We waited for approximately 5 minutes then various                    arrived. We exited our vehicles and were instructed to put the beanies on and pull them down to cover our eyes. We were guided to our upperclassman's vehicles and guided to the door handle, where we were told to get in. We were driven to another location which took about 5-10 minutes of which I was not sure where, however it was a residential location. We were then guided inside the building, still unable to see, and sat down on a couch as we waited for the rest of our buddies to arrive.

Once all of my buddies had arrived, we were instructed to remove our beanies and were greeted by the other                  . There were a decent number of people at the house, approximately 20-25. It was at this point that the purpose of us being there was presented. We were told that each member of        would attempt to eat a 12 egg omelets against the clock. We were allowed to customize the omelets with cheese, peppers, ham, turkey, and other toppings if we desired. While it was a race against the clock, we could also take as long as we needed, however it was stressed the expectation was to finish the omelet by the end of the night. There was no penalty for a slow time vs a fast time, however, again, the expectation was that we finished the omelet. We weren't told what would happen if we did not finish the omelet, only told that we should finish them. Once                 started to

volunteer for order, since each omelets took a while to cook, we began to socialize and play board games until it was our turn to eat. Some took a very short time,                         eating very quickly at a sub 5 minute time. Times were written down on a white board as we completed. We were allowed to eat as slow or as fast as we wanted using whatever strategy we wanted,          approximately an hour and a half to eat          and                         . As we finished, ice cream and other snacks were available and we continued to socialize.

Once we finished, we were driven back to our vehicles in Hensel park and arrived at our vehicles at approximately 2300.

I hope this is satisfactory and if any more information is required please let me know.

Best Regards,

TAMU-0245

To whom it concerns,

This is a personal recount of the sequence of events that occurred regarding the report to the Student Conduct Office. On                at 1800 I was in the car waiting with                                at Hensel Park. We waited until                and                        arrived. All current year          pulled up in vehicles behind us around five minutes later.                      , and I got out of our respective vehicle as instructed by                                then we were instructed to place a beanie over our eyes and led to different vehicles. I got into a car with                and we were driven by          to an undisclosed location. Upon arriving, I was led into a house and instructed to sit down on a couch. All the                                as well as                      were in attendance and we were collectively instructed to take off our blindfolds. I was informed by            that it was his house. Previous year          arrived throughout the night such as                          . I talked with before sitting down to play Settler's of Catan with

                  was cooking bacon in the kitchen. All the                were called to gather in the living room and informed by          and                that each            would be receiving a twelve-egg omelet to eat. We were to be timed in doing so and the slowest eater would face a punishment at a later date. We were told by various                                              that we could take however long we wanted as long as we finished. After the instructions for what we were going to do,          volunteered to go first.                cooked the omelets for each one at a time. While I waited for my turn, I sat at the counter talking to

          asked me what I wanted on my eggs and she cooked it.            kept my time while I ate at my own pace. I sat next to                while I ate. She could not finish her plate of eggs and started to feel sick and was told that she would not have to eat anymore and there would be no punishment. After every            was done eating eggs, every individual (myself included) made conversation for about

TAMU×0246

an hour before departing in the separate vehicles that we had arrived in. I rode back in             car

where I was dropped off at campus, not blindfolded and knowing exactly where we were

going. Afterward the entire             team met in the campus                         and we (all

             ) were rewarded, by the                                 to commemorate our

achievement of finishing Hellweek. Afterwards I left and returned to my dorm.


Respectfully,

26 January 2023

Incident Report

On the night of　　　　many current and former members of the　　　　　and myself took part in what had been an annual tradition for what I assume to be many years. I arrived at the house of one of the　　　　　from last year,　　　, at around 1800. The individuals who showed up to the event were all of the　　　　　　of the team, as well as almost all of my　　　buddies from last year, the　　　　from last year, and a few other members of the

The events that transpired are the following: the　　　　members of the team showed up in two groups to the house, their eyes covered by the beanies they had on their head, and they were seated on the couch in the living room until the rest of their buddies arrived. When the　　　　deemed they were ready, they were told to uncover their eyes, and were told that they would be eating 12 eggs in an omelet as it had been tradition on the team from years past. Then, over the course of the night, the　　　cooked all of the eggs for the　　　　feeding them their omelets one by one, while other current/former　　　　, (myself included), had a stopwatch going to time how fast the　　　finished. The　　　were also told in a joking manner that they didn't want to know what happened if they did not finish. Some　　　took as fast as 2 minutes and some took as long as an hour. Their were a few who struggled to eat them, and one,　　　, who's body reacted poorly and she threw up. She was then told she didn't have to finish. During this time, I was leading a group in playing the board game "Secret Hitler" while the　　　ate their eggs and the rest of us ate

pizza. We all exchanged memories, inside jokes, and stories from our time with the team. Once the _____ had finished, the _____ gathered them in the living room and revealed that two of them had been given an omelet of 15 eggs instead of 12. After they were able to figure out who it was, they then reminded the _____ that they have to get back to work on Monday after the fun they had that night, and they gave additional words of encouragement, criticism, etc. about how their fish are doing in getting prepared for Tulane. This was the conclusion of the night and people incrementally left the house.

TAMUx0349

Written Statement of          Incident on                    :

     On Saturday,                    , at the conclusion of the team's              meet. I told the                    and              to keep their Sunday evening free and to come hungry. On the night of the        we (the

to drive to Hinsel Park (I believe) and to bring their corps-issued beanies with them. From there the                    picked up the              and told them to put their beanies on so that it covered their eyes.          then drove them to              ,              was already there (both former members of the Corps and the previous year's respectively). While this was happening,              and I were preparing all of the eggs and omelet toppings. At this point          arrived.

     When the              arrived at the house we sat them down on the couch and other chairs in the living room while we waited for the rest of the              to arrive. When all of the              were at the house we had them remove their blindfolds. At this point I explained how at the end of hell week each year the              would go to a restaurant in town that served dozen egg omelets and how all the              would order and eat one. Since then that restaurant stopped serving these omelets. The tradition changed to where the              would make the omelets for the              .

     During this time, former              to the team,              arrived at the house.

     Then      started taking orders for the omelets.              and          started making the omelets for the              . When the omelet was finished, a              would get the omelet and we would set a timer before they started eating so as to see who would finish their omelet the fastest. There was no prize for being the fastest, and no punishment for being the slowest or being unable to finish. When              was eating her omelet, another former              to the team,              was facetiming              was on a              .      continued cooking and serving the omelets. While cooking the omelets,              and                    , took 1-2 egg shots (a small amount of liquor is poured into an egg that had the top cracked off, and the egg and liquor was drunk). This was the only alcohol consumed during the night. None of the              drank anything. At some point in the night, another former                    to the team              arrived to say hello to everyone, was there for less than half an hour then left. While people were not eating they were all playing board games or watching football. All of the              ate and finished their omelet              , who was not able to finish and no repercussions followed. I just took the plate and told her she didn't have to worry about not being able to finish. When another              ,              finished her omelet, she was not feeling well so she, along with                    , went and sat out on the front porch. After the          finished their omelet they were served ice cream if they wanted it. I went out to go check on the

TAMU x0350

three               that were outside and brought them some water and ice cream. I sat with them, while the remaining               finished their omelets.

When everyone was finished with their omelets      returned indoors. I spoke to them about how proud I was of all of them for the hard work they put in that past week and how we still had a lot of work ahead of us.

The          then left with them to take them back to their cars.        and   finished cleaning everything up and said goodbye to                then we drove back to campus. When everyone had returned to campus, all of us went down to our           to give the                               . We meant to give the            to them at          house but they were forgotten in the          . Once everyone had their                . Everyone returned to their dorms.

Here is my statement for the student conduct officer concerning the          event that happened on


I arrived at                house at around 8pm with               . In the house were the current
          and a couple former          from the team. Everyone in the house were either currently or
formerly an          on the team excluding the other residents of the house. The house atmosphere was
laid back with music playing consistently, board games being played and food being consumed. As the
night went on the                                             were cooking a dozen eggs for
each                to eat. The          were allowed to pick what was in the eggs (meat,
veggies, cheese, etc.) and then would proceed to eat the eggs on their own accord either as fast as they
could or whatever pace they wanted. I do not remember all the          who ate the eggs but the
ones I remember were                              , the other                and
the other          whose names I can't remember. They each ate their eggs in whatever time
they could and then would presume enjoying the evening talking and later eating ice cream that was
also provided. 2-3 of the          threw up after eating the egg but continued to enjoy the night.
The gathering went until about 2215 where          and I talked with with two of our old
          until about 2230.          and I left at about 2235 and went
back to the dorms where we went to          room and talked for about an a hour before going back to
our own dorms.

This concludes my statement of what happened on                    . Thank you for your time.

Very Respectfully,

My name is                          and I was present at the          incident. My knowledge about the incident is as follows. The site was off campus and I arrived at the house at approximately 1830 with the remainder of the team. I believe the house was owned by                    and                          (prior          ). From there, I talked to present                    and the past since this was an event to bring back                          . When the event started, the                          was asked to consume a 12-egg omelet made to their liking.                          were

in charge of making the omelets as well as preparing the fixings. We held it in a competition style where the fastest one to eat it won. The                    ate it at their own pace with no penalty for finishing last. I played a board game for the remainder of the time and talked to my peers. When the event finished, we all went our separate ways. If there needs to be any clarification do not hesitate to reach out.

Sincerely,

The following is my statement on the incident on           .

The event consisted of the current           , myself, a few current cadets, and one graduate, who were all           at some point. The event occurred at a house off campus. My experience was mostly hanging out with the other older/prior cadets and also talking with some of the cadets who were eating the eggs, encouraging them to finish what they were eating. Alcohol was present, but only some people were drinking to my knowledge, all of whom are at           including myself. This started around 2000-2100 and then we left around 2200. Others who had not been drinking drove us back to campus. Upon returning to campus, I went to sleep.

If I can be of any further assistance, please contact me using the information listed below.

Very Respectfully,

**Written Statement**

After hearing that everyone would meet around 1800, I left campus around 1915 to arrive at          s apartment on the night of                   around 1930 hours. I went inside and immediately caught up with the group of          guys and girls who were there, including                                        right inside the front door. By the counter area, the                had already begun the egg-eating tradition so I swung by to see how they were doing. Around this time, I was catching up with

, and others. I ate a          pizza there as well while catching up with some of the                and said hello to                     who was cooking the eggs and                          who was helping to keep things clean. After, I walked around and talked with the group and checked on                                             to see how their omelets and stomachs were doing. Later, roughly around 2000,   had a shot of pink-lemonade vodka with                          , followed by an egg-shot with the same vodka with                          around 2030. At some point,                     came by for a short time and I said hello to him. Afterwards, I went over to the couch area and caught up with more friends and listened to music. I could tell                     and                     were struggling with their eggs a bit, so I went over to check on them before          ended up vomiting in a garbage can. After she vomited and finished her eggs,                     ended up going outside for some fresh air;          went out to check on them soon after. I saw                quickly finish her eggs in about 2 minutes or so while FaceTiming                , who I also said hello to over the phone. After, I talked to          and others about music and how their breaks were near the couch area, talked to                               a bit, and then checked on                as he was eating his eggs while watching a video. After          finished his omelet, I said my goodbyes around the room to as many people as I could before heading outside to see                          sitting together on the front porch helping to calm down their stomachs;          was curled up in a ball near the corner of the porch. I said goodbye to them,                     before walking back to my car and driving away at 2205. I arrived back at campus and the                                    .

I arrived at College Station on that same evening and was there between the hours of 1930 to 2230. This was an event where _____ got together to boost morale after a long "hell week". It was a very comfortable environment where everyone was hanging out and getting ready to return to school. From what I know concerning the eggs, nobody was required to participate in eating them. Anyone that did not feel well after eating was well taken care of. After the event, I left and went back to the dorms.

Best,




This email is to respond as a report to what happened around _____. Each _____ currently on the team (who could attend) was made a 12-egg omelet and timed to see how long it would take for them to eat it. People would cheer them on and encourage them to eat it fast and some people threw up and felt quite ill due to it. _____ A speech was given at the end to build morale.

Very Respectfully,

TAMU-03856

Before my time on the team, the _____ used to go to a local restaurant and order a 12 egg omelet for each of the _____ on the team at the conclusion of Hell Week. That restaurant has since stopped serving the 12 egg omelet, so now the team buys its own eggs and toppings, and the omelets are made by the _____ on the team to the liking of each of the _____ This event now happens at an off campus house. More specifically, a house that belongs to someone who once held a _____, and this year _____. The _____ were introduced to this night by being told that there was a surprise, and that they should plan on not eating heavily during the day. They were told to meet at a certain location where the _____ were waiting to carpool them to the house.

With the event not being fully known to the                    they were blindfolded for the surprise, and then brought into the house. After everyone's arrival, the blind folds were taken off and they were able to see all of the            they had looked up to the year before when they were freshmen. It was like a big family reunion, with board games, the NFL football game on the TV, and omelets being served one by one to each of the                   . In true fashion of the very competitive team, the times it takes for each person to finish the omelet was recorded on the whiteboard, and everyone wants to beat the best time from the year before, to "stick it" to their previous upperclassmen. Many times during the night the                were reminded that nothing would happen in the event that they couldn't finish the omelet. There was a story that was told about one time (a few years before I                    ) that someone didn't finish the omelet, and as a punishment, they had to do physical training until they vomited, but it was assured numerous times that in no event would there be any backlash in the case that someone didn't finish. Everyone ended up finishing their omelet, and the previous year's record was broken twice. After everyone had finished, some were feeling a little queasy as expected, but everyone seemed to be in good spirits, and most people would even wash down the eggs with a bowl of ice cream. The whole event had no ounce of mal-intent, and it was only for the reunion purpose as well as your previous upperclassmen cooking for you after you ordered what you wanted in your omelet. Everyone cleaned up where they had sat, and made sure looked as good as it did when they showed up. I was even able to get a hug and a smile, and tell everyone how proud I was about their accomplishments both on the team and in the Corps. I remember multiple times during the night where myself and the previous                                     would look around at all the people we had hopefully had a positive impact on during our times in the Corps. Looking at all of the and multiple                that were once                  when they were             gave me so much pride and happiness. The overall mood of the night seemed so good and heartwarming, and it saddens me very much to understand that other people may not have had the same sense of reunion and happiness.

On              around 1800,

came to Hensel Park in separate cars.

Shortly afterward,                                                    I arrived at Hensel
Park and instructed the              to pull the beanies over their eyes and get into our cars. We arrived
as a group at              apartment, where                    ,

                    , and several of          roommates were socializing. Blindfolds came off and someone
explained that      for some time had a yearly event where              were encouraged to eat 12-egg

omelets. There was no punishment for not finishing, and in fact,              did not finish her omelet
and did not receive any negative repercussions from any upperclassmen.

I heard a rumor that back in the day they used to do terrible things to              that did not finish
their omelet, but I had never witnessed anything like that, nor had any evidence presented to me to
suggest that my fellow        and                  intended on doing anything of the sort. The intention
of the event was to socialize and celebrate a finished week of practice, not to initiate members.

At some point during the night of the incident,              arrived and stayed.                    and his
girlfriend dropped by for around 10 minutes at most
                                                                                had
upset stomachs after eating, and                    and I checked in with both of them throughout the
night, to offer them water and anything else they might need. Around 2230-2300 we all left back to the
dorms in separate cars.

I don't recall there being any underage drinking at the event. There could have been more people at this
event, but to the best of my memory, these were all the names I could gather.

                                                            and I are all the current                    on
    . Together, we organized and coordinated the event, and in no way are any of the participating
              to blame for the incident.

Please contact me via email or at                  you have any questions or concerns.

Very respectfully,

TAMU-03659

On Sunday,                     at approximately 1730, I drove to the store to buy supplies for the omelet dinners for the                     on the                     and the                     who would be participating. I then drove to                     house as he was a                     who had offered to let us use his house for the evening.                     , the                     , then spent the next hour prepping the kitchen for the                     to arrive At some point around 1830,                     and     other                     from the Corps who were all former                     arrived.

The                     arrived between 1830 and 1900 and were led blindfolded into the house by the                     on the team who had picked them up. I was in the kitchen from 1900 to 2200, where, over the course of the evening,                     .                     was allowed to choose what ingredients they wanted included and allowed to take their time in eating the food.

  then cleaned the dishes and around the kitchen/dining area from 2200 to sometime after 2300 when the party ended and everyone left.

The egg eating event is a tradition in which                   eat a cooked 12 egg omelet upon the completion of Hell Week. They choose what, if any, condiments they would like in their omelet and are timed how fast they eat it. Some choose to eat their omelets slowly, while others try to eat it quickly. The event is in no way "bad bull" and was an opportunity for past and present         to reconnect. On the evening of            , I witnessed the omelet eating event that occurred with the                   ,                   , as well as various other      personnel/former personnel. Everyone present was either a current or former                   The event occurred off campus at around 1830. I rode with                   to the event about an hour after the planned start time, as we were both at an      practice. When we arrived, the             were already eating the eggs, had already eaten, or waiting for the omelets to be cooked. After about 2-3 hours, the omelets had been eaten and people began to depart the house. I rode back to the Quad again with                  , and      h also rode in the car.

V/R



On the evening of            , I witnessed the omelet eating event that occurred with the                   , as well as various other      personnel/former personnel. Everyone present was either a current or former                   . The event occurred off campus at around 1830. I rode with                   to the event about an hour after the planned start time, as we were both at an            . When we arrived, the             were already eating the eggs, had already eaten, or waiting for the omelets to be cooked. After about 2-3 hours, the omelets had been eaten and people began to depart the house. I rode back to the Quad again with                   also rode in the car.

Please let me know if there is anything else I can provide to assist in this matter.

Very Respectfully,

Written Statement:


On                   participated in an event that took place off campus involving         members of the                  eating eggs.    coordinated with the other                               .  messaged the                             and to meet us at Hensel Park at 1800.                communicated the same with the                   . Once at the park, we met with all the               and had them put on their corps issued beanies as a blindfold and led them to our cars.   was responsible for driving                  and drove them to            house. Once there, we led them inside with the beanies covering their eyes and had them sit on the couch. Once everyone was present, we had them take off the beanies. Following that,               explained the situation, which was that they were being cooked 12 egg omelets to eat as fast as they were able to. This has been a tradition in past years, starting when the          went to Hullabaloo Diner and ordered a 12 egg omelet each.              was in charge of cooking the eggs, and the           were allowed to choose what toppings they wanted inside. They went in random order and each ate the omelet while being timed.              did not finish the omelet, which was       . The times were written on a white board and after they finished the omelet,    gave them ice cream to calm their stomachs. The rest of the night was just waiting for everyone to finish and hanging out around the house. After everyone was done,    told them that two of them received 15 eggs instead of 12, which were                       , who were randomly selected based on their size. After talking for a little bit,    all drove the               back to the park where their cars were. Afterwards,    all met at the       to distribute             and then went our separate ways.

I'm writing to detail my account of the reported            incident.

In advance, the                      were told to keep their evening open on Sunday            and to not eat much that day. All of the team's active                               ) met at a park off campus where they were picked up by the team's            . They were told to put their Corps-issue beanie on to cover their eyes. They were driven by the            to              apartment since a place was needed to cook the eggs. They were led inside and told to remove the beanies once all were inside.
explained to the                that they would each be eating dozen egg omelets.                cooked all the omelets with help from                  .

ate in the order they volunteered. The omelets were made to-order. They were allowed to pick whatever toppings they wanted. When it came time to eat, they were timed and encouraged to attempt to be the fastest, but were ultimately allowed to eat at whatever pace they desired without threat. Times varied from 2:20 to 1:41:02. If requested, ice cream was served once a finished to help them feel better since that soothes the stomach. I believe 2 or 3            threw up. 2            had omelets that contained 15 eggs but they were not the ones who threw up as those were given to the 2 perceived biggest eaters.

Beyond the egg eating, it was a standard social gathering. There was no PT involved the entire night. No alcohol was consumed by minors. If anyone started to feel unwell while or after eating, they were assisted as needed/requested. If a            felt unwell while eating, they were allowed to take a pause as needed. People played board games and talked. Former members arrived to cheer on the            in their old positions and ask about Hell Week. These former members include

was not present as she was                              . She was on                              to eat her omelet.

Once every            was done and ready to leave, everyone said their goodbyes and the were either taken back to their cars or directly back to campus. Nothing was required of them the following day.

Please let me know if you or the Student Conduct Office need anything clarified or have any questions.

Very respectfully,

TAMU-3604

Statement

I arrived at                    house at around 1800 along with the other
                    While we waited for everyone else to arrive we prepped the supplies to make the
omelets.        cooked the bacon and chopped up vegetables to add if the                    wanted that in
their meal. At around 1830 the                    on the team arrived with the            driving them. The
                    were blind folded when they walked into the house but the blind folds were removed as
soon as they had sat down in the house. The                    were told how as a celebration of the end of
hell week the whole team got together to compete in a food challenge. Each                    would receive
a 12 egg omelet to eat. There was no maximum amount of time allowed but the goal is to compete
against their buddies and finish the omelet. Vegan egg substitute was also provided if the
wanted to participate but was unable to eat egg. I don't remember the exact order that they went but I
do know                went first. While            cooked the Omelets everyone else cheered on their
buddies, hung out and talked.                    started feeling sick while eating hers so she did not finish it.
She went outside with                              to get some water and cool off. Those        who
were of age also took a shot of raw egg but that was the only alcohol at the event that I am aware of.
The rest of the                    finished their Omelets. After everyone was done,                gathered
everyone together to congratulate us on the end of hell week and to get ready to be in the mindset to
compete at Tulane. We left around 11:00.

The following is my account of what happened the night of                   .

It started with the other                                    and myself arriving at a park to meet the
                 . After all the           and                  had arrived, we told the              to cover their
eyes with beanies they'd been told to bring. They were then escorted into the              vehicles. The
             then drove the                                    house where        and past      members where
waiting. After being escorted inside they were told to remove their blindfolds. The upperclassmen then
explained what the                 would be doing. They would be eating an omelet made up of twelve
eggs and other ingredients at the                  request. The                 then began to eat. They
decided on an order and each took a turn eating. While each                 was eating, the upperclassmen
and the               who weren't eating socialized, played music and board games, cheered on the
                 eating, and those over 21 drank. During the night a few of the               felt sick from
the omelet and threw up. After confirming that the                were okay, the upperclassmen would
encourage them to finish the omelet. Old team members came and went throughout the night. After
everyone had finished, the time to eat the omelet was written on a whiteboard for each
The socializing went on for a little longer, and eventually the                were driven back to their
parked vehicles by the          . Everyone then separated.

This has been my knowledge of the night of the event, told to the best of my ability. If there are any
questions, please email me.

Very respectfully,

**exas A&M Corps of Cadets**



Date 21 September 2023

**MEMORANDUM**

TO:     Dr. Douglas Bell

FROM:     BG Patrick Michaelis

SUBJECT:

Our initial investigation was conducted yesterday with the          in Company          During the discussion, the          were asked general questions about the treatment they have received from their upperclassmen and how things were going overall.  As the discussion progressed more direct questions were asked dealing with the specific allegations outlined in the complaint.  When asked about the     from          being given a hard time based on and required to repeat answers, the          indicated all     were required to repeat answers until they answered in the way the upperclassmen desired.  The specific example given was a campusology question that had to be memorized and repeated exactly as written.  All     that could not repeat the answer correctly were sent back to their room for five minutes to practice.  Knowing campusology answers are part of the          class earning their Corps     which is consistent with Corps policy.  The question dealing with having joke ready for the outfit meeting was met with the answer that it was a misunderstanding between the upperclassmen and the The upperclassmen said one thing and the     understood something different.  The were asked about being able to get enough sleep, and responded with they stay up late to do homework, and the length of the meeting had nothing to do with their lack of sleep.  The in     are encouraged to be involved in activities outside the Corps, but the outfit does require them to attend evening formation, a required activity, unless they are in class or have signed a military letter to miss the event.  This is consistent with Corps policy.

Based on the answers provided by the          , we believe the allegations to be unsubstantiated.

Patrick R. Michaelis

Brigadier General (Ret.), U.S. Army

Commandant, TAMU Corps of Cadets

TAMU-3603

# Bell Jr, Douglas

| | |
|---|---|
| **From:** | Bell Jr, Douglas |
| **Sent:** | Tuesday, November 7, 2023 2:26 PM |
| **To:** | Winking, Audrey J |
| **Subject:** | FW: [Maxient]     College Station - On-Campus Residence Hall |

Additional information from

**Douglas Bell, Ph.D.**  | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Murray, Dylan C <dmurray@stuact.tamu.edu>
**Sent:** Tuesday, November 7, 2023 1:42 PM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** Fwd: [Maxient]     College Station - On-Campus Residence Hall

Please excuse short messages and typos, as I am responding on my phone

Begin forwarded message:

> **From:** "Moore, Erica" <erica_moore@stuact.tamu.edu>
> **Date:** November 7, 2023 at 1:25:31 PM CST
> **To:** "Murray, Dylan C" <dmurray@stuact.tamu.edu>
> **Subject: FW: [Maxient]     College Station - On-Campus Residence Hall**
>
> Howdy Dylan,
>
> I am sending this over to you. I've already submitted a report for this and told the student an additional report from him would be helpful as well.
>
> **Erica Moore**  | Administrative Coordinator II
> Koldus 224G|Student Organization Leadership And Development I Department of Student Activities
> 1236 TAMU | College Station, TX 77843-0000
>
> ph: 979.458.4371 | erica_moore@stuact.tamu.edu |
> - - - - - - - - - - - - - - - - - - - - - - - -
> **DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.
>
> **From:** ████████████████████████████
> **Sent:** Tuesday, November 7, 2023 1:12 PM
> **To:** Moore, Erica <erica_moore@stuact.tamu.edu>
> **Subject:** Re: [Maxient]     College Station - On-Campus Residence Hall
>
> Good afternoon, I experienced hazing this morning at formation. The entire class of     cadets were yelling at me, cursing at me and making fun of me in front of the rest of my unit. One particular student

TAMU-0204

named ██████████ who is a ██████ was leading the charge as they surrounded me and were mocking me for being hurt and unable to run. They are making me very uncomfortable being part of ██████ as they continue to say hurtful things to me in front of the rest of the unit. They made me continuously do push ups until I was no longer able to, and they kept screaming at me to do it

On Tue, Nov 7, 2023 at 12:01 PM Moore, Erica <erica_moore@stuact.tamu.edu> wrote:

Howdy,

Thank you for reaching out to us regarding the incident below. Your report has been received by the Department of Student Activities and will be reviewed to determine any needed further action. If you have any additional information or documentation related to the incident you would like to submit, feel free to reply to this email, or if you would prefer to speak to a staff member directly you may contact me at the number below. Thank you again for your submission, and for your support of our Texas A&M student organization community.

Sincerely,

-Erica

**Erica Moore** | Administrative Coordinator II
Koldus 224G|Student Organization Leadership And Development I Department of Student Activities

1236 TAMU | College Station, TX 77843-0000

ph: 979.458.4371 | erica_moore@stuact.tamu.edu |
- - - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** ████████████████████████ notifications@maxient.com>
**Sent:** Sunday, November 5, 2023 9:11 PM
**To:** Moore, Erica <erica_moore@stuact.tamu.edu>
**Subject:** [Maxient] ██████ College Station - On-Campus Residence Hall

2

**This Message Is From an External Sender**

This message came from outside your organization.

Primary recipient (awaiting your action in Maxient)

**Campus Community Incident Report**

## Background Information

Campus Location
**College Station**
Status of the Alleged Offender
**Recognized Student Organization**
Date of incident

Time of incident

Location of incident
**On-Campus Residence Hall**

## Involved Parties

**Company** ) Alleged Offender

## Incident Description

Please describe the incident with as much detail as possible and use specific, concise, objective language. Focus on the Who, What, When, Where, How, and Why of the incident. Indicate specific people, words, phrases, and interactions.

Please try use specific names instead of pronouns (he, she, they, etc.) when referring to people in the body of the report. When possible, we encourage the use of direct quotes, even in incidents when the language may be profane or abusive. For example, "Joe Aggie shook his fist at me and said 'you are a stupid loser'" is more helpful than "Joe Aggie was threatening and used aggressive language with me."

TAMU-3690

## Supporting Documentation

[doctorsnote1.pdf](doctorsnote1.pdf)
[doctorsnote2.pdf](doctorsnote2.pdf)
[doctorsnote3.pdf](doctorsnote3.pdf)
*For added security, these links will expire in 10 days. The attachments will remain accessible when viewing the report within Maxient.*

## Submitted By

Your full name



*[UNAUTHENTICATED]*

## Routing Information

Primary recipient:
**Erica Moore (Administrative Coordinator, Department of Student Activities)**
Copied recipients:
  • Dylan Murray
  • [jhbrown@stuact.tamu.edu](mailto:jhbrown@stuact.tamu.edu)
Text msg recipients: None
Originating IP address:
Submitted through IR layout #1

TAMU-0891

Processed by routing rule #189. Routed to Erica Moore, Administrative Coordinator, Department of Student Activities.

**Message sent by Maxient**
**Replies will be sent to the submitter**

TAMU-0692

## Bell Jr, Douglas

| | |
|---|---|
| **From:** | Bell Jr, Douglas |
| **Sent:** | Friday, November 3, 2023 11:35 AM |
| **To:** | Winking, Audrey J |
| **Subject:** | ██████ |
| **Attachments:** | Re: ██████ DOC 231030 10_53_55.pdf; DOC 231030 15_33_52.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

FYI for the        Investigation

**Douglas Bell, Ph.D.**  | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Monday, October 30, 2023 3:57 PM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:** ██████

Sir,

Attached is the memo from BG Michaelis regarding the initial inquiry into the        acquisitions with supporting documentation.

V/R


Lt. Col Jeff Gardner '82, USAF (Ret)

Assistant Commandant for Accountability and Standards

Military Advisor Parsons Mounted Cavalry

979-458-9317

1

TAMU-0699

## Bell Jr, Douglas

| | |
|---|---|
| **From:** | Bell Jr, Douglas |
| **Sent:** | Monday, December 18, 2023 3:24 PM |
| **To:** | Latham, Skylar |
| **Cc:** | Smith, Asia |
| **Subject:** | Investigation Assigned |
| **Attachments:** | Investigation Report.pdf |

Howdy,

Please see the attached      harassment investigation assigned to you.  Please let me know if you have any questions or concerns.

**Douglas Bell, Ph.D.**  | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

TAMU-0699

**Bell Jr, Douglas**

---

| | |
|---|---|
| **From:** | Winking, Audrey J |
| **Sent:** | Tuesday, December 12, 2023 4:09 PM |
| **To:** | Bell Jr, Douglas |
| **Subject:** | investigation complete |

The      investigation report is completed and has been saved in the shared drive.

**Audrey Winking** |  Senior Student Conduct Investigator
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 | audrey_winking@sco.tamu.edu | sco.tamu.edu

TAMU-3695

# Bell Jr, Douglas

**From:** Bell Jr, Douglas
**Sent:** Monday, November 6, 2023 10:17 AM
**To:** Winking, Audrey J
**Subject:** FW: █████████

FYI

**Douglas Bell, Ph.D.**  | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Simpson, Meredith M <msimpson@corps.tamu.edu>
**Sent:** Monday, November 6, 2023 9:29 AM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** Re: ████████

Doug,

Desiree Ornelaz is the next coinvestigator.

I'll talk with ██████ and see if a new room will alleviate some of his immediate concerns.

Thanks!

> On Nov 6, 2023, at 8:37 AM, Bell Jr, Douglas <douglasb@vpsa.tamu.edu> wrote:
>
>
> Howdy,
> Thanks for the update.  If you move him to another, it will not impact the investigation. I would like to know who the co-investigator is so we can begin scheduling with the student and members of the outfit.
>
> **Douglas Bell, Ph.D.**  | Interim Executive Director of Student Community Standards
> Student Conduct Office | Division of Student Affairs | Texas A&M University
> 1257 TAMU | College Station, TX 77843-1257
> ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
> - - - - - - - - - - - - - - - - - - - - - - -
> **DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.
>
> ---
>
> **From:** Simpson, Meredith M <msimpson@corps.tamu.edu>
> **Sent:** Sunday, November 5, 2023 5:28 PM
> **To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>; Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
> **Subject:** RE: ████████

TAMU-0698

Doug,

Jeff is out of the office and will return this week. If you need an investigator sooner, I can see who is next up for assignment.

Additionally, there are some extenuating circumstances with this student that also impact his health. If we offer to move him to another room on the       is that a violation of any protocols now that SCO investigation is ongoing?

Thanks,

**Meredith Simpson**
Office of the Commandant | Corps of Cadets
1227 TAMU | College Station, TX 77843-1227
ph: 979.845.2811 | msimpson@tamu.edu

Academic Questions: academics@corps.tamu.edu
Corps Virtual Office: tx.ag/corpsacademics
- - - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY**

---

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Friday, November 3, 2023 3:59 PM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Cc:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:** RE: ███████

Howdy,
Can you please provide a co-investigator from the Corps regarding this case? We will be initiating an investigation. Thank you in advance.

**Douglas Bell, Ph.D.** | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Monday, October 30, 2023 3:57 PM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:** ███████

Sir,

Attached is the memo from BG Michaelis regarding the initial inquiry into the      acquisitions with supporting documentation.

V/R

2



Lt. Col Jeff Gardner '82, USAF (Ret)

Assistant Commandant for Accountability and Standards

Military Advisor Parsons Mounted Cavalry

979-458-9317



Date 21 September 2023

**MEMORANDUM**

**TO:**       Dr. Douglas Bell

**FROM:**     BG Patrick Michaelis

**SUBJECT:**

An initial inquiry was conducted into the allegations contained in the        reports submitted to Student Conduct.  Our findings for each complaint are:

**Retaliation from                          after missing a mandatory football game.**

For missing the football game without authorization ████████ was given a restricted weekend.  In the explanation, the discipline was given as much for ████████ lying about attending the event and providing a photoshopped phot as "proof" of attending much as missing the game. (See attached Discipline report)

**The                     members have continuously kept adding more overexaggerating and falsified discipline items on to my profile to serve in the form of demerits, marching tours, and restricted weekends.**

See attached incidental counseling forms and Discipline report.

**People have taken my several of my personal belongings and school supplies and I have been unable to find out where they went.**

When questioned about what was taken Cadet ████████ was unable to provide specific examples.

**                  has given me restricted weekends for missing              class which we both have, even though I have excusal letters for them.**

Cadet ████████ was not able to produce the excusal letters for missing class.

**Destruction of my personal property as I had to make unnecessary repairs to my**

Cadet ████████ was not able to explain what damage was done to his

TAMU-3609

**I was also set up by members of my unit when my room mate** ████████████ **and passed me in the hall not telling me anything and did not take my calls or texts right after seeing me walk by, even though he did not have class.** ████████ **locked me out of my room for several hours and I missed class because I could not get into my uniform and** ████████ **stood in the hall watching me with a smirk on his face as I could not get into my room, and then** ████████ **gave me discipline for not attending class intentionally, even though I went to the Corps Housing Office and they were not able to help me get into my room so I could go to class.**

Cadet ████ does not sleep in the dorm. When Cadet ████ left for work, he locked his door. Cadet ████ was not carrying his room key.

**Most recently as of thi**████████**s to my knowledge, I was kicked off of the Corps of Cadets** ████████ **team which I have been on since** ████████ **year, and my unit's leadership has continued to pressure the captain about having me on the team.**

Cadet ████ was removed from the team for not attending practice. (See email from team captain)

**continuously bullied by** ████████ **and** ████████ **- who routinely drunkenly bullies** ████████

Cadet ████ does not sleep in the Corps Dorm and is not there in the evenings.

Cadet ████ is described by his military advisor as being nonparticipative for most outfit activities. In addition to being absent, he has also been caught being untruthful on several occasions. His military letter for missing morning activity Monday-Thursday indicated he was training with the ████ when in fact the team only trains Monday-Wednesday. Lt Col Gardner conducted a meeting with ████ his Commanding Officer and Executive Officer. During the discussion, Cadet ████ indicated he did not feel comfortable being in the same room as his roommate, ████████ because of his roommate's personal lifestyle choices and had been staying off campus with one of his friends. When questioned about what personal items or school supplies had been taken, ████ was unable to provide specific examples. His roommate denies taking anything from ████ or messing with any of his belongings. Cadet ████ was told by his Commander he was authorized to change rooms, but ████ has not talked to the Corps Housing Officer to initiate this process. Cadet ████ came to this outfit from ████ in the ████ and was on a ████ for the ████ semester, making this only the ████ full semester he has been in this outfit. With the small amount of time ████ spends with the outfit, it is difficult to determine when, or by whom he is being harassed. Although the situation is not ideal, we do not see violations of Student Rule 24.

Patrick R. Michaelis
Brigadier General (Ret.), U.S. Army
Commandant, TAMU Corps of Cadets

Building and room/suite number
#### TAMU
College Station, TX 77843-####

Tel. 979.123.4567  Cell. 979.123.4567  Fax 979.123.4567
myname@tamu.edu
www.mywebsite.tamu.edu

TAMU-3696

**Doug – we agreed to let the Commandant and his staff have 72 hours to conduct their own internal inquiry to determine if there was validity to the report before they sent to SCO. This definitely falls into that category.**

**Please hold on any further actions until the Commandant and his staff have had the chance to look into this and come back to SCO with what they have discovered.**

**Patrick – you and your staff have 72 hours to report back to Doug and SCO what you find out about this allegation.**

**Thanks.**

*BG Joe E. Ramirez, Jr*
*United States Army (Retired)*
*Vice President for Student Affairs*
*Texas A&M University*

---

**From:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>
**Sent:** Tuesday, October 24, 2023 5:45 PM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>; Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>
**Subject:** Re: [Maxient]    College Station - On-Campus Residence Hall    On

Okay Doug.  This is not within the MOA agreement.  You have every right to do what you want (which you've tipped your hand already) after the 72 hour period.

I will discuss with Joe on Thursday.

Michaelis

Sent from my iPad

> On Oct 24, 2023, at 17:39, Bell Jr, Douglas <douglasb@vpsa.tamu.edu> wrote:
>
>  The first report was received today from a Tell Somebody report from a faculty. Within this report it appears that the Corps is aware of this student issue and complaints. The second report is from the student and outlines the same information. I intend to reach out to this student, who is a          in the Corps about his concerns about continued harassment. We can discuss tomorrow if needed.
>
> Douglas Bell

Please excuse any typo, message sent from I-Phone

On Oct 24, 2023, at 4:46 PM, Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu> wrote:

 Okay… so lay them out.  Did we do the 72 hour process on the first one?  Are they both from different or the same student?  Did we see the first on?

This is why we do this.  Thanks.

Sent from my iPad

> On Oct 24, 2023, at 14:42, Bell Jr, Douglas <douglasb@vpsa.tamu.edu> wrote:
>
>  Yes, but being we have received two reports regarding this situation, I feel that an investigation is warranted.
>
> Douglas Bell
>
> Please excuse any typo, message sent from I-Phone
>
>> On Oct 24, 2023, at 4:38 PM, Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu> wrote:
>>
>>  Okay… but isn't that how almost all reports start?
>>
>> Sent from my iPad
>>
>>> On Oct 24, 2023, at 14:34, Bell Jr, Douglas <douglasb@vpsa.tamu.edu> wrote:
>>>
>>>  Being this report is coming from the student I feel an investigation is warranted.
>>>
>>> Douglas Bell
>>>
>>> Please excuse any typo, message sent from I-Phone

On Oct 24, 2023, at 4:29 PM, Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu> wrote:

 Doug - is this a secondary report?  If not, let us come back to you within the 72 hour agreement first.  As I recall this is one we've been working for a while.  Jeff can elaborate.

Sent from my iPad

On Oct 24, 2023, at 14:24, Bell Jr, Douglas <douglasb@vpsa.tamu.edu> wrote:

Howdy, I have received the attached IR and Tell Somebody Report about the

outfit. SCO will be investigating this matter.  Can you provide a CTO to co-investigate.

**Douglas Bell, Ph.D.**  | Interim Executive Director of Student Community Standards Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | [dbelljr3@tamu.edu](mailto:dbelljr3@tamu.edu) | sco.tamu.edu
- - - - - - - - - - - - - -

## Bell Jr, Douglas

| | |
|---|---|
| **From:** | Simpson, Meredith M |
| **Sent:** | Monday, November 6, 2023 9:29 AM |
| **To:** | Bell Jr, Douglas |
| **Cc:** | Gardner, Jeffery D |
| **Subject:** | Re: ███████ |

Doug,

Desiree Ornelaz is the next coinvestigator.

I'll talk with ████ and see if a new room will alleviate some of his immediate concerns.

Thanks!

> On Nov 6, 2023, at 8:37 AM, Bell Jr, Douglas <douglasb@vpsa.tamu.edu> wrote:
>
> Howdy,
> Thanks for the update.  If you move him to another, it will not impact the investigation. I would like to know who the co-investigator is so we can begin scheduling with the student and members of the outfit.
>
> **Douglas Bell, Ph.D.**  | Interim Executive Director of Student Community Standards
> Student Conduct Office | Division of Student Affairs | Texas A&M University
> 1257 TAMU | College Station, TX 77843-1257
> ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
> - - - - - - - - - - - - - - - - - - - - - - -
> **DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.
>
> **From:** Simpson, Meredith M <msimpson@corps.tamu.edu>
> **Sent:** Sunday, November 5, 2023 5:28 PM
> **To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>; Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
> **Subject:** RE: ███████
>
> Doug,
>
> Jeff is out of the office and will return this week. If you need an investigator sooner, I can see who is next up for assignment.
>
> Additionally, there are some extenuating circumstances with this student that also impact his health. If we offer to move him to another room on the Quad, is that a violation of any protocols now that SCO investigation is ongoing?
>
> Thanks,
>
> **Meredith Simpson**
> Office of the Commandant | Corps of Cadets

TAMU-003815

1227 TAMU | College Station, TX 77843-1227
ph: 979.845.2811 | msimpson@tamu.edu

Academic Questions: academics@corps.tamu.edu
Corps Virtual Office: tx.ag/corpsacademics
- - - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY**

---

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Friday, November 3, 2023 3:59 PM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Cc:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:** RE: ▓▓▓▓▓

Howdy,
Can you please provide a co-investigator from the Corps regarding this case? We will be initiating an investigation. Thank you in advance.

**Douglas Bell, Ph.D.** | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Monday, October 30, 2023 3:57 PM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:** ▓▓▓▓▓

Sir,

Attached is the memo from BG Michaelis regarding the initial inquiry into the ▓▓▓▓ acquisitions with supporting documentation.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)

Assistant Commandant for Accountability and Standards

Military Advisor Parsons Mounted Cavalry

979-458-9317

TAMU 0686

**Bell Jr, Douglas**

| | |
|---|---|
| **From:** | Gardner, Jeffery D |
| **Sent:** | Tuesday, October 31, 2023 8:50 AM |
| **To:** | Bell Jr, Douglas |
| **Cc:** | Michaelis, Patrick Ralph; Simpson, Meredith M |
| **Subject:** | RE: ███ |

Yes Sir.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Accountability and Standards
Military Advisor Parsons Mounted Cavalry
979-458-9317

---

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Tuesday, October 31, 2023 8:49 AM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Cc:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:** RE: ███

Thank you for this information.  The Student Conduct Office will follow up with ████████ regarding his submission of an Incident report.  Depending on the information received from our routine follow-up, an investigation may still be warranted.

**Douglas Bell, Ph.D.**  | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Monday, October 30, 2023 3:57 PM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:** ███

Sir,

Attached is the memo from BG Michaelis regarding the initial inquiry into the ████ acquisitions with supporting documentation.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)

Assistant Commandant for Accountability and Standards

Military Advisor Parsons Mounted Cavalry

979-458-9317

TAMU-0688

| | |
|---|---|
| **From:** | Bell Jr, Douglas |
| **To:** | Winking, Audrey J |
| **Subject:** | FW: [Maxient] IR     College Station - On-Campus Residence Hall     On |
| **Date:** | Tuesday, October 24, 2023 4:25:11 PM |
| **Attachments:** | |
| | Tell Somebody Report |

I have received the information and will be recommending this situation for an investigation.

**Douglas Bell, Ph.D.** | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Murray, Dylan C <dmurray@stuact.tamu.edu>
**Sent:** Tuesday, October 24, 2023 4:11 PM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** Brown, Josh <jhbrown@stuact.tamu.edu>
**Subject:** FW: [Maxien̄          College Station - On-Campus Residence Hall        On

Howdy Doug,

Please see the below Incident Report received this morning to review from a SCO perspective or to pass along to Corps Staff to address through their processes.

Thank you,
Dylan

**Dylan Murray** | Assistant Director
Campus Engagement & Traditions | Organization Conduct
Department of Student Activities | Texas A&M University
1236 TAMU | College Station, TX 77843-1236

ph: 979.862.1973 | dmurray@stuact.tamu.edu | http://studentactivities.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** ███████ (via Maxient) <notifications@maxient.com>
**Sent:** Tuesday, October 24, 2023 10:03 AM
**To:** Murray, Dylan C <dmurray@stuact.tamu.edu>
**Subject:** [Maxient]         College Station - On-Campus Residence Hall        On

---

**This Message Is From an External Sender**

This message came from outside your organization.

Secondary recipient (you were copied)

## Campus Community Incident Report

**Background Information**

Campus Location
**College Station**
Status of the Alleged Offender
**Recognized Student Organization**
Date of incident

Time of incident
**On**
Location of incident
**On-Campus Residence Hall**

**Involved Parties**

**Company** in the Corps of Cadets () Organization

**Incident Description**

Please describe the incident with as much detail as possible and use specific, concise, objective language. Focus on the Who, What, When, Where, How, and Why of the incident. Indicate specific people, words, phrases, and interactions.

Please try use specific names instead of pronouns (he, she, they, etc.) when referring to people in the body of the report. When possible, we encourage the use of direct quotes, even in incidents when the language may be profane or abusive. For example, "Joe Aggie shook his fist at me and said 'you are a stupid loser'" is more helpful than "Joe Aggie was threatening and used aggressive language with me."
**I am currently being harassed by multiple people in my unit in the Corps of Cadets. I have been receiving continuous retaliation from other cadets. It started during the week after I missed a mandatory event the football game against the game and went to my instead. The cadets in my unit gave me enough discipline to get me removed from the Corps, and go before the Cadet Performance Review Board, however after the incident had to meet with the head of the Corps Discipline office to ensure I was still able to stay in the organization without being forced out. The problem is that even after being put in a bad position, the cadet members have continuously kept adding more overexaggerating and falsified discipline items on to my profile to serve in the form of demerits, marching tours, and restricted weekends; and I have been given heavy discipline for barely missing deadlines of online forms to submit and messing up letters. However I was delivered the amount of discipline from the unit's leadership to kick me out of the Corps in less with only having been counseled a single day about missing the game beforehand. I have experienced ongoing harassment from members in my unit including destruction of my personal property as I had to make unnecessary repairs to my As well, people have taken my several of my personal belongings and school supplies and I have been unable to find out where they went, and my room mate did not even tell me who did it even when someone stole or several days. The other cadets in my unit continue to try give me large discipline as has given me restricted weekends for missing class which have, even though I have excusal letters for them.**

**Supporting Documentation**

**No additional documents were attached to this report.**

**Submitted By**
Your full name

████████

Position/title/student status
**Student**
Your email address

███████████

Your phone number

███████

UIN

██████

*[UNAUTHENTICATED]*

**Routing Information**
Primary recipient:
**Erica Moore (Administrative Coordinator, Department of Student Activities)**
Copied recipients:
 • Dylan Murray
 • [jhbrown@stuact.tamu.edu](mailto:jhbrown@stuact.tamu.edu)
Text msg recipients: None
Originating IP address:
Submitted through IR layout #1
Processed by routing rule #189. Routed to Erica Moore, Administrative Coordinator, Department of Student Activities.

**Message sent by Maxient**
**Replies will be sent to the submitter** █████████████

Additional information from

**Douglas Bell, Ph.D.** | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Murray, Dylan C <dmurray@stuact.tamu.edu>
**Sent:** Tuesday, November 7, 2023 1:42 PM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** Fwd: [Maxient]     College Station - On-Campus Residence Hall


Please excuse short messages and typos, as I am responding on my phone

Begin forwarded message:

> **From:** "Moore, Erica" <erica_moore@stuact.tamu.edu>
> **Date:** November 7, 2023 at 1:25:31 PM CST
> **To:** "Murray, Dylan C" <dmurray@stuact.tamu.edu>
> **Subject: FW: [Maxient]     College Station - On-Campus Residence Hall**
>
>
> Howdy Dylan,
>
> I am sending this over to you. I've already submitted a report for this and told the student an additional report from him would be helpful as well.
>
> **Erica Moore** | Administrative Coordinator II
> Koldus 224G|Student Organization Leadership And Development I Department of Student Activities
> 1236 TAMU | College Station, TX 77843-0000
>
> ph: 979.458.4371 | erica_moore@stuact.tamu.edu |
> - - - - - - - - - - - - - - - - - - - - - - - -
> **DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.
>
> ---
>
> **From:** ███████████████████████████
> **Sent:** Tuesday, November 7, 2023 1:12 PM
> **To:** Moore, Erica <erica_moore@stuact.tamu.edu>
> **Subject:** Re: [Maxient]     College Station - On-Campus Residence Hall -

Good afternoon, I experienced hazing this morning at formation. The entire class of ████████ cadets were yelling at me, cursing at me and making fun of me in front of the rest of my unit. One particular student named ██████████ who is a ████ was leading the charge as they surrounded me and were mocking me for being hurt and unable to run. They are making me very uncomfortable being part of Company ████ as they continue to say hurtful things to me in front of the rest of the unit.

On Tue, Nov 7, 2023 at 12:01 PM Moore, Erica <erica_moore@stuact.tamu.edu> wrote:

> Howdy,
>
> Thank you for reaching out to us regarding the incident below. Your report has been received by the Department of Student Activities and will be reviewed to determine any needed further action. If you have any additional information or documentation related to the incident you would like to submit, feel free to reply to this email, or if you would prefer to speak to a staff member directly you may contact me at the number below. Thank you again for your submission, and for your support of our Texas A&M student organization community.
>
> Sincerely,
>
> -Erica
>
> **Erica Moore** | Administrative Coordinator II
> Koldus 224G|Student Organization Leadership And Development I Department of Student Activities
> 1236 TAMU | College Station, TX 77843-0000
>
> ph: 979.458.4371 | erica_moore@stuact.tamu.edu |
> - - - - - - - - - - - - - - - - - - - - - - - -
> **DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.
>
> **From:** ██████████████ (via Maxient) <notifications@maxient.com>
> **Sent:** Sunday, November 5, 2023 9:11 PM
> **To:** Moore, Erica <erica_moore@stuact.tamu.edu>
> **Subject:** [Maxient] ████████ College Station - On-Campus Residence Hall

**This Message Is From an External Sender**

This message came from outside your organization.

Primary recipient (awaiting your action in Maxient)

**Campus Community Incident Report**
**Background Information**
Campus Location
**College Station**
Status of the Alleged Offender
**Recognized Student Organization**
Date of incident

Time of incident

Location of incident
**On-Campus Residence Hall**

**Involved Parties**
**Company**        () Alleged Offender

**Incident Description**
Please describe the incident with as much detail as possible and use specific, concise, objective language. Focus on the Who, What, When, Where, How, and Why of the incident. Indicate specific people, words, phrases, and interactions.

Please try use specific names instead of pronouns (he, she, they, etc.) when referring to people in the body of the report. When possible, we encourage the use of direct quotes, even in incidents when the language may be profane or abusive. For example, "Joe Aggie shook his fist at me and said 'you are a stupid loser'" is more helpful than "Joe Aggie was threatening and used aggressive language with me."

**Supporting Documentation**

[doctorsnote1.pdf](doctorsnote1.pdf)
[doctorsnote2.pdf](doctorsnote2.pdf)
[doctorsnote3.pdf](doctorsnote3.pdf)
*For added security, these links will expire in 10 days. The attachments will remain accessible when viewing the report within Maxient.*

**Submitted By**
Your full name
██████████████

Position/title/student status
**Student**
Your email address
███████████████

Your phone number
█████████
UIN
██████████

*[UNAUTHENTICATED]*

**Routing Information**
Primary recipient:
**Erica Moore (Administrative Coordinator, Department of Student Activities)**
Copied recipients:

- Dylan Murray
- [jhbrown@stuact.tamu.edu](mailto:jhbrown@stuact.tamu.edu)

Text msg recipients: None
Originating IP address:
Submitted through IR layout #1
Processed by routing rule #189. Routed to Erica Moore, Administrative Coordinator, Department of Student Activities.

**Message sent by Maxient**
**Replies will be sent to the submitter**

| | |
|---|---|
| **From:** | Bell Jr, Douglas |
| **To:** | Winking, Audrey J |
| **Subject:** | FW: |
| **Date:** | Friday, November 3, 2023 11:35:18 AM |
| **Attachments:** | |
| | DOC     10_53_55.pdf |
| | DOC     15_33_52.pdf |

FYI for the      Investigation

**Douglas Bell, Ph.D.**  | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Monday, October 30, 2023 3:57 PM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:**

Sir,

Attached is the memo from BG Michaelis regarding the initial inquiry into the      acquisitions with supporting documentation.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Accountability and Standards
Military Advisor Parsons Mounted Cavalry
979-458-9317

TAMU-3693

No problem, I went ahead and let my new full-time investigator serve as the co-investigator since he was here already anyways to observe for his training, so we have wrapped up the interviews for today.

Best,

**Audrey Winking**|  Senior Student Conduct Investigator
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

---

**From:** Ornelaz, Desiree A <dmercado@corps.tamu.edu>
**Sent:** Monday, November 20, 2023 2:31 PM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** Re:     Investigation

I'm so sorry about missing my appointments with you. I will certainly be all day tomorrow and I will cancel my leave if no problem.

Sent from my iPhone

> On Nov 20, 2023, at 12:37 PM, Ornelaz, Desiree A <dmercado@corps.tamu.edu> wrote:
>
> I appolligize, I am trying to find your office.
>
> Sent from my iPhone

>> On Nov 20, 2023, at 11:08 AM, Winking, Audrey J <audrey_winking@sco.tamu.edu> wrote:
>>
>> Good morning,
>>
>> Just checking to see if you were still able to do the interviews we have at 11, 2, and 3 today?

TAMU-03298

Thanks!

**Audrey Winking**|  Senior Student Conduct Investigator
Department of Student Community Standards | Division of Student
Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu


**From:** Ornelaz, Desiree A <dmercado@corps.tamu.edu>
**Sent:** Tuesday, November 14, 2023 3:10 PM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** RE:        Investigation

Yes, that works. Thank you! I will clear my calendar for Monday so we can
finish hopefully before the holiday.

**GySgt Desiree A. Ornelaz USMC (Ret)**  | 1st Regiment Operations Advisor/AMC
Advisor/FDTAdvisor
Office of the Commandant | Division of Student Affairs | Texas A&M University
1227 TAMU | College Station, TX 77843-1227

ph: 979-458-1034 I dornelaz@tamu.edu |
- - - - - - - - - - - - - - - - - - - - - - - -
**Corps of Cadets** | We Make Leaders


**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Tuesday, November 14, 2023 2:20 PM
**To:** Ornelaz, Desiree A <dmercado@corps.tamu.edu>
**Subject:** RE:        Investigation

I just looked at their class schedules and it's going to be really tough to get
them in this week in the order I wanted to interview them (complainant
first).  It looks like            would work well for them though – would this
work for you?


Complainan
Alleged
Alleged

Let me know if that would work for you and if so, I will send you a
calendar appointment and will send them their interview notices!

Thanks,

**Audrey Winking**|  Senior Student Conduct Investigator
Department of Student Community Standards | Division of Student
Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

---

**From:** Ornelaz, Desiree A <dmercado@corps.tamu.edu>
**Sent:** Monday, November 13, 2023 8:31 AM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** RE:      Investigation

Sounds great, thank you!

**GySgt Desiree A. Ornelaz USMC (Ret)**  | 1St Regiment Operations Advisor/AMC
Advisor/FDTAdvisor
Office of the Commandant | Division of Student Affairs | Texas A&M University
1227 TAMU | College Station, TX 77843-1227

ph: 979-458-1034 I dornelaz@tamu.edu |
- - - - - - - - - - - - - - - - - - - - - - - -
**Corps of Cadets** | We Make Leaders

---

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Monday, November 13, 2023 8:17 AM
**To:** Ornelaz, Desiree A <dmercado@corps.tamu.edu>
**Subject:** RE:

Thank you! My goal is to try to fit the interviews in by the end of this
week, but if needed we could finish up next Monday/Tuesday while the
students still technically have class. So we should be done by the time you
leave, but we can definitely Zoom if something major changes and we
absolutely have to do any after Thanksgiving.

**Audrey Winking**|  Senior Student Conduct Investigator
Department of Student Community Standards | Division of Student
Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

---

**From:** Ornelaz, Desiree A <dmercado@corps.tamu.edu>
**Sent:** Monday, November 13, 2023 8:03 AM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>

**Subject:** RE:        Investigation

Thank you so much, It is awesome that you are a                    . I completely understand          always comes first.            is moving from here to            for work so starting the 22nd I will be on leave to help her move. Hopefully we will be done by then, but if not I can definitely get on zoom or whatever.

**GySgt Desiree A. Ornelaz USMC (Ret)**  | 1st Regiment Operations Advisor/AMC Advisor/FDTAdvisor
Office of the Commandant | Division of Student Affairs | Texas A&M University
1227 TAMU | College Station, TX 77843-1227

ph: 979-458-1034 I dornelaz@tamu.edu |
- - - - - - - - - - - - - - - - - - - - - - -
**Corps of Cadets** | We Make Leaders

---

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Monday, November 13, 2023 7:57 AM
**To:** Ornelaz, Desiree A <dmercado@corps.tamu.edu>
**Subject:** RE:        Investigation

Sure, I have attached the reports that have been submitted as well as documentation that I received from the Corps regarding some of the allegations.

Also – I am a                  and ended up receiving a new              Friday afternoon, so I won't be in the office today but will try to be doing some work from home as I am able.  I am hoping that I can get             set up to start tomorrow.  As soon as I know when she can start            , I will schedule the interviews!  Sorry for the delay, I had fully intended to do that on Friday. I apologize for any inconvenience this delay is causing but will get these scheduled ASAP once I know when she can go to

Sincerely,
Audrey

**Audrey Winking**|  Senior Student Conduct Investigator
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

---

**From:** Ornelaz, Desiree A <dmercado@corps.tamu.edu>

TAMU-0701

**Sent:** Monday, November 13, 2023 7:53 AM

**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>

**Subject:**        Investigation

Good morning,

I was wondering if there are any notes or anything I should read concerning this case. Thank you.

**GySgt Desiree A. Ornelaz USMC (Ret)** | 1st Regiment Operations Advisor/AMC Advisor/FDTAdvisor
Office of the Commandant | Division of Student Affairs | Texas A&M University
1227 TAMU | College Station, TX 77843-1227

ph: 979-458-1034 I dornelaz@tamu.edu |
- - - - - - - - - - - - - - - - - - - - - - -
**Corps of Cadets** | We Make Leaders

---

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>

**Sent:** Wednesday, November 8, 2023 12:37 PM

**To:** Ornelaz, Desiree A <dmercado@corps.tamu.edu>

**Subject:**        Investigation

Hi Desiree,

I was told that you will be helping me with the        investigation.  I am planning on setting up interviews to take place next week.  Would you mind sending me your availability for next week when you have a chance? I am hoping to send the students their notices by the end of this week.

Thanks, and looking forward to working with you!

**Audrey Winking**|  Senior Student Conduct Investigator
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

| From: | Bell Jr, Douglas |
| --- | --- |
| To: | Winking, Audrey J |
| Subject: | FW: SQ 21 incidents ICO ███████ (SQ 6) |
| Date: | Friday, October 20, 2023 9:27:01 AM |
| Attachments: | Request to Transfer Document Concerning ███████.pdf |
| | ___ Incident.pdf |

Howdy,

I have received this information and I an recommending an investigation. I have requested a military advisor (CTO) to co-investigate.

**Douglas Bell, Ph.D.** | Interim Executive Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>
**Sent:** Friday, October 20, 2023 8:06 AM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** FW: _____ incidents ████████████

Doug – I read through these documents in detail this morning. I am bothered by the conduct of the _____ in this outfit. The first document is the one that really stands out (request to transfer).
Before I act here, I'd like your perspectives if there is any form of violation of university hazing standards here.

patrick

**BG Patrick R. Michaelis '93, US Army (Ret.)**
Commandant
1227 TAMU | College Station, TX 77843-1227
ph: 979.845.2811|
- - - - - - - - - - - - - - - - - - - - - - - -
**Corps of Cadets | Texas A&M University**

---

**From:** Anderson, Chauncy Jovan <canderson@corps.tamu.edu>
**Sent:** Wednesday, October 18, 2023 6:47 AM
**To:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>
**Cc:** Fleming, John D <jfleming@corps.tamu.edu>; Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** _____ incidents ████████████

Good Morning Sir,

I finally received the additional info last night regarding Cadet ████████. Below is the original email from last month but I've also attached the additional document that I received last night as well. She

stated also having an audio file that she sent her mother the night that it happened. She's working on getting that to me. If you have any questions please let me know.


R/
**MSgt Chauncy J. Anderson USMC (Ret)** | Cadet Training Officer II
Office of the Commandant | Division of Student Affairs| Texas A&M University
Lacy|            TAMU | College Station, TX 77843

ph: 979.458.9372 | mobile:                        | canderson@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**Corps of Cadets** | We Make Leaders


---

**From:** ████████████████████████████ >
**Sent:** Tuesday, September 26, 2023 7:45 PM
**To:** Anderson, Chauncy Jovan <canderson@corps.tamu.edu>
**Subject:** Meeting 09/28

Good evening Master Sergeant Anderson,

My name is ████████████████ . I'm a cadet in         and a                      from         I was in the same outfit as ██████████ when               in the Corps of Cadets. My time in         ,               , has been incredibly different than my time spent in         . If you're available this                    and I would love to meet with you and discuss our experiences and perhaps receive some advice to navigate our new circumstances.

I truly believe that transferring to         was the best choice for me, and I'm truly grateful to Mr. Garza and Ms. Peters for allowing me to find somewhere I am a better fit, however, I also believe that many of my buddies, including ██████ would have remained in the Corps of Cadets had they begun their time in a different outfit or made the transfer as I did. I do not say this lightly, and I truly think that discussing our experience would benefit our buddies who remain in         .

I initially typed up a request to transfer outfits that I have attached to this email. As of today, I have also modified it to detail my experience within

Thank you for your time, and please get back to me at your earliest convenience.

Best wishes,

██████████

Thank you!

**Audrey Winking**| Senior Student Conduct Investigator
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

---

**From:** Leible, Jason Aaron <jleible@corps.tamu.edu>
**Sent:** Tuesday, November 7, 2023 3:32 PM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** RE: interviews postponed

Yes, I can do Monday.

---

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Tuesday, November 7, 2023 3:30 PM
**To:** Leible, Jason Aaron <jleible@corps.tamu.edu>
**Subject:** RE: interviews postponed

████████ just emailed me saying he will be out of town on Friday…can you do 2:00pm on Monday 11/13? If so, then I will try to move one of our Friday students so that we don't have an hour in between the two.

**Audrey Winking**| Senior Student Conduct Investigator
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

---

**From:** Leible, Jason Aaron <jleible@corps.tamu.edu>
**Sent:** Tuesday, November 7, 2023 10:01 AM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** RE: interviews postponed

Yes, I changed the date to 10 Nov for Friday.

v/r

TAMU-0735

Jason

**MAJ Jason A. Leible, USA (Ret)** | Operations Advisor, 1st Brigade
Office of the Commandant| Division of Student Affairs | Texas A&M University
Dorm 5, Room 301 | College Station, TX 77843-0000

ph: 979.458.1116 | mobile:               | [jleible@corps.tamu.edu](mailto:jleible@corps.tamu.edu)
- - - - - - - - - - - - - - - - - - - - - - - -
**Corps of Cadets** | We Make Leaders

---

**From:** Winking, Audrey J <[audrey_winking@sco.tamu.edu](mailto:audrey_winking@sco.tamu.edu)>
**Sent:** Tuesday, November 7, 2023 9:57 AM
**To:** Leible, Jason Aaron <[jleible@corps.tamu.edu](mailto:jleible@corps.tamu.edu)>
**Subject:** RE: interviews postponed

Here's what I am thinking, let me know if this works for you and then I can send their notices and will send you calendar appointments:

Wednesday, 11/8:
2:00pm –
3:00pm –

Friday, 11/10:
9:00am –
10:00am –
11:00am –

Will that work?

**Audrey Winking**|  Senior Student Conduct Investigator
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 [|audrey_winking@sco.tamu.edu|](mailto:audrey_winking@sco.tamu.edu) sco.tamu.edu

---

**From:** Leible, Jason Aaron <[jleible@corps.tamu.edu](mailto:jleible@corps.tamu.edu)>
**Sent:** Tuesday, November 7, 2023 9:37 AM
**To:** Winking, Audrey J <[audrey_winking@sco.tamu.edu](mailto:audrey_winking@sco.tamu.edu)>
**Subject:** RE: interviews postponed

Thursday, I have a Veterans day speech to do for a high school. 0750-1000hrs
1430hrs I have a meeting to attend.

---

TAMU-0736

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Tuesday, November 7, 2023 8:27 AM
**To:** Leible, Jason Aaron <jleible@corps.tamu.edu>
**Subject:** RE: interviews postponed

Good morning,

I'm back in the office sooner than expected. Can you please send me your availability for tomorrow through the end of the week? I will work on rescheduling our interviews from yesterday. I did also get the names of those who punched from the       so I will add a couple interviews for them as well.

Thanks,

**Audrey Winking**|  Senior Student Conduct Investigator
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

---

**From:** Leible, Jason Aaron <jleible@corps.tamu.edu>
**Sent:** Monday, November 6, 2023 8:05 AM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** RE: interviews postponed

Ok, thanks for letting me know.

v/r

Jason

**MAJ Jason A. Leible, USA (Ret)**  | Operations Advisor, 1st Brigade
Office of the Commandant| Division of Student Affairs | Texas A&M University
Dorm 5, Room 301 | College Station, TX 77843-0000

| mobile:                    | jleible@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**Corps of Cadets** | We Make Leaders

---

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Monday, November 6, 2023 6:35 AM
**To:** Leible, Jason Aaron <jleible@corps.tamu.edu>
**Subject:** interviews postponed

Good morning,

I am going to have to be out of the office today (and likely for a couple of days), so the interviews are going to have to be postponed. I will reach out about rescheduling once I know when I will be returning to work.  I apologize for any inconvenience!

Best,

**Audrey Winking**|  Senior Student Conduct Investigator
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

| | |
|---|---|
| **From:** | Winking, Audrey J |
| **To:** | Leible, Jason Aaron |
| **Subject:** | Re: interviews today |
| **Date:** | Thursday, November 2, 2023 7:10:04 PM |

We've got ████████ at 1:00 Friday. I'll look at those other names tomorrow morning! Thanks!

Sent from my iPhone

> On Nov 2, 2023, at 4:27 PM, Leible, Jason Aaron <jleible@corps.tamu.edu> wrote:

Checking on interview times for Friday. Want to make sure I am tracking all.

Also, 2x people we may want to talk with



I spoke with , if he knew anyone we might want to talk to.

v/r

Jason

---

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Tuesday, October 31, 2023 8:52 AM
**To:** Leible, Jason Aaron <jleible@corps.tamu.edu>
**Subject:** RE: interviews today

Yep I can get that pulled up for you to review before we start!

**Audrey Winking|**  Senior Student Conduct Investigator
Department of Student Community Standards | Division of Student Affairs |
Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

---

**From:** Leible, Jason Aaron <jleible@corps.tamu.edu>
**Sent:** Tuesday, October 31, 2023 8:52 AM

**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>

**Subject:** RE: interviews today

Was getting ready to head over, saw the change. On my way at 0900. If I could review the complaint and any information about the case?

v/r

Jason

**MAJ Jason A. Leible, USA (Ret)** | Operations Advisor, 1st Brigade
Office of the Commandant| Division of Student Affairs | Texas A&M University
Dorm 5, Room 301 | College Station, TX 77843-0000

ph: 979.458.1116 | mobile:                | jleible@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**Corps of Cadets** | We Make Leaders

---

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Tuesday, October 31, 2023 8:50 AM
**To:** Leible, Jason Aaron <jleible@corps.tamu.edu>
**Subject:** interviews today

Good morning,

Just wanted to make sure you saw that I had to slightly adjust the interview times for this morning! So we start at 9:30 instead of 9.

See you in a bit!

**Audrey Winking**|  Senior Student Conduct Investigator
Department of Student Community Standards | Division of Student Affairs |
Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

I think we can work with it.

v/r

Jason

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Tuesday, November 14, 2023 9:02 AM
**To:** Leible, Jason Aaron <jleible@corps.tamu.edu>
**Subject:** RE: rescheduling today

Okay maybe we do this…

Please describe in detail any situations/instances that you've experienced that:

- you believe may have been hazing
- were concerning to you
- caused you to question what was happening

These may include, but are not limited to: making/remaking your rack over and over, rapidly changing uniforms, standing on the wall with 5 points at attention for extended periods of time, participating in "training" or "gentleman's" chow, having to use EST for Corps-related tasks, being asked to do Corps-related tasks during the academic day, etc.

Thoughts on that? If there's anything I missed that you think should be included in that list, let me know or feel free to add it!

**Audrey Winking**| Senior Student Conduct Investigator
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

**From:** Leible, Jason Aaron <jleible@corps.tamu.edu>
**Sent:** Tuesday, November 14, 2023 8:56 AM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** RE: rescheduling today

Howdy Audrey,

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nicole Myette on behalf of Jason Contreras
Bar No. 24092093
nicole.myette@oag.texas.gov
Envelope ID: 90554586
Filing Code Description: Other
Filing Description: Defendant's First Supplement to First Amended Plea to the Jurisdiction-Exhs Pt. 2
Status as of 8/6/2024 7:51 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|---------------------|--------|
| Patti Artavia | | patti@vbattorneys.com | 8/5/2024 4:41:38 PM | SENT |
| Brian ABeckcom | | brian@vbattorneys.com | 8/5/2024 4:41:38 PM | SENT |
| Brendan Fradkin | | brendan@vbattorneys.com | 8/5/2024 4:41:38 PM | SENT |

Associated Case Party: Texas A&M University

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|---------------------|--------|
| Jason Contreras | | Jason.contreras@oag.texas.gov | 8/5/2024 4:41:38 PM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 8/5/2024 4:41:38 PM | SENT |
| Thomas Silver | | tsilver@tamus.edu | 8/5/2024 4:41:38 PM | SENT |
| Jerri Low | | jlow@tamus.edu | 8/5/2024 4:41:38 PM | SENT |

Associated Case Party: Brian Beckcom

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|---------------------|--------|
| J DavidDodd III | | David@Jddoddlaw.com | 8/5/2024 4:41:38 PM | SENT |

App'x 3338

I can do this, I spoke with ███████ and his concern is if we provided no context then we would get nothing back.

v/r

Jason

---

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Tuesday, November 14, 2023 7:52 AM
**To:** Leible, Jason Aaron <jleible@corps.tamu.edu>
**Subject:** RE: rescheduling today

I will be back in the office tomorrow, so I am going to reschedule ███████ to Wednesday at 3pm! Let me know if that doesn't work for you.

When we've had cadets write statements in the past, it's been more broad (not a set of questions like we would do in an interview).  So maybe something like this:

Please describe in detail any situations/instances that you've experienced that:
- you believe may have been hazing
- were concerning to you
- caused you to question what was happening

**Audrey Winking|** Senior Student Conduct Investigator
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

---

**From:** Leible, Jason Aaron <jleible@corps.tamu.edu>
**Sent:** Monday, November 13, 2023 2:33 PM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** RE: rescheduling today

Howdy,

No issues. I have not been in my office all this morning. I would like to have the questions to get them started and work it.

v/r

Jason

---

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>

TAMU-0332

Good morning,

Since I got my new _____ late on _____ hasn't gotten set up yet, so I will be out today with her.  I will check in with the caseworker later today to try and make sure it gets submitted/approved today!  I will reschedule ████████ interview from today once I know when I will be back in the office.  Can you send me your availability for the rest of the week?

Also, I spoke with Dr. Bell and he said that it would be great if you can ask MSgt. ███████ to have the ___ in ___ submit written statements to him about anything that's taken place that they have found concerning.

Thanks so much!  And sorry I am out again and having to reschedule another one!

Best,
Audrey

**Audrey Winking**|  Senior Student Conduct Investigator
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

Howdy Audrey,

I'll put them on my calendar.

v/r

Jason

**MAJ Jason A. Leible, USA (Ret)** | Operations Advisor, 1st Brigade
Office of the Commandant| Division of Student Affairs | Texas A&M University
Dorm 5, Room 301 | College Station, TX 77843-0000

ph: 979.458.1116 | mobile:                   | jleible@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**Corps of Cadets** | We Make Leaders


**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Friday, October 27, 2023 8:41 AM
**To:** Leible, Jason Aaron <jleible@corps.tamu.edu>
**Subject:** RE:        Investigation

I just sent calendar appointments for what I am planning on scheduling.  I plan on sending their interview notices out later today.

**Audrey Winking**|  Senior Student Conduct Investigator
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu


**From:** Winking, Audrey J
**Sent:** Wednesday, October 25, 2023 3:48 PM
**To:** Leible, Jason Aaron <jleible@corps.tamu.edu>
**Subject:** RE:        Investigation

Thank you!  My Monday afternoon is already full so I will plan on scheduling interviews for Tuesday and Wednesday (I will make sure to work around the times you listed below for those days).  I will probably have us hold Friday in case we determine we need to interview additional people after the Tuesday and Wednesday interviews.

I will try to get schedules confirmed tomorrow, but if not I will for sure get calendar appointments to

TAMU-3714

you Friday!

Thanks again,

**Audrey Winking**|  Senior Student Conduct Investigator
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

---

**From:** Leible, Jason Aaron <jleible@corps.tamu.edu>
**Sent:** Wednesday, October 25, 2023 3:39 PM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** RE:            Investigation

Audrey,

Howdy, I listed when I currently have hard times that I must meet for next week.

Monday – Meeting 0845-0945; Class 1020-1130
Tuesday- OPS&TRNG MTG 1430-1530
Wednesday – Class 1240-1330
Thursday
Friday

v/r

Jason

**MAJ Jason A. Leible, USA (Ret)**  | Operations Advisor, 1st Brigade
Office of the Commandant| Division of Student Affairs | Texas A&M University
Dorm 5, Room 301 | College Station, TX 77843-0000

ph: | mobile:                 | jleible@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**Corps of Cadets** | We Make Leaders

---

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Wednesday, October 25, 2023 10:47 AM
**To:** Leible, Jason Aaron <jleible@corps.tamu.edu>
**Subject:**            Investigation

Good morning,

I was told that you will be my co-investigator for the            investigation.  Would you mind sending me your availability for next week so that I can begin scheduling interviews? I will send you calendar appointments as I get them scheduled.

Thanks!

**Audrey Winking**|  Senior Student Conduct Investigator
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

TAMU-0318

**Bell Jr, Douglas**

**From:** Smith, Asia
**Sent:** Tuesday, March 19, 2024 4:24 PM
**To:** Bell Jr, Douglas
**Subject:** RE:


Thank you. I will officially assign it to Skylar tomorrow.

**Asia Smith M.S.Ed.**  |Assistant Director of Student Conduct
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | asiasmith@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Tuesday, March 19, 2024 4:12 PM
**To:** Smith, Asia <asias@sco.tamu.edu>
**Subject:**

Howdy,
I have placed the          investigation report in your intake folder.  Please let me know if you have any questions.

**Douglas Bell, Ph.D.**  | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

TAMU-0347

**Bell Jr, Douglas**

| | |
|---|---|
| **From:** | Doughty, Jeanae |
| **Sent:** | Tuesday, January 17, 2023 8:27 AM |
| **To:** | Bell Jr, Douglas |
| **Cc:** | Upshaw-Brown, Jaclyn B |
| **Subject:** | Investigation Report Submission |
| **Attachments:** | FINAL Sample Investigtion Report - |

Howdy,

Please find the completed investigation report related to the incidents involving                attached.

All the Best,

**Jeanae Doughty** |*she/her/hers*| Assistant Coordinator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 | jeanaed@sco.tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

TAMU-0318



View Submitted Application: Internal: Student
Affairs Coordinator

**EXHIBIT 27**

03:25 PM
04/05/2024
Page 1 of 5

Contact Information

Recruiters can reach out to you about this application using the public contact information from your worker profile below.

**Email** audrey_winking@sco.tamu.edu (Work)

**Phone Number**

Experience

| | |
|---|---|
| **Company** | Texas A&M University |
| **Title** | Student Affairs Coordinator |
| **Location** | Student Conduct Office |
| **Start Date** | |
| **End Date** | |
| **Responsibilities and Achievements** | Supervision and training of full time administrative support staff. Student conduct case administration. Facilitate training and outreach opportunities. |

| | |
|---|---|
| **Company** | Texas A&M University |
| **Title** | Associate Coordinator |
| **Location** | Student Conduct Office |
| **Start Date** | |
| **End Date** | |
| **Responsibilities and Achievements** | Supervision of graduate assistant, including hiring and training. Student conduct administration. Facilitate hazing prevention trainings, hazing education workshops, and ethics and decision making workshops. |

| | |
|---|---|
| **Company** | Texas A&M University |
| **Title** | Community Director |
| **Location** | Residence Life |
| **Start Date** | |
| **End Date** | |
| **Responsibilities and Achievements** | Supervise resident advisors. Manage residence halls, keys, budgets, and more. Advise community council. Serve in on-call duty rotation. Plan events and programs for the on campus residents. |

| | |
|---|---|
| **Company** | Texas A&M University |
| **Title** | Graduate Hall Director/Graduate Resident Manager |
| **Location** | Residence Life |
| **Start Date** | |
| **End Date** | |
| **Responsibilities and Achievements** | |

| | |
|---|---|
| **Replace the Experience information in my profile with this information** | No |

Education

| | |
|---|---|
| **Country** | United States of America |
| **School** | Texas A&M University |
| **Degree** | Doctorate |
| **Degree Received** | |

# THE TEXAS A&M
## UNIVERSITY SYSTEM

| | |
|---|---|
| **Field of Study** | Higher Education Administration |
| **First Year Attended** | 2018 |
| **Last Year Attended** | |
| **GPA** | |

| | |
|---|---|
| **Country** | United States of America |
| **School** | Texas A&M University |
| **Degree** | Masters |
| **Degree Received** | |
| **Field of Study** | Education Administration |
| **First Year Attended** | 2014 |
| **Last Year Attended** | 2016 |
| **GPA** | |

| | |
|---|---|
| **Country** | United States of America |
| **School** | Maryville University of Saint Louis |
| **Degree** | Bachelors |
| **Degree Received** | |
| **Field of Study** | |
| **First Year Attended** | 2010 |
| **Last Year Attended** | 2013 |
| **GPA** | |

| | |
|---|---|
| **Replace the Education information in my profile with this information** | No |

**Certifications**

none entered

**Language**

none entered

**Skills**

none entered

**Resume / Cover Letter**

**Questionnaire**

1. Default Primary Questionnaire - Internal Career Site 09/22

| Question | Answer(s) |
|---|---|
| If this position is located in the United States and you are selected, would you now or in the future require sponsorship for immigration-related employment authorization (e.g. H1-B, O-1, E-3, TN)? | No |


| Question | Answer(s) |
|---|---|
| Texas Government Code, Section 657, as amended, requires that a state agency or institution of higher education must provide employment preference to individuals who qualify for a veteran's employment preference. An individual who qualifies for a veteran's employment preference is entitled to a preference in employment with or appointment to a state agency or institution of higher education over other applicants for the same position who do not have a greater qualification.<br><br>You are not obligated to respond to State Veteran's Preference demographics; however, your response is important to meet federal and state reporting requirements. Information you provide will remain confidential in accordance with applicable federal and state regulations. Your employment will not be adversely affected by information you furnish.<br><br>Do you qualify for State of Texas veteran employment preference based on the four definitions below? | None of the above |
| I am 25 years of age or younger and was under the permanent managing conservatorship of the Texas Department of Family and Protective Services on the day preceding my 18th birthday. If hired and claiming foster child status, you will be required to provide verification of such status. | No |
| To comply with The Texas A&M University System policy on nepotism, answer the following question. Are you related to any current Texas A&M University System employee, official or regent? | No |
| If yes, state his/her name, relationship and the A&M System institution or agency. | |
| Have you ever worked for the State of Texas? | Yes |
| If yes, please indicate the agency and start/end dates of employment. | Texas A&M, August 2014-current |

THE TEXAS A&M
UNIVERSITY SYSTEM

View Submitted Application: Internal: Student
Affairs Coordinator

03:25 PM
04/05/2024
Page 4 of 5

| Question | Answer(s) |
|---|---|
| Application Terms and Conditions<br><br>I certify the statements made by me in this application and materials supplied by me as part of my employment application are true, complete and correct to the best of my knowledge and belief and made in good faith. I understand that any falsification, misrepresentation, or omission of fact made herein or at any point in the hiring process may (a) void my application, (b) be cause for denial of employment or immediate termination of employment, regardless of when or how it was discovered. I agree to revise this application should any of the information change.<br><br>I authorize Texas A&M System members to conduct checks relating to my employment, education and any licenses. I also authorize all current and prior employers to provide full details concerning my past employment and I release them from all liability that may result from providing such truthful information. I understand that this history check may be required as specified by the appropriate System Member.<br><br>The Texas A&M System members are at-will employers and may dismiss employees with or without cause. I understand that if employed by a member of The Texas A&M System I will be an at-will employee and may be dismissed from employment with or without cause unless I have a legally different status.<br><br>I understand that if I am male, I am required to sign a Certification of Registration Status for the Selective Service as a requirement for employment. I further understand if I am a male age 18 through 25, I must show proof of registration with Selective Service at the time of hire.<br><br>I understand that any offer of employment is contingent upon my completing the U.S. Citizenship and Immigration Services Form I-9 and providing documents to verify my identity and employment eligibility as required by law. When completing the Form I-9, I will be required to attest that I am a citizen or national of the U.S., a lawful Permanent Resident or an alien authorized to work.  I understand that as conditions of employment, I will be required to comply with U.S. export control regulations, clear a background check, and provide the TAMUS member all required employment documentation.<br><br>I acknowledge that by checking the certification statement below, I am ELECTRONICALLY SIGNING the Employment Application and affirming that information contained within this application is accurate and true. | Yes, I have read and consent to the terms and conditions |
| You have responded to the Term and Conditions that you do not consent, which will cause your application to be removed from consideration. | |



THE TEXAS A&M
UNIVERSITY SYSTEM

| Question | Answer(s) |
|---|---|
| Application Terms and Conditions<br><br>I certify the statements made by me in this application and materials supplied by me as part of my employment application are true, complete and correct to the best of my knowledge and belief and made in good faith. I understand that any falsification, misrepresentation, or omission of fact made herein or at any point in the hiring process may (a) void my application, (b) be cause for denial of employment or immediate termination of employment, regardless of when or how it was discovered. I agree to revise this application should any of the information change.<br><br>I authorize Texas A&M System members to conduct checks relating to my employment, education and any licenses. I also authorize all current and prior employers to provide full details concerning my past employment and I release them from all liability that may result from providing such truthful information. I understand that this history check may be required as specified by the appropriate System Member.<br><br>The Texas A&M System members are at-will employers and may dismiss employees with or without cause. I understand that if employed by a member of The Texas A&M System I will be an at-will employee and may be dismissed from employment with or without cause unless I have a legally different status.<br><br>I understand that if I am male, I am required to sign a Certification of Registration Status for the Selective Service as a requirement for employment. I further understand if I am a male age 18 through 25, I must show proof of registration with Selective Service at the time of hire.<br><br>I understand that any offer of employment is contingent upon my completing the U.S. Citizenship and Immigration Services Form I-9 and providing documents to verify my identity and employment eligibility as required by law. When completing the Form I-9, I will be required to attest that I am a citizen or national of the U.S., a lawful Permanent Resident or an alien authorized to work. I understand that as conditions of employment, I will be required to comply with U.S. export control regulations, clear a background check, and provide the TAMUS member all required employment documentation.<br><br>I acknowledge that by checking the certification statement below, I am ELECTRONICALLY SIGNING the Employment Application and affirming that information contained within this application is accurate and true. | |

Questionnaire

TAMU_U9798_Student Affairs Coordinator

| Question | Answer(s) |
|---|---|
| Select the response that best represents your years of education. | Completed a Master's degree |
| Select the response that best represents your years of experience student affairs work or related specialty area. | 8 |

# Audrey Winking

## EDUCATION:

**Texas A&M University**                                    College Station, TX
   Ph.D. in Educational Administration                        Anticipated: May 2023

**Texas A&M University**                                    College Station, TX
   Master of Education in Educational Administration                        May 2016
   Student Affairs Administration in Higher Education

**Maryville University**                                    St. Louis, MO
   Bachelor of Arts in Organizational Leadership – Cum Laude                        December 2013
   Concentration:  Rehabilitation Services

**Regent's College**                                    London, England
   Study Abroad                        June 2011

## EXPERIENCE:

**Texas A&M University – Student Conduct Office**                                    College Station, TX
**Associate Coordinator**                        February 2020 – present
- Review reports for potential violations of the Student Code of Conduct
- Meet with students, witnesses, advisors, and other stakeholders to resolve cases and assign appropriate educational sanctions
- Hire, train, and supervise the Graduate Assistant
- Update and facilitate Hazing Education Workshops and Hazing Prevention Trainings
- Facilitate Ethics and Decision-Making Workshops
- Serve on various working groups and committees, including a multi-office group focused on establishing accommodations in the conduct process for Aggie ACHIEVE students, the Department Unity committee, the Professional Development and Staff Training committee, and a full-time staff search committee
- Additional responsibilities during Summer 2021, including but not limited to:
  - Supervise full-time staff members
  - Supervise, evaluate, and hire student employees
  - Review all incoming reports, determine potential rule violations, assign cases to staff
  - Process incoming investigation reports
  - Prepare paperless process for resuming in-person conduct conferences and panels
  - Draft and send all letters to students
  - Run analytics and sanction reports
  - Collaborate with campus partners for various presentations and trainings

1

TAMU x0354

**Texas A&M University – Residence Life**                  College Station, TX
**Community Director**                              January 2016 – February 2020
- Supervise 1-2 Graduate Hall Directors
- Supervise 11-16 undergraduate Resident Advisors
  - Includes oversight of multiple buildings, including Corps dorms, for a total of 480-740 residents
- Work through the student conduct process and hold student conduct conferences in hall
- Collaborate with the Student Conduct Office on co-adjudications and serve on conduct panels
- Participate in an on-call duty rotation for all on-campus residence halls (approximately 10,000 residents)
- Refer students to various campus and community resources
- Facilitate training presentations for the RAs and GHDs
- Advise a Community Council and manage the budget (about $1000-$1300 per semester)
- Assist in the recruitment and selection of resident advisors
- Follow through with the department's accountability model for staff members
- Manage the facilities for summer conferences, including meeting with camp and conference sponsors
- Serve on two Residence Education committees (RA Training and Summer Operations)

**Texas A&M University – Residence Life**                  College Station, TX
**Graduate Resident Manager**                          May 2015 – December 2015
- Prepared the facility for opening Fall 2015 to house over 1200 primarily freshmen
- Hired and supervised undergraduate student workers (office assistants and resident advisors)
- Developed the RAs' programming model based on the department's academic initiatives
- Planned a program (with a $1000 budget) to take place the first week of classes to build community
- Established a community council for the White Creek Apartments, including recruiting members and officers, creating a constitution, and completing the steps for student organization recognition
- Advised the White Creek Community Council and managed the budget (about $2500 per semester)
- Supervised the 21 RAs' programming efforts (including budget) for the entire White Creek Apartments
- Worked through the student conduct process and held student conduct conferences
- Participated in an on-call duty rotation for on-campus apartments (approximately 2100 residents)
- Served on a Residence Education committee (RA Training and Development)

**Texas A&M University – Athletics**                  College Station, TX
**Center for Student Athlete Services Intern**            August 2015 – December 2015
- Worked one on one with 13 student athletes that were high-risk for losing NCAA eligibility
- Created Week at a Glance (WAG) charts for each athlete to help them keep up with coursework
- Completed administrative tasks around the office as needed when not meeting with an athlete

**Association for Student Conduct Administration (ASCA)**      College Station, TX
**Practicum Intern**                                  May 2015 – July 2015
- Assisted in planning the 2015 Gehring Academy, Title IX workshops, and webinars
- Began a historical project by doing research and setting up the methodology for collecting the data, as well as conducting interviews with the organization's original members

TAMU-0733

- Attended the Gehring Academy (July 2015) to assist throughout the conference, including helping with registration and set up/clean up
- Attended the ASCA Annual Conference (February 2016 and 2017) and assisted throughout the conference, including helping with registration and collecting items for and setting up the silent auction

**Texas A&M University – Residence Life**                                          College Station, TX
**Graduate Hall Director**                                                              August 2014 – May 2015

- Co-supervised staff of 15 resident advisors in two separate residence halls (about 450 residents)
- Advised two student organizations (hall councils)
- Served on a Residence Education committee (First Year Experience)
- Developed and used conflict resolution, mediation, and student conduct adjudication skills
- Understood and worked within the student conduct process
- Managed Hall Council and staff programming budgets
- Performed facility management duties, including managing keys for both residence halls
- Participated in duty rotation for half of the university's residence halls

## INVOLVEMENT:

- Conflict Mediation Certificate
- Green Dot Training (Bystander Intervention)
- QPR Training (Question, Persuade, Refer – Suicide Prevention Training)
- Gehring Academy Attendee – 2015, 2019 (Foundations), 2020 (Conflict Resolution), 2021 (Equitable & Inclusive Practices)
- ASCA Annual Conference Attendee – 2016, 2017, 2021
- ASCA Member – Association for Student Conduct Administration
- SWACUHO Conference Attendee (Southwest Association of College and University Housing Officers)
- ACUHO-I Annual Conference Attendee – 2016
- Summer Operations Committee Member
- First Year Experience Committee Member
- Community Director Selection Committee Member
- Resident Manager Search Committee Member
- Graduate Hall Director Selection Committee Member
- Resident Advisor Training and Development Committee Member
- Graduate Hall Director Training and Development Committee Member
- SWACURH 2015 Advisor – Dining and Hospitality Committees (Southwest Affiliate of College and University Residence Halls)
- National Night Out (Texas A&M University Campus Safety Week) Committee Member and Volunteer
- AFSAP Member – Association of Future Student Affairs Professionals

TAMU-0736

# MARK TAPLETTE, ED. D.

Phase:

## PROFESSIONAL PROFILE

- Accomplished career demonstrating consistent success as an Administrator and Educator at the secondary and higher education levels. Outstanding record of accomplishment in assuring student success.

- Seasoned in conceiving and building programs from the ground up through proven competencies in grant writing and administration, project and program management, and staff development and empowerment.

- Extensive background of developing and implementing special programs for at-risk and special needs students

- Effective communicator with excellent planning, organizational, and negotiation strengths as well as the ability to lead, reach consensus, establish goals, and attain results.

## EDUCATION

**EdD** Azusa Pacific University, Azusa, CA, Educational Leadership/Administration, December 2005 Dissertation: *"Factors Affecting Retention and Graduation of Black American Football and Basketball Players at Division I-A, Revenue-Producing Institutions"*

**MS** The Criswell College, Dallas, TX Theology, May 1999

**BS** Texas A&M University-Commerce, Public Administration Minored in Sociology, December 1983

## PROFESSIONAL EXPERIENCE

**Laura Burrell GO Center/Bryan, Texas**  2022 to 2023
**Program Director**
- Provide on-going leadership and effective direction to all aspects of area network.
- Program development and grant writing.
- Working with College Bound students on college admission requirement, testing, and financial aid.
- Working with Board of Director to accomplish local mission.
- Supervision and training of volunteers.
- Make recommendations to management on policy and procedures changes.
- Annual development and implementation of the budgetary plan.

TAMUX 3737

**Sam Houston State University/Huntsville, Texas**                    2020-2022
**Assistant Director of Greek Life**

- Provide comprehensive advising leadership to 30+ social Greek-letter organizations, Interfraternity Council, Multicultural Greek Council, National Pan-Hellenic Council, Panhellenic Association, and the Greek honor society Order of Omega.
- Develop and maintain educational workshop series for Greek students focusing on leadership, chapter development, wellness programs, risk management and risk-reduction education, community service initiatives, and membership recruitment.
- Serve as a liaison to inter/national offices, chapter advisors, faculty advisors, housing corporations, alumni, and members of the University community.
- Advise the coordination of formal and informal fraternity and sorority recruitment efforts.
- Oversee data collection and database management for fraternities and sororities. Maintain active and current records on membership, conduct matters, retention, and scholastic achievement of all Greek-letter organizations.
- Assist the Associate Dean with the coordination and oversight of Greek traditional events, including Greek Week, the Greek Awards program, and Bearkat Bolt 5K.
- Serve as a member of the Dean of Students Office department leadership team providing support to other areas within Dean of Students Office, assisting in the planning and coordination of University traditions such as Bearkat Family Weekend and Homecoming.
- Help manage University's Greek standards.
- Be able to create PR and marketing content related to the Greek life office, i.e. booklets, pamphlets, videos, etc.
- Be one of the sole account users of all office related social media accounts.
- Act as a student advocate, providing personal advice and appropriate referrals to students seeking assistance.
- Be willing and able to travel with students or alone to various conferences.

## PUBLICATIONS

### *Journal Papers in Review*

- Taplette, M.T., "Review of *Colormute* by Mica Pollock," Submitted to Childhood Education, vol. 83, no. 3, 2007, pp. 181-186.

## PRESENTATIONS

### Paper Presentation
- "Minority Males and College Athletics," Graduate Symposium Azusa Pacific University, December 2020.
- "*Minority Athletes at Division I-A Institutions: Should they be paid?*" Texas A&M University, May 2016.

TAMUC-0728

**Keynote Address**
- "Making it Work: Keys to Success for Minority Students on Predominately White Universities," Black College Professionals Conference, May 2018.

**Workshop**
- "Student Success in the 21st Century," Moorpark College Student Success Day, May 2022.
- Taplette, M. (2019), "Staff Development for Mid-Career Faculty." Presented at the Bryan ISD staff development conference, Bryan, TX.
- Taplette, M. (2017), "Youth Suicide Prevention." Presented to Brazos County Public School Special Education Teachers in In-service Day, Bryan, TX.
- Taplette, M. (2016), "Creating Effective Schools," seminar at the Association of Professional Educator of Texas, Austin, TX
- Special Education Facilities In-service Conference, Bryan, TX.

---

## PROFESSIONAL TRAINING

National Workforce Institute
NASPA/SACSA Mid-Managers Institute, Participant, Duke University
NASPA Doctoral Students Workshop, St. Louis, Missouri
Student Activities Diversity Committee, Chair, Criswell College
Upward Bound Program, Mentor, East Texas State University
Intercultural Leadership Seminar, facilitator, Howard Payne University
University Retention Initiative, Co-Chair, Howard Payne University
Department of Residence Life Diversity Committee, Texas A&M University
Department of Residence Life Resident Advisor Training Class, Facilitator, Texas A&M University

## PROFESSIONAL AFFILIATIONS

Southern Association for College Student Affairs
National Association of Student Personnel Administrators

## COMMUNITY SERVICE

**Save our Streets Ministry**
Board of Directors, Bryan, TX, February 2003 to Present

**Pop Warner Little Scholars**
Regional President, Brazos Valley, May 2007, to May 2014

**Boy Scouts of America**

TAMU-0729

Assistant Scout Leader Troop 976, Bryan, TX, 2005 to 2013

## LANGUAGES

**English**: Native Language

**Spanish**: Intermediate Listener, Novice Speaker

## COMPUTER SKILLS

- Microsoft Office
- Spreadsheets
- PowerPoint
- Microsoft Access
- QuickBooks
- Email
- Web and Social Skills
- Graphic and Writing Skills

TAMU×0750

## REFERENCES

**John Yarabeck,** Dean of Students
Campus Life & Student Relations
McMurry University
1400 Sayles Blvd.
Abilene, TX  79605
936-577-1444


**Dr. Rachael Valle,** Director
Student Activities
Sam Houston State University
1905 University Avenue
Huntsville, TX 77340
936-294-3588
**Rachael.Valle@shsu.edu**

**Dr. Jerrell Sherman,** Associate Dean
Dean of Students Office
University of Houston
4455 University Dr.
Student Center South RM 256
Houston, TX 77204-3035
713-992-0038
jsherman6@uh.edu


**Dr. Michael Thornton**, Clinical Assistant Professor
Health & Kinesiology
 Texas A&M University
332 Blocker
College Station, TX 77843
(979) 845-3109
mthornton@tamu.edu

**Dr. John Singer**, Tenured Professor
Health and Kinesiology
Texas A&M University
355-B Blocker
804 E Harrington Office Building
College Station, TX 77843
(979) 845-5497
singerjn@tamu.edu

TAMU-0358

**EXHIBIT
28**

CAUSE NO. 24-000902-CV-85

| | | |
|---|---|---|
| BRIAN BECKOM, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | BRAZOS COUNTY, TEXAS |
| | § | |
| TEXAS A&M UNIVERSITY, | § | |
| | § | |
| *Defendant.* | § | 85TH JUDICIAL DISTRICT |

## BUSINESS RECORDS AFFIDAVIT

State of Texas       §
County of Brazos     §

Before me, the undersigned notary, on this day personally appeared Tricia Bledsoe, the affiant, whose identify is known to me. After I administered an oath, the affiant testified as follows:

1. My name is Tricia Bledsoe, and I am over the age of 18 years of age, of sound mind, capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am currently employed as the Director and designated Public Information Officer of Texas A&M University's (TAMU) Office of Open Records (ORO) and in this capacity am the primary custodian of the records identified herein by virtue of my duties and responsibilities.

3. The records identified in this affidavit and attached to Defendant's Plea to the Jurisdiction by exhibit number as business records are as follows:

**Exhibit 1:** Plaintiff's first TPIA request w/ history – J000762
**Exhibit 2:** Plaintiff's second TPIA request w/ history – J000767
**Exhibit 3:** Plaintiff's third TPIA request w/ history – J001123
**Exhibit 4:** Plaintiff's fourth TPIA request w/ history – J001147
**Exhibit 5:** Plaintiff's fifth TPIA request w/ history – J0001320
**Exhibit 6:** TAMU request for AG decision, April 19, 2024
**Exhibit 7:** AG decision OR2024-004322
**Exhibit 9:** First batch produced B-1 (11 total pgs)

TAMU-0732

**Exhibit 10:** Second batch produced B-2 (111 total pgs)
**Exhibit 11:** TAMU withdrawal letter re B-1 and B-2 docs
**Exhibit 12:** Plaintiff's sixth TPIA request w/ history – J0001365
**Exhibit 13:** Email w/ transmittal of documents re sixth TPIA request
**Exhibit 14:** Plaintiff's seventh TPIA request w/ history – J0001723
**Exhibit 15:** Email w/ transmittal of partial disclosure of seventh TPIA req
**Exhibit 16:** TAMU request for AG decision, May 6, 2024
**Exhibit 17:** TPIA request by JD Foster – J1330
**Exhibit 18:** Fish brigade concept docs (152 total pgs)
**Exhibit 19:** Updated Plaintiff's fifth TPIA request w/ history – J-1320
**Exhibit 20:** Emails b/t Plaintiff and TAMU re TPIA req J001320
**Exhibit 21:** Rudder theatre email (2 total pgs)
**Exhibit 22:** Facebook post (6 total pgs)
**Exhibit 26:** J1147 production part one (292 total pgs)
**Exhibit 27:** J1147 production part two (13 total pgs)

4. These said 690 pages are kept by TAMU in the regular course of business. It was in the regular course of business for an employee or representative of TAMU or its predecessor agency, with knowledge of the act, event or condition recorded, to make the memorandum or record or to transmit information thereof to be included in such memorandum or record, and the memorandum or record was made at or near the time of the act, event or condition recorded or reasonably soon thereafter; or, in the case of documentation given to or received by TAMU, it was in the regular course of business for an employee or representative of TAMU to receive the record and place it in the appropriate files of TAMU. With the exception of the redaction of any personal, private, or confidential information, and any bates numbering or exhibit number identification of any documents by the parties of the records identified by exhibit number above, they are exact duplicates of the originals.

5. TAMU's Office of Open Records is dedicated to the principles of open government and strives to ensure compliance as set forth by the Texas Public Information Act (TPIA). TAMU's ORO oversees the collection process of information requested under the TPIA. The actual collection is done by the department maintaining the information or, in the case of emails, IT for that group. TAMU's ORO reviews, processes and releases information gathered by the respective department and/or IT. TAMU's ORO confirms the applicability of exceptions to disclosure on information requested under the TPIA with the Office of General Counsel of The Texas A&M University System (TAMUS OGC). For information determined to be excepted, TAMU's ORO works with TAMUS OGC to: request a decision from the Office of the Attorney General; confirm the applicability of a prior open records decision from the Office of the Attorney General; confirm TAMU's authority to redact or withhold excepted information without seeking a decision from the Office of the Attorney General per the TPIA; and/or confirm the applicability of the requestor's

authorization to redact or withhold excepted information without seeking a decision from the Office of the Attorney General. TAMU's ORO redacts and/or withholds information requested under TPIA only when: authorized by the Office of the Attorney General in a decision/letter ruling; the information is subject to a prior decision of the Office of the Attorney General; the TPIA authorizes the action; and/or authorized by the requestor.

EXECUTED on June \_\_11\_\_, 2024.



Patricia Bledsoe, Director
Open Records
Office of Risk, Ethics, and Compliance
Texas A&M University

SUBSCRIBED AND SWORN BEFORE ME, on June \_11\_, 2024 to certify which witness my hand and official seal.

*Cindy Patterson*
Notary Public, State of Texas

CINDY PATTERSON
Notary Public, State of Texas
Comm. Expires 07-07-2026
Notary ID 12158568

EXHIBIT
29

**FRANK WOOD**

PRI Email: fcwood@corps.tamu.edu
ALT Email:

### Objective

To earn a Doctorate in Education (Curriculum & Instruction) to collaborate with the Hollingsworth Center improve the SOMs curriculum and overall delivery of the leadership pedagogy at TAMU.

### Summary

- One year as a Corps OPS Coordinator II/Military Advisor and SOMs instructor with Office of the Commandant TAMU
- Three years as a Cadet Training Officer III and SOMs instructor with Office of the Commandant TAMU
- Seven years as a US Army JROTC Army Instructor
- 30 years of experience in Leadership and Training in the US Army.
- Developed and implemented training and special programs for Combined Arms Operations.
- Evaluated and managed Personnel Specialists to ensure performance objectives were met consistently.
- Experienced in Information Technology and proficient in working with Digital Projectors and Video Camera systems, Microsoft Suite, the Army C4ISR and battle command automated systems including FBCB2, MCS, MBTR, ASIP, BFT.
- Recognized numerous times for outstanding job performance.

### Education

- Currently enrolled in Ed D Cohort XIV EDCI TAMU (4.0 gpa)
- Graduate of Basic and Advanced JROTC School of Cadet Command Instructor Certification Course, Fort Knox, KY
- Graduate, M. Ed, C&I, TAMU, College Station, TX (3.8 gpa)
- Graduate, BS degree, Liberal Arts, Excelsior College, NY (3.5 gpa)
- Graduate, AA degree, General Study, Central Texas College, TX (3.0 gpa)
- Command Sergeant Major Training, Fort Leavenworth, KS
- US Air Force Sergeants Major Course, Maxwell-Gunter Annex, AL
- First Sergeant School, Fort Bliss, TX **(Commandants' List)**
- Fast ROPE Master training, Fort Campbell, KY
- Sabaluaski Air Assault School, Fort Campbell, KY **(Distinguished Graduate)**
- Small Group Leader Instructor Trainers Course, Fort Bragg, NC
- Maneuver Senior Leaders Course, Fort Benning, GA **(Commandants' List)**
- Pathfinder School, Fort Benning, GA
- Advanced Airborne Course (Jumpmaster), Fort Bragg, NC
- Air movement Operations Course, Fort Bragg, NC
- Ranger School, Fort Benning, GA
- TRADOC Small Group Instructor Trainer school, Fort Jackson, SC
- Drill Sergeant School, Fort Jackson, SC **(Commandants' List)**

- Infantry Advanced Leaders Course, Fort Benning, GA **(Commandants' List)**

## Work Experience

Corps OPS Coordinator II/1st BDE Military Advisor, Office of the Commandant TAMU, College Station TX JUL 2020-Currently Supervisor: John Fleming Asst CMDT OPS & TRNG (979) 862-4311; jfleming@corps.tamu.edu Contact: Yes

Assists the Commandant, Deputy Commandant, and Assistant Commandants with the oversight of daily operations, facilities, services, and activities which contribute to missions of the Office of the Commandant and the Corps of Cadets, the learning environment and overall quality of cadet life. Ensures appropriate dining hall practices, customs, etiquette, and decorum are observed and maintained. Serves as an advisor to the Duncan Dining Council. Approves and supervises unit physical training programs. Conducts periodic dorm room, uniform, and individual inspections of cadets to ensure compliance with Corps Policies and The Standard. Assists cadets at the Unit, Major Unit, and Corps Level in the planning and conduct of events to include, but not limited to Corps Trips, parades, reviews, ceremonies, and march-ins. Advise, recognize and sponsored Student Organizations. Responds and coordinates action during contingencies and emergencies. Keeps the Commandant, Deputy Commandant, and Assistant Commandant for Operations and Training informed of serious incidents and problems. Represents the Assistant Commandant for Operations and Training in his/her absence and makes decisions as delegated.

- Capably schedules and advises the cadet supervision the Freshman Orientation Week event that efficiently and effectively assists over 700 incoming cadets assimilate and inculcate into the cadet and academic experience of TAMU.

- Expertly instructs two sections of SOMs and manages the curriculum, content, delivery, and scheduling of SOMs 181 sections.

- Diligently performs 24-hour duty and oversight of the Quad as the Commandants Duty Officer.

- Routinely performs march in support and sideline oversight to support the boot line and other student activities during all home and select football games.

JROTC Army Instructor, "Eagle Battalion" CE Ellison HS, Killeen TX AUG 2012-JUN 2020 Supervisor: Elise Jacko AP – (254) 336-0600; Elise.Jacko@killeenisd.org Contact: Yes

Annually educates over 200 high school students in the areas of leadership, academics, athletics, while motivating them to be better citizens. Coached and sponsored special performance and exhibition teams in synchronized drill and ceremonies and academic challenges for Military Skills Meets and competitions across the great state of Texas. Worked diligently to earn the Honor Unit award for one Annual Formal Inspection and the most recent JROTC Program Accreditation.

- Developed strategies to ensure the JROTC program surpassed accreditation standards and earned distinguished ratings.

- Implemented an interactive journal for all cadets in all grades to develop reflective thinking skills and improve academic rigor.

- Coached and mentored three cocurricular competition teams that routinely competed and won titles across the state of Texas.

Command Sergeant Major, 1-8th Calvary Regt, Fort Hood, TX Aug 2010 – Jul 2012
Supervisor: COL Sicoli, Peter – (516) 376-7386; peter.a.sicoli.mil@mail.mil;  Contact: Yes

Mentored and influenced for over 1100 men and women in Combined Armed Battalion Combat team during Garrison and combat operations.  As a top senior enlisted executive manager, provided sound advice to the Commander on all matters pertaining to enlisted personnel including assignment, training, education, professional development, morale, welfare, and performance evaluation.

- Directly responsible for this organization earning the Meritorious Unit Citation for successful transition of U.S. Forces in support of Operation New Dawn, Iraq.

- Developed and implemented the battalion Abrams Tank and Bradley IFV resulting in 100% crew qualification and 97% 1st time qualification rates.

- Commended by the 1st Cavalry Division Deputy Commanding General-Maneuver for his expert training and evaluation of six infantry platoons during combined arms live fire exercises.

- Prepared and led five leader professional development sessions on topics about the history of Iraq, ethnic diversity in the Diyala and sectarian fault lines of the Iraqi Northern provinces, and so was recognized as the most technically and tactically proficient battalion command sergeant major in the brigade.

- Managed the battalion volunteer recognition ceremonies and organization celebrations that honored the soldiers and their families for providing dedicated service to our community, greatly increasing esprit de corps, morale, and camaraderie.

G3 Operation SGM, 7th US Army JMTC, Grafenwoehr, Germany, Nov 2009 - Aug 2010
Supervisor: CSM (ret) ZaGara, Darieus – (304) 535-5394;  darieus.a.zagara.mil@mail.mil;
Contact: Yes

Responsible for all garrison operations and functions related to soldier and family fitness, soldier and family readiness, continued soldier education programs while serving in a community of over 38,000 soldiers, family members, and civilians. Advises and mentors the commanders, panel chairs, and community representatives overseeing all community and garrison functions for the commanding general. Provided oversight, synchronization, and coordination for all the command's special projects, and community relations.

- Directly responsible for the lead the effort to establish historical displays spanning the 100 years of Grafenwoehr Training Area in support of the centennial celebration.

TAMPU-0387

- provided much needed experience regarding Soldiers and their struggles during Community Health Promotion Council and Risk Reduction Program meetings thereby enhancing the programs.

- established a much-needed bridge between many of the community panels/advisory committees and Soldiers and Family's resulting in

- presented invaluable input in support of Warrior University that was an absolute success in supporting post deployment soldiers training in achieving college credit.

Command Sergeant Major, 2/2 Stryker Cavalry Regt, Vilseck, Germany, APR 2006– Nov 2009
Supervisor:  MG Jones IV, Omar--(571) 358-4420; omar.jones.mil@mail.mil; Contact: Yes
Supervisor:  COL (ret) Reineke, Myron -- (913) 705-0311; myron.reineke.civ@mail.mil; Contact: Yes

Mentored and influenced for over 900 men and women in a Stryker Infantry Squadron during Garrison and combat operations. As a top senior enlisted executive manager, provided sound advice to the Commander on all matters pertaining to enlisted personnel including assignment, training, education, professional development, morale, welfare, and performance evaluation.

- Directly responsible for this organization earning the Valorous Unit Award for combat operation during the U.S. Forces surge in support of Operation Iraqi Freedom, Iraq.

- Implemented systems for administrative management that resulted a near perfect176 of 177 or 99.4% of annual enlisted evaluation reports being processed on time.

- Executed a program that efficiently deduced NCO education back log sending 473 soldiers to all levels of leader professional development school and motivated 159 of them to graduate with honors.

- Actively involved in effort to make Composite Risk Management along with the Risk Reduction Program habitual across the formation; resulting in early identification and intervention with high risk Soldiers

- Expertly evaluated 6 rifle platoons during live-fire exercises in Bulgaria in support of a USAREUR Theater Security Cooperation deployment exercise

- Consistently recognized and commended as one of the best of six senior enlisted advisors in the Regiment.

- Time and again sought innovative techniques and procedures to solve training and operational dilemmas and then codified those lessons into standard operation procedures that would be adopted as the regimental standard.

# Lt Col Jeffery D. Gardner

## Curriculum Vitae

---

## Education

BS in Mechanized Agriculture Texas A&M University 1982

MPA in Public Administration Troy State University 1990

Squadron Officers School 1987

Air Command and Staff College 1996

Armed Forces Staff College 1996

Air War College 1999

Air Force Academic Instructor School 2003

Texas A&M Student Conduct investigator/panel member training 2007

Texas A&M SASH panel member training 2012

Gehring Academy 2023

## Teaching Experience

Squadron Officers School 1993-1995

Air Force ROTC Texas A&M University 2003-2007

School of Military Science Texas A&M University 2007-Present

## Professional Experience

Corps Accountability and Standards Director 1 October 2023-Present

Director, Sanders Corps of Cadets Center, Office of the Commandant, Texas A&M 2008-2023

First Wing Cadet Training Officer, Office of the Commandant, Texas A&M 2007-2008

Professor of Aerospace Studies, Air Force ROTC, Texas A&M 2006-2007

Assistant Professor of Aerospace Studies, Air Force ROTC, Texas A&M, 2003-2006

Command Center Operations Chief, National Airborne Operations Center, Offutt AFB 1999-2003

Chief, SIOP Training, Cheyenne Mountain Air Station, 1996-1999

Operations Officer, Squadron Officers School, Maxwell AFB, 1993-1995

Chief, Command and Control Inspections, USAF Europe, Ramstein AB, 1990-1993

Chief, Command Post, RAF Bentwaters UK, 1987-1990

Instructor ICBM Combat Crew Commander, Malmstrom AFB, 1986-1987

ACP/SCP ICBM Combat Crew Commander, Malmstrom AFB, 1985-1986

Instructor ICBM Deputy Combat Crew Commander, Malmstrom AFB, 1984-1985

**From:** Gardner, Jeffery D
**To:** Fleming, John D; Schlather, Byron L
**Subject:** Fwd: Outcome Letters
**Date:** Wednesday, February 8, 2023 6:19:35 AM
**Attachments:** ███████ SCO Final Outcome Letter.pdf
████ 08 01 01 Final Outcome Letter Respondent Copy.pdf
████ SCO Final Outcome Letter.pdf
████ 08 01 01 Final Outcome Letter Respondent Copy.pdf

FYI.  We need to discuss if these cadets will return to their outfit.

V/R

Begin forwarded message:

> **From:** "Reilly, Michael" <mreilly@navy.tamu.edu>
> **Date:** February 7, 2023 at 5:48:00 PM CST
> **To:** "Gardner, Jeffery D" <jeff_gardner@corps.tamu.edu>, "BEATY, GARY" <gbeaty@corps.tamu.edu>
> **Cc:** "Fleming, John D" <jfleming@corps.tamu.edu>, "Marsh, Scott" <smarsh@navy.tamu.edu>, "Mullenberg, Jason" <jmullenberg@navy.tamu.edu>
> **Subject: Fwd: Outcome Letters**
>
>  Gary and Jeff,
>
> Please see the attached SCO and Title IX results for ████ and ████ .
>
> Both of these cadets have displayed appropriate repentance and I'd like for them to resume their life in the Corps as soon as possible.
>
> I don't have any of the results for other cadets.
>
> Thanks,
> Mike
>
> Semper Fi,
> Col Michael D. Reilly
>
> Begin forwarded message:
>
> > **From:** "Quandt, Kathryn" <kquandt@navy.tamu.edu>
> > **Date:** February 7, 2023 at 17:08:23 CST
> > **To:** "Reilly, Michael" <mreilly@navy.tamu.edu>
> > **Subject: Outcome Letters**

Good Afternoon, Sir,

As requested.

Respectfully,

**Kathryn Quandt**
Captain | USMC
Marine Officer Instructor | NROTC | Texas A&M University
(979) 845-1775
(979) 458-6066

- - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| **From:** | Fleming, John D |
| **To:** | Anderson, Chauncy Jovan |
| **Cc:** | Schlather, Byron L |
| **Subject:** | FW: Cadet ████ |
| **Date:** | Wednesday, February 8, 2023 10:50:06 AM |

MSgt,

FYI below on ████.

S/F

**LtCol John D. Fleming '94. USMC (Ret)** | Assistant Commandant, Operations and Training
Office of the Commandant | Division of Student Affairs | Texas A&M University
Ash II LLC |1227 TAMU | College Station, TX 77843-1227

ph: 979.862.4311 | fax: 979.458.1436 | jfleming@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**Corps of Cadets** | We Make Leaders

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Wednesday, February 8, 2023 10:39 AM
**To:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>
**Cc:** BEATY, GARY <gbeaty@corps.tamu.edu>; Fleming, John D <jfleming@corps.tamu.edu>
**Subject:** Cadet ████

Sir,

We conducted a conduct hearing for the failed urinalysis test for Cadet ████████, a
in ████ He provided a list of prescribed medications he takes for back pain. I consulted a
pharmacist and determined the combination of prescribed medications can result in a false positive
THC test. The cadet has agreed to participate in future random or directed drug tests. I believe this
is a false positive and the matter is closed.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Discipline
Military Advisor Parsons Mounted Cavalry
979-458-9317

| From: | Fleming, John D |
|---|---|
| **To:** | Gardner, Jeffery D |
| **Cc:** | Michaelis, Patrick Ralph; BEATY, GARY; Schlather, Byron L; Anderson, Chauncy Jovan |
| **Subject:** | Urinalysis results |
| **Date:** | Monday, January 30, 2023 4:32:18 PM |
| **Attachments:** | |

Jeff,

One positive result from our 23 Jan urinalysis, see attached. Cadet ███████ is a         in Pop is for THC.

There is also one cadet who was on the roster and notified Sunday night 22 Jan, but then he had to leave campus in the middle of the night for a family emergency. He is still at home in            He will provide his sample upon return.


S/F


**LtCol John D. Fleming '94. USMC (Ret)**  | Assistant Commandant, Operations and Training
Office of the Commandant | Division of Student Affairs | Texas A&M University
Ash II LLC |1227 TAMU | College Station, TX 77843-1227

ph: 979.862.4311 | fax: 979.458.1436 | jfleming@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**Corps of Cadets** | We Make Leaders

| From: | Gardner, Jeffery D |
| --- | --- |
| To: | Michaelis, Patrick Ralph |
| Cc: | BEATY, GARY; Fleming, John D; Schlather, Byron L |
| Subject: | |
| Date: | Tuesday, February 21, 2023 2:27:59 PM |
| Attachments: | |

Good afternoon Sir,

The attachment contains the members of        that are being charged.  Student Conduct office has determined this to be low level hazing and as such, has given those charged three options:

> (1) Accept responsibility for all charges and accept the sanctions listed below
>
> (2) Choose not to contest the charges and accept the sanctions listed below.
>
> (3) Request a Student Conduct Conference to contest the charges.

The sanctions identified by Student Conduct include:

1. Conduct Review through Friday, May 12, 2023.
2. Corps Conduct Review through Friday, May 12, 2023
3. Hazing Education Workshop (HEW), due Friday, April 28, 2023.

I am standing by for your questions.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Discipline
Military Advisor Parsons Mounted Cavalry
979-458-9317

| **From:** | Gardner, Jeffery D |
| **To:** | Michaelis, Patrick Ralph |
| **Cc:** | BEATY, GARY; Fleming, John D; Schlather, Byron L; Regan III, John M |
| **Subject:** | Additional     charges |
| **Date:** | Thursday, February 23, 2023 1:35:00 PM |

Good afternoon Sir,

An additional     cadets from     were charged today for hazing resulting from the investigation.  These cadets are not facing dismissal from the University. The cadets are:

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Discipline
Military Advisor Parsons Mounted Cavalry
979-458-9317

**From:** Gardner, Jeffery D
**To:** Michaelis, Patrick Ralph
**Cc:** BEATY, GARY; Fleming, John D; Schlather, Byron L
**Subject:** Cadet ███
**Date:** Wednesday, March 1, 2023 9:23:54 AM

Sir,

Yesterday we held a conduct conference for Cadet ███████, ████ He was found responsible for hazing with ██████ and has been placed on Conduct Review until 12 May 2023.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Discipline
Military Advisor Parsons Mounted Cavalry
979-458-9317

| | |
|---|---|
| **From:** | Gardner, Jeffery D |
| **To:** | Fleming, John D |
| **Cc:** | Schlather, Byron L |
| **Subject:** | RE: |
| **Date:** | Thursday, March 2, 2023 9:34:10 AM |

Sorry.  Probation until Dec 2023.

<span style="color:#b03060">Lt. Col Jeff Gardner '82, USAF (Ret)</span>

<span style="color:#b03060">Assistant Commandant for Discipline</span>

<span style="color:#b03060">Military Advisor Parsons Mounted Cavalry</span>

<span style="color:#b03060">979-458-9317</span>

**From:** Fleming, John D <jfleming@corps.tamu.edu>
**Sent:** Thursday, March 2, 2023 9:33 AM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Cc:** Schlather, Byron L <bschlather@corps.tamu.edu>
**Subject:** RE:

Thank you Sir.

?

S/F

**LtCol John D. Fleming '94. USMC (Ret)**  | Assistant Commandant, Operations and Training
Office of the Commandant | Division of Student Affairs | Texas A&M University
Ash II LLC |1227 TAMU | College Station, TX 77843-1227

ph: 979.862.4311 | fax: 979.458.1436 | jfleming@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**Corps of Cadets** | We Make Leaders

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Thursday, March 2, 2023 9:29 AM
**To:** Fleming, John D <jfleming@corps.tamu.edu>; BEATY, GARY <gbeaty@corps.tamu.edu>
**Cc:** Schlather, Byron L <bschlather@corps.tamu.edu>
**Subject:** RE:

Here you go.  We need to discuss the future of the         on probation.



 - Probation

- Probation

- Probation

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Discipline
Military Advisor Parsons Mounted Cavalry
979-458-9317

---

**From:** Fleming, John D <jfleming@corps.tamu.edu>
**Sent:** Thursday, March 2, 2023 9:25 AM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>; BEATY, GARY <gbeaty@corps.tamu.edu>
**Cc:** Schlather, Byron L <bschlather@corps.tamu.edu>
**Subject:** RE:

Jeff,

      I have lost count on these.  Can you please give us a full paybook on the           and their status.

Chief,

      For all cadets whose suspension from the University has been upheld, are we cleared hot to inform them of their Corps dismissal and have them start checkout?

S/F

**LtCol John D. Fleming '94. USMC (Ret)**  | Assistant Commandant, Operations and Training
Office of the Commandant | Division of Student Affairs | Texas A&M University
Ash II LLC |1227 TAMU | College Station, TX 77843-1227

ph: 979.862.4311 | fax: 979.458.1436 | jfleming@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**Corps of Cadets** | We Make Leaders

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Thursday, March 2, 2023 9:08 AM
**To:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>
**Cc:** BEATY, GARY <gbeaty@corps.tamu.edu>; Fleming, John D <jfleming@corps.tamu.edu>;
Schlather, Byron L <bschlather@corps.tamu.edu>; Reilly, Michael <mreilly@navy.tamu.edu>
**Subject:**

Sir,

      I received the following results of the     appeals.

███████ - Suspension from the University until 29 Dec 2023

██████ - Suspension from the University until 31 May 2023

████████ - Conduct probation- there was no end date in the letter, so I am checking with Title IX.

██████ - Suspension form the University until 31 Dec 2024

█████████ - Suspension from the University until 29 Dec 2023

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Discipline
Military Advisor Parsons Mounted Cavalry
979-458-9317

FYI.

Begin forwarded message:

**From:** "Upshaw-Brown, Jaclyn B" <jaclynu@sco.tamu.edu>
**Date:** April 7, 2023 at 8:56:16 AM CDT
**To:** "Gardner, Jeffery D" <jeff_gardner@corps.tamu.edu>
**Subject: FW:**        **College Station - On-Campus Residence Hall - 04/07/2023 1:15 AM**

Sharing this with you; there are no names as of now. Res Life may also be following up to see if they can provide further information.

**Jaclyn Upshaw-Brown** | Assistant Director
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1172

ph: 979.847.7272 |jaclynu@sco.tamu.edu |sco.tamu.edu

**From:** Kaitlin Kopf (via Maxient) <notifications@maxient.com>
**Sent:** Friday, April 7, 2023 2:37 AM
**To:** Upshaw-Brown, Jaclyn B <jaclynu@sco.tamu.edu>
**Subject:**        College Station - On-Campus Residence Hall - 04/07/2023 1:15 AM

**This Message Is From an External Sender**

This message came from outside your organization.

Primary recipient (awaiting your action in Maxient)

## Campus Community Incident Report
**Background Information**
Campus Location
**College Station**
Status of the Alleged Offender
**Student**
Date of incident

**2023-04-07**
Time of incident
**1:15 AM**
Location of incident
**On-Campus Residence Hall -**

**Incident Description**

Please describe the incident with as much detail as possible and use specific, concise, objective language. Focus on the Who, What, When, Where, How, and Why of the incident. Indicate specific people, words, phrases, and interactions.

Please try use specific names instead of pronouns (he, she, they, etc.) when referring to people in the body of the report. When possible, we encourage the use of direct quotes, even in incidents when the language may be profane or abusive. For example, "Joe Aggie shook his fist at me and said 'you are a stupid loser'" is more helpful than "Joe Aggie was threatening and used aggressive language with me."

**was just arriving to the dorm around 1:15 am when she got to the stairwell, about 4 or 5 corps boys were giggling and running very quickly and loudly down the stairs. They all went into the 1st floor hallway with the rest if the boys. They moved quickly, but            got a glimpse of about 3 of them, the one who dropped the table had dark hair and a white shirt, looked to be Caucasian, the other two had shaven heads, also Caucasian, one with dark hair and one with lighter, blonder hair. None of them were wearing shoes. The residents of                              then heard a loud pop sound from the hallway.            had just gotten to the top of the stairs when the residents came out of their rooms to see what was happening. noticed an exploded water bottle with a small bag inside and a foamy substance and water around it. She spoke with Resident                        about the first explosion, how the water bottle was smoking and smelled of chemicals. looked around and found a second bottle, still building the pressure to pop. called the RA on duty,                 .            turned to walk back to her room and heard the loudest sound she's ever heard.            ear drum almost burst, it hurt for at least 10 minutes after, she couldn't hear out of her right ear for about 7 minutes and had just had a lot of ear pain. Floor partner,                      came out to see.            arrived and called noticed a light fixture had been tampered with, noting the same people who threw the water bottles probably broke the light as well. The light's plastic clover was on the floor.            believes it was an attack from the below Corps floors, specifically the first floor as she saw them running down the stairs to the first floor.**

**has noted a few times in the past where corps members have had animosity towards the**

**Supporting Documentation**
70254150642e3d19dd7609b4135a8f8b1dd4155300c.heic
img5592.heic
img5593.heic
img5594.heic
img5595.heic
img5596.heic
img5597.png
*For added security, these links will expire in 10 days. The attachments will remain accessible when viewing the report within Maxient.*

**Submitted By**
Your full name

Position/title/student status

Your email address

Your phone number

*[UNAUTHENTICATED]*

**Routing Information**
Primary recipient:
**Jaclyn Upshaw-Brown (Interim Director, Student Conduct Office)**
Copied recipients:
  • scrs@studentlife.tamu.edu
Text msg recipients: None
Originating IP address:
Submitted through IR layout #1
Processed by routing rule #167. Routed to Jaclyn Upshaw-Brown, Interim Director, Student Conduct Office.

**Message sent by Maxient**
**Replies will be sent to the submitter (katie.kopf@tamu.edu).**

**From:** Regan III, John M
**To:** ██████████████████████
**Subject:** RE: Hazing
**Date:** Tuesday, August 22, 2023 4:17:10 PM

Good Afternoon Sir,

As stated in my previous email, I ask that you provide me with any statements you may have that lists specific potential violations. If you have names, please include them. I understand that you have doubts and concerns about retaliation. I can assure you that if the unlikely act of retaliation does occur, it will be dealt with swiftly and appropriately.

Until I am provided with statements of potential specific violations, I have nothing to move forward with.

Respectfully,

**GySgt John M. Regan III USMC (Ret)** | 1st Regiment Military Advisor/CCMU Advisor
Office of the Commandant | Division of Student Affairs | Texas A&M University
1227 TAMU | College Station, TX 77843-1227

ph: 979-458-4279 I jregan@corps.tamu.edu |
- - - - - - - - - - - - - - - - - - - - - - -
**Corps of Cadets** | We Make Leaders

**From:** ████████████████████████████████████
**Sent:** Tuesday, August 22, 2023 2:37 PM
**To:** Regan III, John M <jregan@corps.tamu.edu>
**Subject:** Re: Hazing

**This Message Is From an External Sender**

This message came from outside your organization.

GySgt Regan:

I assumed that was the response I would receive, and, with all do respect, based on what has occurred I have zero trust that this would be handled in a manner that would allow a cadet to continue in the Corps after making such a report.

It's very disappointing that the Corps doesn't have a way for a cadet to report such issues anonymously without fear of retaliation.

We were sold on the Corps for the leadership development and tradition, but I'm not sure how forcing immorality and criticizing spirituality and religious beliefs can possibly develop better leaders.

On Tue, Aug 22, 2023 at 2:01 PM Regan III, John M <jregan@corps.tamu.edu> wrote:

> Good Afternoon Sir,
>
> My name is GySgt John Regan and I currently serve as the 1st Regiment Military Advisor, and member of the Commandants Staff. As per your email, you have serious concerns about things that may be occurring in         .  If you have statements that lists specific violations, I encourage you to send them to me so that I may begin an initial inquiry.  Holding on to them will not help us in identifying and correcting potential issues/violations.
>
> I also ask that you send any further correspondence directly to me.
>
>
> Respectfully,
>
> **GySgt John M. Regan III USMC (Ret)**  | 1st Regiment Military Advisor/CCMU Advisor
> Office of the Commandant | Division of Student Affairs | Texas A&M University
> 1227 TAMU | College Station, TX 77843-1227
>
> ph: 979-458-4279 I jregan@corps.tamu.edu |
> - - - - - - - - - - - - - - - - - - - - - - - -
> **Corps of Cadets** | We Make Leaders
>
>
> **From:** Ornelaz, Desiree A <dmercado@corps.tamu.edu>
> **Sent:** Tuesday, August 22, 2023 11:35 AM
> **To:** Regan III, John M <jregan@corps.tamu.edu>
> **Subject:** Fwd: Hazing
>
> I think this one is for you
>
> Sent from my iPhone

TAMU-0353

Begin forwarded message:

**From:** ████████████████████████████
**Date:** August 22, 2023 at 11:15:36 AM CDT
**To:** "Ornelaz, Desiree A" <dmercado@corps.tamu.edu>
**Subject: Fwd: Hazing**

**This Message Is From an External Sender**

This message came from outside your organization.

---------- Forwarded message ---------
From: ███████████   ████████████
Date: Tue, Aug 22, 2023 at 11:12 AM
Subject: Hazing
To: ████████@tamu.edu ████████@tamu.edu>
Cc: <dmercado@corps.tamu>

Mr. ████████:

You need to get your house in order. The Corps' sales pitch was great, but the execution is horrible. For a leadership organization to work, your upperclassmen should set an example of the high moral character you say you desire. You have a lot of work to do to really develop a culture rooted in excellence, character and pride.

Please speak to your Pissheads and upperclassmen as there have already been violations that could be the end of some student careers, and your legacy as the commanding officer of your unit will be tarnished.

I have statements that I will send to the leadership, if necessary, specifically outlining incidents that would result in disciplinary action. As you can imagine, I won't give specifics now, because I'm afraid of how you and your buddies may use it against people in your unit.

Remember, our students should believe that they can trust and look up to the leadership, and I really had the feeling that they could - but I am left extremely disappointed on the second day of class. Set a better example.

Sincerely,

A concerned and very motivated parent

TAMU-3786

Thanks Kevin.

S/F

**LtCol John D. Fleming '94. USMC (Ret)** | Assistant Commandant, Operations and Training
Office of the Commandant | Division of Student Affairs | Texas A&M University
Ash II LLC |1227 TAMU | College Station, TX 77843-1227

ph: 979.862.4311 | fax: 979.458.1436 | jfleming@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**Corps of Cadets** | We Make Leaders

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Tuesday, August 29, 2023 8:54 AM
**To:** Brummett, Kevin L <kbrummett@corps.tamu.edu>; Fleming, John D <jfleming@corps.tamu.edu>; Schlather, Byron L <bschlather@corps.tamu.edu>
**Cc:** Anderson, Chauncy Jovan <canderson@corps.tamu.edu>
**Subject:** RE: Cadet ███,

I talked to the outfit and ███ yesterday afternoon during training time. We received a "tell someone' Report regarding her. I'll be interested to hear what the command team has to say.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Discipline
Military Advisor Parsons Mounted Cavalry
979-458-9317

---

**From:** Brummett, Kevin L <kbrummett@corps.tamu.edu>
**Sent:** Tuesday, August 29, 2023 8:42 AM
**To:** Fleming, John D <jfleming@corps.tamu.edu>; Schlather, Byron L <bschlather@corps.tamu.edu>; Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Cc:** Anderson, Chauncy Jovan <canderson@corps.tamu.edu>
**Subject:** Cadet ███

Sir,

I just finished talking to the ███ about the concerning hazing statement in this survey. Cadet ███ is going to present a plan of action to our team and Lt Col Gardner today. In it, it should detail what happened, what steps they have taken to fix the solution, a way forward for retraining to

make sure it doesn't happen again and repercussions for the Cadets who                 about the situation and posted it to the outfit.  I believe it can be dealt with at the Wing/Minor Unit Level and teach a good lesson to all, but I wanted to make sure that Lt Col Gardner was in the loop, and you had a heads-up if the Commandant or Meredith asked any questions.

Because I will be out of the office the next couple of days, I wanted to let you know it was being covered and that          should be reporting this via email to our CAT team and Lt Col Gardner before the end of today.

Lt Col Gardner, please let me know if you have any questions or guidance moving forward to assist these Cadets in taking care of this issue.

v/r,

**CPT Kevin L. Brummett USA (ret.)**  | 3rd Group Operations Advisor
Office of the Commandant | Operations and Training | Texas A&M University
Harrell Hall,                    | 1227 TAMU College Station | TX 77843-1227

ph: 979.458.4406 |                         | kbrummett@corps.tamu.edu
**TEXAS A&M UNIVERSITY** | We Make Leaders

| | |
|---|---|
| **From:** | Ornelaz, Desiree A |
| **To:** | Schlather, Byron L |
| **Cc:** | Fleming, John D |
| **Subject:** | FW: |
| **Date:** | Tuesday, September 19, 2023 3:33:42 PM |

Good Afternoon Sir,

This is what John and I received from LtCol Gardner.

**GySgt Desiree A. Ornelaz USMC (Ret)** | 1st Regiment Operations Advisor/AMC Advisor/FDTAdvisor
Office of the Commandant | Division of Student Affairs | Texas A&M University
1227 TAMU | College Station, TX 77843-1227

ph: 979-458-1034 I dornelaz@tamu.edu |
- - - - - - - - - - - - - - - - - - - - - - - - -
**Corps of Cadets** | We Make Leaders

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Tuesday, September 19, 2023 2:18 PM
**To:** Ornelaz, Desiree A <dmercado@corps.tamu.edu>
**Subject:** RE:        allegations

I don't think so.  We can discuss tomorrow if you like.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Discipline
Military Advisor Parsons Mounted Cavalry
979-458-9317

**From:** Ornelaz, Desiree A <dmercado@corps.tamu.edu>
**Sent:** Tuesday, September 19, 2023 11:22 AM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** RE:        allegations

Good Morning Sir,

I was unaware of allegations against        Do you need anything from my end as the operations advisor?

**GySgt Desiree A. Ornelaz USMC (Ret)** | 1st Regiment Operations Advisor/AMC Advisor/FDTAdvisor
Office of the Commandant | Division of Student Affairs | Texas A&M University
1227 TAMU | College Station, TX 77843-1227

ph: 979-458-1034 I dornelaz@tamu.edu |

TAMU-0359

- - - - - - - - - - - - - - - - - - - - - - -

**Corps of Cadets** | We Make Leaders

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Tuesday, September 19, 2023 10:56 AM
**To:** ████████@email.tamu.edu; ████████@email.tamu.edu; ████████ <████████@email.tamu.edu>
**Cc:** Regan III, John M <jregan@corps.tamu.edu>; Ornelaz, Desiree A <dmercado@corps.tamu.edu>
**Subject:**    allegations

All,

We have received an allegation of hazing in ████. I need to meet with all your ████████ that are not in class tomorrow at 1600 in room 203 of Ash 1. ████████ and ████ I would like for you to attend and run the meeting. Let me know if you have questions.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Discipline
Military Advisor Parsons Mounted Cavalry
979-458-9317

| From: | Schlather, Byron L |
|---|---|
| To: | Gardner, Jeffery D |
| Cc: | Fleming, John D; Washington, Robert Sykes; Simpson, Meredith M |
| Subject: | FW: ████████, UIN ████████ |
| Date: | Wednesday, October 25, 2023 10:37:00 AM |
| Attachments: | ████████ |

Jeff,

FYSA. Jeff Wilson from ResLife indicated that former cadet ████████'s mother has "made comments about the 'horrible things' that happened to her son over the past several months while he was in the Corps..." and may be making an official complaint in the future. He didn't mention any of this in his resignation survey or resignation form (both attached). I just wanted you to be aware in case you get a call from SCO (or someone else).

v/r,
Byron

**LtCol Byron L. Schlather '93, USMC (Ret)** | Deputy, Corps Operations
Office of the Commandant | Division of Student Affairs | Texas A&M University
1227 TAMU | College Station, TX 77843-1227

ph: 979.458.8458 | bschlather@corps.tamu.edu | corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**CORPS OF CADETS** | We Make Leaders

**From:** Wilson, Jeff C <jeff_wilson@reslife.tamu.edu>
**Sent:** Wednesday, October 25, 2023 10:16 AM
**To:** Schlather, Byron L <bschlather@corps.tamu.edu>
**Subject:** RE: ████████, UIN ████████

Thank you. Just a heads up, but we have now had several conversations with the Mom (called several offices here and I spoke to her yesterday as well)...who made comments about the "horrible things" that happened to her son over the past several months while he was in the Corps (to include the ████████ that he received). Sounded like they were getting ready make an official complaint on this.

This student has been assigned to temporary space in the ████████ If you look in StarRez, you should see this "tentative" booking (which means he has not completed the move-in yet)

Thanks

**Jeff Wilson '84** | Associate Director
Housing Assignments Office | Department of Residence Life | Division of Student Affairs
1258 TAMU | College Station, TX 77843-0000

ph: 979.845.4744 | toll free 888.451.3896 |email: jeff_wilson@reslife.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

**From:** Schlather, Byron L <bschlather@corps.tamu.edu>

**Sent:** Tuesday, October 24, 2023 10:37 AM
**To:** Wilson, Jeff C <jeff_wilson@reslife.tamu.edu>
**Subject:** RE: ████████, UIN ████████

Jeff,

████████ voluntarily resigned from the Corps on ████████ to focus on his academics; he completed his check-out on ████████. His resignation form is attached.

v/r,
Byron

**LtCol Byron L. Schlather '93, USMC (Ret)** | Deputy, Corps Operations
Office of the Commandant | Division of Student Affairs | Texas A&M University
1227 TAMU | College Station, TX 77843-1227

ph: 979.458.8458 | bschlather@corps.tamu.edu | corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**CORPS OF CADETS** | We Make Leaders

---

**From:** Wilson, Jeff C <jeff_wilson@reslife.tamu.edu>
**Sent:** Tuesday, October 24, 2023 10:34 AM
**To:** Schlather, Byron L <bschlather@corps.tamu.edu>
**Subject:** ████████, UIN ████████

Working on an appeal on the above student. Anything you can share on why he left the Corps? Thanks

**Jeff Wilson '84** | Associate Director
Housing Assignments Office | Department of Residence Life | Division of Student Affairs
1258 TAMU | College Station, TX 77843-0000

ph: 979.845.4744 | toll free 888.451.3896 |email: jeff_wilson@reslife.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

## Q1. Last Name:

[REDACTED]

## Q2. First Name:

[REDACTED]

## Q3. UIN:

[REDACTED]

## Q4. Major:

[dropdown]

## Q5. Outfit:

[dropdown]

## Q6. Sex:

- ● Male
- ○ Female

## Q7. Age:

19 [dropdown]

## Q8. Please answer the following questions:

| | Yes | No |
|---|---|---|
| Did you attend Fish Camp? | ○ | ● |
| Did you participate in the "Spend the Night with the Corps" program? | ○ | ● |
| Do you intend to continue to attend Texas A&M University? | ● | ○ |
| Did you receive a Corps of Cadets Scholarship (e.g., Sul Ross Scholarship, Corps 21 Scholarship, General Rudder Scholarship, Easterwood Scholarship, etc.) | ● | ○ |
| Did you receive an ROTC Scholarship? | ○ | ● |

Do you have any family members who graduated
from Texas A&M University?                 ●                      ○

Q9. Did your family influence your decision to join the Corps of Cadets?

● Yes
○ No

Q9A. On a scale of 1 to 5, how much influence did your family have on your decision to join the Corps of Cadets?

1 = Verbal encouragement ... 5 = Family member(s) made the decision for me

| | 1 | 2 | 3 | 4 | 5 | |
|---|---|---|---|---|---|---|
| Family Influence | | | | | | 2 |

Q10. Did your family support your decision to join the Corps of Cadets?

● Yes
○ Neutral
○ No

Q11. Does your family support your decision to leave the Corps of Cadets?

● Yes, my family is fully supportive of my decision to leave the Corps.
○ My family somewhat supports my decision to leave the Corps.
○ My family is neutral regarding my decision to leave the Corps.
○ My family is somewhat unsupportive of my decision to leave the Corps.
○ No, my family is not supportive of my decision to leave the Corps.

Q12. Did you want to seek a commission in one of the military services?

● Yes
○ No
○ Undecided

Q13. Why did you join the Corps of Cadets?

I joined the Corps of Cadets to prepare myself to become an officer in the US Navy.

TAMUX-0704

Q14. How were you recruited for the Corps of Cadets? (check all that apply)

- ☐ Was not recruited
- ☐ Was contacted by a cadet
- ☐ During College Night at my high school
- ☐ Interaction with Recruiting Office staff
- ☑ JROTC instructor recommended the Corps
- ☐ High School Counselor recommended the Corps
- ☐ Teacher or Coach recommended the Corps
- ☐ Heard a presentation about the Corps
- ☐ Spend the Night with the Corps program
- ☐ Spend the Day with the Corps program
- ☐ Junior Cadet Accession Program (JCAP)
- ☐ Aggie Eagle Program (AEP/Scouting)
- ☐ Aggieland Saturday
- ☑ New Student Conference at Texas A&M

**Q15.** What is your MAIN reason for leaving the Corps? (check only one)

- ⦿ Academic reasons
- ◯ Family Influence
- ◯ Financial reasons
- ◯ Other Medical reasons
- ◯ Religious reasons
- ◯ Lifestyle is too negative
- ◯ Lifestyle is too stressful
- ◯ Lifestyle is too physical
- ◯ Lifestyle is too structured
- ◯ Other

**Q15A.** Please elaborate on your reason for leaving the Corps (including explaining any selection of "Other").

I am leaving the Corps of Cadets to focus on academics. I have had trouble placing academics first while in the Corps and it is my desire to earn a GPA of 3.75 so that I can enter into                         I have also struggled to focus in classes because of worrying too much about what I needed to get done for the Corps.

**Q16.** What other reasons contribute to your departure? (Check all that apply)

- ☐ No additional reasons
- ☐ Academic reasons
- ☐ Family influence
- ☐ Financial reasons
- ☐ Other Medical reasons
- ☐ Religious reasons
- ☐ Lifestyle is too negative
- ☐ Lifestyle is too stressful
- ☐ Lifestyle is too physical

TAMUX-0303

☐ Lifestyle is too structured

☐ Other

*Q16A.* You selected "Other."  Please elaborate.

*This question was not displayed to the respondent.*

*Q17.* Indicate your opinions on the following statements regarding the Corps of Cadets:

| | Strongly Agree | Agree | Neutral | Disagree | Strongly Disagree |
|---|---|---|---|---|---|
| My outfit really cared about me. | ○ | ◉ | ○ | ○ | ○ |
| The upperclassmen were professional. | ○ | ◉ | ○ | ○ | ○ |
| Members of my outfit demonstrated good leadership. | ○ | ◉ | ○ | ○ | ○ |
| Members of my outfit respected my dignity as a person. | ○ | ◉ | ○ | ○ | ○ |
| Academic performance was really my outfit's first priority. | ○ | ○ | ◉ | ○ | ○ |
| Discipline and training were correctly balanced in the Corps. | ○ | ◉ | ○ | ○ | ○ |
| I had adequate time to study. | ○ | ○ | ○ | ◉ | ○ |
| I had enough to eat during mealtimes. | ○ | ◉ | ○ | ○ | ○ |
| I had sufficient time to sleep. | ○ | ○ | ◉ | ○ | ○ |
| My dorm room was an adequate living environment. | ○ | ○ | ◉ | ○ | ○ |
| I had sufficient free time scheduled into an average week. | ○ | ○ | ○ | ○ | ◉ |
| I was physically prepared for the Corps. | ○ | ○ | ◉ | ○ | ○ |
| I was mentally prepared for the Corps. | ○ | ◉ | ○ | ○ | ○ |
| There was more PT than I expected. | ○ | ○ | ○ | ◉ | ○ |
| There was more yelling than I expected. | ○ | ○ | ◉ | ○ | ○ |
| There was a lot of profanity used around me. | ○ | ◉ | ○ | ○ | ○ |
| There was a lot of alcohol use. | ○ | ○ | ○ | ◉ | ○ |
| I witnessed a hazing incident while in the Corps. | ○ | ○ | ○ | ◉ | ○ |
| I was a victim of hazing while in the Corps. | ○ | ○ | ○ | ○ | ◉ |

*Q17A.* Describe the hazing event(s) in detail.  Include who was present, what actions took place, when did it occur, where did it occur, and what purpose was given, if any, for the activity that took place.

*This question was not displayed to the respondent.*

*Q18.* List the three MOST POSITIVE upperclassmen in your outfit:

██████    Mr. ███    and Mr. ██████  .

*Q19.* If applicable, list any ABUSIVE upperclassmen in your outfit.  Provide a short explanation why you consider their actions or behavior negative or abusive.

TAMU-0706

TAMU-3707

# RESIGNATION FROM THE CORPS OF CADETS

**\*\*FORM TO BE PRINTED AS A TWO-SIDED DOCUMENT & ISSUED BY OPERATIONS ADVISOR\*\***

## I. PERSONAL INFORMATION (PLEASE PRINT LEGIBLY IN BLACK OR BLUE INK)

| NAME (LAST, FIRST, MIDDLE) | | | | | UIN | |
|---|---|---|---|---|---|---|
| ██████████ | | | | | ██████████ | |

| CORPS CLASS YR | CORPS UNIT | DORM NUMBER | ROOM NUMBER | ACADEMIC MAJOR | SEX |
|---|---|---|---|---|---|
| | | ██ | ██ | | ☒ M  ☐ F |

**ROTC BRANCH AFFILIATION (IF APPLICABLE)**
☐ Army   ☐ Air Force   ☐ Navy/Marine

**CONTRACT STATUS**
☐ Basic ROTC   ☐ ROTC Contract   ☐ Marine PLC   ☒ D&C

| HOME ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| ██████████ | ██████ | ████ | ████ |

| CELL PHONE NUMBER | EMAIL ADDRESS |
|---|---|
| ██████ | ██████████ |

Are you a **Corps Scholarship** recipient? ☒ YES ☐ NO

Are you a **ROTC Scholarship** recipient? ☐ YES ☒ NO   Term ☐ 3Yr ☐ 4Yr

## II. REASON(S) FOR RESIGNATION

I decided to resign from the Corps of Cadets in order to focus more on my academics and pursue an _____ degree.

## III. PLANS AFTER LEAVING CORPS (CHECK ALL THAT APPLY)

☒ remain at TAMU as a civilian student   ☐ resign from TAMU   ☐ return to Corps at later date

## IV. STATEMENT ON HAZING

(CHECK ONE)
I ☐ was   ☒ was not   a victim of hazing in the Corps of Cadets

(CHECK ONE)
I ☐ am   ☐ am not   willing to provide a statement about hazing incident(s) in Corps   ☒ N/A

## V. TERMS AND CONDITIONS OF RESIGNATION (PLEASE READ BEFORE SIGNING)

I resign my membership in the Corps of Cadets. I understand and accept the following terms and conditions:

- I am required to complete the clearance process indicated on the reverse side of this form within 5 business days from the date of resignation
- I am required to turn in all Corps uniforms to the UDC within 5 business days from my date of resignation
- I remain bound by the terms of my housing contract
- I will forfeit any Corps scholarships that have been awarded for current and future semesters
- I must present a copy of this form to the Sbisa Dining Center to cancel my meal plan or change to a non-Corps plan
- I must contact my ROTC department to determine the status of my ROTC scholarship (if applicable)
- I must complete all steps in the clearance process prior to Corps Operations, the last stop of the checkout process.

I certify by my below signature that all information I have provided is accurate to the best of my knowledge.

| CADET SIGN██████████ | DATE OF RESIGNATION 9/26/2022 |
|---|---|

TAMU-0708

## VI. CLEARANCE FROM THE CORPS OF CADETS

### 1. COMMANDERS' INITIALS

| OUTFIT | MINOR UNIT | MAJOR UNIT |
|---|---|---|
| ▮ | Not Avail for Signature | Not Available for signature |

COMMENTS: Stay HARD

COMM ▮ | COMMENT ▮

### 2. OPERATIONS ADVISOR

SIGNATURE ▮ DATE 9/26/23

COMMENTS: Would like to focus on Academics.

### 3. BAND DIRECTOR (Band Hall), 845-3529

For Cadets in the Aggie Band Only

SIGNATURE N/A | DATE 10/17/23

COMMENTS:

### 4. CORPS HOUSING (Plank LLC), 845-3443

Pick up room inventory card and transfer papers (if transferring to civilian housing)

SIGNATURE ▮ | DATE 10/17/23

COMMENTS:

### 5. SCHOLARSHIP OFFICE (ASH 1 LLC), 458-0469

Mr. Siegel, Director of Corps Scholarship Programs

SIGNATURE ▮ | DATE 10/17/23

COMMENTS:

## VII. ADDITIONAL REQUIREMENTS (STUDENT MAY INCUR ADDITIONAL CHARGES IF THESE STEPS ARE NOT COMPLETED)

### 1. ROTC REPRESENTATIVE (Trigon)

Army - 3rd Floor, 845-2814; Air Force - 2nd Floor, 845-7611;
Navy/Marine - 1st Floor & Basement, 845-1775

SIGNATURE ▮ | DATE 10/18/23

COMMENTS: ROTC is Aware of resignation.

### 2. UNIFORM DISTRIBUTION CENTER, 845-2528

Uniforms must be turned in no later than **5 business days** from the Date of Resignation (on front side of this form)

SIGN ▮ | DATE 10/3/23

The UDC has my permission to assess dry cleaning charges to my fee statement ☐ YES ☐ NO

COMMENTS:

### 3. MEAL PLAN OFFICE (Sbisa Underground)

Cancel Corps meal plan or change to non-Corps plan

SI ▮ | DATE 10/18/23

COMMENTS:

### 4. CORPS HOUSING OFFICER (In appropriate dorm)

☐ Room Inspected & Inventory Card Signed

SIGNATU ▮ | DATE 10/18/23

COMMENTS:

### 5. CORPS HOUSING (Plank LLC), 845-3443

Must complete all previous steps prior to outprocessing Corps Housing

SIGNATU ▮ | DATE 10/18/23

COMMENTS:

☑ Signed and completed inventory card & room key returned ☑ Card access canceled ☑ Photocopy of this form given to student

### 6. CORPS OPERATIONS (ASH II LLC), 862-4311, LAST

LtCol Fleming, Operations Director
LtCol Schlather, Operations Deputy

SIG ▮ | DATE 18 OCT 23

COMMENTS:

☐ Deactivated in CMS ☐ Updated Exit Roster ☐ Updated Fish Attrition Report, if freshman

TAMU-3709

| From: | Gardner, Jeffery D |
|---|---|
| To: | Schlather, Byron L; Anderson, Chauncy Jovan |
| Cc: | Fleming, John D; Griffing, Kenneth; Scheffler, Ricky L; Washington, Robert Sykes |
| Subject: | RE:                    Floor Damage and Guidance |
| Date: | Monday, January 29, 2024 9:40:48 AM |

If specific individuals are responsible for the damage, why are they going to pay out of outfit funds? Seems like the individuals responsible should pay.  I can charge them with destruction of property under student rules if you would like.

V/R

<span style="color:maroon">Lt. Col Jeff Gardner '82, USAF (Ret)</span>
<span style="color:maroon">Corps Standards and Accountability Director</span>
<span style="color:maroon">Military Advisor Parsons Mounted Cavalry</span>
<span style="color:maroon">979-458-9317</span>

**From:** Schlather, Byron L <bschlather@corps.tamu.edu>
**Sent:** Monday, January 29, 2024 9:36 AM
**To:** Anderson, Chauncy Jovan <canderson@corps.tamu.edu>
**Cc:** Fleming, John D <jfleming@corps.tamu.edu>; Griffing, Kenneth <kgriffing@corps.tamu.edu>; Scheffler, Ricky L <rick_scheffler@reslife.tamu.edu>; Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>; Washington, Robert Sykes <rwashington@corps.tamu.edu>
**Subject:** RE:                    Floor Damage and Guidance

Chauncy,
Thanks for the info.  Other than the shower door and room        , all of the other rooms belong to
                , yet those identified as being responsible for the damage are              and           .  That's a curious trend.

v/r,
Byron

**LtCol Byron L. Schlather '93, USMC (Ret)** | Deputy, Corps Operations
Office of the Commandant | Division of Student Affairs | Texas A&M University
1227 TAMU | College Station, TX 77843-1227

ph: 979.458.8458 | bschlather@corps.tamu.edu | corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
<span style="color:maroon">**CORPS OF CADETS**</span> | We Make Leaders

**From:** Anderson, Chauncy Jovan <canderson@corps.tamu.edu>
**Sent:** Monday, January 29, 2024 8:16 AM
**To:** Schlather, Byron L <bschlather@corps.tamu.edu>
**Cc:** Fleming, John D <jfleming@corps.tamu.edu>; Griffing, Kenneth <kgriffing@corps.tamu.edu>; Scheffler, Ricky L <rick_scheffler@reslife.tamu.edu>; Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>; Washington, Robert Sykes <rwashington@corps.tamu.edu>
**Subject:** RE:                    Floor Damage and Guidance

TAMU-03790

Good Morning Sir,

I Spoke with ███████ on this issue. He provided me with the following info.

Room ██████ - Missing Door number. █████████ and █████████ responsible.
Room ██████ - Broken Peephole. █████████ Responsible
Room ███████ - Broken Peephole. ████████ Responsible.
Room ██████ – Broken Peephole. █████████ Responsible
Room ██████ Peephole - ███████ Responsible.
Shower Door- █████████ responsible.

He also stated that they we willing to pay for it with outfit funds if possible. I told him we would let him know if that was an option. I know you said we cant ENFORCE group billing but does that mean they cant voluntarily pay for it with outfit funds? I will stop by the office to get further guidance here in a bit.

R/

**MSgt Chauncy J. Anderson USMC (Ret)** | 1st Wing Military Advisor
Office of the Commandant | Division of Student Affairs| Texas A&M University
Plank| TAMU | College Station, TX 77843

ph: 979.458.9372 | | [canderson@corps.tamu.edu](mailto:canderson@corps.tamu.edu)
- - - - - - - - - - - - - - - - - - - - - - - -
**Corps of Cadets** | We Make Leaders

---

**From:** Schlather, Byron L <[bschlather@corps.tamu.edu](mailto:bschlather@corps.tamu.edu)>
**Sent:** Friday, January 26, 2024 8:54 AM
**To:** Anderson, Chauncy Jovan <[canderson@corps.tamu.edu](mailto:canderson@corps.tamu.edu)>
**Cc:** Fleming, John D <[jfleming@corps.tamu.edu](mailto:jfleming@corps.tamu.edu)>; Griffing, Kenneth <[kgriffing@corps.tamu.edu](mailto:kgriffing@corps.tamu.edu)>; Scheffler, Ricky L <[rick_scheffler@reslife.tamu.edu](mailto:rick_scheffler@reslife.tamu.edu)>; Gardner, Jeffery D <[jeff_gardner@corps.tamu.edu](mailto:jeff_gardner@corps.tamu.edu)>; Washington, Robert Sykes <[rwashington@corps.tamu.edu](mailto:rwashington@corps.tamu.edu)>
**Subject:** FW: ███████ Floor Damage and Guidance

Chauncy,
Try to find out who broke the shower door. We can no longer enforce group billing, so if we don't identify a cadet (or multiple cadets), we can't split the cost among all outfit members.

Please look into the peephole issue (pun intended). If cadets are reversing the peepholes or removing them, that's a chargeable offense.

Also, tell the cadets that removing room numbers is vandalism, at least, and could easily be considered theft (an honor code violation).

v/r,
Byron

**LtCol Byron L. Schlather '93, USMC (Ret)** | Deputy, Corps Operations
Office of the Commandant | Division of Student Affairs | Texas A&M University
1227 TAMU | College Station, TX 77843-1227

ph: 979.458.8458 | bschlather@corps.tamu.edu | corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**CORPS OF CADETS** | We Make Leaders

---

**From:** Scheffler, Ricky L <rick_scheffler@reslife.tamu.edu>
**Sent:** Friday, January 26, 2024 8:16 AM
**To:** ███████████████████████████
**Cc:** Barrera, Sylvia <sylvia_barrera@reslife.tamu.edu>; Schlather, Byron L <bschlather@corps.tamu.edu>; Griffing, Kenneth <kgriffing@corps.tamu.edu>; Meredith Jr, Billy <bmeredith@corps.tamu.edu>; DSA - DL - Corps Advisors <cto@corps.tamu.edu>
**Subject:** RE: ███████████ Floor Damage and Guidance

Thanks ████ for the follow-up and inspection report in ███████████ . - Just to confirm you put ████████ in the header but
I assume this information is all about ████████ and not ██ correct ? I am including Corps Staff on this as we have a couple of different issues to resolve here. Also ████ send me your ████ report form with all of the relevant information on these issues including the work order number for that shower door.

- First as far as the broken shower door if you are able to identify the cadet or cadets who broke this door let me know as there will most likely be billing involved here as this does not look like normal wear & tear.

- As far as the missing number cards if those are the ones with a cadet's name & class information those are obtained through the Corps and not Housing

- Also on your report let me know where all of the missing peepholes are as that is a risk management issue and needs to be addressed asap .

Thanks ,

Rick

---

**From:** ███████████████████████████
**Sent:** Thursday, January 25, 2024 4:13 PM

**To:** Scheffler, Ricky L <<u>rick_scheffler@reslife.tamu.edu</u>>
**Subject:**                    Floor Damage and Guidance

**This Message Is From an External Sender**
This message came from outside your organization.

Howdy Rick,

This week for inspection, there some missing room number cards and a lot of missing or broken peepholes on the _____ floor, as well as a broken shower door which I'll include a picture of. I've already submit a work order for the door and for the number cards and peepholes, I'm going to talk with _____ leadership this evening and determine what all can still be recovered before marking it all as lost.

For the number cards and peepholes that are considered lost or no longer usable, should I submit a work order or are those kept in the housing office?

Thank you,

█████████



Sir,

I received the following from Student Conduct. I do not believe we should act until the University determines if they will start a hazing investigation.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)

Assistant Commandant for Discipline

Military Advisor Parsons Mounted Cavalry

979-458-9317

**From:** ▓▓▓▓▓▓▓▓ (via Maxient) <notifications@maxient.com>

**Sent:** Sunday, January 15, 2023 8:36 PM

**To:** Sellers, Tyler B <tsellers@stuact.tamu.edu>

**Subject:**        College Station - Off Campus - 01/15/2023 8:00 PM

**This Message Is From an External Sender**

This message came from outside your organization.

Secondary recipient (you were copied)

**Campus Community Incident Report**

**Background Information**

Campus Location

**College Station**

Status of the Alleged Offender

**Recognized Student Organization**

Date of incident

**2023-01-15**

Time of incident

**8:00 PM**

Location of incident

**Off Campus - Unknown House**

**Involved Parties**

() Organization

**Incident Description**

Please describe the incident with as much detail as possible and use specific, concise, objective language. Focus on the Who, What, When, Where, How, and Why of the incident. Indicate specific people, words, phrases, and interactions.

Please try use specific names instead of pronouns (he, she, they, etc.) when referring to people in the body of the report. When possible, we encourage the use of direct quotes,

even in incidents when the language may be profane or abusive. For example, "Joe Aggie shook his fist at me and said 'you are a stupid loser'" is more helpful than "Joe Aggie was threatening and used aggressive language with me."

██████████████ **and other** ████████████ **blind folded** ████████████████████ **and made them get into cars and drove them to a house at an unknown location. They then forced them to consume 12 dozen eggs made from a wok that** ███ **keeps in his dorm.**

## Supporting Documentation
**No additional documents were attached to this report.**

## Submitted By
Your full name
████████████

Position/title/student status
**Student**
Your email address
████████████████████

Your phone number
██████████

UIN
██████████

*[UNAUTHENTICATED]*

## Routing Information
Primary recipient:
**Erica Moore (Administrative Coordinator, Department of Student Activities)**
Copied recipients:
• Tyler Sellers
• jhbrown@stuact.tamu.edu
Text msg recipients: None
Originating IP address:
Submitted through IR layout #1
Processed by routing rule #189

**Message sent by Maxient**
**Replies will be sent to the submitter (**████████████████

| From: | Gardner, Jeffery D |
|---|---|
| **To:** | Brummett, Kevin L; Nester, Aoife |
| **Cc:** | Simpson, Meredith M; Fleming, John D; Schlather, Byron L; BEATY, GARY; Regan III, John M |
| **Subject:** | RE: ████████ Incident |
| **Date:** | Thursday, January 26, 2023 12:29:28 PM |
| **Attachments:** | image001.png |

Officer Nestor,

You will need to contact Student Conduct to obtain any violations of Student Rules and resulting sanctions. As for the Corps side, he was in violation of the Corps Alcohol policy ██████████ and received sanctions. If you need more specific information, please contact me directly.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)

Assistant Commandant for Discipline

Military Advisor Parsons Mounted Cavalry

979-458-9317

**From:** Brummett, Kevin L <kbrummett@corps.tamu.edu>
**Sent:** Thursday, January 26, 2023 11:28 AM
**To:** Nester, Aoife <aoifenester@tamu.edu>
**Cc:** Simpson, Meredith M <msimpson@corps.tamu.edu>; Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>; Fleming, John D <jfleming@corps.tamu.edu>; Schlather, Byron L <bschlather@corps.tamu.edu>; BEATY, GARY <gbeaty@corps.tamu.edu>; Regan III, John M <jregan@corps.tamu.edu>
**Subject:** RE: ████████ Incident

Officer Nestor,

Below are several contacts that may be able to provide information about ████████ All are copied on this email. My best guess is to talk to LtCol Gardner and COL Beaty first so they can talk to the University Discipline and Legal offices about releasing any information.

Gunnery Sergeant Regan was ████████ Cadet Training Officer – jregan@tamu.edu

LtCol Gardner is our Asst. Commandant of Discipline – jeff.gardner@tamu.edu

Ms. Simpson is our Asst. Commandant for Academics – msimpson@corps.tamu.edu

COL Beaty is our Chief of Staff for the Corps - gbeaty@tamu.edu

Hope this helps.

**v/r,**

**CPT Kevin L. Brummett USA (ret.)** | 3rd Wing Cadet Training Officer
Office of the Commandant | Operations and Training | Texas A&M University
Harrell Hall,                          | 1227 TAMU College Station | TX 77843-1227

ph: 979.458.4406 |                                   | kbrummett@corps.tamu.edu
**TEXAS A&M UNIVERSITY** | We Make Leaders

RANGER
RLTW

**From:** Nester, Aoife <aoifenester@tamu.edu>
**Sent:** Wednesday, January 25, 2023 8:55 PM
**To:** Brummett, Kevin L <kbrummett@corps.tamu.edu>
**Subject:** ████████ - Dec. 11 Incident

Capt. Brummett,

I'm Officer Nester, one of the two TAMUPD Officers you spoke with in regards to the incident involving ███████ and ██████████ after the ████████████ .

I've been asked by the District Attorney to obtain any complaints, sanctions, disciplinary actions or commendations for ███████ for his time during the Corps. You were my one point of contact during that ██████ so I figured I would start with you as to figuring out the best way to go about obtaining this information.

As with when we spoke last time, I am still working nights, 1800 to 0600, but I am able to access my email from my phone.

*Aoife Nester '18*
*Police Officer*
*Texas A&M University Police Department*
*979-845-2345*
*aoifenester@tamu.edu*

| **From:** | Gardner, Jeffery D |
| **To:** | Michaelis, Patrick Ralph |
| **Cc:** | BEATY, GARY; Fleming, John D |
| **Subject:** | ███████████ |
| **Date:** | Wednesday, February 1, 2023 10:27:11 AM |

Good morning Sir,

I participated in a conduct panel yesterday for ████████████        The panel's decision was to suspend him from the university and dismiss him from the Corps.  He can return to the university in the fall. He will appeal the decision.

V/R

| | |
|---|---|
| **From:** | Gardner, Jeffery D |
| **To:** | Michaelis, Patrick Ralph |
| **Cc:** | BEATY, GARY; Fleming, John D |
| **Subject:** | outcome |
| **Date:** | Wednesday, February 8, 2023 7:42:55 AM |

Sir,

I have requested the official outcome from the Title IX office. I received the following from the outfit:

█████ withdrew from the university

███████ one year suspension

███████one year suspension

████████one semester suspension

██████ one semester suspension

██████Probation

████████ Probation

██████Probation

███████ Probation

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)

Assistant Commandant for Discipline

Military Advisor Parsons Mounted Cavalry

979-458-9317

| From: | Gardner, Jeffery D |
| --- | --- |
| To: | Michaelis, Patrick Ralph |
| Cc: | BEATY, GARY; Fleming, John D |
| Subject: | FW: RE:      Outcome Letters |
| Date: | Wednesday, February 8, 2023 2:06:23 PM |
| Attachments: | |



Sir,

Attached is the email request sent to Title IX. It answers your question as to why we were not notified. I reiterated the importance of letting us know the outcome of investigations before or when the student is notified with the understanding the appeals process could change the outcome.

I also contacted Jennifer Smith, who informed me the deadline to appeal is                            If any of the cases are appealed, it goes through another process and will likely not be resolved until sometime mid-March. As summary of the findings is attached in the excel document.

Sir, I believe we need to have a discussion regarding the cadets not suspended future in the Corps.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)

Assistant Commandant for Discipline

Military Advisor Parsons Mounted Cavalry

979-458-9317

**From:** Allison, Terri L <terriallison@tamu.edu>
**Sent:** Wednesday, February 8, 2023 9:04 AM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Cc:** Smith, Jennifer M <jennifer.smith@exchange.tamu.edu>
**Subject:** RE:      Outcome Letters

Good morning, Lt. Col. Gardner

Our usual practice is not to send out the final decision letters to campus entities until the appeals process has run it's course, in case any decisions are modified. However, I have attached the outcome letters for you here as a courtesy. The deadline for appeal in this case is                            .

Best,

*Terri Allison* | She |Her|Hers|Hearing Coordinator/Civil Rights Investigator
University Risk, Ethics, and Compliance | Civil Rights and Equity Investigations
Texas A&M University | YMCA, Suite 200D

| **From:** | Gardner, Jeffery D |
|-----------|---------------------|
| **To:** | Michaelis, Patrick Ralph |
| **Cc:** | BEATY, GARY; Thompson, Amy L; Fleming, John D |
| **Subject:** | |
| **Date:** | Wednesday, February 8, 2023 2:47:02 PM |

Afternoon Sir,

Just got off the phone with Student Conduct. Charge letters for ▮▮▮ should be out by next Wednesday. The ▮▮▮▮▮▮ will be included in the letters. I presume ▮▮▮ discussed the plan for ensuring ▮▮▮ calendar is not impacted.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)

Assistant Commandant for Discipline

Military Advisor Parsons Mounted Cavalry

979-458-9317

FYI. We need to discuss if these cadets will return to their outfit.

V/R

Begin forwarded message:

> **From:** "Reilly, Michael" <mreilly@navy.tamu.edu>
> **Date:** February 7, 2023 at 5:48:00 PM CST
> **To:** "Gardner, Jeffery D" <jeff_gardner@corps.tamu.edu>, "BEATY, GARY" <gbeaty@corps.tamu.edu>
> **Cc:** "Fleming, John D" <jfleming@corps.tamu.edu>, "Marsh, Scott" <smarsh@navy.tamu.edu>, "Mullenberg, Jason" <jmullenberg@navy.tamu.edu>
> **Subject: Fwd: Outcome Letters**
>
>  Gary and Jeff,
>
> Please see the attached SCO and Title IX results for ████████ and  ████████
>
> Both of these cadets have displayed appropriate repentance and I'd like for them to resume their life in the Corps as soon as possible.
>
> I don't have any of the results for other cadets.
>
>
> Thanks,
> Mike
>
> Semper Fi,
> Col Michael D. Reilly
>
>
> Begin forwarded message:
>
> > **From:** "Quandt, Kathryn" <kquandt@navy.tamu.edu>
> > **Date:** February 7, 2023 at 17:08:23 CST
> > **To:** "Reilly, Michael" <mreilly@navy.tamu.edu>
> > **Subject: Outcome Letters**

Good Afternoon, Sir,

As requested.

Respectfully,

**Kathryn Quandt**

Captain | USMC

Marine Officer Instructor | NROTC | Texas A&M University

(979) 845-1775

(979) 458-6066

- - - - - - - - - - - - - - - - - - - - - - - -

**TEXAS A&M UNIVERSITY** | FEARLESS on Every Front

| | |
|---|---|
| **From:** | Gardner, Jeffery D |
| **To:** | Norris, Dale W; Fleming, John D |
| **Subject:** | FW: CC: Texas A&M University Correspondence for Conduct Case |
| **Date:** | Thursday, February 9, 2023 10:47:40 AM |
| **Attachments:** | |

FYI

Lt. Col Jeff Gardner '82, USAF (Ret)

Assistant Commandant for Discipline

Military Advisor Parsons Mounted Cavalry

979-458-9317

**From:** Student Conduct Office (via Maxient) <notifications@maxient.com>

**Sent:** Thursday, February 9, 2023 10:40 AM

**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>

**Subject:** CC: Texas A&M University Correspondence for Conduct Case

**This Message Is From an External Sender**

This message came from outside your organization.

You have been copied on a letter for case ▮▮▮▮▮▮▮▮ Please review the PDF attachment and retain a copy for your files. If you encounter difficulty opening this attachment, please contact our office.

Student Conduct Office
Offices of the Dean of Student Life
Texas A&M University
Phone: 979.847.7272
scrs@tamu.edu
https://studentlife.tamu.edu/sco/

**From:**        Gardner, Jeffery D
**To:**           Norris, Dale W; Fleming, John D
**Subject:**     FW: CC: Texas A&M University Correspondence for Conduct Case ██████████
**Date:**        Thursday, February 9, 2023 10:47:56 AM
**Attachments:**

FYI

Lt. Col Jeff Gardner '82, USAF (Ret)

Assistant Commandant for Discipline

Military Advisor Parsons Mounted Cavalry

979-458-9317

**From:** Student Conduct Office (via Maxient) <notifications@maxient.com>
**Sent:** Thursday, February 9, 2023 10:44 AM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** CC: Texas A&M University Correspondence for Conduct Case ██████████

| **This Message Is From an External Sender** |
| --- |
| This message came from outside your organization. |

You have been copied on a letter for case ██████████ Please review the PDF attachment and retain a copy for your files. If you encounter difficulty opening this attachment, please contact our office.

Student Conduct Office
Offices of the Dean of Student Life
Texas A&M University
Phone: 979.847.7272
scrs@tamu.edu
https://studentlife.tamu.edu/sco/

**From:** Gardner, Jeffery D
**To:** Norris, Dale W; Fleming, John D
**Subject:** FW: CC: Texas A&M University Correspondence for Conduct Case ▮
**Date:** Thursday, February 9, 2023 10:51:23 AM
**Attachments:**

FYI

Lt. Col Jeff Gardner '82, USAF (Ret)

Assistant Commandant for Discipline

Military Advisor Parsons Mounted Cavalry

979-458-9317

**From:** Student Conduct Office (via Maxient) <notifications@maxient.com>
**Sent:** Thursday, February 9, 2023 10:46 AM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** CC: Texas A&M University Correspondence for Conduct Case ▮

**This Message Is From an External Sender**

This message came from outside your organization.

You have been copied on a letter for case ▮ Please review the PDF attachment and retain a copy for your files. If you encounter difficulty opening this attachment, please contact our office.

Student Conduct Office
Offices of the Dean of Student Life
Texas A&M University
Phone: 979.847.7272
scrs@tamu.edu
https://studentlife.tamu.edu/sco/

| **From:** | Gardner, Jeffery D |
| --- | --- |
| **To:** | Fleming, John D |
| **Subject:** | RE: CC: Texas A&M University Correspondence for Conduct Case ████████ |
| **Date:** | Thursday, February 9, 2023 11:27:32 AM |

They kicked ████ back to me.

<span style="color:#8B1A2B">Lt. Col Jeff Gardner '82, USAF (Ret)</span>

<span style="color:#8B1A2B">Assistant Commandant for Discipline</span>

<span style="color:#8B1A2B">Military Advisor Parsons Mounted Cavalry</span>

<span style="color:#8B1A2B">979-458-9317</span>

**From:** Fleming, John D <jfleming@corps.tamu.edu>
**Sent:** Thursday, February 9, 2023 11:26 AM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** RE: CC: Texas A&M University Correspondence for Conduct Case ████████

Copy all. ████?

S/F

**LtCol John D. Fleming '94. USMC (Ret)** | Assistant Commandant, Operations and Training
Office of the Commandant | Division of Student Affairs | Texas A&M University
Ash II LLC |1227 TAMU | College Station, TX 77843-1227

ph: 979.862.4311 | fax: 979.458.1436 | jfleming@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
<span style="color:#8B1A2B">**Corps of Cadets** | We Make Leaders</span>

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Thursday, February 9, 2023 10:51 AM
**To:** Norris, Dale W <dnorris@corps.tamu.edu>; Fleming, John D <jfleming@corps.tamu.edu>
**Subject:** FW: CC: Texas A&M University Correspondence for Conduct Case ████████

FYI

<span style="color:#8B1A2B">Lt. Col Jeff Gardner '82, USAF (Ret)</span>

<span style="color:#8B1A2B">Assistant Commandant for Discipline</span>

<span style="color:#8B1A2B">Military Advisor Parsons Mounted Cavalry</span>

<span style="color:#8B1A2B">979-458-9317</span>

**From:** Student Conduct Office (via Maxient) <notifications@maxient.com>
**Sent:** Thursday, February 9, 2023 10:46 AM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** CC: Texas A&M University Correspondence for Conduct Case ████████

**This Message Is From an External Sender**

This message came from outside your organization.

You have been copied on a letter for case ████████████ Please review the PDF attachment and retain a copy for your files. If you encounter difficulty opening this attachment, please contact our office.

| | |
|---|---|
| **From:** | Michaelis, Patrick Ralph |
| **To:** | Gardner, Jeffery D |
| **Cc:** | BEATY, GARY; Fleming, John D; Schlather, Byron L; Washington, Robert Sykes |
| **Subject:** | RE: |
| **Date:** | Tuesday, February 14, 2023 3:52:10 PM |

Got it. Thanks Jeff.

Also… got a not from Joe Ramirez,    will be charged out on Thursday.

**BG Patrick R. Michaelis '93, US Army (Ret.)**
Commandant
1227 TAMU | College Station, TX 77843-1227
ph: 979.845.2811|
- - - - - - - - - - - - - - - - - - - - - - - -
**Corps of Cadets | Texas A&M University**

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>

**Sent:** Tuesday, February 14, 2023 3:35 PM

**To:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>

**Cc:** BEATY, GARY <gbeaty@corps.tamu.edu>; Fleming, John D <jfleming@corps.tamu.edu>; Schlather, Byron L <bschlather@corps.tamu.edu>; Washington, Robert Sykes <rwashington@corps.tamu.edu>

**Subject:**

Sir,

Results of the        Conduct hearing today are:

██████████ not responsible for hazing. Responsible for Conduct unbecoming a cadet- University and Corps Conduct review until 12 May 2023

██████████ not responsible for hazing. Responsible for Conduct unbecoming a cadet- University and Corps Conduct review until 12 May 2023

██████████ not responsible for hazing. Responsible for Conduct unbecoming a cadet- University and Corps Conduct review until 12 May 2023

Additionally, the outfit is required to meet with me to determine how we are going to change the outfit culture.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)

Assistant Commandant for Discipline

Military Advisor Parsons Mounted Cavalry

979-458-9317

TAMU-0798

| From: | Gardner, Jeffery D |
|---|---|
| To: | Fleming, John D |
| Subject: | RE: |
| Date: | Monday, February 20, 2023 4:02:09 PM |

These did not file an appeal. The others did file so we will not be able to move forward until mid-March.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)

Assistant Commandant for Discipline

Military Advisor Parsons Mounted Cavalry

979-458-9317

**From:** Fleming, John D <jfleming@corps.tamu.edu>

**Sent:** Monday, February 20, 2023 4:01 PM

**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>

**Cc:** Schlather, Byron L <bschlather@corps.tamu.edu>

**Subject:** RE:

So much for the middle of March…?

**LtCol John D. Fleming '94. USMC (Ret)** | Assistant Commandant, Operations and Training
Office of the Commandant | Division of Student Affairs | Texas A&M University
Ash II LLC |1227 TAMU | College Station, TX 77843-1227

ph: 979.862.4311 | fax: 979.458.1436 | jfleming@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - - -
**Corps of Cadets** | We Make Leaders

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>

**Sent:** Monday, February 20, 2023 3:45 PM

**To:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>

**Cc:** BEATY, GARY <gbeaty@corps.tamu.edu>; Fleming, John D <jfleming@corps.tamu.edu>;
Schlather, Byron L <bschlather@corps.tamu.edu>

**Subject:**

Good afternoon Sir,

Just received notice that the appeals window for ████████████████████████ is closed and their sanctions and their cases are now finalized. We will need to decide on their Corps status in the next couple of days.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)

Assistant Commandant for Discipline

Military Advisor Parsons Mounted Cavalry

979-458-9317

| From: | Gardner, Jeffery D |
|---|---|
| **To:** | Michaelis, Patrick Ralph |
| **Cc:** | BEATY, GARY; Fleming, John D; Schlather, Byron L |
| **Subject:** | |
| **Date:** | Tuesday, February 21, 2023 2:27:59 PM |
| **Attachments:** | |

Good afternoon Sir,

The attachment contains the members of        that are being charged. Student Conduct office has determined this to be low level hazing and as such, has given those charged three options:

> (1) Accept responsibility for all charges and accept the sanctions listed below
>
> (2) Choose not to contest the charges and accept the sanctions listed below.
>
> (3) Request a Student Conduct Conference to contest the charges.

The sanctions identified by Student Conduct include:

1. Conduct Review through Friday, May 12, 2023.
2. Corps Conduct Review through Friday, May 12, 2023
3. Hazing Education Workshop (HEW), due Friday, April 28, 2023.

I am standing by for your questions.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)

Assistant Commandant for Discipline

Military Advisor Parsons Mounted Cavalry

979-458-9317

**From:** Gardner, Jeffery D
**To:** Fleming, John D
**Subject:** RE: Additional          charges
**Date:** Thursday, February 23, 2023 2:21:52 PM

The "deal" was for          This is still part of the bigger          problem not separable.

Lt. Col Jeff Gardner '82, USAF (Ret)

Assistant Commandant for Discipline

Military Advisor Parsons Mounted Cavalry

979-458-9317

**From:** Fleming, John D <jfleming@corps.tamu.edu>

**Sent:** Thursday, February 23, 2023 2:20 PM

**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>

**Subject:** RE: Additional          charges

Any idea if they will be offered the same deal as the others?

S/F

**LtCol John D. Fleming '94. USMC (Ret)** | Assistant Commandant, Operations and Training
Office of the Commandant | Division of Student Affairs | Texas A&M University
Ash II LLC |1227 TAMU | College Station, TX 77843-1227

ph: 979.862.4311 | fax: 979.458.1436 | jfleming@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**Corps of Cadets** | We Make Leaders

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>

**Sent:** Thursday, February 23, 2023 1:35 PM

**To:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>

**Cc:** BEATY, GARY <gbeaty@corps.tamu.edu>; Fleming, John D <jfleming@corps.tamu.edu>;
Schlather, Byron L <bschlather@corps.tamu.edu>; Regan III, John M <jregan@corps.tamu.edu>

**Subject:** Additional          charges

Good afternoon Sir,

An additional          cadets from          were charged today for hazing resulting from the investigation.          The cadets are:

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)

Assistant Commandant for Discipline

Military Advisor Parsons Mounted Cavalry

979-458-9317

TAMU-3798

| From: | Michaelis, Patrick Ralph |
|---|---|
| To: | Gardner, Jeffery D |
| Cc: | BEATY, GARY; Fleming, John D; Regan III, John M; Parker, Chad L; Thompson, Amy L |
| Subject: | Re: Student Conduct |
| Date: | Monday, February 27, 2023 11:32:37 AM |

Got it. Thank you.

Patrick R. Michaelis
Brigadier General, USA (ret)
Commandant
Texas A&M Corps of Cadets

Sent from my iPhone

> On Feb 27, 2023, at 12:31 PM, Gardner, Jeffery D <jeff_gardner@corps.tamu.edu> wrote:
>
>
>
> Sir,
> They are the            class.
> V/R
> Lt. Col Jeff Gardner '82, USAF (Ret)
> Assistant Commandant for Discipline
> Military Advisor Parsons Mounted Cavalry
> 979-458-9317
>
> **From:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>
> **Sent:** Monday, February 27, 2023 11:30 AM
> **To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
> **Cc:** BEATY, GARY <gbeaty@corps.tamu.edu>; Fleming, John D <jfleming@corps.tamu.edu>; Regan III, John M <jregan@corps.tamu.edu>; Parker, Chad L <cparker@corps.tamu.edu>; Thompson, Amy L <amy.thompson@tamu.edu>
> **Subject:** Re:
> Thanks Jeff. Remind me what class they belong to?
>
> Patrick R. Michaelis
> Brigadier General, USA (ret)
> Commandant
> Texas A&M Corps of Cadets
> Sent from my iPhone
>
>
> > On Feb 27, 2023, at 12:21 PM, Gardner, Jeffery D <jeff_gardner@corps.tamu.edu> wrote:

TAMU-03792

Good Morning Sir,

We help the Conduct Conference for       cadets from     this morning. ████████████████████████ were all found NOT RESPONSIBLE for the allegations of hazing regarding last     . I am available for questions.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)

Assistant Commandant for Discipline

Military Advisor Parsons Mounted Cavalry

979-458-9317

TAMU-0799

| **From:** | Gardner, Jeffery D |
| --- | --- |
| **To:** | Fleming, John D |
| **Cc:** | Schlather, Byron L |
| **Subject:** | RE: |
| **Date:** | Thursday, March 2, 2023 9:34:10 AM |

Sorry. Probation until Dec 2023.

Lt. Col Jeff Gardner '82, USAF (Ret)

Assistant Commandant for Discipline

Military Advisor Parsons Mounted Cavalry

979-458-9317

**From:** Fleming, John D <jfleming@corps.tamu.edu>

**Sent:** Thursday, March 2, 2023 9:33 AM

**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>

**Cc:** Schlather, Byron L <bschlather@corps.tamu.edu>

**Subject:**

Thank you Sir.

████ ?

S/F

**LtCol John D. Fleming '94. USMC (Ret)** | Assistant Commandant, Operations and Training
Office of the Commandant | Division of Student Affairs | Texas A&M University
Ash II LLC |1227 TAMU | College Station, TX 77843-1227

ph: 979.862.4311 | fax: 979.458.1436 | jfleming@corps.tamu.edu

- - - - - - - - - - - - - - - - - - - - - - - -

**Corps of Cadets** | We Make Leaders

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>

**Sent:** Thursday, March 2, 2023 9:29 AM

**To:** Fleming, John D <jfleming@corps.tamu.edu>; BEATY, GARY <gbeaty@corps.tamu.edu>

**Cc:** Schlather, Byron L <bschlather@corps.tamu.edu>

**Subject:** RE:

Here you go. We need to discuss the future of the ████ on probation.

████  one year suspension-withdrew from the university

████ one year suspension

████ one year suspension

████ one semester suspension

████ one semester suspension

████ Probation

████ Probation

████ Probation

████ Probation

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)

Assistant Commandant for Discipline

Military Advisor Parsons Mounted Cavalry

979-458-9317

**From:** Fleming, John D <jfleming@corps.tamu.edu>

**Sent:** Thursday, March 2, 2023 9:25 AM

**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>; BEATY, GARY <gbeaty@corps.tamu.edu>

**Cc:** Schlather, Byron L <bschlather@corps.tamu.edu>

**Subject:** RE:

Jeff,

I have lost count on these. Can you please give us a full paybook on the ▮▮ cadets and their status.

Chief,

For all cadets whose suspension from the University has been upheld, are we cleared hot to inform them of their Corps dismissal and have them start checkout?

S/F

**LtCol John D. Fleming '94. USMC (Ret)** | Assistant Commandant, Operations and Training
Office of the Commandant | Division of Student Affairs | Texas A&M University
Ash II LLC |1227 TAMU | College Station, TX 77843-1227

ph: 979.862.4311 | fax: 979.458.1436 | jfleming@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
Corps of Cadets | We Make Leaders

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>

**Sent:** Thursday, March 2, 2023 9:08 AM

**To:** Michaelis, Patrick Ralph <pmichaelis@corps.tamu.edu>

**Cc:** BEATY, GARY <gbeaty@corps.tamu.edu>; Fleming, John D <jfleming@corps.tamu.edu>; Schlather, Byron L <bschlather@corps.tamu.edu>; Reilly, Michael <mreilly@navy.tamu.edu>

**Subject:**

Sir,

I received the following results of the ▮▮ appeals.

▮▮▮▮▮▮ Suspension from the University until 29 Dec 2023

▮▮▮▮▮▮ Suspension from the University until 31 May 2023

▮▮▮▮▮▮ Conduct probation- there was no end date in the letter, so I am checking with Title IX.

▮▮▮▮ Suspension form the University until 31 Dec 2024

▮▮▮▮▮ Suspension from the University until 29 Dec 2023

V/R

<span style="color:darkred">Lt. Col Jeff Gardner '82, USAF (Ret)</span>

<span style="color:darkred">Assistant Commandant for Discipline</span>

<span style="color:darkred">Military Advisor Parsons Mounted Cavalry</span>

<span style="color:darkred">979-458-9317</span>

**From:** Michaelis, Patrick Ralph
**To:** Fleming, John D
**Subject:** Fwd:
**Date:** Thursday, March 9, 2023 11:28:22 AM

Patrick R. Michaelis
Brigadier General, USA (ret)
Commandant
Texas A&M Corps of Cadets

Sent from my iPhone

Begin forwarded message:


**From:** "Gardner, Jeffery D" <jeff_gardner@corps.tamu.edu>
**Date:** March 9, 2023 at 11:24:46 AM CST
**To:** "Michaelis, Patrick Ralph" <pmichaelis@corps.tamu.edu>
**Cc:** "BEATY, GARY" <gbeaty@corps.tamu.edu>
**Subject:**


Sir,

The Student Conduct panel for ▇▇▇ concluded today. The students will be notified of their sanctions either this afternoon or tomorrow. I do not have the sanction letters but will send them to you as soon as I receive them. The sanctions are as follows:

▇▇▇▇▇▇▇ -University and Corps Conduct Probation until Dec 23

▇▇▇▇▇▇▇ - University and Corps Conduct Probation until Dec 23

▇▇▇▇▇ - University and Corps Conduct Probation until Dec 23

▇▇▇▇▇▇ - University and Corps Conduct Probation until Dec 23 ( recently selected as a ▇▇▇▇▇▇▇ )

▇▇▇▇▇▇ - University and Corps Conduct Probation until Dec 23

▇▇▇▇▇▇ ' - University and Corps Conduct Probation until Dec 23

▇▇▇▇▇▇ ' - University and Corps Conduct Probation until Dec 23

▇▇▇▇▇▇▇ - University and Corps Conduct Probation until Dec 23

▇▇▇▇▇ - University and Corps Conduct Probation until May 23

Each of these students is considered not in good standing with the University or Corps and as such, cannot hold leadership positions in student organizations nor represent the Corps or University.

In addition to the Probation there are educational requirements for each cadet that include Ethical decision-making workshop, Hazing Education workshop, reflective papers and monthly meetings with me.

I am available for questions or to discuss.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)

Assistant Commandant for Discipline
Military Advisor Parsons Mounted Cavalry
979-458-9317

Rob is being assigned to investigate

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Discipline
Military Advisor Parsons Mounted Cavalry
979-458-9317

**From:** Fleming, John D <jfleming@corps.tamu.edu>
**Sent:** Wednesday, September 13, 2023 1:55 PM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** RE: Who's next

Washington, then Leible. Provided they do not conflict with the subject of the investigation.

Let me know if they are going to be assigned so I can give them a heads up.

S/F

**LtCol John D. Fleming '94. USMC (Ret)** | Assistant Commandant, Operations and Training
Office of the Commandant | Division of Student Affairs | Texas A&M University
Ash II LLC |1227 TAMU | College Station, TX 77843-1227

ph: 979.862.4311 | fax: 979.458.1436 | jfleming@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**Corps of Cadets** | We Make Leaders

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Wednesday, September 13, 2023 1:48 PM
**To:** Fleming, John D <jfleming@corps.tamu.edu>
**Subject:** Who's next

John,

Who are the next two on the joint investigation list?

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Discipline

TAMU-0798

Military Advisor Parsons Mounted Cavalry

979-458-9317

**From:**     Leible, Jason Aaron
**To:**        Fleming, John D
**Subject:**  RE: Investigation
**Date:**     Friday, October 20, 2023 9:55:16 AM

Roger Sir.

v/r

Jason

**From:** Fleming, John D <jfleming@corps.tamu.edu>
**Sent:** Friday, October 20, 2023 9:54 AM
**To:** Leible, Jason Aaron <jleible@corps.tamu.edu>
**Cc:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** RE: Investigation

Jason,

     You were next on the list when the ▮▮▮▮▮ investigation came up, but because you were close to that I assigned John.  So you get the      investigation.

S/F

**LtCol John D. Fleming '94. USMC (Ret)**  | Assistant Commandant, Operations and Training
Office of the Commandant | Division of Student Affairs | Texas A&M University
Ash II LLC |1227 TAMU | College Station, TX 77843-1227

ph: 979.862.4311 | fax: 979.458.1436 | jfleming@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**Corps of Cadets** | We Make Leaders

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Friday, October 20, 2023 9:36 AM
**To:** Leible, Jason Aaron <jleible@corps.tamu.edu>
**Cc:** Fleming, John D <jfleming@corps.tamu.edu>
**Subject:** Investigation

Jason,

     Heads up.  You will be contacted to assist in the investigation into    .

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Assistant Commandant for Accountability and Standards
Military Advisor Parsons Mounted Cavalry
979-458-9317

**From:** Gardner, Jeffery D
**To:** Fleming, John D
**Subject:** RE: Investigator
**Date:** Wednesday, October 25, 2023 9:40:22 AM

I'll come talk to you later today.

<span style="color:maroon">Lt. Col Jeff Gardner '82, USAF (Ret)

Assistant Commandant for Accountability and Standards

Military Advisor Parsons Mounted Cavalry

979-458-9317</span>

---

**From:** Fleming, John D <jfleming@corps.tamu.edu>
**Sent:** Wednesday, October 25, 2023 7:48 AM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** RE: Investigator

What is this one for?

S/F

**LtCol John D. Fleming '94. USMC (Ret)** | Assistant Commandant, Operations and Training
Office of the Commandant | Division of Student Affairs | Texas A&M University
Ash II LLC |1227 TAMU | College Station, TX 77843-1227

ph: 979.862.4311 | fax: 979.458.1436 | jfleming@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**Corps of Cadets** | We Make Leaders

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Wednesday, October 25, 2023 7:42 AM
**To:** Fleming, John D <jfleming@corps.tamu.edu>
**Subject:** RE: Investigator

Thanks

<span style="color:maroon">Lt. Col Jeff Gardner '82, USAF (Ret)

Assistant Commandant for Accountability and Standards

Military Advisor Parsons Mounted Cavalry

979-458-9317</span>

---

**From:** Fleming, John D <jfleming@corps.tamu.edu>
**Sent:** Wednesday, October 25, 2023 6:44 AM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** RE: Investigator

TAMU-0308

Desiree is next on the list.  What is this one for?

S/F

**LtCol John D. Fleming '94. USMC (Ret)**  | Assistant Commandant, Operations and Training
Office of the Commandant | Division of Student Affairs | Texas A&M University
Ash II LLC |1227 TAMU | College Station, TX 77843-1227

ph: 979.862.4311 | fax: 979.458.1436 | jfleming@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**Corps of Cadets** | We Make Leaders

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Tuesday, October 24, 2023 4:27 PM
**To:** Fleming, John D <jfleming@corps.tamu.edu>
**Subject:** Investigator

John,

I need another investigator.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)

Assistant Commandant for Accountability and Standards

Military Advisor Parsons Mounted Cavalry

979-458-9317

**From:** Fleming, John D
**To:** Gardner, Jeffery D
**Subject:** RE: Investigation
**Date:** Thursday, February 22, 2024 2:32:00 PM

Sorry, was in class.  Rob already did the        .  Chad is up next, please take him.

S/F

**LtCol John D. Fleming '94. USMC (Ret)**  | Operations Director
Office of the Commandant | Division of Student Affairs | Texas A&M University
Ash II LLC |1227 TAMU | College Station, TX 77843-1227

ph: 979.862.4311 | fax: 979.458.1436 | jfleming@corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**Corps of Cadets** | We Make Leaders

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Thursday, February 22, 2024 2:27 PM
**To:** Fleming, John D <jfleming@corps.tamu.edu>
**Subject:** Investigation

John,

        I'm going to take Rob.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)

Corps Standards and Accountability Director

Military Advisor Parsons Mounted Cavalry

979-458-9317

# ROBERT WASHINGTON

linkedin.com/in/robert-washington-63269438

## EXECUTIVE OVERVIEW

**Seasoned professional** with 25 years' experience building and leading high functioning teams and organizations. Has 7+ years training and instruction to U.S. and foreign military to include advising in austere environments. Proven performer in challenging situations. Effectively managed an under resourced staff while directing twice as many subordinate units than the normal structure and preparing 450 person unit for combat deployment. Led organizations and planning efforts in support of crisis operations. With Master's Degree in Strategic Foresight, learned how to determine and understand changes in business environments and assist companies in modifying their model for continued success. Lean Sigma Six Green Belt trained and currently pursuing Project Management Professional certification. Able to step back to see the big picture and direct appropriate action but does not hesitate to get involved in the work. Proficient in the use of Microsoft Word, Excel, SharePoint and PowerPoint. A dedicated volunteer to the community and non-profits. Foreign experience in Asia, Europe, and Middle East. Active Top Secret Clearance.

## KEY TRAITS

- Executive Leadership
- Organizational Management
- Operational Planning
- Attention to Detail

- Quality Assurance & Quality Improvement
- Resource & Requirements Planning
- Crisis Management
- Program Management

## WORK EXPERIENCE

**Cadet Training Officer (Leadership Teacher)**                    **July 2020- Present**
- Mentor, lecture, and develop cadet leaders within the Texas A&M University Corps of Cadets on the Cadet Values, the Aggie Honor Code as well as leadership traits and principles in order to prepare them to handle the global challenges of the future.

**Senior Marine Instructor (Leadership Teacher)**                    **July 2018- July 2020**
- Lectured, and mentored 80+ Junior Reserve Officer Training Corps high school cadets on techniques of leadership, citizenship, general military subjects and staff planning processes, thereby developing more responsible citizens
- Organized, and scheduled numerous public engagements for the cadets which resulted in improved community relations and opportunities for cadets to develop their leadership skills
- Developed and managed program budget and fundraising activities to enable logistical support to cadet activities and events through equipment acquisition and transportation ordering

**Active Duty Officer, United States Marine Corps**                    Dec 1995- July 2018

**Operations Officer, (Chief Operations Officer)**                    July 2016- July 2018
**2d Marine Expeditionary Brigade, Camp Lejeune, NC**
- Supervised a section of over 40 Marines in the planning and execution of a major exercise for a 4000 person force that successfully conducted training and maneuvers with 9 foreign countries and resulted in no mishaps
- Directed the readiness, equipping and training of a 100 person staff in preparation for crisis response operations for national defense and humanitarian assistance which resulted in a response force ready to execute within 24 hours while managing a $1 million annual budget for exercise, travel and training costs

**Executive Officer, (Senior Vice President)**                    July 2013- June 2016
**10th Marine Regiment, Camp Lejeune, NC**
- Organized the information management and decision making cycle for the chief executive officer that was in charge of three subordinate elements totaling over 2300, enabling on a daily basis multiple critical decisions to maintain, organize and train the force while also meeting all higher headquarters reporting and tasking requirements
- Managed a staff of 12+ intermediate managers who were responsible for a collective of 200+ personnel, organized and prepared this group for successful passing of higher headquarters readiness inspection

TAMU×0834

# ROBERT WASHINGTON

**Training Requirements Officer, (Training and Development Manager)**     July 2010- June 2013
**Joint Staff, J7 Directorate, Suffolk, VA**
- Assessed strategic initiatives as related to the joint training environment and recommended and developed changes to respond to evolving needs of the joint warfighter, while directing a 25 person staff in the absence of the branch chief and managing a $4 million budget
- Developed Department of Defense technology roadmaps from policy analysis and future technology assessments thereby anticipating future challenges for our forces and preparing their global crisis response readiness

**Executive Officer, (Staff Director)**     Jan 2009- June 2010
**1st Battalion, 10th Marines, Camp Lejeune, NC**
- Evaluated and assigned over 70+ new personnel to positions within the unit to ensure resource allocation was in line with commander's guidance and thereby maximizing efficiencies in human resource structure to meet unit mission
- Analyzed and improved staff processes in order to manage the increased number of assigned sub-units to the headquarters without an equal increase in management personnel to handle the additional requirements and material
- Organized, coordinated and prepared a unit for crisis response deployment on a humanitarian mission to Haiti following an earthquake thereby fully resourcing response options for national command authority relief operations

**Military Transition Team Advisor**, **(Senior Operations Consultant)**     July 2007- Dec 2008
**1st Iraqi Army Division Advisor Team, Camp Lejeune, NC and Iraq**
- Led an ad hoc team of 12 Marines, on short notice, in partnering with an Iraqi Army unit to provide intelligence and operational support during remote location security missions away from Coalition bases and within a 4 month period traveled 800+ miles, cleared 12+ municipalities/neighborhoods, and brought all personnel home safely
- Advised, trained and mentored my Iraqi counterpart on the headquarters staff in the execution of large scale clearing and checkpoint operations which resulted in the transfer of security responsibilities for multiple towns and sectors in the Euphrates River Valley from U.S. forces to host nation forces, thereby facilitating drawdown of U.S. presence

**Small Group Leader & Doctrine Rep, (Staff Trainer & Policy Writer)**     July 2004- June 2007
**U.S. Army Field Artillery School, Fort Sill, Ok**
- Lectured, evaluated and mentored 60+ Army, Marine and International officers in small group settings on techniques of command management and staff planning processes, thereby successfully graduating 4 separate classes
- Organized, scheduled and taught curriculum instruction as the subject matter expert for specialized coursework
- Led project execution with numerous stakeholders on the development and refinement of a publication that provided procedures for the implementation of new system across both the U.S. Army and the Marine Corps services

## EDUCATION

Regent University, Virginia Beach, Virginia
Masters, Strategic Foresight, GPA: 3.83 / 4.0

Texas A&M University, College Station, Texas
Bachelor of Science, Political Science, GPA: 3.24 / 4.0

## TRAINING

- Lean Sigma Six, Green Belt Course, 2018- Department of the Navy recognized continuous performance improvement process for developing efficiencies in administrative procedures and production efforts
- Joint Maritime Prepositioning Forces Planners Course, 2017- Training focused on the tasks necessary to plan, deploy and employ prepositioned equipment by Marine and Navy forces

TAMU-0803

# ROBERT WASHINGTON

- <u>Military Justice Senior Officers Course</u>, 2013- Familiarize one with the uniform code of military justice, administrative fact-finding bodies and policy matters relating to command legal responsibilities
- <u>Toastmaster Curriculum</u>, 2010 to 2013- Competent Communicator and Leader levels achieved
- <u>Collateral Damage Assessment Course</u>, 2011- Determine hazards for target engagement
- <u>Joint Targeting, Staff Course</u>, 2011- Honor Graduate, planning target engagements at operational level
- <u>Joint, Interagency and Multinational Planners Course</u>, 2011- Plan and coordinate operations with Federal, State and local agency for national defense and humanitarian response to natural disasters
- <u>Joint Information Ops Orientation Course</u>, 2011- Plan operations to influence adversary information
- <u>Basic Effective Facilitation Course</u>, 2011- Techniques to enable instructor led discussions and debates
- <u>Joint & Combined Warfighting School</u>, 2011- Operational level of joint & interagency conflict planning
- <u>Security Manager's Course</u>, 2009- Information safeguarding and applying personnel security measures
- <u>Operator Advanced Casualty Response Course</u>, 2007- Hands on first responder treatment of injuries
- <u>Joint Operational Fires and Effects Course</u>, 2006- Plan use of artillery and air delivered munitions
- <u>Combat Lifesaver Course</u>, 2004- Basic lifesaving techniques of CPR, and treating injuries
- <u>Small Group Instructor Training Course</u>, 2004- Techniques of small group teaching and discussion
- <u>Total Army Instructor Training Course</u>, 2004- Techniques of large group lecture and demonstration
- <u>Field Artillery Captain's Career Course</u>, 2001- Distinguished Honor Graduate, number 1 out of 47
- <u>Basic Instructor Course</u>, 2000- Taught the techniques of lecture and discussion methods of instruction
- <u>Field Artillery Officer's Basic Course</u>, 1996- Honor Graduate, number 6 out of 167 students

## <u>VOLUNTEER AND CIVIC CONTRIBUTIONS</u>

- Boy Scouts of America leader for 10 years, mentoring young boys to become better citizens
- Semper Fi Fund volunteer for 5 years, assisted in community events to raise money so that the non-profit could provide assistance to critically wounded service members on their road to recovery
- Local church volunteer for 4 years supporting the children's ministry and guest services
- Volunteered with multiple Parent-Teacher Associations over a 15 year period
- Youth soccer league coach for two years teaching boys and girls between ages 4-7

## <u>AWARDS</u>

Bronze Star Medal, Defense Meritorious Service Medal, Meritorious Service Medal (2x), Navy/Marine Corps Commendation Medal (3x), Army Commendation Medal, Combat Action Ribbon, Presidential Unit Citation, Joint Meritorious Unit Award (x2), Meritorious Unit Commendation, NATO Medal, Iraqi Campaign Medal, Inherent Resolve Campaign Medal, Letter of Appreciation (3x), Certificate of Appreciation (3x), Letter of Commendation, Certificate of Achievement, Staff Achievement Award, Distinguished Student Certificate, Distinguished Naval Student Certificate (3x), Commandant's Honor Roll Certificate (2x), Superior Physical Fitness Certificate

TAMFUx0346

| **From:** | Washington, Robert Sykes |
|---|---|
| **Sent:** | Thursday, April 4, 2024 10:30 PM |
| **To:** | Washington, Robert Sykes |
| **Subject:** | FW: Investigation Interview Notice |

**LtCol Robert S. Washington '95, USMC (Ret)** | Operations Planner & RV Company Advisor
Corps of Cadets | Office of the Commandant | Division of Student Affairs | Texas A&M University
1227 TAMU | College Station, TX 77843-1227
Office ph: 979.458.1202 Mobile ph:
rwashington@corps.tamu.edu | corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**CORPS OF CADETS** | We Make Leaders

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Wednesday, October 4, 2023 8:14 AM
**To:** XXXXXXXXXXXXXXXX
**Cc:** Washington, Robert Sykes <rwashington@corps.tamu.edu>
**Subject:** RE: Investigation Interview Notice

Okay, thank you for getting back to me!

**Audrey Winking**|  Senior Student Conduct Investigator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

**From:** XXXXXXXXXXXXXXXXXXXXXXXXXXX
**Sent:** Monday, October 2, 2023 8:05 PM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** Re: Investigation Interview Notice

Howdy Audrey,
I apologize for not responding over the weekend. The picture                                        before it
was deleted and for some reason I had saved it, I came by it when looking through old photos for supporting
documentation like you requested. I do not know who took the picture or who was present but I believe he sent the
picture of himself to the account to be posted.

1

Thank you,
XXXXXXXXXXXXXX

On Mon, Oct 2, 2023 at 3:53 PM Winking, Audrey J <audrey_winking@sco.tamu.edu> wrote:

Hi XXXXXXXXXXXX


I just wanted to follow up to see if you could share with us where you got this picture? Also, if you have any additional context (who took the picture, who was present, etc.), any additional information you have would be greatly appreciated.


Please let me know by the end of the day tomorrow (Tuesday).


Thanks,


**Audrey Winking**|  Senior Student Conduct Investigator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257


ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

---

**From:** Winking, Audrey J
**Sent:** Friday, September 29, 2023 9:13 AM
**To:** XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX>
**Subject:** RE: Investigation Interview Notice


Thank you for sending this, XXXXXXXXXXX  Can you clarify where you were able to obtain this picture from?


Thanks again,

Audrey

TAMU×0838

**Audrey Winking**|  Senior Student Conduct Investigator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257


ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

---

**From:** XXXXXXXXXXXXXXXXXXXXX>
**Sent:** Thursday, September 28, 2023 6:15 PM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** Re: Investigation Interview Notice


Howdy Audrey,

This is the only supporting documentation I have for The investigation. I
                                    I was asked about at the beginning of my interview in regards to
        dorms. I do not know who took the picture but I hope it will be sufficient evidence that XXXXXXXXXXX was
the one who                                                        I was not aware of          when it
happened so all I have is the picture.

Thank you for your time,

XXXXXXXXXXXXX


On Tue, Sep 26, 2023, 7:59 AM Winking, Audrey J <audrey_winking@sco.tamu.edu> wrote:

  Good morning, XXXXXXXXXXXX,



  Thank you for confirming your plan to attend tomorrow's meeting.  I do not need anything from you at this time.  At
  the start of your interview tomorrow I will walk through the acknowledgment form with you, and during the interview
  you will gain more context for what the report entails.  Once you have more context for the situation we will be
  discussing during the interview, should you wish to submit any supporting documentation (statements, pictures, texts,
  etc.) you will have the opportunity to do so!



  We do not share the report with students unless a student is charged with a student rule violation, which is not the
  case at this time.  If this investigation does lead to any charges, the charged student(s) would be able to review the
  report at that time.

TAMU-0809

Again, I will go over all of this more in detail with you tomorrow at the start of your interview, but hopefully this provides a little clarity on our process in the meantime.

Best,

Audrey

**FromXXXXXXXXXXXXXXXXXXXXXXXX**>
**Sent:** Monday, September 25, 2023 11:57 PM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** Re: Investigation Interview Notice

Howdy,

Thank you for the communication I will be present for the interview in my designated time slot. Is there any additional information you need from me? Is there any additional information you can provide to me about the nature of the complaint or investigation? I do not know anything.

Thank you for your time,

XXXXXXXXXXXXXX

On Mon, Sep 25, 2023, 1:33 PM Winking, Audrey J <audrey_winking@sco.tamu.edu> wrote:

Dear XXXXX

The Student Conduct Office received a report regarding alleged hazing within        You have been identified as someone who may have been involved in the incident or have witnessed/has additional knowledge related to the incident. In order to gain additional information you are being asked to participate in the investigation process and an interview date has been scheduled for **Wednesday, September 27th at 2:30pm in the Student Services Bldg., Suite 309.** Your options for participation in this investigation will be reviewed with you prior to being asked to respond to any questions posed by the investigators. The attached Investigation Acknowledgement Form will be reviewed with you during your interview and you will be able to choose your level of participation in the interview process. A copy of the investigation flowchart, which outlines the process is also attached for your review. Information related to the student conduct code and any alleged violations specific to this investigation can be found here: http://student-rules.tamu.edu/rule24/. Click here to review additional information or FAQs regarding the investigation process.

Per student rule (*24.4.23. Abuse of Process*), you are required to meet with investigators. Should this meeting conflict with a scheduled class online or other obligation, please let us know. **Please confirm your receipt of this notice and your intended attendance on the date and time above by replying to this email.**

4

TAMU-0480

**Please note that pursuant to section 30.06 of the penal code and University Rule 34.06.02. MI:** while formal administrative hearings/investigations are taking place the carrying of concealed handguns is prohibited in **the Student Services Bldg., Suite 309.** Written communication will be posted outside of the room. Section 30.06 of the penal code states:

(3) Written communication means:

(A) a card or other document on which is written language identical to the following: "Pursuant to Section 30.06, Penal Code (trespass by license holder with a concealed handgun), a person licensed under Subchapter H, Chapter 411, Government Code (handgun licensing law), may not enter this property with a concealed handgun."

If you need an accommodation for a disability, please contact our office. Requests for accommodations may be evaluated in consultation with Disability Resources.

Sincerely,

**Audrey Winking**|  Senior Student Conduct Investigator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

| | |
|---|---|
| **From:** | Washington, Robert Sykes |
| **Sent:** | Thursday, April 4, 2024 10:22 PM |
| **To:** | Washington, Robert Sykes |
| **Subject:** | FW: |

**LtCol Robert S. Washington '95, USMC (Ret)** | Operations Planner & RV Company Advisor
Corps of Cadets | Office of the Commandant | Division of Student Affairs | Texas A&M University
1227 TAMU | College Station, TX 77843-1227
Office ph: 979.458.1202 Mobile ph:
rwashington@corps.tamu.edu | corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**CORPS OF CADETS** | We Make Leaders

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Friday, September 29, 2023 10:22 AM
**To:** Washington, Robert Sykes <rwashington@corps.tamu.edu>
**Subject:**

Hi Lt. Col. Washington,

XXXXXX emailed me saying he has the                                           at 4:00 on Monday, so he was asking if we can reschedule his interview.  I typically only work around students' class schedules, but is this something we should work around? I wasn't sure if this was extracurricular or something that is critical he participates in so I wanted to get your perspective!

He is the one we have scheduled at 2:45, with his class ending at 2:40.  So we in theory should be done by 3:45 but I do recognize that would be really rushed for him.

Thanks,
Audrey

TAMUX-0832

| | |
|---|---|
| **From:** | Washington, Robert Sykes |
| **Sent:** | Thursday, April 4, 2024 10:24 PM |
| **To:** | Washington, Robert Sykes |
| **Subject:** | FW: Investigation Interview Notice |

**LtCol Robert S. Washington '95, USMC (Ret)** | Operations Planner & RV Company Advisor
Corps of Cadets | Office of the Commandant | Division of Student Affairs | Texas A&M University
1227 TAMU | College Station, TX 77843-1227
Office ph: 979.458.1202 Mobile ph:
rwashington@corps.tamu.edu | corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**CORPS OF CADETS** | We Make Leaders

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Monday, October 2, 2023 3:52 PM
**To:** XXXXXXXXXXXXXXXXXXXXXXXX
**Cc:** Washington, Robert Sykes <rwashington@corps.tamu.edu>
**Subject:** RE: Investigation Interview Notice

Hi XXXXX,

Lt. Col. Washington and I would like to ask you a few follow up questions, so I have scheduled another interview for you on **Wednesday, October 4th at 1:30pm**.  This interview should be pretty brief since we only have a few things to follow up on!

We will meet in the same location and all of the same processes will apply.  Please just reply back to this email to confirm that this new date/time will work for you.

Best,

**Audrey Winking**|  Senior Student Conduct Investigator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

TAMU-0819

I'll be there at 1pm tomorrow.
Very Respectfully,

XXXXXXXXXXX

XXXXXXXXXXXXX
███████

On Mon, Sep 25, 2023 at 13:33 Winking, Audrey J <audrey_winking@sco.tamu.edu> wrote:

Dear XXXXXXX,

The Student Conduct Office received a report regarding alleged hazing within      You have been identified as someone who may have been involved in the incident or have witnessed/has additional knowledge related to the incident. In order to gain additional information you are being asked to participate in the investigation process and an interview date has been scheduled for **Wednesday, September 27th at 1:00pm in the Student Services Bldg., Suite 309.** Your options for participation in this investigation will be reviewed with you prior to being asked to respond to any questions posed by the investigators.  The attached Investigation Acknowledgement Form will be reviewed with you during your interview and you will be able to choose your level of participation in the interview process. A copy of the investigation flowchart, which outlines the process is also attached for your review.  Information related to the student conduct code and any alleged violations specific to this investigation can be found here: http://student-rules.tamu.edu/rule24/. Click here to review additional information or FAQs regarding the investigation process.

Per student rule (*24.4.23. Abuse of Process*), you are required to meet with investigators. Should this meeting conflict with a scheduled class online or other obligation, please let us know. **Please confirm your receipt of this notice and your intended attendance on the date and time above by replying to this email.**

**Please note that pursuant to section 30.06 of the penal code and University Rule 34.06.02. MI:** while formal administrative hearings/investigations are taking place the carrying of concealed handguns is prohibited in **the Student Services Bldg., Suite 309.** Written communication will be posted outside of the room. Section 30.06 of the penal code states:

(3) Written communication means:

(A) a card or other document on which is written language identical to the following: "Pursuant to Section 30.06, Penal Code (trespass by license holder with a concealed handgun), a person licensed under Subchapter H, Chapter 411, Government Code (handgun licensing law), may not enter this property with a concealed handgun."

TAMUX-0414

If you need an accommodation for a disability, please contact our office. Requests for accommodations may be evaluated in consultation with Disability Resources.

Sincerely,

**Audrey Winking**|  Senior Student Conduct Investigator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

TAMU-0813

| **From:** | Washington, Robert Sykes |
|---|---|
| **Sent:** | Thursday, April 4, 2024 10:27 PM |
| **To:** | Washington, Robert Sykes |
| **Subject:** | FW: Investigation Interview Notice |

**LtCol Robert S. Washington '95, USMC (Ret)** | Operations Planner & RV Company Advisor
Corps of Cadets | Office of the Commandant | Division of Student Affairs | Texas A&M University
1227 TAMU | College Station, TX 77843-1227
Office ph: 979.458.1202 Mobile ph:
rwashington@corps.tamu.edu | corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**CORPS OF CADETS** | We Make Leaders

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Monday, October 2, 2023 3:54 PM
**To:** XXXXXXXXXXXXXXXXXXXXXXXX
**Cc:** Washington, Robert Sykes <rwashington@corps.tamu.edu>
**Subject:** RE: Investigation Interview Notice

Hi XXXXXXXXXXXXXXX,

I just wanted to follow up to see if you could share with us where you got this picture? Also, if you have any additional context (who took the picture, who was present, etc.), any additional information you have would be greatly appreciated.

Please let me know by the end of the day tomorrow (Tuesday).

Thanks,

**Audrey Winking**|  Senior Student Conduct Investigator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

**From:** Winking, Audrey J
**Sent:** Friday, September 29, 2023 9:13 AM

1

TAMU-0846

**To:** XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
**Subject:** RE: Investigation Interview Notice

Thank you for sending this, XXXXXXX!  Can you clarify where you were able to obtain this picture from?

Thanks again,
Audrey

**Audrey Winking**|  Senior Student Conduct Investigator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

---

**From:** XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
**Sent:** Thursday, September 28, 2023 6:15 PM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** Re: Investigation Interview Notice

Howdy Audrey,
This is the only supporting documentation I have for The investigation. I
                                    I was asked about at the beginning of my interview in regards to
    dorms. I do not know who took the picture but I hope it will be sufficient evidence that XXXXXXXX was the one
who                                                                    I was not aware of            when it
happened so all I have is the picture.
Thank you for your time,
XXXXXXXXXXXXXXX

On Tue, Sep 26, 2023, 7:59 AM Winking, Audrey J <audrey_winking@sco.tamu.edu> wrote:

> Good morning, XXXXXXXXXX,
>
>
> Thank you for confirming your plan to attend tomorrow's meeting.  I do not need anything from you at this time.  At
> the start of your interview tomorrow I will walk through the acknowledgment form with you, and during the interview
> you will gain more context for what the report entails.  Once you have more context for the situation we will be
> discussing during the interview, should you wish to submit any supporting documentation (statements, pictures, texts,
> etc.) you will have the opportunity to do so!
>
>
> We do not share the report with students unless a student is charged with a student rule violation, which is not the
> case at this time.  If this investigation does lead to any charges, the charged student(s) would be able to review the
> report at that time.
>
>
> Again, I will go over all of this more in detail with you tomorrow at the start of your interview, but hopefully this
> provides a little clarity on our process in the meantime.

TAMU-0817

Best,

Audrey

**From:** XXXXXXXXXXXXXXX>
**Sent:** Monday, September 25, 2023 11:57 PM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** Re: Investigation Interview Notice

Howdy,

Thank you for the communication I will be present for the interview in my designated time slot. Is there any additional information you need from me? Is there any additional information you can provide to me about the nature of the complaint or investigation? I do not know anything.

Thank you for your time,

XXXXXXXXXXXX

On Mon, Sep 25, 2023, 1:33 PM Winking, Audrey J <audrey_winking@sco.tamu.edu> wrote:

Dear XXXXXXXXXX,

The Student Conduct Office received a report regarding alleged hazing within          You have been identified as someone who may have been involved in the incident or have witnessed/has additional knowledge related to the incident. In order to gain additional information you are being asked to participate in the investigation process and an interview date has been scheduled for **Wednesday, September 27th at 2:30pm in the Student Services Bldg., Suite 309.** Your options for participation in this investigation will be reviewed with you prior to being asked to respond to any questions posed by the investigators. The attached Investigation Acknowledgement Form will be reviewed with you during your interview and you will be able to choose your level of participation in the interview process. A copy of the investigation flowchart, which outlines the process is also attached for your review. Information related to the student conduct code and any alleged violations specific to this investigation can be found here: http://student-rules.tamu.edu/rule24/. Click here to review additional information or FAQs regarding the investigation process.

Per student rule (*24.4.23. Abuse of Process*), you are required to meet with investigators. Should this meeting conflict with a scheduled class online or other obligation, please let us know. **Please confirm your receipt of this notice and your intended attendance on the date and time above by replying to this email.**

TAMU-0318

**Please note that pursuant to section 30.06 of the penal code and University Rule 34.06.02. MI:** while formal administrative hearings/investigations are taking place the carrying of concealed handguns is prohibited in **the Student Services Bldg., Suite 309.** Written communication will be posted outside of the room. Section 30.06 of the penal code states:

> (3) Written communication means:
>
> > (A) a card or other document on which is written language identical to the following: "Pursuant to Section 30.06, Penal Code (trespass by license holder with a concealed handgun), a person licensed under Subchapter H, Chapter 411, Government Code (handgun licensing law), may not enter this property with a concealed handgun."

If you need an accommodation for a disability, please contact our office. Requests for accommodations may be evaluated in consultation with Disability Resources.

Sincerely,

**Audrey Winking**|  Senior Student Conduct Investigator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

4

| | |
|---|---|
| **From:** | Washington, Robert Sykes |
| **Sent:** | Thursday, April 4, 2024 10:20 PM |
| **To:** | Washington, Robert Sykes |
| **Subject:** | FW: Investigation Interview Notice |

**LtCol Robert S. Washington '95, USMC (Ret)** | Operations Planner & RV Company Advisor
Corps of Cadets | Office of the Commandant | Division of Student Affairs | Texas A&M University
1227 TAMU | College Station, TX 77843-1227
Office ph: 979.458.1202 Mobile ph:
rwashington@corps.tamu.edu | corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**CORPS OF CADETS** | We Make Leaders

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Friday, September 29, 2023 9:34 AM
**To:** Washington, Robert Sykes <rwashington@corps.tamu.edu>
**Subject:** FW: Investigation Interview Notice

Received the below email and the attached picture from XXXX last night.  I emailed him back this morning and asked for clarification in where/how he got the photo. But depending on what he says, we may need to have XXXX come back in so we can ask him about this and some of the other discrepancies in his version of that incident
.).

**Audrey Winking**|  Senior Student Conduct Investigator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

**From:** XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
**Sent:** Thursday, September 28, 2023 6:15 PM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** Re: Investigation Interview Notice

Howdy Audrey,
This is the only supporting documentation I have for The investigation. I believe this was
I was asked about at the beginning of my interview in regards to

1

TAMU_03420

dorms. I do not know who took the picture but I hope it will be sufficient evidence that XXXXX XXXXX was the one who                                                          . I was not aware of          when it happened so all I have is the picture.

Thank you for your time,

XXXX XXXX

On Tue, Sep 26, 2023, 7:59 AM Winking, Audrey J <audrey_winking@sco.tamu.edu> wrote:

Good morning, XXXX,

Thank you for confirming your plan to attend tomorrow's meeting.  I do not need anything from you at this time.  At the start of your interview tomorrow I will walk through the acknowledgment form with you, and during the interview you will gain more context for what the report entails.  Once you have more context for the situation we will be discussing during the interview, should you wish to submit any supporting documentation (statements, pictures, texts, etc.) you will have the opportunity to do so!

We do not share the report with students unless a student is charged with a student rule violation, which is not the case at this time.  If this investigation does lead to any charges, the charged student(s) would be able to review the report at that time.

Again, I will go over all of this more in detail with you tomorrow at the start of your interview, but hopefully this provides a little clarity on our process in the meantime.

Best,

Audrey

**From:** XXXXXXXXXXXXXXXXXXXXXXXXXXXX
**Sent:** Monday, September 25, 2023 11:57 PM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** Re: Investigation Interview Notice

Howdy,

Thank you for the communication I will be present for the interview in my designated time slot. Is there any additional information you need from me? Is there any additional information you can provide to me about the nature of the complaint or investigation? I do not know anything.

Thank you for your time,

TAMU-0323

XXXX XXXX

On Mon, Sep 25, 2023, 1:33 PM Winking, Audrey J <audrey_winking@sco.tamu.edu> wrote:

Dear XXXXX,

The Student Conduct Office received a report regarding alleged hazing within      .  You have been identified as someone who may have been involved in the incident or have witnessed/has additional knowledge related to the incident. In order to gain additional information you are being asked to participate in the investigation process and an interview date has been scheduled for **Wednesday, September 27ᵗʰ at 2:30pm in the Student Services Bldg., Suite 309.** Your options for participation in this investigation will be reviewed with you prior to being asked to respond to any questions posed by the investigators.  The attached Investigation Acknowledgement Form will be reviewed with you during your interview and you will be able to choose your level of participation in the interview process. A copy of the investigation flowchart, which outlines the process is also attached for your review.  Information related to the student conduct code and any alleged violations specific to this investigation can be found here:  http://student-rules.tamu.edu/rule24/. Click here to review additional information or FAQs regarding the investigation process.

Per student rule (*24.4.23. Abuse of Process*), you are required to meet with investigators. Should this meeting conflict with a scheduled class online or other obligation, please let us know. **Please confirm your receipt of this notice and your intended attendance on the date and time above by replying to this email.**

**Please note that pursuant to section 30.06 of the penal code and University Rule 34.06.02. MI:** while formal administrative hearings/investigations are taking place the carrying of concealed handguns is prohibited in **the Student Services Bldg., Suite 309.** Written communication will be posted outside of the room. Section 30.06 of the penal code states:

> (3) Written communication means:
>
> > (A) a card or other document on which is written language identical to the following: "Pursuant to Section 30.06, Penal Code (trespass by license holder with a concealed handgun), a person licensed under Subchapter H, Chapter 411, Government Code (handgun licensing law), may not enter this property with a concealed handgun."

If you need an accommodation for a disability, please contact our office. Requests for accommodations may be evaluated in consultation with Disability Resources.

Sincerely,

3

**Audrey Winking** |  Senior Student Conduct Investigator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257


ph: 979.847.7272 | audrey_winking@sco.tamu.edu | sco.tamu.edu

TAMU-0329

**From:** Winking, Audrey J
**Sent:** Thursday, September 21, 2023 4:15 PM
**To:** Washington, Robert Sykes
**Subject:** Investigation

**Follow Up Flag:** Follow up
**Flag Status:** Completed

Howdy,

Dr. Bell informed me that you have been assigned to work on the            investigation with me.  Do you have some time tomorrow (Friday) where we could chat briefly about the plan for the investigation moving forward?  The only times I am unavailable tomorrow are 10-11am and 1:30-3:15pm.  We could meet via Zoom or Teams if that is more convenient for you since it should be a quick meeting!

I am hoping to do interviews next Wednesday afternoon (9/27) if that works for you!

Thanks,
Audrey

**Audrey Winking**|  Senior Student Conduct Investigator
Student Conduct Office | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

TAMU 03454

**From:**
**Sent:** Thursday, September 7, 2023 11:35 AM
**To:** WOOD, FRANK Chriswell <fcwood@corps.tamu.edu>
**Cc:** Leible, Jason Aaron <jleible@corps.tamu.edu>; ██████████████████████████
**Subject:** Re:     Hazing Investigation Statements (███████)

Good morning CSM Wood,

The ██████████, has collected the statements from the                involved, so I'll help make sure that gets to ██████.
████████                        for the cadet in question. Him and I are both free this afternoon from 1415-1500 to link
up if that works for you.

Very Respectfully,

██████████████

On Thu, Sep 7, 2023 at 09:27 WOOD, FRANK Chriswell <fcwood@corps.tamu.edu> wrote:

Howdy Mr. ██████


I've read your attachment. You also need individual statements from each of the        involved and any that later may
have additional information relayed to them after the        returned from PT. Those are the most important ones. I
would also like to link up with you ████████████████        sometime today  regarding ████████' statement.

1

TAMU-0823

**V/R…RLTW**

**CSM Frank C. Wood '16, USA (Ret)** | Military Advisor, 1ˢᵗ Brigade
Office of the Commandant | Division of Student Affairs | Texas A&M University

Room 334 Leonard Hall | College Station, TX 77843-0000
ph: 979.458.1628 | fcwood@corps.tamu.edu | corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**CORPS OF CADETS | We Make Leaders**



---

**From:** ███████████████████████████

**Sent:** Thursday, September 7, 2023 8:59 AM

**To:** Leible, Jason Aaron <jleible@corps.tamu.edu>; WOOD, FRANK Chriswell <fcwood@corps.tamu.edu>

**Subject:** I1 Hazing Investigation Statements (CDT Kimes)

Good morning SGM Wood and MAJ Leible,

Attached below are the statements in regards to the hazing investigation involving ████ and ████████

██████████

████████████

TAMU-0826

Of my own volition, I decided to do a morning workout. I wanted to get fit and build up my physical resilience. ████████ happened to have a morning workout plan and I volunteered to join. ████████ is good at jogging and pacing so I asked to join his morning workout. We slow paced jogged until we reached bush school, then we proceeded to walk around until we were ready to leave. There were no expectations of me and I had a great time with ████████

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nicole Myette on behalf of Jason Contreras
Bar No. 24032093
nicole.myette@oag.texas.gov
Envelope ID: 106404941
Filing Code Description: Response
Filing Description: 20251002_Aples Resp 2 Mtn 2 Abate wAPPX_Part3
Status as of 10/3/2025 10:10 AM CST

Associated Case Party: Brian Beckcom

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Matthew J.Kita | | matt@mattkita.com | 10/3/2025 8:37:48 AM | SENT |
| Matthew J.Kita | | matt@mattkita.com | 10/3/2025 8:37:48 AM | SENT |

Associated Case Party: Texas A&M University

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jason T.Contreras | | jason.contreras@oag.texas.gov | 10/3/2025 8:37:48 AM | SENT |
| Jason T.Contreras | | jason.contreras@oag.texas.gov | 10/3/2025 8:37:48 AM | SENT |